IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROBERT DAVID STEELE and
EARTH INTELLIGENCE NETWORK,**

       **Plaintiffs,**

v.

                                            Civil Action No. 3:17cv601

**JASON GOODMAN,
PATRICIA A. NEGRON,** and
**QUEEN TUT, a person believed
to be known as Carla A. Howell,**

       **Defendants.**

## ORDER

On September 1, 2017, Plaintiffs filed the Complaint against Defendants. Plaintiff Earth Intelligence Network ("Earth Intelligence") has failed to file its Disclosure Statement required by Federal Rule of Civil Procedure 7.1[1] and Local Civil Rule 7.1 of the Rules of the United States District Court for the Eastern District of Virginia.[2]

Accordingly, the Court ORDERS Earth Intelligence to file its Financial Disclosure within seven (7) days of entry of this Order.

---

[1] "[W]ith its first appearance, pleading, petition, motion, response, or other request addressed to the court," a nongovernmental corporate party "must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or[,] (2) states that there is no such corporation." Fed. R. Civ. P. 7.1

[2] The disclosure requirements of Local Civil Rule 7.1 are similar to those of the Federal Rules, and provide that a "nongovernmental corporation . . . shall file" a financial disclosure statement "upon the party's first appearance, pleading, petition, motion, response, or other request addressed to the Court." E.D. Va. Loc. Civ. R. 7.1 (2016).

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/ M. Hannah Lauck
M. Hannah Lauck
United States District Judge

Date: 9-11-17
Richmond, Virginia