Via FEDEX

Octover 5, 2017

Fernando Galindo, Clerk
United State District Court, EDVA
Federal Courthouse
701 East Broad Street
Richmond, VA 23219

RE: Steele v. Goodman et al
case 3:17-cv-601MHL

Dear Mr. Galindo:

Enclosed is a copy of my answer to the frivolous suit brought by Steven S. Biss on behalf of his client Robert David Steele. No claims in this suit have any evidentiary value. Please contact me if any additional information is needed. I appreciate your attention to this matter.

Sincerely,

Jason Goodman

CC Robert David Steele (via email)
Steven S. Biss (via email)


RECEIVED OCT - 6 2017 CLERK