THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
Case 3:17-cv-00601-MHL

701 East Broad Street
Richmond, VA 23219
February 19, 2018



To Court Clerk:

I am writing on behalf of my mother, known as Queen Tut. There is currently a civil case pending with Queen Tut, Jason Goodman, & Trish Negron. The case number is listed above. My mother has recently been diagnosed with dementia and I am now overseeing her social media and other affairs. Apparently, this condition has been progressive for a number of months.  To my dismay, I discovered that there is a pending civil suit that is claiming the character Queen Tut is either a Carla Howell or a Susan Lutzke.  Because of my mother's condition, information important to the court case was not dealt with appropriately. It is important for the court to have the correct identity for Queen Tut.

From what I have read online, the attorney Biss states that he has served Queen Tut. However, my mother does not live in Colorado and he has not identified the correct person. I am providing a copy of my mother's birth certificate so the court can verify the person behind the character, Queen Tut.  I am concerned about providing an address or contact number because my mother is fearful that Robert David Steele might send someone to harm her. This fear could be associated with her diagnosis or his CIA background may inform that type of threat. I'm hoping this letter can be filed before any action is taken against the wrong people.

Sincerely,

Mercia Francis

## CERTIFIED TRANSCRIPT OF BIRTH
# STATE OF NEW YORK
### DEPARTMENT OF HEALTH



*L6143249*

FULL NAME OF CHILD: Helen Suzanne Ingraham

SEX: Female

DATE OF BIRTH: 12/04/1937

TIME OF BIRTH: 06:10 [ ✓ ] A.M. [ ] P.M.

PLACE OF BIRTH: Corning , NEW YORK

MAIDEN NAME OF MOTHER: Hazel Marie Herrick

NAME OF FATHER: Robert Mosher Ingraham

DATE FILED: 12/06/1937

LOCAL REGISTRATION NO.: 429

This is to certify that the information concerning the birth of the above named person is a true and accurate transcription of the information recorded on the original local certificate of birth on file with the local registrar of _____ Corning _____ New York.
Name of Locality

_____
Signature of Local Registrar, DEPUTY

Date 02/03/2016

Do not accept this transcript unless the raised seal of the issuing locality is affixed thereon.
**Any Alteration Invalidates This Certificate**
**See Reverse Side For A List of Security Features Used In This Form**

DOH-2573 (9/2002)

SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES