# STEVEN S. BISS

Attorney At Law
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  804-501-8272
Fax:  202-318-4098
EMAIL:  stevenbiss@earthlink.net
ssbiss@yahoo.com

Matter No.

179-001

February 23, 2018

**VIA CM/ECF AND REGULAR MAIL**

Hon. M. Hannah Lauck, Judge
United States District Court, EDVA
Federal Courthouse
701 East Broad Street
Richmond, Virginia 23219

**RE:    Steele v. Goodman et al.**
**Case 3:17-cv-601-MHL**

Dear Judge Lauck:

I am in receipt of the letter from a "Mercia Francis", which was filed by the Clerk on February 22, 2018 via CM/ECF. [*Document 31*].

Neither my clients nor I know any "Mercia Francis", and I was unable to find any information about this person online.

The only thing about the letter that is noteworthy to me is that the author refers to defendant, Patricia A. Negron, as "Trish Negron".  This implies a familiarity with defendant Negron.

Defendant, Queen Tut a/k/a Susan A. Lutzke, does not suffer from dementia.

After Plaintiffs filed this action on September 1, 2017, the attacks by Lutzke and Goodman continued in a series of YouTube videos, which are identified in Plaintiffs' Motion for Entry of Default Against Queen Tut. [*Document 30*].

In December 2017, Susan Lutzke ramped up her attacks on Robert David Steele. She set up a Twitter account under the name "Queen Tut":



Between February 8, 2018 and February 22, 2018, the defendant has published the following tweets about Plaintiffs:





**queentut**
@Queentutnairobi

The official pic from the 2017 UNRIG scam that Queen Tut exposed. See how easy it is to create 'fake' pics. RDS does it all the time...got to love the 'heavenly' light effect



11:17 AM · Feb 9, 2018

 **queentut**
@Queentutnairobi

BREAKING NEWS...Robert David Steele will be joining 'sex slaves on Mars' after Queen Tut exposes him in federal court.  In a few days the 'fake federal lawsuit' that RDS has been bragging about will come to a crashing halt...Stay tuned!!



10:06 PM · Feb 20, 2018



queentut
@Queentutnairobi

#queentut  @csthetruth    Fringe CIA Robert David Steele published list of "crowd-stalker and co-conspirators."  Is this a NAZI/STASI expansion of his internet role? First the law suits, then the 'lists.' Disturbing!! medium.com/@robert.david....



8:21 AM · Feb 21, 2018





queentut
@Queentutnairobi

Queen Tut: Doing a 'live' interview with Hoax Wars on Friday 2/23. There will be breaking news about the RDS law suit. RDS has become'the canary in the mine' for CIA internet disinfo. His NAZI/STASI 'lists' reveal that he is an agent: Pakistani, Chinese, Russian...Deep State.



1:50 PM · Feb 22, 2018

Susan Lutzke was properly served with process and she most certainly knows about this action.

She continues to publish false and defamatory statements about my clients, which feature photos of the three (3) defendants in this case.

**I am bringing all this to your attention because Document 31 is most certainly not genuine.**

Thank you.

Yours very truly,

*/s/ Steven S. Biss*

Steven S. Biss

cc.     Robert David Steele
        Terry C. Frank, Esq. (via email)
        Jason Goodman (via email)
        Susan A. Lutzke (via email)