IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROBERT DAVID STEELE** *et al.*,

    **Plaintiffs**,

v.                                             Civil Action No. 3:17cv601

**JASON GOODMAN** *et al.*,

    **Defendants.**

### DEFENDANT PATRICIA A. NEGRON'S
### MOTION TO DISMISS THE AMENDED COMPLAINT

NOW COMES Defendant, Patricia A. Negron ("Ms. Negron" or "Defendant"), by counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby moves the Court to dismiss her from the Amended Complaint filed by the Plaintiffs, Robert David Steele and the Earth Intelligence Network ("Plaintiffs"), with prejudice, and award her costs and fees incurred. In support of this Motion, Ms. Negron relies on the arguments and authorities set forth in her accompanying Memorandum in Support of Motion to Dismiss Amended Complaint filed herewith.

Dated: May 11, 2018                                  Respectfully submitted,

                                                          **PATRICIA A. NEGRON**

                                                          By:    */s/ Terry C. Frank.*
                                                          R. Johan Conrod, Jr. (VSB No. 46765)
                                                          E-mail: rjconrod@kaufcan.com
                                                          KAUFMAN & CANOLES, P.C.
                                                          150 West Main Street, Suite 2100
                                                          Norfolk, VA 23510
                                                          Phone: (757) 624-3000
                                                          Fax:    (888) 360-9092

Terry C. Frank, Esq. (VSB No. 74890)
E-mail: tcfrank@kaufcan.com
Benjamin A. Wills, Esq. (VSB No. 88109)
E-mail: bawills@kaufcan.com
KAUFMAN & CANOLES, P.C.
1021 E. Cary Street, Suite 1400
Richmond, Virginia 23219
Phone: (804) 771-5700
Fax: (888) 360-9092
*Counsel for Defendant Patricia A. Negron*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2018, a true copy of the foregoing is being electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Steven S. Biss (VSB No. 32972)
E-mail: stevenbiss@earthlink.net
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Phone: (804) 501-8272
Fax: (202) 318-4098
*Counsel for Plaintiffs*

And sent via first-class mail, postage prepaid, to:

Jason Goodman, Pro Se
252 7th Avenue, Apt. 6S
New York, NY 10001

"Queen Tut"
a/k/a Susan A. Lutzke
1221 University Ave., Unit D202
Fort Collins, CO 80521

　　　　　　　　　　　　　　　　/s/ *Terry C. Frank*