D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, ET. AL. | Case No.: 3:17-CV-601-MHL |
| Plaintiff, | |
| vs. | DECLARATION OF D. GEORGE SWEIGERT |
| JASON GOODMAN, ET. AL. | |
| Defendant | |

## DECLARATION OF D. GEORGE SWEIGERT

Now comes D. George Sweigert to inform this Court of video productions created by defendant Jason Goodman and to **DENY** the allegations presented by Mr. Goodman in these video productions. I hereby attest that the following statements are made under the penalties of perjury.

**I.    ALLEGATIONS CONTAINED IN VIDEO BROADCAST MAY 6, 2018 [EXH. 1]**

I hereby DENY -- in full -- the allegations made by Mr. Goodman in the video known as **Exhibit One.**

*CIA CONTRACTOR*

I am not now, or ever have been, a contract employee, agent or consultant to the Central Intelligence Agency in my entire lifetime. I was an enlisted member of the U.S. Air Force assigned to the 24th Tactical Combat Wing in the Republic of Panama. I was deployed in the capacity of a radio maintenance technician to provide support to missions of the Organizations of America States (OAS). These OAS missions consisted of peace-keeping duties to monitor border conflicts between such countries as Honduras, El Salvador, etc. My sole capacity was limited to the installation, operation and troubleshooting of shortwave high frequency communications between basecamp and in-flight helicopters. This is commonly referred to as "air to ground flight following". All such flights were conducted by active duty military members of the 193 Aviation Brigade located at Fort Kobbe and Howard Air Force Base, Republic of Panama. During my two year assignment I supported OAS missions, search and rescue missions and radio interoperable exercises and drills. Mr. Goodman's allegations concerning my status as a "CIA contractor" or participating in "drug operations" are hereby DENIED in their entirety.

DECLARATION OF D.GEORGE SWEIGERT - 1

*PARTICIPATION IN A "DISTRIBUTED DECENTRALIZED DEFAMATION ATTACK"*

Contrary to Mr. Goodman's assertions I have never had contact with the plaintiff, Robert David Steele. I have never exchanged e-mail messages, phone calls, letters, Skype transmissions, Facebook chat, or any other means of communications with Mr. Steele. I have had ZERO contact with Mr. Steele over the course of my lifetime. I have NOT coordinated any decisions, actions, plans or mitigation strategies with any of the parties discussed by Mr. Goodman. I do not orchestrate, plan, coordinate or assist in the production of any artifacts and/or work product other than my own. I am NOT a participant in a cartel, gang, team, or other confederation with designs to cause defamation for Mr. Goodman. I hereby DENY all such allegations made by Mr. Goodman. I am not part of a team that is directed by Mr. Steele.

**II.      ALLEGATIONS CONTAINED IN VIDEO BROADCAST OF MAY 4, 2018 [Exh. 2]**

*PLANNING PORT OF CHARLESTON DIRTY BOMB HOAX*

I am not, and have not, ever worked in any capacity with my brother GEORGE WEBB SWEIGERT (YouTube user "George Webb"). I broke off all contact with my brother (George Webb) about four years ago when George began discussing fantastical conspiracy theories with me. On June 10th, 2018 – four days prior to the Port of Charleston Dirty Bomb Hoax incident – I made a public proclamation on YouTube, viewed by over 5,000 people, that I had NO affiliation, connection, with George Webb (my brother) in ANY capacity. I have not exchanged any electronic two-way messages with George Webb, such as texts, phone calls, letters, etc. I have sent George two or three e-mails in the Fall of 2017, essentially chastising him for the course of action he has taken. I am not a part of any "league", cartel, team, confederation or any other combinations with George Webb or Mr. Steele. I have NO knowledge of any planning related to the Port of Charleston incident. I learned of the incident like most, YouTube reports of local television stations that were reporting the closure of the Port of Charleston. I had no knowledge of any activities concerning the Port prior to this date. I DENY any allegations that I somehow participated in the planning of this incident – directly or indirectly.

*INVOLVEMENT WITH CIA*

The affirmations stated in the previous section are herein presented as if fully restated.

*AFFLIATION WITH PLAINTIFF ROBERT DAVID STEELE*

The affirmations stated in the previous section are herein presented as if fully restated

DECLARATION OF D.GEORGE SWEIGERT - 2

III.   **ALLEGATIONS CONTAINED IN VIDEO BROADCAST OF APRIL 4, 2018 [Exh. 3]**

*ALLEGATIONS OF MALICIOUS ACTOR*

I hereby DENY that I am acting in any other manner than to DEFEND myself from Mr. Goodman's constant barrage of video attacks, seemingly broadcast every week.  I am not a part of any operation that is supervised by George Webb or Mr. Steele.  I have no communications with my brother or Mr. Steele.  I attempt to avoid contact with my brother at all costs.  The only exception would be public comments posted in a public forum of social media as in the comment section of a YouTube video production of George Webb.  I do not participate in any attempts of coordination, planning, or execution of any activities related to my brother – George Webb.  The same is also true concerning any direct or indirect coordination or planning with Mr. Steele.

Dated this day of May 16, 2018

D. GEORGE SWEIGERT

DECLARATION OF D.GEORGE SWEIGERT - 3

**D. GEORGE SWEIGERT, C/O**
**336 BON AIR CENTER #241**
**GREENBRAE, CA 94904**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, ET. AL. | Case No.: 3:17-CV-601-MHL |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| JASON GOODMAN, ET. AL. | |
| Defendant | |

**CERTIFICATE OF SERVICE**

On this day, May 16, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached

pleading (with First Class postage affixed) to the following parties.

**Fernando Galindo, Clerk**
**U.S. District Court, E.D. VA**
**Federal Courthouse**
**701 East Broad Street**
**Richmond, VA 23219**

**Steven S. Biss (VSB # 32972)**
**300 West Main Street, Suite 102**
**Charlottesville, Virginia 22903**

**Jason Goodman**
**252 7th Avenue #6S**
**New York, NY 10001**

D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE - 1

**LIST OF EXHIBITS**

I.      Transcript of YouTube video published May 6, 2018

II.     Transcript of YouTube video published May 4, 2018

III.    Transcript of YouTube video published April 4, 2018

DECLARATION OF D.GEORGE SWEIGERT - 4