1

2

3                                    **LIST OF EXHIBITS**

4

5          I.          Transcript of YouTube video published May 6, 2018

6          II.         Transcript of YouTube video published May 4, 2018

7          III.        Transcript of YouTube video published April 4, 2018

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF D.GEORGE SWEIGERT - 4

# EXHIBIT ONE

EXHIBIT ONE

**Jason Goodman reports "distributed decentralized defamation attack" to FBI**

May 6, 2018

(Originally published April 6, 2018)

17:47

Jason Goodman: **Dave Sweigert I believe has mental health issues** I'm not an expert I can't say that definitively but that's my opinion.

21:22

Jason Goodman: There was no officially sanctioned US military action in Nicaragua that I'm aware of in the 1970s the 1980s or the 1990s.  The only US involvement was **by CIA contractors** and this is Iran-Contra where guns were flown to Iran with the assistance of Mossad CIA and Mossad were involved in that.  **George HW Bush was the kingpin**. Oliver North was on trial for that okay they then took the money from the sale of guns to Iran which was under sanctions you were not allowed to sell a pineapple to Iran and they were selling them tow missiles and other things that money was then flown from Iran to Nicaragua where cocaine was purchased from the Contras and the people that Dave Acton [Sweigert] says he captured were the Sandinistas.  The individuals that were fighting the Contras.  So I don't know what Dave Acton [Sweigert] was doing in Nicaragua but **he gets real upset when I say he was a CIA contractor flying cocaine**.

24:50

Jason Goodman:  **I called Dean Fougere** [YouTuber Titus Frost] **at the office of his company** that sells jet fuel sensors to Halliburton Kellogg Brown and Root and Chevron deep state all the way. I called him at that company to **alert him that I was in the process of gathering information to bring to the FBI to tell the FBI that I believe a new type of crime is taking place. A distributed decentralized defamation attack** is taking place, and that a group Nathan Stolpman:  You called the FBI?
Jason Goodman: Yeah, absolutely I spent hours on the phone **I called the FBI,** I called the FBI. Nathan I called the FBI and I submitted a complaint that took about 45 minutes and in less than 24 hours I got a return phone call and I spent over three hours on the phone and have shared extensive evidence with the FBI.

55:57

Nathan Stolpman:  You know you have a platform where you're able to say all these things they you believe about these people a number of which frankly are ad hominem attacks on people idiots or scumbags.....
Jason Goodman:   Well I do that because it triggers them and you see wide it's also factual well because that's my opinion **I'm allowed to say they're idiots and scumbags** if they're going to attack me with false statements and try to implicate me for crimes I think they deserve ad hominem attacks.
I've already presented the evidence to show that they're liars so you know.
Nathan Stolpman: .. And you're trying to trigger them that's it any is it any surprise then that people come back and attack you if you're intentionally ....
Jason Goodman:  Nathan I didn't start this they started it I don't start fights but I do finish them.



Impromptu Interview with Lift The Veil LTV
Jason Goodman
2,549 views

https://www.youtube.com/watch?v=Ph3eLrmREeY

I certify under the penalties of perjury that the foregoing information is an accurate rendering of the voices known to me as Jason Goodman and Nathan Stolpman.

# EXHIBIT TWO

DECLARATION OF D.GEORGE SWEIGERT - 6

EXHIBIT TWO

### *Jason Goodman accuses Dave Sweigert of planning the Port of Charleston Dirty Bomb Hoax*

May 4, 2018

At 03:52

Jason Goodman: Let's recap Joe [Napoli], Harmon and Carolyn (Carolyn **Dare**-Wilfred) weren't with us, back in June of last year when this occurred [Port of Charleston incident, June 14th, 2017], this information about depleted uranium on the Maersk Memphis – that came to me from George Webb – George Sweigert. David Sweigert's brother. Clearly those two are affiliated, in that they are brothers. Now, they like to publicly show us all that there are fighting, that they are against each other, that they are not working together, but, I don't believe that. I believe that is a ruse. That's intended to fool us. **I believe they are working together. And I believe that they planned that incident in the Port of Charleston – for a number of reasons.** Not the least of which, I believe they are in league with Robert David Steele. And they are very ·concerned that I have revealed evidence of felony charity fraud by Robert David Steele. [emphasis added]

At 06:45

Jason Goodman: I don't know if Dave is stupid, I don't know if Dave has some mental disability that is for an expert to determine I can only speculate based on the things he says. ... **I am extrapolating that his [Dave's] interactions with the CIA and the Sandinistas could indicate an involvement in a criminal operation of Iran-Contra.** Now, that led to discussions – once we met Harmon and Carolyn – where I inquired if Harmon felt that Dave might have known anything about these bearer bonds, etc. ... Yesterday Dave crossed the line, he insulted Harmon's wife.

At 10:33

Jason Goodman. I will tell you what. Here is what we are going to do Joe. **We are going to start to assembly the evidence that we have.** Evidence that is going to link Dave, and George, and Robert David Steele, and Manual Chavez and Eric O'Conner, Pete Seagate, Doug, the individual that help George with his case in Zanesville. ... We know that he was the guy that called the Coast Guard first. [11:30] It seemed George planted some information on me. [emphasis added]

At 26:10

Jason Goodman. And as I said, he crossed the line when he insulted Carolyn. And I have decided. It's time for this to end. **And you know what, Dave could choose to go away voluntarily. That would be nice.** I would love to never see him or hear from him again. But, at this point. I am pursuing legal action. As aggressively as I possibly can.

At 28:47

Jason Goodman. So, the game is over for these losers. **I really do hope that Dave brings this to some federal body that has the jurisdiction over criminal prosecution in this matter. Because I will see to it that that man be put in jail.** (And how ever we can help, we will help you [Harmon]). HE is a cyber terrorist. HE is the one writing threat assessments from threat vectors coming from social media. And he is demonstrating that by creating those threats himself. [emphasis added]

At 32:00

Jason Goodman. So what is going to happen now, if any law enforcement is getting involved in this they are going to come down with both feet on top of Dave. And crush him. And all of his co-conspirators. And if that man had integrity and any courage – **if he wasn't the worm that he is – the waist of oxygen – the disgusting human being – whose own father knew that the proper place for him [Dave] was to sleep on a newspaper with dog shit** [32:37]. [emphasis added]



The Trolls of Mount Shasta
 Crowdsource the Truth 2
Subscribe 7.4K

_____ 8,783 views

https://www.youtube.com/watch?v=qyg9YejHy0k

EXHIBIT TWO

I certify under the penalties of perjury that the foregoing information is an accurate rendering of the voice known to me as Jason Goodman.

# EXHIBIT THREE

DECLARATION OF D.GEORGE SWEIGERT - 7

**_Jason Goodman accuses George Webb Sweigert of "quarterbacking" malicious campaign against him_**

April 4, 2018

At 00:55

Jason Goodman:  My former associate George Sweigert.  Many of you know him as George Webb.  And George, I believe, has manipulating everyone. … **George has been manipulating everyone – particularly me.**  Everyone knows that we were working together.

At 01:34

Jason Goodman:  What I've realized is that George [Webb] **is quarterbacking a psychological operation that's designed to sabotage "crowdsource the truth".**  Now I know that sounds very self-important and believe me I don't think that I'm so smart or so important that someone would deliberately sabotage Jason Goodman.  Although there are people who seem to be doing that I think it's got to do with the idea "crowdsourced the truth".

03:30

Jason Goodman:  I found George Webb well let's call him George Sweigert that's his real name I don't know why he needs to go by George Webb perhaps it's to obfuscate who he is. For those who don't know him there's obviously thousands of people discovering him over the Internet. Anyway I've come to realize I've been deceived on many occasions about many important things. And people will say Oh Jason you're being a jerk George is always nice to you George is always complimenting you. Well this is part of George's deception and the thing with deception is it's very deceptive for lack of a better word and how do you know? I think everyone out there can imagine a time when they had someone who they thought they trusted and then they learned they were being deceived it can kind of feel like your **world crashing down.**

04:41

Jason Goodman:  I'm doing this because **George is part of an operation that is intended to control the flow of information over the Internet.** I think we all realize as do people in power but over the last five to ten years Youtube and Periscope and Twitter and Facebook and all of the social media outlets that are utilized to gather our personal information also empower us to communicate with each other.

05:27

Jason Goodman:  And there comes George, right.  See what I believe is that George and his campaign are very similar to a campaign that was run by the **CIA** in 1963. Maybe it was the **FBI.**  Maybe it was sort of a **joint venture** between the two of them. A

lot of people know that I am a student of the **JFK assassination** and maybe you have or maybe you haven't seen this video of Lee Harvey Oswald standing there in the middle of the city in New Orleans in 1963. This was about August and he's handing out these **Fair Play for Cuba Committee Flyers** now the notion that someone would stand in the middle of the city particularly New Orleans a very conservative southern city in 1963 handing out pro-communist literature, well it's absolutely absurd.

07:35

I've decided to do a few days ago I need to start sharing the evidence that this is happening. People have told me I'm a crybaby that I'm making this up that I'm a drama queen that I'm all these things. **But you see that's part of the operation as well.** If anyone doesn't like to hear things about George Webb that they might not enjoy you're certainly free to turn this off right now. Nobody has to watch me nobody has to listen to me.

14:26

Jason Goodman:  We then had George's **possibly mentally ill brother David Sweigert**. David Acton why do all these guys have alternative names?  I'm only Jason Goodman that's all I've ever been that's all I've ever represented that I am these guys all have different names are they trying to confuse people are they trying to make it difficult to remember who for new people to figure out who they are I don't know. **But Mister Sweigert has been a very malicious actor throughout this whole entire thing.** And there's still people watching who are gonna doubt what I say you were gonna say Oh George is always nice he's always supporting you.



The Sinister Psychological Operation of George Webb Sweigert

17,909 views

https://www.youtube.com/watch?v=8syPt8oHCr8

EXHIBIT THREE

I certify under the penalties of perjury that the foregoing information is an accurate rendering of the voice known to me as Jason Goodman.