D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, ET. AL.<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN, ET. AL.<br><br>Defendant | Case No.: 3:17-CV-601-MHL<br><br>DECLARATION OF D. GEORGE SWEIGERT |

**SECOND DECLARATION OF D. GEORGE SWEIGERT**

Now comes D. George Sweigert to inform this Court of recent e-mail messages that have been received as a result of the conduct of the defendant – Jason Goodman. I hereby attest that the following statements are true and made under the penalties of perjury.

I. **YOUTUBE TRADEMARK STRIKE**

I am a California licensed Emergency Medical Technician (EMT) and until last week operated an EMT training YouTube channel known as "The EMT Basic". In an unexpected and sudden manner this YouTube channel was decommissioned and terminated by YouTube, Inc. as a result of "strikes", which are a form of on-line complaint. This type of "strike" can accumulate into a score that leads to the termination of a channel. One such "strike" was originated by Jason Goodman and is attached as **Exhibit One.**

The Court's attention is directed to the corporation that purports to own the trademark [Exh. 1] **"CROWDSOURCE THE TRUTH"**: owned by **Multimedia System Design, Inc.** This information was contained in the e-mail message sent to the undersigned by YouTube, Inc. Commentary created by defendant Jason Goodman is provided. Mr. Goodman asserted: "Clarification: This person [the undersigned presumably] makes a regular practice of stealing and reuploading my videos with the specific intent of harassing me and falsely accusing me of crimes. Signature. Jason Goodman."

I HEREBY DENY all the allegation asserted by Mr. Goodman. I have never downloaded a Jason Goodman video and "reuploaded it". I have never accused Mr. Goodman falsely of a crime. DENIED.

DECLARATION OF D.GEORGE SWEIGERT - 1

II. **FILINGS WITH THE U.S. PATENT AND TRADEMARK OFFICE (USPTO).**

After receiving the "strike" message the undersigned validated the information of the trademark with the USPTO. Contained in **Exhibit Two** is an accurate and true display of the USPTO web-site. The Court's attention is directed to the address given to the USPTO for this trademark registration: **Multimedia System Design, Inc. CORPORATION NEW YORK 6s 252 7th Avenue New York NEW YORK 10001**. The undersigned affirms this image is an accurate capture of the USPTO web-site.

A verification check with the State of New York Division of Corporation is displayed in **Exhibit Three**. A definition of the requirement to use a certified fictitious name is attached in **Exhibit Four**.

The undersigned has observed that in Exhibit One the following information is displayed (in continued part b) **"Company Name: Crowd Source The Truth"**.

All the impressions and artifacts contained in the foregoing mentioned exhibits are rue and accurate representations of actual electronic media platforms.

Dated this day of May 21, 2018

D. GEORGE SWEIGERT

DECLARATION OF D.GEORGE SWEIGERT - 2

**LIST OF EXHIBITS**

I.     YouTube, Inc. e-mail message of trademark infringement

II.    Trademark application states with USPTO

III.   New York State Division of Corporations status

IV.   New York State Division of Corporations regulations

DECLARATION OF D.GEORGE SWEIGERT - 3

# EXHIBIT ONE

DECLARATION OF D.GEORGE SWEIGERT - 4

**Part A**

---------- Forwarded message ----------
From: **YouTube Legal Support Team** <trademark+0i2cq3zcq7vhn0c@support.youtube.com>
Date: Sat, May 12, 2018 at 11:39 AM
Subject: Trademark Complaint Received
To: actontheactor-7226@pages.plusgoogle.com

Hello,

This is to notify you that we have received a trademark complaint regarding your content, the details of which appear at the end of this message.

We strongly encourage parties to resolve their trademark disputes directly. In order to give you an opportunity to respond to the complaint, we will not take action on the complaint for 48 hours. If you are unable to resolve this issue with the complainant, the complaint will be reviewed by the YouTube Team and may be removed pursuant to our Trademark Guidelines (https://support.google.com/youtube/answer/2801979).

For more information on editing the title, description, or tags of your video, please visit the YouTube Help Center at https://support.google.com/youtube/topic/4355241?ref_topic=4355169. If the alleged violation is located within the video itself, you may have to remove the video in its entirety (https://support.google.com/youtube/answer/55770).

Regards,

The YouTube Legal Support Team

**Continued next page next page**

DECLARATION OF D.GEORGE SWEIGERT - 5

**PART B**

Title: CEO

Full legal name: Jason Goodman

Company name: Crowdsource the Truth

Trademark owner name: Multimedia System Design Inc

Relationship: I own Multimedia System Design Inc and Crowdsource the Truth

Email: jason@21stcentury3d.com

Brand type: Wordmark and Logo

Register status: Yes

Jurisdiction of registration: US

Registration number: 87752970

Content type: Video

Videos: http://www.youtube.com/watch?v=0WmDIuI6LOw

Clarification: This person makes a regular practice of stealing and reuploading my videos with the specific intent of harassing me and falsely accusing me of crimes

Signature: Jason Goodman

Evidence: 8d980fac7b8e40d7b0f52da7d746b154.png

Evidence: c911951c47bf4c1681e4a9344cbf38ba.png

Help center · Email options

©2018 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

DECLARATION OF D.GEORGE SWEIGERT - 6

# EXHIBIT TWO

# Crowdsource the Truth

| | |
|---|---|
| **Word Mark** | **CROWDSOURCE** THE TRUTH |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Providing on-line videos featuring news in the nature of current event reporting, not downloadable. FIRST USE: 20161001. FIRST USE IN COMMERCE: 20170801 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87752970 |
| **Filing Date** | January 12, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 5, 2018 |
| **Owner** | (APPLICANT) Multimedia System Design, Inc CORPORATION NEW YORK 6s 252 7th Avenue New York NEW YORK 10001 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CROWDSOURCE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

DECLARATION OF D.GEORGE SWEIGERT - 8

# EXHIBIT THREE

DECLARATION OF D.GEORGE SWEIGERT - 9

Services   News   Government   Local

# NYS Department of State
## Division of Corporations
## Entity Information

The information contained in this database is current through May 18, 2018.

Selected Entity Name: **MULTIMEDIA SYSTEM DESIGN, INC.**

### Selected Entity Status Information

Current Entity Name: MULTIMEDIA SYSTEM DESIGN, INC.
DOS ID #: 1830828
Initial DOS Filing Date: JUNE 21, 1994
County: NEW YORK
Jurisdiction: NEW YORK
Entity Type: DOMESTIC BUSINESS CORPORATION
Current Entity Status: ACTIVE

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
% RANDY S. NEWMAN, ESQ.
208 EAST 51ST STREET
SUITE 200
NEW YORK, NEW YORK, 10022
**Registered Agent**
NONE

DECLARATION OF D.GEORGE SWEIGERT - 10

# EXHIBIT FOUR

DECLARATION OF D.GEORGE SWEIGERT - 11

**DEPARTMENT OF STATE, DIVISION OF**

# CORPORATIONS, STATE RECORDS & UCC

ANDREW M. CUOMO, GOVERNOR    ROSSANA ROSADO, SECRETARY OF STATE



DOS Home    Division Home    I would like to... ▾    Corporation/Business Entity Filings ▾    State Records ▾    Uniform Com

## Certificate of Assumed Name

**Purpose:** Corporations, limited partnerships, and limited liability companies are required by statute to conduct activities under their true legal name. If a corporation, limited partnership, or limited liability company desires to conduct activities under a name other than its true legal name, a certificate complying with Section 130 of the General Business Law must be filed with the New York State Department of State. All other entities such as general partnerships, sole proprietorships, and limited liability partnerships file an Assumed Name Certificate directly with the county clerk in each county in which the entity conducts or transacts business.

```
1  D. GEORGE SWEIGERT, C/O
   336 BON AIR CENTER #241
2  GREENBRAE, CA 94904
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, ET. AL.<br><br>    Plaintiff,<br><br>vs.<br><br>JASON GOODMAN, ET. AL.<br><br>    Defendant | Case No.: 3:17-CV-601-MHL<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

On this day, May 21, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached pleading (with First Class postage affixed) to the following parties.

    Fernando Galindo, Clerk
    U.S. District Court, E.D. VA
    Federal Courthouse
    701 East Broad Street
    Richmond, VA 23219

    Steven S. Biss (VSB # 32972)
    300 West Main Street, Suite 102
    Charlottesville, Virginia 22903

    Terry Catherine Frank
    Kaufman & Canoles PC
    1021 E. Cary Street, Suite 1400
    PO Box 27828
    Richmond, VA 23219

    Copy of FIRST DECLEARION ALSO INCLUDED FOR THE ABOVE

    Jason Goodman
    252 7th Avenue #6S
    New York, NY 10001

CERTIFICATE OF SERVICE - 1

| | |
|---|---|
| 1 | |
| 2 | I hereby attest under the penalties of perjury that the foregoing is true and accurate. |
| 3 | |
| 4 | |
| 5 | _____ |
| | D. GEORGE SWEIGERT |