

FILED
MAY 29 2018

D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, ET. AL.<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN, ET. AL.<br><br>Defendant | Case No.: 3:17-CV-601-MHL<br><br>DECLARATION OF D.<br>GEORGE SWEIGERT |

**THIRD DECLARATION OF D. GEORGE SWEIGERT**

Now comes D. George Sweigert, a non-attorney layman, to inform this Court of recent allegations and accusations made by defendant Jason Goodman concerning an alleged attempted murder plot by the undersigned of Mr. Goodman's associate known as "Quinn Michaels" aka Korey Atkin or Corey Atkin.

I. **ALLEGED NEW MEXICO ASSASSINATION ATTEMPT OF QUINN MICHAELS**

Defendant Jason Goodman has made an extensive series of videos with the "CrowdSource The Truth Researcher" Quinn Michaels (Atkin). As recently as May 22, 2018, both (a) defendant Goodman and (b) Quinn Michaels have appeared on a radio show together as depicted in Exhibit One **[Exh. 1]**.

On a YouTube show on the "CrowdSource The Truth 2.0" (CSTT @.) channel defendant Goodman interviewed CSTT 2.0 researcher Q. Michaels. At 1:12:22 Mr. Goodman states, "Right. And Dave [the undersigned] implores me to present the evidence that we have that indicates that he [the undersigned] knew your [Quinn] location in Vaugh, New Mexico. [Goodman looking at camera] But, Dave I don't need to do that because you know that you knew where Quinn was in Vaugh, New Mexico right before his [Quinn] lung collapsed spontaneously." See Exhibit Two **[Exh. 2]**

I hereby DENY all allegations and accusations made by Mr. Goodman that I had ANY knowledge – whatsoever – that CSTT 2.0's researcher (Quinn Michaels) was in New Mexico – much less the city of Vaughn – when Quinn Michaels suffered a collapsed lung. This entire stream of logic is denied in all its forms by the undersigned.

DECLARATION OF D.GEORGE SWEIGERT - 1

II. **SOLICITATION OF FUNDS BY THE DEFENDANT**

As with all the videos posted by Mr. Goodman on YouTube a solicitation is included for the public to provide Goodman's operation monies. See Exh. 2 – part b. Quoted here:

> **Become a Sponsor of Crowdsource the Truth**
>
> http://paypal.me/crowdsourcethetruth
>
> monthly sponsorship on Patreon
> https://www.patreon.com/crowdsourceth...
>
> BTC - 14y2bEJ484DTbQwthX51VWpcRtk9Q7kmQQ
>
> ETH - 0x07a23Ac0EBb5936d60A8cBfE07D64A579Cc756c9
>
> LTC - LVP2d143QjPv1JaJpqgPHzQzv2qSQCDnbd
>
> email truth@crowdsourcethetruth.org
>
> merchandise - https://www.redbubble.com/people/csth...

Attached as Exhibit Three is the "CrowdSource The Truth" PayPal page. [Exh. 3]

Attached as Exhibit Four is the "CrowdSource The Truth" Patreon pgae. [Exh. 4]

Both of these web pages (PayPal and Patreon) offer to facilitate the transaction of funds to the benefit of Mr. Goodman and his enterprise.

In Part B of Exh 4, the following text is presented on the Patreon web page:

Crowdsource The Truth is an Open Source Fact Checking "Truth Engine" and political social media movement.

We gather and disseminate raw intelligence and present it to our constantly expanding network of human brains for vetting, analysis and assessment.

Crowdsource the Truth focuses on examining current events, public policy, history, truth in media and other topics of interest. Members work together to collect and analyze data from around the web and around the world. Together, we will do our best to determine what is fact and what is fiction. Everyone is invited to participate but of course no one is required to.

If you see something you disagree with, challenge it with stronger evidence and logic or simply tune it out. This group is an Autocratic Democracy, to borrow some Orwellian doublespeak from those I wish to examine. I run it, but of course if the group dislikes my decisions the project will fail. All decisions will be subjected to group consensus. If anyone doesn't like the direction, please suggest a change or feel free to bow out.

DECLARATION OF D.GEORGE SWEIGERT - 2

### III. STATUS OF MR. GOODMAN'S CORPORATION: MULTIMEDIA SYSTEM DESIGN, INC.

Attached as Exhibit 5 are artifacts available from the Employee Benefits Security Administration. [**Exh. 5**].

I hereby DENY all allegations concerning any knowledge about the movements of Corey Atkin (Quinn Michaels) that led up to the moment Mr. Atkin experienced a collapsed lung in Vaugh, New Mexico.

I hereby attest that all exhibits are accurate and true reproductions of their source appearance (from Internet web-sites).

Dated this day of May 23, 2018

_____
D. GEORGE SWEIGERT

DECLARATION OF D.GEORGE SWEIGERT - 3

Case 3:17-cv-00601-MHL Document 55 Filed 05/29/18 Page 4 of 18 PageID# 639

## LIST OF EXHIBITS

I. Radio Show "Ground Zero" with Clyde Lewis, May 22, 2018

II. YouTube show "Hogan's Pornos, Family Feuds and #TimePhoneHacking with Quinn Michaels, April 21, 2018.

III. CSTT PayPal web page

IV. CSTT Patreon web page

V. Artifacts from the Employee Benefits Security Administration

DECLARATION OF D.GEORGE SWEIGERT - 4

# EXHIBIT ONE

DECLARATION OF D.GEORGE SWEIGERT - 5

https://soundcloud.com/groundzeromedia/algorithm-method-w-jason-goodman-and-quinn-michaels-may-22-2018





Artificial Intelligence is now taking over the world. It is not about to, it is not going to, it is not waiting to – it is doing it now. Artificial Intelligence is now morphing into a tool for augmenting reality and bots that function without human permission are now speaking to us in social media, the media parrots what it reads, and humans accept it as reality and it may not even be reality. The algorithm is the new authority — and its pervasiveness is the new evil. On tonight's show, Clyde Lewis talks with filmmaker and independent investigative journalist, Jason Goodman and AI Developer, Quinn Michaels about ALGORITHM METHOD.



#ClydeLewis  #GroundZero  #TalkRadio  #ConspiracyTheory

DECLARATION OF D.GEORGE SWEIGERT - 6

# EXHIBIT TWO

DECLARATION OF D.GEORGE SWEIGERT - 7

https://www.youtube.com/watch?v=1KEBaxrJZ4U

**Part A**



Hogan's Pornos, Family Feuds and #TimePhoneHacking with Quinn Michaels

Crowdsource the Truth 2

6,304 views

Streamed live on Apr 21, 2018
Bob Crane's proclivity for amateur pornography is now widely known. Quinn and I explore his interactions with the Dawson family and emerging evidence of cryptographic links to the Zodiac Killer.

```
01:12:17 someone thank you and I are talking to you found something and they don't like
01:12:20 it so they have to keep their pressure on right and Dave implores me to present
01:12:25 the evidence that we have that indicates that he knew your location in Vaughan
01:12:30 New Mexico but Dave I don't need to do that because you know that you knew
01:12:35 where Quinn was in Vaughan New Mexico right before his lung collapsed
01:12:40 spontaneously and we now know all of these electromagnetic devices that are
```

**Continued to the next page**

DECLARATION OF D.GEORGE SWEIGERT - 8

## Part B



Crowdsource the Truth 2

Subscribe 7.5K

6,304 views

+ Add to   → Share   ••• More

👍 318   👎 565

Streamed live on Apr 21, 2018
Bob Crane's proclivity for amateur pornography is now widely known. Quinn and I explore his interactions with the Dawson family and emerging evidence of cryptographic links to the Zodiac Killer.

Become a Sponsor of Crowdsource the Truth

http://paypal.me/crowdsourcethetruth

monthly sponsorship on Patreon
https://www.patreon.com/crowdsourceth...

BTC - 14y2bEJ484DTbQwthX51VWpcRtk9Q7kmQQ

ETH - 0x07a23Ac0EBb5936d60A8cBfE07D64A579Cc756c9

LTC - LVP2d143QjPv1JaJpqgPHzQzv2qSQCDnbd

email truth@crowdsourcethetruth.org

merchandise - https://www.redbubble.com/people/csth...

**Legal Disclaimer: Sponsorship of Crowdsource the Truth is made at the sponsor's sole discretion. Sponsorship funds are not tax-deductible, are non-refundable, and do not represent any ownership, equity interest or decision-making authority in the organization.

Category        News & Politics
License         Standard YouTube License

SHOW LESS

DECLARATION OF D.GEORGE SWEIGERT - 9

# EXHIBIT THREE

DECLARATION OF D.GEORGE SWEIGERT - 10

https://www.paypal.me/crowdsourcethetruth



DECLARATION OF D.GEORGE SWEIGERT - 11

# EXHIBIT FOUR

DECLARATION OF D.GEORGE SWEIGERT - 12

https://www.patreon.com/crowdsourcethetruth/memberships

**Part A**



**Continued next page**

DECLARATION OF D.GEORGE SWEIGERT - 13

Part B

Overview    Posts    Community    Memberships

BECOME A PATRON

**386**
patrons

+ FOLLOW    SHARE

**REWARDS**

**$5 Monthly Sponsorship**
$5 or more per month

$5 Monthly Sponsorship

GET $5 REWARD

**$10 Monthly Sponsorship**
$10 or more per month

Crowdsource The Truth is an Open Source Fact Checking "Truth Engine" and political social media movement.

We gather and disseminate raw intelligence and present it to our constantly expanding network of human brains for vetting, analysis and assessment.

Crowdsource the Truth focuses on examining current events, public policy, history, truth in media and other topics of interest. Members work together to collect and analyze data from around the web and around the world. Together, we will do our best to determine what is fact and what is fiction. Everyone is invited to participate but of course no one is required to.

If you see something you disagree with, challenge it with stronger evidence and logic or simply tune it out. This group is an Autocratic Democracy, to borrow some Orwellian doublespeak from those I wish to examine. I run it, but of course if the group dislikes my decisions the project will fail. All decisions will be subjected to group consensus. If anyone doesn't like the direction, please suggest a change or feel free to bow out.

DECLARATION OF D.GEORGE SWEIGERT - 14

# EXHIBIT FIVE

DECLARATION OF D.GEORGE SWEIGERT - 15

**Part A**

Dept of Labor

To Whom It May Concern:

I am writing in response to notice CP-406 received 03-21-2016. This letter informed me of non-response to a request for filing form 5500SF for the year 2013. Upon investigating this matter with my accountant, former 401k plan manager, and payroll company, I have learned that my failure to file was due to a non-receipt of notification from my payroll company and my personal misunderstanding that termination of the plan would not forego filing. The payroll company in previous years had notified me by email of the filing details. Due to the business closure in 2013, I had lost access to the email address that was previously used to notify me. I have restored my access to this email address, located the appropriate information necessary to file, and prepared the filing as directed.

I realize this may be a poor excuse for non-compliance, but I hope you will understand and if possible, choose to waive any potential late fees. The business closed due to financial difficulties, and those difficulties persist. This would make payment of substantial late fees (which I would imagine have accrued over 3 years) very difficult to say the least. I hope you understand that in the process of laying off all employees, closing the offices and losing virtually all assets, this important detail was missed by me. I sincerely apologize for this oversight and certainly hope it is within the ability of the recipient of this letter to authorize the waiver of any potential fees.

Thank you for your kind attention to this matter.

Sincerely,

*[signature]*

Jason Goodman

Continued next page

**Part B**

## Employee Benefits Security Administration

EBSA HOME   ASK EBSA   ABOUT EBSA   WORKERS & FAMILIES   EMPLOYERS & ADVISERS   RESEARCHERS   KEY TOPICS   LAWS & REGULATIONS

Welcome > Filing Search > Search Results

**Filings**
- Form 5500/5500-SF Search

**Main**
- Welcome
- Login
- Register
- About EFAST2
- EFAST Software and Approved Vendors
- Forms and Instructions

**Support**
- IFILE
- FAQ
- Disaster Relief
- Related Resources
- Site Map
- EFAST2 Publications
- Contact Us

**EBSA**

### ERISA Filing Data Search Results

View/Print Search Results                                                        Edit search criteria

Your search for EIN of "133777129"

| EIN | PN | Plan Year End | Received | Plan Name | AckID |
|---|---|---|---|---|---|
| 133777129 | 001 | Feb 1, 2013 | 2016-12-20 | Multimedia System Design Inc | 20161220134517P04( |
| 133777129 | 001 | Dec 31, 2012 | 2013-06-06 | MULTI MEDIA SYSTEM DESIGN INC 401 K PROFIT SHARING PLAN TRUST | 20130606154517P04( |
| 133777129 | 001 | Dec 31, 2010 | 2012-12-17 | MULTI MEDIA SYSTEM DESIGN INC 401 K PROFIT SHARING PLAN TRUST | 20121217133052P04( |
| 133777129 | 001 | Dec 31, 2009 | 2012-12-17 | MULTI MEDIA SYSTEM DESIGN INC 401 K PROFIT SHARING PLAN TRUST | 20121217132642P04( |
| 133777129 | 001 | Dec 31, 2011 | 2012-07-30 | MULTI MEDIA SYSTEM DESIGN INC 401 K PROFIT SHARING PLAN TRUST | 20120730141539P03( |

DECLARATION OF D.GEORGE SWEIGERT - 17

D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, ET. AL. | Case No.: 3:17-CV-601-MHL |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| JASON GOODMAN, ET. AL. | |
| Defendant | |

**CERTIFICATE OF SERVICE**

On this day, May 23, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached pleading (with First Class postage affixed) to the following parties.

Fernando Galindo, Clerk
U.S. District Court, E.D. VA
Federal Courthouse
701 East Broad Street
Richmond, VA 23219

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903

Terry Catherine Frank
Kaufman & Canoles PC
1021 E. Cary Street, Suite 1400
PO Box 27828
Richmond, VA 23219

Jason Goodman
252 7th Avenue #6S
New York, NY 10001

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

_/s/ D. GEORGE SWEIGERT_

CERTIFICATE OF SERVICE - 1