D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, ET. AL. | Case No.: 3:17-CV-601-MHL |
| Plaintiff, | |
| vs. | DECLARATION OF D. GEORGE SWEIGERT |
| JASON GOODMAN, ET. AL. | |
| Defendant | |

## FOURTH DECLARATION OF D. GEORGE SWEIGERT

Now comes D. George Sweigert, a non-attorney layman and California licensed Emergency Medical Technician, to affirm and attest to the below facts under penalties of perjury. The undersigned attests and affirms that all attached exhibits are true and accurate copies of sources (such as Internet web sites).

The undersigned is an avid camper, backpacker and novice mountaineer in the area of Mount Shasta, California, 96067. The undersigned has been engaged in studies related to becoming certified as a Wilderness Emergency Medical Technician. The undersigned had plans to summit Mount Shasta in June of 2018. The undersigned had plans to provide Wilderness EMT support to basecamp operations for Mount Shasta climbers.

Recently, the undersigned as had to evacuate the Mount Shasta area as an agent of Jason Goodman – Quinn Michaels – has arrived in the Mount Shasta area.

For reasons outlined below, the undersigned is presently in a state of angst and concern for his personal safety as a direct and proximate result of the facts outlined below.

### I.    JASON GOODMAN'S ASSOCIATION WITH QUINN MICHAELS

Defendant Jason Goodman has made an extensive series of videos with the "CrowdSource The Truth Researcher" Quinn Michaels (Atkin). There appears to be well over thirty (50) video productions that depict Jason Goodman interviewing Quinn Micheals (Corey Atkin). A sample of sixteen (16) video "thumb nails" are contained in Exhibit One. **[Exh. 1].**

DECLARATION OF D.GEORGE SWEIGERT - 1

1    Jason Goodman has traveled several thousand miles to provide on the scene in-person video reports with

2    Quinn Michaels. This includes trips to South Dakota, Nevada, and California to rendezvous with Quinn Michaels

3    and create video content. The latest such in-person interview between Mr. Goodman and Mr. Michaels/Atkin

4    appears to be a video series recorded on Venice Beach, California, published on YouTube May 18, 2018. A screen

5    shot of the video production is contained in Exhibit Two. **[Exh. 2]**

6    Contained in Exhibit Three (**[Exh. 3]**) is a screen shot of the New York State statue addressing aggravated

7    harassment in the second degree.

8    A video production posted to "CrowdSource The Truth 2.0" (CSTT 2.0) on May 4, 2018 features the facial

9    image of the undersigned in the video "thumbnail" and appearing in the first few seconds of the video. **[Exh. 4].**

10   At time track 33:03 in **Exh. 4** Mr. Goodman states, "I am working on much more important things than the

11   moron Dave Sweigert. But, it's got to stop. And if he won't walk away we are going to have to have someone drag

12   him away in hand-cuffs. And I will relish that moment."

13   The undersigned as twice completed the course of instruction known as "P.C. 832" Arrest and Firearms

14   Course approved and authorized by the California Commission on Peace officer Standards and Training. **[Exh. 5].**

15   The undersigned attests and affirms that the P.C. 832 course provides forty-four (44) hours of instruction in

16   proper arrest procedures, to include supervised practical examinations in the application of hand-cuffs. The concept

17   of "dragging" suspects is not included in the P.C. 832 curriculum.

18   The undersigned interprets the "dragging" comment by Mr. Goodman as a threat to his person in violation

19   of New York State statue 240.30 "Aggravated harassment in the second degree". **[Exh. 3]**

20   The undersigned believes Mr. Goodman is referring to contract hit men, professional kidnappers, abduction

21   artists, etc. The use of hand-cuffs is very common by such contract for hire and murder for hire agents. The

22   undersigned believes that "dragging" is referring to "dragging" the undersigned away by contract hit men or contract

23   killers.

24   In a video production of a discussion group posted on the YouTube channel "Defango" on December 10,

25   2017 a discussion member ("Billy Bob") claims that Quinn Michaels (Corey Atkin) lived in his garage for three (3)

26   weeks. **[Exh. 6]**

27

28
DECLARATION OF D.GEORGE SWEIGERT - 2

An exchange takes place between "Defango" and "Billy Bob" (landlord to Quinn Michaels). At time mark 7:00 Defango states, "Is this the same Quinn Michaels that has been going on CrowdSource The Truth?". [Exh. 6].

At time mark 7:03 "Billy Bob" replies, "Yeah, man.  And while he was here (Quinn Michaels) he was actually talking to Jason Goodman.  That Jason Goodman guy, that you always talk about on your show."

At 7:11 Defango, "Yeah".

At 7:12 Bill Bob, "And they were, like, talking about putting bounties on you and all kinds of stuff, man. They really don't like you.  I don't know why.  Looks like you guys are both, you know, "CrowdSourcing the truth". I don't get why you guys are fighting, man.  You know.  It's kinda weird. "

At 7:28 Defango, "Yeah.  Did you said [sic].  You said putting … you said they were trying to put out .. what on me?"

At 7:32 Billy Bob, "They were trying to like put out hits on the dark web  .. and they were trying to put hits on you … try to offer bounties.  There's like bounty rewards right now for information on you..".

The undersigned interprets these comments as a very strong indication that Quinn Michaels has accessed the "Dark Web" to locate illegal contract for hire services to inflict damage and bodily injury on the undersigned.

In a video production of May 20, 2018, Quinn Michaels announced his presence in the City of Mount Shasta. [Exh. 7].

The extended stay of Mr. Michaels (Atkin) follows his meetings with Mr. Goodman. [Exh. 2].

The undersigned attests and affirms that all attached exhibits are true and accurate copies of sources (such as Internet web sites).

Dated this day of May 25, 2018

D. GEORGE SWEIGERT

DECLARATION OF D.GEORGE SWEIGERT - 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF D.GEORGE SWEIGERT - 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LIST OF EXHIBITS**

I.      YouTube videos with Jason Goodman and Quinn Michaels

II.     YouTube video on Venice Beach with Jason Goodman and Quinn Michaels posted May 18, 2018

III.    Ney York State statue 240.30 "Aggravated harassment in the second degree"

IV.     YouTube video "The Trolls of Mount Shasta" posted May 4, 2018

V.      Web-site, Commission on Peace officer Standards and Training

VI.     YouTube video with "Defango" posted December 17, 2018

VII.    YouTube video "Back in Mount Shasta" posted May 20, 2018

DECLARATION OF D.GEORGE SWEIGERT - 5

1
2
3
4
5
6
7
8
# EXHIBIT ONE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF D.GEORGE SWEIGERT - 6

1

## Part A

2

Filters ▾                                                  About 1,460 results

3



### Jason Goodman

4

560 videos

Crowdsource the Truth is a community sponsored news source. If you have
information, evidence, corrections or suggestions .

5

CHANNEL    Subscribe   58,736

6

7

**Latest from Jason Goodman**

8



### Rock n' Roll at Sunset Sound with Charles
### Manson and Walt Disney

9

Jason Goodman
5 days ago • 5,406 views
Quinn Michaels joins me as we continue down the rabbit hole linking the
Los Angeles music recording industry to darker elements ...

10

NEW

11



### LIVE From Venice Beach with Quinn Michaels –
### "The Children" of Venice Beach

12

Jason Goodman
6 days ago • 5,462 views

13

According the Maury Terry, author of The Ultimate Evil, "The Children" was
a satanic cult based in Venice Beach CA that counted .

14

NEW



15



### The Nine Three Society and What It Means to You
### – Investigating with Quinn Michaels

16

Jason Goodman

17

Streamed 2 months ago • 44,580 views
For the past several years, Quinn Michaels has been investigating a little
known entity he has dubbed the Nine Three Society.

18

19



### The Covenant Family Business with Special Guest
### Quinn Michaels

20

Jason Goodman
2 weeks ago • 4,182 views

21

Originally posted April 28, 2018 Blood is thicker than water, but the blood of
the Covenant is thicker than the water of the womb

22



### Quinn Michaels Reveals Secret Antarctic Tech
### Using Fitbit and Google Earth!

23

Jason Goodman

24

Streamed 3 months ago • 32,364 views
Quinn Michaels continues to blow the lid off of conventional thinking. Many
have doubted his outlandish claims, but Quinn keeps ..

25

### Quinn Michaels Discovers #SIRISYS in Las Vegas

26

Jason Goodman
Streamed 4 months ago • 25,505 views

27

## Continued next page

28

DECLARATION OF D.GEORGE SWEIGERT - 7

**Part B**



Streamed 3 months ago • 32,364 views
Quinn Michaels continues to blow the lid off of conventional thinking. Many have doubted his outlandish claims, but Quinn keeps ..

### Quinn Michaels Discovers #SIRISYS in Las Vegas
Jason Goodman
Streamed 4 months ago • 25,585 views
Quinn says things, I listen. I have no idea what was said.. Look into PRESTO on your own ...



### Artificial Intelligence PsyOps Tyler and Q Anon with Quinn Michaels
Jason Goodman
Streamed 5 months ago • 50,686 views
How could a Q level clearance operative release sensitive intelligence information without being charged with treason? Sponsor ...



### Apo–Q–lypse Now with Special Guest Quinn Michaels
Jason Goodman
1 week ago • 14,708 views
The Q movement has seemingly imploded, we're not tryna say we told ya' so.. Become a Sponsor of Crowdsource the Truth ...



### The Anonymous DarkNet Cult of Michael
Jason Goodman
1 month ago • 31,270 views
The deeper we dig, the more Quinn Michaels reveals, the harder they attack. Does this mean we are providing inaccurate ..



### Live in Las Vegas with Quinn Michaels
Jason Goodman
Streamed 6 months ago • 207,155 views
Quinn Michaels and I join forces in Las Vegas to discuss AI and investigate the connections between cryptocurrency, Artificial ...



### Quinn Michaels in His Own Words
Jason Goodman
Streamed 5 months ago • 28,473 views
Who is Quinn Michaels and how did he get here? Sponsor Crowdsource the Truth http://paypal.me/crowdsourcethetruth ...

**Continued next page**

DECLARATION OF D.GEORGE SWEIGERT - 8

1

**Part C**

2

3



### Crypto Conspiracy and the Road to the AI Singularity

Jason Goodman

Streamed 8 months ago · 70,764 views

Quinn Michaels continues to shock with unprecedented revelations about cryptocurrency and the coming artificial intelligence ...

4

5

6

7



### South Dakota with Quinn Michaels - Touring Sanford Labs

Jason Goodman

Streamed 5 months ago · 7,104 views

Exploring the mysterious Sanford Labs in Lead South Dakota. Sponsor Crowdsource the Truth ...

8

9

10

11



### Finding Sophia – A Search for Artificial Intelligence at CES 2018

Jason Goodman

Streamed 4 months ago · 18,946 views

Quinn Michaels joins me on the search for Artificial General Intelligence at the 2018 Consumer Electronics Show Sponsor ...

12

13

14

15

**Watch again**



16



### Back at NYC HQ with an Update from the Mighty Quinn

Jason Goodman

Streamed 5 months ago · 19,647 views

Quinn Michaels suffered a spontaneous collapsed lung on his way to Roswell New Mexico after our trip to South Dakota.

17

18

19

20



### Sunday with Charles – Spoiling the Revenge of the Turds

Jason Goodman

4 days ago · 9,532 views

Charles disrupts the planned revenge. Download Charles' presentation ..

NEW

21

22

23

24

25

26

27

28

DECLARATION OF D.GEORGE SWEIGERT - 9

# EXHIBIT TWO

**https://www.youtube.com/watch?v=y1K-vCNX4ow**



LIVE From Venice Beach with Quinn Michaels – "The Children" of Venice Beach

Jason Goodman

Subscribe  58K

5,497 views

+ Add to    Share   ••• More

Published on May 18, 2018
According the Maury Terry, author of The Ultimate Evil, "The Children" was a satanic cult based in Venice Beach CA that counted David Berkowitz among it's members. Quinn and I go to the source to investigate.

SHOW MORE

DECLARATION OF D.GEORGE SWEIGERT - 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT THREE

DECLARATION OF D.GEORGE SWEIGERT - 12

http://ypdcrime.com/penal.law/article240.htm#p240.30

S 240.30 **Aggravated harassment in the second degree.**
A person is guilty of aggravated harassment in the second degree when:
1. With intent to harass another person, the actor either:
(a) communicates, anonymously or otherwise, by telephone, by computer or any other electronic means, or by mail, or by transmitting or delivering any other form of communication, a threat to cause physical harm to, or unlawful harm to the property of, such person, or a member of such person's same family or household as defined in subdivision one of section 530.11 of the criminal procedure law, and the actor knows or reasonably should know that such communication will cause such person to reasonably fear harm to such person's physical safety or property, or to the physical safety or property of a member of such person's same family or household; or
(b) causes a communication to be initiated anonymously or otherwise, by telephone, by computer or any other electronic means, or by mail, or by transmitting or delivering any other form of communication, a threat to cause physical harm to, or unlawful harm to the property of, such person, a member of such person's same family or household as defined in subdivision one of section 530.11 of the criminal procedure law, and the actor knows or reasonably should know that such communication will cause such person to reasonably fear harm to such person's physical safety or property, or to the physical safety or property of a member of such person's same family or household; or
2. With intent to harass or threaten another person, he or she makes a telephone call, whether or not a conversation ensues, with no purpose of legitimate communication; or
3. With the intent to harass, annoy, threaten or alarm another person, he or she strikes, shoves, kicks, or otherwise subjects another person to physical contact, or attempts or threatens to do the same because of a belief or perception regarding such person's race, color, national origin, ancestry, gender, religion, religious practice, age, disability or sexual orientation, regardless of whether the belief or perception is correct; or
4. With the intent to harass, annoy, threaten or alarm another person, he or she strikes, shoves, kicks or otherwise subjects another person to physical contact thereby causing physical injury to such person or to a family or household member of such person as defined in section 530.11 of the criminal procedure law; or
5. He or she commits the crime of harassment in the first degree and has previously been convicted of the crime of harassment in the first degree as defined by section 240.25 of this article within the preceding ten years.

DECLARATION OF D.GEORGE SWEIGERT - 13

1
2
3
4
5
6
7
8
9
10

# EXHIBIT FOUR

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF D.GEORGE SWEIGERT - 14

1

2   **https://www.youtube.com/watch?v=qyg9YejHy0k**

3

4

5



6

7

8

9

10

11

12

13

**The Trolls of Mount Shasta**

14

 Crowdsource the Truth 2

15   ▶️ Subscribe  7.5K                                    9,426 views

16   ➕ Add to   ↪ Share   ••• More            👍 263   👎 116

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF D.GEORGE SWEIGERT - 15

# EXHIBIT FIVE

https://post.ca.gov/pc-832-arrest-and-firearms-course

Hiring     Applicant     PC 832 Arrest and Firearms Course

# PC 832 Arrest and Firearms Course

The PC 832 Arrest and Firearms Course (PC 832 Course) is the minimum training standard for California peace officers as specified in Commission Regulation 1005. This training may be met by successful completion of a basic training course (e.g., Regular Basic Course, Specialized Investigators' Basic Course, and Level III Modular Format Course) or as a separate stand-alone certified course.

▸ View schedule of Courses

▸ PC 832 Arrest Course Presenters

▸ PC 832 Firearms Course Presenters

▸ PC 832 Arrest and Firearms Course Presenters

▸ PC 832 Arrest and Firearms Requalification

**Curriculum**

The Arrest and Firearms (PC 832) course consists of two components, which total a minimum of 64 hours. The Arrest component has a 40-hour requirement, and the Firearms component has a 24-hour requirement. These components are divided into 14 individual topics, called Learning Domains. The Learning Domains contain the minimum required foundational information for given subjects. The training and testing specifications for a particular domain may also include information on required instructional activities and testing requirements. The specific learning domains are identified in the PC 832 training specifications.

**Tests**

The Arrest component includes a 100-question, multiple-choice written examination and several skill examinations on Arrest and Control Techniques. The Firearms component includes a firearms range qualification examination. All tests are graded pass/fail, with one retest opportunity per examination. If a retest is failed, the

**Quick Links**

▸ 80-Hour Cap Courses

▸ Basic Course Waiver Process

▸ Basic Training Academies

▸ Course Evaluation Instrument

▸ Course Catalog

▸ Learning Portal

▸ POST Regional Training Map

▸ POST Training Videos

▸ Proposed TTS Revisions

▸ Regulatory Actions

▸ Training and Testing Specifications (TTS)

**Contact Us**

Basic Training Bureau
(916) 227-4252

Julie Gorwood
(916) 227-3915

DECLARATION OF D.GEORGE SWEIGERT - 17

# EXHIBIT SIX

DECLARATION OF D.GEORGE SWEIGERT - 18

1

https://www.youtube.com/watch?v=w9qfq_IjYss

2

3



4

5

6

7

8

9

10

11

12

13

14

**After Hours | Danger Zone Quinn Exposed + goodman Darknet woes**

15



16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF D.GEORGE SWEIGERT - 19

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 7

1   https://www.youtube.com/watch?v=xTrgHgdT-wM&t=11s

2

3

4

5

6

7

8

9

10

11

12

13



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF D.GEORGE SWEIGERT - 21

**D. GEORGE SWEIGERT, C/O**
**336 BON AIR CENTER #241**
**GREENBRAE, CA 94904**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **ROBERT DAVID STEELE, ET. AL.** | **Case No.: 3:17-CV-601-MHL** |
|         Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| **JASON GOODMAN, ET. AL.** | |
|         **Defendant** | |

### CERTIFICATE OF SERVICE

On this day, May 25, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached

pleading (with First Class postage affixed) to the following parties.

        **Fernando Galindo, Clerk**
        **U.S. District Court, E.D. VA**
        **Federal Courthouse**
        **701 East Broad Street**
        **Richmond, VA 23219**

        **Steven S. Biss (VSB # 32972)**
        **300 West Main Street, Suite 102**
        **Charlottesville, Virginia 22903**

        **Terry Catherine Frank**
        **Kaufman & Canoles PC**
        **1021 E. Cary Street, Suite 1400**
        **PO Box 27828**
        **Richmond, VA 23219**

        **Jason Goodman**
        **252 7th Avenue #6S**
        **New York, NY 10001**

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

                                   _____
                                D. GEORGE SWEIGERT