D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, ET. AL. | Case No.: 3:17-CV-601-MHL |
| Plaintiff, | |
| vs. | DECLARATION OF D. GEORGE SWEIGERT |
| JASON GOODMAN, ET. AL. | |
| Defendant | |

**FIFTH DECLARATION OF D. GEORGE SWEIGERT**

Now comes D. George Sweigert, a non-attorney layman and California licensed Emergency Medical Technician, to affirm and attest to the below facts under penalties of perjury. The undersigned attests and affirms that all attached exhibits are true and accurate copies of sources (such as Internet web sites).

I.      **JASON GOODMAN'S ASSOCIATION WITH QUINN MICHAELS**

Defendant Jason Goodman has published yet another YouTube video production with the "CrowdSource The Truth Researcher" Quinn Michaels (Korey Atkin) directed at the undersigned ("Elvis Presley – The Devil in Disguise? The King, The Covenant, and the #TimePhoneHack", 5/26/2018). **[Exh. 1].**

During the course of this video, defendant Goodman holds up to the camera and allows his audience to read the FIRST DECLARATION OF D. GEORGE SWEIGERT **[Doc. 51, 5/22/2018].**

It appears that nearly 40-50% of this video is directed at discussing the undersigned and the document located at **[Doc. 51, 5/22/2018].** During the YouTube video Mr. Goodman comments:

36:28: GOODMAN: "The example that I am thinking of right now. It's got to do with our same favorite friend, the guy [the undersigned] who is sending people to visit you there in Shasta". **[Exh. 1].**

**DENIED.** The undersigned DENIES that he has directed, guided or encouraged individuals to visit Mr. Michaels (Atkin) in any location, at any time, for any purpose. This insinuation by Mr. Goodman is denied in its entirety in all its forms. The undersigned does not engage in the practice of "sending people" to meet anyone. This notion is completely false and is denied by the undersigned in its entirety.

DECLARATION OF D.GEORGE SWEIGERT - 1

1   37:52: GOODMAN: "How he [undersigned] has had zero contact with Mr. Steele [plaintiff]. (Reading

2   from [Doc. 51, 5/22/2018]). No Skype messages, no phone calls, no e-mail messages. Now, he [undersigned] does

3   say or any other means of communication with Mr. Steele. But, I don't think that precludes encoded messages that

4   could be transmitted in – oh I don't know – cryptic bizarre YouTube videos perhaps". **[Exh. 1].**

5   **DENIED.** Once again, the undersigned DENIES the notion that he is, or ever has, encoded messages into

6   YouTube videos. The undersigned has no desire, intention or urge to transmit any type of message to anyone acting

7   as an agent, interested party or Mr. Steele [plaintiff]. The notion that any encoded communications has been placed

8   in any electronic media – in any form – for the purpose of communicating a message to the plaintiff (with the

9   exception of a related routine evidence preservation and anti-spoliation notice) is hereby denied. **[Exh. 2].**

10   Mr. Goodman continues in his 5/26/2018 video:

11   40:53: GOODMAN: "He [undersigned] does go one to describe in this letter [Doc. 51, 5/22/2018] that he,

12   uh, was in the U.S. Air Force and that he provided radio support -- and. I mean, this sounds like signals intelligence

13   type of stuff, right? Radio operators in the military would be familiar with that technology. Wouldn't they?"

14   41:11: QUINN MICHAELS: "Military radio operator would be a signals intelligence specialist. SIGINT as

15   they call it. And anyone. They call it telephony. You know, SIGINT. You know, anything that deals with digital

16   or analog communications is considered to be – you know – comms or signals intelligence." **[Exh. 1].**

17   41:30: GOODMAN: "So sorta (reading from **[Doc. 51, 5/22/2018]**) high frequency communications

18   between basecamp and in-flight helicopters. Is that what you mean?." **[Exh. 1]**

19   41:36: QUINN MICHAELS: Yes.

20   **DENIED.** Once again the undersigned DENIES the notion that he is, or ever has, been involved in what is

21   described as "signals intelligence" by Mr. Goodman or Michaels. This is an incorrect, false and completely un-

22   informed opinion about military communications and that the undersigned has somehow been trained in "SIGINT".

23   **DENIED.** At no time has the undersigned participated in the "interception of signals" for the purpose of

24   performing intelligence analysis on such signals. Any notion that the undersigned was collecting, processing,

25   intercepting or gathering signals for intelligence analysis while a member of the U.S. Air Force is hereby **DENIED.**

26

27

28

DECLARATION OF D.GEORGE SWEIGERT - 2

1    During his Honorable service to the U.S. Air Force, while in Latin America, the undersigned maintained,

2    troubleshot, and repaired communications equipment for use by Air Traffic Controllers maintaining knowledge of

3    in-flight helicopters via position reporting to facilitate flight following.  The undersigned was not assigned to operate

4    such equipment and would not have been classified as a "radio operator".

5    Attached as Exhibit Three is the description of the tasks assigned to a Ground Equipment Radio

6    Repairman, Air Force Specialty Code, 30454.  **[Exh. 3]**.

7    In sum, the 30454 career field includes duties such as "operationally check UHF or VHF equipment, isolate

8    malfunctions within UHF or VHF equipment, align UHF or VHF equipment or subassembles, operationally check

9    HF equipment, etc.  **[Exh. 3]**

10    While the undersigned was assigned to these duties with the U.S. Air Force in Latin American flight

11    following consisted of having knowledge of an aircraft location and condition with a reasonable degree of certainty

12    such that, in the event of a mishap, those on board may be rescued.  If, in the event of communications loss with a

13    helicopter, the flight following radio operator could begin a search party to the last known position report.

14    As stated on Wikipedia:

15    Signals intelligence (SIGINT) is intelligence-gathering by interception of signals, whether communications
       between people (communications intelligence—abbreviated to COMINT) or from electronic signals not
16    directly used in communication (electronic intelligence—abbreviated to ELINT). Signals intelligence is a
17    subset of intelligence collection management.
       https://en.wikipedia.org/wiki/Signals_intelligence

18

19    II.    **REPORTING OF SUSPICIOUS ACTIVITIES RELATED TO "TEAM TYLER"**

20    Attached as Exhibit 4 is an electronic mail message that addresses an individual interviewed by Jason

21    Goodman on CrowdSource The Truth on 12/21/2017, entitled "Retired Juggalo Gail on the Gangster Music

22    Industry".  **[Exh. 4]**.

23    Included as Exhibit 5 are attachments to the above listed e-mail [Exh. 4] which accompanied the e-mail

24    body that was transmitted.  **[Exh. 5]**.  This first attachment indicates that a user known as "GAILWINDS" using a

25    "TeamTyler" logo transmitted a link in a "TeamTyler chat session at 11:58, 12/31/2017.  The remaining attachments

26    provide a capture of cryptic directions to chat room participants to acquire various Internet-based "hacking tools"

27    and appears to provide potential targets to the chat room members.  **[Exh. 5]**.

28

DECLARATION OF D.GEORGE SWEIGERT - 3

1     Attached as Exhibit 6 is the designation certificate that indicates the undersigned has been recognized as

2    "Certified in Homeland Security – Level III".  **[Exh. 6].**

3

4

5    The undersigned attests and affirms that all attached exhibits are true and accurate copies of sources (such as

6    Internet web sites).

7    All of the foregoing is attested to and sworn to under the penalties of perjury.

8

9     Dated this day of May 28, 2018

10

11     D. GEORGE SWEIGERT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF D.GEORGE SWEIGERT - 4

1
2
3
**LIST OF EXHIBITS**
4
5    I.      "Elvis Presley – The Devil in Disguise? The King, The Covenant, and the
6            #TimePhoneHack", 5/26/2018, YouTube video
7    II.     E-mail message to the General Counsel, Patreon, Inc.  11/29/2017
8    III.    U.S. Air Force Occupational Survey Report
9    IV.     E-mail message to New Mexico State Police, dated 1/1/2018
10   V.      Attachments to the e-mail message described in Exhibit IV.
11   VI.     Certification of CHS-III
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF D.GEORGE SWEIGERT - 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT ONE

DECLARATION OF D.GEORGE SWEIGERT - 6

1  https://www.youtube.com/watch?v=vhjnROjEEOg&t=2293s



Elvis Presley – The Devil in Disguise? The King, The Covenant, and the #TimePhoneHack

 Jason Goodman
Subscribe 58K

9,992 views

+ Add to    Share   •••More

296   41

DECLARATION OF D.GEORGE SWEIGERT - 7

# EXHIBIT TWO

DECLARATION OF D.GEORGE SWEIGERT - 8

From: Spoliation Notice <spoliation-notice@mailbox.org>
To: colin@patreon.com, legal@patreon.com, disable@patreon.com
Cc: truth@crowdsourcethetruth.org, contact@unrig.net, Spoliation Notice <spoliation-notice@mailbox.org>, feedback <feedback@calbar.ca.gov>, info <info@privacyrights.org>
Date: November 29, 2017 at 7:15 PM
Subject: Litigation hold -- Doxing and Harassement
To:
Colin Sullivan
Bar no. 285203
General Counsel
Patreon, Inc.

Dear Sir,

This notice requests that you begin the process of a litigation hold on all electronic evidence stored, processed or transmitted by your organization for the following account:

     crowdsourcethetruth

The operator of this account is a defendant in a federal lawsuit:

     Jason Goodman

This request is an evidence preservation request to prevent spoliation of electronic evidence that will be sought in federal litigation (please consult Federal Rules of Civil Procedure for guidance).

Mr. Goodman is a defendant to allegations that concern public doxing, copyright violations, harassment and hate speech. All which appear to violate the community standards policy of Patreon.

Recently, Mr. Goodman has allegedly published a series of videos on your platform that attack the privacy, physical characteristics, and intelligence of private citizens in the State of California that Mr. Goodman perceives may be friends of the plaintiff in this federal lawsuit.

Therefore, as your company holds this evidence, and as it will be required to be admitted into the court record, a strong request is hereby made that you preserve this evidence (account application, invoices, payments, video content, records of messages, transactions with Mr. Goodman, etc.).

As many of these actions allegedly violate California privacy laws, there is an increased duty to preserve these records as follow-up complaints shall be lodged with the California Attorney General with a copy of this notification.

If your organization allows this behavior to persist, serious consideration will be given to adding Patreon as a co-defendant in this federal litigation -- as your company will only be aiding in the distribution of the offense material.

This is a very serious matter as law enforcement has become involved.

Thank you.

Evidence Collection Team

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT THREE

AD-A279 854



**UNITED STATES
AIR FORCE**



DTIC
ELECTE
MAY 2 5 1994
S G D

# OCCUPATIONAL

# SURVEY REPORT

94-15633

---

GROUND RADIO COMMUNICATIONS

AFSC 2E1X3
(FORMERLY AFSC 304X4)

AFPT 90-304-976
APRIL 1994

---

**OCCUPATIONAL ANALYSIS PROGRAM
AIR FORCE OCCUPATIONAL MEASUREMENT SQUADRON
AIR EDUCATION and TRAINING COMMAND
1550 5th STREET EAST
RANDOLPH AFB, TEXAS 78150-4449**

APPROVED FOR PUBLIC RELEASE; DISTRIBUTION UNLIMITED

number of tasks included in a module, the percent time spent on tasks in that module, a cumulative amount of time spent on the listed modules, the weighted average time spent on each individual task within the module, and finally, an average percentage of members performing the particular task module. These modules were identified through CODAP co-performance clustering, which presents the average probability that if you perform one task you also perform a second task or a group of related tasks. The probabilities are calculated on the actual coperformance of tasks by respondents in this survey sample. Representative task modules are listed as a part of the job description. The list of modules with respective tasks is presented in Appendix B.

I.  GROUND RADIO EQUIPMENT MAINTENANCE CLUSTER (STG055, N=1,140). This cluster of jobs represents the core work of the career ladder. Fifty-one percent of career ladder personnel work in these jobs and are responsible for maintaining a wide range of base communications equipment and systems, including PA systems, Air Traffic Control (ATC) Services facilities, ATC radio maintenance, ground air transmitters/receivers, and the Tactical Air Control System. They operationally check, align, isolate, remove, replace, install, and bench check every equipment item and component of a ground radio communications system. These are the broadest jobs of any identified, with personnel performing an average of 131 tasks. Examples of tasks performed include:

> operationally check UHF or VHF equipment
> isolate malfunctions within UHF or VHF equipment
> align UHF or VHF equipment or subassemblies
> operationally check HF equipment
> align or adjust internal circuitry of GRCE
> remove or replace UHF or VHF equipment subassemblies
> isolate malfunctions within HF equipment
> bench check UHF or VHF transceivers or subassemblies
> align or adjust external controls of GRCE
> align or adjust power amplifiers
> bench check UHF or VHF equipment components

Representative task modules for this cluster include:

| TM | MODULE TITLE | NO. OF TASKS | PERCENT TIME SPENT SUM | CUM | AVG | AVG PCT MBRS PERF |
|------|-----------------------|------|-----|-----|-----|------|
| 0002 | UHF/VHF Equipment | 11 | 8 | 8 | .76 | 70% |
| 0003 | HF Equipment | 18 | 11 | 19 | .62 | 65% |
| 0001 | Supply Ordering | 6 | 3 | 22 | .55 | 59% |
| 0004 | Recorders-Reproducers | 7 | 3 | 25 | .41 | 46% |
| 0005 | Communications Consoles | 11 | 4 | 29 | .37 | 42% |
| 0006 | PA Systems | 14 | 4 | 33 | .30 | 35% |
| 0009 | FM Equipment | 6 | 2 | 35 | .30 | 33% |

The modules clearly display the wide diversity of equipment maintained by personnel in this cluster and show the predominant concentration on UHF, VHF, and HF equipment.

Personnel working in this cluster are fairly experienced, with only 17 percent in their first-enlistment, and 63 percent holding a 5-skill level. The average TAFMS for these incumbents is 103 months, and the predominant paygrades of the job incumbents are E-4 and E-5.

Within this large cluster, two distinct jobs were identified and warrant discussion.  These were the (1) Contingency and Mobile Equipment Maintenance job (STG298, N=255) and (2) the Missile Radio Maintenance job (STG256, N=30).

Personnel in the Contingency and Mobile Equipment Maintenance job are involved with UHF, VHF, and HF equipment, but perform more mobile operations tasks.  These include such tasks as:

> operationally check mobile GRCE
> pack mobility or contingency equipment for shipment or movement
> set up or tear down mobile antenna systems
> fire weapons for proficiency
> operationally check mobile antenna systems
> erect tents
> set up or tear down mobile communications vans
> install station grounds for vans or shelters
> transport mobility or contingency equipment to or from deployed locations
> align or adjust mobile antenna systems
> don or doff chemical warfare personal protective clothing

Representative task modules for this job include:

| TM | MODULE TITLE | NO. OF TASKS | PERCENT TIME SPENT | | | AVG PCT MBRS PERF |
|----|--------------|--------------|-----|-----|-----|-------------------|
| | | | SUM | CUM | AVG | |
| 0003 | HF Equipment | 18 | 11 | 11 | .60 | 74% |
| 0002 | UHF/VHF Equipment | 11 | 6 | 17 | .56 | 70% |
| 0001 | Supply Ordering | 6 | 3 | 20 | .51 | 62% |
| 0009 | FM Equipment | 6 | 3 | 23 | .47 | 59% |
| 0023 | Mobile Operations | 54 | 22 | 45 | .42 | 51% |

These modules clearly indicate the primary work is with HF, UHF, and VHF equipment. However, 22 percent of the job time is spent on the 54 tasks comprising the Mobile Operations module, confirming a heavy involvement with mobility and contingency tasks.

14

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FOUR

DECLARATION OF D.GEORGE SWEIGERT - 10

6 attachments (535 KB)
qm--114444.jpg; qm--1133333.jpg; qm--112222.jpg; qm--11111.jpg; qm--111333dddddd.jpg; Letter to Biss Rule 11 (2).pdf;


---------- Original Message ----------
From: Spoliation Notice <spoliation-notice@mailbox.org>
To: danielle.gonzales2@state.nm.us, FCPA.Fraud@usdoj.gov, DHSEM-Webmaster@state.nm.us,
don.shainin@state.nm.us, ask.osp@state.or.us, oregonfusioncenter@doj.state.or.us,
support@discordapp.com, lorenzo.espinoza@state.nm.us, abuse@discordapp.com,
info@roswellpolice.com, nmbme@state.nm.us, info@nmms.org, nyspmail@troopers.ny.gov, Spoliation
Notice <spoliation-notice@mailbox.org>
Cc: dispatch@dc3.mil, cybercrime@dodig.mil, sarah.peterson@state.nm.us,
marcella.benton@state.nm.us, Wynn.Brannin@state.nm.us, DEA.FOIA@usdoj.gov,
FOIAOJP@usdoj.gov
Date: January 1, 2018 at 9:19 AM
Subject: Quinn Michaels TeamTyler issues hacking tools and lists of government targets
Participants of the TeamTyler group on DISCORDAPP.COM have begun issuing instructions to include:

Targets of Opportunity (named government agencies)
Lists of hacking tools for team members
Creating false identities
Development of false passport numbers

The individual "GAILWINDS" posted the attached screen shots of target lists, etc.

Attached is a screen shot of a YouTube posted by GAILWINDS on the YouTube sponsored by Jason
David Goodman.

This is the video where "GAILWINDS" describes criminal activity.

https://www.youtube.com/watch?v=QhuXRiPncOE

Note: Jason David Goodman, born April 7, 1970, is a known associate of Quinn Michaels.

A "Rule 11" sanctions document Mr. Goodman authored is attached.

This incident has expanded to the International level and therefore appropriate parties overseas have been
notified.

Evidence Collection Team

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FIVE

DECLARATION OF D.GEORGE SWEIGERT - 11

**Attachment 1**





**general**

1 new message since 11:15 PM

MARK AS READ

Team
Tyler

Calibrate:

gaming target referencing list :

1)
defango organisation : c.i.a. / illuminati /n.s.a/ mossad/ (satanic)

create a fake account with full description and picture on this wiki
with your fake indentity generator : use your qr code for avatar.

(need to be
updated)

last warning to defango from cicada3301 division kstxi agency :



6 new messages since 11:15 PM                                      MARK AS-READ

create a fake account with full description and picture on this wiki
with your fake indentity generator : use your qr code for avatar.

(need to be
updated)

last warning to defango from cicada3301 division ksixi agency :

2)
tengri-137 organisation : mossad : gchq (satanic)



10 new messages since 11:15 PM                                    MARK AS READ

2)
tengri-137 organisation : mossad : gchq (satanic)


last warning send to tengri137 unit from cicada3301 division kstxi
agency:



3)
wikia uncovering cicada organisation : c.i.a./gchq (satanic)





usefull tool for attack

14 new messages since 11:15 PM                                    MARK AS READ

4)Niantic project organisation : darpa/otan/onu : n.s.a/c.i.a.
(satanic)

5)S.V.V Organization : c.i.a : (satanic)

original website :

Delango

Divine Energy Flowing Absolutely Never Going Out

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT SIX

DECLARATION OF D.GEORGE SWEIGERT - 12

# American Board for Certification in Homeland Security™

hereby awards

## David G. Sweigert

with the designation

# Certified in Homeland Security - Level III

with all the rights and privileges pertaining thereto, so long as recertification requirements
are met and the American Board for Certification in Homeland Security Code of Conduct is upheld.

Robert L. O'Block, MDiv, PhD, PsyD, DMin
Founder and Publisher

Awarded
May 2017



Identification Number
124763

Thomas Givens, CHS-V
ABCHS Chair

Expiration date
February 2020

*In compliance with third-party accreditation the American Board Certification for Certification in Homeland Security, ABCHS, requires certification holders to remain in good standing by being current with maintenance fees or membership dues, submitting the required 30 continuing education units every three years for recertification, and upholding ABCHS' code of conduct. This certificate is the property of the ABCHS and that the individual has met the minimum requirements to attain this credential based on specifications set forth by the American Board for Certification in Homeland Security.
Copyright © 2015 American Board for Certification in Homeland Security, LLC All rights reserved

1   **D. GEORGE SWEIGERT, C/O**
    **336 BON AIR CENTER #241**
2   **GREENBRAE, CA 94904**

3

                    **IN THE UNITED STATES DISTRICT COURT**
4                   **FOR THE EASTERN DISTRICT OF VIRGINIA**
                              **RICHMOND DIVISION**
5

6   **ROBERT DAVID STEELE, ET. AL.**          **Case No.: 3:17-CV-601-MHL**

7              **Plaintiff,**

8   **vs.**                                   **CERTIFICATE OF SERVICE**

9   **JASON GOODMAN, ET. AL.**

10             **Defendant**

11                       **CERTIFICATE OF SERVICE**

12  On this day, May 28, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached

13  pleading (with First Class postage affixed) to the following parties.

14                       **Fernando Galindo, Clerk**
                         **U.S. District Court, E.D. VA**
15                       **Federal Courthouse**
                         **701 East Broad Street**
16                       **Richmond, VA 23219**

17
                         **Steven S. Biss (VSB # 32972)**
18                       **300 West Main Street, Suite 102**
                         **Charlottesville, Virginia 22903**
19

20                       **Terry Catherine Frank**
                         **Kaufman & Canoles PC**
21                       **1021 E. Cary Street, Suite 1400**
                         **PO Box 27828**
22                       **Richmond, VA 23219**

23
                         **Jason Goodman**
24                       **252 7th Avenue #6S**
                         **New York, NY 10001**
25

26  I hereby attest under the penalties of perjury that the foregoing is true and accurate.

27

28
                                        D. GEORGE SWEIGERT

    CERTIFICATE OF SERVICE - 1