1  D. GEORGE SWEIGERT, C/O
   336 BON AIR CENTER #241
2  GREENBRAE, CA 94904

3
                    IN THE UNITED STATES DISTRICT COURT
4                 FOR THE EASTERN DISTRICT OF VIRGINIA
                            RICHMOND DIVISION
5

6  ROBERT DAVID STEELE, ET. AL.          Case No.: 3:17-CV-601-MHL

7          Plaintiff,

8  vs.                                    DECLARATION OF D.
                                          GEORGE SWEIGERT
9  JASON GOODMAN, ET. AL.

10         Defendant

11             **SIXTH DECLARATION OF D. GEORGE SWEIGERT**

12  Now comes D. George Sweigert, a non-attorney layman and California licensed Emergency Medical Technician, to

13  affirm and attest the facts described below under penalties of perjury.  The undersigned attests and affirms that all

14  attached exhibits are true and accurate copies of sources (such as Internet web sites or e-mail messages).

15      **I.      JASON GOODMAN DISPARAGES THE NAME OF THE COURT**

16          Defendant Jason Goodman has released yet another video production on yet another YouTube channel –

17  "Crazy Dave's Insane-a-torium", which is a reference to the undersigned.  As seen in Exhibit One defendant

18  Goodman published a video entitled "The Webb of Lies and the Lying Liars Who Weave It....".  May 9, 2018.  The

19  video features the undersigned in a dunce cap, straight jacket and a jail booking placard that reads "CRAZY

20  DAVE".  **[Exh. 1].**

21          In the video at 8:32 Goodman proclaims:

22          08:47: GOODMAN.  Why don't you release whatever evidence it is you think you have.  And you can

23  intervene in the lawsuit.  We all know it is a fake lawsuit.

24          Mr. Goodman then continues with his insinuations that the undersigned somehow assisted in some way

25  with regards to the Port of Charleston "Dirty Bomb Hoax" incident that took place on June 14, 2017.

26          08:54: GOODMAN.  Is it possible that these guys are getting upset that I am talking about how they

27  orchestrated a bomb hoax.  With the intention of putting me in jeopardy?  **[Exh. 1].**

28

    DECLARATION OF D.GEORGE SWEIGERT - 1

**DENIED.** The undersigned denies the notion – in its entirety – that he somehow assisted, aided, planned, coordinated or executed any actions or activities associated with the reporting of a radiological device to the U.S. Coast Guard Section Duty Officer in Charleston, South Carolina or 8,000 tweets sent to the 7th District Coast Guard area Incident Command.

The undersigned has been driven to publishing a book about the above cited incident to clear his name from the defendant's insinuations, accusations and allegations.  The book is entitled "Report: Port of Charleston Dirty Bomb Hoax and Social Media Liability".  **[Exh. 2].**

## II.    INSINUATIONS CONTINUE REGARDING NEW MEXICO ASSASSINATION PLOT

Exhibit Three consists of a screen shot of another Jason Goodman YouTube video, entitled, "Serco's Four Horsemen and the North Tower on 9/11 with Special Guest David Hawkins", May 29, 2018.  **[Exh.3].**  The bulk of the video is a discussion about conspiracy theories related to the 9/11/2201 collapse of the World Trade Center Towers.  At 1.00:01 Goodman proclaims:

01.00:01: GOODMAN.  I do want to come back to one topic, though, can I?  So you spoke about the magnatron and this is amazingly coincidental.  That you would bring this up in our conversation, today.  I have mentioned to you in the past … uh … my associate Quinn Michaels.  And in about December Quinn suffered a spontaneous collapse of his lung…..

01.00:37: GOODMAN.  But, we speculated at the time .. uh .. that it could have been caused by a microwave weapon.  **[Exh. 3]**

**DENIED.**  Again, the undersigned denies any notion – in its entirety – that he has some knowledge about microwave weaponry, has used such weaponry, has become familiar with such weaponry or has any operational weaponry.  The notion that the undersigned is involved in microwave weapons, uses such weapons, has a background in such weapons, or any other extrapolation of this notion is hereby denied.

In a video produced by Mr. Goodman, entitled, "The Anonymous DarkNet Cult of Michael", March 29, 2018, Mr. Goodman proclaims (**[Exh. 4]**):

14:52. GOODMAN.  And I would recommend that the people that may or may not be pursuing Quinn should do the same thing.

DECLARATION OF D.GEORGE SWEIGERT - 2

1   15:00:  GOODMAN.  You and I saw some evidence that indicated that David Sweigert [the undersigned]

2   was aware of your [Quinn] location in Vaughn, New Mexico.  How could he have possibly known that?

3   **DENIED.**  Once again, the undersigned denies all insinuations, allegations and accusations that I had any

4   knowledge of the whereabouts of Quinn Michaels (Korey Atkin) when Mr. Michaels suffered the ruptured bleb on

5   his lung which occurred near Vaughn, New Mexico in December 2017.

6   The assertions by Mr. Goodman that the undersigned had some type of knowledge as to the whereabouts of

7   Mr. Michaels is completely denied in the most militant and strongest terms.  This is a falsehood and devoid of truth.

8   48:44:  GOODMAN.  Robert David Steele's [plaintiff] stupid attorney sent me a letter – it is my opinion –

9   that he is stupid, and I am free to exercise my opinions saying he is a stupid man.

10  49:15:  GOODMAN.  David Sweigert [undersigned] has been very active in trying to create false evidence.

11  They all work together.

12  49:46:  GOODMAN.  Manual Chavez, Robert David Steele, David Sweigert all work together.  **[Exh. 4]**

13  **DENIED.**  Once again, the undersigned denies all insinuations, allegations and accusations that I had any

14  knowledge of plans, anticipated actions, activities, methods, techniques or any such appearance of cooperation with

15  any other party concerning issues related to Robert David Steele.

16  **DENIED.**  Once again, the undersigned denies all insinuations, allegations and accusations that I have

17  created "fake evidence" or evidence of a fake nature.  The notion of this allegation is denied in the strongest possible

18  terms in all its forms.  This is a falsehood and devoid of truth.

19  **III.   COMPLAINT FILED WITH HUMAN RIGHTS COMMISSION**

20  Attached for the record is the Complaint submitted to the San Francisco Human Rights Commission.  **[Exh.**

21  **5]**



*D. S.*
*5-30-18*

DECLARATION OF D.GEORGE SWEIGERT - 3

1
2
3      I hereby attest that all exhibits are accurate and true reproductions of their source appearance (from Internet
4   web-sites).  I hereby attest that the foregoing statements have been made under penalties of perjury.
5
6
7      Dated this day of May 30, 2018
8
9                                              D. GEORGE SWEIGERT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
DECLARATION OF D.GEORGE SWEIGERT - 4

1
2
3                                    **LIST OF EXHIBITS**
4
5    I.        YouTube show "The Webb of Lies and the Lying Liars Who Weave It....".  May 9, 2018

6    II.       Report: Port of Charleston Dirty Bomb Hoax and Social Media Liability

7    III.      YouTube show Serco's Four Horsemen and the North Tower on 9/11 with Special Guest

8              David Hawkins", May 29, 2018

9    IV.       YouTube show The Anonymous DarkNet Cult of Michael", published March 29, 2018

10   V.        Complaint to the San Francisco Human Rights Commission

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
DECLARATION OF D.GEORGE SWEIGERT - 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT ONE

DECLARATION OF D.GEORGE SWEIGERT - 6

**https://www.youtube.com/watch?v=Dc4blrDmrhA**



DECLARATION OF D.GEORGE SWEIGERT - 7

1
2
3
4
5
6
7
8

# EXHIBIT TWO

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF D.GEORGE SWEIGERT - 8

## Report: The Port of Charleston Dirty Bomb Hoax and Social Media Liability

by Dave Sweigert (Author)

★★★★☆ ▾   15 customer reviews

• See all formats and editions

| Paperback |
| --- |
| $6.95 |

3 New from $6.95

The only report that has ever been written about the Port of Charleston, S.C. Dirty Bomb Hoax of June 14, 2017. This booklet describes how social media hoax news sites can attack America's critical infrastructure. Seemingly, these deception merchants operate with no threat of legal action. This fertile environment has allowed the consequence-free attacks on maritime ports, generation of hysteria of supposed assassination plots, and generate fear over unsafe consumer products. The next generation of

• Read more



The Amazon Book Review
Author interviews, book reviews, editors picks, and more. Read it now

Look inside ↗





See all 2 images

DECLARATION OF D.GEORGE SWEIGERT - 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT THREE

DECLARATION OF D.GEORGE SWEIGERT - 10

https://www.youtube.com/watch?v=S9TVLd6ykG8



DECLARATION OF D.GEORGE SWEIGERT - 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FOUR

https://www.youtube.com/watch?v=lUT8hMfzus0&t=923s



DECLARATION OF D.GEORGE SWEIGERT - 13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT FIVE

DECLARATION OF D.GEORGE SWEIGERT - 14

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF D.GEORGE SWEIGERT - 15

D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

HUMAN RIGHTS COMMISSION
SAN FRANCISCO, CALIFORNIA

D. GEORGE SWEIGERT

        Complainant

vs.

PATREON.

        Respondent

Case No.:

COMPLAINT OF D.
GEORGE SWEIGERT

### COMPLAINT OF TRANSMISSION OF HATE SPEECH

Now comes D. George Sweigert, a non-attorney layman and California licensed Emergency Medical Technician, to affirm and attest to the below facts under penalties of perjury. The undersigned attests and affirms that all attached exhibits are true and accurate copies of sources (such as Internet web sites). Contained herein on complaints against the Respondent for continued gross and reckless promotion of hate speech on its social media platform.

I.   **PATREON, INC.**

PATREON, INC. maintains commercial office space at 230 9th Street, San Francisco, CA 94103 and 461 28th Street, San Francisco, CA 94131. The following text appears on the web-site (as of June 1, 2018) advertised as https:www.patreon.com/about:

> In 2013, YouTube musician Jack Conte was looking for a solution to his problem: millions of people loved his videos, but only hundreds of dollars were hitting his bank account. This didn't add up, so he drafted up an idea (hey, we're Patreon) and brought it to his college roommate Sam Yam, now co-founder of Patreon. Now it's 2018, and Patreon is the solution to this same problem for over 100k creators.

Patreon controls the promulgation of "hate speech" via a mechanism known as the "Trust and Safety" team enforcement of Community Guidelines, as stated below from the web-site: https://www.patreon.com/guidelines : (as of May 30, 2018).

COMPLAINT OF D.GEORGE SWEIGERT - 1

1
2
3
4
5
6

Please realize that Patreon is a diverse community and, while you may not necessarily agree with someone's point of view, it may not be a violation of our community guidelines. That said, when you see a page on Patreon that you feel violates our community guidelines, please take the time to report them via our reporting tool. You can read more about how to report a creator or a post **here**. The Trust & Safety team will review the report and if the Community Guidelines have been violated, the team will get in touch with the creator to let them know.

7

Also appearing on this web-site page is the following text (as of May 30, 2018):

8
9
10
11
12
13
14
15
16

Bullying and Harassment:
You cannot attempt to intimidate anyone, either directly or by using your influence over others. We treat real life interactions more seriously than online interactions when analyzing whether a line has been crossed, because it can be more threatening and lead to physical violence. When both sides engage in similar behavior, such as feuds between public figures, we are less likely to take action.
Threats:
Anyone on Patreon should be able to express their opinion in a way that doesn't threaten another person. In this respect, we take threats of violence very seriously. Any creator or patron threatening the well-being of an individual or group of people will be removed. This includes threatening behavior such as stalking or inciting others to commit violent acts.

17
18

The adequacy and effectiveness of the Patreon "Trust and Safety" team is the core issue of the compliant.

19
20
21

The undersigned asserts that the Trust and Safety controls are ineffective. The net result of the ineffectiveness of these controls has been to place the corporation in increased risk of serious civil litigation by the undersigned and hundreds of others.

22
23
24
25
26

For example, Patreon has allowed the continued use of its platform by an individual known as Jason David Goodman of 252 7th Avenue, #6S, New York, NY 10001. Mr. Goodman has created a non-legal name (unregistered corporate name) known as "CrowdSource The Truth" (herein CSTT). CSTT has a long history for posting defamatory, slanderous content based on perceived stereotypes that indict racial superiority on the part of Mr. Goodman and his associates.

27
28

COMPLAINT OF D.GEORGE SWEIGERT - 2

## I.  HATE SPEECH CONTENT

Mr. Goodman is fond of using stereotyping to create "triggers" as he calls it to activate the emotional response's of his perceived rivals.  Terms such as stupid, worthless, waste of oxygen and worm are terms that Mr. Goodman relies upon to describe the undersigned (a U.S. Air Force veterans with two Masters degrees).



In the dual posted video (posted to Patreon and YouTube simultaneously) entitled "The Trolls of Mt. Shasta" Mr. Goodman arranged for three additional people to focus an entire episode (36 minutes) solely on the undersigned.



COMPLAINT OF D.GEORGE SWEIGERT - 3



**06:44: GOODMAN:** Dave is stupid I don't know if dave [undersigned] has some mental disability that's for an expert to determine I can only speculate based on the things that he says.



**32:20: GOODMAN:** if he [undersigned] wasn't the worm that he is .. the waste of oxygen .. the disgusting human being whose own father knew that the proper place for him was to sleep on newspaper with dog shit …

COMPLAINT OF D.GEORGE SWEIGERT - 4

II.     PATREON HAS BEEN PREVIOUSLY WARNED ABOUT MR. GOODMAN

Herein is the text of an e-mail message to the General Counsel of Patreon on November 29, 2017.

From: Spoliation Notice <spoliation-notice@mailbox.org>
To: colin@patreon.com, legal@patreon.com, disable@patreon.com
Cc: truth@crowdsourcethetruth.org, contact@unrig.net, Spoliation Notice <spoliation-notice@mailbox.org>,
feedback <feedback@calbar.ca.gov>, info <info@privacyrights.org>
Date: November 29, 2017 at 7:15 PM
Subject: Litigation hold -- Doxing and Harassment
To:
Colin Sullivan
Bar no. 285203
General Counsel
Patreon, Inc.

Dear Sir,

This notice requests that you begin the process of a litigation hold on all electronic evidence stored, processed or transmitted by your organization for the following account:

    crowdsourcethetruth

The operator of this account is a defendant in a federal lawsuit:

    Jason Goodman

This request is an evidence preservation request to prevent spoliation of electronic evidence that will be sought in federal litigation (please consult Federal Rules of Civil Procedure for guidance).

Mr. Goodman is a defendant to allegations that concern public doxing, copyright violations, harassment and hate speech.  All which appear to violate the community standards policy of Patreon.

Recently, Mr. Goodman has allegedly published a series of videos on your platform that attack the privacy, physical characteristics, and intelligence of private citizens in the State of California that Mr. Goodman perceives may be friends of the plaintiff in this federal lawsuit.

Therefore, as your company holds this evidence, and as it will be required to be admitted into the court record, a strong request is hereby made that you preserve this evidence (account application, invoices, payments, video content, records of messages, transactions with Mr. Goodman, etc.).

As many of these actions allegedly violate California privacy laws, there is an increased duty to preserve these records as follow-up complaints shall be lodged with the California Attorney General with a copy of this notification.

If your organization allows this behavior to persist, serious consideration will be given to adding Patreon as a co-defendant in this federal litigation -- as your company will only be aiding in the distribution of the offense material.

This is a very serious matter as law enforcement has become involved.

Thank you.

Evidence Collection Team

COMPLAINT OF D.GEORGE SWEIGERT - 5

1       The undersigned attests and affirms that all embedded exhibits are true and accurate copies of sources (such

2   as Internet web sites or e-mail messages).

3   All of the foregoing is attested to and sworn to under the penalties of perjury.

5       Dated this day of May 30, 2018

7

8   *D. George Smith*
    D. GEORGE SWEIGERT

10       Copies provided via First Class Mail

12       Human Rights Commission
    25 Van Ness Avenue, 8th Floor

13       San Francisco, CA 94102
    hrc.info@sfgov.org

15       General Counsel
    230 9th Street

16       San Francisco, CA 94103 and

17       General Counsel
    461 28th Street

18       San Francisco, CA 94131

19       privacy@patreon.com

COMPLAINT OF D.GEORGE SWEIGERT - 6

1  **D. GEORGE SWEIGERT, C/O**
   **336 BON AIR CENTER #241**
2  **GREENBRAE, CA 94904**

3
                    IN THE UNITED STATES DISTRICT COURT
4                   FOR THE EASTERN DISTRICT OF VIRGINIA
                              RICHMOND DIVISION
5

6  **ROBERT DAVID STEELE, ET. AL.**          **Case No.: 3:17-CV-601-MHL**

7              **Plaintiff,**

8  **vs.**                                    **CERTIFICATE OF SERVICE**

9  **JASON GOODMAN, ET. AL.**

10             **Defendant**

11                         **CERTIFICATE OF SERVICE**

12  On this day, May 30, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached

13  pleading (with First Class postage affixed) to the following parties.

14                    **Fernando Galindo, Clerk**
                      **U.S. District Court, E.D. VA**
15                    **Federal Courthouse**
                      **701 East Broad Street**
16                    **Richmond, VA 23219**

17
                      **Steven S. Biss (VSB # 32972)**
18                    **300 West Main Street, Suite 102**
                      **Charlottesville, Virginia 22903**
19

20                    **Terry Catherine Frank**
                      **Kaufman & Canoles PC**
21                    **1021 E. Cary Street, Suite 1400**
                      **PO Box 27828**
22                    **Richmond, VA 23219**

23
                      **Jason Goodman**
24                    **252 7th Avenue #6S**
                      **New York, NY 10001**
25

26  I hereby attest under the penalties of perjury that the foregoing is true and accurate.

27                                    _D. George Sy_ 
                                      D. GEORGE SWEIGERT

28
    CERTIFICATE OF SERVICE - 1