AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| ROBERT DAVID STEELE et al. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 3:17-cv-601-MHL |
| ) | |
| JASON GOODMAN et al. ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Susan A. Lutzke
2608 Leisure Drive, Apt B
Fort Collins, CO 80525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven S. Biss, Esquire
300 West Main Street, Suite 102
Charlottesville, Virginia 22903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/19/2018

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Virginia

Case Number: 3:17-CV-601-MHL

Plaintiff:
**ROBERT DAVID STEELE ET AL.**

vs.

Defendant:
**JASON GOODMAN ET AL**

For:
STEVEN S BISS ESQ
300 WEST MAIN STREET
SUITE 102
Charlottesville, VA 22903

Received by Front Range Legal Process Service, Inc. on the 9th day of July, 2018 at 11:41 am to be served on **SUSAN A. LUTZKE, 2608 LEISURE DRIVE, APT B, FORT COLLINS, CO 80525**.

I, Stephen J. Carlyle, being duly sworn, depose and say that on the **10th day of July, 2018** at **7:20 pm**, I:

**POSTED** by attaching a true copy of the **SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT;** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **2608 LEISURE DRIVE, APT B, FORT COLLINS, CO 80525**.

**Additional Information pertaining to this Service:**
ATTEMPTS:
I CERTIFY TO THE EFFECT
7-9-18 @ 7:23 PM / KNOCKED 5 TIMES / NO ANSWER / SCREEN DOOR LOCKED FROM THE INSIDE AT ADDRESS LISTED / SOMEONE HAD TO BE INSIDE / DOUBLE CURTAINS ON BOTH THE WINDOWS IN THE FRONT AND ALSO ON THE GARAGE WINDOWS IN THE BACK
MAIL BOX WAS LEFT OPEN WITH SUBJECTS NAME ON MAIL INSIDE
7-10-18 @ 7:15 AM / NO ANSWER
7-11-18 @ 7:20 PM / NO ANSWER / PAPERS WERE POSTED
SEE ATTACHED PHOTOS CONCERNING THIS SERVE

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 25th day of July, 2018 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

May 18 2022
NOTARY EXPIRATION DATE

SHONNA SCHORRE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184021187
MY COMMISSION EXPIRES MAY 18, 2022

Stephen J. Carlyle
Process Server

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2018005279

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p



# UNITED STATES DISTRICT COURT

Eastern District of Virginia

Date 7/10/18
Time 7:29 pm
Server's Initials S/C

ROBERT DAVID STEELE, et al.

Plaintiff

v.

Civil Action No. 3:17-cv-601-MHL

JASON GOODMAN, et al.

Defendants

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Susan A. Lutzke
2350 Lindere Drive, Apt D
Fort Collins, CO 80525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven S. Biss, Esquire
300 West Main Street, Suite 102
Charlottesville, Virginia 22903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/19/2018





