IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ROBERT DAVID STEELE et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case 3:17-cv-601-MHL |
| | ) | |
| | ) | |
| JASON GOODMAN et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# CERTIFICATE OF SERVICE AND MAILING

Plaintiffs, Robert David Steele and Earth Intelligence Network ("Plaintiffs"), by counsel, hereby file their certificate of service and mailing pursuant to § 8.01-296(2)(b) of the Virginia Code (1950), as amended, and Rules 4(c) and 4(e)(1) of the Federal Rules of Civil Procedure. A true copy of the Plaintiffs' statutory notice emailed and mailed to Defendant, Susan A. Lutzke a/k/a "Queen Tut" on August 21, 2018, is attached hereto as *Exhibit "A"* and incorporated herein by reference.

DATED:    August 21, 2018

Signature of Counsel on Next Page

ROBERT DAVID STEELE
EARTH INTELLIGENCE NETWORK


By: */s/ Steven S. Biss*
    Steven S. Biss (VSB # 32972)
    300 West Main Street, Suite 102
    Charlottesville, Virginia 22903
    Telephone:  (804) 501-8272
    Facsimile:  (202) 318-4098
    Email:  **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendants and all interested parties receiving notices via CM/ECF. A copy of the foregoing pleading as filed was also emailed in PDF to Defendants, Jason Goodman and Susan A. Lutzke.


By: */s/Steven S. Biss*
    Steven S. Biss (VSB # 32972)
    300 West Main Street, Suite 102
    Charlottesville, Virginia 22903
    Telephone:  (804) 501-8272
    Facsimile:  (202) 318-4098
    Email:  **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*