# STEVEN S. BISS

Attorney At Law
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  804-501-8272
Fax:  202-318-4098
EMAIL:  stevenbiss@earthlink.net
stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

Matter No.

179-001

August 21, 2018

**VIA EMAIL (phz@tutanota.com) AND REGULAR MAIL**

Susan A. Lutzke
2608 Leisure Drive, Apt B
Fort Collins, CO 80525

**RE:**     **Steele v. Goodman et al.**
            **Case 3:17-cv-601-MHL**

Dear Ms. Lutzke:

      As you well know, I represent Plaintiffs, Robert David Steele and Earth Intelligence Network ("Plaintiffs"), in connection with the above action that is currently pending in the United States District Court for the Eastern District of Virginia, Richmond Division (the "District Court").

      On July 10, 2018, you were served with process pursuant to Rules 4(c) and 4(e)(1) of the Federal Rules of Civil Procedure (the "Rules") and § 8.01-296(2)(b) of the Virginia Code (1950), as amended (the "Virginia Code").

      Process (Summons and Complaint) has also reached you on numerous occasions via email, including an email dated July 11, 2018, which is sufficient under § 8.01-288 of the Virginia Code.

      As demonstrated in several videos uploaded by Jason Goodman to his YouTube Channel, *Crowdsource The Truth*, you have actual knowledge of the pendency of the lawsuit:

      https://www.youtube.com/watch?v=YZOCxWlyqBA – 10/07/2017;

1

Case 3:17-cv-00601-MHL   Document 64-1   Filed 08/21/18   Page 2 of 5 PageID# 782

https://www.youtube.com/watch?v=kYOikz5mjbw – 09/30/2017;

https://www.youtube.com/watch?v=Zep-7jk0BLA – 09/23/2017;

https://www.youtube.com/watch?v=Zo3TnUazpGQ – 09/06/2017.

Further, since being served with process you continue to actively and intentionally defame Plaintiffs via Twitter. You have tweeted multiple false and defamatory statements, including the following:



2





In August, you completely abandoned the pseudonym "Queen Tut":



4

You continue to disparage and defame the Plaintiffs:



Enclosed is another copy of the Summons and Complaint that were served upon you.

**In accordance with § 8.01-296(2)(b) of the Virginia Code (1950), as amended, please be advised and TAKE NOTICE that upon the expiration of ten (10) days from the date of this letter and the statutory period within which to respond to Plaintiff's Complaint, without further notice, I will move the Clerk of the District Court to enter your default pursuant to Rule 55(a) Fed.R.Civ.P.**

This letter satisfies the mailing requirements of § 8.01-296(2)(b) and any notice requirement of the Rules.

You will not receive any further notice from me.

Yours very truly,

*/s/ Steven S. Biss*

Steven S. Biss

cc.  Robert David Steele
       Terry C. Frank, Esq. (via email)
       Johan Conrod, Esq. (via email)
       Jason Goodman (via email)