Case 3:17-cv-00601-MHL   Document 65-2   Filed 09/03/18   Page 1 of 1 PageID# 791

