**Steven S. Biss**

|        |        |
|--------|--------|
| **From:** | "Steven S. Biss" <stevenbiss@earthlink net> |
| **Date:** | Tuesday, August 21, 2018 1:20 PM |
| **To:** | "Susan A. Lutzke" <phz@tutanota.com> |
| **Cc:** | "Robert Steele" <robert.david.steele.vivas@gmail.com>; "Terry C. Frank" <tcfrank@kaufcan.com>; "Johan Conrod" <rjconrod@kaufcan.com>; "Jason Goodman" <truth@crowdsourcethetruth.org>; "Jason Goodman" <jasongoodman72@protonmail.com> |
| **Attach:** | Certificate of Service and Mailing - 8.21.18.pdf; Statutory Notice - 8.21.18.pdf; Summons and Complaint - Susan Lutzke.pdf; Affidavit of Service - Susan Lutzke - 7.25.18.pdf |
| **Subject:** | Steele - Goodman (Case 3:17-cv-601-MHL) (E.D. Va.) |

Ms. Lutzke,

Attached in PDF are copies of the following:

1. Certificate of Service and Mailing of Statutory Notice;

2. Statutory Notice;

3. Summons and Complaint; and

4. Affidavit of Service of Process.

Please be advised that in ten (10) days from the date of the Statutory Notice, I will file a Motion for Entry of Default against you pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Call or email me if you have any questions.


Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037