IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

Robert David Steele,

    Plaintiff

vs.

                                                  **Civil Action No.** 3:17cv601

Earth Intelligence Network, et al

    Defendant

ENTRY OF DEFAULT

    IT APPEARING by affidavit of counsel for the plaintiff, Robert David Steele, that the defendant, Susan A. Lutzke, has failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against defendant, Susan A. Lutzke.

                                                  FERNANDO GALINDO, CLERK

                                        BY: _____
                                                    J. Smith, Deputy Clerk