D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA - (RICHMOND)

| | |
|---|---|
| ROBERT DAVID STEELE<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN<br><br>Defendant | Case No.: 3:17-cv-00601-MHL<br><br>CHANGE OF ADDRESS<br><br>P.O. BOX 152<br>MESA, AZ 85211 |

## NOTICE OF CHANGE OF ADDRESS

The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via First Class postage paid U.S. Mail to:

Steven Scott Biss
300 West Main St
Ste 102
Charlottesville, VA 22903

Terry Catherine Frank
Kaufman & Canoles PC
1021 E Cary St Suite 1400
Two James Center
PO Box 27828
Richmond, VA 23219

Richard Johan Conrod, Jr.
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510

Jason Goodman
252 7th Avenue
New York, NY 10001

Clerk of the Court
U.S. District Court
701 E Broad St,
Richmond, VA 23219

Respectfully dated this day 25 January 2019. _D. Sgt_

D. GEORGE SWEIGERT

1