**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA - (RICHMOND)

**ROBERT DAVID STEELE**

      Plaintiff,

vs.

**JASON GOODMAN**

      Defendant

Case No.:  **3:17-cv-00601-MHL**

**NOTICE OF RELATED LITIGATION**

### NOTICE OF RELATED LITIGATION

This honorable Court is hereby noticed that a complaint has been filed with the U.S. Federal Trade Commission concerning activities of the defendant.  A true and accurate copy is attached.

Respectfully dated this day **25** January 2019.  _____

                                            **D. GEORGE SWEIGERT**

1

1
2
3
4
5
6
## CERTIFICATE OF SERVICE
7
8  The Plaintiff certifies under penalties of perjury that the enclosed documents have been sent via
9  First Class postage paid U.S. Mail to:
10
11 **Steven Scott Biss**          **Terry Catherine Frank**          **Richard Johan Conrod , Jr.**
   **300 West Main St**           **Kaufman & Canoles PC**           **Kaufman & Canoles PC**
   **Ste 102**                    **1021 E Cary St Suite 1400**      **150 W Main St**
12 **Charlottesville, VA 22903**  **Two James Center**               **PO Box 3037**
                                  **PO Box 27828**                   **Norfolk, VA 23510**
13                                **Richmond, VA 23219**
14
15 **Jason Goodman**              **Clerk of the Court**
   **252 7th Avenue**            **U.S. District Court**
16 **New York, NY 10001**        **701 E Broad St,**
                                 **Richmond, VA 23219**
17
18
19  Respectfully dated this day ²⁵ January 2019.
20                                                          **D. GEORGE SWEIGERT**
21
22
23
24
25 **D. GEORGE SWEIGERT, C/O**
   **P.O. BOX 152**
26 **MESA, AZ 85211**
27
28                                   2