IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROBERT STEELE,** *et al.*,

    **Plaintiffs,**

v.                                        Civil Action No. 3:17cv601

**JASON GOODMAN,** *et al.*,

    **Defendants.**

### ORDER

This matter comes before the Court *sua sponte*. Defendant Jason Goodman, *pro se*, has made several filings in this matter. (*See* ECF Nos. 14, 44, 45, 46, 52.) The Local Rules for the District Court for the Eastern District of Virginia require a party proceeding *pro se* to attest that she or he did not receive legal assistance in preparing any filings. *See* Local R. 83.1(M).[1] Goodman has not submitted a Rule 83.1 Certification (a "Ghost Writing Form") with any filing.

Therefore, the Court ORDERS Goodman to file a Ghost Writing Form for each filing he has previously submitted within TEN (10) days of the date of this Order. Failure to comply with this Order will result in the Court disregarding Goodman's filings. Let the Clerk send a copy of this Order and the Ghost Writing Form to all counsel and to Goodman at his address of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 1/31/19
Richmond, Virginia

---

[1] "All litigants who are proceeding *pro se* shall certify in writing and under penalty of perjury that a document(s) filed with the Court has not been prepared by, or with the aid of, an attorney or shall identify any attorney who has prepared, or assisted in preparing, the document." Local R. 83.1(M).