UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE, et al.,

           Plaintiff(s),

v.

JASON GOODMAN, et al.,

           Defendant(s).

Civil Action Number: 3:17-cv-00601-MHL

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** _Docket entry 44 DEFENDANT'S ANSWER_.
                                                                                               (Title of Document)

JASON GOODMAN
Name of *Pro Se* Party (Print or Type)

_[signature]_
Signature of *Pro Se* Party

Executed on: FEBRUARY 4, 2019 (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
                                                                                (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

RECEIVED FEB - 8 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE, et al.,

Plaintiff(s),

v.

Civil Action Number: 3:17-cv-00601-MHL

JASON GOODMAN, et al.,

Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

No attorney has prepared, or assisted in the preparation of Docket entry 45 DEFENDANTS' SPECIAL MOTION TO DISMISS THE COMPLAINT UNDER THE VA ANTI-SLAPP STATUTE MOTION TO DISMISS.

(Title of Document)

JASON GOODMAN

Name of *Pro Se* Party (Print or Type)

Signature of *Pro Se* Party

Executed on: FEBRUARY 4, 2019 (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.

(Title of Document)

(Name of Attorney)

(Address of Attorney)

(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

(Name of *Pro Se* Party (Print or Type)

Signature of *Pro Se* Party

Executed on: _____ (Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE, et al.,

                Plaintiff(s),

v.

JASON GOODMAN, et al.,

                Defendant(s).

Civil Action Number: 3:17-cv-00601-MHL

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** Docket entry 46 DEFENDANT GOODMAN'S MOTION TO SEVER.
                                                          (Title of Document)

JASON GOODMAN
_____
Name of *Pro Se* Party (Print or Type)

[signature]
_____
Signature of *Pro Se* Party

Executed on: FEBRUARY 4, 2019 (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
                                                          (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE, et al.,

                Plaintiff(s),

v.

                                              Civil Action Number: 3:17-cv-00601-MHL

JASON GOODMAN, et al.,

                Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** Docket entry 52 DEFANDANT'S REPLY TO MEMORANDUM IN OPPOSITION TO "SPECIAL MOTION TO DISMISS.
                                                    (Title of Document)

JASON GOODMAN
_____
Name of *Pro Se* Party (Print or Type)

_[signature]_
Signature of *Pro Se* Party

Executed on: FEBRUARY 4, 2019 (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
                                                      (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

**Circuit Court for** Eastern Division Virginia  **Case No.** 3:17-cv-601-MHL

City or County

| Plaintiff | | Defendant | |
|---|---|---|---|
| Name: Robert David Steele and Earth Intelligence Networ | | Name: Jason Goodman | |
| Street Address: 11005 LANGTON ARMS CT | Apt. # | Street Address: 252 7th avenue | Apt. # 6s |
| City: OAKTON, State: VA, Zip: 22124 | Area Code (571) Telephone 320-8573 | City: New York, State: NY, Zip: 10001 | Area Code (323) Telephone 744-7594 |

VS.

# CERTIFICATE OF SERVICE
## (DOM REL 58)

I HEREBY CERTIFY that on this **4** day of **February**, **2019**, a copy of the document(s) entitled **Local Rule 83.1(M) Certification**

*Title of Document(s)*

was/were mailed, postage prepaid to:

**Steven Biss**
Opposing Party or His/Her Attorney

**via email - stevenbiss@earthlink.net**
Address

City _____ State _____ Zip _____

Date: 2/4/2019

Signature: *[signed]*