IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | DEFENDANT'S MOTION FOR LEAVE TO SUBSTITUTE CORRECTED GHOST WRITING FORM |
| JASON GOODMAN, | |
| Defendant | |

**DEFENDANT'S MOTION FOR LEAVE TO SUBSTITUTE CORRECTED GHOST WRITING FORM**

Comes now Defendant Jason Goodman, Pro Se, with this Motion For Leave to Substitute Corrected Ghost Writing Form. Due to the deliberately convoluted, defamatory and obstructionist nature of Plaintiff's numerous filings, coupled with the long period of recent inactivity in this suit, and comparatively short 10 day period given to respond to the Court's Order, Defendant Goodman improperly recalled certain details related to the filing of the Answer (ECF No.14). Defendant's Answer was originally filed more than one year ago on October 6, 2017. Since that time, and in addition to filing seven Declarations in this action, D. George Sweigert has initiated a remarkably similar SLAPP action based largely on Plaintiff's same false allegations. D. George Sweigert's concurrent action was first brought in U.S. District Court in the Southern District of South Carolina, on June 14, 2018 nearly simultaneous with his Seventh Declaration (ECF No. 60). Sweigert's action was reassigned to the U.S. District Court in the Southern District of New York (1:18-cv-08653-VEC) September 21, 2018. Currently in that matter, U.S. District Judge Valerie E. Caproni has issued Plaintiff Sweigert an Order To Show

DEFENDANT'S MOTION FOR LEAVE TO SUBSTITUTE CORRECTED GHOST WRITING FORM - 1

Cause which remains unresolved at this time. Upon further consideration and review of emails from October 2017 related to the filing of Defendant's Answer (ECF No. 14), Defendant would like to amend the Ghost Writing Form associated with the filing of the Defendant's Answer (ECF No. 14).

1. Defendant had communications via telephone and email with Susan Lutzke, aka Susan Holmes, aka Queen Tut (Lutzke). Lutzke worked with Defendant Goodman to formulate and write the Answer (ECF No. 14). In addition to Lutzke, an individual known to Defendant as William McGill (McGill) also communicated by email and telephone with regard to writing the Answer (ECF No. 14). No money was exchanged among any of the parties or Defendant. Defendant has not ever met either of the two parties. Defendant has only communicated with Lutzke and McGill by telephone and email. To the best of Defendant's knowledge Lutzke is not an attorney and Lutzke never told Defendant that she was an attorney. To the contrary, Lutzke specifically told Defendant she was not an attorney. McGill did tell Defendant by email and / or telephone that he was an attorney, but Defendant did not verify this nor did Defendant retain McGill as his attorney in any matter at any time. No retainer agreement oral or written has been entered or signed. No money has been exchanged between Defendant and McGill. To the best of Defendant's knowledge, McGill does not practice law in VA. McGill offered his time and input as mere suggestions and he did so of his own free will with no expectation or demand of any form of compensation in return.

2. Defendant has no interest in wasting the Court's valuable time and resources. The need to answer Pro Se is put upon Defendant by Plaintiff's abusive SLAPP action. However, should the Court require further clarification on this matter, Defendant may provide all communications via email between Defendant and Lutzke, Defendant and McGill as well

DEFENDANT'S MOTION FOR LEAVE TO SUBSTITUTE CORRECTED GHOST WRITING FORM - 2

as group emails between Defendant, Lutzke and McGill. McGill's input in writing the Answer (ECF No. 14) was limited to corrections in the document written by Lutzke and Goodman formatting, suggestions and syntax. The substantial majority of the Answer (ECF No. 14) was written by Lutzke with additional input from Goodman.

3. The Answer (ECF No. 14) was originally filed on October 6, 2017. Between this time and the April 13, 2018 filing of the Plaintiff's Amended Complaint, Plaintiff's tactics had become clear to Defendant. For the Answer to Plaintiff's Amended Complaint (ECF No. 44) filed April 30, 2018, Defendant did not seek or utilize assistance form Lutzke, McGill or any other Attorney.

4. By Plaintiff's own admission, he is a retired CIA Clandestine Case Officer. He has made numerous public admissions of his own involvement in "False Flag" operations in which he deliberately deceived targets into thinking actions had been taken by parties other than those actually operating. The use of infiltration and "Double Agents" is a well-known common practice of clandestine services. It is not unreasonable to anticipate Plaintiff is acting in this manner with regard to this action. In the filing of Defendant's Motion to Sever (ECF No. 46) Plaintiff's use of infiltration tactics is referenced. In suspicion of this, Defendant prepared all proceeding filings with no assistance.

Defendant humbly apologizes to the court for the inadvertent error which necessitated this Motion for Leave. Due to the excessive, defamatory, baseless and voluminous filings from both Steele and Sweigert, requiring an inordinate amount of time, attention and effort from Defendant, the detail of this inconsequential communication with McGill was temporarily overlooked. Upon closer review of communications, and this substitute corrected Ghost

Writing form, the docket will now be correct, and the record will reflect a fully accurate portrayal of events related to the filing of the initial Answer (ECF No. 14).

Respectfully submitted

Jason Goodman, Pro Se

252 7th Avenue Apt 6s

New York, NY 10001

truth@crowdsourcethetruth.org

DEFENDANT'S MOTION FOR LEAVE TO SUBSTITUTE CORRECTED GHOST WRITING FORM - 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__RICHMOND__ DIVISION

ROBERT DAVID STEELE, et al.,

                Plaintiff(s),

v.

JASON GOOMDAN

                Defendant(s).

Civil Action Number: 3:17-cv-00601-MHL

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** _____.
                                                                                                            **(Title of Document)**

_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** __ANSWER (ECF No. 14)__.
                                                                                                       **(Title of Document)**

WILLIAM MCGILL
_____
(Name of Attorney)

UNKNOWN
_____
(Address of Attorney)

(214) 276-6004
_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document
JASON GOODMAN
_____
(Name of *Pro Se* Party (Print or Type)

*[signature]*
_____
Signature of *Pro Se* Party

Executed on: __FEBRUARY 11, 2019__ (Date)

Circuit Court for Richmond Case No. 3:17cv601-MHL
 City or County

Robert David Steele, et al., Jason Goodman
**Name** **Name**
11005 LANGTON ARMS CT VS. 252 7th ave 6s
**Street Address** Apt. # **Street Address** Apt. #
OAKTON, VA 22124 (571) 320-8573 New York NY 10001 (323) 744-7594
City State Zip Code Area Code Telephone City State Zip Code Area Code Telephone
 *Plaintiff* *Defendant*

# CERTIFICATE OF SERVICE
### (DOM REL 58)

I HEREBY CERTIFY that on this 11 day of February, 2019, a copy of the document(s) entitled DEFENDANT'S MOTION FOR LEAVE TO SUBSTITUTE CORRECTED GHOST WRITING FORM
 Title of Document(s)
was/were mailed, postage prepaid to:

Steven Biss
**Opposing Party or His/Her Attorney**

via email - stevenbiss@earthlink.net
**Address**

City State Zip

Febrary 11, 2019 [signature]
**Date** **Signature**



Page 1 of 1 DR 58 - Revised 13 February 2001