D. G. SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211
Spoliation-notice@mailbox.org

FEB. 19, 2019

**Unauthorized Practice of Law Coordinator**
**State Bar of Texas**
**1414 Colorado**
**Austin, TX 78701**

SUBJECT: UNAUTHORIZED GHOST WRITING

REF: (a) U.S.D.C. for the E.D. Virginia, 3:17-cv-00601-MHL

**Ladies and Gentlemen:**

This letter concerns the identification of a Ghost Writing attorney who has provided ghost writing legal services to a defendant in the referenced action. In the court docket, document 71, filed 2/13/19, contains the following information (see below).

The following attorney(s) prepared or assisted me in preparation of __ANSWER (ECF No. 14)__.
(Title of Document)

__WILLIAM MCGILL__
(Name of Attorney)

__UNKNOWN__
(Address of Attorney)

__(214) 276-6004__
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

__JASON GOODMAN__
(Name of Pro Se Party (Print or Type))

_[signature]_
Signature of Pro Se Party

Executed on: __FEBRUARY 11, 2019__ (Date)

We have been unable to locate any attorney by that name. Further, the phone number provided to the court appears to be directed to a 71 y.o. woman.

**Essie M Allen** age 71

10523 Las Brisas Dr, Dallas, TX 75243  (214) 276-6004

As Mr. Goodman has been accused of the unauthorized practice of law (UPL) in the State of Arizona, a copy of this letter is provided to their UPL coordinator for their records.

Any assistance your office could provide to clear up this matter would be greatly appreciated.

Warm regards,

*D. G. Sweigert*

D. G. Sweigert

Unauthorized Practice of Law
State Bar of Arizona
4201 N. 24th Street, Suite 100
Phoenix, AZ 85016-6266

Michelle Vaitkus, esq.
Maricopa County Attorney
Floor 8
301 W Jefferson St
Phoenix, Arizona, 85003-2191

JASON GOODMAN, CEO
Multimedia Systems Designs, Inc.
252 7th Avenue, APT #6S
New York, NY 10001

U.S. Department of Defense
Office of Inspector General (OIG)
4800 Mark Center Drive
Alexandria, VA 22350-1500

U.S. Marshals Service
U.S. District Courthouse
75 E. Broad Street
Richmond, VA 23219