

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND VIRGINIA**

| ROBERT DAVID STEELE, | |
|---|---|
| Plaintiff, | 17-CV-00601-MHL |
| -against- | NOTICE OF HARMLESS ERROR PURSUANT TO FRCP RULE 61 BY INTERVENOR-APPLICANT D. GEORGE SWEIGERT |
| JASON GOODMAN, | |
| Defendant. | |

**NOTICE OF HARMLESS ERROR PURSUANT TO FRCP RULE 61 BY INTERVENOR-APPLICANT D. GEORGE SWEIGERT**

1.  **NOTICE SHOULD BE TAKEN BY THE CLERK OF THE COURT AND ALL PARTIES** that the *pro se* interested party and non-attorney layman known as D. GEORGE SWEIGERT is providing this pleading to correct typographical errors in previously filed pleadings.

2.  **Local Rule 83.1(M)** certification appears on last page. Other L.R. 83.1(M) certifications appear for previously filed doc. **no. 73 and 74.**

3.  **Pursuant to Fed. R. Civ. Proc. Rule 61** the intervenor-applicant notifies all parties of the following corrections (note: Paragraph ##, Page ## reads **[p.##,pg.##t].**

**Document no. 73, Filed 02/19/19**

| AS PRESENTED | SHOULD READ AS |
|---|---|
| At the outset, the undersigned **apologies** para.1, page.1 [p.1.pg.1] | At the outset, the undersigned **apologizes** |
| This includes Def's perverted insinuations **the that** [p.3.pg.2] | This includes Def's perverted insinuations **that the** |
| 59 & 60 [herein cited as if fully restated**) and** then Def [p.10.pg.5] | 59 & 60 [herein cited as if fully **restated]),** then Def |
| The **Rutledge** court reason [p.11,pg.5] | The *Rutledge* court reasoned |
| **Plaintiff** seven (7) declarations in this [p.14,pg.6] | **Undersigned filed** seven (7) declarations in this |
| See **to** "injure [petitioner] in his person [p.19,pg.7] | See "injure [petitioner] in his person |

Pursuant to Local Rule 83.1(M) I certify (under penalties of perjury) that no attorney has prepared or assisted in the preparation of document no 73 (see signature below).

## Document no. 74, Filed 02/19/19

| AS PRESENTED | SHOULD READ AS |
|---|---|
| At the outset, the undersigned **apologies** para.1, page.1 [p.1.pg.1] | At the outset, the undersigned **apologizes** |
| This includes Def's perverted insinuations **the that** [p.3.pg.2] | This includes Def's perverted insinuations **that the** |
| (undersigned) has demonstrated that **he as** [p.4.pg.3] | (undersigned) has demonstrated that **he has** |
| This Def's conduct of intimidation [p.9,pg.4] | The Def's conduct of intimidation |
| Accusations of crimes, trade libel, slander impleaded defamation [p.9,pg.4] | Accusations of crimes, trade libel, slander implied defamation |
| But the point is **Dave, you behavior** [p.15,pg6] | But the point is **Dave, your behavior** |
| fake news cited by the **FTC in** *FTC* v. [p.18,pg.6] | Fake news city by the **U.S. Federal Trade Commission in** *FTC* v. |
| Paragraph 26 (page 9) is **duplicative, redundant and moot.** [p.26,pg.9] | N/A |
| **Plaintiff** seven (7) declarations in this [p.27,pg.10] | **Undersigned filed** seven (7) declarations in this |

Pursuant to Local Rule 83.1(M) I certify (under penalties of perjury) that no attorney has prepared or assisted in the preparation of document no 74 (see signature below).

3

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 21/ day of February, 2019 to include L.R. 83.1(M) certifications for documents no. **73 and 74.**

Pursuant to Local Rule 83.1(M) I certify that no attorney has prepared or assisted in the preparation of this instant document.

_____/
D. George Sweigert

**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND VIRGINIA

| ROBERT DAVID STEELE, | |
|---|---|
| Plaintiff, | 17-CV-00601-MHL |
| -against- | CERTIFICATE OF SERVICE |
| JASON GOODMAN, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The non-attorney *pro se* layman D. GEORGE SWEIGERT certifies (under the penalties of perjury) that the accompanying pleading has been provided by First Class mail with postage affixed via the U.S. Postal Service to the following:

Steven Scott Biss
300 West Main St
Ste 102
Charlottesville, VA 22903

Jason Goodman
252 7th Avenue
New York, NY 10001

Richard Johan Conrod, Jr.
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510

Clerk of the Court
U.S. District Court
701 E. Broad St.
Richmond, VA 23219

Terry Catherine Frank
Kaufman & Canoles PC
1021 E Cary St, Suite 1400
Two James Center
PO Box 27828
Richmond, VA 23219

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 21/ day of February, 2019.

*/s/ D. Sgt/*

D. George Sweigert

1



**SOBRE DE TARIFA ÚNICA**
TARIFA DE FRANQUEO DE 2 LIBRAS SIN CONSIDERAR PESO
USO NACIONAL ÚNICAMENTE

DOMESTIC USE ONLY

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
FLAT RATE ENV
CITRUS HEIGHTS, CA
95621
FEB 01 19
AMOUNT
**$7.35**
R2304H107707-06

REQUIERE FRANQUEO PARA CORREO
"PRIORITY MAIL" DE 2 LIBRAS
USO NACIONAL ÚNICAMENTE

1006    23219
www.usps.com

MARSHALS INSPECTED

D. Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211

Clerk of the Court
U.S. District Court
701 E. Broad St.
Richmond, VA 23219

▲ PLACE LABEL HERE ▲
ADHIERA ETIQUETA AQUÍ

**HOW TO USE:**
**COMO USAR:**

1. COMPLETE ADDRESS LABEL AREA
Type or print required return address and addressee information.
ESCRIBA LA DIRECCIÓN EN EL ÁREA INDICADA
Escriba en letras de imprenta la dirección del remitente y la del destinatario.

2. PAYMENT METHOD
Affix postage, meter strip or PC postage label to area indicated in upper right hand corner.
FORMA DE PAGO
En el área superior del lado derecho, coloque sello postal, franja de máquina franqueadora o etiqueta de franqueo impreso por computadora.

EXPECTED DELIVERY DAY: 02/23/19

USPS TRACKING NUMBER
9505 5159 2259 9052 3112 40

FLAT RATE ENVELOPE. You don't have to weigh the envelope...just pack all your correspondence and documents inside and pay only the 2 lb. Priority Mail postage rate. We Deliver.

SOBRE DE TARIFA ÚNICA. No tiene que pesar este sobre...simplemente coloque toda su correspondencia y documentos adentro y pague sólo la tarifa de franqueo por correo Priority Mail de 2 libras. Le Servimos.

Para recolección o localización, llame al 1-800-222-1811

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail. Misuse may be a violation of federal law. Este embalaje es propiedad del Servicio Postal de los Estados Unidos y se proporciona sólo para el envío de correo Priority. El maltrato intencional constituye infracciones del código penal federal.

EP-14F September 1999    © USPS 1995