*D. G. SWEIGERT, C/O*
*P.O. BOX 152*
*MESA, AZ 85211*
*Spoliation-notice@mailbox.org*

**FEBRUARY 20, 2019**

**Maxine Brown,**
**Director of Computer Science (M/C 152)**
**Electronic Visualization Lab (EVL)**
**University of Illinois at Chicago (UIC)**
**851 S. Morgan Street**
**Chicago, IL 60607-7043**

**Office of Integrative Activities**
**Major Research Instrumentation Program**
**National Science Foundation, Room 935**
**4201 Wilson Boulevard**
**Arlington, VA 22230**

**National Science Foundation**
**Office of Inspector General (OIG)**
**2415 Eisenhower Avenue**
**Alexandria, VA 22314**

**SUBJ:** **MISUSE OF NSF ACQUIRED TECHNOLOGIES TO FACILITATE THE HIGH-SPEED TRANSFER OF SNUFF FILMS VIA THE UIC ELECTRONIC VISUALIZATION LABORATORY (EVL)**

**Ladies and Gentlemen:**

1.     As you are aware, a Cambridge educated forensic economist has published evidence concerning the use of the **UIC EVL** to distribute child murder films (videos) to the senior staff of various federal agencies. These allegations concern the use of federal funds to operate a solicitation for murder network. Therefore, it is strongly suggested you notify the appropriate parties in the Office of Inspector General's (I.G.) office and the Illinois State Police.

2.  David Charles Hawkins (Cloverdale, British Columbia) has stated that based on his scientific research he is convinced that such snuff films are distributed on the EVL network. On at least a dozen occasions Mr. Hawkins has displayed his scientific research on a social media show known as "CrowdSource The Truth (CSTT)" sponsored on the PATREON.COM network. Mr. Hawkins is joined by his research assistant, Jason David Goodman, to distribute these allegations in a pervasive manner on several social media platforms (Periscope, YouTube, etc.)

3.  Mr. Goodman is infamously known for supervising the actions that caused the closure of the Port of Charleston, South Carolina on June 14th, 2017 due to a "dirty bomb" warning presented to the U.S. Coast Guard by the CSTT audience. The financial losses to the MAERSK SHIPPING LINE (to include reputational damage) have been estimated at $4,100K. A similar fate may be in the future for the **UIC EVL** if past actions are an indicator of the future.

4.  The most recent example was published on the JASON GOODMAN YouTube.Com channel as seen below. This is one of a dozen videos (Google search EVL BAT CAVE).



**Was Sweigert the EVL BAT CAVE Custodian or Key Holder for BAE Bit-Spread Pentagon Bomb**
Starts: February 13, 2019
David continues to explore the possibilities of 9/11 simulations in the University of Chicago's EVL BAT CAVE. Sweigert sends ...
WED 10:00 AM    NEW
🔔 Set Reminder

Scheduled for Feb 13, 2019
David continues to explore the possibilities of 9/11 simulations in the University of Chicago's EVL BAT CAVE.
Internet URL:   https://www.youtube.com/watch?v=3_HUTQvwsg4

Kind regards,

*D. G. Sweigert*
D. G. Sweigert

Copies provided:

J. B. Pritzker, Governor
State of Illinois, c/o
Illinois State Capitol Building
207 State House
Springfield, ILL 62706

Jack Conte, CEO
PATREON, INC.
Suite 500
600 Townsend Street
San Francisco, CA 94103

U.S. Marshals Service
U.S. District Courthouse
701 E. Broad Street
Richmond, VA 23219

Brendan F. Kelly,
Acting Director
Illinois State Police
Division of Administration
801 South Seventh Street
Suite 300-S
Springfield, IL 62703

JASON GOODMAN, CEO
Multimedia Systems Designs, Inc.
252 7th Avenue, APT #6S
New York, NY 10001

Gregory Q. Brown
Chairman and Chief Executive Officer
Motorola Solutions, Inc.
500 W. Monroe
Chicago, ILL 60661-3618

John P. McCormick
Editorial Page Editor
Chicago Tribune
160 N. Stetson Ave.
Chicago, IL 60601

Kareem Dale
Trustee of UIC, c/o
Senior Counsel
Discover Financial Services
2500 Lake Cook Road
Riverwoods, ILL 60015