**EXHIBIT A**

TRANSCRIPT OF MULTI-PARTY VIDEO CHAT BETWEEN D. GEORGE SWEIGERT, TYROAN SIMPSON, MANUEL CHAVEZ III, NATHAN STOLPMAN, CHERI AND HOAXWARS PUBLISHED ON YOUTUBE

Video and audio evidence available (https://www.bitchute.com/video/Ez5xgxUk8daU/)

1
00:00:00,000 --> 00:00:05,190
picture go find this person where are
2
00:00:02,580 --> 00:00:07,140
where is this person and that's where
3
00:00:05,190 --> 00:00:10,740
you cross the line you can't swim your
4
00:00:07,140 --> 00:00:12,570
forehead okay I apologize we see your
5
00:00:10,740 --> 00:00:14,099
forehead again I think that's good I
6
00:00:12,570 --> 00:00:16,650
think that's good for one night guys and
7
00:00:14,099 --> 00:00:18,359
I think you know that there are other
8
00:00:16,650 --> 00:00:21,270
things that could be being discussed
9
00:00:18,359 --> 00:00:22,949
right now and this little uh SIOP it's
10
00:00:21,270 --> 00:00:24,930
an infection it's an infection it's
11
00:00:22,949 --> 00:00:26,430
getting into everybody's heads nobody
12
00:00:24,930 --> 00:00:29,460
trusts anybody there's a lot of paranoia
13
00:00:26,430 --> 00:00:31,050
going on I've discussed this many times
14

00:00:29,460 --> 00:00:32,430
on my radio show that nobody listens to
15
00:00:31,050 --> 00:00:34,649
and everybody seems to think I'm just
16
00:00:32,430 --> 00:00:36,090
some kind of control but I'm actually
17
00:00:34,649 --> 00:00:39,590
listened to by twenty thousand people in
18
00:00:36,090 --> 00:00:44,610
Austin Texas including Alex Jones so
19
00:00:39,590 --> 00:00:49,379
this is what's fun i've had i've kind of
20
00:00:44,610 --> 00:00:51,600
went off a little bit but i'm alright i
21
00:00:49,379 --> 00:00:53,370
just want to be friends but i want you
22
00:00:51,600 --> 00:00:54,989
to stop being like alright two fingers
23
00:00:53,370 --> 00:00:56,520
my friends but he's a fucking agent and
24
00:00:54,989 --> 00:00:59,160
he's a piece of shit i don't want to
25
00:00:56,520 --> 00:01:01,109
hear that about you i say that you know
26
00:00:59,160 --> 00:01:03,359
nathan is fuckin nathan I made you a
27
00:01:01,109 --> 00:01:06,030
crypto kitty bro and there's people on
28
00:01:03,359 --> 00:01:08,070
as people yeah you want dude I'm selling
29
00:01:06,030 --> 00:01:09,420
it right now for like a theory amigos

30
00:01:08,070 --> 00:01:11,220
you know you're a YouTube star or
31
00:01:09,420 --> 00:01:13,290
whatever but I mean I'll send it to you
32
00:01:11,220 --> 00:01:14,850
I'm gonna put I'm gonna put LTVs face on
33
00:01:13,290 --> 00:01:16,170
a coffee cup I'm gonna put out you do
34
00:01:14,850 --> 00:01:21,390
that baby why don't you do that that's
35
00:01:16,170 --> 00:01:23,850
how this all gets I made him a crypto
36
00:01:21,390 --> 00:01:25,920
kitty but yeah you know like if nobody
37
00:01:23,850 --> 00:01:29,729
but if any nobody buys it I'm gonna
38
00:01:25,920 --> 00:01:31,259
fuckin send it to you let's talk about
39
00:01:29,729 --> 00:01:33,240
how to take the the people in the
40
00:01:31,259 --> 00:01:35,460
audience up the next level in the next
41
00:01:33,240 --> 00:01:37,500
chain in all this and tell as many
42
00:01:35,460 --> 00:01:41,009
people as I can for the Christmas time
43
00:01:37,500 --> 00:01:43,500
for the show I'd be willing to buy
44
00:01:41,009 --> 00:01:45,540
anybody an account on Steam it they can
45
00:01:43,500 --> 00:01:47,670

direct message me on the hoax wars on
46
00:01:45,540 --> 00:01:49,430
the other that includes you Dave I think
47
00:01:47,670 --> 00:01:52,890
that's the best way to get it
48
00:01:49,430 --> 00:01:54,479
JG I I think if you look at a unified
49
00:01:52,890 --> 00:01:55,829
effort and I got a lot of training in
50
00:01:54,479 --> 00:01:57,119
the government and all the rest of this
51
00:01:55,829 --> 00:01:57,810
stuff because I was in the military at a
52
00:01:57,119 --> 00:02:00,149
young age
53
00:01:57,810 --> 00:02:01,799
it's a unified effort and everybody has
54
00:02:00,149 --> 00:02:03,329
lanes and what's happening is people are
55
00:02:01,799 --> 00:02:05,159
getting in each other's lanes and I told
56
00:02:03,329 --> 00:02:07,409
I told everybody on the fan go show like
57
00:02:05,159 --> 00:02:09,119
two weeks ago I'm the government liaison
58
00:02:07,409 --> 00:02:11,670
I don't want to do anything else if you
59
00:02:09,119 --> 00:02:13,140
need a stand and LTV will tell you if
60
00:02:11,670 --> 00:02:14,940
you need a nasty letter
61

00:02:13,140 --> 00:02:17,819
written Dave's your guy if you want to
62
00:02:14,940 --> 00:02:20,069
make wheels of pagans that's right I
63
00:02:17,819 --> 00:02:21,420
mean I know what a lawyers do what do
64
00:02:20,069 --> 00:02:22,800
lawyers do what a congressman do
65
00:02:21,420 --> 00:02:25,740
whatever they know that we know they
66
00:02:22,800 --> 00:02:27,930
ain't that's a no the Inc so oh i've
67
00:02:25,740 --> 00:02:29,250
Ahlan teared to be the liaison to fuck
68
00:02:27,930 --> 00:02:31,440
with these guys through government
69
00:02:29,250 --> 00:02:33,150
processes through military processes to
70
00:02:31,440 --> 00:02:35,880
rely on forcement processes that's how
71
00:02:33,150 --> 00:02:38,790
I'm fuckin with my but I want that is a
72
00:02:35,880 --> 00:02:40,470
con man and I want to be right now
73
00:02:38,790 --> 00:02:42,360
finish the demon you know can Ralph it's
74
00:02:40,470 --> 00:02:44,459
essential you can write that into the
75
00:02:42,360 --> 00:02:46,890
watching you'd have you have an amazing
76
00:02:44,459 --> 00:02:49,200
what platform there my friend and if

77
00:02:46,890 --> 00:02:50,520
reason I got started with that I got
78
00:02:49,200 --> 00:02:51,450
started with that at the grassroots
79
00:02:50,520 --> 00:02:53,250
level because people were getting
80
00:02:51,450 --> 00:02:54,150
hassled by bill collectors people were
81
00:02:53,250 --> 00:02:56,519
getting hassled by debt collectors
82
00:02:54,150 --> 00:02:58,200
people were getting hassled by the IRS I
83
00:02:56,519 --> 00:02:59,489
started fixing people's tickets I
84
00:02:58,200 --> 00:03:01,470
started getting debt collectors off
85
00:02:59,489 --> 00:03:04,739
their ass so I started at a very
86
00:03:01,470 --> 00:03:06,300
grassroots level of mothers with two
87
00:03:04,739 --> 00:03:07,769
kids that were single mothers that had
88
00:03:06,300 --> 00:03:09,690
bill collectors coming after their ass I
89
00:03:07,769 --> 00:03:11,640
started writing letters that I started
90
00:03:09,690 --> 00:03:12,900
doing that like 30 years ago so I'm the
91
00:03:11,640 --> 00:03:15,720
letter writer I don't want to do
92
00:03:12,900 --> 00:03:16,980

anything else than letting on that let
93
00:03:15,720 --> 00:03:19,890
me get you on steam it and let's get
94
00:03:16,980 --> 00:03:21,720
those letters written write them all the
95
00:03:19,890 --> 00:03:24,239
time but listen I'm writing that shit
96
00:03:21,720 --> 00:03:26,310
all the time behind the scenes on Jason
97
00:03:24,239 --> 00:03:28,500
and George I'm doing it all the time I
98
00:03:26,310 --> 00:03:29,850
like you guys paid for it now I can get
99
00:03:28,500 --> 00:03:32,579
you paid for it in a way that's not
100
00:03:29,850 --> 00:03:34,920
connected government at all I know that
101
00:03:32,579 --> 00:03:36,540
sounds like that I know that sounds
102
00:03:34,920 --> 00:03:37,920
sketchy but it's not the truth let me
103
00:03:36,540 --> 00:03:40,019
just finish this point let me just
104
00:03:37,920 --> 00:03:41,280
finish this point that's that's my role
105
00:03:40,019 --> 00:03:43,110
I don't want to be in any other role
106
00:03:41,280 --> 00:03:45,600
that's my lane I'll stay in my lane I
107
00:03:43,110 --> 00:03:47,579
don't I don't want to be on call-in
108

00:03:45,600 --> 00:03:49,739
shows or this or that or figure out
109
00:03:47,579 --> 00:03:51,840
puzzles everybody's got to find their
110
00:03:49,739 --> 00:03:55,049
part in this and do their part that's it
111
00:03:51,840 --> 00:03:57,450
I do radio with me yeah I used to do
112
00:03:55,049 --> 00:04:01,470
radio a long time ago see jlw yeah I'll
113
00:03:57,450 --> 00:04:02,910
do radio you undo radio let's do it yeah
114
00:04:01,470 --> 00:04:04,230
as long as I could take Dave act and
115
00:04:02,910 --> 00:04:06,060
because if you start throwing my real
116
00:04:04,230 --> 00:04:07,110
name out there I become ineffective and
117
00:04:06,060 --> 00:04:09,329
what I'm trying to do behind the scenes
118
00:04:07,110 --> 00:04:12,660
well my name is Frank bacon nobody's
119
00:04:09,329 --> 00:04:16,350
giving me shit about that so well I gave
120
00:04:12,660 --> 00:04:18,329
you shit I just got a load I got a load
121
00:04:16,350 --> 00:04:21,030
of bad news I mean I figured I'd just
122
00:04:18,329 --> 00:04:23,220
share to you guys right here live I got
123
00:04:21,030 --> 00:04:25,919
a message from the federal student aid

124
00:04:23,220 --> 00:04:27,030
office and it says you were receiving
125
00:04:25,919 --> 00:04:29,610
the same
126
00:04:27,030 --> 00:04:32,430
because a student debt relief company
127
00:04:29,610 --> 00:04:33,750
that the FTC has recently taken action
128
00:04:32,430 --> 00:04:37,920
against as a part of a larger
129
00:04:33,750 --> 00:04:40,500
enforcement has basically done illegal
130
00:04:37,920 --> 00:04:43,140
has dead illegal upfront fees and made
131
00:04:40,500 --> 00:04:45,330
false promises on reduced stone student
132
00:04:43,140 --> 00:04:49,530
loan forgiveness payments so it looks
133
00:04:45,330 --> 00:04:53,760
like my student loan that I thought that
134
00:04:49,530 --> 00:04:56,430
I had taken care of is now in flux see I
135
00:04:53,760 --> 00:04:58,470
would know how to unravel that and but
136
00:04:56,430 --> 00:05:00,210
you would that go away that you would
137
00:04:58,470 --> 00:05:03,660
know I'd make it go away for Dibango
138
00:05:00,210 --> 00:05:06,090
yeah yeah like I did this a couple
139
00:05:03,660 --> 00:05:08,669

months ago like I had to pay like I had
140
00:05:06,090 --> 00:05:10,260
to pay like three thousand dollars over
141
00:05:08,669 --> 00:05:12,210
I had to pay like three thousand dollars
142
00:05:10,260 --> 00:05:13,530
to get them to buy up my loan and then
143
00:05:12,210 --> 00:05:15,360
they said that they brought it down to
144
00:05:13,530 --> 00:05:17,250
like eleven thousand or something like
145
00:05:15,360 --> 00:05:18,480
that and I was like great so I've been
146
00:05:17,250 --> 00:05:20,040
paying on that like you know
147
00:05:18,480 --> 00:05:23,010
seventy-five bucks a month or whatever
148
00:05:20,040 --> 00:05:25,470
for a while now just basically cashing
149
00:05:23,010 --> 00:05:28,080
it out of my crypto profits off our food
150
00:05:25,470 --> 00:05:30,030
it's Oliphant and I'm just like oh are
151
00:05:28,080 --> 00:05:32,070
you kidding me right now like it says it
152
00:05:30,030 --> 00:05:34,470
since October like they took action
153
00:05:32,070 --> 00:05:37,650
against these guys and what that's a
154
00:05:34,470 --> 00:05:40,070
good example and I appreciate you know
155

00:05:37,650 --> 00:05:42,750
Nathan ice I supported you after you got
156
00:05:40,070 --> 00:05:46,050
pushed around in San Francisco I did
157
00:05:42,750 --> 00:05:47,610
videos supporting you as a journalist
158
00:05:46,050 --> 00:05:50,370
and I understand your feelings and I
159
00:05:47,610 --> 00:05:52,260
understand that I come on my kind of
160
00:05:50,370 --> 00:05:53,940
rough and tough and all that but the
161
00:05:52,260 --> 00:05:55,830
fango brings up a really good point here
162
00:05:53,940 --> 00:05:57,030
is how many people especially people
163
00:05:55,830 --> 00:05:58,290
listed in this audience and I know
164
00:05:57,030 --> 00:05:59,910
there's thousands and millions of people
165
00:05:58,290 --> 00:06:02,550
how many people are in the control
166
00:05:59,910 --> 00:06:04,050
matrix because they get a letter they
167
00:06:02,550 --> 00:06:05,190
get think they get their phone bill they
168
00:06:04,050 --> 00:06:06,510
get a letter from the bank they get a
169
00:06:05,190 --> 00:06:08,010
letter from student loans and it just
170
00:06:06,510 --> 00:06:09,900
fucks their life up they think about it

171
00:06:08,010 --> 00:06:13,740
constantly and the quality of their life
172
00:06:09,900 --> 00:06:15,870
just goes down the tubes and those kind
173
00:06:13,740 --> 00:06:17,280
of things need to be fought against
174
00:06:15,870 --> 00:06:19,080
those kinds of things need to be
175
00:06:17,280 --> 00:06:21,120
neutralized people need to learn how to
176
00:06:19,080 --> 00:06:22,890
fight back people have to fight back
177
00:06:21,120 --> 00:06:24,180
against the debt collectors in the IRS
178
00:06:22,890 --> 00:06:25,500
and all these other people that are
179
00:06:24,180 --> 00:06:27,270
coming after him so they could improve
180
00:06:25,500 --> 00:06:30,990
their quality of life as long as people
181
00:06:27,270 --> 00:06:32,160
are bogged down and hit and and pounded
182
00:06:30,990 --> 00:06:34,530
with all these things that keep coming
183
00:06:32,160 --> 00:06:36,690
up at court costs this and that net they
184
00:06:34,530 --> 00:06:38,099
can't ever effectively unite and that's
185
00:06:36,690 --> 00:06:41,430
part of the control grid that's part of
186
00:06:38,099 --> 00:06:45,180

this major amen it's 90 memory one

187
00:06:41,430 --> 00:06:46,889
I see that all the time and that's what

188
00:06:45,180 --> 00:06:49,919
I'm seeing right now at YouTube and I

189
00:06:46,889 --> 00:06:53,400
see the nature of the miscommunication

190
00:06:49,919 --> 00:06:54,539
between everybody between you know I'll

191
00:06:53,400 --> 00:06:55,830
be honest with you anything I reached

192
00:06:54,539 --> 00:06:58,050
out did a fango one of the first things

193
00:06:55,830 --> 00:07:00,690
I asked him for after after we met was

194
00:06:58,050 --> 00:07:02,460
hey can you put me in touch with David

195
00:07:00,690 --> 00:07:05,069
Seaman because David's a fellow

196
00:07:02,460 --> 00:07:07,650
Coloradoan and my mother loves his show

197
00:07:05,069 --> 00:07:10,199
and my work my art has always been about

198
00:07:07,650 --> 00:07:13,620
one thing and one thing only is to be

199
00:07:10,199 --> 00:07:15,750
entertaining only to my family I could

200
00:07:13,620 --> 00:07:17,659
care less what else thinks about me and

201
00:07:15,750 --> 00:07:20,250
I certainly don't give a shit about like

202

00:07:17,659 --> 00:07:21,960
imaginary friends on the Internet unless
203
00:07:20,250 --> 00:07:24,330
I can speak more meet the meatbag
204
00:07:21,960 --> 00:07:27,449
themselves to me they're an infected
205
00:07:24,330 --> 00:07:29,430
Agent Smith as far as I'm concerned and
206
00:07:27,449 --> 00:07:31,020
I think that's what we're seeing is more
207
00:07:29,430 --> 00:07:33,710
of the infection of the agent Smith's
208
00:07:31,020 --> 00:07:37,229
because like what Dave just explained
209
00:07:33,710 --> 00:07:38,969
people get triggered very easily and my
210
00:07:37,229 --> 00:07:41,370
Syfy work has always gone back to one
211
00:07:38,969 --> 00:07:43,199
specific sci-fi author named Robert
212
00:07:41,370 --> 00:07:45,810
Anton Wilson who wrote a book called the
213
00:07:43,199 --> 00:07:47,310
cosmic carrier and the cosmic trigger is
214
00:07:45,810 --> 00:07:49,680
one of the most mind opening
215
00:07:47,310 --> 00:07:51,030
mind-altering drugs on the planet I hope
216
00:07:49,680 --> 00:07:52,560
that everybody reads a copy of it
217
00:07:51,030 --> 00:07:54,180
someday but if they don't they could

218
00:07:52,560 --> 00:07:57,150
read my psyche ion steamin where I'm
219
00:07:54,180 --> 00:07:59,460
making I'm making money shitposting my
220
00:07:57,150 --> 00:08:01,279
crappy sci-fi and I'm just looking for
221
00:07:59,460 --> 00:08:03,840
friends along the way that get the joke
222
00:08:01,279 --> 00:08:05,909
Jason's not one of those guys he doesn't
223
00:08:03,840 --> 00:08:08,880
get the joke he works for me you know
224
00:08:05,909 --> 00:08:11,550
it's nobody you said that agent smith
225
00:08:08,880 --> 00:08:13,919
thing just something in my brain that I
226
00:08:11,550 --> 00:08:16,650
was thinking about yesterday kind of
227
00:08:13,919 --> 00:08:18,900
just offhand um you know when the if you
228
00:08:16,650 --> 00:08:22,620
watch the matrix in the very last part
229
00:08:18,900 --> 00:08:24,690
where neo gets shot or whatever and you
230
00:08:22,620 --> 00:08:26,550
know he takes all the bullets and he
231
00:08:24,690 --> 00:08:28,469
slides down the wall and all the agents
232
00:08:26,550 --> 00:08:30,270
are looking at him and shit you know
233
00:08:28,469 --> 00:08:32,190

like in that point when he died or
234
00:08:30,270 --> 00:08:33,930
whatever you know most people would have
235
00:08:32,190 --> 00:08:35,610
thought that he would have became the
236
00:08:33,930 --> 00:08:36,180
one at that point but he really really
237
00:08:35,610 --> 00:08:38,250
did it
238
00:08:36,180 --> 00:08:40,289
he was like in the middle of his death
239
00:08:38,250 --> 00:08:42,000
cycle and when he jumped into the agent
240
00:08:40,289 --> 00:08:44,760
Smith is really when he got all of his
241
00:08:42,000 --> 00:08:46,920
power essentially it's because like you
242
00:08:44,760 --> 00:08:48,600
know neo didn't have any powers and for
243
00:08:46,920 --> 00:08:49,949
any of that stuff from before that it
244
00:08:48,600 --> 00:08:52,529
was just kind of a glitch in the matrix
245
00:08:49,949 --> 00:08:54,540
that allowed him to you know it when he
246
00:08:52,529 --> 00:08:57,660
injunction to the other agent
247
00:08:54,540 --> 00:09:00,300
and he like basically blew him up you
248
00:08:57,660 --> 00:09:02,250
know he basically like stole that agents
249

00:09:00,300 --> 00:09:04,620
abilities and powers so it's like the
250
00:09:02,250 --> 00:09:07,230
things that we were seeing those guys in
251
00:09:04,620 --> 00:09:11,100
the black suits do you know we were only
252
00:09:07,230 --> 00:09:13,769
seeing a very small subsection of what
253
00:09:11,100 --> 00:09:15,600
they could really do you know cuz they
254
00:09:13,769 --> 00:09:17,670
were still limited by their programming
255
00:09:15,600 --> 00:09:19,319
you know neo didn't have those same
256
00:09:17,670 --> 00:09:21,269
program on it so when he stole their
257
00:09:19,319 --> 00:09:24,959
code you know he went it off better but
258
00:09:21,269 --> 00:09:26,670
then it also allowed the other thing to
259
00:09:24,959 --> 00:09:28,259
become you know like the big evil force
260
00:09:26,670 --> 00:09:30,600
that was basically trying to you know
261
00:09:28,259 --> 00:09:32,250
take over the entire matrix which is
262
00:09:30,600 --> 00:09:34,380
really weird you know like we were
263
00:09:32,250 --> 00:09:35,819
talking about the whole agent thing and
264
00:09:34,380 --> 00:09:37,649
you know like I kind of like do you see

265
00:09:35,819 --> 00:09:39,120
that in the census like I don't like to
266
00:09:37,649 --> 00:09:41,160
meet people in person you know like I
267
00:09:39,120 --> 00:09:43,050
can't really you know trust you until
268
00:09:41,160 --> 00:09:44,880
I've been able to be right next to you
269
00:09:43,050 --> 00:09:47,220
and I've been able to experience your
270
00:09:44,880 --> 00:09:49,319
energy field because I still believe
271
00:09:47,220 --> 00:09:51,839
like right down to like the brass tacks
272
00:09:49,319 --> 00:09:53,699
of things in our nurture interactions we
273
00:09:51,839 --> 00:09:56,160
can't have very interesting connections
274
00:09:53,699 --> 00:09:58,170
over vast distances utilizing systems
275
00:09:56,160 --> 00:09:59,850
like the Internet because you know there
276
00:09:58,170 --> 00:10:01,709
are things inside of us that are
277
00:09:59,850 --> 00:10:04,709
connected and you know very meticulous
278
00:10:01,709 --> 00:10:06,329
ways yet I believe that a lot of us
279
00:10:04,709 --> 00:10:07,260
forget that you know we have that you
280
00:10:06,329 --> 00:10:08,490

know we still need that overall
281
00:10:07,260 --> 00:10:11,389
connection you don't like to meet people
282
00:10:08,490 --> 00:10:11,389
that's that's why