**EXHIBIT B**

FRANK BACON AKA TYROAN SIMPSON CALLS DEFENDANT GOODMAN

1
00:00:00,025 --> 00:00:01,115
Jason... How are ya

2
00:00:01,735 --> 00:00:02,735
I'm good man

3
00:00:02,765 --> 00:00:04,915
How are you I'm doing well

4
00:00:05,620 --> 00:00:07,660
Man I, I've gotta tell ya something I, I..

5
00:00:07,820 --> 00:00:09,480
I'm, I don't know much about ya

6
00:00:09,485 --> 00:00:12,465
and I gotta uh appologize

7
00:00:12,465 --> 00:00:15,520
for all the shit that's just happened cuz

8
00:00:15,520 --> 00:00:17,160
and I'm uh...

9
00:00:17,220 --> 00:00:18,720
you obviously you know my name

10
00:00:18,880 --> 00:00:21,580
so you know I'm a real person

11
00:00:21,720 --> 00:00:23,540
but I go by Frank oh, ok

12
00:00:23,920 --> 00:00:25,100
and my avatar

13
00:00:25,100 --> 00:00:27,400
just like that King Tut woman

14
00:00:27,500 --> 00:00:29,540
you were just talking to or whatever her thing was

15
00:00:29,540 --> 00:00:31,960

that wasn't her real name right? and there's a lot of people
16
00:00:32,060 --> 00:00:32,720
well...
17
00:00:32,820 --> 00:00:35,280
That you're connected, that you're not using their real names
18
00:00:35,460 --> 00:00:37,120
Yeah, they don't wanna reveal...
19
00:00:37,960 --> 00:00:41,440
Right, you're gonna see that with me as I took on the uh, you know
20
00:00:41,445 --> 00:00:44,155
the Frank Bacon monicker, but there's a long story behind that
21
00:00:44,155 --> 00:00:47,125
and I... I don't wanna get into that I just wanted to get
22
00:00:47,125 --> 00:00:50,175
into the Robert David Steele stuff, Frank was the
23
00:00:50,335 --> 00:00:53,635
my impetus for getting all that going it's uh it's something Frank
24
00:00:53,635 --> 00:00:56,375
Frank is my way of working with Robert, I've been
25
00:00:56,380 --> 00:00:59,205
I've been working for Robert for a number of years, writing or his blog and things like that
26
00:00:59,205 --> 00:01:00,200
um hmm...
27
00:01:00,280 --> 00:01:02,780
and it didn't go that, it didn't go well
28
00:01:02,780 --> 00:01:03,880
what happened?
29
00:01:03,880 --> 00:01:04,620
and uh...
30
00:01:04,620 --> 00:01:06,980
well... I'm
31

00:01:07,615 --> 00:01:10,615
give you a little quick information about me, do you have time
32
00:01:10,620 --> 00:01:11,120
absolutely
33
00:01:11,120 --> 00:01:12,580
am I taking up too much of your time
34
00:01:12,580 --> 00:01:14,180
No, no, I'd like to hear what you have to say
35
00:01:14,180 --> 00:01:15,380
ok, excellent
36
00:01:17,120 --> 00:01:17,900
I umm
37
00:01:17,900 --> 00:01:19,200
I've been following him for years
38
00:01:19,200 --> 00:01:21,200
and uh been a big fan of his, I'm not, I'm not
39
00:01:21,200 --> 00:01:23,200
too much younger than you guys
40
00:01:23,420 --> 00:01:26,295
I"m in my mid forties but this would've been late thirties
41
00:01:26,295 --> 00:01:29,315
I was getting involved in politics and waking up and
42
00:01:29,315 --> 00:01:31,825
seeing all the problems of the world and I was
43
00:01:32,025 --> 00:01:34,865
you know Alex Jones and things like that Ya and um
44
00:01:34,865 --> 00:01:36,980
this was the only guy I really dug becuase
45
00:01:37,740 --> 00:01:39,920
He was into open source, open source everything
46
00:01:39,940 --> 00:01:40,460
Ya

47
00:01:40,460 --> 00:01:41,720
and I'm
48
00:01:41,980 --> 00:01:45,235
everybody in my circle can't stand him because he's ex-CIA
49
00:01:45,240 --> 00:01:48,040
so my circle groups of friends people say
50
00:01:48,040 --> 00:01:50,320
Now lemme just stop you for a second how do we know that
51
00:01:50,320 --> 00:01:52,360
how do we know that he's ex-CIA ?
52
00:01:52,360 --> 00:01:54,920
what proof is there?  What evidence is there of that?
53
00:01:54,960 --> 00:01:56,880
Well that's a good point, you bring up a good point
54
00:01:56,880 --> 00:01:59,660
like have I gone through the rigamarole of, of
55
00:01:59,660 --> 00:02:02,800
verifying everything that he's put out there, not necessarily
56
00:02:02,800 --> 00:02:04,260
but I have
57
00:02:04,260 --> 00:02:08,560
done some research on to the point that I know he's very well um, respected
58
00:02:08,700 --> 00:02:11,420
in the world as far as like... uh his writings
59
00:02:11,560 --> 00:02:13,960
so, he was in Norway for example
60
00:02:14,160 --> 00:02:15,800
he was giving a talk in Norway to the
61
00:02:16,075 --> 00:02:19,235
to the military in Norway I would assume that they had done some of their
62
00:02:19,265 --> 00:02:22,525

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 4

due diligence as to whether or not this guy was just some some guy from Virginia

63
00:02:22,540 --> 00:02:25,600
Maybe they just assumed everybody else did their due diligence

64
00:02:25,600 --> 00:02:30,320
I mean look people who're in the CIA don't go around really saying they're in the CIA that much

65
00:02:30,320 --> 00:02:32,920
and of course the CIA would never confirm

66
00:02:33,040 --> 00:02:35,080
or deny such a statement so

67
00:02:35,460 --> 00:02:37,280
I'm not saying he is or isn't I'm just saying

68
00:02:38,040 --> 00:02:40,120
let's assume for a moment, he's a con-man

69
00:02:40,320 --> 00:02:44,220
or a hypothetical situation in which he may be a con-man

70
00:02:44,480 --> 00:02:44,980

71
00:02:44,980 --> 00:02:48,160
claiming to be an ex-CIA agent is sort of the perfect con

72
00:02:48,380 --> 00:02:48,900

73
00:02:49,020 --> 00:02:52,220
You're making a good point and you know what this is gonna get into a

74
00:02:52,600 --> 00:02:54,800
much better discussion I think with you becuase

75
00:02:55,305 --> 00:02:57,725
uhm, that's kinda what Frank is

76
00:02:57,845 --> 00:03:00,895
I'm, I'm making this very very clear I, I uh

77
00:03:00,895 --> 00:03:04,115
I got very sick I was in a, I was in a research lab and I

78
00:03:04,195 --> 00:03:06,765
I um, worked on some stuff and I got

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 5

79
00:03:07,525 --> 00:03:10,415
you know sick from uh, a lot of things but uh...

80
00:03:10,415 --> 00:03:13,095
I essentially broke my back and so I was bedridden

81
00:03:13,100 --> 00:03:16,620
for a number of years this was like 2013, 2014, 2015

82
00:03:16,800 --> 00:03:17,300
um hmm

83
00:03:17,480 --> 00:03:21,360
2016 I started walking again and 2017 has been, I've been walking fine

84
00:03:21,365 --> 00:03:23,605
I've been repairing my back and now I'm not in

85
00:03:23,605 --> 00:03:25,840
such pain induced psychosis anymore

86
00:03:25,840 --> 00:03:26,340
um hmm

87
00:03:26,480 --> 00:03:28,040
So a lot of what I've done with Frank is

88
00:03:28,040 --> 00:03:30,040
it's been over the last three years it's kind of a way

89
00:03:30,040 --> 00:03:32,020
of like nursing myself back to health

90
00:03:32,020 --> 00:03:34,000
Now wait, I'm sorry, I'm sorry, forgive me I

91
00:03:34,000 --> 00:03:37,580
I understood that Frank was a name that you were using for yourself

92
00:03:37,580 --> 00:03:39,320
Frank is... someone else?

93
00:03:39,760 --> 00:03:42,575
no Frank is, is, is my work

94
00:03:42,575 --> 00:03:45,255

1  but it's a bigger work than just a
   95
2  00:03:45,255 --> 00:03:47,965
3  uh an avatar I mean there's a lot more to Frank than just
   96
4  00:03:47,965 --> 00:03:49,460
   what you and I are talking about
5  97
6  00:03:49,800 --> 00:03:51,180
   I don't think I understand..,
7  98
8  00:03:51,220 --> 00:03:52,560
   there's a lotta work I put into it
9  99
10 00:03:52,560 --> 00:03:54,260
   is it an A.I. or...
11 100
   00:03:54,260 --> 00:03:57,320
12 more, more, more like that, more like a marketing platform than a
   101
13 00:03:57,325 --> 00:04:00,435
14 than a, like an A.I. (cough) there's a lot to it
   102
15 00:04:00,440 --> 00:04:04,480
   and I'll have to save that for another time ok cuz I think it'll get us completely off course
16 103
17 00:04:04,480 --> 00:04:05,560
   ok, ok
18 104
   00:04:05,700 --> 00:04:08,980
19 and I don't wanna make it like mysterious and weird I just wanna say hey look
   105
20 00:04:08,980 --> 00:04:10,700
21 too late for that! (laughter)
   106
22 00:04:10,700 --> 00:04:14,055
23 well ya, exactly but I respect the hell outta what you guys have been doing
   107
24 00:04:14,055 --> 00:04:17,115
   because it's open source it's working you know what I mean
25 108
26 00:04:17,115 --> 00:04:20,005
   like, it's.... I don't like people that have secrets
27 109
   00:04:20,005 --> 00:04:23,135
28 and Robert and I got very crossed
   110

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 7

00:04:23,135 --> 00:04:26,125
at the very beginning with one another when I started working with him
111
00:04:26,125 --> 00:04:28,825
which was over a year ago um
112
00:04:28,825 --> 00:04:31,155
I finally got him on Skype and said hey I love your work I wanna
113
00:04:31,160 --> 00:04:33,300
help you get on Alex Jones I"m gonna do what I can for ya
114
00:04:33,520 --> 00:04:35,980
and I brought him over to Steemit last year
115
00:04:35,980 --> 00:04:36,480
right...
116
00:04:36,520 --> 00:04:39,360
uh, and it didn't work out so uh you know he lost his key
117
00:04:39,360 --> 00:04:42,060
and he doesn't see the value in it, but I do
118
00:04:42,260 --> 00:04:45,360
I'm kind of a psychic in that sense, I know what's coming
119
00:04:45,360 --> 00:04:48,340
I know what things are gonna, I know some things are gonna be happening
120
00:04:48,420 --> 00:04:51,080
so, I also knew that I wasn't gonna be working directly
121
00:04:51,080 --> 00:04:53,780
with him, but that I would be using that open source platform
122
00:04:53,780 --> 00:04:56,460
that open source everything mentality that unrig
123
00:04:56,680 --> 00:04:57,740
uh huh... yeah
124
00:04:57,800 --> 00:04:59,200
going after the deep state and all that
125
00:04:59,200 --> 00:05:01,540
um, so I run Phi Beta Iota

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B- 8**

126
00:05:01,580 --> 00:05:04,040
not his website but on Steemit

127
00:05:04,040 --> 00:05:04,540
um hmm

128
00:05:04,740 --> 00:05:06,620
so I'm the at Phi Beta Iota

129
00:05:06,620 --> 00:05:08,200
What does that mean Phi Beta Iota?

130
00:05:09,220 --> 00:05:11,740
I don't.. ya know I never actually looked it up

131
00:05:11,820 --> 00:05:15,515
I never actually knew what.. it was just his blog that I would go to and he would post four good things a day

132
00:05:15,515 --> 00:05:18,875
and then I started bugging him on email and he finally responded back

133
00:05:19,280 --> 00:05:22,325
and he was like a hero of mine, I gotta be honest with ya I highly, highly admire

134
00:05:23,100 --> 00:05:26,220
what I've worked with and what I've seen of his ok

135
00:05:26,220 --> 00:05:26,720
um hmm

136
00:05:26,720 --> 00:05:30,900
and here's the other thing, I don't know what he actually did to you guys what, what, what, went

137
00:05:30,905 --> 00:05:33,885
wrong cuz I don't even know that part of the story do you mind sharing that?

138
00:05:33,885 --> 00:05:36,805
No I don't mind I mean it's all there in the live streams, I mean

139
00:05:36,805 --> 00:05:37,825
I might have taken

140
00:05:38,215 --> 00:05:41,305
out of the playlist or maybe unpublished I'll put it back up

141

00:05:41,415 --> 00:05:43,635
because I want everybody to see it I mean..
142
00:05:43,945 --> 00:05:46,575
we.. he.. I.. look I've seen him on
143
00:05:46,575 --> 00:05:48,825
InfoWars I thought he  was great
144
00:05:48,825 --> 00:05:51,945
I had no issue with Robert David Steele and you know
145
00:05:51,945 --> 00:05:53,655
he sent me a text one night he's like hey
146
00:05:53,660 --> 00:05:55,480
you know cuz he knows I been buggin' George
147
00:05:55,480 --> 00:05:57,440
I been trollin' George around for a while
148
00:05:57,440 --> 00:05:59,900
and it's all in good, it's not bad trolling
149
00:05:59,900 --> 00:06:03,760
I bug him like I been buggin' you like hey I wanna talk I wanna talk
150
00:06:03,760 --> 00:06:04,260
right

151
00:06:04,320 --> 00:06:06,200
and then we would talk and I talked to George a long time ago
152
00:06:06,200 --> 00:06:11,540
about hey we need to get on these open source platforms these blockchain platforms there's this
thing called Steemit
153
00:06:11,545 --> 00:06:13,835
I can help you out and and he
154
00:06:13,835 --> 00:06:17,015
of course he's been busy it's not that he's blowing me off or anything but then he starts
155
00:06:17,020 --> 00:06:19,460
texting me back recently and and uh
156

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 10

00:06:19,680 --> 00:06:20,880
who did? George?
157
00:06:20,880 --> 00:06:21,660
Robert
158
00:06:21,660 --> 00:06:22,860
Right, right, right
159
00:06:22,860 --> 00:06:25,660
Robert's like 40 minutes away from D.C.
160
00:06:25,665 --> 00:06:28,635
so I find out George is in D.C. and I'm like hey um
161
00:06:28,640 --> 00:06:29,960
I could get you Robert
162
00:06:29,960 --> 00:06:30,520
Right
163
00:06:30,520 --> 00:06:32,860
because I was trying to get him in touch with somebody else I don't even remember
164
00:06:32,860 --> 00:06:34,460
I'd have to go through my tests to find out
165
00:06:34,460 --> 00:06:37,700
and then I texted Robert, uh I didn't text Robert he doesn't let me text him
166
00:06:37,780 --> 00:06:38,820
(laughter)
167
00:06:38,820 --> 00:06:42,340
I said uh, I might be able to get you in touch with George Webb how would you like that
168
00:06:42,340 --> 00:06:45,980
and he was VERY excited he was really uppity about it
169
00:06:45,980 --> 00:06:48,580
he said yeah I would love to please do whatever you can to get me get in touch
170
00:06:48,580 --> 00:06:53,180
so I just gave George the number said hey call him tell him Frank Bacon sent ya
171
00:06:53,200 --> 00:06:54,840
and... go from there

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 11

172
00:06:54,960 --> 00:06:57,720
so that's, that's that's what happened
173
00:06:57,720 --> 00:06:58,460
that's all I did
174
00:06:58,540 --> 00:07:00,660
they went to lunch, they went to lunch
175
00:07:01,260 --> 00:07:02,700
and George said Hey
176
00:07:03,340 --> 00:07:06,160
I'm having lunch with Robert David Steele why don't we
177
00:07:06,300 --> 00:07:09,020
ya know Skype call in and do a live stream
178
00:07:09,020 --> 00:07:10,540
and we'll interview Robert David Steele
179
00:07:10,560 --> 00:07:12,080
I said sure sounds great you know...
180
00:07:12,540 --> 00:07:14,040
so we did that
181
00:07:14,360 --> 00:07:17,135
and Robert said that he's got this uh, you know
182
00:07:17,135 --> 00:07:20,355
Unrig, ya know uh thing
183
00:07:20,685 --> 00:07:23,725
which is legitimate, I mean that is legitimate with Cynthia McKinney
184
00:07:23,725 --> 00:07:26,565
and all that - Well, whatever it is
185
00:07:26,565 --> 00:07:29,485
he presented it to us, we've got this Unrig thing and
186
00:07:29,485 --> 00:07:32,505
there's a uh Indie go go or whatever
187
00:07:32,505 --> 00:07:35,080

where he's trying to raise money and in good faith I
188
00:07:35,260 --> 00:07:38,240
I you know we... I felt a little reluctant about this
189
00:07:38,240 --> 00:07:40,040
because... at that point
190
00:07:40,160 --> 00:07:42,740
we hadn't monetized our effort
191
00:07:42,740 --> 00:07:45,755
and even now we're not taking advertising
192
00:07:45,755 --> 00:07:48,525
or supporting outside products we're just you know
193
00:07:48,525 --> 00:07:50,965
inviting viewers to sponsor
194
00:07:50,965 --> 00:07:53,635
Crowdsource the Truth if they feel they want to and there's no
195
00:07:53,635 --> 00:07:56,625
and there's no obligation everybody can still access it for free and everything like that
196
00:07:56,625 --> 00:07:59,625
but we were sort of did this little mini impromptu
197
00:07:59,625 --> 00:08:02,555
telethon for him that I, I wasn't fully comfortable with but
198
00:08:02,555 --> 00:08:05,785
You know uh, George has become a close ally
199
00:08:05,785 --> 00:08:08,715
close friend my partner in this effort and so
200
00:08:08,715 --> 00:08:11,635
dude I watched you bail him out of jail I know that you've gone the extra mile
201
00:08:11,635 --> 00:08:14,665
That's got nothing to do with it, that's got nothing to do with it but I'm
202
00:08:14,665 --> 00:08:17,245
just saying you know, he and I have developed a trust and so
203

1   00:08:17,245 --> 00:08:20,005
2   he was with Robert and this is what he wanted to do so
    204
3   00:08:20,005 --> 00:08:22,995
    we did it and I mean, we raised like
4   205
5   00:08:22,995 --> 00:08:26,035
    fifteen thousand bucks or something like that - I saw it
6   206
    00:08:26,040 --> 00:08:29,140
7   From our Crowdsource community in about an hour or two hours
    207
8   00:08:29,140 --> 00:08:31,840
9   and I mean, I would think - respectable
    208
10  00:08:31,840 --> 00:08:33,945
    that was highly respectable that was something that
11  209
12  00:08:33,945 --> 00:08:37,065
    you know of course he would have wanted to see - I would think
13  210
14  00:08:37,065 --> 00:08:40,105
    that he would want to consider us an ally so
15  211
16  00:08:40,105 --> 00:08:43,180
    I think that night or the next day...
17  212
18  00:08:43,180 --> 00:08:46,220
    yeah and then so we planned Hey Robert come to New York City
    213
19  00:08:46,300 --> 00:08:49,395
20  and we'll do one of my sit down multicamera interviews
    214
21  00:08:49,395 --> 00:08:52,545
22  with you know nice lighting and - like you did with Rod Wheeler
    215
23  00:08:52,545 --> 00:08:55,415
    high bitrate camera Rod Wheeler and we've done
24  216
25  00:08:55,415 --> 00:08:57,835
    uh Jerome Corsi that I'm trying to find a minute in the day to
26  217
    00:08:57,835 --> 00:09:00,825
27  finish and we did Lionel and uh
    218
28  00:09:00,825 --> 00:09:03,675
    Lee Stranahan and I've done two with George -oh that's awesome

219
00:09:03,675 --> 00:09:06,095
I did one with Jack Posobiec
220
00:09:06,095 --> 00:09:09,125
and it's you know it's one of the featured segments that we're having
221
00:09:09,125 --> 00:09:10,740
here on Crowdsource the Truth
222
00:09:11,000 --> 00:09:14,360
So I was like, sure yeah let's do Robert I, I went to a nice
223
00:09:14,365 --> 00:09:17,325
hotel in Midtown and you know booked a uh
224
00:09:17,405 --> 00:09:20,305
like a conference room for us to do this in
225
00:09:20,305 --> 00:09:23,180
I mean I was treating the guy with the total respect
226
00:09:23,180 --> 00:09:25,520
I would treat any guest with
227
00:09:25,700 --> 00:09:27,340
and uhm
228
00:09:27,600 --> 00:09:30,360
so the night prior to...
229
00:09:30,365 --> 00:09:32,885
the interview I mean I'd have to go back and do a
230
00:09:32,885 --> 00:09:35,925
time correlation to get this all accurate but it was essentially this
231
00:09:35,925 --> 00:09:38,785
the night prior to the interview or two days prior to the interview
232
00:09:38,785 --> 00:09:41,925
George had received some intelligence from a very well
233
00:09:41,925 --> 00:09:44,945
trusted source of his who has been
234
00:09:44,945 --> 00:09:46,915

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 15

1   very accurate in the past
    235
2   00:09:46,955 --> 00:09:49,895
3   and this person said there was
    236
4   00:09:49,900 --> 00:09:53,900
5   radiological material in a diplomatic container
    237
6   00:09:53,980 --> 00:09:56,340
    on board the Maersk Memphis
7   238
8   00:09:56,760 --> 00:09:57,740
    right, right, right
9   239
10  00:09:57,760 --> 00:10:00,775
    So we started doing a broadcast about this and everybody
11  240
12  00:10:00,780 --> 00:10:03,840
    went online and went to the publicly available tools
13  241
14  00:10:03,900 --> 00:10:06,700
    like fleetfinder and uh
    242
15  00:10:06,700 --> 00:10:09,000
16  shipping... what's it called?
    243
17  00:10:09,000 --> 00:10:09,680
    um hmm
18  244
19  00:10:09,680 --> 00:10:11,180
    genius or whatever it is
20  245
21  00:10:11,880 --> 00:10:14,080
    and then and you know we were like hey wait a minute
22  246
23  00:10:14,220 --> 00:10:16,860
    this thing is pulling into port right now in the
24  247
    00:10:16,860 --> 00:10:19,415
25  Port of Charlston and you know people in the
    248
26  00:10:19,415 --> 00:10:22,175
27  Crowdsource community and myself contacted
    249
28  00:10:22,175 --> 00:10:25,025
    the Coast Guard and said we have
    250

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 16

1   00:10:25,025 --> 00:10:28,125
2   intelligence we have information coupled with
    251
3   00:10:28,125 --> 00:10:31,205
4   government reports from the Obama administration and
    252
5   00:10:31,205 --> 00:10:33,665
6   other people and you know publicly available
    253
7   00:10:33,665 --> 00:10:36,565
    news reporting that indicates that
8   254
9   00:10:36,565 --> 00:10:38,715
    dirty bombs and the illicit transport
    255
10  00:10:38,715 --> 00:10:41,765
11  of lose radiological material is one of the
    256
12  00:10:41,765 --> 00:10:43,240
    most credible
13  257
14  00:10:43,520 --> 00:10:46,600
    uh and uh clear and present dangers
15  258
16  00:10:46,605 --> 00:10:49,605
    to the safety of the people of the United States
17  259
18  00:10:49,605 --> 00:10:51,635
    and we instructed them to inspect the ship
    260
19  00:10:51,635 --> 00:10:53,665
20  we didn't tell them there was a bomb I didn't
    261
21  00:10:53,665 --> 00:10:56,695
22  call them and say there's a dirty bomb I believe they used the term
    262
23  00:10:56,700 --> 00:10:59,440
    dirty bomb or if I did say anything
24  263
25  00:10:59,460 --> 00:11:02,720
    somebody was just trying to get you guys caught up in the media cycle
26  264
    00:11:04,460 --> 00:11:06,920
27  all we were trying to do was be responsible
    265
28  00:11:06,920 --> 00:11:09,040
    about reporting what we thought was a threat

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 17

266
00:11:09,080 --> 00:11:10,920
we didn't make a bomb threat
267
00:11:10,920 --> 00:11:12,220
without a doubt you guys did the right thing
268
00:11:12,360 --> 00:11:15,660
so what happened was the next day the next day
269
00:11:15,665 --> 00:11:17,945
Robert David Steele sends me this
270
00:11:17,945 --> 00:11:21,065
ridiculous email saying that
271
00:11:21,215 --> 00:11:23,955
the interview is canceled and that
272
00:11:23,955 --> 00:11:26,835
I'm wanted by the NYPD and
273
00:11:26,835 --> 00:11:29,905
that he could appear on Skype like I mean I would really care
274
00:11:29,905 --> 00:11:32,475
about interviewing him if I'm gonna be arrested by the police this
275
00:11:32,475 --> 00:11:34,745
was the most bizarre aspect of it
276
00:11:34,745 --> 00:11:37,725
he said he's willing to appear on Skype but he can't
277
00:11:37,725 --> 00:11:40,435
be in a room that I control it's like
278
00:11:40,435 --> 00:11:43,075
a bizarre email so I called him up I mean
279
00:11:43,075 --> 00:11:46,125
I thought he was a friend and an ally at that point and I called him up
280
00:11:46,125 --> 00:11:48,845
and I said you know well what is this about
281
00:11:48,845 --> 00:11:51,840

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 18

1  the NYPD I mean my apartment is just a few
282
2
00:11:51,840 --> 00:11:55,780
3  blocks away from the uh police precinct
283
4  00:11:56,040 --> 00:11:58,280
certainly if the Coast Guard or the FBI
5  284
6  00:11:58,540 --> 00:12:00,195
or any government agency wanted me
7  285
8  00:12:00,195 --> 00:12:03,155
arrested I would imagine the NYPD would be here
9  286
10  00:12:03,155 --> 00:12:04,325
in a matter of minutes
11  287
12  00:12:04,665 --> 00:12:07,405
and I hadn't even seen his email it was an hour and a half old by the
13  288
14  00:12:07,405 --> 00:12:09,365
time I saw it cuz you know unlike
15  289
16  00:12:09,365 --> 00:12:12,265
him and some of his potential friends I'm not monitoring
290
17  00:12:12,265 --> 00:12:13,965
everything he does at every minute
18  291
19  00:12:13,965 --> 00:12:16,875
of the day and commenting on it right away which I also find
20  292
21  00:12:16,875 --> 00:12:18,155
a little bit odd
293
22  00:12:18,155 --> 00:12:20,995
not that there's anything illegal about that I'm not suggesting that
23  294
24  00:12:20,995 --> 00:12:22,305
they just seemed very
25  295
26  00:12:22,305 --> 00:12:25,305
obsessed with me very interested in what we're doing
27  296
00:12:25,575 --> 00:12:28,285
28  so uh, I called him up and I said you know
297

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B- 19**

1

00:12:28,285 --> 00:12:31,005
what is this about the NYPD and he said well you know

2

298
00:12:31,005 --> 00:12:34,465
I can't do the interview but if you wanna do Skype and I was like Robert

3

4

299
00:12:34,575 --> 00:12:37,015
I don't care about the interview I want to know about

5

6

300
00:12:37,015 --> 00:12:39,735
the NYPD how do you know this and he told me

7

8

301
00:12:39,735 --> 00:12:41,525
he has connections and he has contacts

9

302

10

00:12:41,525 --> 00:12:45,920
and he's you know sophisticated intelligence person and all this

11

303

12

00:12:46,380 --> 00:12:49,075
and uh you know  he basically said you know Jason

13

304

14

00:12:49,075 --> 00:12:52,135
our relationship is over he used a lot of

15

305

16

00:12:52,135 --> 00:12:54,975
foul language I broadcast the phone call in one of our live streams

17

306

18

00:12:54,980 --> 00:12:56,040
oh wow

307

19

00:12:56,160 --> 00:13:00,035
well I mean you know it's legal in New York State to record a phone

20

308

21

00:13:00,040 --> 00:13:01,880
call if one of the parties on the call

22

309

23

00:13:01,920 --> 00:13:06,120
oh no, no I'm not saying yeah absolutely I, I, I expect you to be recording

24

310

25

00:13:06,220 --> 00:13:08,980
this call, I mean I do honestly

26

311

27

00:13:09,040 --> 00:13:12,940
With your with your permission I'd like to broadcast this call

312

28

00:13:12,945 --> 00:13:15,915
with your permission and if you say no then I won't

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 20

313
00:13:15,975 --> 00:13:19,015
well yeah as long as you keep my name you know private uh like I don't

314
00:13:19,015 --> 00:13:22,105
Could mask your voice disguise your name all of that lemme just continue

315
00:13:22,105 --> 00:13:24,955
so he's cursing at me in this phone call

316
00:13:24,955 --> 00:13:28,135
he's cursing at me and sending me threatening emails

317
00:13:28,135 --> 00:13:31,115
and then... you know... he

318
00:13:31,115 --> 00:13:34,005
emailed me outta nowhere saying that he's already had two people

319
00:13:34,005 --> 00:13:35,875
ask him for their money back

320
00:13:35,875 --> 00:13:38,285
not because I told people to get their money back

321
00:13:38,285 --> 00:13:40,295
but because people recognized

322
00:13:40,295 --> 00:13:42,915
he was acting like a crazy person and threatening me and being

323
00:13:42,915 --> 00:13:45,975
very unreasonable after we had in good faith

324
00:13:45,975 --> 00:13:48,455
helped him raise money for his uh event

325
00:13:48,460 --> 00:13:49,640
yeah a lot of money

326
00:13:49,640 --> 00:13:51,580
or his organization  or whatever it is

327
00:13:51,880 --> 00:13:55,675
so he told me you know be very very careful and he's sending me these

328
00:13:55,680 --> 00:13:57,960

threatening emails so uh....
329
00:13:58,220 --> 00:14:01,185
you know it basically escalated from there I told him not to communicate with
330
00:14:01,185 --> 00:14:03,735
me any more I have no interest in speaking to him
331
00:14:03,735 --> 00:14:06,365
he sent me some certificate from his thing that said
332
00:14:06,365 --> 00:14:09,255
that I'm a part of his revolution and I told him I want my money
333
00:14:09,255 --> 00:14:11,815
back I am not part of his I'm not
334
00:14:11,815 --> 00:14:13,855
part of his organization I'm not part of any
335
00:14:13,855 --> 00:14:16,265
revolution that he's planning and uh
336
00:14:16,265 --> 00:14:18,395
I want him to destroy the certificate destroy
337
00:14:18,395 --> 00:14:21,605
destroy the original and send me my money back and so he said
338
00:14:21,615 --> 00:14:24,665
that he doesn't have the money that Indie gogo has the money and
339
00:14:24,665 --> 00:14:27,885
Indie gogo is not giving him the money until July
340
00:14:27,885 --> 00:14:30,685
and that I have to go deal with Indie gogo now I think I
341
00:14:30,685 --> 00:14:33,815
gave him $50 or something like that and
342
00:14:33,815 --> 00:14:36,795
obviously I don't want to lose $50 but I got a lot of things going on I'm not
343
00:14:36,800 --> 00:14:39,720
$50 is not at the forefront of my mind
344

1
00:14:39,720 --> 00:14:40,620
yeah

2
345
00:14:40,660 --> 00:14:42,720
I mean I want to get the money back but I just haven't had a

3
346
00:14:42,720 --> 00:14:44,780
chance to I mean we've been trying to contact Eric Braverman

4
347
00:14:44,785 --> 00:14:47,425
we've been trying to contact Julian Assange

5
348
00:14:47,425 --> 00:14:49,305
it seems that you know

6
349
00:14:49,305 --> 00:14:52,355
he seems affiliated with Defango he's appeared on

7
350
00:14:52,355 --> 00:14:54,545
Defango's show and Defango has

8
351
00:14:54,545 --> 00:14:57,495
praised him so you know, I don't know what that tells you

9
352
00:14:57,495 --> 00:15:00,095
about him but uh Defango has also

10
353
00:15:00,095 --> 00:15:03,145
claimed that he contacted his colleagues at Oxford

11
354
00:15:03,145 --> 00:15:05,425
and then obviously as you saw

12
355
00:15:05,500 --> 00:15:08,380
they tried to kick us out of Oxford we weren't there doing anything

13
356
00:15:08,380 --> 00:15:11,540
yeah, I don't think that had much to do with Defango he operates

14
357
00:15:11,545 --> 00:15:14,235
much the same way you and I operated

15
358
00:15:14,235 --> 00:15:16,765
well so why do you suppose the Blavat... the Blavatnik school of

16
359
00:15:16,765 --> 00:15:20,320
government would want to kick us out for simply sitting there and wanting to report  on their

1  360
2  00:15:20,320 --> 00:15:22,655
   event if it wasn't that someone called and...
3  361
   00:15:22,660 --> 00:15:25,240
4  uh... good point I mean uh I think um
5  362
   00:15:25,420 --> 00:15:28,600
6  you know number one it's interesting to see that Braverman is actually alive
7  363
   00:15:28,900 --> 00:15:32,020
8  and and that is odd but you guys have become very um...
   364
9  00:15:32,345 --> 00:15:35,385
10 famous as being these incredible like the mystery gang
   365
11 00:15:35,385 --> 00:15:36,860
   oh I don't know about that
12 366
13 00:15:36,860 --> 00:15:38,365
   well you're famous enough
14 367
   00:15:38,365 --> 00:15:41,415
15 and not only are you famous enough I have a great deal of respect
16 368
   00:15:41,415 --> 00:15:44,455
17 for people that in good health and good conscience
   369
18 00:15:44,455 --> 00:15:47,535
   go out there to fuckin' snap the dragon
19 370
20 00:15:47,685 --> 00:15:50,685
   that we're trying to put down, I'll I'll be really clear
21 371
   00:15:50,685 --> 00:15:53,295
22 I'll be very frank with you - yeah -my reality
23 372
   00:15:53,295 --> 00:15:56,175
24 my reality is I wanna see an end to the fuckin
   373
25 00:15:56,175 --> 00:15:59,245
26 deep state I am tired of not being free and I see
   374
27 00:15:59,245 --> 00:16:02,125
   the internet as being the great equalizer
28 375
   00:16:02,125 --> 00:16:05,295

of people being able to create the types of organizational structure
376
00:16:05,295 --> 00:16:08,285
that they need networks are markets in my world
377
00:16:08,285 --> 00:16:11,535
ok and they've created this cloud this
378
00:16:11,535 --> 00:16:14,595
fog of war and when I say 'they' I'm talking
379
00:16:14,595 --> 00:16:17,335
about people that are in charge of markets
380
00:16:17,335 --> 00:16:20,305
the world, the money, the oil, the wars all that stuff
381
00:16:20,305 --> 00:16:23,055
call it the Rockefellers call it the Rothschilds call it
382
00:16:23,055 --> 00:16:25,365
a bunch of rich people but I know for a fact
383
00:16:25,365 --> 00:16:28,355
what George has done could get Hillary Clinton thrown in jail
384
00:16:28,355 --> 00:16:30,395
and that's the witch I wanna see go down
385
00:16:31,075 --> 00:16:33,825
we're just trying to stamp out corruption
386
00:16:33,825 --> 00:16:36,845
we're just trying to stamp out corruption and the thing is you know
387
00:16:36,845 --> 00:16:39,335
if Robert David Steele has a problem with me
388
00:16:39,335 --> 00:16:42,525
and there are people contacting him saying they want their money back
389
00:16:42,585 --> 00:16:45,275
the proper thing for him to do is just say "thank you...
390
00:16:45,275 --> 00:16:48,205
here is your money we're going to carry on with what we're doing"
391

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 25

1   00:16:48,205 --> 00:16:50,020
    I mean he's the one
2   392
3   00:16:50,020 --> 00:16:51,220
    not call you up and cuss you out
4   393
5   00:16:51,220 --> 00:16:54,060
    Right and people, I'm not pursuing people in our group
6   394
    00:16:54,100 --> 00:16:56,255
7   they're contacting me and saying look at this crazy email
    395
8   00:16:56,255 --> 00:16:58,915
9   that Robert sent me where he's saying that you're a mental
    396
10  00:16:58,915 --> 00:17:01,945
11  patient and that you're sick and you're stupid and all this it's like
    397
12  00:17:01,945 --> 00:17:04,955
13  you know he should go do whatever the hell he wants as long as it's not
    398
14  00:17:04,955 --> 00:17:07,955
    as long as he's not deceiving people in our community
15  399
    00:17:07,955 --> 00:17:10,535
16  a community that we are building based on
    400
17  00:17:10,535 --> 00:17:13,575
18  integrity and trust and honest people that want to
    401
19  00:17:13,580 --> 00:17:16,740
20  help each other I'm not pulling any scams
    402
21  00:17:16,780 --> 00:17:17,880
22  I'm saying if you like these videos
    403
23  00:17:18,000 --> 00:17:18,740
    no you're not
24  404
    00:17:18,860 --> 00:17:22,595
25  and Jason what's funny is that that's what I read in his
    405
26  00:17:22,595 --> 00:17:25,175
27  in his market you know I feel like
    406
28  00:17:25,175 --> 00:17:28,195
    luckily I'm a free agent, I'm freelance

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 26

1
407
00:17:28,195 --> 00:17:31,125
2
I can go and do and associate with whoever the hell I want
3
408
00:17:31,125 --> 00:17:34,145
4
but when I see the, the, the truther movement or whatever movement
5
409
00:17:34,145 --> 00:17:37,185
6
that's coming together to actually expose the corruption
7
410
00:17:37,185 --> 00:17:39,965
8
start getting you know this kind of
9
411
00:17:39,965 --> 00:17:42,795
10
stuff start happening I don't think Robert's your real
11
412
00:17:42,795 --> 00:17:46,075
12
uh enemy and I'm not calling you to defend him and I'm certainly not going to call
13
413
00:17:46,115 --> 00:17:49,135
14
him and try to defend you know you
15
414
00:17:49,135 --> 00:17:51,815
16
but what I would love is I would love for you guys to just
17
415
00:17:51,815 --> 00:17:54,845
18
get um either clear of one another or or or
19
416
00:17:54,845 --> 00:17:57,845
20
figure out that maybe somebody was messing with both of ya
21
417
00:17:57,845 --> 00:17:59,285
22
all I want him to do no, no, no
23
418
00:17:59,285 --> 00:18:02,075
24
I'm sorry, listen if he was dealing with me in a legitimate
25
419
00:18:02,075 --> 00:18:03,495
26
fashion and if he was an ally
27
420
00:18:03,495 --> 00:18:06,245
28
and a friend I mean, you know we just raised
421
00:18:06,245 --> 00:18:07,360
fifteen thousand dollars for him
422
00:18:07,360 --> 00:18:10,420

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 27

1  so let's assume someone did contact him and say hey
2  423
   00:18:10,520 --> 00:18:13,560
3  NYPD is going to arrest Jason
   424
4  00:18:13,565 --> 00:18:15,015
5  why wouldn't he just call me and say hey
   425
6  00:18:15,015 --> 00:18:17,665
   I don't think we're going to be able to do the interview tomorrow becuase
7  426
8  00:18:17,665 --> 00:18:20,715
   I've just received good information that you're going to be arrested by the NYPD
9  427
   00:18:20,715 --> 00:18:23,785
10 why don't you go down there to the precinct and turn
   428
11 00:18:23,785 --> 00:18:26,485
12 yourself in because that's exactly what I would do if the
   429
13 00:18:26,485 --> 00:18:29,035
   NYPD wanted me I'm not going to run
14 430
15 00:18:29,040 --> 00:18:30,060
   from the NYPD
16 431
17 00:18:30,060 --> 00:18:30,560
   no
18 432
   00:18:30,680 --> 00:18:34,715
19 I would go over there and I would demonstrate that I am not going to resist arrest
20 433
   00:18:34,715 --> 00:18:37,285
21 I would want a lawyer and I'd go in there
   434
22 00:18:37,285 --> 00:18:40,435
23 and I would face the charge because as you can see
   435
24 00:18:41,245 --> 00:18:44,665
25 I am not wanted by the NYPD and I personally verified that by
   436
26 00:18:44,665 --> 00:18:46,840
   going there and asking them and calling
27 437
   00:18:47,060 --> 00:18:50,095
28 and he could've done that, he's this big fancy
   438

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 28

1   00:18:50,095 --> 00:18:52,975
    intelligence operative he could've done that
2   439
3   00:18:52,975 --> 00:18:54,885
    he was clearly in my mind
4   440
5   00:18:54,885 --> 00:18:57,455
    trying to intimidate me in the
6   441
7   00:18:57,455 --> 00:19:00,515
    email that he sent to me he included a message for George
8   442
    00:19:00,515 --> 00:19:02,575
9   which obviously he wanted me to see
    443
10  00:19:02,575 --> 00:19:05,735
11  why does he need to CC me on a message for George?
    444
12  00:19:05,740 --> 00:19:06,480
    childish
13  445
14  00:19:06,480 --> 00:19:08,480
    it's childish it's like a
15  446
    00:19:08,660 --> 00:19:11,515
16  five year old ok, he says George I think
    447
17  00:19:11,515 --> 00:19:14,655
18  the best thing for you to do is dump Jason and come work with me
    448
19  00:19:14,655 --> 00:19:17,455
    so now he's accusing me of tortious interference
20  449
21  00:19:17,455 --> 00:19:20,415
    which is a civil tort that's not a crime
22  450
23  00:19:20,415 --> 00:19:23,355
    that's interfering with somebody else's business he's the one
24  451
    00:19:23,355 --> 00:19:26,325
25  that's committed that civil tort I don't need to sue him he's a loser
    452
26  00:19:26,325 --> 00:19:29,395
27  and I don't want money from him I just want him to give the money
    453
28  00:19:29,395 --> 00:19:32,305
    back to our Crowdsource community members

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 29

454
00:19:32,305 --> 00:19:35,355
who feel that he was less than honest with them
455
00:19:35,355 --> 00:19:38,415
that he was less than honest in his dealings with me that's all I want
456
00:19:38,415 --> 00:19:41,125
I don't ever want to talk to him again I have
457
00:19:41,125 --> 00:19:44,055
no respect for him and I don't care about the truther movement
458
00:19:44,055 --> 00:19:46,865
or whatever movement I'm not going to join a movement
459
00:19:46,865 --> 00:19:49,525
I started a website because I see
460
00:19:49,525 --> 00:19:52,675
disinformation and dishonesty in the news
461
00:19:52,675 --> 00:19:54,935
I don't need to join up with
462
00:19:55,395 --> 00:19:58,495
Robert David Steele or whoever Defango
463
00:19:58,495 --> 00:20:01,475
because they claim to be the truther movement I
464
00:20:01,475 --> 00:20:04,345
think they are lying to people who are in the truther
465
00:20:04,345 --> 00:20:07,385
movement and that's my opinion based on evidence
466
00:20:07,385 --> 00:20:10,315
that I've seen in emails and crazy phone calls
467
00:20:10,315 --> 00:20:13,285
it's a really, it's a really valid opinion because I kind of agree with ya
468
00:20:13,285 --> 00:20:16,295
I do, I mean I'm, it's not about agreeing or disagreeing it's just about
469
00:20:16,295 --> 00:20:18,985

1  like we're in the same mess I mean the same kinda corruption
   470
2  00:20:18,985 --> 00:20:22,205
3  affects you that affects me and when I see guys that like
   471
4  00:20:22,205 --> 00:20:25,325
5  you know you and George busting your humps to put out good
   472
6  00:20:25,325 --> 00:20:28,175
   community, it's literally just a community
7  473
8  00:20:28,180 --> 00:20:28,680
   that's right
9  474
   00:20:28,680 --> 00:20:31,060
10 here we are camera's on this is what we're recording
   475
11 00:20:31,060 --> 00:20:32,100
12 the best
   476
13 00:20:32,100 --> 00:20:34,020
   then I see the mess
14 477
15 00:20:34,020 --> 00:20:36,865
   that guys like Defango go and like everybody's trying to pick on
16 478
17 00:20:36,865 --> 00:20:39,885
   every well like he said this or he's doing this
18 479
19 00:20:39,885 --> 00:20:42,285
   let's forget about him let's, let's forget about all of this for a minute
20 480
   00:20:42,285 --> 00:20:45,305
21 the best thing for Robert David Steele to do right now to make this
   481
22 00:20:45,305 --> 00:20:48,095
23 whole thing go away is to send a polite
   482
24 00:20:48,095 --> 00:20:50,175
   email to every single person
25 483
26 00:20:50,180 --> 00:20:53,520
   who donated to his unrig who wants their money back
27 484
   00:20:53,620 --> 00:20:57,140
28 and give them clear instructions as to how
   485

00:20:57,145 --> 00:20:59,445
to get the money back and be as
486
00:20:59,445 --> 00:21:01,985
diligent and as
487
00:21:01,985 --> 00:21:04,775
rapid in the refunds as he is able to be
488
00:21:04,775 --> 00:21:08,025
that's all I'm asking him to do and to stop threatening me
489
00:21:08,265 --> 00:21:11,075
and harassing me I've told him to stop emailing me
490
00:21:11,075 --> 00:21:14,125
and he continues to send me insulting
491
00:21:14,125 --> 00:21:17,135
harassing emails he continues to go onto my
492
00:21:17,135 --> 00:21:20,185
YouTube channel my websites and whatever
493
00:21:20,185 --> 00:21:23,115
and put in comments that are disparaging towards me
494
00:21:23,115 --> 00:21:25,645
and he is using the same
495
00:21:25,645 --> 00:21:28,705
tactics that we have observed Hillary Clinton and others
496
00:21:28,705 --> 00:21:30,060
yep, yep
497
00:21:30,060 --> 00:21:30,720
where they
498
00:21:30,720 --> 00:21:35,080
accuse the opposition of doing what they themselves are doing
499
00:21:35,240 --> 00:21:37,500
yes exactly ya I see that
500
00:21:37,520 --> 00:21:40,175
he told George walk away from Jason George and I are

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 32

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

501
00:21:40,175 --> 00:21:43,015
engaged in an endeavor we are creating a

502
00:21:43,015 --> 00:21:45,585
crowdsourced news organization now

503
00:21:45,585 --> 00:21:47,700
obviously I can't

504
00:21:47,860 --> 00:21:50,260
fund this indefinitely I have been paying for it

505
00:21:50,260 --> 00:21:51,920
ok hang on a second hang on a second hang on a second

506
00:21:51,920 --> 00:21:53,960
cuz this is where I wanna I don't wanna interrupt you

507
00:21:53,960 --> 00:21:54,960
but I wanna insert here

508
00:21:54,960 --> 00:21:56,960
you you don't have to this is why

509
00:21:56,960 --> 00:21:59,360
you and I should be talking about Steemit and why I should be helping you guys there

510
00:21:59,360 --> 00:22:00,615
well I mean I'm just, I just bring it up

511
00:22:00,615 --> 00:22:03,275
the only reason I bring it up Frank is because I introduced

512
00:22:03,275 --> 00:22:06,255
a monetization program last week Trish and I

513
00:22:06,255 --> 00:22:09,305
spoke about it and also took input from the crowd

514
00:22:09,305 --> 00:22:12,175
my initial idea was to put t-shirts

515
00:22:12,175 --> 00:22:15,305
and mugs so people could buy things and support it through that

516
00:22:15,305 --> 00:22:17,065

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 33

1  but we had over one hundred comments
517
2  00:22:17,065 --> 00:22:19,315
from people saying they didn't want that
3  518
4  00:22:19,315 --> 00:22:22,345
because too much of the money was going to the t-shirt company
5  519
6  00:22:22,345 --> 00:22:25,015
and they just wanted to give ten or five or twenty dollars
7  520
8  00:22:25,015 --> 00:22:27,995
or whatever the amount is we're not forcing people to pay
9  521
10  00:22:27,995 --> 00:22:30,985
all of the content is available for free but obviously
522
11  00:22:30,985 --> 00:22:33,335
12  we need food we need to travel we need
523
13  00:22:33,340 --> 00:22:35,300
to you know keep this thing sustained
14  524
15  00:22:35,300 --> 00:22:38,540
so do you know about cryptocurrencies do you know how crypto works?
16  525
17  00:22:38,540 --> 00:22:40,800
I, I, I  do know about crypto currency and I'm interested
18  526
19  00:22:40,800 --> 00:22:42,195
interested in bitcoin I've got my
20  527
21  00:22:42,200 --> 00:22:44,860
reservations I mean, I think that
528
22  00:22:45,080 --> 00:22:46,460
23  a lot of people...
529
24  00:22:46,660 --> 00:22:48,080
I, I'm not an economist
25  530
26  00:22:48,080 --> 00:22:49,720
I'm not an engineer
27  531
00:22:49,720 --> 00:22:51,315
28  I have designed a variety
532

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 34

1

00:22:51,315 --> 00:22:53,645
of different 3D cameras and

2

533
00:22:53,645 --> 00:22:56,875
developed a lot of technologies but I engaged in a process that I call

3

4

534
00:22:56,875 --> 00:22:59,825
dumb guy engineering where I just sort of think of an idea

5

6

535
00:22:59,855 --> 00:23:02,925
(laughter) and engineers at Apple computer or

7

8

536
00:23:02,925 --> 00:23:05,375
Panasonic or Sony they tell me you can't do that

9

10

537
00:23:05,375 --> 00:23:08,295
and then I just go and try and do it and sometimes it works

11

538
00:23:08,295 --> 00:23:11,415
what I love about you is that you'll put the flat screen up and you'll

12

13

539
00:23:11,420 --> 00:23:13,160
have the pad there and you'll have the laptop

14

15

540
00:23:13,160 --> 00:23:13,980
it works

16

541
00:23:14,100 --> 00:23:17,215
why can't people just do simple shit like that you don't need a Hollywood

17

18

542
00:23:17,220 --> 00:23:17,900
it works

19

20

543
00:23:17,900 --> 00:23:19,900
you know studio

21

22

544
00:23:20,180 --> 00:23:22,780
so my thing my thing with the

23

24

545
00:23:22,780 --> 00:23:25,615
crypto currency is ya know it's like look

25

26

546
00:23:25,615 --> 00:23:28,695
it's a great idea, I'd love to get into bitcoin I wish I had

27

547
00:23:28,695 --> 00:23:31,105
bought it when it was a dollar or mined it

28

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 35

548
00:23:31,105 --> 00:23:33,965
when you could do it on an nVidia card and have hundreds of thousands

549
00:23:33,965 --> 00:23:35,605
of dollars now but it's supposed to be

550
00:23:35,605 --> 00:23:38,095
a currency and I do not see people

551
00:23:38,095 --> 00:23:40,815
conducting transactions I can't go into the supermarket and

552
00:23:40,820 --> 00:23:43,280
and buy stuff with bitcoin I can't

553
00:23:43,280 --> 00:23:45,580
yes you can in certain places just not right there

554
00:23:45,580 --> 00:23:46,860
well it's not widespread

555
00:23:46,860 --> 00:23:48,240
you're you're it's valid, it's valid

556
00:23:48,280 --> 00:23:50,760
what I see is people investing in it

557
00:23:50,760 --> 00:23:52,540
and keeping their money parked in it and if

558
00:23:52,620 --> 00:23:55,735
it doesn't have it's activity as a currency

559
00:23:55,735 --> 00:23:58,435
what's this guy's name is it Jack Vee or something like that

560
00:23:58,440 --> 00:24:00,000
there's some guy who's an American guy

561
00:24:00,000 --> 00:24:02,980
in Japan who's real big on Bitcoin and I was doing

562
00:24:02,980 --> 00:24:03,960
oh Roger Ver

563
00:24:03,960 --> 00:24:05,280

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 36

1  Roger Ver yeah
564
2  00:24:05,480 --> 00:24:08,720
3  I like that guy and I was watching a lot of videos that he made
565
4  00:24:08,725 --> 00:24:11,635
5  and a lot of videos about him and it was interesting because I spent a day or two
566
6  00:24:11,635 --> 00:24:14,275
watching a series of videos that
7  567
8  00:24:14,275 --> 00:24:16,885
he had made and that he had been involved in over the course of
9  568
00:24:16,885 --> 00:24:19,955
10  several years and I saw this very rapid
569
11  00:24:19,955 --> 00:24:22,715
12  sort of acceleration in anxiety
570
13  00:24:22,715 --> 00:24:25,855
14  this was my perception where he went from being very very
571
15  00:24:25,855 --> 00:24:29,055
positive about it to in the most recent videos
16  572
17  00:24:29,055 --> 00:24:31,935
expressing concern that there were fractures in the community
18  573
00:24:31,935 --> 00:24:34,725
19  and that people, you know there's fees associated with
574
20  00:24:34,725 --> 00:24:38,460
21  using it now and it's like look, it's a great idea but
575
22  00:24:38,660 --> 00:24:42,020
this notion that it's challenging the central banks and the government and everything
23  576
24  00:24:42,120 --> 00:24:46,180
they're obviously going to put up roadblocks to make it difficult to use so I don't know, I...
25  577
00:24:46,280 --> 00:24:46,960
26  right
27  578
00:24:46,960 --> 00:24:49,300
28  I'm interested in it but I don't know enough about it
579

1
00:24:49,800 --> 00:24:53,020
well this is my this is where you and Frank can can work
2
580
3
00:24:53,020 --> 00:24:55,420
and when I say Frank in the third person you understand
4
581
5
00:24:55,420 --> 00:24:57,345
Frank is this marketing platform that I came up with
6
582
00:24:57,345 --> 00:25:00,395
7
when I was fucking paralyzed, I couldn't move a finger
583
8
00:25:00,395 --> 00:25:02,815
9
I would be remiss if I, if I
584
10
00:25:02,815 --> 00:25:05,925
11
didn't explain this to you so I you know I had this bad
585
12
00:25:05,925 --> 00:25:08,845
13
health issue and a lot of my mind went with it
586
14
00:25:08,905 --> 00:25:11,945
um I'm just telling ya to work myself
15
587
00:25:11,945 --> 00:25:14,845
16
back out of it I spent the whole time just learning about
17
588
00:25:14,845 --> 00:25:17,635
18
cryptocurrencies and trying to learn as much as I can and trying to get
589
19
00:25:17,635 --> 00:25:20,595
20
involved you know in the techniques of it and building a market
590
21
00:25:20,595 --> 00:25:23,835
22
around it and building a name around it a brand if you will
591
23
00:25:23,835 --> 00:25:26,825
um but I wanted to go down the road of crypto
24
592
00:25:26,825 --> 00:25:29,645
25
in a way that um was kind of a pioneer
593
26
00:25:29,645 --> 00:25:32,695
27
approach I wanted to pave the way for a lot of other people
594
28
00:25:32,695 --> 00:25:35,945
so I knew then Jason, when I was sick

595
00:25:35,945 --> 00:25:38,885
call it spiritual enlightenment or whatever you know you go through these kind of

596
00:25:38,885 --> 00:25:41,825
weird fluxes of vision and things

597
00:25:41,825 --> 00:25:44,935
and I could see years ahead in the future

598
00:25:44,935 --> 00:25:47,935
how these technologies would evolve and how they were gonna evolve

599
00:25:47,935 --> 00:25:51,165
and start bringing down the old world if you will

600
00:25:51,220 --> 00:25:53,200
the old uh uh way of doing things

601
00:25:53,200 --> 00:25:53,700
right

602
00:25:53,880 --> 00:25:57,115
so we we're in the middle of that fray we're in the middle of that disruption

603
00:25:57,115 --> 00:25:59,885
but but to be completely clear

604
00:25:59,885 --> 00:26:02,735
I can't I can't you know I'm not Satoshi Nakamoto

605
00:26:02,740 --> 00:26:04,120
I'm close (laughter)

606
00:26:04,120 --> 00:26:04,620
uh huh

607
00:26:04,620 --> 00:26:05,740
but I'm not Satoshi

608
00:26:06,060 --> 00:26:07,840
um and what he did

609
00:26:07,840 --> 00:26:10,500
or what that avatar did Satoshi Nakamoto

610
00:26:10,500 --> 00:26:13,375

was invent a thing called blockchain
611
00:26:13,375 --> 00:26:16,275
bitcoin was just the first killer app now there's hundreds and thousands
612
00:26:16,280 --> 00:26:18,060
of blockchains out there
613
00:26:18,200 --> 00:26:20,720
second generation blockchain was the Etherium project
614
00:26:20,920 --> 00:26:24,435
the third generation of blockchain is a thing called Steemit
615
00:26:24,440 --> 00:26:26,780
so don't look at it as a currency look at like
616
00:26:26,780 --> 00:26:29,960
Now what is Steemit? I thought Steemit was like Reddit or something
617
00:26:30,200 --> 00:26:32,440
It is but it's running on a blockchain
618
00:26:32,440 --> 00:26:34,820
and that means that when you create the account
619
00:26:34,820 --> 00:26:36,835
so you go in there and create Jason Goodman @jasongoodman
620
00:26:36,835 --> 00:26:39,345
I think that fits in sixteen letters
621
00:26:39,345 --> 00:26:41,995
you can only create an account with sixteen letters like George is waiting for his
622
00:26:41,995 --> 00:26:45,265
he's gonna be @georgewebb and I'm @frankbacon
623
00:26:45,265 --> 00:26:48,195
now we have we have uh a format where we can meet
624
00:26:48,200 --> 00:26:50,700
and do public posts so think of it this way
625
00:26:50,880 --> 00:26:54,480
we're gonna make this very rudimentary so rudimentary
626

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 40

1   00:26:54,485 --> 00:26:57,345
2   think of it like Twitter but without the 160 character uh minimum
    627
3   00:26:57,345 --> 00:26:57,860
    uh huh
4   628
5   00:26:57,860 --> 00:26:59,860
    you have a piece of paper and you can write
6   629
7   00:26:59,960 --> 00:27:01,460
    something on that piece of paper
    630
8   00:27:01,460 --> 00:27:03,520
9   and then that piece of paper gets stored
    631
10  00:27:03,520 --> 00:27:05,975
11  like a block on the blockchain just like a
    632
12  00:27:05,975 --> 00:27:07,475
13  cryptocurrency transaction does
    633
14  00:27:07,805 --> 00:27:10,885
    which means nobody can go back and take it down
15  634
16  00:27:10,885 --> 00:27:13,455
    nobody can go back and edit it if you put it up at
17  635
18  00:27:13,455 --> 00:27:16,435
    midnight on the first of January it stays you know of
    636
19  00:27:16,440 --> 00:27:19,680
20  2017 it'll be there in 20...
    637
21  00:27:19,680 --> 00:27:22,120
22  uh uh you know 2217
    638
23  00:27:22,220 --> 00:27:22,720
    alright
24  639
25  00:27:22,720 --> 00:27:24,140
    that's how powerful blockchains are
26  640
27  00:27:24,140 --> 00:27:25,080
    yeah that's interesting
    641
28  00:27:25,080 --> 00:27:27,495
    so it's like wika wikileaks on steroids

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 41

642
00:27:27,495 --> 00:27:30,515
you just have this place where you can write stuff down

643
00:27:30,515 --> 00:27:33,205
and there's nobody that can really claim oh that could've been

644
00:27:33,205 --> 00:27:35,955
hacked or that, that's gonna get modified

645
00:27:35,960 --> 00:27:38,700
or that information wasn't put by you or whatever they can't do that

646
00:27:38,700 --> 00:27:39,200
uh huh

647
00:27:39,200 --> 00:27:41,840
so for the open source world it gives us this one

648
00:27:41,940 --> 00:27:44,020
big open postal service

649
00:27:44,335 --> 00:27:47,435
where if I'm writing something you can read what I'm writing you can comment on what I'm writing

650
00:27:47,435 --> 00:27:50,285
you can reshare what I'm writing I have a you know

651
00:27:50,285 --> 00:27:53,105
whatever I write comes with it's own link so you can forward that link on

652
00:27:53,105 --> 00:27:55,640
to other people like on facebook or on Reddit or whatever

653
00:27:55,640 --> 00:27:56,200
right

654
00:27:56,200 --> 00:27:59,140
but it's the initial platform where we can all interact

655
00:27:59,245 --> 00:28:02,205
now, interaction on that platform, by putting things on there

656
00:28:02,205 --> 00:28:05,285
and upvoting and moving it around and sharing it and stuff like that

657

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 42

00:28:05,285 --> 00:28:05,780
yeah
658
00:28:05,780 --> 00:28:07,780
there's a monetization element to it
659
00:28:08,060 --> 00:28:11,520
so if it's popular if people who like your stuff are upvoting it
660
00:28:11,525 --> 00:28:14,565
it's going to make it's own version of a crypto currency
661
00:28:14,565 --> 00:28:15,420
called Steem
662
00:28:15,420 --> 00:28:15,920
uh huh
663
00:28:15,920 --> 00:28:18,400
and that's very easy to convert to real dollars
664
00:28:18,580 --> 00:28:21,535
it is very easy to convert that to real dollars but you kinda want to leave it in the
665
00:28:21,535 --> 00:28:24,055
in the platform growing
666
00:28:24,055 --> 00:28:27,055
because as you leave it in the platform you become more vested in the
667
00:28:27,055 --> 00:28:29,945
platform and then your votes mean more so
668
00:28:29,945 --> 00:28:32,545
when I started with Robert trying to get Phi Beta Iota
669
00:28:32,625 --> 00:28:35,685
over so you know what Phi Beta Iota is phibetaiota.net is
670
00:28:35,685 --> 00:28:38,765
Robert's we're not talking about Robert just talking about that website that he uses
671
00:28:38,765 --> 00:28:41,735
I don't actually know what it is I haven't paid that much attention to him
672
00:28:41,740 --> 00:28:43,340
other than to tell him to stop harassing me

673
00:28:43,840 --> 00:28:45,820
yeah, it's a simple word press blog that
674
00:28:45,940 --> 00:28:47,420
he posts like four times a day
675
00:28:47,420 --> 00:28:50,020
so it's like his own news letter that he uses right
676
00:28:50,020 --> 00:28:50,660
yeah
677
00:28:50,800 --> 00:28:54,135
and he had to come out of pocket when he suddenly started getting more popular
678
00:28:54,135 --> 00:28:57,375
and like instead of 20,000 people watching his, his uh
679
00:28:57,380 --> 00:29:00,040
website a day he was up to 30 and 40,000 people
680
00:29:00,180 --> 00:29:03,980
so his web master called him and said hey you gotta spend more money on more bandwidth and stuff like this
681
00:29:04,045 --> 00:29:07,105
and I said Robert you don't need to do that in fact you can shut down that old
682
00:29:07,105 --> 00:29:09,855
website redirect everything and just use steemit
683
00:29:09,860 --> 00:29:11,300
as this just one platform
684
00:29:11,400 --> 00:29:15,215
this is the godfather of the open source you've had your problems with him trust me
685
00:29:15,215 --> 00:29:18,195
I've had my problems with him he busted my balls and I'm telling him
686
00:29:18,200 --> 00:29:20,580
the secrets of the universe I'm giving him powers beyond
687
00:29:21,000 --> 00:29:23,540
comprehension and he just doesn't understand it
688

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 44

00:29:23,760 --> 00:29:25,220
now I've got you guys
689
00:29:25,220 --> 00:29:27,160
and you guys do kind of get this
690
00:29:27,160 --> 00:29:29,745
and I think if you go through and like look at some of these key
691
00:29:29,745 --> 00:29:32,655
things I'm telling you about Steemit and about blockchain
692
00:29:32,655 --> 00:29:35,645
and how we can use this you're funded you're funded
693
00:29:35,645 --> 00:29:38,035
you got me whatever you wanna do
694
00:29:38,035 --> 00:29:41,075
you have permission not mine, the universe
695
00:29:41,075 --> 00:29:44,315
the fuckin universe the cosmic law that's giving you permission to just open this up
696
00:29:44,315 --> 00:29:47,785
I don't understand how it turns into actual money though
697
00:29:48,505 --> 00:29:51,785
it it's because you're going to tell everybody you're you're you guys have
698
00:29:51,785 --> 00:29:54,545
an intelligence network out there the people that are following you on YouTube
699
00:29:54,545 --> 00:29:55,040
yeah...
700
00:29:55,040 --> 00:29:57,360
waiting for the day that YouTube pulls the plug on you ok
701
00:29:57,500 --> 00:29:58,000
right, right
702
00:29:58,000 --> 00:30:00,440
alright then you're in a diaspora again
703
00:30:00,500 --> 00:30:03,600
but you start getting your people to follow you on

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 45

704
00:30:03,600 --> 00:30:05,200
Steemit and only Steemit
705
00:30:05,200 --> 00:30:05,700
oh...
706
00:30:05,820 --> 00:30:08,580
I mean they can come to the YouTube videos, they can upvote they can do all that stuff
707
00:30:08,600 --> 00:30:09,100
right

708
00:30:09,100 --> 00:30:11,220
but really for the real real cream of the crop
709
00:30:11,280 --> 00:30:14,280
like  the daily briefs once twice three times a day
710
00:30:14,280 --> 00:30:14,780
umm hmm...
711
00:30:14,780 --> 00:30:17,840
you put that on Steemit, those posts go nowhere
712
00:30:17,840 --> 00:30:20,755
those posts get interacted with by your like if I upvote
713
00:30:20,755 --> 00:30:23,845
every time I upvote I make ya 16 cents
714
00:30:23,845 --> 00:30:26,855
just by my one upvote so multiply a thousand by...
715
00:30:26,860 --> 00:30:29,620
why who, who's giving the 16 cents? I don't understand
716
00:30:29,620 --> 00:30:32,935
because I've been working that platform for such a year, for, for a year
717
00:30:32,935 --> 00:30:35,465
and I've earned money or I've earned my, my
718
00:30:35,465 --> 00:30:38,425
cryptocurrency and I keep it locked in steem power I'm I'm worth more
719

1   00:30:38,425 --> 00:30:41,365
2   so I have a slightly heavier weight in voting
    720
3   00:30:41,365 --> 00:30:44,000
4   as opposed to somebody who just shows up they have no money in their account
    721
5   00:30:44,000 --> 00:30:45,080
    so is that..
6   722
7   00:30:45,080 --> 00:30:48,880
    so when I sign up I put money in there? I put U.S. dollars in there or what?
8   723
9   00:30:48,880 --> 00:30:51,195
    you don't have to, no you don't have to
    724
10  00:30:51,200 --> 00:30:53,520
11  in fact I don't recommend you do that
    725
12  00:30:53,580 --> 00:30:55,620
13  unless you're going to get donors and if donors are gonna come to you
    726
14  00:30:55,620 --> 00:30:57,200
    then tell them to get their own account
15  727
16  00:30:57,200 --> 00:30:57,940
    I, I...
17  728
18  00:30:57,940 --> 00:30:59,520
    and make their account worth money
    729
19  00:30:59,520 --> 00:31:00,960
20  no, no, no I'm not going to tell anybody
    730
21  00:31:00,960 --> 00:31:03,320
22  to put money into anything I don't understand but like
    731
23  00:31:03,325 --> 00:31:05,915
    I think I mean look I'm open to it, I certainly wanna try it
24  732
25  00:31:05,915 --> 00:31:08,705
    if it's free to put stuff on there I'll do that for sure
26  733
    00:31:08,705 --> 00:31:11,235
27  and you know we'll see where it goes but listen
    734
28  00:31:11,445 --> 00:31:14,335
    Frank, I hate to cut this short but we've gotta prepare for a

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B- 47**

1   735
    00:31:14,340 --> 00:31:15,340
2   livestream here
    736
3   00:31:15,340 --> 00:31:17,325
4   I understand, I understand my friend
    737
5   00:31:17,325 --> 00:31:18,900
6   I'm just really glad that I was able to get in
    738
7   00:31:18,900 --> 00:31:20,400
8   yeah I appreciate you calling, it's..
    739
9   00:31:20,400 --> 00:31:23,060
    this is the part that I want to help you guys with cuz
10  740
11  00:31:23,065 --> 00:31:25,575
    I'm going to send you a radio program I did
12  741
    00:31:25,580 --> 00:31:27,940
13  I've been doing radio programs for the last year
    742
14  00:31:27,940 --> 00:31:28,545
15  uh huh
    743
16  00:31:28,545 --> 00:31:31,395
17  and it's it's Frank talking on the Build Liberty radio program
    744
18  00:31:31,395 --> 00:31:34,295
    and I'm talking about steemit and it'll be like a forty minute video
19  745
20  00:31:34,300 --> 00:31:35,760
    maybe an hour at the most
21  746
    00:31:35,760 --> 00:31:36,260
22  ok
23  747
    00:31:36,280 --> 00:31:40,595
24  and uh, I'll hopefully you'll hear the answers to what it is you're
    748
25  00:31:40,600 --> 00:31:42,240
26  asking on that platform
    749
27  00:31:42,240 --> 00:31:42,740
    right
28  750
    00:31:42,740 --> 00:31:45,460

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B- 48**

I could charge a thousand dollars an hour for my time
751
00:31:45,460 --> 00:31:46,060
right
752
00:31:46,060 --> 00:31:47,760
you guys have my time pro bono
753
00:31:47,760 --> 00:31:48,560
I appreciate that
754
00:31:48,600 --> 00:31:49,940
is what I'm telling you ok
755
00:31:49,940 --> 00:31:51,940
what I wanna do is let me take a look at it and
756
00:31:52,000 --> 00:31:54,720
uh you know I'm certainly open to uh
757
00:31:54,725 --> 00:31:57,675
trying it out and certainly if it's free I'm interested in that
758
00:31:57,675 --> 00:31:59,435
we just wanna we just wanna have a platform
759
00:31:59,435 --> 00:32:01,455
that the most people can look at
760
00:32:01,475 --> 00:32:04,715
that if people want to look at our stuff for free they can
761
00:32:04,715 --> 00:32:07,765
anybody who wants to sponsor it we love that
762
00:32:07,765 --> 00:32:09,845
we're not trying to force anybody to buy anything
763
00:32:09,845 --> 00:32:13,055
we're not trying to force people to look at ads so
764
00:32:13,060 --> 00:32:15,380
I will take a look at steemit, I promise
765
00:32:15,520 --> 00:32:19,375
then, then let me close out by saying, let me just close out
766

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 49

1  00:32:19,375 --> 00:32:22,725
2  by explaining that's exactly what you're getting number one there's not a single pixel devoted to
   ads
3  767
   00:32:22,740 --> 00:32:23,320
4  um hmm
5  768
   00:32:23,320 --> 00:32:25,600
6  it's on a blockchain, blockchains
   769
7  00:32:25,740 --> 00:32:28,695
8  are shared distributed databases which means there's a lot of participants
   770
9  00:32:28,695 --> 00:32:31,495
10 and all that information is cryptographically secured
   771
11 00:32:31,500 --> 00:32:32,000
   right
12 772
   00:32:32,000 --> 00:32:34,000
13 so you can't, you can't DDoS
   773
14 00:32:34,080 --> 00:32:37,200
15 uh a steemit article so if I post a steemit
   774
16 00:32:37,205 --> 00:32:40,175
17 article and they want to bring it down if it's sitting on your wordpress site
   775
18 00:32:40,175 --> 00:32:43,535
   it's coming down but if it's sitting on steemit it's not coming down
19 776
   00:32:43,540 --> 00:32:44,100
20 ya
   777
21 00:32:44,100 --> 00:32:44,920
22 see what I mean
   778
23 00:32:44,920 --> 00:32:47,160
24 so it has this resiliency that's amazing
   779
25 00:32:47,160 --> 00:32:47,660
   uh huh
26 780
   00:32:47,660 --> 00:32:49,300
27 but we can talk about the money later
28 781
   00:32:49,300 --> 00:32:51,535

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 50

1   ok and there is money to be made
    782
2   00:32:51,535 --> 00:32:54,605
3   it's a funding platform it will blow Patreon away
    783
4   00:32:54,605 --> 00:32:57,575
5   but let me send you a link, what you can do is just
    784
6   00:32:57,575 --> 00:32:59,915
7   forward me an email if you don't mind on this skype
    785
8   00:32:59,915 --> 00:33:00,545
9   yep
    786
10  00:33:00,545 --> 00:33:03,815
    and I'll, I'll never mind, never mind I just send you
11  787
12  00:33:04,020 --> 00:33:07,920
    send it on skype or truth at crowdsource the truth dot org
13  788
14  00:33:08,780 --> 00:33:10,620
    that's right I do have that written down
15  789
16  00:33:10,620 --> 00:33:11,860
    and I um bless you brother
17  790
18  00:33:11,860 --> 00:33:14,735
19  I really do appreciate your time and thank you
    791
20  00:33:14,740 --> 00:33:16,840
21  for putting up with my rantings and everything
    792
22  00:33:16,840 --> 00:33:19,480
23  ha ha, no it's ok I'm interested to hear what you have to say
    793
24  00:33:20,080 --> 00:33:22,535
    well and I just want to help you know the guys that are out
25  794
26  00:33:22,535 --> 00:33:25,305
    there actually out there busting their ass to do this stuff
27  795
28  00:33:25,305 --> 00:33:28,205
    to help 'em out you know what I mean that's why I was helping
    796
    00:33:28,205 --> 00:33:31,535
    Robert for so long but ya, he's pushed me away just as
    797

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B-** 51

00:33:31,535 --> 00:33:34,575
much as haha we you know it doesn't matter

798
00:33:34,575 --> 00:33:37,415
it's like he's not my mentor he's a cool dude

799
00:33:37,415 --> 00:33:40,455
he's got some great things he's doing you guys are cool dudes too

800
00:33:40,455 --> 00:33:43,335
you've got some great things going I'm going to work with whoever's working

801
00:33:43,340 --> 00:33:43,960
there you go

802
00:33:43,960 --> 00:33:45,340
you know what I mean it's that simple

803
00:33:45,340 --> 00:33:46,300
ya ya ya

804
00:33:46,300 --> 00:33:49,000
alright listen Frank Bacon thank you very much and I'm sure

805
00:33:49,000 --> 00:33:50,040
I will speak to you again soon

806
00:33:50,640 --> 00:33:52,300
thanks Jason take care and keep up the fight

807
00:33:52,340 --> 00:33:52,840
bye bye

808
00:33:53,200 --> 00:33:53,860
peace out brother bye

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT B**- 52

1

**EXHIBIT C**

2

THREATENING VOICEMAIL FROM TYROAN SIMPSON

3

1

4

00:00:00,060 --> 00:00:04,080

5

hey Jason this is Frank bacon just want

6

to let you know that I think you're an

7

2

8

00:00:04,080 --> 00:00:08,610

9

absolute idiot and I've tried many times

10

to get back in touch with you and George

11

3

12

00:00:08,610 --> 00:00:13,500

13

and now that I'm watching what you and

14

Queen Tut are doing just want to let you

15

4

16

00:00:13,500 --> 00:00:17,940

17

know that you and all of you little

18

cunty friends and cocksucking idiots

19

5

20

00:00:17,940 --> 00:00:22,250

21

that are watching you are going to get a

22

whole bunch more information about you

23

6

24

00:00:22,250 --> 00:00:28,170

25

you're an idiot you're doing a terrible

26

terrible service and you're really

27

7

28

00:00:28,170 --> 00:00:32,279

messing up a lot of things a lot of

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT C**- 1

1   people that I know have worked very hard

2   8

3   00:00:32,279 --> 00:00:38,610

4   and risked their lives for so let's talk

5   if you'd like without you being a cunt

6   9

7   00:00:38,610 --> 00:00:41,940

8   about it and I can give you some real

9   information and put you straight

10  10

11  00:00:41,940 --> 00:00:48,210

12  or you could sit back and keep

13  making fucking memes and calling names

14  11

15  00:00:48,210 --> 00:00:52,710

16  of people and making up things about

17  people in which case you know guys like

18  12

19  00:00:52,710 --> 00:00:56,460

20  Defango and myself and about 50 other

21  people that really know how to do this

22  13

23  00:00:56,460 --> 00:01:00,539

24  shit are gonna make it a lot more

25  difficult for you to do really about

26  14

27  00:01:00,539 --> 00:01:04,890

28  anything just because we're gonna make

    you famous for the stupid cocksucking

    DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT C-** 2

1   15
2   00:01:04,890 --> 00:01:09,840
3   idiot that you are so I hope that you
4   play this for your friends and we can
5   16
6   00:01:09,840 --> 00:01:14,040
7   either talk or you can just go ahead and
8   see what we're gonna do so good
9   17
10   00:01:14,040 --> 00:01:16,310
11   luck to ya butthead

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT C-** 3