# EXHIBIT C

## THREATENING VOICEMAIL FROM TYROAN SIMPSON

1
00:00:00,060 --> 00:00:04,080
hey Jason this is Frank bacon just want
to let you know that I think you're an

2
00:00:04,080 --> 00:00:08,610
absolute idiot and I've tried many times
to get back in touch with you and George

3
00:00:08,610 --> 00:00:13,500
and now that I'm watching what you and
Queen Tut are doing just want to let you

4
00:00:13,500 --> 00:00:17,940
know that you and all of you little
cunty friends and cocksucking idiots

5
00:00:17,940 --> 00:00:22,250
that are watching you are going to get a
whole bunch more information about you

6
00:00:22,250 --> 00:00:28,170
you're an idiot you're doing a terrible
terrible service and you're really

7
00:00:28,170 --> 00:00:32,279
messing up a lot of things a lot of

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT C-** 1

1 | people that I know have worked very hard
2 | 8
3 | 00:00:32,279 --> 00:00:38,610
4 | and risked their lives for so let's talk
5 | if you'd like without you being a cunt
6 | 9
7 | 00:00:38,610 --> 00:00:41,940
8 | about it and I can give you some real
9 | information and put you straight
10 | 10
11 | 00:00:41,940 --> 00:00:48,210
12 | or you could sit back and keep
13 | making fucking memes and calling names
14 | 11
15 | 00:00:48,210 --> 00:00:52,710
16 | of people and making up things about
17 | people in which case you know guys like
18 | 12
19 | 00:00:52,710 --> 00:00:56,460
20 | Defango and myself and about 50 other
21 | people that really know how to do this
22 | 13
23 | 00:00:56,460 --> 00:01:00,539
24 | shit are gonna make it a lot more
25 | difficult for you to do really about
26 | 14
27 | 00:01:00,539 --> 00:01:04,890
28 | anything just because we're gonna make

you famous for the stupid cocksucking

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT C-** 2

```
15
00:01:04,890 --> 00:01:09,840
idiot that you are so I hope that you
play this for your friends and we can

16
00:01:09,840 --> 00:01:14,040
either talk or you can just go ahead and
see what we're gonna do so good

17
00:01:14,040 --> 00:01:16,310
luck to ya butthead
```

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT C-** 3