# EXHIBIT D

## SWEIGERT CONTACTED BARDEN'S ATTORNEY WITH INTENT TO HARASS

From: **Michael Barden** barden.michaelj@gmail.com 
Subject: Fwd: Fw: Spoliation and evidence preservation notice -- Michael J Barden, Avondale, AZ, DOB: March 2, 1975
Date: October 16, 2018 at 6:59 PM
To: Jason Goodman truth@crowdsourcethetruth.org

---------- Forwarded message ----------
From: **Andrew Marcantel** <andy@attorneysforfreedom.com>
Date: Mon, Oct 15, 2018 at 11:25 AM
Subject: Fw: Spoliation and evidence preservation notice -- Michael J Barden, Avondale, AZ, DOB: March 2, 1975
To: Michael Barden <barden.michaelj@gmail.com>

Here is the email I received from my attorney. That guy Dave is an asshole.

---

**From:** Spoliation Notice <spoliation-notice@mailbox.org>
**Sent:** Saturday, October 13, 2018 3:33:02 PM
**To:** Marc J. Victor; Howard Dworman
**Cc:** Spoliation Notice
**Subject:** Spoliation and evidence preservation notice -- Michael J. Barden, Avondale, AZ, DOB: March 2, 1975

REF: (a) https://www.youtube.com/watch?v=Zf-oA4v03z8
(b) Patreon account: https://www.patreon.com/MichaelJBarden
(C) https://www.didntdoitbailbonds.com/maricopa-county-inmate-search/michael-barden-t425290/

Marc@AttorneysForFreedom.com
480-725-3929

Dear Sir,

We understand that you represent Michael J. Barden as legal counsel. Please advise your client that he shall be called as a witness in the litigation pending against Jason Goodman (see attached) per N.Y. CPLR 3113.

Mr. Goodman has distributed to his worldwide audience a dozen videos of your client with day by day updates on his criminal case. Estimated views are between 30,000 and 35,000 YouTube, Facebook, Twitter and other social media impressions.

As you are well aware, Mr. Goodman has earnestly advised your client NOT to accept the plea bargain offered by the State of Arizona in Mr. Barden's criminal case (see attached). Further, Mr. Barden has told this worldwide audience that he does not trust you as an attorney.

Mr. Barden will be called as a witness and should be advised to safely protect, safeguard and archive all electronic media evidence in his possession. To include e-mail messages exchanged with Goodman, Twitter tweets, Facebook updates, phone records, etc. In short, all evidence of Internet activity for the previous two (2) years, October 1, 2016 to the present. This include any eBay transactions, all systems and computer activity, AOL.COM messages, etc.

Warm regards,

---

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE EXHIBIT D - 1

Evidence Collection Team

Marc@AttorneysForFreedom.com
480-725-3929

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:18-cv-08653-UA**

Sweigert v. Goodman
Assigned to: Judge Unassigned
Case in other court: South Carolina, 2:18-cv-01633
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 09/21/2018
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organizat
Jurisdiction: Federal Question

**Plaintiff**
D George Sweigert — represented by D George Sweigert
General Delivery
Mount Shasta, CA 96067
PRO SE

V.

**Defendant**
Jason Goodman — represented by Jason Goodman
252 7th Ave #6s
New York, NY 10001
PRO SE

**Party Information**

| Party Name - Number | Relationship | Sex | Attorney | Judge | Case # |
|---|---|---|---|---|---|
| State Of Arizona - (1) | Plaintiff | N/A | Vaitkus, Michelle | | |
| Michael Barden - (2) | Defendant | M | Victor, Marc | Master Calendar | CR2018-100874-001 |

**Disposition Information**

| Party Name | ARSCode | Description | Crime Date | Disposition Code | Disposition D |
|---|---|---|---|---|---|
| Michael Barden | 13-1204A2 (F3) | AGG ASLT-DEADLY WPN/DANG INST | 1/4/2018 | | |
| Michael Barden | 13-2904A6 (F6) | DISORD CONDUCT-WEAPON/INSTR | 1/4/2018 | | |

**Case Documents**

| Filing Date | Description | Docket Date | Filing Part |
|---|---|---|---|
| 9/12/2018 | 070 - ME: Settlement Conference Set - Party (001) | 9/12/2018 | |
| 9/6/2018 | PRA - Praecipe - Party (001) | 9/10/2018 | |
| 8/23/2018 | 598 - ME: Continuance Past last Day - Party (001) | 8/23/2018 | |
| 7/24/2018 | 027 - ME: Pretrial Conference - Party (001) | 7/24/2018 | |
| 7/18/2018 | STA - Statement - Party (001) | 7/23/2018 | |
| | NOTE: COMPREHENSIVE PRETRIAL CONFERENCE | | |
| 5/21/2018 | 598 - ME: Continuance Past last Day - Party (001) | 5/21/2018 | |
| 5/3/2018 | MCO - Motion To Continue - Party (001) | 5/14/2018 | |
| | NOTE: TRIAL | | |
| 4/26/2018 | ALG - Allegation - Party (001) | 4/26/2018 | |
| | NOTE: STATE'S ALLEGATION OF AGGRAVATING CIRCUMSTANCES | | |