# EXHIBIT E



## STATE BAR OF ARIZONA

Assistant's Direct Line: 602-340-7253

November 27, 2018

**PERSONAL AND CONFIDENTIAL**

Jason Goodman
252 7th Ave. #6s
New York, NY 10001

**Re: File No:** 18-3258
**Complainant:** D. George Sweigert

Dear Mr. Goodman:

The State Bar recently received a bar charge against you from Mr. Sweigert. Mr. Sweigert alleges that you engaged in the unauthorized practice of law in Arizona by publishing certain YouTube videos of yourself, Brian Vukadin, and Michael Barden in which you discuss Mr. Barden's pending criminal case.

After our review of the charge, we have determined that no further investigation is warranted at this time. We therefore consider this file closed. However, please be mindful of Arizona Supreme Court Rule 31(a)(2) which defines the practice of law in Arizona as including "expressing legal opinions."

The closing letter to Mr. Sweigert contained the following:

> I reviewed your submissions regarding Mr. Goodman in which you allege that Mr. Goodman engaged in the unauthorized practice of law in Arizona. Your submissions include links to YouTube videos.
>
> I viewed the YouTube videos that you reference in your submissions. The YouTube videos include conversations between Mr. Goodman, a person named Brian Vukadin, and Michael Barden. Mr. Barden is the defendant in a criminal case pending in Maricopa County Superior Court. Mr. Barden is represented by an attorney licensed to practice law in Arizona in his criminal case.
>
> In the videos, Mr. Goodman states that Mr. Vukadin is not an attorney, that they are not offering legal advice, that Mr. Barden has counsel and, if there are attorneys who would like to assist Mr. Barden, then they should contact him. In the videos, it appears that Mr. Vukadin and Mr. Goodman provide personal opinions on Mr. Barden's case and to Mr. Barden regarding his case.
>
> Based upon my review of the videos, there is not clear and convincing evidence that Mr. Goodman engaged in the unauthorized practice of law in Arizona. Accordingly, I have determined that further investigation is not warranted at this time and our file has been closed. However, I provided Mr. Goodman a reference to the Arizona Supreme Court Rule on the unauthorized practice of law in Arizona so that he can ensure his conduct comports with that rule.

18-9472                                Page 1 of 2

4201 N. 24th Street  •  Suite 100  •  Phoenix, AZ 85016-6266
PH: 602.252.4804  •  FAX: 602.271.4930  •  WEBSITE: www.azbar.org

If you wish to receive a copy of the charge filed by Mr. Sweigert please notify us at the number above and it will be provided. Pursuant to Rule 70(a)(4), Ariz. R. Sup. Ct., the record of this charge will be public for six months from the date of this letter. This charge has no adverse impact on your standing with the State Bar. The record shows a consumer charge that was dismissed. Pursuant to Rule 71, Ariz. R. Sup. Ct., the State Bar file may be expunged in three years.

Sincerely,

Nicole S Kaseta
Bar Counsel - Intake

NSK/sb

18-9472                             Page 2 of 2

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE EXHIBIT E - 2