# EXHIBIT F

D.G. Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

Feb. 22, 2019

Capt. Jason Tama, USCG
Captain of the Port
USCG Sector New York
212 Coast Guard Dr.
Staten Island, NY 10305

SUBJ: Closure of the Port of Charleston, June 14th, 2017

Captain:

As you may be aware, the true target of a dirty bomb hoax appears to be the Port of New York and New Jersey (N.Y./N.J.). New evidence available via open sourced intelligence (OSINT) (in social media) provides indicators about the true intended target of the dirty bomb hoax of June 14th, 2017 was not the Port of Charleston, South Carolina.

The apparent terrorist-style controllers of the event (alleged to be Jason David Goodman and George Webb Sweigert) were misinformed about the position of the MEMPHIS MAERSK container ship and executed their "cyber-attack" a day late. Based on the totality of newer OSINT evidence, it appears when Goodman/Sweigert learned that the MEMPHIS MAERSK was underway to the Port of Charleston that port became the new target of opportunity.

Therefore, it may be prudent to reopen the investigation by the U.S. Coast Guard, which (according to press releases at that time) was immediately turned over to other law enforcement organizations with limited knowledge in maritime affairs and port security.

Warm regards,

D. G. Sweigert

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE EXHIBIT F - 1

1
2
3
4
      Copies provided:
5
6
      Michael Farbiarz, esq.
      Chief Legal Counsel
      The Port Authority of
7
      New York and New Jersey
      4 World Trade Center
8
      150 Greenwich Street
9
      New York, NY 10007

10
      Mr. Nils Smedegaard Anderson
      Chief Executive Officer
11
      MAERSK, INC.
      180 Park Ave
12
      Building 105
      P.O. Box 950
13
      Florham Park, NJ 07932

14
      Threat Analysis Unit (ROIC)
      Office of the NJ
15
      Regional Operations Intelligence Center
      PO Box 7068
16
      West Trenton, NJ 08628

17
      Craig Carpenito
      U.S. Attorney
18
      U.S. Attorney's Office
      970 Broad Street, 7th Floor
19
      Newark, NJ 07102

20
      JASON GOODMAN, CEO
      Multimedia Systems Designs, Inc.
21
      252 7th Avenue, APT #6S
      New York, NY 10001
22
23
24
25
26
27
28

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE EXHIBIT F - 2