# EXHIBIT G



DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT G-** 1