# EXHIBIT H

PRESS FIRMLY TO SEAL
PRIORITY MAIL POSTAGE REQUIRED
UNITED STATES POSTAL SERVICE
Retail
P
US POSTAGE PAID
$6.70
Origin: 85201
12/01/18
0352260400-01
PRIORITY MAIL 2-Day ®
0 Lb 1.50 Oz
EXPECTED DELIVERY DAY: 12/04/18
1006
C004
SHIP TO:
252 7TH AVE
NEW YORK NY 10001-7326
USPS TRACKING NUMBER
9505 5126 5248 8335 2439 23
PS00001000014
EP14F July 2013
OD: 12.5 x 9.5
This envelope is made from post-consumer waste. Please recycle - again.
FROM:
SWEIGERT
P.O. BOX 152
MESA, AZ 85211
TO:
JASON GOODMAN #6S
252 7TH AVE
NEW YORK, NY
10001
UNITED STATES POSTAL SERVICE
POSTAL MONEY ORDER
Serial Number
25542507508
Year, Month, Day
2018-12-01
Post Office
852010
U.S. Dollars and Cents
$1.00
One Dollar and 00/100
Amount
Pay to
Address
Memo
From
Address
VISIT
ORDER
SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
25542507508

UNITED STATES POSTAL SERVICE.
Retail
P
US POSTAGE PAID
$6.70
Origin: 85201
12/01/18
0352260400-01
PRIORITY MAIL 2-Day ®
0 Lb 1.50 Oz