**EXHIBIT I**

MANUEL CHAVEZ & D. GEORGE SWEIGERT LIVE STREAMED ON YOUTUBE 11.25.17.SOLVING.RAR

1

00:00:00,739 --> 00:00:07,130

uh-huh yeah LTP did kind of get pawned

2

00:00:05,150 --> 00:00:08,809

by to me tonight not really he's a nice

3

00:00:07,130 --> 00:00:13,200

guy sometimes she's just a little

4

00:00:08,809 --> 00:00:16,410

ridiculous even for my standards

5

00:00:13,200 --> 00:00:16,410

[Music]

6

00:00:27,900 --> 00:00:35,410

hello this is Defago a Haida phango this

7

00:00:33,100 --> 00:00:38,800

is uh dave act and thanks for letting me

8

00:00:35,410 --> 00:00:41,200

call you that's really ok no problem and

9

00:00:38,800 --> 00:00:45,730

I was just so wondering where the heck

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 1

1   10

2   00:00:41,200 --> 00:00:48,580

3   you been bro oh I didn't want to take

4   11

5   00:00:45,730 --> 00:00:50,020

6   any limelight away from George Webb you

7   12

8   00:00:48,580 --> 00:00:52,570

9   know with all the important work he's

10   13

11   00:00:50,020 --> 00:00:54,550

12   doing it sounds like it's really

13   14

14   00:00:52,570 --> 00:00:56,550

15   important I saw that lawsuit that he put

16   15

17   00:00:54,550 --> 00:01:04,269

18   out I was just like well at least he's a

19   16

20   00:00:56,550 --> 00:01:05,770

21   semi serious or something well he III

22   17

23   00:01:04,269 --> 00:01:07,450

24   was I went through kind of what he's

25   18

26   00:01:05,770 --> 00:01:12,159

27   doing on YouTube I went through it like

28   19

00:01:07,450 --> 00:01:13,810

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 2

1  25 years ago and with legal stuff and

2  20

3  00:01:12,159 --> 00:01:17,680

4  federal lawsuits and all this kind of

5  21

6  00:01:13,810 --> 00:01:19,450

7  stuff so I go in and I shoot little

8  22

9  00:01:17,680 --> 00:01:20,830

10  thing or that I'm on things that he's

11  23

12  00:01:19,450 --> 00:01:25,720

13  doing wrong and everything he's got

14  24

15  00:01:20,830 --> 00:01:28,030

16  three lawsuits going so the counter

17  25

18  00:01:25,720 --> 00:01:28,630

19  strike on him I think is gonna be pretty

20  26

21  00:01:28,030 --> 00:01:30,790

22  heavy

23  27

24  00:01:28,630 --> 00:01:33,370

25  I mean suing the Podesta group and you

26  28

27  00:01:30,790 --> 00:01:37,240

28  know he's suing half of Washington DC so

29

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 3

1    00:01:33,370 --> 00:01:42,910

2    yeah it's pretty various so much crap

3    30

4    00:01:37,240 --> 00:01:45,130

5    right and I don't know you know I think

6    31

7    00:01:42,910 --> 00:01:47,980

8    he's I think he's kind of stepped into a

9    32

10   00:01:45,130 --> 00:01:50,340

11   real big quagmire and I just kind of

12   33

13   00:01:47,980 --> 00:01:52,720

14   want to maintain my distance when the

15   34

16   00:01:50,340 --> 00:01:54,700

17   you know when the backlash starts you

18   35

19   00:01:52,720 --> 00:01:58,320

20   know yeah there's gonna be a lot of

21   36

22   00:01:54,700 --> 00:02:00,580

23   backlash I see that I see that coming

24   37

25   00:01:58,320 --> 00:02:02,200

26   now I would it's so funny because

27   38

28   00:02:00,580 --> 00:02:06,510

there's so many things going on because

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 4**

39
00:02:02,200 --> 00:02:09,009
with I saw Robert David Steele about

40
00:02:06,510 --> 00:02:10,330
three days ago four days ago he was

41
00:02:09,009 --> 00:02:11,080
being interviewed but some lady on a

42
00:02:10,330 --> 00:02:12,940
show

43
00:02:11,080 --> 00:02:16,599
Deborah still I think or something like

44
00:02:12,940 --> 00:02:19,930
that and he did talk about that he

45
00:02:16,599 --> 00:02:21,730
thought Jason was a Mossad operative and

46
00:02:19,930 --> 00:02:22,930
a handler and he was hoping all this was

47
00:02:21,730 --> 00:02:24,340
going to come out of discovery and

48
00:02:22,930 --> 00:02:26,950
DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 5

1   everything so it's really interesting

2   49

3   00:02:24,340 --> 00:02:28,420

4   and I don't want to hijack your show

5   50

6   00:02:26,950 --> 00:02:31,480

7   either by the way I you know I'm just

8   51

9   00:02:28,420 --> 00:02:33,370

10   decided that you're totally good dude

11   52

12   00:02:31,480 --> 00:02:34,870

13   I'm just trying to solve this puzzle and

14   53

15   00:02:33,370 --> 00:02:35,830

16   it's not like it's it's not like it's

17   54

18   00:02:34,870 --> 00:02:37,690

19   that interesting

20   55

21   00:02:35,830 --> 00:02:39,370

22   plus I'd rather talk to you cuz you know

23   56

24   00:02:37,690 --> 00:02:41,200

25   you've been off the map for a while I

26   57

27   00:02:39,370 --> 00:02:42,250

28   swear everybody's been asking me there's

58

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 6**

1   00:02:41,200 --> 00:02:44,470

2   a girl named Mara

3   59

4   00:02:42,250 --> 00:02:46,299

5   C on Facebook that's been like you need

6   60

7   00:02:44,470 --> 00:02:47,680

8   to get into contact with Dave acting you

9   61

10   00:02:46,299 --> 00:02:48,940

11   know isn't he your friend what's going

12   62

13   00:02:47,680 --> 00:02:50,799

14   on and I'm just like I don't know he's

15   63

16   00:02:48,940 --> 00:02:56,920

17   spider just doing his thing you know

18   64

19   00:02:50,799 --> 00:02:59,110

20   no sweat yeah I would I you know this

21   65

22   00:02:56,920 --> 00:03:01,000

23   kind of goes discus you know I watched

24   66

25   00:02:59,110 --> 00:03:04,079

26   your little trip up to like Portland

27   67

28   00:03:01,000 --> 00:03:06,280

Oregon it's both your mouth Shasta and

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 7

1   68

2   00:03:04,079 --> 00:03:08,260

3   you were getting like the special

4   69

5   00:03:06,280 --> 00:03:10,989

6   sandwiches and Portland everything and

7   70

8   00:03:08,260 --> 00:03:13,989

9   so you're kind of demonstrating everyone

10  71

11  00:03:10,989 --> 00:03:16,390

12  that there's life outside the synthetic

13  72

14  00:03:13,989 --> 00:03:19,060

15  reality that's been created and so when

16  73

17  00:03:16,390 --> 00:03:21,640

18  I say synthetic reality whether it's

19  74

20  00:03:19,060 --> 00:03:25,329

21  Pizza Gate or Hillary Clinton or Podesta

22  75

23  00:03:21,640 --> 00:03:27,310

24  DTS v whatever it's just a little it's

25  76

26  00:03:25,329 --> 00:03:29,109

27  just a little air box it's a black box

28  77

00:03:27,310 --> 00:03:30,970

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 8**

1    up in the air you know that you know

2    78

3    00:03:29,109 --> 00:03:35,709

4    it's it's just out there it's not real

5    79

6    00:03:30,970 --> 00:03:38,410

7    life no it's not really no no it's not

8    80

9    00:03:35,709 --> 00:03:39,760

10    and so when you kind of did your trip it

11    81

12    00:03:38,410 --> 00:03:41,530

13    was really interesting to watch because

14    82

15    00:03:39,760 --> 00:03:42,700

16    hey here's real life you know hanging

17    83

18    00:03:41,530 --> 00:03:44,230

19    out with your friends going into

20    84

21    00:03:42,700 --> 00:03:46,000

22    Portland getting a sandwich walking

23    85

24    00:03:44,230 --> 00:03:48,910

25    around at midnight and all that driving

26    86

27    00:03:46,000 --> 00:03:50,590

28    around and that's kind of what I broke

87

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 9**

1   00:03:48,910 --> 00:03:53,769

2   away from is I didn't want to get so

3   88

4   00:03:50,590 --> 00:03:56,530

5   engrossed into the synthetic reality of

6   89

7   00:03:53,769 --> 00:04:00,400

8   oh my god this is the next this is the

9   90

10  00:03:56,530 --> 00:04:04,599

11  next turn and and and when I look at

12  91

13  00:04:00,400 --> 00:04:06,480

14  George he is so engrossed in it you know

15  92

16  00:04:04,599 --> 00:04:09,280

17  he can't even see the light of day I

18  93

19  00:04:06,480 --> 00:04:11,230

20  just feel bad for him I just feel bad

21  94

22  00:04:09,280 --> 00:04:13,359

23  that he's so into the machine

24  95

25  00:04:11,230 --> 00:04:16,239

26  he's so axle wrapped into the whole

27  96

28  00:04:13,359 --> 00:04:17,769

thing is like man I wish you would I

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 10

1    97
2    00:04:16,239 --> 00:04:19,060
3    wish you would see a spiritual side of
4    98
5    00:04:17,769 --> 00:04:22,270
6    your life I wish you'd see that there's
7    99
8    00:04:19,060 --> 00:04:25,930
9    other things out there besides you know
10   100
11   00:04:22,270 --> 00:04:27,940
12   did Hillary Clinton steal you know fifty
13   101
14   00:04:25,930 --> 00:04:30,400
15   thousand emails and then she sent it to
16   102
17   00:04:27,940 --> 00:04:32,710
18   her sister-in-law on on and on and on
19   103
20   00:04:30,400 --> 00:04:34,330
21   and I was like hey listen George if you
22   104
23   00:04:32,710 --> 00:04:35,889
24   want to dedicate your life to this
25   105
26   00:04:34,330 --> 00:04:38,110
27   knock yourself out I don't see the
28   106

00:04:35,889 --> 00:04:40,570
DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 11

1  endgame here I don't see where it's

2  107

3  00:04:38,110 --> 00:04:42,430

4  really producing life but hey go for it

5  108

6  00:04:40,570 --> 00:04:45,020

7  I mean you seem kind of what I think

8  109

9  00:04:42,430 --> 00:04:46,789

10  right right after Las Vegas

11  110

12  00:04:45,020 --> 00:04:48,560

13  when I dropped out right after when Las

14  111

15  00:04:46,789 --> 00:04:50,419

16  Vegas hit I knew what was gonna happen

17  112

18  00:04:48,560 --> 00:04:52,879

19  on YouTube and everything so I just

20  113

21  00:04:50,419 --> 00:04:54,889

22  figured I'm gonna sit this one out good

23  114

24  00:04:52,879 --> 00:04:56,810

25  idea I mean I was making some videos and

26  115

27  00:04:54,889 --> 00:04:58,550

28  stuff about it trying to put at least

116

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 12

1  00:04:56,810 --> 00:05:00,139

2  information that were coming out from

3  117

4  00:04:58,550 --> 00:05:02,389

5  all these like Twitter groups and stuff

6  118

7  00:05:00,139 --> 00:05:04,190

8  that I'm in I mean I got so many I got

9  119

10  00:05:02,389 --> 00:05:06,020

11  so many different ways from Sunday where

12  120

13  00:05:04,190 --> 00:05:08,419

14  people are messaging me crap that it's a

15  121

16  00:05:06,020 --> 00:05:10,490

17  you know it's really hard to deal figure

18  122

19  00:05:08,419 --> 00:05:12,710

20  out who's being legit and who's not

21  123

22  00:05:10,490 --> 00:05:14,419

23  being legit so I've just been kind of

24  124

25  00:05:12,710 --> 00:05:16,129

26  you know just taking it easy on at least

27  125

28  00:05:14,419 --> 00:05:17,449

that front because there's a lot of

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 13

126

00:05:16,129 --> 00:05:19,250

people that are putting information out

127

00:05:17,449 --> 00:05:22,280

you know I've just been sticking to my

128

00:05:19,250 --> 00:05:23,870

cicada and this new cue and on shit it's

129

00:05:22,280 --> 00:05:25,880

just ridiculous because it's all

130

00:05:23,870 --> 00:05:27,470

connected to it feels to me like it's

131

00:05:25,880 --> 00:05:29,870

all connected to this damn puzzle I've

132

00:05:27,470 --> 00:05:31,849

been working on forever because like

133

00:05:29,870 --> 00:05:33,440

I've seen you know songs and things of

134

00:05:31,849 --> 00:05:35,419

that nature I mean the whole follow the

135

00:05:33,440 --> 00:05:37,460

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 14

1   White Rabbit thing was like a direct

2   136

3   00:05:35,419 --> 00:05:39,349

4   lift and a rift fo you know some of this

5   137

6   00:05:37,460 --> 00:05:43,580

7   stuff that we were doing in the past and

8   138

9   00:05:39,349 --> 00:05:46,669

10  it just really was interesting situation

11  139

12  00:05:43,580 --> 00:05:49,729

13  indeed just to see how he was caught the

14  140

15  00:05:46,669 --> 00:05:51,289

16  wave yeah I mean I said there were so I

17  141

18  00:05:49,729 --> 00:05:53,780

19  guess maybe it was getting so boring

20  142

21  00:05:51,289 --> 00:05:55,550

22  back then this is like June July when

23  143

24  00:05:53,780 --> 00:05:58,789

25  all this happened you got sucked into it

26  144

27  00:05:55,550 --> 00:06:01,159

28  I got sucked into it and you you know

145

1   00:05:58,789 --> 00:06:03,440

2   like most artists you you catch the wave

3   146

4   00:06:01,159 --> 00:06:05,060

5   you pick up on the pie that everyone

6   147

7   00:06:03,440 --> 00:06:06,949

8   else was feeling and you kind of put it

9   148

10   00:06:05,060 --> 00:06:10,300

11   into you distilled it and you put it

12   149

13   00:06:06,949 --> 00:06:14,599

14   into your videos which are classics now

15   150

16   00:06:10,300 --> 00:06:16,550

17   and so there was there was a big big

18   151

19   00:06:14,599 --> 00:06:18,409

20   wave going on where a lot of people were

21   152

22   00:06:16,550 --> 00:06:20,740

23   asking questions and a lot of people

24   153

25   00:06:18,409 --> 00:06:23,270

26   were interested and a lot of people were

27   154

28   00:06:20,740 --> 00:06:25,789

you know quizzical there's a lot of

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 16**

1   155
2   00:06:23,270 --> 00:06:29,449
3   energy out there and I think as maybe
4   156
5   00:06:25,789 --> 00:06:31,639
6   Vegas kind of put the put the end on the
7   157
8   00:06:29,449 --> 00:06:34,759
9   Hat and you know a couple other things
10  158
11  00:06:31,639 --> 00:06:38,659
12  and people are kind of like slipped into
13  159
14  00:06:34,759 --> 00:06:41,330
15  the humdrum like well you know 68 people
16  160
17  00:06:38,659 --> 00:06:42,949
18  got killed and 500 people wounded I
19  161
20  00:06:41,330 --> 00:06:45,979
21  haven't seen one YouTube video from a
22  162
23  00:06:42,949 --> 00:06:47,659
24  survivor talking about how the hair
25  163
26  00:06:45,979 --> 00:06:49,569
27  laying escaped or anything like that I
28  164

00:06:47,659 --> 00:06:52,310
DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 17

1   think people are like rolling their eyes

2   165

3   00:06:49,569 --> 00:06:55,009

4   and saying hey we all got Sandy Hook

5   166

6   00:06:52,310 --> 00:06:56,899

7   again let's just you know let's just

8   167

9   00:06:55,009 --> 00:06:58,669

10   tune out of this and do something else

11   168

12   00:06:56,899 --> 00:07:02,030

13   yeah listen

14   169

15   00:06:58,669 --> 00:07:04,039

16   right yeah I mean it seems like that

17   170

18   00:07:02,030 --> 00:07:06,199

19   somebody was trying to hook uh you know

20   171

21   00:07:04,039 --> 00:07:07,729

22   like it was definitely a crazy event you

23   172

24   00:07:06,199 --> 00:07:09,770

25   know like a lot of people that

26   173

27   00:07:07,729 --> 00:07:11,509

28   apparently were there you know we're

174

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 18

1   00:07:09,770 --> 00:07:14,240

2   witnesses that spoke out about it have

3   175

4   00:07:11,509 --> 00:07:17,090

5   mysteriously died now but I mean with

6   176

7   00:07:14,240 --> 00:07:18,949

8   the machine that's out there now you

9   177

10  00:07:17,090 --> 00:07:21,020

11  know just covering up everything I mean

12  178

13  00:07:18,949 --> 00:07:23,120

14  even Google you know that's why I kind

15  179

16  00:07:21,020 --> 00:07:24,979

17  of moved all my like conversations over

18  180

19  00:07:23,120 --> 00:07:26,659

20  to the blockchain in D Tube just because

21  181

22  00:07:24,979 --> 00:07:28,370

23  I want to see you know what the

24  182

25  00:07:26,659 --> 00:07:30,400

26  difference is if I don't have any actual

27  183

28  00:07:28,370 --> 00:07:36,409

    censorship going on you know what I mean

    DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 19

1   184
2   00:07:30,400 --> 00:07:38,449
3   yeah yeah I mean it's there's a surface
4   185
5   00:07:36,409 --> 00:07:41,120
6   level you know there's a surface level
7   186
8   00:07:38,449 --> 00:07:43,789
9   of intensity and excitement and kind of
10  187
11  00:07:41,120 --> 00:07:46,789
12  like people want to be first and not
13  188
14  00:07:43,789 --> 00:07:48,710
15  necessarily right and then after that
16  189
17  00:07:46,789 --> 00:07:49,939
18  initial intensity and that burst is over
19  190
20  00:07:48,710 --> 00:07:51,529
21  then the other people kind of start
22  191
23  00:07:49,939 --> 00:07:54,650
24  showing up and they're the people that
25  192
26  00:07:51,529 --> 00:07:56,719
27  want to be right and in all I can tell
28  193

00:07:54,650 --> 00:07:58,639

1   you for by experience is about George

2   194

3   00:07:56,719 --> 00:08:01,669

4   it's my only personal thing everything

5   195

6   00:07:58,639 --> 00:08:04,219

7   he's ever said about me is been a lie so

8   196

9   00:08:01,669 --> 00:08:08,300

10   that kind of gives me some doubt about

11   197

12   00:08:04,219 --> 00:08:10,430

13   his entire operation and I did get some

14   198

15   00:08:08,300 --> 00:08:11,689

16   peaks in how his mind works you know I

17   199

18   00:08:10,430 --> 00:08:15,020

19   don't want to just say like AWS that's

20   200

21   00:08:11,689 --> 00:08:17,210

22   easy right yeah that's easy but yeah he

23   201

24   00:08:15,020 --> 00:08:19,370

25   he has this idea thought a thought

26   202

27   00:08:17,210 --> 00:08:22,039

28   experiment so I you know I am starting

203

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 21**

1  00:08:19,370 --> 00:08:25,339

2  to think maybe he's more of an MKULTRA

3  204

4  00:08:22,039 --> 00:08:28,520

5  victim or some kind of thing that was

6  205

7  00:08:25,339 --> 00:08:30,919

8  going on because just as an aside I was

9  206

10  00:08:28,520 --> 00:08:35,140

11  in the Air Force and when this guy shot

12  207

13  00:08:30,919 --> 00:08:38,680

14  the 26 people in the church in Texas and

15  208

16  00:08:35,140 --> 00:08:41,149

17  he was in an Air Force prison for a year

18  209

19  00:08:38,680 --> 00:08:42,380

20  because he picked up his kid was a year

21  210

22  00:08:41,149 --> 00:08:44,120

23  old threw him against the wall or

24  211

25  00:08:42,380 --> 00:08:45,380

26  whatever so they threw him in prison for

27  212

28  00:08:44,120 --> 00:08:47,690

attempted murder something like that

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 22

1     213
2     00:08:45,380 --> 00:08:48,980
3     anyway when he got out Air Force prison
4     214
5     00:08:47,690 --> 00:08:51,800
6     the Air Force didn't notify the
7     215
8     00:08:48,980 --> 00:08:53,660
9     Department of Justice that he had a
10    216
11    00:08:51,800 --> 00:08:55,459
12    dishonorable discharge which would have
13    217
14    00:08:53,660 --> 00:08:57,380
15    precluded him from buying a firearm so
16    218
17    00:08:55,459 --> 00:09:00,470
18    he couldn't have bought a firearm but
19    219
20    00:08:57,380 --> 00:09:01,760
21    the Air Force didn't do that so when I
22    220
23    00:09:00,470 --> 00:09:03,230
24    was when I was hearing all these Air
25    221
26    00:09:01,760 --> 00:09:04,190
27    Force connections and all that I thought
28    222
      00:09:03,230 --> 00:09:06,110
      DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 23

1   well you know what they could have run

2   223

3   00:09:04,190 --> 00:09:07,760

4   any kind of a thing on this guy while

5   224

6   00:09:06,110 --> 00:09:10,670

7   he's an Air Force prison they could give

8   225

9   00:09:07,760 --> 00:09:12,200

10  him drugs they could beard music

11  226

12  00:09:10,670 --> 00:09:15,410

13  subliminal yeah anything

14  227

15  00:09:12,200 --> 00:09:17,269

16  I think something was yeah I think

17  228

18  00:09:15,410 --> 00:09:21,380

19  George is more of the air force prison

20  229

21  00:09:17,269 --> 00:09:24,019

22  type I think a lot of the thought

23  230

24  00:09:21,380 --> 00:09:27,560

25  experiment stuff and and I started

26  231

27  00:09:24,019 --> 00:09:29,839

28  decoding his the way he's his brain

232

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 24

1    00:09:27,560 --> 00:09:32,690

2    worked by comparing some of the lies

3    233

4    00:09:29,839 --> 00:09:34,670

5    that he said about me and so what he

6    234

7    00:09:32,690 --> 00:09:36,860

8    does and what his audience thinks is so

9    235

10   00:09:34,670 --> 00:09:40,540

11   great is he'll find five or six little

12   236

13   00:09:36,860 --> 00:09:40,540

14   things and he'll tie them all together

15   237

16   00:09:41,170 --> 00:09:45,740

17   somebody bought some snow tires over

18   238

19   00:09:43,550 --> 00:09:49,010

20   here and their sister works over there

21   239

22   00:09:45,740 --> 00:09:50,690

23   and you know they dropped off their

24   240

25   00:09:49,010 --> 00:09:52,070

26   dry-cleaning over here and then he kind

27   241

28   00:09:50,690 --> 00:09:55,730

     of pulls it all together and since all

     DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 25

242
00:09:52,070 --> 00:09:59,389
and now we know who I'm Abidine dropped
243
00:09:55,730 --> 00:10:01,279
off the disks here and that's what his
244
00:09:59,389 --> 00:10:04,100
audience loves he provides the fake
245
00:10:01,279 --> 00:10:06,579
closure and people just eat that stuff
246
00:10:04,100 --> 00:10:09,410
up they want closure
247
00:10:06,579 --> 00:10:10,970
dang did you just want closure they just
248
00:10:09,410 --> 00:10:13,730
won't let it seems like that to me too
249
00:10:10,970 --> 00:10:15,170
you know it's very weird and you know
250
00:10:13,730 --> 00:10:17,600
everything that I've seen from it
251
00:10:15,170 --> 00:10:19,519

1  because it seems to evolve in a very

2  252

3  00:10:17,600 --> 00:10:21,019

4  very interesting way and you know I've

5  253

6  00:10:19,519 --> 00:10:22,910

7  tried to take myself out of the whole

8  254

9  00:10:21,019 --> 00:10:24,920

10  you know like fighting with Jason

11  255

12  00:10:22,910 --> 00:10:26,420

13  Goodman but you know like I have to make

14  256

15  00:10:24,920 --> 00:10:27,949

16  you know like at least some comments

17  257

18  00:10:26,420 --> 00:10:30,440

19  sometimes because there's weird stuff

20  258

21  00:10:27,949 --> 00:10:32,269

22  and you know it's it's really crazy to

23  259

24  00:10:30,440 --> 00:10:35,810

25  me to that I was picking up on something

26  260

27  00:10:32,269 --> 00:10:37,850

28  with a black cube and like I had gotten

261

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 27

1    00:10:35,810 --> 00:10:39,860

2    some information about like some

3    262

4    00:10:37,850 --> 00:10:41,990

5    information from a quote-unquote CIA

6    263

7    00:10:39,860 --> 00:10:44,959

8    source that was talking about how Lu

9    264

10   00:10:41,990 --> 00:10:47,839

11   Marin what's his name Goodman we're

12   265

13   00:10:44,959 --> 00:10:49,670

14   getting paid by some black you some

15   266

16   00:10:47,839 --> 00:10:51,050

17   black cube operative and then it started

18   267

19   00:10:49,670 --> 00:10:53,209

20   kind of clicking in my head every time

21   268

22   00:10:51,050 --> 00:10:55,069

23   the George is talking about Mossad and

24   269

25   00:10:53,209 --> 00:10:56,480

26   old Mossad and all this other bullshit

27   270

28   00:10:55,069 --> 00:10:58,100

     I'm like well maybe he's not actually

     DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 28**

271
00:10:56,480 --> 00:11:00,800
talking about Mossad maybe he's just
272
00:10:58,100 --> 00:11:03,769
talking about this company that is
273
00:11:00,800 --> 00:11:05,240
private that's been paying people to do
274
00:11:03,769 --> 00:11:07,579
shit for quite some time you know like
275
00:11:05,240 --> 00:11:09,110
with the Harvey Weinstein stuff yeah you
276
00:11:07,579 --> 00:11:10,279
know like it made me think about you
277
00:11:09,110 --> 00:11:12,260
know maybe there is a little more
278
00:11:10,279 --> 00:11:14,149
validity to a story than I first you
279
00:11:12,260 --> 00:11:16,069
know like start started to look at but
280
00:11:14,149 --> 00:11:18,649

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 29**

it still kind of just weirds me the fuck

281

00:11:16,069 --> 00:11:22,250

out honestly like it's weird yeah I

282

00:11:18,649 --> 00:11:24,800

think I think the black cube you know

283

00:11:22,250 --> 00:11:26,120

that kind of would seem really really

284

00:11:24,800 --> 00:11:28,250

creepy I mean

285

00:11:26,120 --> 00:11:29,690

we if you've been around you know this

286

00:11:28,250 --> 00:11:32,570

kind of stuff goes on all the time I

287

00:11:29,690 --> 00:11:34,160

mean come on and so now that it's come

288

00:11:32,570 --> 00:11:36,650

to light with Harvey Weinstein that

289

00:11:34,160 --> 00:11:38,810

there are operatives and you know when I

290

1  00:11:36,650 --> 00:11:40,700

2  was running around Hollywood with Linda

3  291

4  00:11:38,810 --> 00:11:42,710

5  West and we would go out to dinner and

6  292

7  00:11:40,700 --> 00:11:44,480

8  go to comedy clubs and we were just kind

9  293

10  00:11:42,710 --> 00:11:46,940

11  of like professional daters and we were

12  294

13  00:11:44,480 --> 00:11:50,089

14  having a good time and I did security

15  295

16  00:11:46,940 --> 00:11:52,490

17  work not much but a little bit of dab

18  296

19  00:11:50,089 --> 00:11:54,800

20  here and adapt there and I would run in

21  297

22  00:11:52,490 --> 00:11:56,870

23  the Mossad guys in Hollywood David

24  298

25  00:11:54,800 --> 00:11:58,550

26  always drivers Rose Royce and they want

27  299

28  00:11:56,870 --> 00:12:00,890

special parking and all this other kind

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 31

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

300

00:11:58,550 --> 00:12:02,990

of stuff and then they would come over

301

00:12:00,890 --> 00:12:05,390

to me and hey watch my car and blah blah

302

00:12:02,990 --> 00:12:07,010

blah I'm a Mossad age and I'll kill you

303

00:12:05,390 --> 00:12:11,570

if anything happens to it and stuff like

304

00:12:07,010 --> 00:12:15,470

that so there's definitely that kind of

305

00:12:11,570 --> 00:12:17,839

group running around the Hollywood area

306

00:12:15,470 --> 00:12:20,690

taking care of business and cleaning up

307

00:12:17,839 --> 00:12:23,420

trash and what-have-you so now that

308

00:12:20,690 --> 00:12:26,360

Harvey Weinstein's use them and it's

309

00:12:23,420 --> 00:12:28,820

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 32

1    openly admitted people are also shocked

2    310

3    00:12:26,360 --> 00:12:31,640

4    well you know hey this this is how the

5    311

6    00:12:28,820 --> 00:12:34,700

7    big boys play and that's kind of a

8    312

9    00:12:31,640 --> 00:12:36,410

10    little bit of a question mark about the

11    313

12    00:12:34,700 --> 00:12:39,279

13    whole George Webb saga that's why I

14    314

15    00:12:36,410 --> 00:12:42,290

16    think he's kind of a patsy or kind of a

17    315

18    00:12:39,279 --> 00:12:45,980

19    he's being said just leaves from

20    316

21    00:12:42,290 --> 00:12:47,990

22    somebody and I think it's a black cube

23    317

24    00:12:45,980 --> 00:12:51,620

25    type group that's just feeding him stuff

26    318

27    00:12:47,990 --> 00:12:53,770

28    because nothing he shows his hotel I so

319

1   00:12:51,620 --> 00:12:58,339

2   tell he's staying at he shows his hotel

3   320

4   00:12:53,770 --> 00:13:00,290

5   you know and like dude if I was suing

6   321

7   00:12:58,339 --> 00:13:02,360

8   half of Washington DC like you are I

9   322

10  00:13:00,290 --> 00:13:04,400

11  would not you know I would not be in

12  323

13  00:13:02,360 --> 00:13:07,190

14  front of the hotel wherever it is in

15  324

16  00:13:04,400 --> 00:13:08,930

17  camp Springs Marilyn nonchalantly

18  325

19  00:13:07,190 --> 00:13:12,770

20  talking like you're on your way to a

21  326

22  00:13:08,930 --> 00:13:15,380

23  Sunday picnic if it's if it's that free

24  327

25  00:13:12,770 --> 00:13:18,740

26  and there's no threat and you have no

27  328

28  00:13:15,380 --> 00:13:20,959

worries in the world then what are you

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 34

329

00:13:18,740 --> 00:13:22,730

exposing you know I mean I thought these

330

00:13:20,959 --> 00:13:25,370

people were really bad people I thought

331

00:13:22,730 --> 00:13:27,470

these people were nasty people so he's

332

00:13:25,370 --> 00:13:29,600

obviously working with the group that's

333

00:13:27,470 --> 00:13:30,830

the nasty group to put a new spin on

334

00:13:29,600 --> 00:13:32,450

everything I mean that's the best

335

00:13:30,830 --> 00:13:34,520

conclusion I could come up with

336

00:13:32,450 --> 00:13:36,560

yeah it's kind of the same thing that I

337

00:13:34,520 --> 00:13:38,839

was looking at too because you know I

338

00:13:36,560 --> 00:13:39,950

1   hate to like pass judgment on things but

2   339

3   00:13:38,839 --> 00:13:41,570

4   I mean just since like

5   340

6   00:13:39,950 --> 00:13:42,980

7   started talking to you and then

8   341

9   00:13:41,570 --> 00:13:45,860

10   everything that we've kind of dealt with

11   342

12   00:13:42,980 --> 00:13:49,310

13   since then I mean this has just been too

14   343

15   00:13:45,860 --> 00:13:51,680

16   too too weird too many weird connection

17   344

18   00:13:49,310 --> 00:13:54,830

19   it's got legitimized George is

20   345

21   00:13:51,680 --> 00:13:58,160

22   legitimized now as far as what once some

23   346

24   00:13:54,830 --> 00:13:59,510

25   of the naysayers dropped off like you

26   347

27   00:13:58,160 --> 00:14:00,830

28   kind of dropped off a little bit I

348

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 36

1   00:13:59,510 --> 00:14:02,810

2   dropped off a little bit

3   349

4   00:14:00,830 --> 00:14:04,070

5   you know any other naysayers out there

6   350

7   00:14:02,810 --> 00:14:06,740

8   that we're kind of interested in the

9   351

10   00:14:04,070 --> 00:14:08,600

11   story they've all gone on to something

12   352

13   00:14:06,740 --> 00:14:10,400

14   else they all went on the Las Vegas or

15   353

16   00:14:08,600 --> 00:14:12,800

17   they all went on to the Texas shooting

18   354

19   00:14:10,400 --> 00:14:14,540

20   or they all wanted something else so

21   355

22   00:14:12,800 --> 00:14:17,090

23   there's really nobody keeping Georgia

24   356

25   00:14:14,540 --> 00:14:18,920

26   check anymore I do a little bit I try to

27   357

28   00:14:17,090 --> 00:14:22,160

do as much as I can to kind of throw

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 37

358
00:14:18,920 --> 00:14:24,860
some zingers his way but nobody's really

359
00:14:22,160 --> 00:14:27,890
keeping him in check anymore so even

360
00:14:24,860 --> 00:14:31,310
Jason sorta kept them in check and Trish

361
00:14:27,890 --> 00:14:33,200
and whatnot so he's kind of off just

362
00:14:31,310 --> 00:14:35,720
saying whatever he wants to say and he

363
00:14:33,200 --> 00:14:37,970
got you know he gets this for three

364
00:14:35,720 --> 00:14:41,120
thousand four thousand views and

365
00:14:37,970 --> 00:14:44,870
everybody just worships him like a like

366
00:14:41,120 --> 00:14:47,900
an occult leader and you know that's

367
00:14:44,870 --> 00:14:50,810

1    what it there's his audience is so much

2    368

3    00:14:47,900 --> 00:14:53,780

4    invested in him they can't be told teeth

5    369

6    00:14:50,810 --> 00:14:55,910

7    they're wrong so it's like I don't know

8    370

9    00:14:53,780 --> 00:14:57,920

10   Mark Twain said it's easier to fool a

11   371

12   00:14:55,910 --> 00:15:00,770

13   man and then to tell him he's been

14   372

15   00:14:57,920 --> 00:15:02,840

16   fooled so the audience is just so

17   373

18   00:15:00,770 --> 00:15:04,250

19   invested they're not gonna listen to

20   374

21   00:15:02,840 --> 00:15:05,990

22   anybody saying hey wait a minute did you

23   375

24   00:15:04,250 --> 00:15:08,570

25   and a couple of things that George

26   376

27   00:15:05,990 --> 00:15:10,880

28   recently admitted I mean he did a video

     377

1   00:15:08,570 --> 00:15:14,300

2   like two days ago and he said I tried to

3   378

4   00:15:10,880 --> 00:15:16,010

5   get my kids a new the IDF you know I

6   379

7   00:15:14,300 --> 00:15:18,320

8   tried to get my son in the IDF I tried

9   380

10   00:15:16,010 --> 00:15:19,580

11   to get my daughter in the IDF and I'm

12   381

13   00:15:18,320 --> 00:15:22,120

14   like well you know that doesn't really

15   382

16   00:15:19,580 --> 00:15:24,560

17   sound like a typical American you know

18   383

19   00:15:22,120 --> 00:15:28,330

20   no that doesn't sound like your typical

21   384

22   00:15:24,560 --> 00:15:28,330

23   American family their American dead

24   385

25   00:15:28,690 --> 00:15:33,770

26   that's what people with his big chin

27   386

28   00:15:31,160 --> 00:15:35,330

with his whore skin or moose chin or

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 40**

1   387

2   00:15:33,770 --> 00:15:38,450

3   whatever a lot of people are like he

4   388

5   00:15:35,330 --> 00:15:40,460

6   looks like American Dad he fucking does

7   389

8   00:15:38,450 --> 00:15:42,290

9   dude I mean you can't deny that shit

10  390

11  00:15:40,460 --> 00:15:44,540

12  look at that fucking face I mean it's

13  391

14  00:15:42,290 --> 00:15:46,370

15  like they it's like they called it it's

16  392

17  00:15:44,540 --> 00:15:48,290

18  like Seth MacFarlane has future viewing

19  393

20  00:15:46,370 --> 00:15:49,970

21  powers and he's just been trolling

22  394

23  00:15:48,290 --> 00:15:52,670

24  they're all he's been trying a lot of

25  395

26  00:15:49,970 --> 00:15:53,960

27  humanity now for I don't know better

28  396

00:15:52,670 --> 00:15:57,950

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 41

1    part of 20 years

2    397

3    00:15:53,960 --> 00:16:01,160

4    it's weird or-or-or George stepped into

5    398

6    00:15:57,950 --> 00:16:03,170

7    the role or subliminally you know and

8    399

9    00:16:01,160 --> 00:16:06,460

10   and what's funny is he's running around

11   400

12   00:16:03,170 --> 00:16:12,020

13   Washington DC sort of like American Dad

14   401

15   00:16:06,460 --> 00:16:13,910

16   and what's really funny is he's so sold

17   402

18   00:16:12,020 --> 00:16:16,610

19   out to the Machine that's what so funny

20   403

21   00:16:13,910 --> 00:16:18,920

22   to watch it's like oh this is the

23   404

24   00:16:16,610 --> 00:16:21,440

25   Capitol building oh this is the Supreme

26   405

27   00:16:18,920 --> 00:16:23,089

28   Court over here oh this is John Wilkes

     406

     DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 42**

1  00:16:21,440 --> 00:16:26,209

2  Booth's rest room this is where George

3  407

4  00:16:23,089 --> 00:16:28,220

5  Washington gagas was buried and I'm like

6  408

7  00:16:26,209 --> 00:16:30,200

8  hey I'm not into the machine

9  409

10  00:16:28,220 --> 00:16:33,350

11  I'm not into Washington DC I'm not in

12  410

13  00:16:30,200 --> 00:16:36,140

14  the political power structures and all

15  411

16  00:16:33,350 --> 00:16:37,790

17  that and georgeous can't get enough he's

18  412

19  00:16:36,140 --> 00:16:41,959

20  just laughing it up he's in hog heaven

21  413

22  00:16:37,790 --> 00:16:45,740

23  out there and hog heaven oh my god that

24  414

25  00:16:41,959 --> 00:16:48,140

26  was such a good reference so I don't

27  415

28  00:16:45,740 --> 00:16:51,110

know I kind of feel like maybe his

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 43

416

00:16:48,140 --> 00:16:55,490

mental illness as being you know maybe

417

00:16:51,110 --> 00:16:58,339

has a viable role in life now the be

418

00:16:55,490 --> 00:17:01,339

this guy on YouTube and and maybe his

419

00:16:58,339 --> 00:17:05,420

little closure skills and dot connecting

420

00:17:01,339 --> 00:17:10,040

skills have found an audience and good

421

00:17:05,420 --> 00:17:12,319

for him but I know he doesn't he has

422

00:17:10,040 --> 00:17:17,510

zero credibility with me zero

423

00:17:12,319 --> 00:17:20,890

credibility and you know I don't know

424

00:17:17,510 --> 00:17:27,800

what else to say besides that yeah

425

00:17:20,890 --> 00:17:29,570

1   that's amazing yeah well I was kind of

2   426

3   00:17:27,800 --> 00:17:31,010

4   interested in happiness because I wanted

5   427

6   00:17:29,570 --> 00:17:32,960

7   to see what your take was on this whole

8   428

9   00:17:31,010 --> 00:17:34,400

10   thing because honestly it's like I feel

11   429

12   00:17:32,960 --> 00:17:36,410

13   like all the time people are coming on

14   430

15   00:17:34,400 --> 00:17:38,390

16   to my channel and called me a PSYOP or

17   431

18   00:17:36,410 --> 00:17:39,890

19   say I'm working on you know I'm working

20   432

21   00:17:38,390 --> 00:17:42,200

22   with this person I'm working with that

23   433

24   00:17:39,890 --> 00:17:43,850

25   person and I'm just like nah guys really

26   434

27   00:17:42,200 --> 00:17:45,320

28   I don't know what's going on with half

435

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 45

1    00:17:43,850 --> 00:17:46,910

2    of this shit and you know I feel like I

3    436

4    00:17:45,320 --> 00:17:47,840

5    should get back on to George and start

6    437

7    00:17:46,910 --> 00:17:49,460

8    watching him again

9    438

10   00:17:47,840 --> 00:17:51,140

11   but it's just like I feel like I just

12   439

13   00:17:49,460 --> 00:17:53,720

14   don't have many more time in my life to

15   440

16   00:17:51,140 --> 00:17:55,700

17   like dedicate to yeah trying to distort

18   441

19   00:17:53,720 --> 00:17:57,500

20   that and it s where if I do anything

21   442

22   00:17:55,700 --> 00:17:59,480

23   anyway it's like after all the stuff

24   443

25   00:17:57,500 --> 00:18:01,940

26   that I've done you know it's not gonna

27   444

28   00:17:59,480 --> 00:18:03,470

hurt Jason Goodman or any of his people

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 46**

1   445

2   00:18:01,940 --> 00:18:06,169

3   you know like he's are they're already

4   446

5   00:18:03,470 --> 00:18:08,570

6   up way past up in subscribers and you

7   447

8   00:18:06,169 --> 00:18:11,420

9   know people are just gobble in the stuff

10   448

11   00:18:08,570 --> 00:18:13,160

12   I'm watching this guy on you know I'm

13   449

14   00:18:11,420 --> 00:18:17,060

15   watching these guys talk about Bitcoin

16   450

17   00:18:13,160 --> 00:18:18,680

18   in AI like they like they know what the

19   451

20   00:18:17,060 --> 00:18:21,170

21   hell they're talking about and then they

22   452

23   00:18:18,680 --> 00:18:22,460

24   have this entire group of people that

25   453

26   00:18:21,170 --> 00:18:23,900

27   are following them that are just

28   454

00:18:22,460 --> 00:18:26,810

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 47

1   listening to this stuff and it's just

2   455

3   00:18:23,900 --> 00:18:28,700

4   like how can this you know like how is

5   456

6   00:18:26,810 --> 00:18:30,470

7   this even like legal at this point you

8   457

9   00:18:28,700 --> 00:18:32,930

10  know like how could you just decide for

11  458

12  00:18:30,470 --> 00:18:34,120

13  people so hard that it just doesn't make

14  459

15  00:18:32,930 --> 00:18:36,710

16  any sense

17  460

18  00:18:34,120 --> 00:18:38,890

19  there's you could cut a couple of things

20  461

21  00:18:36,710 --> 00:18:41,900

22  going on here there's layered approaches

23  462

24  00:18:38,890 --> 00:18:45,520

25  to how you do a psychological operation

26  463

27  00:18:41,900 --> 00:18:48,830

28  so there's emotional approaches there

464

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 48**

1   00:18:45,520 --> 00:18:50,930

2   biopharma there's that there's lying of

3   465

4   00:18:48,830 --> 00:18:53,510

5   course then there's generating news

6   466

7   00:18:50,930 --> 00:18:56,320

8   articles and all the rest of those so a

9   467

10  00:18:53,510 --> 00:18:59,150

11  lot of intelligence agencies have over

12  468

13  00:18:56,320 --> 00:19:00,170

14  time been interested in how dumb is the

15  469

16  00:18:59,150 --> 00:19:03,080

17  American public

18  470

19  00:19:00,170 --> 00:19:06,140

20  how stupid are they and so they would

21  471

22  00:19:03,080 --> 00:19:07,310

23  run some ops on YouTube where remember I

24  472

25  00:19:06,140 --> 00:19:10,340

26  don't know if you remember it looks like

27  473

28  00:19:07,310 --> 00:19:11,480

he looks that guy looks like this guy

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 49

1   474

2   00:19:10,340 --> 00:19:12,740

3   and even though they didn't look

4   475

5   00:19:11,480 --> 00:19:16,730

6   anything like each other

7   476

8   00:19:12,740 --> 00:19:18,740

9   mm-hmm the crowd you know they would get

10  477

11  00:19:16,730 --> 00:19:21,230

12  some robots out there or some BOTS and

13  478

14  00:19:18,740 --> 00:19:23,420

15  go oh no they are the right guy and then

16  479

17  00:19:21,230 --> 00:19:26,090

18  some of the some of the dissenting

19  480

20  00:19:23,420 --> 00:19:27,890

21  people would cave in and go okay and

22  481

23  00:19:26,090 --> 00:19:29,510

24  that's those came out of the experiments

25  482

26  00:19:27,890 --> 00:19:31,190

27  in Berkeley where they took the 10

28  483

00:19:29,510 --> 00:19:32,810

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 50

1   professors and they made them cops they

2   484

3   00:19:31,190 --> 00:19:34,940

4   took ten students they made in prisoners

5   485

6   00:19:32,810 --> 00:19:35,300

7   and they had a fake jail and blah blah

8   486

9   00:19:34,940 --> 00:19:39,200

10   blah

11   487

12   00:19:35,300 --> 00:19:40,970

13   and they found out that the 20% of the

14   488

15   00:19:39,200 --> 00:19:41,960

16   good guys would go along with the bad

17   489

18   00:19:40,970 --> 00:19:44,150

19   guys anyway

20   490

21   00:19:41,960 --> 00:19:45,770

22   because they wanted to be part of the

23   491

24   00:19:44,150 --> 00:19:47,570

25   group so they're not going to stand up

26   492

27   00:19:45,770 --> 00:19:51,080

28   even though they know they're wrong

493

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 51

1   00:19:47,570 --> 00:19:53,600

2   you're gonna go along the group so this

3   494

4   00:19:51,080 --> 00:19:56,120

5   whole idea of how stupid are Americans

6   495

7   00:19:53,600 --> 00:19:57,920

8   and they do it with the food they do

9   496

10   00:19:56,120 --> 00:20:00,440

11   with the chemicals they do it with the

12   497

13   00:19:57,920 --> 00:20:02,210

14   water they do it with the news that you

15   498

16   00:20:00,440 --> 00:20:04,220

17   live with all this they try to keep

18   499

19   00:20:02,210 --> 00:20:06,920

20   Americans let's say in a dumbed down

21   500

22   00:20:04,220 --> 00:20:09,320

23   state and they have to run ops like

24   501

25   00:20:06,920 --> 00:20:10,910

26   George Webb to see what people will

27   502

28   00:20:09,320 --> 00:20:13,370

accept and then they have to calibrate

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 52**

1    503

2    00:20:10,910 --> 00:20:16,640

3    it they got a calibrated a little bit to

4    504

5    00:20:13,370 --> 00:20:19,190

6    see what's the next dumbest thing that

7    505

8    00:20:16,640 --> 00:20:21,380

9    we could like push from somebody like

10    506

11    00:20:19,190 --> 00:20:23,150

12    George Webb to get started

13    507

14    00:20:21,380 --> 00:20:25,610

15    and maybe he'll come together and he'll

16    508

17    00:20:23,150 --> 00:20:28,309

18    say well you know the Cat in the Hat or

19    509

20    00:20:25,610 --> 00:20:29,570

21    whatever and then enough people will

22    510

23    00:20:28,309 --> 00:20:31,309

24    believe it that they'll start tweeting

25    511

26    00:20:29,570 --> 00:20:33,350

27    about it and then you'll you'll be off

28    512

    00:20:31,309 --> 00:20:36,350

    DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 53

1  to starting another generating another

2  513

3  00:20:33,350 --> 00:20:37,850

4  SIOP that kind of stuff goes on don't

5  514

6  00:20:36,350 --> 00:20:39,919

7  kid yourself that they're not thinking

8  515

9  00:20:37,850 --> 00:20:41,690

10  about stuff like that about how stupid

11  516

12  00:20:39,919 --> 00:20:46,400

13  is the American public and what can we

14  517

15  00:20:41,690 --> 00:20:49,010

16  feed them I believe it I mean couldn't

17  518

18  00:20:46,400 --> 00:20:52,250

19  tell me it looks look at look at Las

20  519

21  00:20:49,010 --> 00:20:54,100

22  Vegas for what for one week a week and a

23  520

24  00:20:52,250 --> 00:20:56,510

25  half it was the biggest story out there

26  521

27  00:20:54,100 --> 00:20:58,850

28  supposedly the biggest mass murder in

522

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 54

1   00:20:56,510 --> 00:21:01,789

2   the nation's history five hundred people

3   523

4   00:20:58,850 --> 00:21:03,200

5   wounded and all that other and all the

6   524

7   00:21:01,789 --> 00:21:06,559

8   sudden people started asking a few

9   525

10   00:21:03,200 --> 00:21:08,690

11   question you know and oops that's it

12   526

13   00:21:06,559 --> 00:21:10,789

14   it's all gone it's Harvey Weinstein now

15   527

16   00:21:08,690 --> 00:21:15,559

17   is this we're gonna put the channel and

18   528

19   00:21:10,789 --> 00:21:17,870

20   it's over and my big question is why why

21   529

22   00:21:15,559 --> 00:21:19,909

23   is the American public so easily able to

24   530

25   00:21:17,870 --> 00:21:23,140

26   be misled on to the next thing and that

27   531

28   00:21:19,909 --> 00:21:25,909

this is the important thing now unless

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 55

532
00:21:23,140 --> 00:21:27,350
there's very careful manipulation going

533
00:21:25,909 --> 00:21:29,000
on where people really have an

534
00:21:27,350 --> 00:21:32,360
understanding of how these things work

535
00:21:29,000 --> 00:21:34,610
and they they work the levers I mean it

536
00:21:32,360 --> 00:21:36,559
doesn't seem that hard and they use the

537
00:21:34,610 --> 00:21:39,590
mainstream media I mean that's one of

538
00:21:36,559 --> 00:21:41,900
the main issues of course but don't

539
00:21:39,590 --> 00:21:43,730
don't forget we have a lot of people in

540
00:21:41,900 --> 00:21:45,350
this society that are heavily medicated

541
00:21:43,730 --> 00:21:47,600

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 56

1   we have a lot of people in the society

2   542

3   00:21:45,350 --> 00:21:49,520

4   crap food we have a lot of people in a

5   543

6   00:21:47,600 --> 00:21:50,960

7   society that are like poison with the

8   544

9   00:21:49,520 --> 00:21:53,330

10   drinking water and all this kind of

11   545

12   00:21:50,960 --> 00:21:53,929

13   stuff so they factor all that kind of

14   546

15   00:21:53,330 --> 00:21:56,510

16   stuff in

17   547

18   00:21:53,929 --> 00:21:59,090

19   I think George Webb is just a spin off

20   548

21   00:21:56,510 --> 00:22:01,309

22   of that kind of an operation you know

23   549

24   00:21:59,090 --> 00:22:05,059

25   that's all and he's got the good western

26   550

27   00:22:01,309 --> 00:22:08,090

28   Midwestern guy sounds good and all this

551

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 57

1  00:22:05,059 --> 00:22:12,100

2  blah blah All American basketball player

3  552

4  00:22:08,090 --> 00:22:12,100

5  until you start listening to his stories

6  553

7  00:22:12,460 --> 00:22:17,390

8  there was a picture be taken in a Czech

9  554

10  00:22:15,020 --> 00:22:19,130

11  Republic castle with a 16 year old but

12  555

13  00:22:17,390 --> 00:22:21,860

14  that it wasn't what it would look like

15  556

16  00:22:19,130 --> 00:22:23,299

17  and stuff like this is like yeah we

18  557

19  00:22:21,860 --> 00:22:26,720

20  really don't know how much about you

21  558

22  00:22:23,299 --> 00:22:28,789

23  George yeah I mean I did a video a while

24  559

25  00:22:26,720 --> 00:22:30,710

26  back on George where I kind of just did

27  560

28  00:22:28,789 --> 00:22:34,010

an expose of a bunch of stuff that some

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 58**

1  561
2  00:22:30,710 --> 00:22:37,070
3  ladies had sent me about him
4  562
5  00:22:34,010 --> 00:22:39,500
6  and it was a pretty weird to just like
7  563
8  00:22:37,070 --> 00:22:41,930
9  you know kind of see him nonchalantly
10 564
11 00:22:39,500 --> 00:22:44,930
12 not disregard any of the information
13 565
14 00:22:41,930 --> 00:22:47,390
15 that was given out about him oh because
16 566
17 00:22:44,930 --> 00:22:49,190
18 I was laughing I was looking for him to
19 567
20 00:22:47,390 --> 00:22:51,650
21 you know at least give me a response in
22 568
23 00:22:49,190 --> 00:22:52,520
24 it you know say hey no you're totally
25 569
26 00:22:51,650 --> 00:22:54,350
27 fuckin wrong
28 570

00:22:52,520 --> 00:22:56,300

1   no no he just just like no I Love You

2   571

3   00:22:54,350 --> 00:22:58,100

4   Man you're doing what exactly what I

5   572

6   00:22:56,300 --> 00:23:00,980

7   want you to do and I'm just kind of like

8   573

9   00:22:58,100 --> 00:23:04,790

10  wait what did you want me to do I don't

11  574

12  00:23:00,980 --> 00:23:07,400

13  remember agreeing to do I don't want to

14  575

15  00:23:04,790 --> 00:23:11,270

16  agree to do anything with you there sir

17  576

18  00:23:07,400 --> 00:23:12,410

19  so it was a very awkward I think I think

20  577

21  00:23:11,270 --> 00:23:15,770

22  what George is coming from

23  578

24  00:23:12,410 --> 00:23:18,740

25  and somebody said is George a paranoid

26  579

27  00:23:15,770 --> 00:23:20,450

28  delusional no actually there was a

580

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 60**

1   00:23:18,740 --> 00:23:22,040

2   lawyer named Nikki and Nikki and I were

3   581

4   00:23:20,450 --> 00:23:23,780

5   getting along pretty well on George's

6   582

7   00:23:22,040 --> 00:23:26,540

8   channel we're making a lot of comments

9   583

10   00:23:23,780 --> 00:23:29,060

11   back and forth and Nikki said now George

12   584

13   00:23:26,540 --> 00:23:30,590

14   is a paranoid narcissist and she said

15   585

16   00:23:29,060 --> 00:23:32,990

17   that a lot of the criminals that she

18   586

19   00:23:30,590 --> 00:23:35,750

20   represented were more like George

21   587

22   00:23:32,990 --> 00:23:38,300

23   paranoid narcissism which I think's more

24   588

25   00:23:35,750 --> 00:23:40,010

26   accurate because that brings up but you

27   589

28   00:23:38,300 --> 00:23:42,200

know I'm well the reason I cut him off a

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 61

1    590
2    00:23:40,010 --> 00:23:44,030
3    couple years ago is the stories that
4    591
5    00:23:42,200 --> 00:23:47,750
6    he's telling our I've heard all these
7    592
8    00:23:44,030 --> 00:23:49,940
9    stories before about you know when when
10   593
11   00:23:47,750 --> 00:23:51,890
12   he the whole like he was singled out to
13   594
14   00:23:49,940 --> 00:23:56,230
15   be chased by the FBI because he was
16   595
17   00:23:51,890 --> 00:23:58,280
18   labeled a wife beater you know and so uh
19   596
20   00:23:56,230 --> 00:24:01,900
21   that sounds like somebody who's trying
22   597
23   00:23:58,280 --> 00:24:05,000
24   to justify being on your wife you know I
25   598
26   00:24:01,900 --> 00:24:06,890
27   well once I got once I beat up my wife
28   599

00:24:05,000 --> 00:24:11,960

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 62

1   the FBI bandit look like I beat her

2   600

3   00:24:06,890 --> 00:24:13,610

4   Robert doesn't make sense it doesn't

5   601

6   00:24:11,960 --> 00:24:15,620

7   sound like that's how it works

8   602

9   00:24:13,610 --> 00:24:17,900

10  I mean I don't know exactly how the FBI

11  603

12  00:24:15,620 --> 00:24:20,360

13  works cuz I've never been an FBI agent

14  604

15  00:24:17,900 --> 00:24:22,970

16  but I'm sure that you know they would

17  605

18  00:24:20,360 --> 00:24:25,490

19  let me know if I did something to

20  606

21  00:24:22,970 --> 00:24:27,260

22  warrant it well it's supposedly I mean

23  607

24  00:24:25,490 --> 00:24:31,910

25  it all sounds good it's a very well

26  608

27  00:24:27,260 --> 00:24:34,490

28  rehearsed very polished presentation

609

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 63

1   00:24:31,910 --> 00:24:35,930

2   there's no question about that but when

3   610

4   00:24:34,490 --> 00:24:38,390

5   George had this problem with his wife

6   611

7   00:24:35,930 --> 00:24:41,330

8   and he's admitted this on his video a

9   612

10  00:24:38,390 --> 00:24:44,480

11  video he said that well he had a revenge

12  613

13  00:24:41,330 --> 00:24:46,220

14  affair okay so that's kind of starting

15  614

16  00:24:44,480 --> 00:24:47,900

17  off on the wrong foot having a revenge

18  615

19  00:24:46,220 --> 00:24:51,470

20  affair with your wife

21  616

22  00:24:47,900 --> 00:24:53,270

23  and then she caught him or something and

24  617

25  00:24:51,470 --> 00:24:56,660

26  when this all happened he told me in

27  618

28  00:24:53,270 --> 00:24:59,630

1995 and glammed and this down on the

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 64**

1    619
2    00:24:56,660 --> 00:25:01,160
3    table and broke the table and she and
4    620
5    00:24:59,630 --> 00:25:02,750
6    the wife freaked out and called the cops
7    621
8    00:25:01,160 --> 00:25:05,540
9    and then he spent three days in jail
10   622
11   00:25:02,750 --> 00:25:08,180
12   well when he tells the story to Jason on
13   623
14   00:25:05,540 --> 00:25:10,820
15   hoax Wars he's saying that he picked her
16   624
17   00:25:08,180 --> 00:25:13,850
18   up and threw her on the bed yeah oh
19   625
20   00:25:10,820 --> 00:25:15,110
21   there's two dirty stories yeah one he
22   626
23   00:25:13,850 --> 00:25:17,090
24   picked her up and threw her on the bed
25   627
26   00:25:15,110 --> 00:25:19,040
27   which sounds like a soft target soft
28   628

00:25:17,090 --> 00:25:21,920
DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 65**

1   landing goods like oh well she wasn't

2   629

3   00:25:19,040 --> 00:25:23,570

4   heard she was thrown on the bed and then

5   630

6   00:25:21,920 --> 00:25:25,370

7   the other one that he told me was that

8   631

9   00:25:23,570 --> 00:25:26,750

10  he hit his he hit the table so hard that

11  632

12  00:25:25,370 --> 00:25:27,500

13  he broke the table in half with his

14  633

15  00:25:26,750 --> 00:25:30,200

16  fists

17  634

18  00:25:27,500 --> 00:25:31,940

19  I don't know what was going on but I

20  635

21  00:25:30,200 --> 00:25:33,800

22  know he spent a couple of days in jail

23  636

24  00:25:31,940 --> 00:25:37,580

25  and then that's when he said that's when

26  637

27  00:25:33,800 --> 00:25:38,929

28  he was targeted to be you know by the

638

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 66**

1   00:25:37,580 --> 00:25:45,440

2   Sheriff's Department everything as a

3   639

4   00:25:38,929 --> 00:25:47,270

5   wife-beater and I'm like okay if that's

6   640

7   00:25:45,440 --> 00:25:49,190

8   really what the FBI does they don't have

9   641

10  00:25:47,270 --> 00:25:51,320

11  anything else to do in life except to

12  642

13  00:25:49,190 --> 00:25:54,220

14  chase people like you around and zero in

15  643

16  00:25:51,320 --> 00:25:54,220

17  on them okay

18  644

19  00:25:58,450 --> 00:26:06,410

20  pretty much pretty much so anyway let's

21  645

22  00:26:04,520 --> 00:26:08,990

23  see people of better they say about

24  646

25  00:26:06,410 --> 00:26:11,630

26  being Dave's and not George's and age

27  647

28  00:26:08,990 --> 00:26:14,809

    and you know I don't know man most of

    DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 67**

1   648
2   00:26:11,630 --> 00:26:17,270
3   the people says nay both that's mr.
4   649
5   00:26:14,809 --> 00:26:19,130
6   Spinks he's always been a detractor rod
7   650
8   00:26:17,270 --> 00:26:21,530
9   shekel sin saying why all the dirt on
10  651
11  00:26:19,130 --> 00:26:23,660
12  George I mean I'm looking at the
13  652
14  00:26:21,530 --> 00:26:24,800
15  comments and stuff but I mean honestly I
16  653
17  00:26:23,660 --> 00:26:26,870
18  don't really care what the hell they're
19  654
20  00:26:24,800 --> 00:26:29,090
21  saying about it cuz yeah you know it
22  655
23  00:26:26,870 --> 00:26:29,780
24  doesn't really affect our lives that's
25  656
26  00:26:29,090 --> 00:26:32,120
27  what I gotta say
28  657

00:26:29,780 --> 00:26:37,670

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 68**

1   right how much is this really affected

2   658

3   00:26:32,120 --> 00:26:39,200

4   man well no I think there was a little

5   659

6   00:26:37,670 --> 00:26:40,790

7   change in your life you know you got

8   660

9   00:26:39,200 --> 00:26:42,980

10  doxxed and all that there was a little

11  661

12  00:26:40,790 --> 00:26:46,250

13  change in my life and I got doxxed and

14  662

15  00:26:42,980 --> 00:26:48,440

16  all that and you I became a better

17  663

18  00:26:46,250 --> 00:26:50,809

19  person I became a better person after

20  664

21  00:26:48,440 --> 00:26:53,480

22  results said and done and I kind of went

23  665

24  00:26:50,809 --> 00:26:56,420

25  a different route in my life and looked

26  666

27  00:26:53,480 --> 00:26:59,330

28  at deeper things and kind of got off the

667

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 69**

1   00:26:56,420 --> 00:27:02,989

2   train so

3   668

4   00:26:59,330 --> 00:27:06,230

5   I feel like I was lucky and I was spared

6   669

7   00:27:02,989 --> 00:27:08,090

8   and that's why I really don't watch

9   670

10   00:27:06,230 --> 00:27:10,129

11   George's videos be honest with you once

12   671

13   00:27:08,090 --> 00:27:11,960

14   in a while I'll check them out if I see

15   672

16   00:27:10,129 --> 00:27:13,639

17   something the headline it's legal that

18   673

19   00:27:11,960 --> 00:27:16,820

20   has legal phrase because I know a lot

21   674

22   00:27:13,639 --> 00:27:18,769

23   about law and litigation if it says what

24   675

25   00:27:16,820 --> 00:27:21,830

26   are we gonna do about a response you

27   676

28   00:27:18,769 --> 00:27:24,980

know some legal saying I'll chime in to

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 70**

677
00:27:21,830 --> 00:27:27,529
give him some pointers but Irish still
678
00:27:24,980 --> 00:27:30,259
watch him and I if he fulfills some
679
00:27:27,529 --> 00:27:33,830
lonely women's lives that he's their
680
00:27:30,259 --> 00:27:35,809
hero and he's gonna save the world and
681
00:27:33,830 --> 00:27:37,779
he's America's number one hero and all
682
00:27:35,809 --> 00:27:40,489
the rest of this kind of stuff great
683
00:27:37,779 --> 00:27:42,259
that's good for you ladies I mean it's
684
00:27:40,489 --> 00:27:46,190
better you watch that than some Hells
685
00:27:42,259 --> 00:27:48,830
Angels brawl I guess you know I'm not
686
00:27:46,190 --> 00:27:50,419

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 71

1  making judgments but that's about as far

2  687

3  00:27:48,830 --> 00:27:53,269

4  as it goes because like you just said

5  688

6  00:27:50,419 --> 00:27:55,399

7  it's not going to affect me and here's

8  689

9  00:27:53,269 --> 00:27:57,019

10  the thing that people don't realize the

11  690

12  00:27:55,399 --> 00:27:58,669

13  system's too big to fail

14  691

15  00:27:57,019 --> 00:28:00,139

16  Hillary Clinton's too big to fail the

17  692

18  00:27:58,669 --> 00:28:01,609

19  Podesta's are too big to fail they can

20  693

21  00:28:00,139 --> 00:28:04,450

22  talk about all these things all they

23  694

24  00:28:01,609 --> 00:28:07,220

25  want but I'm sure they got self-destruct

26  695

27  00:28:04,450 --> 00:28:09,379

28  mechanisms built into this where if

696

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 72

1    00:28:07,220 --> 00:28:11,720

2    somebody says hey we're going to take

3    697

4    00:28:09,379 --> 00:28:15,220

5    down the Clintons there's probably about

6    698

7    00:28:11,720 --> 00:28:18,529

8    15 different logic bombs ready to go off

9    699

10    00:28:15,220 --> 00:28:20,539

11    to collapse the system so these people

12    700

13    00:28:18,529 --> 00:28:21,529

14    are going to go away quietly so I really

15    701

16    00:28:20,539 --> 00:28:24,769

17    don't think anything is ever going to

18    702

19    00:28:21,529 --> 00:28:26,779

20    happen it's nice to have the wheels spin

21    703

22    00:28:24,769 --> 00:28:27,799

23    around and have a feeling that

24    704

25    00:28:26,779 --> 00:28:30,619

26    something's gonna happen with these

27    705

28    00:28:27,799 --> 00:28:32,239

lawsuits but I just think it's people

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 73

1    706

2    00:28:30,619 --> 00:28:33,529

3    are invested in a system they love the

4    707

5    00:28:32,239 --> 00:28:35,210

6    system they don't want the system to

7    708

8    00:28:33,529 --> 00:28:37,609

9    collapse I don't know where 7 trillion

10   709

11   00:28:35,210 --> 00:28:38,629

12   in debt what do you what do you think's

13   710

14   00:28:37,609 --> 00:28:39,859

15   gonna cut what do you think is gonna

16   711

17   00:28:38,629 --> 00:28:42,259

18   happen when you start pulling on the

19   712

20   00:28:39,859 --> 00:28:44,869

21   thread the loose thread of Washington DC

22   713

23   00:28:42,259 --> 00:28:47,210

24   and bring the house of cards down you

25   714

26   00:28:44,869 --> 00:28:48,409

27   know I mean we're all gonna have to live

28   715

00:28:47,210 --> 00:28:51,379

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 74

1  in a new world are we all going to be

2  716

3  00:28:48,409 --> 00:28:54,529

4  able to handle that so I think that's

5  717

6  00:28:51,379 --> 00:28:56,450

7  the long-term thing if I was going to be

8  718

9  00:28:54,529 --> 00:28:56,960

10  giving this any mental time to think

11  719

12  00:28:56,450 --> 00:28:58,940

13  about it

14  720

15  00:28:56,960 --> 00:29:00,889

16  is what would happen when the Machine

17  721

18  00:28:58,940 --> 00:29:04,609

19  collapses what happens when the entire

20  722

21  00:29:00,889 --> 00:29:06,649

22  system finally does go under that I

23  723

24  00:29:04,609 --> 00:29:08,690

25  think the question and I think the

26  724

27  00:29:06,649 --> 00:29:10,789

28  George Webb phenomena is just one little

725

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 75

1   00:29:08,690 --> 00:29:13,040

2   vector on the way to that collapse

3   726

4   00:29:10,789 --> 00:29:15,220

5   personally

6   727

7   00:29:13,040 --> 00:29:18,580

8   agree with you on that shit cuz I mean

9   728

10   00:29:15,220 --> 00:29:24,680

11   where else is that shit going I mean who

12   729

13   00:29:18,580 --> 00:29:25,640

14   even knows I don't know like fucking it

15   730

16   00:29:24,680 --> 00:29:27,760

17   dad

18   731

19   00:29:25,640 --> 00:29:30,380

20   fuck it's for fuck's sake I'm just like

21   732

22   00:29:27,760 --> 00:29:32,720

23   there's so much going on I'm like

24   733

25   00:29:30,380 --> 00:29:34,130

26   working on these stupid puzzles and I

27   734

28   00:29:32,720 --> 00:29:35,720

mean I don't even know if this is the

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 76

1   735
2   00:29:34,130 --> 00:29:37,490
3   right puzzle to be working on there's so
4   736
5   00:29:35,720 --> 00:29:39,290
6   many of them I've just been sitting here
7   737
8   00:29:37,490 --> 00:29:42,050
9   hanging out you know twiddling my thumbs
10  738
11  00:29:39,290 --> 00:29:44,270
12  having a great ass time and I realize
13  739
14  00:29:42,050 --> 00:29:45,950
15  that's good stuff it does good stuff for
16  740
17  00:29:44,270 --> 00:29:48,530
18  your mind it keeps your mind active and
19  741
20  00:29:45,950 --> 00:29:49,880
21  it keeps mental push-ups yeah pretty
22  742
23  00:29:48,530 --> 00:29:54,910
24  much I mean I need to start doing
25  743
26  00:29:49,880 --> 00:29:57,830
27  regular push-ups regular push-ups okay
28  744

00:29:54,910 --> 00:30:02,780
DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 77

1   I'll put in a plug I'm on the potato

2   745

3   00:29:57,830 --> 00:30:05,660

4   diet to tell I got to tell you all you

5   746

6   00:30:02,780 --> 00:30:08,060

7   got to do is go get a vegetable chopper

8   747

9   00:30:05,660 --> 00:30:10,220

10   and a waffle iron and just take a potato

11   748

12   00:30:08,060 --> 00:30:14,270

13   and a minimun and make it into like ash

14   749

15   00:30:10,220 --> 00:30:16,670

16   brown throw in the waffle iron and pee

17   750

18   00:30:14,270 --> 00:30:20,180

19   shouldn't scrape that out looks like a

20   751

21   00:30:16,670 --> 00:30:21,890

22   big potato pancake just eat that don't

23   752

24   00:30:20,180 --> 00:30:25,700

25   eat anything else you're basically

26   753

27   00:30:21,890 --> 00:30:28,550

28   you're basically describing latkes to me

754

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 78**

1   00:30:25,700 --> 00:30:31,580

2   which is not bad I like those I have to

3   755

4   00:30:28,550 --> 00:30:33,620

5   give that a try just just eat those for

6   756

7   00:30:31,580 --> 00:30:36,440

8   a while and then do a lot of detox I've

9   757

10   00:30:33,620 --> 00:30:39,800

11   been doing tons and tons of detox detox

12   758

13   00:30:36,440 --> 00:30:42,140

14   achieves all kinds of different vitamins

15   759

16   00:30:39,800 --> 00:30:44,780

17   and supplements and powders and all this

18   760

19   00:30:42,140 --> 00:30:47,600

20   kind of stuff but I'm just on this

21   761

22   00:30:44,780 --> 00:30:49,610

23   potato diet and I've been on it I think

24   762

25   00:30:47,600 --> 00:30:51,380

26   for about two weeks now and I lost four

27   763

28   00:30:49,610 --> 00:30:52,820

inches I lost four inches off my waist

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 79**

1   764

2   00:30:51,380 --> 00:30:56,390

3   in just weeks

4   765

5   00:30:52,820 --> 00:30:58,640

6   so just eating tater eating just eat

7   766

8   00:30:56,390 --> 00:30:59,630

9   potato once in a while I'll cheat

10   767

11   00:30:58,640 --> 00:31:01,160

12   because I gotta have a little bit of

13   768

14   00:30:59,630 --> 00:31:05,120

15   protein once in a while cheating has

16   769

17   00:31:01,160 --> 00:31:07,160

18   some peanut here and there but other

19   770

20   00:31:05,120 --> 00:31:12,470

21   than that I drank a gallon of water in

22   771

23   00:31:07,160 --> 00:31:14,590

24   the morning with with a monster you know

25   772

26   00:31:12,470 --> 00:31:21,290

27   whipped in there to kind of dilute it

28   773

00:31:14,590 --> 00:31:23,390

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 80**

1  and water and monster yeah yeah one of

2  774

3  00:31:21,290 --> 00:31:26,180

4  those monster drinks and then I'll get

5  775

6  00:31:23,390 --> 00:31:26,960

7  all fired up and I'm working out I hit

8  776

9  00:31:26,180 --> 00:31:29,240

10  the gym like it

11  777

12  00:31:26,960 --> 00:31:33,409

13  aurilla and I'm like you know bouncing

14  778

15  00:31:29,240 --> 00:31:36,919

16  off the walls and then just from then on

17  779

18  00:31:33,409 --> 00:31:39,260

19  it skaters just taters and monsters all

20  780

21  00:31:36,919 --> 00:31:42,080

22  day every day I mean that's pretty all

23  781

24  00:31:39,260 --> 00:31:44,299

25  day buzz I mean all you got to do is you

26  782

27  00:31:42,080 --> 00:31:47,059

28  know add some weed into the mix and now

783

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 81**

1   00:31:44,299 --> 00:31:49,190

2   you're talking well you know what you

3   784

4   00:31:47,059 --> 00:31:51,409

5   can do is you could take like broccoli

6   785

7   00:31:49,190 --> 00:31:53,029

8   like you get a blender - I got a blender

9   786

10   00:31:51,409 --> 00:31:56,450

11   you can take some broccoli and carrots

12   787

13   00:31:53,029 --> 00:31:58,820

14   and throw them and do a mix up and now

15   788

16   00:31:56,450 --> 00:32:05,720

17   you can go - tater pancake with broccoli

18   789

19   00:31:58,820 --> 00:32:10,700

20   and carrots and know if that's gonna

21   790

22   00:32:05,720 --> 00:32:13,159

23   work for me after your trip after your

24   791

25   00:32:10,700 --> 00:32:15,500

26   trip to Portland you are the connoisseur

27   792

28   00:32:13,159 --> 00:32:18,620

I see it I see the high standards you
DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 82**

1  793

2  00:32:15,500 --> 00:32:21,309

3  have I stand as I don't have any high

4  794

5  00:32:18,620 --> 00:32:21,309

6  standards

7  795

8  00:32:22,010 --> 00:32:29,539

9  I wasn't me with the heist and it was

10  796

11  00:32:24,740 --> 00:32:32,450

12  not me with the high standards sir so I

13  797

14  00:32:29,539 --> 00:32:35,330

15  got hungry watching you guys in Ireland

16  798

17  00:32:32,450 --> 00:32:36,980

18  you know all those little snacky places

19  799

20  00:32:35,330 --> 00:32:37,490

21  they really had some nice stuff going on

22  800

23  00:32:36,980 --> 00:32:40,070

24  out there

25  801

26  00:32:37,490 --> 00:32:41,659

27  but anyway oh yeah I mean I really liked

28  802

00:32:40,070 --> 00:32:42,860

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 83**

1  it Portland was great I really liked

2  803

3  00:32:41,659 --> 00:32:45,260

4  what do you call it

5  804

6  00:32:42,860 --> 00:32:48,590

7  Eugene - I mean it was kind of a college

8  805

9  00:32:45,260 --> 00:32:51,159

10  town and reminded me of you know where I

11  806

12  00:32:48,590 --> 00:32:53,870

13  spent most of my time in Tempe Arizona

14  807

15  00:32:51,159 --> 00:32:57,049

16  you know I liked a lot about college

17  808

18  00:32:53,870 --> 00:32:59,390

19  towns it was a nice place it wasn't too

20  809

21  00:32:57,049 --> 00:33:01,159

22  pleased that you went to the you went to

23  810

24  00:32:59,390 --> 00:33:05,919

25  the Eclipse right yeah which of the

26  811

27  00:33:01,159 --> 00:33:05,919

28  Oregon Eclipse I saw that was pretty

812

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 84**

1   00:33:07,330 --> 00:33:12,350

2   spirit I think I was so busy giving

3   813

4   00:33:10,010 --> 00:33:14,299

5   other people spiritual insight like and

6   814

7   00:33:12,350 --> 00:33:15,679

8   I started going to those festivals I

9   815

10   00:33:14,299 --> 00:33:18,260

11   mean people tell me some really crazy

12   816

13   00:33:15,679 --> 00:33:20,630

14   things all the time like and people were

15   817

16   00:33:18,260 --> 00:33:22,279

17   very open with me so usually when I'm at

18   818

19   00:33:20,630 --> 00:33:24,110

20   the festival I'm just dressed up in my

21   819

22   00:33:22,279 --> 00:33:26,059

23   lion costume or wearing something funny

24   820

25   00:33:24,110 --> 00:33:28,190

26   and then I just kind of explore and talk

27   821

28   00:33:26,059 --> 00:33:30,289

with people and usually people ask me

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 85**

822
00:33:28,190 --> 00:33:31,100
some pretty deep questions I mean when I

823
00:33:30,289 --> 00:33:33,260
was watching uh

824
00:33:31,100 --> 00:33:34,520
the Eclipse like I was just crying you

825
00:33:33,260 --> 00:33:35,870
know I was like oh finally you know

826
00:33:34,520 --> 00:33:36,500
because I had been planning to be there

827
00:33:35,870 --> 00:33:38,870
for so long

828
00:33:36,500 --> 00:33:41,149
and it was you know kind of like make

829
00:33:38,870 --> 00:33:42,859
sure of you know being able to finally

830
00:33:41,149 --> 00:33:44,509
make the moment make it happen because

831
00:33:42,859 --> 00:33:46,609
DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 86**

1    it was you know it was a it was a

2    832

3    00:33:44,509 --> 00:33:48,409

4    difficult journey and you know it ended

5    833

6    00:33:46,609 --> 00:33:50,029

7    up being a very blessed but at the same

8    834

9    00:33:48,409 --> 00:33:52,969

10   time you know like I learned a lot about

11   835

12   00:33:50,029 --> 00:33:54,649

13   not just myself but like other people

14   836

15   00:33:52,969 --> 00:33:57,289

16   and you know it gave me some clarity on

17   837

18   00:33:54,649 --> 00:33:58,700

19   where I wanted to go in the future and I

20   838

21   00:33:57,289 --> 00:34:00,349

22   believe that you know like that's what

23   839

24   00:33:58,700 --> 00:34:01,729

25   some people are really just looking for

26   840

27   00:34:00,349 --> 00:34:04,489

28   at the end of the day is just some

841

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 87**

1   00:34:01,729 --> 00:34:07,999

2   clarity really and that's what I thought

3   842

4   00:34:04,489 --> 00:34:09,919

5   I got a lot of clarity it's a trip it

6   843

7   00:34:07,999 --> 00:34:11,839

8   was good that you shared the trip with

9   844

10   00:34:09,919 --> 00:34:13,279

11   everyone I mean that was kind of nice

12   845

13   00:34:11,839 --> 00:34:15,319

14   with you to do that and I know there

15   846

16   00:34:13,279 --> 00:34:16,970

17   were a couple of spots that faded out on

18   847

19   00:34:15,319 --> 00:34:18,679

20   the live stream around Oregon but I try

21   848

22   00:34:16,970 --> 00:34:20,839

23   to watch as much as I could but it was

24   849

25   00:34:18,679 --> 00:34:23,690

26   it was the next best thing if you had to

27   850

28   00:34:20,839 --> 00:34:25,129

work and couldn't go the fango is

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 88**

851
00:34:23,690 --> 00:34:26,389
covering it for you and you kind of have

852
00:34:25,129 --> 00:34:28,429
an emotional investment in you and

853
00:34:26,389 --> 00:34:31,220
everybody in the car they're kind of

854
00:34:28,429 --> 00:34:32,750
like like in the morning two of you

855
00:34:31,220 --> 00:34:34,220
being the car you like where's the third

856
00:34:32,750 --> 00:34:36,740
person at are they still waiting for

857
00:34:34,220 --> 00:34:38,359
mourners yet they're friggin sleeping in

858
00:34:36,740 --> 00:34:39,710
the back of the car you're just like I

859
00:34:38,359 --> 00:34:43,190
don't know where they went but they're

860
00:34:39,710 --> 00:34:45,589

1   here around here somewhere so anyway I

2   861

3   00:34:43,190 --> 00:34:47,450

4   did i Intel dollars in there so I just

5   862

6   00:34:45,589 --> 00:34:49,309

7   wanted to say I reckon I'm not really

8   863

9   00:34:47,450 --> 00:34:50,659

10   paying attention to comments but I just

11   864

12   00:34:49,309 --> 00:34:53,990

13   wanted to get a shout out then tell

14   865

15   00:34:50,659 --> 00:34:56,270

16   valor but you know Intel valor went

17   866

18   00:34:53,990 --> 00:34:58,250

19   through that whole and you know speaking

20   867

21   00:34:56,270 --> 00:35:01,010

22   I'm just thrown a quickie on this one

23   868

24   00:34:58,250 --> 00:35:03,470

25   you know Linda West she got married in

26   869

27   00:35:01,010 --> 00:35:07,520

28   Houston two days before the hurricane

870

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 90**

1   00:35:03,470 --> 00:35:09,529

2   yeah oh geez and so she's out there and

3   871

4   00:35:07,520 --> 00:35:12,799

5   her little dream world don't know you

6   872

7   00:35:09,529 --> 00:35:14,930

8   know oh great she's like drinking

9   873

10   00:35:12,799 --> 00:35:18,799

11   sprinkling fairy dust on everything and

12   874

13   00:35:14,930 --> 00:35:20,720

14   flowers in her hair two days later and I

15   875

16   00:35:18,799 --> 00:35:22,010

17   started sending her texts like hey you

18   876

19   00:35:20,720 --> 00:35:24,619

20   got to get out of there and she was like

21   877

22   00:35:22,010 --> 00:35:27,440

23   I don't want to ruin my wedding so

24   878

25   00:35:24,619 --> 00:35:29,690

26   within two or three days her house the

27   879

28   00:35:27,440 --> 00:35:31,400

house was up the water was up to five

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 91

1    880
2    00:35:29,690 --> 00:35:33,200
3    feet or whatever and the sheriff's had
4    881
5    00:35:31,400 --> 00:35:37,130
6    to take her and her new husband out by a
7    882
8    00:35:33,200 --> 00:35:39,829
9    boat but she's you know it's that I
10   883
11   00:35:37,130 --> 00:35:41,720
12   think I think the the Florida hurricane
13   884
14   00:35:39,829 --> 00:35:44,539
15   I mean Houston hurricane and not to
16   885
17   00:35:41,720 --> 00:35:47,630
18   mention Puerto Rico you know that's put
19   886
20   00:35:44,539 --> 00:35:49,970
21   a lot of people on their back that's why
22   887
23   00:35:47,630 --> 00:35:51,619
24   a lot of people aren't really following
25   888
26   00:35:49,970 --> 00:35:54,049
27   the truth or movement quote-unquote
28   889
     00:35:51,619 --> 00:35:55,010

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 92

1    anymore is they got bigger problems you

2    890

3    00:35:54,049 --> 00:35:56,630

4    know

5    891

6    00:35:55,010 --> 00:35:58,040

7    yeah they gotta like worry about their

8    892

9    00:35:56,630 --> 00:36:00,820

10    house and you know getting their kids

11    893

12    00:35:58,040 --> 00:36:04,220

13    fed and all this like important shit

14    894

15    00:36:00,820 --> 00:36:06,860

16    well I know even in even in Houston just

17    895

18    00:36:04,220 --> 00:36:08,990

19    driving around because of water that

20    896

21    00:36:06,860 --> 00:36:12,680

22    soup when the water comes in that that

23    897

24    00:36:08,990 --> 00:36:14,180

25    water is filled with toxic chemicals and

26    898

27    00:36:12,680 --> 00:36:16,430

28    everything gets picked up along the way

899

1   00:36:14,180 --> 00:36:18,500

2   from gas stations and petroleum plants

3   900

4   00:36:16,430 --> 00:36:21,110

5   and then it all evaporates

6   901

7   00:36:18,500 --> 00:36:23,240

8   well that dust that's left when people

9   902

10   00:36:21,110 --> 00:36:24,950

11   drive around there's all this dust that

12   903

13   00:36:23,240 --> 00:36:27,200

14   floats around in the air and everybody's

15   904

16   00:36:24,950 --> 00:36:28,940

17   got respiratory problems so she

18   905

19   00:36:27,200 --> 00:36:31,730

20   everybody's gotta wear the mask

21   906

22   00:36:28,940 --> 00:36:34,700

23   you know those n95 masks and the whole

24   907

25   00:36:31,730 --> 00:36:36,290

26   town is wearing that because the

27   908

28   00:36:34,700 --> 00:36:39,680

respiration is so terrible that

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 94**

1  909
2  00:36:36,290 --> 00:36:42,650
3  everybody's getting into Zima and I mean
4  910
5  00:36:39,680 --> 00:36:45,410
6  it's it's like a soft kill or slow kill
7  911
8  00:36:42,650 --> 00:36:47,420
9  these people are like they're stuck at
10  912
11  00:36:45,410 --> 00:36:49,310
12  their house you know nobody wants to buy
13  913
14  00:36:47,420 --> 00:36:51,590
15  their house now they got a remodel I try
16  914
17  00:36:49,310 --> 00:36:53,990
18  to live in it if they do live in it with
19  915
20  00:36:51,590 --> 00:36:56,150
21  all the moldy spores and all the
22  916
23  00:36:53,990 --> 00:36:58,160
24  respiration stuff now that's that's a
25  917
26  00:36:56,150 --> 00:37:00,020
27  major American city that's like hey I
28  918

00:36:58,160 --> 00:37:03,620

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 95

1  don't have time to hear about anything

2  919

3  00:37:00,020 --> 00:37:05,570

4  okay I got a deal with emphysema and I

5  920

6  00:37:03,620 --> 00:37:08,570

7  don't know what Intel dollar has to say

8  921

9  00:37:05,570 --> 00:37:11,360

10  about Florida the floor is not much

11  922

12  00:37:08,570 --> 00:37:14,870

13  better I mean Florida took a major major

14  923

15  00:37:11,360 --> 00:37:16,700

16  head so I mean you know the country's

17  924

18  00:37:14,870 --> 00:37:20,360

19  kind of been knocked on its ass for a

20  925

21  00:37:16,700 --> 00:37:22,250

22  while mm-hmm definitely it's been kind

23  926

24  00:37:20,360 --> 00:37:24,770

25  of just sitting and not very much has

26  927

27  00:37:22,250 --> 00:37:26,690

28  been happening in any respect to really

928

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 96**

1   00:37:24,770 --> 00:37:28,070

2   anyone I feel like I just think that

3   929

4   00:37:26,690 --> 00:37:30,530

5   everybody's just been waiting for

6   930

7   00:37:28,070 --> 00:37:31,880

8   something to happen and then that what's

9   931

10   00:37:30,530 --> 00:37:33,830

11   about what gets me into the whole Q

12   932

13   00:37:31,880 --> 00:37:34,220

14   thing you know this guy comes out out of

15   933

16   00:37:33,830 --> 00:37:37,010

17   nowhere

18   934

19   00:37:34,220 --> 00:37:39,110

20   putting some interesting Intel and you

21   935

22   00:37:37,010 --> 00:37:41,000

23   know what are we supposed to do with all

24   936

25   00:37:39,110 --> 00:37:43,250

26   this shit is it just like another SIOP

27   937

28   00:37:41,000 --> 00:37:45,650

to get people distracted from something

1    938

2    00:37:43,250 --> 00:37:47,060

3    else that's going on or I mean are we

4    939

5    00:37:45,650 --> 00:37:49,820

6    actually getting good information here

7    940

8    00:37:47,060 --> 00:37:52,550

9    and it's still kind of like yeah the

10   941

11   00:37:49,820 --> 00:37:55,520

12   cute people tried to get me in on the Q

13   942

14   00:37:52,550 --> 00:37:56,930

15   thing and Q Clarence what in nuclear

16   943

17   00:37:55,520 --> 00:37:59,090

18   plants I knew that I had a huge

19   944

20   00:37:56,930 --> 00:38:02,270

21   clearance of nuclear plants and nuclear

22   945

23   00:37:59,090 --> 00:38:04,100

24   stuff I've never maybe Intel valor sort

25   946

26   00:38:02,270 --> 00:38:08,030

27   of cute clearances in the military but I

28   947

00:38:04,100 --> 00:38:08,660

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 98**

1    know I never did but you know it's all

2    948

3    00:38:08,030 --> 00:38:11,270

4    crypt

5    949

6    00:38:08,660 --> 00:38:14,060

7    anyway and there's all these videos

8    950

9    00:38:11,270 --> 00:38:16,840

10   about people analyzing a lie well he

11   951

12   00:38:14,060 --> 00:38:20,150

13   couldn't mean this he might mean that

14   952

15   00:38:16,840 --> 00:38:22,040

16   this could be in I was like hey if you

17   953

18   00:38:20,150 --> 00:38:24,800

19   got something to say say it you know why

20   954

21   00:38:22,040 --> 00:38:27,350

22   do you have to use these little games to

23   955

24   00:38:24,800 --> 00:38:30,620

25   make everybody guess so that's the only

26   956

27   00:38:27,350 --> 00:38:33,140

28   thing about cue if he's being labeled as

957

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I - 99**

1   00:38:30,620 --> 00:38:38,600

2   the next big superhero of all time that

3   958

4   00:38:33,140 --> 00:38:43,700

5   he's so brave okay I don't know what

6   959

7   00:38:38,600 --> 00:38:49,190

8   you're saying it's - uh you know it's

9   960

10  00:38:43,700 --> 00:38:54,410

11  choppy it's like well you know USA may

12  961

13  00:38:49,190 --> 00:38:57,470

14  watch bird you know okay whatever you're

15  962

16  00:38:54,410 --> 00:38:59,330

17  like hey you know I go I'm so kind of

18  963

19  00:38:57,470 --> 00:39:00,580

20  like trying to figure it out myself bro

21  964

22  00:38:59,330 --> 00:39:03,650

23  but yeah man

24  965

25  00:39:00,580 --> 00:39:06,050

26  awesome alright well I was nice to I

27  966

28  00:39:03,650 --> 00:39:07,580

hope you had a good Thanksgiving yes I

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 100

1    967

2    00:39:06,050 --> 00:39:10,100

3    did hope you had the same look at the

4    968

5    00:39:07,580 --> 00:39:16,550

6    hope you had the same you know but it

7    969

8    00:39:10,100 --> 00:39:19,670

9    wasn't too easy and like George you know

10   970

11   00:39:16,550 --> 00:39:21,500

12   I just I'm glad he and all his fans they

13   971

14   00:39:19,670 --> 00:39:23,390

15   can babysit him and I don't have to now

16   972

17   00:39:21,500 --> 00:39:24,980

18   he's got a pearl judge that can babysit

19   973

20   00:39:23,390 --> 00:39:26,960

21   him so I don't have to worry about it

22   974

23   00:39:24,980 --> 00:39:28,760

24   but thanks for having me on your show

25   975

26   00:39:26,960 --> 00:39:29,900

27   it's been nice to kind of kick back old

28   976

00:39:28,760 --> 00:39:32,510

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 101

1    times

2    977

3    00:39:29,900 --> 00:39:34,190

4    keep the fades you know I still take a

5    978

6    00:39:32,510 --> 00:39:35,510

7    bullet for you even though you didn't

8    979

9    00:39:34,190 --> 00:39:37,940

10   know where that comment came from I

11   980

12   00:39:35,510 --> 00:39:40,070

13   think you got really sweet heart a sweet

14   981

15   00:39:37,940 --> 00:39:41,480

16   spirit so Linda has always said that

17   982

18   00:39:40,070 --> 00:39:43,970

19   about the two whenever Linda and I

20   983

21   00:39:41,480 --> 00:39:46,760

22   talked she's like you know I really like

23   984

24   00:39:43,970 --> 00:39:49,250

25   that to fango he's he's got such a good

26   985

27   00:39:46,760 --> 00:39:52,760

28   heart you know he's so open and honest

     986

     DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 102

1   00:39:49,250 --> 00:39:54,320

2   so a lot of people at that level you

3   987

4   00:39:52,760 --> 00:39:56,390

5   know maybe at the spiritual level kind

6   988

7   00:39:54,320 --> 00:39:58,670

8   of have a real solid appreciation for

9   989

10  00:39:56,390 --> 00:40:00,620

11  you so thanks for your show thanks treat

12  990

13  00:39:58,670 --> 00:40:02,060

14  channel and thanks for having me on

15  991

16  00:40:00,620 --> 00:40:04,010

17  all right brother well thanks for

18  992

19  00:40:02,060 --> 00:40:05,360

20  calling in and I'll definitely look

21  993

22  00:40:04,010 --> 00:40:08,360

23  forward to talking to you again pretty

24  994

25  00:40:05,360 --> 00:40:10,630

26  soon man all right buddy have a good one

27  995

28  00:40:08,360 --> 00:40:10,630

peace

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT I** - 103