**EXHIBIT J**







### Crowdsource The Truth Live Reseach on Mossadywood

defango (64) ▼ in news • last year

Jason Goodman is on the payroll of a man named Arnan Milchan. Arnan has Jason doing work partly out of blackmail. Jason was at parties with a producer named Brian Singer and there were underaged boys and girls. Jason was being paid $2.788 a week and its now up to $3500 a week. Laura Loomer is making $7000 a week from Milchan. Black Cube feed them info.

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT J** - 1