# EXHIBIT K

From: **BRAIN TRUST (via Twitter)** notify@twitter.com
Subject: BRAIN TRUST (@OFA_ASU) has sent you a Direct Message on Twitter!
Date: February 21, 2018 at 4:20 PM
To: CrowdsourcetheTruth truth@crowdsourcethetruth.org







## BRAIN TRUST sent you a Direct Message.

4803329117



Settings | Help | Opt-out | Download app
Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT K**- 1