# EXHIBIT L
## CHAVEZ INSTRUCTIONS FOR MONEY LAUNDERING VIA STEEMIT


**dofango** 07/25/2018
@x4wapid @Daymond @Suzie You can get that steemit account setup to post daily. I used to 3 to 4 posts a day scheduled to the blockchain. When I had delagation it was mad easy to clear $100 SDB a day while still dishing out upvotes. Steemit is not to hard to get a handle on. I hosted a few live training meetings for people to understand the how to use it effective.

There are a few things I can recommend to make it easy to schedule and manage posts.
If you have a coinbase/exchange it's rather simple to use blocktrades.us to convert to LITECOIN or ETH to ensure the best arbitration between currencies. Don't use BTC for pulling SDB or STEEM out. There is no way to make a "automate" sells, but you really don't lose out trading doing daily cash out $5 SBD or more. LTC is the best for quicking moving into Fiat. (edited)


**dofango** 07/25/2018
I can do multi Sig wallets with multiple users without actually having myself in the system if the need arises. If you really wanna get crazy there is a hardware component for each signer.
Also @Samael no more coins LOL. If you really want a coin for it I'm pretty sure the OhmCoin Team would be happy to make UNITY4J the first candidate for the Crowd funding system we just added. It's based on Act's of kindness and uses a Green POS system. We allow for "KARMANODES" that can vote for projects to fund with the coin.
https://www.ohmcoin.org/index.php?topic=.0k (edited)
There are 1 million Ohm set aside for Acts of kindness. Funny how pretty much every person working on this Unity4j project technically could sign up for and mine ohm off their actions during this movement.
100,000. Basically, I make money out of thin air and it just dawned on this might be a good way to use it. Think like how Dogecoin used to Crowdfund things but built into how the coin is mined

♥ 1

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT L** - 1