# EXHIBIT M

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211
Spoliation-notice@mailbox.org

DECEMBER 21, 2018

JASON GOODMAN, CEO
Multimedia Systems Designs, Inc.
252 7th Avenue, APT #6S
New York, NY 10001

GEORGE WEBB SWEIGERT
c/o Country Inn
8850 Hampton Mall Drive N.
Capitol Heights, MD 20743

SUBJ:   NOTICE OF INTENT TO SUE

Ref:    (a) 18 U.S.C. § 1038

Gentlemen:

1. As you are well aware, your actions caused the closure of the Port of Charleston, South Carolina on June 14th, 2017. As noted previously, Mr. Goodman has been recorded "texting" Dr. Jerome Corsi during the video broadcast of "CLEAR AND PRESENT DANGER" on the "Jason Goodman" channel.

2. The financial losses to the MAERSK SHIPPING line (to include reputational damage) have been estimated at $4,100K. This is an amount that both of you are liable for.

3. Under the private right of action provisions of ref: (a) a federal lawsuit shall be commenced against both of you in the U.S. District Court for the District of Maryland. You both may want to seek legal counsel to aid and assist you in your defense.

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT M- 1**

4. There remain unanswered questions about the willful mis-direction of U.S. Department of Homeland Security investigative personnel by you both, so courtesy copies of this letter and a copy of the technical report "Port of Charleston, Dirty Bomb Hoax and Social Media Liability" are provided to the below addressees.

5. You may want to review the Terms of Use of PATREON which transfers the liability of legal expenses to the PATREON content providers (Goodman/Sweigert). As George Webb Sweigert is facing Rule 11 sanctions in a federal lawsuit openly supported by Mr. Goodman, you may wish to act accordingly.

Kind regards,

D. George Sweigert

Copies provided:

Financial Crimes and Fraud Division
New York Police Department
Manhattan District
13th Detective Squad
230 East 21st Street
New York, N.Y. 10010

Jack Conte (co-defendant)
PATREON, INC.
Suite 500
600 Townsend Street
San Francisco, CA 94103

Intelligence Intake
Financial Crimes Division
New York State Police
630 Columbia Street Extension
Latham, N.Y. 12110

Sector Commander,
Capt. Jason Tama, USCG
USCG Sector New York
212 Coast Guard Drive
Staten Island, N.Y. 10305

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT M-** 2