# EXHIBIT N

2949216011620 8

## Form 990-EZ — Short Form Return of Organization Exempt From Income Tax

OMB No. 1545-1150

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

**2017** — Open to Public Inspection

Department of the Treasury
Internal Revenue Service

▶ Do not enter social security numbers on this form as it may be made public.
▶ Go to www.irs.gov/Form990EZ for instructions and the latest information.

**A** For the 2017 calendar year, or tax year beginning 1 January, 2017, and ending 31 December, 20 17

**B** Check if applicable:
- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return/terminated
- [ ] Amended return
- [ ] Application pending

**C** Name of organization: Earth Intelligence Network
Number and street (or P.O. box, if mail is not delivered to street address): 11005 Langton Arms Ct
Room/suite:
City or town, state or province, country, and ZIP or foreign postal code: Oakton, VA USA 22124

**D** Employer identification number: 20-8286516
**E** Telephone number: +1 (571) 320-8573
**F** Group Exemption Number ▶

**G** Accounting Method: [✓] Cash [ ] Accrual  Other (specify) ▶
**H** Check ▶ [ ] if the organization is not required to attach Schedule B (Form 990, 990-EZ, or 990-PF).

**I** Website: ▶ http://earth-intelligence.net, http://unrig.net, http://phibetaiota.net

**J** Tax-exempt status (check only one) — [✓] 501(c)(3) [ ] 501(c) ( ) ◀ (insert no.) [ ] 4947(a)(1) or [ ] 527

**K** Form of organization: [ ] Corporation [ ] Trust [ ] Association [✓] Other Unincorporated Association

**L** Add lines 5b, 6c, and 7b to line 9 to determine gross receipts. If gross receipts are $200,000 or more, or if total assets (Part II, column (B) below) are $500,000 or more, file Form 990 instead of Form 990-EZ . . . . . . ▶ $ 191,260

### Part I — Revenue, Expenses, and Changes in Net Assets or Fund Balances (see the instructions for Part I)

Check if the organization used Schedule O to respond to any question in this Part I . . . . . . . . . [✓]

| Line | Description | Amount |
|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received | 175,425 |
| 2 | Program service revenue including government fees and contracts | 9,000 |
| 3 | Membership dues and assessments | 0 |
| 4 | Investment income | 0 |
| 5a | Gross amount from sale of assets other than inventory | |
| 5b | Less: cost or other basis and sales expenses | |
| 5c | Gain or (loss) from sale of assets other than inventory (Subtract line 5b from line 5a) | |
| 6a | Gross income from gaming (attach Schedule G if greater than $15,000) | 0 |
| 6b | Gross income from fundraising events (not including $ 0 of contributions from fundraising events reported on line 1) (attach Schedule G if the sum of such gross income and contributions exceeds $15,000) | |
| 6c | Less: direct expenses from gaming and fundraising events | 0 |
| 6d | Net income or (loss) from gaming and fundraising events (add lines 6a and 6b and subtract line 6c) | 0 |
| 7a | Gross sales of inventory, less returns and allowances | |
| 7b | Less: cost of goods sold | |
| 7c | Gross profit or (loss) from sales of inventory (Subtract line 7b from line 7a) | 0 |
| 8 | Other revenue (describe in Schedule O) | 6,835 |
| 9 | **Total revenue.** Add lines 1, 2, 3, 4, 5c, 6d, 7c, and 8 ▶ | 191,260 |
| 10 | Grants and similar amounts paid (list in Schedule O) | 6,152 |
| 11 | Benefits paid to or for members | 0 |
| 12 | Salaries, other compensation, and employee benefits | 50,813 |
| 13 | Professional fees and other payments to independent contractors | 26,973 |
| 14 | Occupancy, rent, utilities, and maintenance | 0 |
| 15 | Printing, publications, postage, and shipping | 4,366 |
| 16 | Other expenses (describe in Schedule O) | 97,998 |
| 17 | **Total expenses.** Add lines 10 through 16 ▶ | 186,302 |
| 18 | Excess or (deficit) for the year (Subtract line 17 from line 9) | 4,958 |
| 19 | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) | 659 |
| 20 | Other changes in net assets or fund balances (explain in Schedule O) | 0 |
| 21 | Net assets or fund balances at end of year. Combine lines 18 through 20 ▶ | 5,617 |

Stamps: RECEIVED MAY 11 2018 OGDEN, UT; SCANNED JUN 29 2018 Revenue; MAY 14 2018 RECEIVED ENTITY DEPT; RECEIVED APR 12 2018 OGDEN, UT IRS-OSC

For Paperwork Reduction Act Notice, see the separate instructions.   Cat. No. 10642I   Form **990-EZ** (2017)

9-11   20

Form 990-EZ (2017)                                                                        Page 2

**Part II   Balance Sheets** (see the instructions for Part II)
Check if the organization used Schedule O to respond to any question in this Part II . . . . . . . . . ☐

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| 22 | Cash, savings, and investments . . . . . . . . . . . . . . . . . . . . | 0 | 22 | |
| 23 | Land and buildings . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 23 | 0 |
| 24 | Other assets (describe in Schedule O) . . . . . . . . . . . . . . . | 0 | 24 | 0 |
| 25 | Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0 | 25 | |
| 26 | Total liabilities (describe in Schedule O) . . . . . . . . . . . . . . | 0 | 26 | 0 |
| 27 | Net assets or fund balances (line 27 of column (B) must agree with line 21) . . | 659 | 27 | 5,617 |

**Part III   Statement of Program Service Accomplishments** (see the instructions for Part III)
Check if the organization used Schedule O to respond to any question in this Part III . . ☑

What is the organization's primary exempt purpose?   Education in support of informed civic decision-making

Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

Expenses (Required for section 501(c)(3) and 501(c)(4) organizations; optional for others.)

28  After the President stated that "the system is rigged," created an educational civics campaign, #UNRIG, to educate citizens on twelve election reform possibilities that would restore integrity to Congress. Reached over five million people via YouTube, Facebook, Twitter, and direct contact on a 9,000 mile national tour.
(Grants $        4,902) If this amount includes foreign grants, check here . . . . ▶ ☐   **28a   117,159**

29  Continued the previously established program to educate citizens on the value and need for Open Source Intelligence (OSINT) as a foundation for ethical transparent decision-making by all forms of organization. With multiple publications, ultimately recommended for the Nobel Peace Prize in 2017.
(Grants $        400) If this amount includes foreign grants, check here . . . . ▶ ☐   **29a   59,143**

30  Created new civics education program focused on elite pedophilia, inclusive of sponsorship of a new free online book, Pedophelia & Empire: Satan, Sodomy, & The Deep State by Joachim Hagopian, viewable at http://tinyurl.com/pedoempire. Accepted role as unpaid Commissioner in new Commission of Inquiry.
(Grants $        851) If this amount includes foreign grants, check here . . . . ▶ ☑   **30a   10,000**

31  Other program services (describe in Schedule O) . . . . . . . . . . . . . . . . . . . .
(Grants $        0) If this amount includes foreign grants, check here . . . . ▶ ☐   **31a   0**

32  Total program service expenses (add lines 28a through 31a) . . . . . . . . . . . . . ▶   **32   186,302**

**Part IV   List of Officers, Directors, Trustees, and Key Employees** (list each one even if not compensated—see the instructions for Part IV)
Check if the organization used Schedule O to respond to any question in this Part IV . . . . . . . . ☑

| (a) Name and title | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) (If not paid, enter -0-) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| Robert David Steele, President | 80 | 50,813 | 0 | 0 |

Form **990-EZ** (2017)

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT N-2**

Form 990-EZ (2017) — Page 2

### Part II — Balance Sheets (see the instructions for Part II)

Check if the organization used Schedule O to respond to any question in this Part II . . . ☐

| | (A) Beginning of year | (B) End of year |
|---|---|---|
| 22 Cash, savings, and investments | 0 | 5,617 |
| 23 Land and buildings | 0 | 0 |
| 24 Other assets (describe in Schedule O) | 0 | 0 |
| 25 Total assets | 0 | 5,617 |
| 26 Total liabilities (describe in Schedule O) | 0 | 0 |
| 27 Net assets or fund balances (line 27 of column (B) must agree with line 21) | 659 | 5,617 |

### Part III — Statement of Program Service Accomplishments (see the instructions for Part III)

Check if the organization used Schedule O to respond to any question in this Part III . . ☑

What is the organization's primary exempt purpose?  Education in support of informed civic decision-making

Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

**Expenses** (Required for section 501(c)(3) and 501(c)(4) organizations; optional for others.)

28  After the President stated that "the system is rigged," created an educational civics campaign, #UNRIG, to educate citizens on twelve election reform possibilities that would restore integrity to Congress. Reached over five million people via YouTube, Facebook, Twitter, and direct contact on a 9,000 mile national tour.
(Grants $ 4,902) If this amount includes foreign grants, check here ▶ ☐   **28a  117,159**

29  Continued the previously established program to educate citizens on the value and need for Open Source Intelligence (OSINT) as a foundation for ethical transparent decision-making by all forms of organization. With multiple publications, ultimately recommended for the Nobel Peace Prize in 2017.
(Grants $ 400) If this amount includes foreign grants, check here ▶ ☐   **29a  59,143**

30  Created new civics education program focused on elite pedophilia, inclusive of sponsorship of a new free online book, Pedophelia & Empire: Satan, Sodomy, & The Deep State by Joachim Hagopian, viewable at http://tinyurl.com/pedoempire. Accepted role as unpaid Commissioner in new Commission of Inquiry.
(Grants $ 851) If this amount includes foreign grants, check here ▶ ☑   **30a  10,000**

31  Other program services (describe in Schedule O)
(Grants $ 0) If this amount includes foreign grants, check here ▶ ☐   **31a  0**

32  Total program service expenses (add lines 28a through 31a) ▶   **32  186,302**

### Part IV — List of Officers, Directors, Trustees, and Key Employees (list each one even if not compensated—see the instructions for Part IV)

Check if the organization used Schedule O to respond to any question in this Part IV . . . ☑

| (a) Name and title | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) (If not paid, enter -0-) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| Robert David Steele, President | 80 | 50,813 | 0 | 0 |

Form **990-EZ** (2017)

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT N- 3**

Form 990-EZ (2017) Page **3**

## Part V — Other Information (Note the Schedule A and personal benefit contract statement requirements in the instructions for Part V.) Check if the organization used Schedule O to respond to any question in this Part V . ☐

| | | Yes | No |
|---|---|---|---|
| 33 | Did the organization engage in any significant activity not previously reported to the IRS? If "Yes," provide a detailed description of each activity in Schedule O | | ✓ |
| 34 | Were any significant changes made to the organizing or governing documents? If "Yes," attach a conformed copy of the amended documents if they reflect a change to the organization's name. Otherwise, explain the change on Schedule O (see instructions) | | ✓ |
| 35a | Did the organization have unrelated business gross income of $1,000 or more during the year from business activities (such as those reported on lines 2, 6a, and 7a, among others)? | | ✓ |
| b | If "Yes" to line 35a, has the organization filed a Form 990-T for the year? If "No," provide an explanation in Schedule O | | |
| c | Was the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization subject to section 6033(e) notice, reporting, and proxy tax requirements during the year? If "Yes," complete Schedule C, Part III | | ✓ |
| 36 | Did the organization undergo a liquidation, dissolution, termination, or significant disposition of net assets during the year? If "Yes," complete applicable parts of Schedule N | | ✓ |
| 37a | Enter amount of political expenditures, direct or indirect, as described in the instructions ▶ 37a  0 | | |
| b | Did the organization file Form 1120-POL for this year? | | ✓ |
| 38a | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee or were any such loans made in a prior year and still outstanding at the end of the tax year covered by this return? | | ✓ |
| b | If "Yes," complete Schedule L, Part II and enter the total amount involved .... 38b | | |
| 39 | Section 501(c)(7) organizations. Enter: | | |
| a | Initiation fees and capital contributions included on line 9 ....... 39a  0 | | |
| b | Gross receipts, included on line 9, for public use of club facilities ..... 39b  0 | | |
| 40a | Section 501(c)(3) organizations. Enter amount of tax imposed on the organization during the year under: section 4911 ▶ 0 ; section 4912 ▶ 0 ; section 4955 ▶ 0 | | |
| b | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year, or did it engage in an excess benefit transaction in a prior year that has not been reported on any of its prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I | | ✓ |
| c | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax imposed on organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 ▶ 0 | | |
| d | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax on line 40c reimbursed by the organization ▶ 0 | | |
| e | All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? If "Yes," complete Form 8886-T | | ✓ |
| 41 | List the states with which a copy of this return is filed ▶ Virginia | | |
| 42a | The organization's books are in care of ▶ Robert David Steele   Telephone no. ▶ +1 (571) 320-8573 Located at ▶ 11005 Langton Arms Ct, Oakton, VA   ZIP + 4 ▶ 22124-1807 | | |
| b | At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? If "Yes," enter the name of the foreign country: ▶ See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | ✓ |
| c | At any time during the calendar year, did the organization maintain an office outside the United States? If "Yes," enter the name of the foreign country: ▶ | | ✓ |
| 43 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of Form 1041—Check here ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year ..... ▶ 43  0 | | |
| 44a | Did the organization maintain any donor advised funds during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ | | ✓ |
| b | Did the organization operate one or more hospital facilities during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ | | ✓ |
| c | Did the organization receive any payments for indoor tanning services during the year? | | ✓ |
| d | If "Yes" to line 44c, has the organization filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O | | |
| 45a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | | ✓ |
| b | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If "Yes," Form 990 and Schedule R may need to be completed instead of Form 990-EZ (see instructions) | | ✓ |

Form **990-EZ** (2017)

Form 990-EZ (2017)   Page **4**

| | | Yes | No |
|---|---|---|---|
| 46 | Did the organization engage, directly or indirectly, in political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I | | ✓ |

**Part VI   Section 501(c)(3) organizations only**

All section 501(c)(3) organizations must answer questions 47–49b and 52, and complete the tables for lines 50 and 51.

Check if the organization used Schedule O to respond to any question in this Part VI . . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| 47 | Did the organization engage in lobbying activities or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II | | ✓ |
| 48 | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E | | ✓ |
| 49a | Did the organization make any transfers to an exempt non-charitable related organization? | | ✓ |
| b | If "Yes," was the related organization a section 527 organization? | | ✓ |

50   Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees, and key employees) who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and title of each employee | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| Not Applicable | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

f   Total number of other employees paid over $100,000 . . . . ▶   0

51   Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and business address of each independent contractor | (b) Type of service | (c) Compensation |
|---|---|---|
| Not Applicable | | |
| | | |
| | | |
| | | |
| | | |

d   Total number of other independent contractors each receiving over $100,000 . . ▶   0

52   Did the organization complete Schedule A? **Note:** All section 501(c)(3) organizations must attach a completed Schedule A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑ Yes ☐ No

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**
▶ *RDSteele*     9 APRIL 2018
Signature of officer    Date
▶ Robert David Steele, President
Type or print name and title

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Not Applicable | | | | |
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

May the IRS discuss this return with the preparer shown above? See instructions . . . . . . . . ▶ ☐ Yes ☐ No

Form **990-EZ** (2017)

| SCHEDULE A (Form 990 or 990-EZ) | Public Charity Status and Public Support | OMB No. 1545-0047 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. ▶ Attach to Form 990 or Form 990-EZ. ▶ Go to www.irs.gov/Form990 for instructions and the latest information. | 2017 Open to Public Inspection |

| Name of the organization | Employer identification number |
|---|---|
| Earth Intelligence Network | 20-8286516 |

**Part I** Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1. ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i)**.
2. ☐ A school described in **section 170(b)(1)(A)(ii)**. (Attach Schedule E (Form 990 or 990-EZ).)
3. ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii)**.
4. ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii)**. Enter the hospital's name, city, and state: _____
5. ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv)**. (Complete Part II.)
6. ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v)**.
7. ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi)**. (Complete Part II.)
8. ☐ A community trust described in **section 170(b)(1)(A)(vi)**. (Complete Part II.)
9. ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university:
10. ☑ An organization that normally receives: (1) more than 33⅓% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33⅓% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2)**. (Complete Part III.)
11. ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4)**.
12. ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2)**. See **section 509(a)(3)**. Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

   a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

   b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

   c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

   d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

   e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

   f Enter the number of supported organizations . . . . . . . . . . . . . . . . . . ☐
   g Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1–10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| (A) Not applicable | | | | | | |
| (B) | | | | | | |
| (C) | | | | | | |
| (D) | | | | | | |
| (E) | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat. No. 11285F     Schedule A (Form 990 or 990-EZ) 2017

Schedule A (Form 990 or 990-EZ) 2017     Page **2**

**Part II**   Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

**Section A. Public Support**

| Calendar year (or fiscal year beginning in) ▶ | (a) 2013 | (b) 2014 | (c) 2015 | (d) 2016 | (e) 2017 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | 5,507 | 78,413 | 25,553 | 13,087 | 191,260 | 313,820 |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 4 Total. Add lines 1 through 3 | 5,507 | 78,413 | 25,553 | 13,087 | 191,260 | 313,820 |
| 5 The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| 6 Public support. Subtract line 5 from line 4 | | | | | | 313,820 |

**Section B. Total Support**

| Calendar year (or fiscal year beginning in) ▶ | (a) 2013 | (b) 2014 | (c) 2015 | (d) 2016 | (e) 2017 | (f) Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4 | 5,507 | 78,413 | 25,553 | 13,087 | 191,260 | 313,820 |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | | | | | | |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| 10 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | | | |
| 11 Total support. Add lines 7 through 10 | | | | | | 313,820 |

12 Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . . |  12  | 0

13 **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Section C. Computation of Public Support Percentage**

14 Public support percentage for 2017 (line 6, column (f) divided by line 11, column (f)) . . . . | 14 | 100 %
15 Public support percentage from 2016 Schedule A, Part II, line 14 . . . . . . . . . . . | 15 | 100 %

16a **33 1/3% support test—2017.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . ▶ ☑

b **33 1/3% support test—2016.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . ▶ ☐

17a **10%-facts-and-circumstances test—2017.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

b **10%-facts-and-circumstances test—2016.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

18 **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Schedule A (Form 990 or 990-EZ) 2017

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT N- 7**

Schedule A (Form 990 or 990-EZ) 2017 — Page 3

**Part III  Support Schedule for Organizations Described in Section 509(a)(2)**
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

**Section A. Public Support**

| Calendar year (or fiscal year beginning in) ▶ | (a) 2013 | (b) 2014 | (c) 2015 | (d) 2016 | (e) 2017 | (f) Total |
|---|---|---|---|---|---|---|
| 1  Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | 5,507 | 28,413 | 25,553 | 13,087 | 113,760 | 186,320 |
| 2  Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | 0 | 0 | 0 | 0 | 0 | 0 |
| 3  Gross receipts from activities that are not an unrelated trade or business under section 513 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4  Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | 0 | 0 | 0 | 0 | 0 | 0 |
| 5  The value of services or facilities furnished by a governmental unit to the organization without charge | 0 | 0 | 0 | 0 | 0 | 0 |
| 6  Total. Add lines 1 through 5 | 5,507 | 28,413 | 25,553 | 13,087 | 113,760 | 186,320 |
| 7a  Amounts included on lines 1, 2, and 3 received from disqualified persons | 0 | 0 | 0 | 0 | 0 | 0 |
| b  Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | 0 | 0 | 0 | 0 | 0 | 0 |
| c  Add lines 7a and 7b | 0 | 0 | 0 | 0 | 0 | 0 |
| 8  Public support. (Subtract line 7c from line 6.) | | | | | | 186,820 |

**Section B. Total Support**

| Calendar year (or fiscal year beginning in) ▶ | (a) 2013 | (b) 2014 | (c) 2015 | (d) 2016 | (e) 2017 | (f) Total |
|---|---|---|---|---|---|---|
| 9  Amounts from line 6 | 5,507 | 28,413 | 25,553 | 13,087 | 113,760 | 186,320 |
| 10a  Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | 0 | 0 | 0 | 0 | 0 | 0 |
| b  Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | 0 | 0 | 0 | 0 | 0 | 0 |
| c  Add lines 10a and 10b | 0 | 0 | 0 | 0 | 0 | 0 |
| 11  Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | 0 | 0 | 0 | 0 | 0 | 0 |
| 12  Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | 0 | 0 | 0 | 0 | 0 | 0 |
| 13  Total support. (Add lines 9, 10c, 11, and 12.) | 5,507 | 28,413 | 25,553 | 13,087 | 113,760 | 186,320 |

14  First five years. If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and stop here ▶ ☐

**Section C. Computation of Public Support Percentage**

| | | |
|---|---|---|
| 15  Public support percentage for 2017 (line 8, column (f) divided by line 13, column (f)) | 15 | 100 % |
| 16  Public support percentage from 2016 Schedule A, Part III, line 15 | 16 | 100 % |

**Section D. Computation of Investment Income Percentage**

| | | |
|---|---|---|
| 17  Investment income percentage for 2017 (line 10c, column (f) divided by line 13, column (f)) | 17 | % |
| 18  Investment income percentage from 2016 Schedule A, Part III, line 17 | 18 | % |

19a  33 1/3% support tests—2017. If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and stop here. The organization qualifies as a publicly supported organization ▶ ☑

b  33 1/3% support tests—2016. If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3%, and line 18 is not more than 33 1/3%, check this box and stop here. The organization qualifies as a publicly supported organization ▶ ☑

20  Private foundation. If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ▶ ☐

Schedule A (Form 990 or 990-EZ) 2017

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT N-8**

| SCHEDULE O (Form 990 or 990-EZ) Department of the Treasury Internal Revenue Service | Supplemental Information to Form 990 or 990-EZ<br>Complete to provide Information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information.<br>▶ Attach to Form 990 or 990-EZ.<br>▶ Go to www.irs.gov/Form990 for the latest information. | OMB No. 1545-0047<br>**2017**<br>Open to Public Inspection |
|---|---|---|
| Name of the organization<br>Earth Intelligence Network | | Employer identification number<br>20-8286516 |

No rent or utilities are claimed – this non-profit has no employees and is run out of a home office in Fairfax VA. Modest miscellaneous compensation is drawn when possible on a 1099 basis, and taxes paid online. Donations comprise 90% of revenue (98% has been norm). All cash donations are deposited immediately and on an individual basis; online donation channels in 2017 were two: PayPal and IndiegoGo/Generosity. Robert David Steele personally balances the books every day against the online banking statement. In the case of the #UNRIG election reform project, expenses were posted weekly online and can be viewed at https://www.unrig.net/budget-report/.

2017 was a break-out year, UNTIL the non-profit was ruthlessly attacked. 2017 saw Earth Intelligence Network (EIN) grievously attacked with deliberate persistent defamatory campaigns across the Internet focused on destroying our fund-raising business and our ability to gain attention to our cause. This was so bad that a federal lawsuit had to be filed and can be viewed (both the original and the 97-page amended complaints), at http://tinyurl.com/Steele-vs-Goodman. Note: Legal counsel retained on contingency basis. No legal fees paid.

PART I Line 2 is a US Army Strategic Studies contract for three educational monographs consistent with the purpose of the organization, and can be viewed at http://tinyurl.com/Steele-GOARMY, each monograph representing holistic thinking and true cost economics. Over the history of the organization, contracts versus donations have been less than 2% of the total income going back to 2007.

PART I Line 8 is royalties from Amazon for Amazon Kindle and CreateSpace publications published by Earth Intelligence Network EIN).

PART I Line 10 (Grants). Grants of $6,153 were experimental in nature and comprised less than 3% of total expenses.

#UNRIG Project Grants totalled $4,902 and were given to six alternative media channels and one minority advocacy group: Victuras Libertas ($2,600); Business Game Changers ($1,522); Blacks Better Future ($500); Body Language ($150); Zero Hedge ($100); and Reddit ($29.99).

OSINT Project Grants totalled $400 and consisted of $250 to the Collective Intelligence Institute and $150 to The Mind Unleashed.

Pedophilia Project Grants totalled $850 and consisted of $600 to the author of Pedophilia & Empire; and three foreign donations in the amounts of $101 to an author in the UK, $100 to Reality Calls in the UK, and $50 to The Guardian newspaper in the UK.

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.   Cat. No. 51056K   Schedule O (Form 990 or 990-EZ) (2017)

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT N-** 9

Schedule O (Form 990 or 990-EZ) (2017) Page **2**

Name of the organization: Earth Intelligence Network
Employer identification number: 20-8286516

Part I Line 13 (Services) include $8,500 for the professional wrap of the RV for the national road tour, $850 for changes and repairs to the original wrap, and $800 for removal of the wrap and restoration of original skin for return of the RV "as received." Normal professional fees and independent contractors totalled $16,823 within the reported total in Part I Line 13 of $26,973. Four photos attached to Schedule O.

PART I Line 16 (Other Expenses)

At the highest level, $97,998 is comprised of Travel ($65,618), Other Services ($11,319), Supplies ($8,181), Meals ($5,949), Internet ($5,976), and Parking ($955).

Within travel expenses are included a used RV for five months ($30,301); airlines ($16,578), hotels and RV campgrounds ($7,241), gas & oil inclusive of 9,000 mile national tour with the RV ($5,630), RV/auto repairs and services ($2,972), ground transportation including international ($1,281), rental vehicles ($1,215), tolls ($313), and miscellaneous such as RV dumping fees ($85).

Within other services are included press releases ($4,112), advertising ($1,263), RV insurance ($2,560), RV storage between trips necessary to have a reserved space ($1,057), subscriptions ($389), conference fees ($99), and various trademark, licensing, and other fees ($1,241).

Within supplies are included RV-unique equipment including an RV cover, hoses, bedding, utensils ($2,572), office equipment including a stand-alone AC and heater ($3,367), #UNRIG polo shirts for wear and presentation along route ($1,017), office supplies ($517), books ($419), and construction supplies for installation of stand-alone AC in home office ($289).

Within Internet expenses are included multiple Internet Service Providers (ISP) providing security, storage, processing, and inter-operability including robust back-up for two complex websites and multiple minor websites under development; and portable telecommunications at a commercial grade able to support up to four laptops at commerical speeds from one smart phone anywhere in the world.

Complete information about Robert David Steele, who has no pensions or employment is at http://robertdavidsteele.com.

END Schedule O (three pages including attachment)

Schedule O (Form 990 or 990-EZ) (2017)