**EXHIBIT O**
PERSONAL MEETING, TEXT AND EMAIL COMMUNICATIONS BETWEEN PLAINTIFF STEELE AND INTERVENOR APPLICANT'S BROTHER WEBB ONE DAY PRIOR TO ALLEGED "DIRTY BOMB HOAX"



Plaintiff Robert David Steele (left) with George Webb Sweigert, brother of Intervenor applicant D. George Sweigert meeting in person on June 13, 2017 one day before the Port of Charleston incident.

https://youtu.be/hMJoAO5OZY8

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT O**- 1

# EMAIL SENT BY PLAINTIFF TO DEFENDANT AND INTERVENOR APPLICANT'S BROTHER GEORGE WEBB SWEIGERT

From: **Robert Steele** robert.david.steele.vivas@gmail.com
Subject: Cancelling meeting tomorrow, available on skype, you are about to be arrested
Date: June 15, 2017 at 11:40 AM
To: **Jason Goodman** truth@crowdsourcethetruth.org, **George Webb** Georgwebb@gmail.com



Jason,

I am cancelling our meeting tomorrow. You are about to be arrested by NYPD at request of USCG for filing a false report. George, if he is not already being detailed, will be detained and probably released, but the burden here is on you, Jason, as the source.

I will be available for a skype interview at any time, but the possibility of me putting myself in a room you control is now zero.

George,

Wayne Madsen is willing to meet you and give you a hearing I have offered to host lunch. He tells me no one has produced compelling proof on the Awan situation, the burden is on you.

My impression of you, George, has not changed. It remains positive. I think you are being played by some very bad boys and I would be glad to have that discussion anytime you wish. In my view, our shared priority should be to separate you from Jason in terms of reputation and protect your following, and to continue to help each other advance over the next 90 - 120 days.

I will be in the car from 1200-1700 if you are able to see this email and can call.

Robert

--
#UNRIG: http://phibetaiota.net/unrig/
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT O-** 2

**SCREEN CAPTURE OF EMAIL EXCHANGE BETWEEN PLAINTIFF AND INTERVENOR APPLICANT'S BROTHER GEORGE WEBB SWEIGERT**

●●○○○ AT&T LTE     2:13 PM     61% 🔋

<      3 Messages 
          Three openings for you from…

**Robert Steele**     8/27/17 
To: G W     Details

George, this is totally reasonable.

Can I offer you lunch and a live stream for your own channel, with the agreement that neither one of us mentions Goodman or anything from the past, we focus only on who is spying on Congress, and why, and an update on our campaign? The offer on the bus stands, below is the schedule as now planned, you can join us anywhere along the line.

                

DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE **EXHIBIT O-** 3

●●○○○ AT&T LTE ☀  2:14 PM  60% 🔋

< 15...6

**From:** Robert Steele
**To:** George Webb  Hide

**my last communication - save yourself**
June 29, 2017 at 10:06 PM
📁 Found in All Mail Mailbox

George,

I am so very sorry to see you continue as Jason's bitch. This is my last communication. If you do not publicly announce your renunciation of him, and find a new channel, I am cutting you off and including you as a co-conspirator with him.

DEFENDAN

••ooo AT&T LTE     2:18 PM     59%

<      

## Tish is as big a problem for you as Jason

June 24, 2017 at 8:10 PM
📁 Found in All Mail Mailbox

George,

  All kinds of people are coming to me asking why Cynthia and I still support you. We do. But you are your own worst enemy. I have gotten some really negative feedback about you from Red Pill and you are now on the verge of losing a lot of supporters.

I urge you to break free. I am getting reports about Tish being under investigation, along with someone named Amy, and I just

        

DEFENDAN

••ooo AT&T LTE     2:23 PM     57%

<     2 Messages
Your July 3rd Tour

that, we will welcome an opportunity to interview with you at your convenience, but neither I nor Cynthia will ever allow Jason or Tish into our lives.

Robert

On Fri, Jul 7, 2017 at 9:22 AM, George Webb <georg.webb@gmail.com> wrote:

> Robert, I wish you the best on your tour with Cynthia. She is

Show Quoted Content

http://paypal.me/EarthIntel

DEFENDAN

••ooo AT&T LTE    2:23 PM    57%

    2 Messages
Your July 3rd Tour

Found in All Mail Mailbox

**Robert Steele**    7/7/17 
To: George Webb    Details

George, for information. A massive law suit is about to be filed against Jason Goodman by a lawyer who specializes in defamation cases. Manny is the one who will be in front, my case will simply be in support. Jason is buried so deep by his own words that we expect Google to shut him down completely -- close his channel and delete all of his videos. Since the videos appear in all states this will be a multi-state filing, done pro

DEFENDAN