

Jacquelyn Weaver
102 Fern
Purvis, MS 39475
Jacquelyn113@ Hotmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, ET. AL.<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN, ET. AL.<br><br>Defendant | Case No.: 3:17-cv-601-MHL<br><br><br>DECLARATION OF JACQUELYN WEAVER |

DECLARATION OF JACQUELYN WEAVER

Now comes Jacquelyn Weaver to inform this Court of the false allegations made against Jacquelyn Weaver by defendant Jason Goodman in Document 78, DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE, filed March/08/2019. I hereby attest that the following statements are made under the penalty of perjury.

Jason Goodman has stated in Document 78, page 3, lines 3-11 (I. Factual Background), "This legal action is a product of a conspiracy between Plaintiff, Intervenor Applicant and numerous third party co-conspirators. Among these parties are Intervenor Applicant's brother George Webb Sweigert (Webb), Manual Chavez III aka Defango (Chavez), Frank Bacon, believed to be Tyroan Simpson (Simpson), Nathan Stolpman (Stolpman), co-Defendant Susan Lutzke aka Susan Holmes aka Queen Tut (Lutzke), Steve Outtrim (Outtrim), Dean Fougere aka Titus Frost (Fougere), Kevin Allen Marsden (Marsden), Mari Rapp aka Sugar

DECLARATION OF JACQUELYN WEAVER - 1

Shine (Rapp), **Jacquelyn Weaver (Weaver)** and other unknown parties operating under various online aliases."

On page 1 of Document 78 Jason Goodman asserts, " Plaintiff Steele and Intervenor Applicant Sweigert have been conspiring together and with intermediaries for more than one year and in an ongoing fashion to create and monetize a harassment campaign (The Campaign) intended to disrupt the Defendant's business, personal life and worldwide reputation, and chill Defendant's journalistic endeavors which have revealed **evidence of felony crimes by Plaintiff, Intervenor Applicant and third-party co-conspirators.** The Campaign has consisted of persistent manufacturing and dissemination of false claims, deliberate libel and slander, predicate acts…"

Jason Goodman makes numerous allegations and provides exhibits, yet **there is not one statement of fact, nor any evidence provided in Document 78 that implicates Jacquelyn Weaver in any of these conspiracy charges.**

I, Jacquelyn Weaver, am the author of an online blog at trackingmeroz.wordpress.com, called *Tracking the Leopard Meroz: A Christian Commentary on Judges 5:23.*

Since June 14, 2017, when the Port of Charleston was shut down for 8 hours due to a *dirty bomb* false report, I have been following this story, and writing about the persons associated with the origination of this event, as well as side "human interest" stories. I have written about Robert David Steele, Jason Goodman, Queen Tut aka Susan Lutzke, George Webb Sweigert, David George Sweigert, Manuel Chavez III and Steve Outtrim. In addition, I have mentioned Frank Bacon and Kevin Alan Marsden.

DECLARATION OF JACQUELYN WEAVER - 2

Since mid-2017, I have published 128 posts; 46 represent PACER court documents which have been filed in two federal civil lawsuits: *Robert David Steele vs. Jason Goodman, Queen Tut (Lutzke) and Patricia Negron* and *D. George Sweigert vs. Jason Goodman*.

Other PACER court documents I publish are in regard to about one-third of my articles representing my research into the anti-government/sovereign citizen/Tax Protestor ideology. In conjunction with this topic, I am a moderator in a Facebook group founded by former IRS Appeals Officer, Robert Baty, which discusses criminal and civil cases connected with these anti-government groups. Another one- third of my articles are a mix of Alternative Media topics including the abuses of free speech and the freedom of the press.

On page 10, line 17 of Document 78, Jason Goodman states, "Sweigert, Steele and their co-conspirators engage in a form of acting they call Live Action Role Playing (LARP). I DENY this allegation as I write my blog using my legal name, and I have another website that has photos of my home, family, trip to Scotland, crafts, etc. Until recently, Jason Goodman and his associates were asserting that David Sweigert is the author of my blog, and that I do not exist as a real person, as I demonstrate in EXHIBIT A.

On January 10, 2019, I wrote an article called *Mindless Loitering Under A Gas Light: Jason Goodman and Michael Barden Attempt to Reverse Engineer Their Legal Problems*. This article was written in response to 3 videos published by Jason Goodman on *Crowdsource the Truth* on January 9, 2019, which made insinuations about the relationship between the author of *Tracking the Leopard Meroz* and David Sweigert, the plaintiff of the RICO lawsuit against Jason Goodman. On page 4, I said, "Here is what I had written as an update on the Michael Barden article, **which I am reposting because Jason Goodman and Michael Barden are insinuating that an organized gang stalking campaign exists against them, based**

DECLARATION OF JACQUELYN WEAVER - 3

**apparently on the fact that *Tracking the Leopard Meroz* publishes public court records which involve them."** (See EXHIBIT A.)

In this Exhibit A article, I document with screenshots a conversation which took place on Michael Barden's Facebook page that shows that the Facebook Administrator for *Crowdsource the Truth*, Casey Whalin, had accused me of lying about my identity. Whalin claimed that my name is not really Jacquelyn Weaver, but Dave Sweigert. I have a copyright notice on my blog that identifies Jacquelyn Weaver as the author of *Tracking the Leopard Meroz*. During this Facebook discussion, Jason Goodman made the statement, "NO THREATS OR SUGGESTIONS OF THREATS SHOULD BE MADE ON SOCIAL MEDIA OR ELSEWHERE."

On March 9, 2019, I posted on *Tracking the Leopard Meroz*, PACER documents representing *Robert David Steele vs. Jason Goodman: Document 78 - Defendant's Opposition to the Motion to Intervene.*

The day prior, on March 8, 2019, I had written an article titled, *The Ouroboros Effect: Jason Goodman of Crowdsource the Truth with David Hawkins of Reverse Engineered CSI Storyboards.* One of my regular readers left a comment on this article expressing a negative opinion of Jason Goodman's *Crowdsource the Truth* YouTube channel.

Jason Goodman countered my reader's comment on March 9, 2019. (See EXHIBIT B). I have excerpted a portion of Jason Goodman's comment, saying, "If you believe the biased propaganda presented on this blog, you might ask yourself why Weaver has refrained from editorializing her latest post regarding the docket entry 78. She has merely presented the court documents without her usual grossly slanted commentary, which is coincidentally continually lauding the very individuals behind the alleged conspiracy to create a harassment for

DECLARATION OF JACQUELYN WEAVER - 4

pay operation. **I would suggest, that may be due to the fact that any further comments she makes, may in fact, not be helpful to her in defending her actions should the court find my conclusions in this matter to be correct."**

Jason Goodman does not know why I did not comment on Document 78, and so he offers his theory that Document 78 has intimidated me into silence (due to the inclusion of my name in a list of third-party co-conspirators).

In the past 20 months of writing articles that involve *Crowdsource the Truth*, not once has Jason Goodman written me to challenge the numerous screen shots, transcriptions of videos, references to court documents or any other documentation I provide to support my commentary....that is, not until the above referenced March 9, 2019 comment shown in Exhibit B which is in regard to Document 78 in the Robert David Steele lawsuit against Jason Goodman.

I DENY the allegations of Jason Goodman in Document 78 in their entirety. Jason Goodman has provided NO evidence of any wrongdoing on my part to support his false allegations.

Dated this day of March 13, 2019.

_____
Jacquelyn Weaver

DECLARATION OF JACQUELYN WEAVER - 5

Jacquelyn Weaver
102 Fern
Purvis, MS 39475
Jacquelyn113@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, ET. AL., <br><br> Plaintiff, <br><br> vs. <br><br> JASON GOODMAN, ET. AL. <br><br> Defendant | Case No.: 3:17-CV-601-MHL <br><br> CERTIFICATE OF SERVICE |

On this day, March 13, 2019, I have caused to be placed in the U. S. Postal Service true copies of the attached pleading (with First Class postage affixed) to the following parties.

**CLERK of COURT**

**U. S. District Court, E. D. VA,**

Federal Courthouse

701 East Broad Street

Richmond, VA 23219

**Steven S. Biss, Esq.**

300 West Main Street, Suite 102

Charlottesville, VA 22903

**Jason Goodman**

252 7th Avenue #6S

New York, NY 10001

CERTIFICATE OF SERVICE - 1

Richard Johan Conrod, Jr.

Kaufman & Canoles PC

150 W. Main Street

P. O. Box 3037

Norfolk, VA 23510

*Jacquelyn Weaver*   3-13-2019
Jacquelyn Weaver

CERTIFICATE OF SERVICE - 2

List of Exhibits

A. *Mindless Loitering Under a Gas Light: Jason Goodman and Michael Barden Attempt to Reverse Engineer Their Legal Problems* published on trackingmeroz.wordpress.com January 10, 2019 ( note pages 4 "Update November 25, 2018")

B. Jason Goodman March 9, 2019 comment on a reader's comment on the March 8, 2019 trackingmeroz.wordpress.com article, *The Ouroboros Effect: Jason Goodman of Crowdsource the Truth with David Hawkins of Reverse Engineered CSI Storyboards*

PLEADING TITLE - 1