# EXHIBIT A

January 10, 2019, *Tracking the Leopard Meroz* (trackingmeroz.wordpress.com) article *Mindless Loitering Under A Gas Light: Jason Goodman and Michael Barden Attempt to Reverse Engineer Their Legal Problems*, pages 9 of 11 (last two pages are wordpress.com ads)

See pages 4-9 for 11/15/2018 update referenced in the Declaration of Jacquelyn Weaver

I hereby certify (under the penalties of perjury) that the following attached exhibit is a true and correct copy of the wordpress article cited in the Declaration of Jacquelyn.

*Jacquelyn Weaver 3-13-2019*

PLEADING TITLE - 1

# Tracking The Leopard Meroz

A CHRISTIAN COMMENTARY ON THE CURSE OF JUDGES 5:23, BECAUSE THEY CAME NOT TO THE HELP OF THE LORD, AGAINST THE MIGHTY

## Mindless Loitering Under a Gas Light: Jason Goodman and Michael Barden Attempt To Reverse Engineer Their Legal Problems

Posted on **January 10, 2019**



**Michael Barden Targeted Individual – How to Survive an Economic Attack Intended to Disrupt Income**


Jason Goodman

791 views

On January 9, 2019, Jason Goodman published three videos on his YouTube channel featuring *Michael Barden Targeted Individual* at the Maricopa county (Arizona) courthouse, as well as at Barden's residence. In these videos Jason Goodman uses his personal visit to Arizona to

attempt to reverse engineer the context of various facts which are described in filed documents in the RICO lawsuit, *D. George Sweigert vs. Jason Goodman*. In addition, insinuations are made regarding the relationship of the author of the *Tracking the Leopard Meroz* blog and Dave Sweigert. This issue was addressed in November as an update to the article I had written on Michael Barden in October 2018. However, since most readers are not aware of that lengthy update, it can be read in the second half of this post.

The last time I viewed a *Michael Barden Targeted Individual* video was on November 28, 2018. Titled, *Gangstalker caught gaslighting at work Targeted Individual Michael Barden*, the viewer sees an example of Michael Barden targeting for harassment an employee of a fast food restaurant.



**Gangstalker caught gaslighting at work Targeted Individual Michael Barden**

Michael Barden

1,597 views



Published on Nov 28, 2018
OK, maybe not 1 million people will see this, yet. I also miss spoke about my burger which I'm sure somebody will point out. The point is, who acts like this to a customer at work? This happens at most large chains I go to

This 2.25 minute video has background distractions and the words of the employee as well as Michael Barden are difficult to discern clearly, but it begins as follows:

**Michael Barden:** So I'm in Freddy's and uh this guy doesn't know how many people can see this. I'm at Freddy's Hamburgers-steak burger place, and this guy back here behind me, I give me my food, ask me if I want everything on it, I said, "No onions". So give me a burger with onions and no lettuce so I very nicely went up there and said, "Hey, could you, could you put, please put the-could you please make this last and make it please take the lettuce or tomatoes off", so he said, "Yeah, I'll bring it out." I said, ""No, it's OK, I'll just wait." So the guy sets the tray back on the counter, picks it back up and sets it right in front of me and uh doesn't change

anything, just stared at it. So I explained to him that he was messing with me, I don't like that. So alright, so anyway this guy's name is Brandon. Hey Brandon, did you want to give me your manager's information so I can I can file that complaint?

**Fast Food employee "Brandon":** Come here!

**Michael Barden:** Come here? What am I supposed to walk back there? Everybody! This is Brandon. He likes to gaslight people. You know what that means, Brandon?

**Brandon:** You like to get attention.

**Michael Barden:** You like to gaslight people. (Brandon's voice in background is muffled). If you'd like to see Brandon on *Crowdsource the Truth*...so hey you guys are in **a video that's going to get a million people seeing it.** Seriously, check it out Michael Barden, B A R D E N, I've got hundreds of videos on YouTube. Yeah, it's about organized stalking and harassment and this guy Brandon right here likes to do it....

The video proceeds with Brandon saying something like Barden had thrown something across the counter. And Michael Barden replying "I threw it, I threw it in the trash can and I actually was very friendly to you and you just stood there and stared at me, so I was trying to get your..". And Brandon in the background says, "You're retarded". He also mentions that Michael Barden does not have his name right.

This is a typical Michael Barden video, but **what I thought was interesting is that he is using Jason Goodman's *Crowdsource the Truth* YouTube channel as the means of threatening people like "Brandon" with the prospect of a million viewers.**

Speaking of threatening behavior, Michael Barden's legal troubles concern his arrest for *Aggravated Assault with a Deadly Weapon and Disorderly Conduct with a Weapon*. And since he had been explaining his side of this story to Jason Goodman on *CSTT*, as well as on his own YouTube channel, and I follow similar stories on the two Facebook groups I am a member of, I wrote an article on October 6, 2018 called *Another "Woe Is Me" Jason Goodman Guest, "Targeted Individual" Michael Barden: An Illustration of the Dangers of Reframing Reality Through Social Media Videos*.

So what happened on November 24, 2018, was that Michael Barden linked to my story on his Facebook page, and the Facebook Administrator for Jason Goodman/CSTT began to lie about the authorship of my blog. The Updates to my article are shown below. I was intending to let this addition to the Barden story rest in peace; however, the January 9, 2019 videos of Jason Goodman and Michael Barden **who were attempting again** to attribute my written works to Dave Sweigert in some manner needs to be reproved once again.

The only link I have to Dave Sweigert is that I post the legal documents of his lawsuit on my blog. It costs considerable money to download numerous court filings from PACER, and by placing these documents in PDF format, I am providing free access to these court filings to my readers.

**Here is what I had written as an update on the Michael Barden article, which I am reposting because Jason Goodman and Michael Barden are insinuating that an organized gang stalking campaign exists against them, based apparently on the fact that *Tracking the Leopard Meroz* publishes public court records which involve them.**

*Update 11/25/2018*

Yesterday Michael Barden posted a link to the above article on his Facebook page. Comments which were made, have obliged me to respond. Other than the two Facebook groups I am a member of, I rarely post comments to other Facebook pages. I have never commented on YouTube or Twitter. As shown below, comments were made attributing the authorship of this blog to Dave Sweigert, thus denying the true author of the *Tracking the Leopard Meroz* blog as being Jacquelyn Weaver, who is identified in the copyright notice.

Numerous persons who know me personally can attest that this blog represents my writings. *WordPress* has the unique identifying features which authenticate my authorship of this blog. Thus I felt compelled to correct the record on Barden's FB page, and have screenshot several comments to document that fact.

Near the end of the comments, the following was asked and this Update comprises my answer.

Near the end of the comments, the following was asked and this Update comprises my answer.

> **Mike Barden** Jacquelyn Weaver Whoever wrote this, why didn't you contact me like a REAL journalist would? This site is nothing but false statements with no evidence. Would you be willing to speak with me about this? You seem to have quite the interest in me.
>
> Like · Reply · 6h                                                             👍 1

> **Jacquelyn Weaver** Mike Barden I will get back to you probably tomorrow night. I still have obligations and engagements connected to Thanksgiving that I must deal with first. I will try to answer your all your questions.
>
> Like · Reply · 3h

So let's begin at the beginning....



**Mike Barden**
3 hrs

I am amazed at the time this person takes to try to discredit good people. This person wrote a huge article about me. Who does this?



Michael Barden Targeted Individual – Psychological Assault and
TRACKINGMEROZ.WORDPRESS.COM

**Another "Woe Is Me" Jason Goodman Guest, "Targeted Individual" Michael Barden: An Illustration of the Dangers of...**

👍 1                                                              5 Comments 1 Share

👍 Like          💬 Comment          ↪ Share

Casey Whalin Dave Sweigert wrote this. I can tell by the way he puts his words together.
Like · Reply · 3h

To begin with, Michael Barden rhetorically asks who wrote this article which he claims discredits good people. He calls it is a huge article about him, in spite of the fact that half of the article concerns an incarcerated felon named Shawn Stuller who made the mistake of listening to the advice of a couple of men with Sovereign Citizen beliefs. When he rejected a 5 year plea deal on the table, Stuller was given a sentence four times longer for his crimes. Fortunately for him, the Court later had mercy on him and allowed him to accept the original plea deal.

This blog is a Christian commentary, thus this article is tied together with a Scripture quote which serves as a sound warning to those involved in legal matters. I transition what I wrote

on Mike Barden's situation in early October to the Stuller story, by stating that cautionary advice was necessary BEFORE "we attempt to override the legal counsel of a person facing a criminal conviction". In this case, Mike Barden was discussing legal options in a YouTube video with Jason Goodman, who is not an attorney.

I displayed verifiable public documentation on Barden's *aggravated assault with a deadly weapon and disorderly conduct with a weapon* charge, and I gave the opinion that these were serious charges. I also displayed some screenshots to reflect that both Jason Goodman and Mike Barden repeatedly play the theme of his claim to be a Targeted Individual, which implies that his troubles are the fault of others. I quote from a Jason Goodman interview of Barden, where the interviewer is asking whether it is a bigger risk to take the plea deal. The title of this article emphasizes that this cautionary piece involves *the dangers of reframing reality through social media videos.*

As I understand it, after this article was written, Mike Barden pleaded guilty, and now desires to reverse that and try a different approach to his case. He is not helping himself in that effort when he videotapes himself in his everyday life, or when he discusses his case in detail on the Jason Goodman show. "Evidence" relevant to his case is something that needs to be examined in accordance with the established rules of evidence and in a court setting which is under oath. This cannot be properly done in videos, where the viewer cannot prove the soundness of the testimony of witnesses, and hard facts and evidence.

Immediately after Mike Barden posted my article on his Facebook page, the Facebook Administrator for *Crowdsource the Truth* (CSTT), Casey Whalin claims without any evidence, that Dave Sweigert wrote the article. He says he can tell by the way the words are put together.

 **Casey Whalin** Dave Sweigert wrote this. I can tell by the way he puts his words together.

Like · Reply · 6h

 **Mike Barden** That makes sense. He contacted my lawyer the day before I had an important decision to make in court. He never contacted me personally to ask me anything. He just does all of this without a name? What's his motive?

Like · Reply · 5h

 **Jacquelyn Weaver** I am the author of this blog. Dave Sweigert has never written anything on my blog.

Like · Reply · 2h   1

 **Casey Whalin** Jacquelyn Weaver so you write for him?

Like · Reply · 2h · Edited

> **Jacquelyn Weaver** Casey Whalin I have been writing for several years and had never heard of Sweigert until the Port of Charleston incident, when I started looking into it to see if this would have any impact on Alt Media YouTube broadcasting. Sweigert does his own writing, as far as I can tell. He does not need my help, as he is experienced in legal writing as a Pro Se plaintiff.
>
> Like · Reply · 1m

Write a reply...

**Casey Whalin** Also, prepper kitty is his YT channels name. https://www.youtube.com/user/ActontheActor

> **Jacquelyn Weaver** I have been following the Port of Charleston story since June 2017. Whenever I download PACER documents, I post them so others can read them without cost. Casey, I suggest you read my copyright notice so that you do not attribute my articles to another author.
>
> Like · Reply · 1h                                                    1

> **Casey Whalin** Jacquelyn Weaver sounds more like you plagiarize his work. I suggest you read my copyright notice also. Thanks.
>
> Like · Reply · 1h

> **Jacquelyn Weaver** Casey Whalin I have never plagiarized anyone. You are the one making false statements.
>
> Like · Reply · 1h                                                    1

> **Casey Whalin** Did you read my copyright notice?
>
> Like · Reply · 1h

**Jason Goodman** NO THREATS OR SUGGESTIONS OF THREATS SHOULD BE MADE ON SOCIAL MEDIA OR ELSEWHERE

**Jason Goodman** NO THREATS OR SUGGESTIONS OF THREATS SHOULD BE MADE ON SOCIAL MEDIA OR ELSEWHERE

Like · Reply · 11h                                                    3

**Crystal Shen** You must be gaining influence for people to go out of

 their way to try to discredit you! Similar things happened to Hassan Campbell on YouTube. When he started getting really popular, people came out of the woodwork trying to discredit him.

Like · Reply · 5h  2

 **Brandy Stokes** I believe people are paid to do this.

Like · Reply · 5h  2

↳ David Voigts replied · 2 Replies · 5 hrs

 **David Voigts** It's amazing. That's hours of work that dude put in, and then what's with all the proselytizing? Why would he care?

Like · Reply · 5h

 **Mike Barden** Exactly. Almost seems like his full time JOB.

Like · Reply · 4h

 **Mike Barden** He tries to discredit pretty much anyone that's on Jason Goodman's show Crowdsource The Truth. Several TI's have messaged me about him harassing them. He says that no one is targeted, and then says we don't know what it's really like being targeted. He contradicts himself quite a bit, and lies about people he's never met. Mostly truthers and TI's.

Like · Reply · 4h

I write a blog which is presently being read by 3 categories of persons: those interested in the Christian Alternative Media; those following the Port of Charleston dirty bomb incident which is now referenced in 2 federal civil lawsuits; and those who are interested in antigovernment/sovereign citizen/ tax protestor issues. The article I posted involving Michael Barden addresses two of those general categories of interest.

I state in my blog under "history and foundation" that I write a commentary to encourage readers to think critically about what they read and hear so that they are not deceived by deceivers. I also state that I use information found in the public domain which anyone can access, and **my point in doing this exclusively** is to demonstrate that reasoned judgments can be made by analyzing the face of a topic, without knowing all the hidden details. I am not a professional investigative journalist, although I came from a family that published a weekly newspaper for over 50 years. My blog/commentary is free and does not ask for donations. **A professional investigative journalist seeks out original sourced material, which requires both time and expense. I have never claimed to be a professional investigative journalist, but rather someone who writes a Christian commentary, which is a different standard of writing. However, I do document everything I comment on, from video transcriptions, screen shots, links to the written works of other authors, etc.** Thus Mike Barden has lied about the substance of the article involving him.

It is readily apparent from the Facebook comments displayed above, that the content of this article was not addressed by Michael Barden, nor Casey Whalin. **Rather, the main focus of Mike Barden and Casey Whalin and Jason Goodman was to use this article as an opportunity to create a false accusation against Dave Sweigert.** I routinely post the public domain court documents of the lawsuit which Sweigert has filed against Goodman, as a courtesy to my readers that follow that case. I also did the same in the Robert David Steele defamation lawsuit. Dave Sweigert has never written anything on this blog, and from what I have observed, when he desires to publicly comment, it is through his own YouTube channel, or through commenting on a social media site.

*It is wrong for anyone to attribute the writings of this blog to anyone other than the real author, and these men are fools to promote falsehoods which can be easily overturned in any court room.*

*In conclusion, those who follow Jason Goodman and Michael Barden should carefully consider the full context of the public record before accepting their narrative as representing a fair and valid analysis of the evidence.*

Advertisements

Occasionally, some of your visitors may see an advertisement here, as well as a Privacy & Cookies banner at the bottom of the page. You can hide ads completely by upgrading to one of our paid plans.

UPGRADE NOW   DISMISS MESSAGE

SHARE THIS: