# EXHIBIT B

**EXHIBIT B:** Comment Section of 3/8/2019 *The Ouroboros Effect: Jason Goodman of Crowdsource the Truth with David Hawkins of Reverse Engineered CSI Storyboards.* (trackingmeroz.wordpress.com)

I hereby certify (under the penalties of perjury) that this screenshot is a true and correct copy.

*Jacquelyn Weaver*    3-13-2019

---

 **Jason Goodman**
on March 9, 2019 at 2:36 pm said:                                                                 Edit

Okey Marshall Richards ceased to appear on CSTT long before he was exposed as an FBI informant so you are either grossly mistaken or deliberately lying. Furthermore, I interviewed Ray Looker as soon as he became known to me in order to reveal more evidence with regard to Richards and what he has done. There is strong evidence to suggest George Webb and other members of the alleged conspiracy (which included Richards) deliberately introduced Richards to CSTT with the express intent of revealing his true identity later in a ploy to damage my credibility. Your evaluation of me and the program I produce is incorrect. You may merely be ignorant of facts or you may be one of many who have attempted to dissuade people from watching because the crowdsource investigative journalism model is extremely powerful irrespective of who is leading it or if people like or dislike of me. Your conclusions are based on assumptions not fact, and you are categorically incorrect in what you say here. If you believe the biased propaganda presented on this blog, you might ask yourself why Weaver has refrained from editorializing her latest post regarding docket entry 78. She has merely presented the court documents without her usual grossly slanted commentary, which is coincidentally continually lauding the very individuals behind the alleged conspiracy to create a harassment for pay operation. I would suggest, that may be due to the fact that the evidence I've presented stands on its own and Weaver has realized that any further comments she makes, may in fact, not be helpful to her in defending her actions should the court find my conclusions in this matter to be correct. Feel free to contact me directly if you'd like to discuss your fallacious conclusions. Otherwise, stop filling this echo chamber with lies.