**Steve Outtrim**
**90 Franklin Rd**
**Freemans Bay**
**Auckland 1011**
**New Zealand**



FILED

MAR 1 8 2019

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| IN THE MATTER OF:<br><br>ROBERT D. STEELE<br><br>vs.<br><br>JASON GOODMAN | District Judge M. Hannah Lauck<br><br>#: 3:17-cv-00601-MHL<br><br>**STATEMENT IN RESPONSE TO "DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE" BY NON-PARTY** |

## STATEMENT IN RESPONSE TO "DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE"

On this day, Tuesday, March 12, 2019, I, Steven Outtrim (a non-party), of the address 90

Franklin Rd, Auckland 1011 New Zealand declare that the following statement is true and

correct under penalty of perjury.

I am making this statement in response to allegations Defendant Jason Goodman has made about

me in a pleading that appears as document no. 78 in the court's record. Specifically Defendant

has stated in document no. 78:

- that I am a co-conspirator in a plot against him,

- that I am a participant in a Ponzi scheme using the Steemit.com blogging site, and

- that I am involved with money laundering

These allegations are completely untrue and Mr. Goodman has provided no evidence to support

them.

I am a retired businessman from New Zealand. I have started two (2) technology companies which were publicly listed via Initial Public Offerings (IPOs) and two (2) other businesses which were acquired in trade sales. I created applications software which was named by WIRED magazine as the #3 most downloaded software on the Internet in 1997. See **Exhibit A**, Steve Outtrim Wikipedia Page; **Exhibit B**, Steve Outtrim LinkedIn profile. I have lived and worked in California under H1 and E2 visas since 2004, and have resided in New Zealand since July 2017.

I first became aware of Mr. Goodman when he interviewed YouTube presenter George Webb in May 2017. See **Exhibit C**, George Webb/Jason Goodman interview. Mr. Webb was known to me as a promoter of "Fake News" from Russian disinformation web sites like whatdoesitmean.com. Within two (2) weeks of their first televised meeting, Mr. Goodman and Mr. Webb used their live streaming audience to shut down the Port of Charleston with a fake "dirty bomb" hoax. See **Exhibit D**, "Clear and Present Danger" YouTube show. I was watching the stream live and tried to comment in the chat that "dirty bombs" cannot be made from Uranium (see **Exhibit E**, Wikipedia page for Dirty Bomb); however, my messages were deleted.

When Mr. Goodman and his apparent "accomplice" Korey Atkins aka "Quinn Michaels" presented a YouTube show about a secret underground city beneath the site of the festival known as "Burning Man" (see Reno, Nevada), it was claimed by the two that the weight of all the people on the planet was causing the earth's rotation to slow down, and I wrote a post debunking their claims at the steemit.com web site.

https://steemit.com/truth/@steveouttrim/short-bus-physics-with-quinn-and-j-go

(Reproduced in **Exhibit F**)

This post received 13 positive votes, earning $1.48. (See **Exhibit G**)

Two of the votes were from others named as "co-conspirators" by Jason Goodman in court document no. 78: "frankbacon" (Tyroan Simpson) and "defango" (Manuel Chavez III). I have never met either of these people, and both of them have made multiple public statements disparaging me. The suggestion that I would join a criminal conspiracy with my most vocal critics is preposterous, and I deny it emphatically.

The opinions expressed in this blog post were my own. I was not asked to write it or alter it by any person and was not paid money to write it. The nature of the Steemit software, which Mr. Goodman fails to understand despite his claims to have done significant research into the technology, is that "Steem Dollars" are allocated to the people who like a post. The $1.48 of Steem Dollars generated by the post came after it was published from the votes of people who enjoyed reading it, something entirely out of my control.

In December 2018, I interviewed a former collaborator of Jason Goodman on my podcast (**Exhibit H** – Queen Tut Spills the Beans). Susan Lutzke aka Queen Tut has been named as a co-defendant in this lawsuit and has also been named as a co-conspirator by Defendant Goodman (doc. no. 78). She appeared on dozens of shows on Jason Goodman's channel and contributed research to him. During this interview (**Exhibit H**), she disclosed that Jason Goodman's source "Deep Uranium" aka Rock Hudson" aka "Mr Hudson" was actually an FBI informant/provocateur named Okey Marshall Richards, Jr. He was working in close collaboration with Jason Goodman and his accomplice George Webb Sweigert in their "Clear and Present Danger" disinformation operation to shut down the Port of Charleston.

Queen Tut further revealed connections between Mr. Goodman and Aerocine, a corporation that listed Mr. Goodman as the CEO. Aerocine flew advanced imagery drones over the Chernobyl

nuclear site near Kiev, Ukraine, a couple of weeks before the Maidan Revolution broke out there. See **Exhibit I** (Goodman CEO of Aerocine), **Exhibit J** (Goodman presentation on Ukraine drone flight as CEO of Aerocine, two (2) weeks after Maidan Revolution). Mr. Goodman was married to a Ukrainian and appears to speak fluent Russian (**Exhibit K**).

The involvement of Russians and Ukrainians on social media channels in "active measures" disinformation operations, smear campaigns, gang-stalking, and cyber-attacks is of great concern to me. The large number of former CIA, FBI, and military intelligence guests on Mr. Goodman's channel all tell similar stories that are highly critical of the United States government. Mr. Goodman has promoted content such as how to modify household appliances to create directed energy weapons (**Exhibit L**), which are considered Weapons of Mass Destruction by the U.S. Department of Defense (**Exhibit M**)

Finally, I would like to bring to the Court's attention a demonstrably false claim made by Mr Goodman (doc. no. 78). He said "Defendant Goodman is not and has never been associated in any way with Mossad, Arnan Milchan or the film director and accused rapist Singer". This is disproven by Defendant's own corporate web site, which promoted his association with Singer (**Exhibit N**).

I am one of the pioneers of the World Wide Web and have seen many things happen on the Internet over the last 25 years. Shutting down the 8th busiest port in the nation with a crowd-sourced "swarm" attack (Port of Charleston) based on easily debunkable fake news is very alarming, and highlights the vulnerabilities of critical infrastructure to future attacks.

I emphatically deny all of Jason Goodman's claims about me (doc. no. 78), and would be happy to provide the Court with further information upon request.

Yours truly,

Steve Outtrim

I hereby certify (under the penalties of perjury) that the following attached exhibits are true and correct copies of the appropriate screen shots.

Copies forwarded to the following:

**CLERK OF COURT**
**United States District Court**
**Eastern District of Virginia**
**701 E Broad St.**
**Richmond, VA 23219**
**USA**

**Exhibit A** – Steve Outtrim Wikipedia Page

https://en.wikipedia.org/wiki/Steve_Outtrim

# Steve Outtrim

From Wikipedia, the free encyclopedia

(Redirected from Steve outtrim)
Jump to navigationJump to search

| Steve Outtrim | |
|---|---|
| Born | 1973 |
| Education | Victoria University of Wellington |
| Occupation | Entrepreneur former CEO of Sausage Software |
| Years active | 1995 - current |
| Known for | Pioneer / entrepreneur of Sausage software |
| Website | www.linkedin.com/in/steveouttrim |

**Steve Outtrim** (born 1973) is a technology entrepreneur from New Zealand. He is best known for his success in the early "dot com years" of the Internet, as the creator of Sausage Software and its flagship product, the HotDog Web Editor. He has also founded software company Urbanise[1] and environment solutions company ekoLiving and is the former owner of nutraceutical company Aussie Bodies. In 2017 he founded blockchain consulting firm zMint.co and joined the advisory board of Etherical[2] and Sheltercoin[3]. He is the editor and main writer of Burners.me, a website that discusses Burning Man culture.[4]

## Contents

- 1Early life and education
- 2First business success
- 3Dot-com pioneer
- 4Current activities
- 5References

## Early life and education[edit]

Outtrim was born in Wellington, New Zealand in 1973 and graduated from Wellington College (New Zealand) high school in 1989. By 1992 he had completed a Bachelor of Commerce and Administration (BCA), from Victoria University of Wellington

## First business success[edit]

Outtrim founded Sausage Software in 1995. At that stage of the Internet's development, graphics had only just come to the World Wide Web, with Marc Andreessen's breakthrough NCSA Mosaic, which later became Netscape. There were very

few pages with images, and not much search capability. Yahoo was just a list of interesting content, before it was a search engine.

Outtrim wanted to make a Web page and put up a picture of himself and information about the music he liked. He tried using HoTMetaL and Web Edit but was frustrated when both programs crashed with the blue screen of death. He decided he could do a better job himself. He built HotDog, an HTML Authoring tool using Visual Basic.[5] It could write Web pages like a word processor, with a WYSIWYG interface, an auto-save feature and other features designed to make it easy to manage sites with many pages. Steve incorporated easy to use, context sensitive help which the competing programs lacked.[6]

He created his own superdistribution system using cryptography and the Windows Registry. This enabled the business model of Sausage Software, which was to give away something of value for free, but time limit its use to 30 days. This "Free/Pro" distribution model was known as Shareware, and was employed by many small software vendors on the Internet and Bulletin Board Systems (BBS). However very few of them used sophisticated techniques to enforce the 30-day time limit, or electronic direct marketing to convert users from the free version to the paid version.[7]

Sausage Software grew rapidly despite competition from major software houses such as Microsoft, Adobe Systems, Symantec and IBM.[8] In 1997 Wired magazine rated HotDog the No. 3 most popular program on the Internet, after Netscape (browser) and Eudora (mail client).[9] [10]

## Dot-com pioneer[edit]

Outtrim was one of the first people to create a successful global e-commerce business on the Internet.[11] Sausage.com was a fully automated business, open 24/7 in every country in the world and with no staff or inventory required to make a sale. Steve employed software developers and customer support staff, who used the internet to rapidly incorporate user suggestions into the product and release them back to the user community. Within a month of launch he had customers in more than 200 different countries. The customers would get the program for free, use it for 30 days, then if they wanted to keep using it, provide their credit card details to a secure web server, and receive an email with a 16-digit licensing code. This code was locked to the user name and email address using a cryptographic hash, to discourage piracy.[12]

Outtrim took Sausage Software public on the Australian Stock Exchange in October 1996. This made him the youngest CEO of a public company in Australia. In 2000 he left the company when it merged with SMS Management and Technology, an IT consulting firm.[13] He reportedly made A$51 million from the company after selling off large parts of his share before the dot com crash.[14] Outtrim was an early promoter of Java technology from Sun Microsystems, creating the first Java applets to be sold over the Internet[15] and the first Java micropayments system.[16]

## Current activities[edit]

Outtrim left Sausage Software in an executive role in 1999 and departed from the board of directors in 2000.[17]

Since then he has been involved in a number of start-up companies, most notably as:

- Former owner of Aussie Bodies, which was acquired by Healtheries in 2004.[18]
- Founder of software company Majitek, which closed a Series B investment with Cisco Systems in February 2009[19] and opened an office in Dubai.[20]
- Founder and owner of ekoLiving which specialises in environmental technology solutions using software, hardware, and networks. ekoLiving is a pioneer in the emerging field of Smart Environments, which is sometimes referred to as pervasive computing or Ubiquitous computing.[citation needed]
- He created an "energy group" (named eKoSchool) at his former school, Wellington College. The aim of this group is to find ways of reducing energy usage.

In 2014, Majitek changed its name to Urbanise.com and listed on the Australian Stock Exchange (ASX code: UBN). Its technology is being used in the world's 4 tallest buildings. Outtrim stepped down from the Board before the IPO.[21]

In 2017, Steve Outtrim founded zMint to help companies get on the blockchain.[22]

Outtrim is a supporter of the Internet Party as of 2017.[23]

## References[edit]

1. ^ Australian Financial Review Sep 2014 "How Small Tech Company Urbanise Tapped Big Asian Money"
2. ^ Bitcoin.com Jan 2018 "3D-Token ICO Etherical Invests in Factory 4.0
3. ^ Sheltercoin web site
4. ^ Burners.Me Dec 2014 "What's In A Name"
5. ^ Borland Delphi News "Sausage dumps 'unstable' Visual Basic, adopts Delphi"
6. ^ Smart Computing, October 1997 Editorial.
7. ^ ITWire Mar 2008 Be the Next Big Thing in open sourceArchived 22 November 2008 at the Wayback Machine

8.  ⌃ Computerworld Oct 1997 HotDog still sizzles, Snaglets off menu says Sausage Man Archived 28 September 2011 at the Wayback Machine
9.  ⌃ Wired magazine 5.05 May 1997 Hot Links
10. ⌃ Atari SIG historical archive Five Days at Computer = $7.5 Mil
11. ⌃ Wired magazine issue 8.07 Melbourne one of 46 global Venture Capitals
12. ⌃ Sydney Morning Herald April 1996 IRC chat with Steve Outtrim
13. ⌃ Sausage Software and SMS merger. ZDNet
14. ⌃ ARNNet Agnes King 3 July 2000 The Sausage maker jumps from barbie to pool
15. ⌃ Business Week May 1996 Java's Cup Runneth Over
16. ⌃ xent.com May 97 eVend
17. ⌃ Computerworld 2000 Sausage Founder Cashes in his Chips
18. ⌃ The Age 2003 Outtrim Puts His Money Where His Mouth Is
19. ⌃ Computerworld 2009 Cisco taps Australian expertise for global venture Archived 19 March 2009 at the Wayback Machine
20. ⌃ ITWire 2009 Majitek opens Middle East base, appoints new CEO Archived 11 February 2009 at the Wayback Machine
21. ⌃ Business Review Weekly 2014 Sausage machine: How former 'dotcom darlings' pulled off Urbanise IPO
22. ⌃ Stuff.co.nz Dec 2017 "Demystifying Blockchain"
23. ⌃ Steve Outtrim. "Because it's today, I can tell you that I voted for @InternetPartyNZ . Love their #AntiSpyBill a party with vision".

**Exhibit B** – Steve Outtrim LinkedIn Profile
https://www.linkedin.com/in/steveouttrim/

Contact
steveo@ekoliving.com

www.linkedin.com/in/steveouttrim
(LinkedIn)
www.coitstaffing.com (Company)
www.majitek.com (Other)
www.reallocate.org (Other)

Top Skills
E-commerce
Lateral Thinking
Persistence

# Steve Outtrim

**Chairman at zMint Group**
Auckland, New Zealand

## Summary

1993 moved to Australia from Wellington, New Zealand

1995 founded Sausage Software

1995 wrote HotDog, easy way to make web sites

1996 took Sausage Software public: youngest CEO of a public company in Australian history

1997 HotDog named #3 most popular program on the Internet by Wired Magazine

1999 Intel, Telstra, St George invest in Sausage Software

1999 founded private equity company Pagan Investments, triple-bottom line focus

2000 sold most of stake in Sausage Software

2000 founded Majitek

2001 purchased Aussie Bodies; Director

2004 sold most of Aussie Bodies

2004-2006 director, Majitek US

2006 founded ekoLiving.com, Greater Springfield Digital Edge Corporation Pty Ltd

2007 sold remaining stake in Aussie Bodies

2007 founded Majitek Middle East

2009 Cisco invests in Majitek, "Intelligent Urbanization"

2010 investments in Grid-Net, Nukotoys, RedTXT, Festquest

2010 joined advisory board, MaestroConference

2011 Majitek and Emrill (UAE) form partnership

2011 founding board member of charity Reallocate.org

2011 Entrepreneur in residence, Coit Group

2011 joined advisory board, ShopCity.com

2012 started painting containers: ekoVillages.com

2012 investment: Socure

2012 started real estate development, Costa Rica: investment in Puerta La Vida

2013 first containers deployed, Treasure Island

2013 shipping containers sent to [freespace]; commendation from Mayor, SF Chronicle

2013 shipping containers donated to Reallocate, Learning Shelter

2013 Investments, Zoom Systems, Startup House, MaxSec (Australia)

2014 Majitek renamed Urbanise.com, IPO in Australia announced.

2014 Burj Khalifa and 3 next tallest residential buildings run Urbanise; 100+ skyscrapers

2014 Stepped down from Urbanise board

2014 September 22: UBN IPO. 40% first day pop beats Ali Baba (38%)

2013-2017 shadow history research project

2017 Investment in Presearch.io

2017 Moved to Auckland, New Zealand to start zMint

2017 Advisory Board SHELTERCOIN, Etherical

2018 Advisory Team NewYorkCoin

_____

## Experience

**zMint Group**
**Chairman**
**July 2017 - Present**
Auckland, New Zealand; Tallinn, Estonia

zMint Limited provides software design and consulting for decentralized application development, blockchain, distributed ledger, crypto, digital tokens. zMint Group OO is a government-licensed cryptocurrency wallet and exchange operator.

**New York Coin**
**Member Of The Advisory Team**
**July 2018 - Present**
Greater New York City Area

New York Coin (NYC) launched on March 6th, 2014. Original developer disappeared at launch and is still unknown to this date. NYC is a fair launch cryptocurrency with no pre-mine. NYC is completely open-source code with searchable block explorers. NYC enables a free worldwide network with lightning fast transactions. A worldwide group of dedicated miners have kept the NYC network confirming transactions every 30 seconds for the past 4+ years.

In January 2018, NYC finally got noticed. A worldwide, decentralized group of developers joined the NYC Community and began updating the aging code, nodes and wallets. NYC has begun attracting high-caliber tech talent

from Fortune 100 Companies recently. After nearly 4 years of stagnant development, the NYC Devs have completed core wallet updates, updated nodes, developed Electrum NYC wallets and are currently in the process of implementing a fork to update network security (protect against 51% attacks) and begin block reward halving. The future is bright for NYC.

NYC is a basic money transfer system. No frills, no whitepaper, just the basics that Bitcoin and Litecoin offer. Worldwide, anonymous transfer of funds. NYC just does it faster and does it cheaper. NYC is lightning fast - test it! Unconfirmed transactions worldwide in 1-2 seconds. Confirmations every 30 seconds since 2014. And there are no fees to send funds. Zero fees. NYC offers FREE, lightning-fast worldwide money transfer. NYC is actually usable at the retail level. Bitcoin is not feasible for time-sensitive daily consumer purchases. NYC is simply a more usable version of Bitcoin.

### Etherical ZEA
**Founder**
November 2017 - Present
Estonia, Auckland

Based on the ageless investment philosophy of Buy Low, Sell High, Etherical pools tokens from a decentralized community to exchange for brand new and up-and-coming tokens. Etherical operates multiple portfolios, and pays out ZEA to proof of stake ERC20 wallet holders. Etherical Alpha portolio pays out with every profitable exit, Bravo portfolio pays out a share of profits each quarter the portfolio grows more than 10%. Etherical's Token Generation Event is being processed by zMint Group OÜ, a government-licensed cryptocurrency exchange. +60% bonus before public sale begins on Sep 23, 2018. For citizens of the United States, New Zealand and Estonia, participation in Etherical is available by application to professional investors and corporations only.

### SHELTERCOIN Foundation MTÜ
**Founding Member**
March 2018 - Present
Tallinn, Estonia

SHLT - SHELTERCOIN is the token for international rescue and disaster response.



We have all seen how a centralized, bureaucratic approach to disaster relief results in a tiny fraction of the money raised from the public actually going to the people in need. We believe there is a better way.

**Urbanise (Majitek, Myretsu, Pagan Labs)**
Founder
April 2014 - October 2017 (3 years 7 months)
Majitek renamed Urbanise. The 4 largest residential buildings in the world are all running Urbanise's platform.

Urbanise named 4th fastest growing company in 2015 Deloitte Fast 50

**Reallocate.org**
Director
June 2011 - December 2016 (5 years 7 months)
reallocate is a non-profit organization that leverages a volunteer network of high-level technologists, designers, and innovative thinkers to holistically work real-world problems.

reallocate gives experts the structure and means to identify and address issues faced in developing areas in disenfranchised parts of the world.

reallocate is capable of assessing a wide range of problems and executing innovative and effective solutions by dynamically assembling teams of world class talent, and giving them the requisite resources through strategic partnerships and funding.

**ekoLiving**
Founder and Chairman
April 2006 - December 2013 (7 years 9 months)
San Francisco Bay Area
Modular, mobile, temporary solutions for housing, office space, emergency relief shelter.
Up-cycled shipping containers. ekoVillages are environmentally friendly and can be deployed worldwide. Building automation, security, systems integration, Internet of Things.
We create smart environments.

**Coit Group**
Entrepreneur in Residence

July 2011 - June 2013 (2 years)

Coit Ventures Superincubator helps develop early-stage ideas and companies into sustainable businesses. We add value with strategy, networks, experience, infrastructure, and best practice methodologies. We mentor entrepreneurs and help a small company operate like they're bigger and more established. We accelerate your company's growth and help to fund it through our network of angel and early stage investors.

**ekoLiving**
**Chairman and Founder**
April 2006 - June 2011 (5 years 3 months)

Smart Buildings, Smart Cities, Smart Facilities. Specialising in large-scale property developments and assisted living facilities.

We offer Smart Home technology packages that enhance Environmental Efficiency, Convenience, Security, Entertainment, and Lighting systems.

ekoLiving's packages are designed for multi-unit, large-scale, "Smart City" and "Smart Apartment" developments. Specific solutions are also available for Aged Care (Assistive Living Technology), Luxury Villas, campuses, and high-security facilities.

ekoLiving uses globally proven technology like Java, Majitek, LONWorks, eKey, Palladine, Elegine.

Combined with Majitek's world-class software for Digital Service Providers, ekoLiving changes the game for large scale property developments.

FTTP doesn't make a city smart; neither do a bunch of smart meters. A truly smart city requires an integrated network of smart buildings and devices - ekoLiving offers a future-proof, open standards-based solution.

**Sausage Software**
**CEO**
1995 - 2000 (6 years)

Founded 95, took public 96: youngest public company CEO at 23, previous record held by Rupert Murdoch since 1950's.

Sausage made Web tools. Most successful product:HotDog, HTML authoring made it easy to create Web pages.



In 1996 Wired Magazine rated HotDog the #3 most popular program on the Internet, after Netscape Navigator (early browser) and Eudora (email).

Sausage Software was early pioneer of Java technology, creating first commercial Java applet (Egor Animator), and the first network based e-commerce micropayment system (eVend).

At its peak Sausage Software had more than 3 million customers in over 200 countries, with a market cap of $1.7 billion, and 1200+ employees.

IPO investors bought at 75c, shares hit $8.20. Significant investment was made in Sausage Software by Telstra, Intel and St George Bank.

Steve left as CEO in 1999, and the board in 2000, delivering returns in excess of 300% in < 3 years for shareholders. The company merged with SMX.

Inland Revenue NZ
Systems Programmer
1990 - 1992 (3 years)

———

## Education

### Victoria University of Wellington

BCA, management,conservation,organisational behaviour · (1990 - 1992)

**Exhibit C,** George Webb/Jason Goodman interview May 18 2017

https://www.youtube.com/watch?v=Rbr3pmfhEgU



Crowdsource the Truth Interviews George Webb Interview 02 - Part 1
35,752 views

Jason Goodman
Published on 30 May 2017

SUBSCRIBED 80K

Support this movement, become a sponsor of Crowdsource the Truth

http://paypal.me/crowdsourcethetruth

With Hillary's henchmen closing in on all sides, George and I have temporarily split up to do double duty. Brooklyn comedian Johnny B is on the way to help George sidestep SEIU goons at the Brooklyn Marriott and George has insisted that I upload our second interview ASAP. We are in "damn the torpedoes" mode so the video is incomplete, but let's call this Part 1. This was originally recorded on May 18, and lead directly to me joining the investigation full time. It's been a busy two weeks and I have not been able to complete post production, so please refrain from any comments that pertain to technical shortcomings.

**Legal Disclaimer: Sponsorship of Crowdsource the Truth is made at the sponsor's sole discretion. Sponsorship funds are not tax-deductible, are non-refundable, and do not represent any ownership, equity interest or decision-making authority in the organization.

**Exhibit D** – Clear and Present Danger (Calm Before The Storm?) #maerskmemphis  YouTube
Episode 14 Jun 2017

https://www.youtube.com/watch?v=ekr5cw2WAbU



**Clear and Present Danger (Calm Before the Storm?)
#maerskmemphis**

Jason Goodman •   80,169 subscribers     72K views • Streamed 1 year ago •

Support this movement, become a sponsor of Crowdsource the Truth
http://paypal.me/crowdsourcethetruth or join us on Patreon ...



Clear and Present Danger (Calm Before the Storm?) #maerskmemphis
72,205 views

770     196     SHARE     SAVE



Jason Goodman
Streamed live on 14 Jun 2017

SUBSCRIBED  80K

Support this movement, become a sponsor of Crowdsource the Truth

http://paypal.me/crowdsourcethetruth

or join us on Patreon - https://www.patreon.com/user

George receives startling intel from "Deep Uranium" indicating a strong possibility of Clear and
Present Danger due to illicit radiological material on board the Maersk Memphis.

If you haven't seen this, watch the Crowdsource community spring into action to alert the USCG of
this serious threat. Multiple main stream news stories as well as other first hand reports since this
event have revealed the extent of depleted uranium proliferation we face today.

This is the video the kicked off the RDS / DF / H.A.C.K. Goodman / CNN / NY Times fueled
#fakenews nonsense about a dirty bomb "hoax". Threats are real, neutralizing threats is our duty.

**Exhibit E** Wikipedia Page for Dirty Bomb

https://en.wikipedia.org/wiki/Dirty_bomb

# Dirty bomb

From Wikipedia, the free encyclopedia
Jump to navigationJump to search
*For other uses, see Dirty bomb (disambiguation).*
*Not to be confused with Salted bomb.*

## Terrorism

- **Definitions**
- **History**
- **Incidents**

**By ideology**[show]

**Structure**[show]

- **Methods**
- **Tactics**

[show]

**Terrorist groups**[show]

**Adherents**[show]

**Response to terrorism**[show]

- v
- t
- e

A **dirty bomb** or **radiological dispersal device (RDD)** is a speculative radiological weapon that combines radioactive material with conventional explosives. The purpose of the weapon is to contaminate the area around the dispersal agent/conventional explosion with radioactive material, serving primarily as an area denial device against civilians. It is, however, not to be confused with a nuclear explosion, such as a fission bomb, which by releasing nuclear energy produces blast effects far in excess of what is achievable by the use of conventional explosives.

Though an RDD would be designed to disperse radioactive material over a large area, a bomb that uses conventional explosives and produces a blast wave would be far more lethal to people than the hazard posed by radioactive material that may be mixed with the explosive.[1] At levels created from probable sources, not enough radiation would be present to cause severe illness or death. A test explosion and subsequent calculations done by the United States Department of Energy found that assuming nothing is done to clean up the affected area and everyone stays in the affected area for one year, the radiation exposure would be "fairly high" but not fatal.[2][3] Recent analysis of the nuclear fallout from the Chernobyl disaster confirms this, showing that the effect on many people in the surrounding area, although not those in proximity, was almost negligible.[4]

Since a dirty bomb is unlikely to cause many deaths by radiation exposure, many do not consider this to be a weapon of mass destruction.[2] Its purpose would presumably be to create psychological, not physical, harm through ignorance, mass panic, and terror. For this reason dirty bombs are sometimes called "weapons of mass disruption". Additionally, containment and decontamination of thousands of victims, as well as decontamination of the affected area might require considerable time and expense, rendering areas partly unusable and causing economic damage.

**Contents**

- 1 Dirty bombs and terrorism
    - 1.1 Effect of a dirty bomb explosion
    - 1.2 Accidents with radioactives
    - 1.3 Public perception of risks
    - 1.4 Constructing and obtaining material for a dirty bomb
    - 1.5 Possibility of terrorist groups using dirty bombs
- 2 Dirty bomb tests
- 3 Detection and prevention
- 4 Personal safety
- 5 Other uses of the term
- 6 In popular culture
- 7 See also
- 8 References
    - 8.1 Notes
    - 8.2 Works cited
- 9 External links

## Dirty bombs and terrorism[edit]

*Further information: Nuclear terrorism*

Since the 9/11 attacks the fear of terrorist groups using dirty bombs has increased immensely, which has been frequently reported in the media.[5] The meaning of terrorism used here, is described by the U.S. Department of Defense's definition, which is "the calculated use of unlawful violence or threat of unlawful violence to inculcate fear; intended to coerce or to intimidate governments or societies in the pursuit of goals that are generally political, religious, or ideological objectives".[6] There have only ever been two cases of caesium-containing bombs, and neither was detonated. Both involved Chechnya. The first attempt of radiological terror was carried out in November 1995 by a group of Chechen separatists, who buried a caesium-137source wrapped in explosives at the Izmaylovsky Park in Moscow. A Chechen rebel leader alerted the media, the bomb was never activated, and the incident amounted to a mere publicity stunt.[7]

In December 1998, a second attempt was announced by the Chechen Security Service, who discovered a container filled with radioactive materials attached to an explosive mine. The bomb was hidden near a railway line in the suburban area Argun, ten miles east of the Chechen capital of Grozny. The same Chechen separatist group was suspected to be involved.[8] Despite the increased fear of a dirty bombing attack, it is hard to assess whether the actual risk of such an event has increased significantly.[9] The following discussions on implications, effects and probability of an attack, as well as indications of terror groups planning such, are based mainly on statistics, qualified guessing and a few comparable scenarios.

## Effect of a dirty bomb explosion[edit]

When dealing with the implications of a dirty bomb attack, there are two main areas to be addressed: (i) the civilian impact, not only dealing with immediate casualties and long term health issues, but also the psychological effect and then (ii) the economic impact. With no prior event of a dirty bomb detonation, it is considered difficult to predict the impact. Several analyses have predicted that RDDs will neither sicken nor kill many people.[10]

## Accidents with radioactives[edit]

The effects of uncontrolled radioactive contamination have been reported several times.

*See also: Lists of nuclear disasters and radioactive incidents*

One example is the radiological accident occurring in Goiânia, Brazil, between September 1987 and March 1988: Two metal scavengers broke into an abandoned radiotherapy clinic and removed a teletherapy source capsule containing powdered caesium-137 with an activity of 50 TBq. They brought it back to the home of one of the men to take it apart and sell as scrap metal. Later that day both men were showing acute signs of radiation illness with vomiting and one of the men had a swollen hand and diarrhea. A few days later one of the men punctured the 1 mm thick window of the capsule, allowing the caesium chloride powder to leak out and when realizing the powder glowed blue in the dark, brought it back home to his family and friends to show it off. After 2 weeks of spread by contact contamination causing an increasing number of adverse health effects, the correct diagnosis of acute radiation sickness was made at a hospital and proper precautions could be put into procedure. By this time 249 people were contaminated, 151 exhibited both external and internal contamination of which 20 people were seriously ill and 5 people died.[11]

The Goiânia incident to some extent predicts the contamination pattern if it is not immediately realized that the explosion spread radioactive material, but also how fatal even very small amounts of ingested radioactive powder can be.[12] This raises worries of terrorists using powdered alpha emitting material, that if ingested can pose a serious health risk,[13] as in the case of deceased former K.G.B. spy Alexander Litvinenko, who either ate, drank or inhaled polonium-210. "Smoky bombs" based on alpha emitters might easily be just as dangerous as beta or gamma emitting dirty bombs.[14]

*Main article: Goiânia accident*

## Public perception of risks[edit]

For the majority involved in an RDD incident, the radiation health risks (i.e. increased probability of developing cancer later in life due to radiation exposure) are comparatively small, comparable to the health risk from smoking five packages of cigarettes on a daily basis.[15] The fear of radiation is not always logical. Although the exposure might be minimal, many people find radiation exposure especially frightening because it is something they cannot see or feel, and it therefore becomes an unknown source of danger. Dealing with public fear may prove the greatest challenge in case of an RDD event.[16] Policy, science and media may inform the public about the real danger and thus reduce the possible psychological and economic effects.

Statements from the U.S. government after 9/11 may have contributed unnecessarily to the public fear of a dirty bomb. When United States Attorney General John Ashcroft on June 10, 2002, announced the arrest of José Padilla, allegedly plotting to detonate such a weapon, he said:

[A] radioactive "dirty bomb" (...) spreads radioactive material that is highly toxic to humans and can cause mass death and injury.

— *Attorney General John Ashcroft*[12]

This public fear of radiation also plays a big role in why the costs of an RDD impact on a major metropolitan area (such as lower Manhattan) might be equal to or even larger than that of the 9/11 attacks.[12] Assuming the radiation levels are not too high and the area does not need to be abandoned such as the town of Pripyat near the Chernobyl reactor,[17] an expensive and time consuming cleanup procedure will begin. This will mainly consist of tearing down highly contaminated buildings, digging up contaminated soil and quickly applying sticky substances to remaining surfaces so that radioactive particles adhere before radioactivity penetrates the building materials.[18] These procedures are the current state of the art for radioactive contaminationcleanup, but some experts say that a complete cleanup of external surfaces in an urban area to current decontamination limits may not be technically feasible.[12] Loss of working hours will be vast during cleanup, but even after the radiation levels reduce to an acceptable level, there might be residual public fear of the site including possible unwillingness to conduct business as usual in the area. Tourist traffic is likely never to resume.[12]

There is also a psychological warfare element to radioactive substances. Visceral fear is not widely aroused by the daily emissions from coal burning, for example, even though a National Academy of Sciences study found this causes 10,000 premature deaths a year in the US population of 317,413,000. Medical errors leading to death in U.S. hospitals are estimated to be between 44,000 and 98,000. It is "only nuclear radiation that bears a huge psychological burden — for it carries a unique historical legacy".[19]

## Constructing and obtaining material for a dirty bomb[edit]

In order for a terrorist organization to construct and detonate a dirty bomb, it must acquire radioactive material. Possible RDD material could come from the millions of radioactive sources used worldwide in the industry, for medical purposes and in academic applications mainly for research.[20] Of these sources, only nine reactor produced isotopes stand out as being suitable for radiological terror: americium-241, californium-252, caesium-137, cobalt-60, iridium-192, plutonium-238, polonium-210, radium-226 and strontium-90,[9] and even from these it is possible that radium-226 and polonium-210 do not pose a significant threat.[21] Of these sources the U.S. Nuclear Regulatory Commission has estimated that within the U.S., approximately one source is lost, abandoned or stolen every day of the year. Within the European Union the annual estimate is 70.[22] There exist thousands of such "orphan" sources scattered throughout the world, but of those reported lost, no more than an estimated 20 percent can be classified as a potential high security concern if used in a RDD.[21] Especially Russia is believed to house thousands of orphan sources, which were lost following the collapse of the Soviet Union. A large but unknown number of these sources probably belong to the high security risk category. Noteworthy are the beta emitting strontium-90 sources used as radioisotope thermoelectric generators for beacons in lighthouses in remote areas of Russia.[23] In December 2001, three Georgian woodcutters stumbled over such a power generator and dragged it back to their camp site to use it as a heat source. Within hours they suffered from acute radiation sickness and sought hospital treatment. The International Atomic Energy Agency (IAEA) later stated that it contained approximately 40 kilocuries (1.5 PBq) of strontium,[24] equivalent to the amount of radioactivity released immediately after the Chernobyl accident (though the total radioactivity release from Chernobyl was 2500 times greater at around 100 MCi (3,700 PBq)[25]).

Although a terrorist organization might obtain radioactive material through the "black market",[26] and there has been a steady increase in illicit trafficking of radioactive sources from 1996 to 2004, these recorded trafficking incidents mainly refer to rediscovered orphan sources without any sign of criminal activity,[9] and it has been argued that there is no conclusive evidence for such a market.[27] In addition to the hurdles of obtaining usable radioactive material, there are several conflicting requirements regarding the properties of the material the terrorists need to take into consideration: First, the source should be "sufficiently" radioactive to create direct radiological damage at the explosion or at least to perform societal damage or

will be too heavy to maneuver. Third, the source should be sufficiently dispersible to effectively contaminate the area around the explosion.[26]

An example of a worst-case scenario is a terror organization possessing a source of very highly radioactive material, e.g. a strontium-90 thermal generator, with the ability to create an incident comparable to the Chernobyl accident. Although the detonation of a dirty bomb using such a source might seem terrifying, it would be hard to assemble the bomb and transport it without severe radiation damage and possible death of the perpetrators involved. Shielding the source effectively would make it almost impossible to transport and a lot less effective if detonated.

Due to the three constraints of making a dirty bomb, RDDs might still be defined as "high-tech" weapons and this is probably why they have not been used up to now.[28]

## Possibility of terrorist groups using dirty bombs[edit]

The present assessment of the possibility of terrorists using a dirty bomb is based on cases involving ISIS. This is because the attempts by this group to acquire a dirty bomb coming to light in all forms of media, in part due to the attention this group received for their involvement in the London bridge attack.

On 8 May 2002, José Padilla (a.k.a. Abdulla al-Muhajir) was arrested on suspicion that he was an Al-Qaeda terrorist planning to detonate a dirty bomb in the U.S. This suspicion was raised by information obtained from an arrested top Al-Qaeda official in U.S. custody, Abu Zubaydah, who under interrogation revealed that the organization was close to constructing a dirty bomb. Although Padilla had not obtained radioactive material or explosives at the time of arrest, law enforcement authorities uncovered evidence that he was on reconnaissance for usable radioactive material and possible locations for detonation.[29] It has been doubted whether José Padilla was preparing such an attack, and it has been claimed that the arrest was highly politically motivated, given the pre-9/11 security lapses by the CIA and FBI.[30]

Later, these charges against José Padilla were dropped. Although there was no hard evidence for Al-Qaeda possessing a dirty bomb, there is a broad agreement that Al-Qaeda poses a potential dirty bomb attack threat[31] because they need to overcome the alleged image that the U.S. and its allies are winning the war against terror.[5] A further concern is the argument, that "if suicide bombers are prepared to die flying airplanes into buildings, it is also conceivable that they are prepared to forfeit their lives building dirty bombs".[32] If this would be the case, both the cost and complexity of any protective systems needed to allow the perpetrator to survive long enough to both build the bomb and carry out the attack, would be significantly reduced.[12]

Several other captives were alleged to have played a role in this plot.[33] Guantanamo captive Binyam Mohammed has alleged he was subjected to extraordinary rendition, and that his confession of a role in the plot was coerced through torture.[34][35] He sought access through the American and United Kingdom legal systems to provide evidence he was tortured.[36][37] Guantanamo military commission prosecutors continue to maintain the plot was real, and charged Binyam for his alleged role in 2008. However they dropped this charge in October 2008, but maintain they could prove the charge and were only dropping the charge to expedite proceedings. US District Court Judge Emmet G. Sullivan insisted that the administration still had to hand over the evidence that justified the dirty bomb charge, and admonished United States Department of Justice lawyers that dropping the charge "raises serious questions in this court's mind about whether those allegations were ever true."

In 2006, Dhiren Barot from North London pleaded guilty of conspiring to murder innocent people within the United Kingdom and United States using a radioactive dirty bomb. He planned to target underground car parks within the UK and buildings in the U.S. such as the International Monetary Fund, World Bank buildings in Washington D.C., the New York Stock Exchange, Citigroup buildings and the Prudential Financial buildings in Newark, New Jersey. He also faces 12 other charges including, conspiracy to commit public nuisance, seven charges of making a record of information for terrorist purposes and four charges of possessing a record of information for terrorist purposes. Experts say if the plot to use the dirty bomb was carried out "it would have been unlikely to cause deaths, but was designed to affect about 500 people."[38]

In January 2009, a leaked FBI report described the results of a search of the Maine home of James G. Cummings, a white supremacist who had been shot and killed by his wife. Investigators found four one-gallon containers of 35 percent hydrogen peroxide, uranium, thorium, lithium metal, aluminum powder, beryllium, boron, black iron oxide and magnesium as well as literature on how to build dirty bombs and information about cesium-137, strontium-90 and cobalt-60, radioactive materials.[39] Officials confirmed the veracity of the report but stated that the public was never at risk.[40]

In April 2009, the Security Service of Ukraine announced the arrest of a legislator and two businessmen from the Ternopil Oblast. Seized in the undercover sting operation was 3.7 kilograms of what was claimed by the suspects during the sale as plutonium-239, used mostly in nuclear reactors and nuclear weapons, but was determined by experts to be probably americium, a "widely used" radioactive material which is commonly used in amounts of less than 1 milligram in smoke detectors, but can also be used in a dirty bomb. The suspects reportedly wanted US$10 million for the material, which the Security Service determined was produced in Russia during the era of the Soviet Union and smuggled into Ukraine through a neighboring country.[41][42]

In July 2014, ISIS militants seized 88 pounds (40 kg) of uranium compounds from Mosul University. The material was unenriched and so could not be used to build a conventional fission bomb, but a dirty bomb is a theoretical possibility. However, uranium's relatively low radioactivity makes it a poor candidate for use in a dirty bomb.[43][44]

Little is known about civil preparedness to respond to a dirty bomb attack. The Boston Marathon appeared to many to be a situation with high potential for use of a dirty bomb as a terrorist weapon.[45] However, the bombing attack that occurred on April 15, 2013 did not involve use of dirty bombs. Any radiological testing or inspections that may have occurred falls wi

the attack were either conducted sub rosa or not at all. Also, there was no official dirty bomb "all clear" issued by the Obama administration. Massachusetts General Hospital had, apparently under their own disaster plan, issued instructions to their emergency room to be prepared for incoming radiation poisoning cases.[46]

Terrorist organizations may also capitalize on the fear of radiation to create weapons of mass disruption rather than weapons of mass destruction. A fearful public response may in itself accomplish the goals of a terrorist organization to gain publicity or destabilize society.[47] Even simply stealing radioactive materials may trigger a panic reaction from the general public. Similarly, a small-scale release of radioactive materials or a threat of such a release may be considered sufficient for a terror attack.[47] Particular concern is directed towards the medical sector and healthcare sites which are "intrinsically more vulnerable than conventional licensed nuclear sites".[47] Opportunistic attacks may range to even kidnapping patients whose treatment involve radioactive materials. Of note is the public reaction to the Goiânia accident, in which over 100,000 people admitted themselves to monitoring, while only 49 were admitted to hospitals. Other benefits to a terrorist organization of a dirty bomb include economic disruption in the area affected, abandonment of affected assets (such a buildings, subways) due to public concern, and international publicity useful for recruitment.[48]

## Dirty bomb tests[edit]

Israel carried out a four-year series of tests on nuclear explosives to measure the effects were "hostile forces" ever to use them against Israel, Israel's Haaretz daily newspaper reported June 8, 2015.[49]

## Detection and prevention[edit]

Dirty bombs may be prevented by detecting illicit radioactive materials in shipping with tools such as a Radiation Portal Monitor.[50] Similarly, unshielded radioactive materials may be detected at checkpoints by Geiger Counters, gamma-ray detectors, and even Customs and Border Patrol (CBS) pager-sized radiation detectors.[48] Hidden materials may also be detected by x-ray inspection and heat emitted may be picked up by infrared detectors. Such devices, however, may be circumvented by simply transporting materials across unguarded stretches of coastline or other barren border areas.[48]

One proposed method for detecting shielded Dirty Bombs is Nanosecond Neutron Analysis (NNA).[51] Designed originally for the detection of explosives and hazardous chemicals, NNA is also applicable to fissile materials. NNA determines what chemicals are present in an investigated device by analyzing emitted γ-emission neutrons and α-particles created from a reaction in the neutron generator. The system records the temporal and spatial displacement of the neutrons and α-particles within separate 3D regions.[51] A prototype dirty-bomb detection device created with NNA is demonstrated to be able to detect uranium from behind a 5 cm-thick lead wall.[51] Other radioactive material detectors include Radiation Assessment and Identification (RAID) and Sensor for Measurement and Analysis of Radiation Transients, both developed by Sandia National Laboratories.[52]

The International Atomic Energy Agency (IAEA) recommends certain devices be used in tandem at country borders to prevent transfer of radioactive materials, and thus the building of dirty bombs.[53] They define the four main goals of radiation detection instruments as detection, verification, assessment and localization, and identification as a means to escalate a potential radiological situation. The IAEA also defines the following types of instruments:[53]

- Pocket-Type Instruments: these instruments provide a low-power, mobile option to detection that allows for security officers to passively scan an area for radioactive materials. These devices should be easily worn, should have an alarm threshold of three times normal radiation levels, and should have a long battery life - over 800 hours.
- Handheld Instruments: these instruments may be used to detect all types of radiation (including neutron) and may be used to search specific targets flexibly. These instruments should aim for ease of use and speed, ideally weighing less than 2 kg and being able to make measurements in less than a second.
- Fixed, installed instruments: these instruments provide a continuous, automatic detection system that can monitor pedestrians and vehicles that pass through. To work effectively pedestrians and vehicles should be led close to the detectors, as performance is directly related to range.

Legislative and regulatory actions can also be used to prevent access to materials needed to create a dirty bomb. Examples include the 2006 U.S. Dirty Bomb Bill, the Yucca Flats proposal, and the Nunn-Lungar act.[52] Similarly, close monitoring and restrictions of radioactive materials may provide security for materials in vulnerable private-sector applications, most notably in the medical sector where such materials are used for treatments.[47] Suggestions for increased security include isolation of materials in remote locations and strict limitation of access.

One way to mitigate a major effect of a radiological weapons may also be to educate the public on the nature of radioactive materials. As one of the major concerns of a dirty bomb is the public panic proper education may prove a viable counter-measure.[48] Education on radiation is considered by some to be "the most neglected issue related to radiological terrorism".[47]

## Personal safety[edit]

See Acute radiation syndrome

The Dirty Bomb Fact Sheet from FEMA states that the main danger of a dirty bomb comes from the initial blast rather than the radioactive materials[54] To mitigate the risk of radiation exposure, however, FEMA suggests the following guidelines:

- Covering the mouth/nose with cloth to reduce risk of breathing in radioactive materials.
- Avoiding touching materials touched by the explosion.
- Quickly relocating inside to shield from radiation.
- Remove and pack up clothes. Keep clothes until instructed by authorities how to dispose of them.
- Keep radioactive dust outside.
- Remove all dust possible by showering with soap and water.
- Avoid taking potassium iodide, as it only prevents effects from radioactive iodine and may instead cause a dangerous reaction.

## Other uses of the term[edit]

The term has also been used historically to refer to certain types of nuclear weapons. Due to the inefficiency of early nuclear weapons, only a small amount of the nuclear material would be consumed during the explosion. Little Boy had an efficiency of only 1.4%. Fat Man, which used a different design and a different fissile material, had an efficiency of 14%. Thus, they tended to disperse large amounts of unused fissile material, and the fission products, which are on average much more dangerous, in the form of nuclear fallout. During the 1950s, there was considerable debate over whether "clean" bombs could be produced and these were often contrasted with "dirty" bombs. "Clean" bombs were often a stated goal and scientists and administrators said that high-efficiency nuclear weapon design could create explosions which generated almost all of their energy in the form of nuclear fusion, which does not create harmful fission products.

But the *Castle Bravo* accident of 1954, in which a thermonuclear weapon produced a large amount of fallout which was dispersed among human populations, suggested that this was not what was actually being used in modern thermonuclear weapons, which derive around half of their yield from a final fission stage of the fast fissioning of the uranium tamper of the secondary. While some proposed producing "clean" weapons, other theorists noted that one could make a nuclear weapon intentionally "dirty" by "salting" it with a material, which would generate large amounts of long-lasting fallout when irradiated by the weapon core. These are known as salted bombs; a specific subtype often noted is a cobalt bomb.

## In popular culture[edit]

- In the 1964 British movie *Goldfinger*, both Auric Goldfinger and James Bond refer to the nuclear device being smuggled into Fort Knox as "dirty."
- The crime drama television series *Numb3rs* has an episode that revolves around a dirty bomb (season 1, episode 10).
- In a two-part 2011 episode of *Castle*, former US soldiers plot to detonate a dirty bomb in New York City and frame a Syrian immigrant for the crime.
- In the 2012 series finale of *Flashpoint*, an officer is poisoned by caesium from a dirty bomb and is administered Prussian blue to assist in recovery.
- In the 2013 Indian movie *Vishwaroopam*, the plot revolves around a dirty bomb developed by scraping caesium from oncological equipment to trigger a blast in New York City.
- In the 2014 movie, *Batman: Assault on Arkham*, the Joker has a dirty bomb which he plans on detonating in Gotham.
- In the January 14, 2016 Republican presidential debates, Ben Carson referenced dirty bombs twice when speaking on US foreign policy.
- In the June 1, 2015 game by Splash Damage, Dirty Bomb, the game is played in a dirty bomb fallout area in London.
- In the *Madam Secretary* episode "Right of the Boom", a dirty bomb is detonated at a women's education conference in Washington, D.C.
- The American political drama web television series *House of Cards* has an episode that revolves around a dirty bomb (season 5, episode 7).
- In the 2006 movie Right At Your Door multiple dirty bombs are detonated in Los Angeles.
- In the 2018 video game Detroit: Become Human one of the endings has a character setting off a dirty bomb in southern Detroit.
- In the 2019 video game Metro Exodus one of the Russian Major cities has been struck by a dirty bomb during the end of World War 3.

## See also[edit]

- Lists of nuclear disasters and radioactive incidents
- Nuclear warfare
- Radiation hormesis
- Radiation poisoning
- Nuclear weapon design
- Depleted uranium
- Gammator

- 1968 Thule Air Base B-52 crash
- German nuclear energy project

## References[edit]

## Notes[edit]

1. ^ "Archived copy". Archived from the original on 2011-10-20. Retrieved 2014-01-07.
2. ^ Jump up to:ᵃ ᵇ "NRC: Fact Sheet on Dirty Bombs".
3. ^ "Yahoo Screen - Watch videos online". Yahoo Screen. 23 March 2015. Retrieved 30 March 2015.[permanent dead link]
4. ^ "BBC NEWS - Science/Nature - Chernobyl's 'nuclear nightmares'". Retrieved 30 March 2015.
5. ^ Jump up to:ᵃ ᵇ Petroff (2007)
6. ^ "404w DTIC Maintenanc". Archived from the original on 25 March 2012. Retrieved 30 March 2015.
7. ^ King (2004); NOVA, Chronology of events
8. ^ Edwards (2004); NOVA, Chronology of events
9. ^ Jump up to:ᵃ ᵇ ᶜ Frost (2005)
10. ^ Reshetin (2005); Dingle (2005)
11. ^ King (2004); Zimmerman and Loeb (2004); Sohier and Hardeman (2006)
12. ^ Jump up to:ᵃ ᵇ ᶜ ᵈ ᵉ ᶠ Zimmerman and Loeb (2004)
13. ^ Mullen et al. (2002); Reshetin (2005)
14. ^ Zimmerman (2006)
15. ^ Ring (2004)
16. ^ Johnson (2003)
17. ^ "The Lifeless Silence of Pripyat", Time Magazine, June 23, 1986 Online article from Time Magazine
18. ^ Vantine and Crites (2002); Zimmerman and Loeb (2004); Weiss (2005)
19. ^ Andrew C. Revkin (March 10, 2012). "Nuclear Risk and Fear, from Hiroshima to Fukushima". New York Times.
20. ^ Ferguson et al. (2003); Frost (2005)
21. ^ Jump up to:ᵃ ᵇ Ferguson et al. (2003)
22. ^ Ferguson et al. (2003); Zimmerman and Loeb (2004)
23. ^ Burgess (2003); Van Tuyle and Mullen (2003); Sohier and Hardeman (2006)
24. ^ "NOVA - Dirty Bomb - Chronology of Events - PBS". Retrieved 30 March 2015.
25. ^ "Chernobyl". Retrieved 30 March 2015.
26. ^ King (2004); Hoffman (2006)
27. ^ Belyaninov (1994); Frost (2005)
28. ^ Jump up to:ᵃ ᵇ Sohier and Hardeman (2006)
29. ^ Ferguson et al. (2003); Hosenball et al. (2002)
30. ^ Burgess (2003); King (2004)
31. ^ King (2004); Ferguson et al. (2003)
32. ^ Burgess (2003)
33. ^ "Judge in Guantanamo case questions dirty bomb allegations". The Statesman. 2008-10-31. Retrieved 2008-11-01.[dead link]
34. ^ Peter Finn, Del Quentin Wilbur (2008-10-31). "Motives of Justice Lawyers Questioned in Detainee's Case". Washington Post. Retrieved 2008-11-01.
35. ^ William Glaberson (2008-10-31). "Questioning 'dirty bomb' plot, judge orders U.S. to yield papers on detainee". International Herald Tribune. Retrieved 2008-11-01.
36. ^ Debra Cassens Weiss (2008-10-23). "UK Court: US Should Release Documents Relating to Detainee's Torture Claim". American Bar Association Journal. Retrieved 2008-11-01.
37. ^ Robert Verkaik (2008-10-31). "CIA officers could face trial in Britain over torture allegations". London: The Independent. Retrieved 2008-11-01.
38. ^ "Man admits UK-US terror bomb plot". BBC News. 2006-10-12. Retrieved 2010-04-01.
39. ^ Report: 'Dirty bomb' parts found in slain man's home Archived 2009-02-14 at the Wayback Machine, Bangor Daily News, 10 February 2009
40. ^ Officials verify dirty bomb probe results Archived 2009-02-13 at the Wayback Machine, Bangor Daily News, 11 February 2009
41. ^ "Three arrested in Ukraine for trying to sell radioactive material". Xinhua. 2009-04-25. Archived from the original on 2015-09-04. Retrieved 2009-04-17.
42. ^ "Ukraine arrests 3 in radioactive material sale". AP. 2009-04-14. Retrieved 2009-04-17.
43. ^ "Iraqi 'Terrorist Groups' Have Seized Nuclear Materials".

44. ^ "ISIS seizes uranium from lab; experts downplay 'dirty bomb' threat".

45. ^ "Terror response study spurs concern". Boston.com. Retrieved 30 March 2015.

46. ^ "Determined Response: MGH and the Boston Marathon Bombing". Massachusetts General Hospital Giving. Retrieved 30 March 2015.

47. ^ Jump up to:ᵃ ᵇ ᶜ ᵈ ᵉ Samuel., Apikyan,; J., Diamond, David; Greg., Kaser, (2006-01-01). Countering nuclear and radiological terrorism. Springer. ISBN 140204920X. OCLC 209940539.

48. ^ Jump up to:ᵃ ᵇ ᶜ ᵈ Medalia, Jonathan. Terrorist "Dirty Bombs": A Brief Primer. Congressional Research Service. pp. 3–6.

49. ^ "Israel tested 'dirty bombs' in the Negev Desert". Retrieved 9 June 2015.

50. ^ Richards, Anne (2013). United States Customs and Border Protection's Radiation Portal Monitors at Seaports. Department of Homeland Security Office of Inspector General.

51. ^ Jump up to:ᵃ ᵇ ᶜ Samuel., Apikyan,; J., Diamond, David; Ralph., Way,; Organization., North Atlantic Treaty (2008-01-01). Prevention, detection and response to nuclear and radiological threats. Springer. ISBN 9781402068573. OCLC 171556526.

52. ^ Jump up to:ᵃ ᵇ Brown, Chad (February 2006). "Transcendental Terrorism And Dirty Bombs: Radiological Weapons Threat Revisited". Occasional Paper. Center for Strategy and Technology. No. 54: 24–27.

53. ^ Jump up to:ᵃ ᵇ atomique., Agence internationale de l'énergie (2002-01-01). Detection of radioactive materials at borders. IAEA. ISBN 9201161026. OCLC 856404390.

54. ^ "Fact Sheet: Dirty Bomb" (PDF). www.fema.gov. June 2007. Retrieved April 27, 2017.

## Works cited[edit]

* Belyaninov, K. (1994), "Nuclear nonsense, black-market bombs, and fissile flim-flam", Bulletin of the Atomic Scientists, 50 (2), pp. 44–50.

* Burgess, M. (2003) "Pascal's New Wager: The Dirty Bomb Threat Heightens", Center for Defense Information.

* Dingle, J. (2005), "DIRTY BOMBS: real threat?", Security, 42 (4), p. 48.

* Edwards, R. (2004), "Only a matter of time?", New Scientist, 182 (2450), pp. 8–9.

* Adam Curtis's The Power of Nightmares, Part III – Video/Transcript at Information Clearing House

* Ferguson, C.D., Kazi, T. and Perera J. (2003) Commercial Radioactive Sources: Surveying the Security Risks, Monterey Institute of International Studies, Center for Nonproliferation Studies, Occasional Paper #11, ISBN 1-885350-06-6, Webpage with PDF file of paper.

* Frost, R. M. (2005), Nuclear Terrorism After 9/11, Routledge for The International Institute for Strategic Studies, ISBN 0-415-39992-0.

* Hoffman, B. (2006), Inside Terrorism, Columbia University Press, N.Y., ISBN 0-231-12698-0.

* Hosenball, M., Hirsch, M. and Moreau, R. (2002) "War on Terror: Nabbing a "Dirty Bomb" Suspect", Newsweek (Int. ed.), ID: X7835733: 28-33.

* Johnson, Jr., R.H. (2003), "Facing the Terror of Nuclear Terrorism", Occupational Health & Safety, 72 (5), pp. 44–50.

* King, G. (2004), Dirty Bomb: Weapon of Mass Disruption, Chamberlain Bros., Penguin Group, ISBN 1-59609-000-6.

* Liolios, T.E. (2008) The effects of using Cesium-137 teletherapy sources as a radiological weapon (dirty bomb), Hellenic Arms Control Center, Occasional Paper May 2008, [1].

* Mullen, E., Van Tuyle, G. and York, R. (2002) "Potential radiological dispersal device (RDD) threats and related technology", Transactions of the American Nuclear Society, 87: 309.

* Petroff, D.M. (2003), "Responding to 'dirty bombs'", Occupational Health and Safety, 72 (9), pp. 82–87.

* Reshetin, V.P. (2005), "Estimation of radioactivity levels associated with a $^{90}Sr$ dirty bomb event", Atmospheric Environment, 39 (25), pp. 4471–4477, doi:10.1016/j.atmosenv.2005.03.047.

* Ring, J.P. (2004), "Radiation Risks and Dirty Bombs", The Radiation Safety Journal, Health Physics, 86 (suppl. 1), pp. S42–S47.

* Sohier, A. and Hardeman, F. (2006) "Radiological Dispersion Devices: are we prepared?", Journal of Environmental Radioactivity, 85: 171-181.

- Van Tuylen, G.J. and Mullen, E. (2003) "Large radiological source applications: RDD implications and proposed alternative technologies", *Global 2003: Atoms for Prosperity: Updating Eisenhouwer's Global Vision for Nuclear Energy*, LA-UR-03-6281: 622-631, ISBN 0-89448-677-2.
- Vantine, H.C. and Crites, T.R. (2002) "Relevance of nuclear weapons cleanup experience to dirty bomb response", *Transactions of the American Nuclear Society*, 87: 322-323.
- Weiss, P. (2005), "Ghost town busters", *Science news, Science News, Vol. 168, No. 18*, *168 (18), pp. 282–284, doi:10.2307/4016859, JSTOR 4016859*.

- Zimmerman, P.D. and Loeb, C. (2004) "Dirty Bombs: The Threat Revisited", *Defense Horizons*, 38: 1-11.
- Zimmerman, P.D. (2006), *"The Smoky Bomb Threat", New York Times, 156 (53798), p. 33*.

**Exhibit F – Steemit post, "Short Bus Physics With Quinn and J.Go"**

https://steemit.com/truth/@steveouttrim/short-bus-physics-with-quinn-and-j-go

# Short Bus Physics With Quinn and J.Go

**steveouttrim** (57) in **truth** · last year

So I was watching the latest casino update from the #clownsource team, and there were a few things I wanted to bring your attention to.

I think J.Go does the graphics himself, in his last show with Charles Ortel about Pirates of the Caribbean he said @csthetruth was a one-man team. In this one he is making Quinn look like a bobble-headed court jester, which is an interesting message in itself. #sendbitcoin.

It's not clear why Quinn always has to meet J.Go in casinos. Maybe they're still hot on the trail of secret bitcoin mining from the poker machines, chasing down the truth like George Webb chasing Uzbeki Uranium Truckers at crack houses with Task Bar.

Of course, last time Quinn and J.Go hung out in a casino, it didn't end well.

The #csthetruth team went from Dirty Bomb false alarms shutting down ports, to instructions for how to build a weapon of mass destruction in your home and target it through walls at your neighbors.

Why? Because, @defango and/or @daveacton, allegedly. Who knows what is really going on, ARG, LARP, solving puzzles, crowdsourcing truth, or setting the real #truth movement up for a big fall?

Quinn's show with Jason had a number of things worthy of correction.

## Short Bus Physics

The first thing was his ideas about physics. Basically, the world is like a bus, and if more people get on the bus, the velocity (careful, don't say speed!) of the bus slows down. So we need to depopulate the earth or leave it, because too many people are affecting the earth's rotation.

@SchoolPlay did a great job already:

Here's another way to look at it.
a) The weight of the earth is 5,972,000,000,000,000,000,000,000 kg
b) The number of humans on the earth is 7,595,413,980
c) The average weight of a human is 62 kg (137 lbs)

So the weight of the humans on the earth is $b \times c = 470,915,666,760$ kg

Do you notice anything about that result? (other than the kinda creepy 666 in there)

There are a LOT less commas in it. In fact, expressed as a percentage, the weight of humans is 0.0000000000079% of the weight of the earth.

Is this enough to cause a problem for the velocity of the earth? The weight of the world's largest concrete structure, the Three Gorges Dam in China, and the water in its reservoir is already much greater than this, concentrated in one location on the planet, and elevated above sea levels. All things that elementary physics suggests will affect the earth's rotation more than humans scattered like ants (in fact, there is even scientific argument that the weight of all the ants on the earth is more than the weight of all the humans).

So this actually happened already, diverting this huge body of water into one spot did slow the earth's rotation. And guess what: we're fine. For the weight of the world's humans to affect the earth's rotation as much as this dam, not only would we need to be all in one place at one time, but there would need to be 629,032,258,064 of us - 82.8 times as many people.

All the oil that has been extracted since 1850 is 135 billion tonnes, or 135,000,000,000,000,000 kg. [Source: Science Daily]

This is 0.0000000023% of the earth's weight. It is about a fifth of the weight of all the water and concrete in the Three Gorges Dam. Moving all the oil that has ever been extracted into one place would not cause any problems on the earth.

---

**SIRI is Not An AI**

According to Quinn, SIRI is not AI. SIRI came from SRI - the Stanford Research Institute. It is the commercial product result of decades of research into Artificial Intelligence, including the largest Artificial Intelligence Project in history. Believe Quinn and his theories of neutrino-based quantum computing networks that you communicate with on cordless phones at the 5 Mhz spectrum because they are chatbots, or believe the Stanford Research Institute and Stanford Artificial Intelligence Laboratory that built the thing and ran the project with DARPA and the military for the many decades of its development.

Quinn's idea of #SIRISYS appears to be another thing he has come up with spontaneously, that is not backed by any detail or research. SIRI's parent company is called SIRI, Inc.

---

**Tyler is a Secret Society Term**

Quinn admitted that #tyler , the ARG he is playing as part of Project MAYHEM, was a term from the Freemasons.

This part is true, as I exposed in some detail in Shadow History of Burners Part 7.

A bunch of occult sorcery shit. Quinn admits to many of his connections into this world, if his missing eyebrow/Sith Lord glamor wasn't clue enough.

It's amazing the way these clowns can fully reveal the method. Quinn frequently explains to the audience how he is playing them, J.Go is so confused it usually goes over his head, but even he was struggling in this episode.

Believe these people at your peril.

**Exhibit G** – Steemit Votes

https://steemit.com/truth/@steveouttrim/short-bus-physics-with-quinn-and-j-go



## Exhibit H – Queen Tut Spills The Beans

https://www.youtube.com/watch?v=N1GO1nJUVUM

Premium queen tut spills the beans

**CryptoBeast #16 - Queen Tut Spills The Beans**

Download

3,141 views 117 25 SHARE SAVE ...

**Crypto Beast**
Published on 29 Nov 2018

ANALYTICS EDIT VIDEO

Queen Tut was an insider at Crowdsource the Truth. She reveals the tangled web of people connected to a proven FBI informant, manipulating narratives on YouTube as a sophisticated form of psychological operations.

Follow Queen Tut on Twitter: https://twitter.com/ITNJFraud

Trello Board (Robert David Steele, Roger Stone, Jerome Corsi, Jason Goodman): https://trello.com/b/wT7HKV4G/copy

Trello Board (Robert David Steele, Maccoby, #Pizzagate): https://trello.com/b/kFq5XoLa/kod3

Further discussion on my blog:
https://burners.me/2018/12/03/insane-...

Steve Outtrim:
Twitter: https://twitter.com/steveouttrim
Steemit: https://steemit.com/@steveouttrim
Youtube: https://Youtube.com/c/steveouttrimcry...
Facebook: https://facebook.com/steveouttrim
Blog: https://burners.me



**Exhibit I** Aerocine article with Goodman as CEO
https://www.atacarnet.com/about-us/news/aerocine-introduces-high-quality-aerial-cinematography-world-ata-carnets

# Aerocine(now Aerobo) Introduces High-Quality Aerial Cinematography to the World with ATA Carnets

**May 14, 2014**



**Barrington, IL** - Wearing vibrant orange shoes and trendy glasses, Brian Streem looks like he could launch himself and hover over the crowd to get an unforgettable shot. Fantasy aside, young filmmaker Streem, Director of Business Development, and his partners, Jason Goodman, CEO, & Jeff Brink, Founder/Director of Flight Operations at AeroCine (now Aerobo), have launched the next best thing: a micro aerial cinematography company that moves professional cinema cameras, including 3-D, in a way no one ever had ever done before, without sacrificing quality.

The founders have traveled the world to source the best parts for their aerial equipment and are now operating two drones. The drones, traveling under carnet abroad, are available for rent worldwide along with a 3-person team: pilot, camera operator and aircraft technician.

We connected with Streem at the sUSB Expo (Small Unmanned Systems Business Expo aka the Silicon Valley Drone Show) in San Francisco last week and talked with him about the new venture introduced to the British Film Institute in March of 2014. AeroCine is using heavy lift micro copters and RED EPIC cameras to get extended range and high quality. They are the first in the world to fly stereoscopic RED EPIC cameras using the most powerful micro hexacopter available.

According to Streem, the key to success is the remote pilot. With tens of thousands of dollars at risk in the flying equipment, an experienced pilot controlling the drone is the difference between a beautiful shot, safely captured and a large insurance claim.

AeroCine, by definition, is a global venture due to the lack of FAA regulations on commercial use of drones in the U.S. They have taken their aerial cameras to France, Slovenia, U.A.E., Sweden and Ukraine so far for projects and using 2 ATA Carnets they have been able to clear customs without paying import duties and taxes. Original footage shot at Chernobyl promises to deliver a perspective on the area and nuclear accident that has yet to be seen. The AeroCine team is poised to produce a documentary film from this revolutionary footage.

18 minute YouTube video from the **AeroCine CEO, Jason Goodman.**

**Exhibit J – Goodman Presentation as CEO of Aerocine**
https://www.youtube.com/watch?v=Uvi_bf29Myw



AeroCine @ 3DCS 2014

1,117 views

**3DCreativeSummit**
Published on 14 Apr 2014

Jason Goodman of 21st Century 3D will introduce AeroCine a new micro aerial cinematography company that is the first in the world to fly stereoscopic RED EPIC cameras.

Category          Film & Animation

**Exhibit K** – Jason Goodman speaks fluent Russian

https://vimeo.com/305092967



# Goodman Speaking Fluent Russian Confronts Fellow 'Operative'

3 months ago   More

CIA Love   Following

▷ 101   ♡ 0   ⊜ 0   ♡ 0

Jason Goodman's 'cover' is blown with his ability to recognize foreign operatives. He is the trademark owner of the drone company Aerocine. This drone company was present in the Ukraine filming Chernobyl just a few days prior to the Maidan massacre.

Jason Goodman: From Russia with Love

medium.com/@thehudsonreport/jason-goodman-from-russia-with-love-2c26da55f436

Insane in the Ukraine: J.Go Like You've Never Seen Him Before [UPDATES]



burners.me/2018/12/03/insane-in-the-ukraine-j-go-like-youve-never-seen-him-before/

**Exhibit L** – Jason Goodman instructions on modifying a household microwave to make improvised directed energy weapons

https://www.youtube.com/watch?v=TEJXti3MEcY



How to Make a Homemade Microwave Weapon Jason Goodman

353 views

**Exhibit M** – Microwave Weapons of Mass Destruction
https://www.fifthdomain.com/dod/2018/12/20/are-cyber-weapons-similar-to-wmds-dod-wants-to-know/

# Are cyber weapons similar to WMDs? DoD wants to know

**By:** Mark Pomerleau   December 20, 2018

*The Department of Defense is seeking research papers assessing the relationship between offensive cyber and weapons of mass destruction. (Courtesy of Raytheon)*

The Department of Defense is interested in exploring the relationship between cyber and weapons of mass destruction.

In a call for papers requested by the Defense Threat Reduction Agency, the Air Force's Institute for National Security Studies, in support of the Project on Advanced Systems and Concepts for Countering Weapons of Mass Destruction, wants an analysis defining the scope and exploration of the cyberwarfare-weapons of mass destruction nexus and implications this has for the counter-WMD mission.

The call for research papers raises offensive cyber weapons to a level on par with other WMDs.

The notice was first reported by Quartz.

The traditional definition of WMDs — which has included nuclear, biological, chemical, radiological and, in some applications, enhanced high-explosive weapons — does not include recent advancements in nonkinetic weapons of mass effect and destruction, the call for papers states.

Rather, the notice contends, the expanded spectrum includes dazzling and blinding weapons, ultrasonics, directed energy weapons and offensive cyber warfare.

Cyber capabilities could be considered on par with WMDs because they can corrupt or destroy critical infrastructure, such as power grids or transportation; compromise large data sets, such as health or banking; corrupt confidence in data sets, such as GPS signals; and be leveraged to orchestrate widespread disinformation campaigns utilizing social media platforms, the notice states.

Adversaries have used some or all of the elements of offensive cyber in the past decade, according to the notice.

"These operations are becoming increasingly sophisticated in nature, and steadily more integrated into adversary military doctrine, strategies, plans and operations that already incorporate and integrate conventional and unconventional weapons, to include WMD," it states. "These developments necessitate an assessment of the potential nexus between offensive cyber operations and WMD and the implications of this interrelationship for the Countering WMD (CWMD) mission, which is one of DTRA's missions."

## Audit finds cyber vulnerabilities in US missile defense system

A Defense Department Inspector General report raises more questions about the military's shoddy cybersecurity.

**By: Geoff Ziezulewicz**

Cyber capabilities and nuclear weapons have a complicated history among serious cyber experts and strategists as cyber has emerged as a ubiquitous element within society and government, as well as an increasing threat.

Some strategists have maintained that using the nuclear deterrence paradigm is an appropriate way to look at cyber. Others, however, strongly disagree.

According to a current U.S. official, starting from nuclear models for assessing risk and deterrence in the cyber domain has led the community in the wrong direction.

Speaking at a conference earlier this year under a non-attribution policy, the official noted that the difference between the nuclear discussion and cyber is how targets are held at risk.

In the nuclear arena, adversaries have a common understanding of the nuclear stockpiles of others and their risks. Adversaries' knowledge of how they're being held at risk has a limited application in their ability to isolate themselves from harm, the official said.

The cyber domain, however, is much murkier. What's required to hold an adversarial system at risk in cyber depends on access gained to their system by exploiting vulnerabilities, then persisting in that environment undetected to deliver an effect, the official said. Thus, it is difficult to articulate to an adversary how they are held at risk in this environment without tipping them off to the vulnerabilities being exploited, which, of course, can be patched.

The proposal asks for research examining, among other things, how adversaries might use offensive cyber in the following ways:

- To improve effectiveness and lethality of their WMD arsenals;
- To degrade U.S. and allied defenses against WMDs;
- To degrade U.S. deterrence strategies or posture to improve their own strategies or posture; and
- As a substitute for "traditional" WMDs.

See also: https://fas.org/irp/threat/WEAPMASS.PDF

**Exhibit N – Defendant Goodman's Association With Bryan Singer**

**Web page saved by the Internet Archive's Wayback Machine**
https://web.archive.org/web/20161207102124/http://www.21stcentury3d.com/production/
films/





3D

21st Century 3D is recognized worldwide as an innovator in stereoscopic 3D feature film production techniques and technology.



**X-Men: Days of Future Past (3D), (2014)**



Bryan Singer remains one of the few auteur directors who insists on the quality of native stereoscopic photography rather than 2D to 3D conversion in post production.  Toward this end, New Deal Studios brought on **21st Century 3D** to photograph visual effects elements for the blockbuster **X-Men: Days of Future Past**.  Amazing volumetric explosions, bullet hits and fire effects were just a few of the numerous elements shot with the BX5 3D rig.  CEO Jason Goodman served as visual effects unit stereographer.
**Check X-Men: Days of Future Past at IMDB**