Kevin Marsden
Krzywo Kolo 12/14a
Number 4
Warsaw 00/270
Poland



FILED
MAR 2 8 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## U.S. District Court
### Eastern District of Virginia - (Richmond)

| Robert David Steele | District Judge M. Hannah Lauck |
|---|---|
| Vs. | 3:17-cv-00601-MHL |
| Jason Goodman | STATEMENT BY NON-PARTY |

## STATEMENT IN RESPONSE TO "DEFENDANT'S OPPOSITION TO THE MOTION TO INTERVENE" BY NON-PARTY

TO THE COURT: My name is Kevin Marsden of Krzywo Kolo 12/14a Number 4 Warsaw 00/270, Poland and I declare that the following statement is true and correct, on penalty of perjury.

I am making this statement to address the allegations made by the Defendant Jason Goodman has made in court document number 78 concerning myself. The Defendant has alleged that I am a co- conspirator in a plot against him. I know of no such plot.

I deny this allegation completely. This allegation is not only false but is in fact another example of the Defendants misinterpretation of the facts of which his baseless claim has no evidence to support this.

1

I am a retired veteran of the British Army who now resides in Poland with his partner. I moved here in 2013 after completing my degree at Portsmouth University as my partner wished to stay in Poland due to her aging Mother.

My first dealings with MR. Goodman came about after I met up with a Twitter personality called Jack Posobiec in July 2017. He was in Poland with his family and then Wife to be as he was in Stare Miasto live streaming on his Twitter account. This then brought me into contact with MR. Goodman and MR. George Webb (Sweigert) who I discussed and promoted on MR. Posobiec's live feed.

It is important to note that MR. Goodman tracked me down on my Twitter feed and asked me onto his podcast show (Crowdsource the Truth) to discuss the meeting that took place, which I accepted. At the time I was an avid watcher of this podcast show (Crowdsource the Truth). Little did I know how much trouble this would cause me as hindsight is a wonderful thing. The video link below is evidence of the dishonesty that took place on his show regarding myself. https://www.youtube.com/watch?v=NrK9uAWd0uE&t=1514s

**See EXHIBIT ONE (attached).** At the 53-minute mark the viewer will see that a discussion is conducted concerning me. A self-proclaimed "CIA whistle blower" named Kevin Shipp begins discussing **"Kristine Marcy"** and some "lesbian connections" with the U.S. Government. At 54:15 MR. Goodman begins to describe the Warsaw meeting between myself and Jack Posobiec. "Warsaw Kevin" is identified at 54:44 by MR. Goodman.

2

After watching this podcast video, I decided I was not going to be smeared by MR. Goodman anymore and started a YouTube channel to show the dishonest and contemptible behavior (in my opinion) of MR. Goodman. The conversation between the three gentlemen in the podcast (Kevin Shipp, Field McConnel and Goodman) was not only false but accused again me of something I did not do or ever participate, i.e. a spy. I completely deny these allegations that I am some sort of a spy.

Further, in my opinion, MR. Shipp also lied when he said that he "blocked me" from social media. To the contrary, I have emails between myself and MR. Shipp that not only contradicts his version of events but is clear proof of deception (in my opinion) on behalf of MR. Goodman and MR. Shipp. If required I am willing to hand them over as evidence. It was at this point I decided to reply to MR. Goodman and yet again his baseless accusations and false statements (in my opinion) the link below was my initial response
https://www.youtube.com/watch?v=2awxbMh5aqU
**See EXHIBIT TWO.**

For the Court's background, the reason why MR. Goodman and myself fell out was over a pair of gentlemen going by the names of David Charles Hawkins and Field McConnell. Both Hawkins and McConnell operate a social media podcast site called **"Abel Danger"** based on the operation Able Danger by the U.S. Special Operations Command.

The two were promoting a narrative (via the Abel Danger podcast site) that was not only absurd (in my opinion) but was not based in evidence or fact yet had created a firestorm on the Internet regarding the **Senior Executive Service {S.E.S}.** A series of podcast videos were released by Abel Danger in the April 2018 time frame about the S.E.S.

I informed MR. Goodman that this S.E.S. theme was false and misleading information and that Hawkins and McConnell were lying to MR. Goodman about this (S.E.S.). The whole incident started because of other false information distributed by an individual called MR. George Webb (Sweigert) who posted a Youtube video podcast with a page he created passing it off as legitimate Wikipedia page.
https://www.youtube.com/watch?v=KgQpY9F2a2I&t=12s
**See EXHIBIT THREE.** The Court will note that the original podcast video was recorded and distributed by George Webb (Sweigert) and re-uploaded to the "Abel Danger" YouTube channel.

Please note the video below, which was titled by MR. Goodman to create sensationalism and friction, "Warsaw Kevin Declares War on Abel Danger-Disinformation War Rages On ". I believe this was deliberately designed to create a straw man argument, ergo my good self through my naivety and blind loyalty
https://www.youtube.com/watch?v=L59LSeWW_LA&t=896s
**See EXHIBIT FOUR.**

4

Then MR. Goodman seemingly created more Internet conspiracy drama (in my opinion) to discredit me (personally and professionally) and allow for personal attacks on my character and disability.

In another podcast episode the Court will learn how MR. Goodman distributed false and misleading information in social media including accusing Sir Nicholas Soames of heinous crimes. During this episode the Court will see how MR. Goodman willingly pushes this false information as fact by agreeing with MR. Hawkins and MR. McConnell. I have notified the office of Sir Nicholas Soames who is a serving member of the British Government.

https://www.youtube.com/watch?v=ZkAmAd3yhUY&t=53s

**See EXHIBIT FIVE.**

The main cause of my concern was the very fact that both MR. McConnell and MR. Hawkins were pushing out false information that had become like a virus that created the online scare about a pay grade, i.e. the **SES**. In my opinion, creating a narrative that the S.E.S. is basically the fifth column is dangerous to S.E.S. employees. Sewn into this narrative was the vile character assassination of a lady who served the federal government for 34 years her name was **Kristine Marcy**. The list of accusations published against MS. Marcy includes rape, murder, mass murder blackmail, pedophilia and creating "CON AIR" SWAT teams kill people. These allegations are distributed on the "Crowdsource The Truth" podcast show twice a week (on YouTube, PATREON, Periscope, Instagram, etc.).

5

MR. Hawkins regularly casts out unfounded allegations about people, and his latest target has been one MR. David George Sweigert (Webb's brother) using basically the same format and approach as similar to the Kristine Marcy smear campaign. Another important factor that MR. Goodman and MR. Hawkins regularly accuse the Department of Justice PRIDE (LGBTQ organization) as being co conspirators in murder, rape, child snuff filming, etc. Examples include:

https://www.youtube.com/watch?v=1rxfDqfa0i4
https://www.youtube.com/watch?v=7J2IhyrT4PQ&t=186s
https://www.youtube.com/watch?v=yx_6sj33FDs

These three samples show the targeting that MR. Goodman does with MR. Hawkins but the same process was done with MR. McConnell.

https://www.youtube.com/watch?v=L2lCj_WAB_Y
https://www.youtube.com/watch?v=7zGlSYxQ4TU
https://www.youtube.com/watch?v=DmPM_X7On30

The reason why I have created a YouTube channel was one to put actual factual documents on there that expose the deception of MR. Hawkins and MR. Goodman. I want to clear my name of the false accusations and smears against me by MR. Goodman. MR. Shipp and MR. Hawkins ergo that I am a QINETIQ North America social engineer, a spy, a compromised asset, an agent for a foreign power, a Russian

6

"Troll" and a liar.

I am writing this statement to ensure there was evidence online and in the courts that demonstrates the dangerous situation to S.E.S. employees, Kristine Marcy, David Sweigert and others.

The Court should be remined of the unfortunate shooting at the COMET Pizza Parlor in Washington, D.C. concerning stories of a pedophile snuff film studio. Such situations demonstrate unfortunate situations can be created when somebody acts out an attack what they believe is a justified attack based on the false and misleading information that was being peddled as factual.

The Court should be aware that MR. Goodman and MR. George Webb (Sweigert) have already acted out these scenarios when they closed the Port of Charleston, South Carolina on 6/14/2017 due to a "dirty bomb hoax".

The video podcasts that I presently produce on YouTube distribute facts via documented evidence, which in turn has also exposed the fraudulent claims of MR. Hawkins. One of MR. Hawkins favorite claims is that he is a "forensic economist". This is untrue and admitted to being nothing more than a self-professed title by MR. Hawkins.

MR. Goodman has never addressed any of the evidence in fact he has visited my site to insult my appearance

"You've got drool stains on your t-shirt buddy "

7

https://www.youtube.com/watch?v=8ckuGyvnKKY&t=55s

The Court can learn from my YouTube channel (started six (6) months ago) that I first started to respond to the false statements of MR. Goodman, who had twisted the footage of myself and MR. Posobiec to attack me (in my opinion).

I believe that MR. Goodman designed his podcasts in order to silence my voice due to the fact they (Goodman/Hawkins/McConnell) were all pushing a dangerous and false narrative. Then approximately four (4) months later, I became active as I had enough of the insults and decided to expose MR. Hawkins and MR. McConnell for what they are which in turn would not only clear my name but also expose the truth of what was going on.

The link below is to my site and you will see all of the evidence that shows the truth about **SES and Kristine Marcy** and many other areas that MR. Goodman, MR. Hawkins and MR. McConnell have been profiting from financially. I make no money or ask for any I do this because I believe in honesty, integrity and truth not the use of social media to try and judge someone based on the words of a person or the court of public opinion.
https://www.youtube.com/channel/UCjB1kFZcJUpsP9G6jIgbcIg/videos?view_as=subscriber

I emphatically deny all of Jason Goodman's claims about me, and would be happy to provide the Court with further information upon request. I deny any knowledge about a conspiracy or plot to disparage MR. Goodman.

## ATTESTATION

I hereby certify that the foregoing statement is given under the penalties of perjury. Further, attached are true and correct copies of screen shots that depict YouTube podcast videos.

As all parties have subscribed to the PACER ECF court docket system they will be notified when this document is posted to the docket. Therefore, only one copy is sent to the Clerk of the Court as PACER ECF notifications will be sent to the relevant parties. It is cost prohibitive to mail this statement directly to all relevant parties.

MR. Kevin Marsden

Tuesday, March 12, 2019

**CLERK OF THE COURT**
**US DISTRICT COURT**
**701 E. BROAD STREET**
**RICHMOND, VA 23219**
**USA**

**EXHIBIT ONE**



Examining the Senior Executive Service with
Special Guests Field McConnell and Kevin Shipp



Jason Goodman
Subscribe 80K

36,663 views

+ Add to   Share   ••• More

👍 1,213  👎 42

Streamed live on Aug 15, 2018
Field McConnel and Kevin Shipp have both clearly stated their positions on SES, the government's Senior

10

**EXHIBIT TWO**



Responding to Jason Goodman and guests accusations



kevin alan marsden

Subscribe 122

\+ Add to   Share   ••• More

325 views

👍 20   👎 3

Published on Aug 16, 2018
exposing the deception

# EXHIBIT THREE



## Senior Executive Service (Kristine Marcy) - George Webb

**Abel Danger**
✓ Subscribed  60K

53,735 views

+ Add to    Share    ••• More

👍 1,783   👎 20

Published on Feb 7, 2018
Mirrored from George Webb: https://www.youtube.com/watch?v=CLXph...

Kristine Marcy (nee McConnell)

12

**EXHIBIT FOUR**



Warsaw Kevin Declares War on Abel Danger – Disinformation War Rages On



6,779 views

+ Add to    Share    ••• More                                    👍 172   👎 60

Streamed live on Apr 15, 2018
Warsaw Kevin presents his case in support of claims of false evidence from George Webb. The truth is in question on all sides.

13

**EXHIBIT FIVE**



Field and David of Abel Danger On Novichok vs BZ

Jason Goodman

Subscribe 80K

4,548 views



Published on May 7, 2018
*Originally posted on April 15, 2018

14