

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND VIRGINIA**

| | |
|---|---|
| ROBERT DAVID STEELE,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>JASON GOODMAN,<br><br>　　　　　　　　　　Defendant. | 17-CV-00601-MHL<br><br>**PRELIMINARY NOTIFICATION TO<br>THE GOVERNMENT OF CANADA** |

**PRELIMINARY NOTIFICATION TO THE GOVERNMENT OF CANADA**

1. **NOTICE SHOULD BE TAKEN BY THE CLERK OF THE COURT AND ALL PARTIES** that the interested party known as D. GEORGE SWEIGERT is providing the attached letter, sent to the Government of Canada, concerning the business partner of Defendant Jason Goodman.

2. This action was taken as a preliminary step to eventually obtain a **Letter of Rogatory** to compel discovery of certain artifacts from a U.K. citizen, permanent resident of Canada known as David Charles Hawkins of Cloverdale, British Columbia.

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this **25** day of March, 2019.

　　　　　　　　　　　　　　　　　　　／s／ D. Sweigert

　　　　　　　　　　　　　　　　　　　D. George Sweigert

　　　　　　　　　　　　　　　　　　　**D. GEORGE SWEIGERT, C/O
　　　　　　　　　　　　　　　　　　　P.O. BOX 152
　　　　　　　　　　　　　　　　　　　MESA, AZ 85211**

## CERTIFICATE OF SERVICE

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

| | | |
|---|---|---|
| Steven Scott Biss<br>300 West Main St<br>Ste 102<br>Charlottesville, VA 22903 | Jason Goodman<br>252 7th Avenue<br>New York, NY 10001 | Richard Johan Conrod , Jr.<br>Kaufman & Canoles PC<br>150 W Main St<br>PO Box 3037<br>Norfolk, VA 23510 |
| Clerk of the Court<br>U.S. District Court<br>701 E. Broad St.<br>Richmond, VA 23219 | | Terry Catherine Frank<br>Kaufman & Canoles PC<br>1021 E Cary St, Suite 1400<br>Two James Center<br>PO Box 27828<br>Richmond, VA 23219 |

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 25 day of March, 2019.

*/s/ D. Sweigert*

D. George Sweigert

2

*D. G. Sweigert, c/o*
*P.O. Box 152*
*Mesa, AZ 85211*
*Spoliation-notice@mailbox.org*

**March 6, 2019**

**Honourable Karina Gould M.P.**
**Minister of Democratic Institutions**
**House of Commons**
**Ottawa, ON       K1A 0A6**
**CANADA**

Karina.Gould@parl.gc.ca

**British Columbia Human Rights Tribunal**
**1270 – 605 Robson Street**
**Vancouver, B.C.    V6B 5J3**
**CANADA**

SUBJECT:   SUBMITTED IN ACCORDANCE WITH SECTION 15 OF THE
                       CANADIAN CHARTER OF RIGHTS AND FREEDOM.

Ladies and Gentlemen:

The purpose of this communication is to memorialize the homophobic hate propaganda, designed to incite hatred via hoax news, distributed by a Canadian permanent resident VISA holder (U.K. citizen) known as:

> **David Charles Hawkins (subject)**
> **Cloverdale, British Columbia**

As the following screen-shot exhibits indicate, the <u>subject</u> is fond of distributing (in a widely pervasive manner) video podcasts that follow a basic and repetitive storyline that LGBTQ elites are murdering children to distribute pedophile snuff films. Summary:

- A super class of "LGBTQ elites" have infiltrated several programs of the U.S. Department of Justice (DOJ) for the purposes of extortion and murder-for-hire of young children to sexually satisfy pedophiles.
- This super-class of elites was established by Kristine Marcy, a lesbian, traitor and alcoholic that created DOJ PRIDE (an LGBTQ organization).
- As both SERCO, INC. and the US DOJ PRIDE have corporate/government LGTBQ programs, these institutions have implicated themselves (SERCO and DOJ PRIDE) in several dozen child murders utilizing CONAIR (Joint Prisoner Alien Transport System) deployments of "SERCO SWAT teams" that "cancel the carbon-footprint of high-value targets" (murder).
- That LGBTQ elites controlled the snuff-film and on-line gambling corporation known as Starmet, Vancouver, B.C., to distribute pedophile snuff films, via the Starnet communications network, to LGBTQ elites.
- That LGBTQ elites operate "betting dead pools" to estimate the time of death of children that are filmed in real-time for the benefit of pedophile consumers of such child-snuff films (videos).

These recurring themes orbit around "LGBTQ elites" that are using government resources to covertly abduct and murder children for the entertainment of pedophiles, or as part of an extortion ring. The central controlling authority of these abductions and murders is the "LGBTQ elite" that has been pre-positioned across various U.S. government agencies, according to Hawkins' *investigative reports*.

This type of rhetoric appears designed to inflame hatred and bigotry against LGBTQ members of the U.S. government. Such rhetoric also endangers Canadians in the LGBTQ community as well. It is highly promoted on PATREON.COM.

**Examples of offensive anti-LGBTQ hate speech**

*LGBTQ Elites*

> Dec 15, 2018 at 5:18pm
>
> Hawkins Malipod™—Serco's AI Con Air Sherman Patents—Maxar's Radio-Silenced Footprint—McVicar's Bridge of Pride™
>
> Hawkins is using his Malipod™ (ref.) virtual patent-profiling machine to identify Serco and DOJ insiders—including Nicholas Soames (former UK MOD 1994-1997), Isham, McVicar and `LGBT+ deviants`— as ad hoc custodians of patents listed below who help to neutralize carbon footprints at HVT or mass-casualty events and silence crime scene investigators, whistleblowers or witnesses.
>
> Hawkins believes that Serco and DOJ Pride's `'LGBT+ deviants'` have used patented Con Air expert systems to track and remove evidence of mens rea from crime sites but have always left an actus rea footprint indicating wrongful deaths from the use of one or more of the 4 millionth patent applications processed by Serco as USPTO's outsourcer for Pre-Grant Publication (PGPubs) Classification Services!
>
> https://www.patreon.com/posts/hawkins-malipod-23351441

## *References to SERCO and DOJ PRIDE LGBTQ initiatives*

Dec 11, 2018 at 12:12am

Hawkins Malipod™—Serco's Deviant Con Air Carbon-Footprint Patents—CIA Maxar's Yellow Vest Boot—McVicar Bridge of Pride™

*"**David Hawkins has trademarked Malipod™** as a virtual patent-profiling machine to reverse engineer crime scene investigations into high value targets (HVT) and/or mass-casualty events where wrongful deaths are associated with the negligent, reckless, wilful or fraudulent use of patented devices by their custodians. **Mali derives** from Anglo-French and Medieval Latin dies mali "evil or unlucky days" and PIE root \*mel- "false, bad, wrong". **Pod describes** "Con Air SWAT teams" which are allegedly deployed by Serco and DOJ Pride insiders and leave 'deviant' crime-site footprints consistent with the use of Sex, Fear, Greed and Power to extort witnesses and victim families and sabotage the investigations.*

*"**DOJ Pride is the recognized employee resource organization for Lesbian, Gay, Bisexual, Transgender, and Queer (LGBTQ) employees and their allies in all U.S. Department of Justice Offices, Boards, and Divisions; the ATF, BOP, DEA, FBI, USMS, OJP, and USAO; and contractors in any of these components."*

*"**Serco – Empowering and celebrating diversity across our business** .. Kevin Craven, CEO of our UK & Europe Division, has become Executive Sponsor for our LGBT+ agenda .. We launched a network for LGBT+ employees and allies, called In@Serco, to promote LGBT+ interests within Serco globally. .. Developing a 'Transitioning at Work' policy to support employees taking steps to live in the gender they identify as; and, Holding LGBT+ events, including a Pride event at HMP Dovegate in August 2017."*

https://www.patreon.com/posts/hawkins-malipod-23254782

***Kristine Marcy is a Lesbian and organizer of DOJ PRIDE***

Streamed live on Dec 12, 2018
David Hawkins continues his reverse engineered crime scene investigation of the unsolved murder of Jonbenet Ramsey.

Become a Sponsor of Crowdsource the Truth and enjoy exclusive content **Only ON Patreon**

## RCSI with David Hawkins – Did A SERCO "Down Low Strangler Club" Play A Role in Jonbenet's Murder?

Crowdsource the Truth 2
Subscribe 10K

702 views

https://www.youtube.com/watch?v=HCIVg5EdMDM



## *LGTBQ Elites*

**Sherman Patents – Clinton's Con Air Tainted Blood – McVicar Bridge of Pride&#x2122;**

David "Sherlock" Hawkins is investigating Nicholas (Nick) Soames and Tracey McVicar as possible de-facto custodians of a Serco—formerly RCA GB 1929 and presently the USPTO's agent for Pre-Grant Publication Classification Services—online patent thicket allegedly used by Serco shareholders, the SAFE-BioPharma Association, the Clinton Foundation and members of DOJ Pride to...

• **Establish controlling LGBT elites in** the DOJ (FBI, BOP, USMS, OJP etc) and its inter-agency partners at the Center for Medicare Services [HHS], HUD, and the Department of Labor.

https://steemit.com/steempress/@abeldangerlive/hawkinssercosbiopharmashermanpatentsclintonsconairtaintedbloodmcvicarbridgeofpridex2122-mkkiyjgx7c

AND:

HAWKINS – SERCO'S BIOPHARMA SHERMAN PATENTS – CLINTON'S CON AIR TAINTED BLOOD – MCVICAR BRIDGE OF PRIDE™

November 17, 2018

https://www.abeldanger.org/hawkins-sercos-biopharma-sherman-patents-clintons-con-air-tainted-blood-mcvicar-bridge-of-pride/

David "Sherlock" Hawkins is investigating Nicholas (Nick) Soames and Tracey McVicar as possible de-facto custodians of a Serco—formerly RCA GB 1929 and presently the USPTO's agent for Pre-Grant Publication Classification Services—online patent thicket allegedly used by Serco shareholders, the SAFE-BioPharma Association, the Clinton Foundation and members of DOJ Pride to ....

• Establish controlling LGBT elites in the DOJ (FBI, BOP, USMS, OJP etc) and its inter-agency partners at the Center for Medicare Services [HHS], HUD, and the Department of Labor.

***Bigoted and racist remarks***

Published on Apr 25, 2018
DAVID HAWKINS is an investigator with a vast background looking into 911 and various corporations involved in threatening our freedoms, secret societies and the technology they use.
We discuss:
https://www.abeldanger.org/kelly-257-...

## An interview with DAVID HAWKINS FROM ABEL DANGER

At 1:07:02 Hawkins states, "If you are the owner of a company and you are a black, one-legged lesbian you are almost bound to get a loan."



**An interview with DAVID HAWKINS FROM ABEL DANGER**

 Project Camelot
✓ Subscribed  🔔 227K

50,510 views

https://www.youtube.com/watch?v=zNiEHfoi8m0&t=4033s

*LGBT murders*

> Nov 29, 2018 at 6:03pm
>
> Hawkins Malipod™—Serco's Expert Con Air Tracking Patents—CIA Isham's Macauley Stab Site—CAI McVicar's Bridge of Pride™
>
> Hawkins has identified Nicholas Soames, a grandson of Winston Churchill and former Minister of State for the Armed Forces from 1994 to 1997 in the government of John Major, as the primary custodian of patents covering Con Air AI/expert systems and Entrust PKI devices who, allegedly, ordered Serco and the UK MOD to adopt the version of Entrust PKI developed by a CAI investee, the B.C.-based MacDonald, Dettwiler and Associates Ltd., for the secondary custodian Tracey McVicar, founder of the Vancouver branch of the NYC-headquartered CAI Private Equity Group, whose special investors were alleged clients for **Starnet's online LGBT, child pornography and pig-farm murder-for-hire services from 1996 to 2002.**
>
> https://www.patreon.com/posts/23006847

> Nov 29, 2018 at 6:03pm
>
> Hawkins Malipod™—Serco's Expert Con Air Tracking Patents—CIA Isham's Macauley Stab Site—CAI McVicar's Bridge of Pride™
>
> Hawkins has also stated that if he is given all or any of the $10 million reward offered by the family for his help in solving the Sherman murders, he will share the reward equally with **Jason Goodman, founder of Crowd Source the Truth,** as the only investigative journalist with the technical ability to work with Hawkins on the real-time 'discovery' of evidence needed to identify the principals of network who use patented devices or systems to spot fix times of death or body counts at HVT or mass-casualty events.
>
> https://www.patreon.com/posts/23006847

*LGBT centric murders*

---

HAWKINS – SOAMES'S KEY TO SHERMAN SAFE – SERCO'S TAGS AND PSYCHO STRAPS – MCVICAR'S PIG FARM BRIDGE OF PRIDE™

---

November 7, 2018

David "Sherlock" Hawkins is investigating Nicholas (Nick) Soames and Tracey McVicar as possible de-facto custodians of the various public key infrastructure patents which would allow members of the SAFE-BioPharma Association to hire homicidally-ideated (Psycho) killers through Serco and DOJ Pride operatives of the Federal Bridge Certification Authority and use electronic tags and straps described in Jerome Lemelson's *"Prisoner* [Con Air] *tracking and warning system and corresponding methods 2000-04-25 US6054928A Grant"* to monitor the physical conditions of "Psycho" prisoners and/or parolees or their victims including *"his/her heart rate, pulse, blood pressure, respiration, temperature, and chemical properties of selected body fluids such as sweat and/or breath"* at crime scenes associated with ...

The "Psycho" murders of up to 60 prostitutes at Psycho 'raves' at the Pickton Family pig farm in B.C. from 1996 to 2002 and the apparently-associated trade **in hard-core LGBT and child pornography and dead-pool gaming** on Entrust networks allegedly developed by B.C.-based MacDonald, Dettwiler and Associates Ltd., for Starnet Communications' HQ at 425 Carrall Street, Vancouver; and,

https://www.abeldanger.org/hawkins-soamess-key-to-sherman-safe-sercos-tags-and-psycho-straps-mcvicars-pig-farm-bridge-of-pride/

- The "Psycho" murders of up to 60 prostitutes at Psycho 'raves' at the Pickton Family pig farm in B.C. from 1996 to 2002 and the apparently-associated trade in hard-core LGBT and child pornography and dead-pool gaming on Entrust networks allegedly developed by B.C.-based MacDonald, Dettwiler and Associates Ltd., for Starnet Communications' HQ at 425 Carrall Street, Vancouver; and,

**Posted on November 23, 2018 by Cosmic Convergence**

CALIFORNIA FIRESTORMS: Disaster Capitalism At Its Worst

**Hawkins is recommending that families who lost loved ones in HVT or mass-casualty events associated with the negligent, reckless, wilful or fraudulent use of patents in the de-facto custody of agents of Soames, McVicar, Serco or the CAI Private Equity Group, including their shareholders, investment bankers or clients, should follow civil procedures with claims for damages for wrongful deaths similar to those used by the Brown and Goldman families where were awarded compensatory and punitive damages totalling $33.5 million after O.J. Simpson was acquitted in a verdict announced on October 3, 1995 of the murder of his ex-wife, Nicole Brown Simpson, and her friend, Ron Goldman, but where Simpson as sole defendant in the civil case was found responsible for both deaths.**

**Hawkins has also stated** that if he is given all or any of the $10 million reward offered by the family for his help in solving the Sherman murders, **he will share the reward equally with Jason Goodman, founder of Crowd Source the Truth,** as the only investigative journalist with the technical ability to work with Hawkins on the real-time 'discovery' of evidence needed to identify the principals of network who use patented devices or systems to spot fix times of death or body counts at HVT or mass-casualty events.

http://cosmicconvergence.org/?p=28593

---

Nov 16, 2018 at 6:07pm

Hawkins – Serco's BioPharma Sherman Patents – Clinton's Con Air Tainted Blood – McVicar Bridge of Pride™
David "Sherlock" Hawkins is investigating Nicholas (Nick) Soames and Tracey McVicar as possible de-facto custodians of a Serco—formerly RCA GB 1929 and presently the USPTO's agent for Pre-Grant Publication Classification Services—online patent thicket allegedly used by Serco shareholders, the SAFE-BioPharma Association, the Clinton Foundation and members of DOJ Pride to ....

**Establish controlling LGBT elites** in the DOJ (FBI, BOP, USMS, OJP etc) and its inter-agency partners at the Center for Medicare Services [HHS], HUD, and the Department of Labor.

https://www.patreon.com/posts/22753310

Warm regards,

*D. G. Sweiger*

D. G. Sweiger

Copies provided:

Chief Inspector
Royal Canadian Mounted Police
9060 Stormont Ave
Burnaby, B.C.     V3N 4G6
CANADA

Senator Mobina Jaffer
Deputy Chair
Standing Committee on
National Security and Defence
The Senate of Canada
Ottawa, Ontario   K1A 0A4
CANADA

U.S. Ambassador Kelly Craft
Embassy of the United States
P.O. Box 5000
Ogdensburg, NY   13669

Judicial Council of British Columbia
337 – 800 Hornby Street
Vancouver, B.C.   V6Z 2C5
CANADA

Honourable Ralph Goodale
Minister of Public Safety
269 Laurier Avenue West
Ottawa, Ontario     K1A 0P8
CANADA

Honourable David Eby, Q.C.
Minister of Justice and Attorney General
Room 232, Parliament Buildings
P.O. Box 9044, Stn Prov. Govt.
Victoria, B.C.          V8W 9E2
CANADA

AG.Minister@gov.bc.ca