IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROBERT DAVID STEELE,** *et al.,*

    **Plaintiffs,**

v.                                                      **Civil Action No. 3:17cv601**

**JASON GOODMAN,** *et al.,*

    **Defendants.**

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court:

(1)     DENIES in part and GRANTS in part Negron's Motion to Dismiss, (ECF No. 47);

(2)     DISMISSES Count II, the insulting words claim, as to Negron, (ECF No. 39);

(3)     DISMISSES Count VII, the computer claim, as to Negron, (ECF No. 39);

(4)     DISMISSES Count VIII, the unauthorized use claim, as to Negron, (ECF No. 39);

(5)     DISMISSES Count IX, the request for a permanent injunction, as to Negron, (ECF No. 39);

(6)     DENIES Goodman's Motion to Dismiss, (ECF No. 45);

(7)     DENIES the Motion to Sever, (ECF No. 46);

(8)     GRANTS the Ghost Writing Motion and DEEMS the February 13, 2019 Ghost Writing Form FILED, (ECF No. 71);

(9)     TAKES UNDER ADVISEMENT the Motion to Intervene, (ECF No. 73);

(10)     STRIKES and DEEMS received, not filed, Weaver's Declaration, (ECF No. 79);

(11)     STRIKES and DEEMS received, not filed, Fougere's Affidavit, (ECF No. 80);

(12) STRIKES and DEEMS received, not filed, Outtrim's Filing, (ECF No. 82); and,

(13) STRIKES and DEEMS received, not filed, Marsden's Filing, (ECF No. 83).

The Court also DIRECTS the Clerk to mail Sweigert a copy of the Ghost Writing Form to his address of record and ORDERS Sweigert to file an appropriate Ghost Writing Form for each court filing by close of business April 12, 2019.

As to the Motion to Intervene, Sweigert SHALL file an Amended Motion to Intervene, should he still seek to do so, by close of business April 12, 2019. The Court will not consider any amendment after this deadline. Plaintiffs, Negron, Goodman, and Lutzke SHALL file a response to Sweigert's Amended Motion to Intervene by close of business April 23, 2019. Though the Clerk has entered default as to Lutzke, the Court REMINDS Lutzke that the Federal Rules of Civil Procedure require all parties to answer and comply with Court orders.

If Sweigert fails to file an Amended Motion to Intervene by the April 12, 2019 deadline, Plaintiffs, Negron, and Lutzke SHALL file a response to the Motion to Intervene, (ECF No. 73), presently before the Court by close of business April 23, 2019. Sweigert SHALL file a reply to each party's response by close of business May 1, 2019.

Finally, by close of business April 12, 2019, Negron SHALL file an Answer to Plaintiffs' Amended Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Virginia.

Let the Clerk send a copy of this Memorandum Order and Opinion to all counsel of record, and to Lutzke, Goodman, Weaver, Fougere, Outrrim, and Marsden at their respective addresses of record.

It is SO ORDERED.

/s/ M. Hannah Lauck
M. Hannah Lauck
United States District Judge

Date: 3/31/19
Richmond, Virginia