# EXHIBITS

I hereby certify that the foregoing information and attached exhibits are truthful and correct under penalties of perjury.

Signed: 3/27/19

Respectfully submitted,

/s/

D. George Sweigert, *pro se*

# EXHIBITS TO ACCOMPANY

# MOTION TO INTERVENE

27