# EXHIBIT ONE



## Jason Goodman

Home   Videos   Playlists   Community   Channels   About   sweigert



**Was Sweigert the EVL BAT CAVE Custodian or Key Holder for BAE Bit-Spread Pentagon Bomb**
Jason Goodman
23 hours ago • 4,119 views
David continues to explore the possibilities of 9/11 simulations in the University of Chicago's EVL BAT CAVE. Sweigert sends mail.



**Did SERCO's Patented EVL Bat CAVE Entrust Pentagon Attack Simulation to Sweigert?**
Jason Goodman
1 week ago • 4,129 views
With his extensive credentials and experience Sweigert is uniquely suited to overseeing sophisticated simulations that could be viewed in the EVL CAVE.



**Did Sweigert Hack the EVL BAT CAVE & Switch Pentagon Attack Simulation to Live Fire? David Hawkins**
Jason Goodman
5 days ago • 4,709 views
There has been no more aggressive opponent to Reverse CSI research than David George Sweigert. He's literally written the book on ethical hacking, but the question is, who



**Red Line Death in Zulu Time Did Ramsey Use George Sweigert Patent to Call Police with David Hawkins**
Jason Goodman
3 weeks ago • 3,989 views
David continues his deep dive into the patent office. Did George Henry Sweigert's patented tech play a role in the Jon Bennet Ramsey murder or subsequent call to Boulder, CO police'...



**Question for Legal Experts – Has D. George Sweigert Committed Mail Fraud?**
Jason Goodman
1 month ago • 2,767 views
D. George Sweigert has brought a civil suit against Jason Goodman based on fraudulent claims. Sweigert has changed his address three times since initiating the suit. His current



**Hack to the Future – Exploring the Sweigert, Hearst, Buffett Time Phones with Quinn Michaels**
Jason Goodman
9 months ago • 1,428 views
*Originally posted April 7, 2018



**Was Sweigert the EVL BAT CAVE Custodian or Key Holder for BAE Bit-Spread Pentagon Bomb**
Jason Goodman
23 hours ago • 4,119 views
David continues to explore the possibilities of 9/11 simulations in the University of Chicago's EVL BAT CAVE. Sweigert sends mail. ...



**Did SERCO's Patented EVL Bat CAVE Entrust Pentagon Attack Simulation to Sweigert?**
Jason Goodman
1 week ago • 4,129 views
With his extensive credentials and experience Sweigert is uniquely suited to overseeing sophisticated simulations that could be viewed in the EVL CAVE. ...



**Did Sweigert Hack the EVL BAT CAVE & Switch Pentagon Attack Simulation to Live Fire? David Hawkins**
Jason Goodman
5 days ago • 4,709 views
There has been no more aggressive opponent to Reverse CSI research than David George Sweigert. He's literally written the book on ethical hacking, but the question is, who ...

30



**Red Line Death in Zulu Time Did Ramsey Use George Sweigert Patent to Call Police with David Hawkins**
Jason Goodman
3 weeks ago • 3,989 views
David continues his deep dive into the patent office. Did George Henry Sweigert"s patented tech play a role in the Jon Bennet Ramsey murder or subsequent call to Boulder, CO police'...



**Question for Legal Experts – Has D. George Sweigert Committed Mail Fraud?**
Jason Goodman
1 month ago • 2,767 views
D. George Sweigert has brought a civil suit against Jason Goodman based on fraudulent claims. Sweigert has changed his address three times since initiating the suit. His current ...



**Hack to the Future – Exploring the Sweigert, Hearst, Buffett Time Phones with Quinn Michaels**
Jason Goodman
9 months ago • 1,428 views
*Originally posted April 7, 2018

31

**EXAMPLES OF SPECIFIC IMAGES OF THE INTERVENOR-APPLICANT**









Did Sweigert Hack the EVL BAT CAVE & Switch Pentagon Attack Simulation to Live Fire? David ...
Crowdsource the Truth 2
Streamed 1 month ago • 931 views
There has been no more aggressive opponent to Reverse CSI research than David George Sweigert. He's literally written the ...

Does Sweigert's EVL BAT CAVE Ethical Hack Hide DeConto's Wrongful Pentagon Death? with ...
Crowdsource the Truth 2
Streamed 1 month ago • 539 views
David Sweigert is a prolific public figure. He makes daily video broadcasts commenting on the current political climate and various ...

Did SERCO's Patented EVL Bat CAVE Entrust Pentagon Attack Simulation to Sweigert?
Crowdsource the Truth 2
Streamed 1 month ago • 684 views
With his extensive credentials and experience Sweigert is uniquely suited to overseeing sophisticated simulations that could be ...

### Does Sweigert's Social Engineering Spin the Bit Spread Spy ...
https://www.youtube.com/watch?v=Hx3Ljld-vTo



Feb 27, 2019 · Does **Sweigert's** Social Engineering Spin the Bit Spread Spy in the Padlocked Bag with David Hawkins

Author: Crowdsource the Tr...

Views: 522

**Streamed live on Feb 27, 2019**
**Is Sweigert's current social engineering intended to distract from previous hacks?**

### Did Sweigert Hack the EVL BAT CAVE & Switch Pentagon ...
https://www.youtube.com/watch?v=6XkOFTLT8mk

Feb 08, 2019 · There has been no more aggressive opponent to Reverse CSI research than David George **Sweigert**. He's literally written the book on ethical hacking, but the qu...

**Jason Goodman**

Login to subscribe to Jason Goodman

**Shared February 6, 2019**

With his extensive credentials and experience Sweigert is uniquely suited to overseeing sophisticated simulations that could be viewed in the EVL CAVE.

Watch the Subscriber Only Episodes of Discovery CSI with David Hawkins

33