# EXHIBIT TWO



Hawkins proposes an endowment fund—tentatively named the HGT Endowment Fund with himself, **Jason Goodman** and U.S. and U.K. Teachers pension funds—be set up so that students everywhere can use proven EVL BAT CAVE technology to ground truth propaganda, fake news and/or media injects in Zulu time to help at-risk or injured communities prevent what is about to occur or obtain justice for victims of what has occurred and whether crimes or mass-casualty events involved the negligent, reckless, willful or fraudulent use of patented devices (Whatdunnit?).

The custodians of those patents may then be held to account. .

With Patreon funding for his work on the Reverse CSI storyboards, Hawkins can author pilot scripts and develop contextual videos with **Jason Goodman** for downloading at Reverse CSI Scripts and thereby promote an HGT endowment fund for the worldwide adoption of EVL technology where students everywhere can ground truth theories of crime and wrongful death propagated on The Teachers network with empirical evidence collected at actual crime scenes.

'Evidence is neither lost nor gained in CSI but some evidence is always wasted—it is the job of sharp eyed students and data collectors not rogue or doctrinaire teachers to keep that waste to a minimum'—David Hawkins preparing to launch a global student-led ground-truthing network.

'It is a capital mistake to theorize before one has data. Insensibly one begins to twist facts to suit theories, instead of theories to suit facts.' Sherlock Holmes Quote - A Scandal in Bohemia'

Here is what **Jason Goodman** said about David's efforts "David Hawkins' brilliantly uncanny approach to crime scene investigation utilizes deductive reasoning and focuses on unique technological signatures. By identifying patents that describe in detail the technical distinctions of any particular phenomenon, David is able to draw conclusion and solve mysteries like no other."

35

**Feb 18 at 5:13pm**
**Teachers' Licence For CSI Scripts To Expose Serco Patent Racket, Sweigert EVL S.H.I.T. CAVE & Pentagon Wrongful Deaths?: David C. Hawkins Discovery CSI™**





**David Hawkins**
is creating Reverse CSI Storyboards To Gr...
152 patrons

Become a patron

**TIER BENEFITS**

My plan is to help the Teachers develop a virtual reality theater facility to expose these secret societies where for example, students and faculty around the world could reverse engineer the Serco Group's apparent frauds on the Five Eyes countries' patent offices, the Simulation and Hacking Information Technology (S.H.I.T.) **secretly embedded by Dave G. Sweigert** into existing EVL CAVE environments and Entrust federal bridge networks, and the wrongful deaths on 9/11 of the late director of the current operations and plans branch of the Navy Command Center, Captain Gerald F. DeConto, and 124 of his colleagues who, according to video frames captured from outside the Pentagon, died in a Zulu-timed bombing attack at Sep 12.2001 17:37:19,

Internet URL: https://www.patreon.com/posts/teachers-licence-24789813

**Feb 25 at 6 02am**
**Epstein Clinton Teachers Trap—GCHQ Spy In Bag In Flat—Serco EVL Sweigert Hack: Hawkins Discovery CSI™**





**David Hawkins**
is creating Reverse CSI Storyboards To Gr...
152 patrons

Become a patron

**TIER BENEFITS**

**My research indicates that Sweigert (email Spoliation-notice@mailbox.com!) left a backdoor** in Northwestern University's EVL IT Partnerships which conceals a cat-bond fraud on the Teachers pension funds with the same day demolitions of the Twin Towers on 9/11 and the spoliation of evidence of EVL links to Singapore (a Serco shareholder and major investor in Standard Chartered Bank on the 10th floor of WTC7 with the Secret Service!), State of Illinois, Chicago, China, Russia, Motorola, Nortel and the BBC.

With a Reverse CSI Scripts licence agreement, the "Teachers" could use A.I. deductive logic and in-house EVL virtual reality theatre to protect their funds and, more importantly, truth test the alibis of the Elite Teachers on 9/11 and **possible hacks by Dave G. Sweigert who appears to have allowed a BBC-scripted simulated continuity-of-government exercise to be switched to a live-fire attack over the federal bridge** so Bill Clinton's BBC (?) scriptwriters in Australia could attribute the 9/11 attacks to bin Laden groups.

Internet URL: https://www.patreon.com/posts/epstein-clinton-24939282

37



Feb 25 at 4 45pm
**Serco Banks On Bit Spread Teachers—Sweigert's Backdoor EVL Zulu Snuff—BBC's ITT Underground Bombs: Hawkins Discovery CSI™**

As the founder of Reverse CSI Scripts Ltd. and inventor of the deductive computing machine, I invite the University of Illinois Board of Trustees and representatives of Serco shareholders, including the Teachers (TIAA) and the University Superannuation Scheme pension funds, who met on the 47th floor of NYC WTC 1 (North Tower) on 9/11, to endow post-secondary institutes with EVL BAT CAVE systems to serve as ground stations so students can truth test the media plays and fake news injected by elite (?) groups of Teachers through patented high-speed bit-spread backdoors **apparently left by Dave Sweigert in the EVL IT networks which** allegedly allowed BBC scriptwriters access to the ITT/STC technologies needed to stage the *first live broadcast mass snuff film in human history* in Zulu time on 9/11 and synchronize an exercise with the times and place of actual explosions of the London Underground bombs on 7/7/2005.

**My research indicates that Sweigert may unwittingly have left a backdoor** in Northwestern University's EVL IT Partnerships which conceals a cat-bond fraud on the Teachers pension funds with the same day demolitions of the Twin Towers on 9/11 and allowed the spoliation of evidence which might link Singapore—Serco shareholder and major investor in Standard Chartered Bank on the 10th floor of WTC7 with the Secret Service—the State of Illinois, Chicago, China, Russia, Motorola, Nortel and the BBC.

Internet URL: https://www.patreon.com/posts/serco-banks-on-24947806

Feb 24 at 6.37pm
**Serco Teachers' Hot Spot Cat Bond Fraud—Sweigert EVL Secret Service Hack—Ground Truth Building 7: Hawkins Discovery CSI™**





**David Hawkins**
is creating Reverse CSI Storyboards To Gr...
152 patrons

Become a patron

TIER BENEFITS

My research indicates that the hot-spot demolitions of WTC7 (no plane!) are the same as WTC 1 & 2 but the destruction of the U.S. SS files in **WTC7 (N.B. Sweigert's email is Spoliation-notice@mailbox.com!) suggests that Sweigert may have helped rogue Teachers conceal 9/11 co-conspirators in** Northwestern University's EVL IT Partnerships to include Singapore (Serco's Standard Chartered Bank shareholder on same floor as the Secret Service!), State of Illinois, Chicago, China, Russia, Motorola, Nortel and BBC.

With a Reverse CSI Scripts licence agreement, the "Teachers" could use A.I. deductive logic and in-house EVL virtual reality theatre to protect their funds and, more importantly, truth test the alibis of the **Rogue Teachers on 9/11 and possible hacks by Dave G. Sweigert** who appears to have allowed a BBC-scripted simulated continuity-of-government exercise to be switched to a live-fire attack over the federal bridge so Bill Clinton's BBC (?) scriptwriters in Australia could attribute the 9/11 attacks to bin Laden groups.

Internet URL: https://www.patreon.com/posts/serco-teachers-7-24926784

39



**Feb 16 at 11:33pm**
**Challenging Sweigert's Bridge of EVL S.H.I.T.—Pentagon Zulu Bombs—DeConto Wrongful Death: David C. Hawkins Discovery CSI™**

**David Hawkins**
is creating Reverse CSI Storyboards To Gr...
152 patrons

Become a patron

**TIER BENEFITS**

> **I am challenging David G. Sweigert,** a former consultant hired and <u>fired by the U.S. Army Simulation, Training and Instrumentation Command (STRICOM) in Orlando, Florida,</u> and author of <u>Ethical Hacker's Field Operations Guide: Learning the Art of Penetration Testing,</u> to **help myself and Jason Goodman** and our Patreon sponsors to develop a proof-of-concept virtual-reality show to test for the possible negligent, reckless, wilful or fraudulent use of patented devices associated with Simulation and Hacking Information Technology (S.H.I.T.) on the U. of Illinois Chicago's <u>EVL facility</u>, the <u>Institute for Creative Technologies (ICT)</u> at the University of Southern California, and the <u>Entrust federal bridge</u> which appears to have caused the wrongful deaths of nearly **3,000 of Sweigert's** countrymen on 9/11.

Internet URL: <u>https://www.patreon.com/posts/challenging-of-s-24754028</u>



**The research indicates that Sweigert may have left a backdoor** in to conceal a cat-bond fraud on the Teachers' funds and bit-spreading evidence linking 9/11 to Singapore—Serco shareholder investor in Standard Chartered Bank on 10th floor of WTC7 with U.S. Secret Service—State of Illinois, Chicago, China, Russia (New Rodina?), Motorola, Nortel and the BBC.

Internet URL: https://www.patreon.com/posts/bin-ladens-bit-i-25206581

PATREON |     Q   Create on Patreon   Explore creators   Sign up

Feb 11 at 8:44pm
**Bartels North Tower Death—EVL Hacker Sweigert—Baker Mackenzie's Global (AI Patent) Custodians: 7/2019 Discovery CSI™ with David Hawkins**



**David Hawkins**
is creating Reverse CSI Storyboards To Gr...
151 patrons

Become a patron.

TIER BENEFITS

David Hawkins is offering his Week 7/2019 Discovery CSI™ service **on Jason Goodman's Crowd Source the Truth Show as a court of public opinion to expose the "Whatdunnit?" death** of Carlton Bartels in the North Tower (WTC1) of the World Trade Center in New York on 9/11 **when an apparent hack by David G. Sweigert** into the EVL BAT CAVE simulator at the University of Illinois in Chicago allowed agents of Serco Group Plc. Shareholders—including members of the Association of Global Custodians served by Baker McKenzie (Verein) as Secretariat and Counsel—to access (keys) to A.I.-selected patented devices whose custodians may be held liable for the wrongful deaths of Bartels and 657 of his Cantor Fitzgerald colleagues who died sometime between 8:46:46 a.m., six seconds after the North Tower was struck on 9/11, when a Goldman Sachs $CO_2$ (?) trading system went offline because it was unable to connect with the server, and sometime before demolition signals, apparently transmitted via bit-spreading fiber-optic token rings to or from the EVL BAT CAVE in Chicago, collapsed the North Tower at 10:28 a.m.

Using his Malipod™ (ref) virtual patent-profiling machine, Hawkins has reverse engineered the 9/11 crime-site footprints of Serco agents with the Global (A.I. Patent) Custodians, the Teachers Insurance and Annuity Association of America (TIAA) and the U.K.'s Universities Superannuation Scheme, who, apparently used an ethical (?) hack of the EVL BAT CAVE by **David G. Sweigert**, former consultant to U.S. Army Simulation, Training and Instrumentation Command (STRICOM) in Orlando, Florida, for "Con Air Serco's Catalogue Killing*" of Bartels and his Cantor Fitzgerald colleagues on 9/11.

Internet URL: https://www.patreon.com/posts/bartels-north-ai-24631714

Feb 3 at 10:02pm
**Serco's AI Paedophile Catalogues—PENREN's Sweigert Simulation—Obama's EVL BAT CAVE Bombs: 6/2019 Discovery CSI™ with David Hawkins**





David Hawkins

is creating Reverse CSI Storyboards To Gr...

151 patrons

Become a patron

TIER BENEFITS

RECENT POSTS

February 3, 2019

David Hawkins is offering his Week 6/2019 Discovery CSI™ service on Jason Goodman's Crowd Source the Truth Show as a court of public opinion to expose the shareholders of Serco Group Plc

Using his Malipod™ (ref) virtual patent-profiling machine, Hawkins has reverse engineered the 9/11 crime site footprints of Serco shareholders including leaders of the Teachers Insurance and Annuity Association of America (TIAA) and the U.K.'s Universities Superannuation Scheme who, **apparently aided by David G. Sweigert,** former consultant to U.S. Army Simulation, Training and Instrumentation Command (STRICOM) in Orlando, Florida, **helped the pedophile associates of then-Illinois Senator** Barack Hussein Obama (a.k.a. Barry Soetoro) to participate in the torture killing of JonBenet Ramsey on Christmas Day 1996 and stage a simulated Bin Laden war-game "Global Guardian 10-12 September 2001" to conceal a DOJ Pride conspiracy to overthrow the government of the United States by force.

Internet URL: https://www.patreon.com/posts/sercos-ai-obamas-24442554

**PATREON** |     Create on Patreon    Explore creators    Sign up    Log in

Mar 26 at 6:20pm
**EVL Teachers Split Dando, Spy In Bag—Sweigert's Pig Farm Hacks On CAI Bridge Of Vets— Serco's Con Air Towers Spot Fix Boeing MAX 8 Crash: With David Hawkins Discovery CSI**





**David Hawkins**

is creating Reverse CSI Storyboards To...

150 patrons

Become a patron

**TIER BENEFITS**

My Reverse CSI storyboard analysis suggests that special investors in the CAI Private Equity Group, including David Johnston, former Governor General of Canada and the only non-American citizen to chair the Harvard Board of Overseers, hired Maxar Technologies and **David "Ethical Hacker" Sweigert** to develop the split-tunnel devices for Piggy Palace Good Times Society in Port Coquitlam BC and Starnet Communications in Vancouver BC which allegedly allowed EVL Teachers' White List friends to establish a Con Air pig-farm snuff film, child porn, blackmail and dead-pool gaming operation outside the law.

3. **To deploy Sweigert's** social engineers and hackers to scrub or filter content from Internet sites where *"Filtering may also include enforcement of company policies regarding which Internet sites are "off-limits", such as sites focused on violence or other objectionable material."*

The storyboards suggest that Serco agents, EVL AI Teachers and **Sweigert's** army of social engineers used devices covered by prisoner tracking, bit-spreading and revocation patents to break the chain of custody of evidence in WTC7 on 9/11...

Internet URL: https://www.patreon.com/posts/evl-teachers-spy-25646215