# EXHIBIT THREE



Streamed live on Feb 15, 2019
**David Sweigert** is a prolific public figure. He makes daily video broadcasts commenting on the current political climate and various aspects of social media and technology. **He is an author of "ethical" hacking manuals and claims to be an expert ethical hacker himself. His ethics and his competence are in question however. Is it possible that a legitimate "ethical" hack, could be an umbrella operation for a more sinister hacker to sneak in right behind Sweigert?** Would he even know if this had occurred. David Hawkins joins me again to explore the likelihood of this possibility.

Watch this afternoon's full episode on Patreon and SubscribeStar

http://www.patreon.com/crowdsourcethe...
https://www.subscribestar.com/crowdso...
https://www.patreon.com/reverseCSIsto...

Internet URL: https://www.youtube.com/watch?v=1rxfDqfa0i4&t=2s

46



Can Simulation Hacking IT Guru Sweigert Explain BAE's Bit Spread 9/11? With David Hawkins

Streamed live on Mar 1, 2019
David continues to explore the capabilities of a S.H.I.T. guru and the possibility that ethical hacking could compromise BAE Bit spreading technology.

Watch today's full episode on Patreon and SubscribeStar

http://www.patreon.com/crowdsourcethe...
https://www.subscribestar.com/crowdso...
https://www.patreon.com/reverseCSIsto...

Internet URL: https://www.youtube.com/watch?v=7J2IhyrT4PQ&t=12s

47