# EXHIBIT FIVE



### Kristine Marcy Surrenders to Field McConnel – What's Next for SES?
Jason Goodman
Streamed 1 year ago • 118,221 views
Field McConnell joins me to clarify his statement that Kristine Marcy, his sister and according to him the most evil woman in the ...



### Meet Field's Sister, Kristine Marcy (Sister Abel, Brother Cain)
Abel Danger
5 years ago • 65,587 views
Field McConnell's only sibling, Kristine Marcy, held accountable to treason against the United States of America.



### Senior Executive Service (Kristine Marcy) - George Webb
Abel Danger
1 year ago • 53,861 views
Mirrored from George Webb: https://www.youtube.com/watch?v=CLXphx5Sd0E Kristine Marcy (nee McConnell) • '[Revised July 5, ...



### Clinton-Marcy Pedophilia Unleashes DOGS OF WAR 4 July, 2016
Abel Danger
2 years ago • 18,722 views
http://www.abeldanger.net/2014/09/america-stands-book-15-... I [Field McConnell] was a juror in a pedophilia trial in ...



### Kristine Marcy Founder of SES Surrenders to Field McConnell
Jason Goodman
1 year ago • 78,329 views
Field McConnell has described his sister Kristine Marcy as the most evil woman in the world. The founder of a dark Gynocracy ...



### Kristine Marcy's Role in Shadow Government · Clipper Chip · Child Abduction
Abel Danger
5 years ago • 15,500 views



### Pedophile Hybristophiliac Immigrant Database (PHIDb) - Jamie Gorelick & Kristine Marcy
Abel Danger
5 years ago • 2,548 views
1503: Marine Links Sidley's Pedo-Hybris Immigrant Database to Marcy, Canadian's Mumbai Massacre Plum City ...



Kristine Marcy Founder of SES Surrenders to Field McConnell


Jason Goodman
Subscribe 81K

78,338 views

Published on Mar 20, 2018
Field McConnell has described his sister Kristine Marcy as the most evil woman in the world. The founder of a dark Gynocracy has at last ended her reign. What are the implications of this major swamp draining development.

> Published on Mar 20, 2018
> Field McConnell has described his sister Kristine Marcy as the most evil woman in the world. The founder of a dark Gynocracy has at last ended her reign. What are the implications of this major swamp draining development.
>
> Kristine Marcy's email to Field – https://drive.google.com/file/d/11mVL...
>
> Become a Sponsor of Crowdsource the Truth
>
> http://paypal.me/crowdsourcethetruth
>
> monthly sponsorship on Patreon
> https://www.patreon.com/crowdsourceth...

Internet URL: https://www.youtube.com/watch?v=b9lEtLZm3bE



> she allegedly sent bogus Con Air passenger manifests and flight schedules to the FAA's air traffic control headquarters in Herndon, Va., to paralyze blue-team responses to electronic hijacking during the phony Gore Hammer war game on 9/11; she allegedly used Con Air to fly victims to cannibal oath ceremonies at a British Columbia pig farm where they would swear to uphold the principles espoused in Al Gore's propaganda movie 'An Inconvenient Truth'; she allegedly conspired with her former SBA loan syndicate client, Wells Fargo, to promote the Al Gore :

Meet Field's Sister, Kristine Marcy (Sister Abel, Brother Cain)

Abel Danger
Subscribed 60K

65,688 views

Published on Sep 23, 2013
Field McConnell's only sibling, Kristine Marcy, held accountable to treason against the United States of America.
Notice    Age-restricted video (based on Community Guidelines)

> Published on Sep 23, 2013
> Field McConnell's only sibling, Kristine Marcy, held accountable to treason against the United States of America.

Internet URL: https://www.youtube.com/watch?v=L2lCj_WAB_Y&t=125s

56



Field McConnell Live from the UK – SES Kristine Marcy Phone Call Gold Backed $ Bibi Hospitalized

Jason Goodman

53,233 views

Published on Mar 27, 2018
Crowdsource the Truth has been struck again by malicious complaints, disabling live streaming once again. This video was live earlier today on 21st Century 3D https://www.youtube.com/watch?v=eaM6j...

Become a Sponsor of Crowdsource the Truth

Published on Mar 27, 2018
Crowdsource the Truth has been struck again by malicious complaints, disabling live streaming once again. This video was live earlier today on 21st Century 3D https://www.youtube.com/watch?v=eaM6j...

Become a Sponsor of Crowdsource the Truth

http://paypal.me/crowdsourcethetruth

monthly sponsorship on Patreon
https://www.patreon.com/crowdsourceth...

BTC - 14y2bEJ484DTbQwthX51VWpcRtk9Q7kmQQ

ETH - 0x07a23Ac0EBb5936d60A8cBfE07D64A579Cc756c9

Internet URL: https://www.youtube.com/watch?v=B13BQQyl18I



The SPECTER of Mi6 – Did SERCO's AI Prisoners Track Kristine Marcy's Novicihok via ConAir?

Jason Goodman

2,898 views



Published on May 6, 2018
*Originally posted April 11, 2018

David Hawkins of Abel Danger applies his unique method of investigation to several potential "false flag" incidents that seem intended to create a pretext for war with Russia over Syria.

---

Published on May 6, 2018
*Originally posted April 11, 2018

David Hawkins of Abel Danger applies his unique method of investigation to several potential "false flag" incidents that seem intended to create a pretext for war with Russia over Syria.

Become a Sponsor of Crowdsource the Truth

http://paypal.me/crowdsourcethetruth

monthly sponsorship on Patreon
https://www.patreon.com/crowdsourceth...

Internet URL: https://www.youtube.com/watch?v=4WetDoLCvVA

### Kristine Marcy Founder of SES Surrenders to Field McConnell ...
https://www.youtube.com/watch?v=b9IEtLZm3bE



Mar 20, 2018 - Uploaded by Jason Goodman
Field McConnell has described his sister **Kristine Marcy** as the most evil woman in the world. The founder of a ...

### Kristine Marcy Surrenders to Field McConnel – What's Next for SES ...
https://www.youtube.com/watch?v=sYtWE59WIIU



Mar 22, 2018 - Uploaded by Jason Goodman
Field McConnell joins me to clarify his statement that Kristine Marcy, his sister and according to him the most ...

### Field McConnell Live from the UK – SES Kristine Marcy ... - YouTube
https://www.youtube.com/watch?v=B13BQQyl18I



Mar 27, 2018 - Uploaded by Jason Goodman
... UK – SES **Kristine Marcy** Phone Call Gold Backed $ Bibi Hospitalized ....
**Jason Goodman** drives wedges ...

### Field McConnell Live from the UK – SES Kristine Marcy ... - Vimeo
https://vimeo.com › Abel Danger › Videos



Mar 27, 2018 - Uploaded by Abel Danger
March 27, 2018 Hosted by Jason Goodman - CrowdSource the Truth ... Field McConnell Live from the UK – SES ...

59



First published at 00:59 UTC on March 23rd, 2018.

Mirrored as backup to Jason Goodman: Crowdsource the Truth

https://www.youtube.com/watch?v=sYtWE59WllU

Internet URL: https://www.bitchute.com/video/EFeM071WCFdu/

14 | Archived **Who Is Kristine Marcy? I Saw This Tweet Claiming She Runs The Ring.** (pizzagate)
· submitted 2 years ago by Batmansfriend

(https://twitter.com/suemire/status/840041272924594176))

28 comments

want to join the discussion? login or register in seconds.
sort by: New Bottom Intensity Old
Sort: Top

6
carmencita 6 points (+6|-0) 2 years ago

Presidential Field McConnell has linked his sister Kristine Marcy to Michelle Obama through their joint sponsorship of black-market organ trade in blood and body parts allegedly taken from 'assets under management' by the National Center for Missing & Exploited Children and SOS Children's Villages Illinois. This is from Abel Danger. The truth is coming out. Drip. Drip. Drip.

link

0
equinetuvr 0 points (+0|-0) 2 years ago

Based upon Abel Danger's history, I would need to see documentation and vet it.

link parent

0
blobster 0 points (+0|-0) 2 years ago

"Haha! One of my FAVORITE all-time logical quotes. :)

"Absence of evidence is not evidence of absence. - Dr. Henry Lee".....equinetuvr

link parent

0
carmencita 0 points (+0|-0) 2 years ago

I know. The history has been up and down at times. Just ready for all this to come out.

link parent

0
OnHoldWithBreitbart 0 points (+0|-0) 2 years ago

"history"... can you back this up instead of just mentioning Abel Danger's history. What are your concerns with his "history"

link parent

0
MyNameIsLuka 0 points (+0|-0) 2 years ago

They also say she had something to do with Jon Benets rape and murder.
https://voat.co/v/pizzagate/1652846

link parent

---

Presidential Field McConnell has linked his sister **Kristine Marcy** to Michelle Obama through their joint **sponsorship of black-market organ trade in blood and body parts** allegedly taken from 'assets under management' by the **National Center for Missing & Exploited Children** and SOS Children's Villages Illinois. This is from Abel Danger. The truth is coming out. Drip. Drip. Drip.

Internet URL: https://voat.co/v/pizzagate/1725075

61