UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND VIRGINIA

| ROBERT DAVID STEELE, | |
|---|---|
| Plaintiff, | 17-CV-00601-MHL |
| -against- | NOTICE OF AMENDED MOTION TO INTERVENE WITH MEMORANDUM OF LAW AND ARGUMENT AND EXHIBITS |
| JASON GOODMAN, | |
| Defendant. | |

### NOTICE OF AMENDED MOTION TO INTERVENE

### AND

### CERTIFICATE OF SERVICE

1. **NOTICE SHOULD BE TAKEN BY THE CLERK OF THE COURT AND ALL PARTIES** that the interested party known as D. GEORGE SWEIGERT has filed a MOTION known as

### AMENDED MOTION TO INTERVENE BY INTERVENOR-APPLICANT SWEIGERT

2. **GHOST WRITING CERTIFICATION. I (the undersigned) declare under penalty of perjury that: NO ATTORNEY HAS PREPARED, OR ASSISTED IN THE PREPARTION OF ANY OF THE DOCUMENTS ENCLOSED.**

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 9/ day of April, 2019.

D. George Sweigert

1

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

| | | |
|---|---|---|
| Steven Scott Biss<br>300 West Main St<br>Ste 102<br>Charlottesville, VA 22903 | Jason Goodman<br>252 7th Avenue<br>New York, NY 10001 | Richard Johan Conrod, Jr.<br>Kaufman & Canoles PC<br>150 W Main St<br>PO Box 3037<br>Norfolk, VA 23510 |
| Clerk of the Court<br>U.S. District Court<br>701 E. Broad St.<br>Richmond, VA 23219 | | Terry Catherine Frank<br>Kaufman & Canoles PC<br>1021 E Cary St, Suite 1400<br>Two James Center<br>PO Box 27828<br>Richmond, VA 23219 |

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 9/ day of April, 2019.

_____/

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211