# EXHIBITS

I hereby certify that the foregoing information and attached exhibits are truthful and correct under penalties of perjury.

Signed: 4/9/19

Respectfully submitted,

D. George Sweigert, *pro se*

# EXHIBITS TO ACCOMPANY

# MOTION TO INTERVENE