# EXHIBIT ONE-C



**Abel Danger (AD)** started as a two man team back in 2006. That was when aviation pilot whistleblower Field McConnell contacted David Hawkins, a Cambridge graduate and global forensics economist. Over a decade later our duo team has grown into a large, globally based network of average people who have joined us to listen, share and partake in our C2CSI (**Cloud Centric Crime Scene Investigations**).