# EXHIBIT ONE-D



prostitutes were murdered possibly run
live through a wood chipper

Play (k)

42:37 / 1:11:29

**Does Sweigert's Social Engineering Spin the Bit Spread Spy in the Padlocked Bag with David Hawkins**

Jason Goodman

Subscribe  81K

2,975 views

Add to    Share    ••• More

142    29

Streamed live on Feb 27, 2019
Is Sweigert's current social engineering intended to distract from previous hacks?

**Internet URL:  https://www.youtube.com/watch?v=yx_6sj33FDs&t=2165s**