# EXHIBIT TWO

### Did the Federal Bridge Provide an Angle of Attack for The Sherman ...
https://www.youtube.com/watch?v=T6dnIgQmQQI


Nov 9, 2018 - Uploaded by Jason Goodman
Did the Federal Bridge Provide an Angle of Attack for The Sherman Murders ... Jason Goodman. Loading ...

### Can the Federal Bridge Link SERCO ConAir Patents to Unabomber ...
https://www.youtube.com/watch?v=tEc9uLmTrJE


Dec 7, 2018 - Uploaded by Jason Goodman
Can the Federal Bridge Link SERCO ConAir Patents to Unabomber Ted Kaczynski? RCSI with David Hawkins ...

### Does Federal Bridge Link Princess Di's D'Alma Tunnel to the 47th floor ...
https://www.youtube.com/watch?v=CQR-979bhCU


Jan 25, 2019 - Uploaded by Jason Goodman
David explores the technological signatures of two of the most controversial crimes in history http://www ...

### David Hawkins' Reverse CSI Preview Did the Federal Bridge Entrust ...
https://www.youtube.com/watch?v=DLB9ir0eLRY


Nov 2, 2018 - Uploaded by Jason Goodman
David Hawkins' Reverse CSI Preview Did the Federal Bridge Entrust Sherman Murders to ConAir Killers ...

### Did Mosque Shooter Use SERCO Split Tunnel Patent to Stream Snuff ...
https://www.youtube.com/watch?v=2BzR4uW8CjU


6 days ago - Uploaded by Jason Goodman
A ring of patents surround the technologies used to live stream the Christchurch Snuff film recorded by Brendan ...

### Sunday with Charles – Future Felons with special guest Joe Hoft of ...
https://www.youtube.com/watch?v=XL49knn-2uQ


Mar 3, 2019 - Uploaded by Jason Goodman
The Clinton Obama MULTIVERSE While the RESISTANCE Fans Allies In Mainstream Media, Academia, and ...

### Was An Obama Assassination Thwarted in 2014? with Special Guest ...
https://www.youtube.com/watch?v=1QUczdDC8p0


3 days ago - Uploaded by Jason Goodman
Jason Goodman. Loading. ... Play next; Play now. Can Split Tunnels & Broken Chains Allow EVL Teachers to ...



Streamed live on Nov 9, 2018
David Hawkins joins me as we continue to explore "man in the middle" attacks launched from the Federal Bridge. Did the same perpetrators who killed the Shermans initiate the crash of Lion Air's 737 MAX?

This is the lead in for Reverse Engineering CSI with David Hawkins" Only ON Patreon. Become a Sponsor of Crowdsource the Truth and enjoy exclusive content Only ON Patreon

http://www.patreon.com/crowdsourcethe...

Internet URL: https://www.youtube.com/watch?v=T6dnIgQmQQI



Streamed live on Dec 7, 2018
David explores evidence related to suspected JPATS SERCO SWAT team member, Unabomber Ted Kaczynsi.

Support David on Patreon – www.patreon.com/reverseCSIstoryboards/

Become a Sponsor of Crowdsource the Truth and enjoy exclusive content Only ON Patreon
http://www.patreon.com/crowdsourcethe...

Internet URL:  https://www.youtube.com/watch?v=tEc9uLmTrJE



Streamed live on Nov 2, 2018
David Hawkins joins me for this free preview of our Only ON Patreon show in which he reverse engineers the crime scene investigation into the murders of Honey and Barry Sherman.

watch the full episode –

http://www.patreon.com/crowdsourcethe...
https://www.patreon.com/reverseCSIsto...

Internet URL:  https://www.youtube.com/watch?v=DLB9ir0eLRY