# EXHIBIT FOUR



With this post, David "Sherlock" Hawkins looks at the apparent role of Canada's CAI Private Equity Group and its investee Macdonald Dettwiler and Associates (MDA) in the development of Entrust PKI to conceal the alleged use of SBA mentor-protégé companies to execute pitch, roll, evade and yaw (P.R.E.Y. ™) manoeuvres of the aircraft hijacked on 9/11 over the **Federal Bridge Certification Authority (FBCA)** network and the alleged use of prisoners on the Nortel and the Department of Justice's (DOJ) Joint Automated Booking System (JABS) to remove evidence from crime scenes through Jerome Lemelson's *"Prisoner ['Con Air'] tracking and warning system and corresponding methods 2000-04-25 US6054928A Grant"*.

Hawkins alleges that MDA equipped Kristine 'Con Air' Marcy, the sister of Marine Corps whistleblower Field McConnell, with the Entrust keys to the federal bridge which allowed her Con Air colleagues to switch a 9/11 simulation exercise to live fire and allowed one of Marcy's SBA mentor-protégé companies, Serco-Base One Technologies, to spot fix the location and time of impact on the North Tower (WTC1), 40 floors above a meeting of now-terrified Serco shareholders and 8:46:40 a.m. and to start the online dead-pool betting on body counts.

[emphasis added]



https://twitter.com/ljcambria/status/1069194771162431488/photo/1

May 18, 2017

**To Whom It May Concern:**

Field McConnell – United States Marine and Global Operations Director of Abel Danger (AD) – has linked Serco's Demon face-recognition software, allegedly used by City & Guilds alumni to help Hillary Clinton track pedophile pimps through the federal bridge certification authority, to Maureen Baginski, Serco's V-P Intelligence Services and the former head of NSA's Signals Intelligence Directorate, whose "Shadow Brokers" have been and are now blackmailing victims into standing down sovereign-state defenses to Ransomware-type viruses.

McConnell alleges that Serco used Baroness Garden, the former manager of City & Guilds (1988-2007) and her husband the late Timothy Garden to stage the Global Guardian federal-bridge resilience exercise on 9/11 when pedophile associates of Ms. Baginski and Ms. Clinton were able to liquidate U.S. assets, crash the capital markets and silence blackmailed witnesses.



**The Clinton Pedophilia Connection**

Internet URL: https://twitter.com/ljcambria/status/1069194771162431488/photo/1





Streamed live on Mar 29, 2019
Does breaking the chain of custody nullify evidence from a legal standpoint? Does David Sweigert know this and actively seek to do so? Could ethical hacking break the chain of custody of critical evidence in some of the most sinister crimes of all time? David joins me to explore these and other questions.

Internet URL: https://www.youtube.com/watch?v=2X3b0XaNj50&t=8s



Internet URL: https://www.youtube.com/watch?v=2X3b0XaNj50&t=8s

80