# EXHIBIT SIX-A



Did SERCO's Patented EVL Bat CAVE Entrust Pentagon Attack Simulation to Sweigert?

Crowdsource the Truth 2

Subscribe 10K

687 views

Add to   Share   ••• More   👍 28  👎 4

Streamed live on Feb 6, 2019
With his extensive credentials and experience Sweigert is uniquely suited to overseeing sophisticated simulations that could be viewed in the EVL CAVE.

Watch the Subscriber Only Episodes of Discovery CSI with David Hawkins

Internet URL:  https://www.youtube.com/watch?v=p0yFFqC1ZOw

