# EXHIBIT SIX-B



Streamed live on Feb 13, 2019
David continues to explore the possibilities of 9/11 simulations in the University of Chicago's EVL BAT CAVE. Sweigert sends mail.

Internet URL: https://www.youtube.com/watch?list=PLBlSynguD0vavfCdMPho3-a83kqgIq4L1&v=3_HUTQvwsg4

91







**NOTE: An Entrust logo is displayed over the left breast pocket of the cartoon of the undersigned.**