# EXHIBIT SIX-C



Associates of Reverse CSI Ltd. and Abel Danger—set up by myself and Field McConnell in 2006 as the cloud-centric crime-scene-investigation unit—believe Serco shareholders, including unwitting members of the Teachers' pension funds, and investment banker N M Rothschild & Sons Ltd., form the society to which the late President Kennedy referred as relying on "infiltration instead of invasion, ... guerrillas by night instead of armies by day... No expenditure is questioned, no rumor is printed, no secret is published."

With a Reverse CSI Scripts licence agreement, the "Teachers" could use A.I. deductive logic and in-house virtual reality theatre to protect their funds and, more importantly, expose the secret society of world bankers and intellectual elites hinted at in the late President John F. Kennedy's speech; a society which, I believe, **hired Dave G. Sweigert** and various Con Air SWAT teams to hack the Entrust federal bridge and link the University of Illinois EVL BAT CAVE to Northwestern University's IT Partnerships, including the BBC, so Bill Clinton's scriptwriters in Australia could attribute the 9/11 attacks to bin Laden groups.



**David Hawkins CSI Storyboards**
@CsiHawkins

As an A.I. mentor, I help injured communities to present wrongful-death claims and students to ground truth

Tweets 48 · Following 6 · Followers 250 · Likes 2

Tweets   Tweets & replies

David Hawkins CSI Storyboards @CsiHawkins · Apr 7
Today's post links a BBC EVL Teachers' network to split tunneling and scrubbing of data from the Mandalay Bay Hotel multiple shooter crime scenes and a Serco dead-pool racket with U.K./U.S. patent officers, social engineers and government insiders

Who to follow · Refresh · View all
Phil C @philc604  Follow
Daryl Boyette @DarylBoye...  Follow



**David Hawkins CSI Storyboards** @CsiHawkins · Apr 3
Here the link to today's show. patreon.com/posts/is-ethic... Join us to explore the theory that David **Sweigert** allowed Weathermen & EVL Teachers to tunnel into the Aegis combat weapons facility known as the Cornfield Cruiser to hijack various Boeing aircraft on 9/11. Enjoy!



**Is Ethical Hacker Sweigert a Weatherman and Cornfield Cruiser Abus…**
Official Post from David Hawkins: In this show we will explore the Ethical Hacking talents of David Sweigert and test the theory that he allowed We...
patreon.com

 **David Hawkins CSI Storyb...**
@CsiHawkins

Follow

Here the link to today's show. patreon.com/posts/is-ethic... Join us to explore the theory that David Sweigert allowed Weathermen & EVL Teachers to tunnel into the Aegis combat weapons facility known as the Cornfield Cruiser to hijack various Boeing aircraft on 9/11. Enjoy!



9:26
◀ Twitter
.ıl 4G

⟨ **Did Sweigert Tunnel Serco's Secre...**   ...

With nearly **40 years' experience as an AI mentor**, I have used my Reverse CSI Storyboards to identify the **Serco shareholders—including an EVL-network of AI Teachers—Resilience agents** and **investment banker N M Rothschild & Sons Ltd**., with custody of AI patented devices apparently used by **Air Force veteran**, social engineer and ethical hacker **David Sweigert** to **tunnel split-scrubbed data needed by the U.S. Secret Service** and allied agencies to neutralize a white-list of EVL AI Teachers who allegedly trade in child and snuff-film pornography and bet on the times of victim deaths on a dead-pool federal bridge certification authority network built by Maxar Technologies for Starnet Communications in Vancouver, B.C.

The storyboards and recent news stories indicate that Serco and the CAI Private Equity Group agents launched a **split-tunnel attack** on the chain of custody of data which should have been collected by the Secret Service at WTC Twin Towers and Building 7 crime scenes in New York during and after 9/11.

The storyboards indicate that Serco/CAI agents used **Sweigert to tunnel the federal bridge** to conceal a Starnet gaming and child-porn blackmail ring in Vancouver, B.C. whose operators allegedly extorted Secret Service agents into standing down on 9/11 and, more recently, **through the 2017 knife attacks on London Bridge** and apparently deployed Con Air (JPATS)/JANET SWAT teams on the **Joint Automated Booking System (JABS) to scrub 'objectionable' web sites** which might expose decades of financial and electronic-based crimes linked to Serco's (formerly RCA GB 1929)

99



**clearskies54** @clearskies54 · Apr 7
Did **SERCO**'s EVL Teachers Hide Dutroux Demons in **Sweigert**'s Split **Tunnel**?...
youtu.be/ii8cfmgaLHs via @YouTube



**Did SERCO's EVL Teachers Hide Dutroux Demons i...**
David explores the dark worldwide network of child predators and their accomplices. watch the follow up to today's episode on Patreon and SubscribeStar http:...
youtube.com

 1



**Bill Grant** @lfbill · Apr 7
Did **SERCO**'s EVL Teachers Hide Dutroux Demons in **Sweigert**'s Split **Tunnel**?...
youtu.be/ii8cfmgaLHs via @YouTube



**Did SERCO's EVL Teachers Hide Dutroux Demons i...**
David explores the dark worldwide network of child predators and their accomplices. watch the follow up to today's episode on Patreon and SubscribeStar http:...
youtube.com



101



**David Hawkins CSI Storyboards** @CsiHawkins · Apr 2

If you want to test the theory that Serco used a Canadian Aegis **Sweigert** Tunnel to decoy the USS Cole into a dockside ambush on October 12 2000 or knock a hole right through eight walls of the Penatgon on 9/11; check this



**Join David Hawkins on Patreon**

David Hawkins is creating Reverse CSI Storyboards To Ground Truth Crimes & Wrongful Deaths on Patreon

**Serco's Canadian Aegis Sweigert Tunnel—EVL Teachers Chain Of Al...**

Official Post from David Hawkins: With nearly 40 years' experience as an AI mentor, I have used my Reverse CSI Storyboards to identify the Serco sha...

patreon.com



**David Hawkins CSI Storyboards** @CsiHawkins · Mar 31
Here is the latest. Check for AXA and TIAA money laundering through mass casualty events like Boeing MAX8 crashes



**Join David Hawkins on Patreon**

David Hawkins is creating Reverse CSI Storyboards To Ground Truth Crimes & Wrongful Deaths on Patreon

**Con Air Al Serco's EVL Teachers' Tunnels—Sweigert's Breivik Templ...**
Official Post from David Hawkins: With nearly 40 years' experience as an AI mentor, I have used my Reverse CSI Storyboards to identify the Serco sha...
patreon.com

102