# EXHIBIT SIX-D



Streamed live on Jan 9, 2019
D. George Sweigert has brought a civil suit against Jason Goodman based on fraudulent claims. Sweigert has changed his address three times since initiating the suit. His current address, listed in public filings with the court, is a PO Box in Mesa AZ. Only problem is, when I called them in November, the Post Office said D. George Sweigert is not the owner of that P.O. Box. What is going on in Arizona?

Become a Sponsor of Crowdsource the Truth and enjoy exclusive content Only ON Patreon
http://www.patreon.com/crowdsourcethe...

Internet URL: https://www.youtube.com/watch?v=pmnscVplJNQ



Streamed live on Jan 9, 2019
- Category
  - News & Politics

Internet URL: https://www.youtube.com/watch?v=obqQTt1jJYM



Streamed live on Sep 13, 2018
Targeted Individual Michael Barden shares the harrowing story of his aggravated harassment and subsequent arrest by police.

Become a Sponsor of Crowdsource the Truth and enjoy exclusive content Only ON Patreon
http://www.patreon.com/crowdsourcethe...

Internet URL: https://www.youtube.com/watch?v=dy3XCyBVOj8



**David George Sweigert reported to police by Michael Barden**
Michael Barden
2 weeks ago • 1,131 views
When a person you've never met in your life interferes with a court case, there has to be a motive behind it. Why is this guy posting ...



**Michael Barden response to David Sweigert's odd behavior and harassment**
Michael Barden
2 weeks ago • 1,398 views
Just doing this to document as much as possible before I go to court.



**Stalker public notification David Sweigert video in description**
Michael Barden
Streamed 2 weeks ago • 1,232 views
https://www.youtube.com/watch?v=mVlFjnwko3Q.

- David George Sweigert reported to police by Michael Barden, 3/19/2019

  Internet URL: https://www.youtube.com/watch?v=NmRbmYv72Ro&t=1s

- Michael Barden response to David Sweigert's odd behavior and harassment, 3/24/2019

  Internet URL: https://www.youtube.com/watch?v=9oSLzLhwwdY&t=323s

- Stalker public notification David Sweigert in video description, 3/18/2019

  https://www.youtube.com/watch?v=sMIhoxAL1nA&t=1823s