# EXHIBIT EIGHT


### Kristine Marcy Surrenders to Field McConnel – What's Next for SES?
Jason Goodman
Streamed 1 year ago • 118,221 views
Field McConnell joins me to clarify his statement that Kristine Marcy, his sister and according to him the most evil woman in the ...


### Meet Field's Sister, Kristine Marcy (Sister Abel, Brother Cain)
Abel Danger
5 years ago • 65,587 views
Field McConnell's only sibling, Kristine Marcy, held accountable to treason against the United States of America.


### Senior Executive Service (Kristine Marcy) - George Webb
Abel Danger
1 year ago • 53,861 views
Mirrored from George Webb: https://www.youtube.com/watch?v=CLXphx5Sd0E Kristine Marcy (nee McConnell) - '[Revised July 5, ...


### Clinton-Marcy Pedophilia Unleashes DOGS OF WAR 4 July, 2016
Abel Danger
2 years ago • 18,722 views
http://www.abeldanger.net/2014/09/america-stands-book-15-... I [Field McConnell] was a juror in a pedophilia trial in ...


### Kristine Marcy Founder of SES Surrenders to Field McConnell
Jason Goodman
1 year ago • 78,329 views
Field McConnell has described his sister Kristine Marcy as the most evil woman in the world. The founder of a dark Gynocracy ...


### Kristine Marcy's Role in Shadow Government - Clipper Chip - Child Abduction
Abel Danger
5 years ago • 15,500 views


### Pedophile Hybristophiliac Immigrant Database (PHIDb) - Jamie Gorelick & Kristine Marcy
Abel Danger
5 years ago • 2,548 views
1503: Marine Links Sidley's Pedo-Hybris Immigrant Database to Marcy, Canadian's Mumbai Massacre Plum City ...



Published on Mar 20, 2018
Field McConnell has described his sister Kristine Marcy as the most evil woman in the world. The founder of a dark Gynocracy has at last ended her reign. What are the implications of this major swamp draining development.

Kristine Marcy's email to Field – https://drive.google.com/file/d/11mVL...

Become a Sponsor of Crowdsource the Truth

http://paypal.me/crowdsourcethetruth

monthly sponsorship on Patreon
https://www.patreon.com/crowdsourceth...

Internet URL:  https://www.youtube.com/watch?v=b9lEtLZm3bE

121



Published on Sep 23, 2013
Field McConnell's only sibling, Kristine Marcy, held accountable to treason against the United States of America.

Internet URL: https://www.youtube.com/watch?v=L2lCj_WAB_Y&t=125s



Internet URL: https://www.youtube.com/watch?v=B13BQQyl18I



Published on May 6, 2018
*Originally posted April 11, 2018

David Hawkins of Abel Danger applies his unique method of investigation to several potential "false flag" incidents that seem intended to create a pretext for war with Russia over Syria.

Become a Sponsor of Crowdsource the Truth

http://paypal.me/crowdsourcethetruth

monthly sponsorship on Patreon
https://www.patreon.com/crowdsourceth...

Internet URL:  https://www.youtube.com/watch?v=4WetDoLCvVA

### Kristine Marcy Founder of SES Surrenders to Field McConnell ...
https://www.youtube.com/watch?v=b9IEtLZm3bE


▶ 6:21

Mar 20, 2018 - Uploaded by Jason Goodman
Field McConnell has described his sister Kristine Marcy as the most evil woman in the world. The founder of a ...

### Kristine Marcy Surrenders to Field McConnel – What's Next for SES ...
https://www.youtube.com/watch?v=sYtWE59WlIU


▶ 1:25:17

Mar 22, 2018 - Uploaded by Jason Goodman
Field McConnell joins me to clarify his statement that Kristine Marcy, his sister and according to him the most ...

### Field McConnell Live from the UK – SES Kristine Marcy ... - YouTube
https://www.youtube.com/watch?v=B13BQQyI18I


▶ 1:02:48

Mar 27, 2018 - Uploaded by Jason Goodman
... UK – SES Kristine Marcy Phone Call Gold Backed $ Bibi Hospitalized .... Jason Goodman drives wedges ...

### Field McConnell Live from the UK – SES Kristine Marcy ... - Vimeo
https://vimeo.com › Abel Danger › Videos


▶ 1:02:20

Mar 27, 2018 - Uploaded by Abel Danger
March 27, 2018 Hosted by Jason Goodman - CrowdSource the Truth ... Field McConnell Live from the UK – SES ...



First published at 00:59 UTC on March 23rd, 2018.

Mirrored as backup to Jason Goodman: Crowdsource the Truth
https://www.youtube.com/watch?v=sYtWE59WllU

Internet URL: https://www.bitchute.com/video/EFeM071WCFdu/



Presidential Field McConnell has linked his sister **Kristine Marcy** to Michelle Obama through their joint **sponsorship of black-market organ trade in blood and body parts** allegedly taken from 'assets under management' by the **National Center for Missing & Exploited Children** and SOS Children's Villages Illinois. This is from Abel Danger. The truth is coming out. Drip. Drip. Drip.

Internet URL: https://voat.co/v/pizzagate/1725075