# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

ROBERT DAVID STEELE,

                            Plaintiff,

         -against-

JASON GOODMAN,

                        Defendant.

**17-CV-00601-MHL**

**LOCAL RULE 83.1(M)
CERTIFICATION**

## LOCAL RULE 83.1(M) CERTIFICATION

1.      **GHOST WRITING CERTIFICATION.  I (the undersigned) declare under penalty of perjury that: NO ATTORNEY HAS PREPARED, OR ASSISTED IN THE PREPARTION OF <u>AMENDED MOTION TO INTERVENE BY INTERVENOR-APPLICANT SWEIGERT</u> .**

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 9TH day of April, 2019.



*Pro Se* D. George Sweigert

**D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211
Spoliation-notice@mailbox.org**

RECEIVED
APR 11 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

1