UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE,<br><br>                              Plaintiff,<br><br>      -against-<br><br>JASON GOODMAN,<br><br>                             Defendant. | 17-CV-00601-MHL<br><br>LOCAL RULE 83.1(M)<br>CERTIFICATION |

**LOCAL RULE 83.1(M) CERTIFICATION**

1.    **GHOST WRITING CERTIFICATION. I (the undersigned) declare under penalty of perjury that: NO ATTORNEY HAS PREPARED, OR ASSISTED IN THE PREPARTION OF THE MEMORANDUM OF LAW.**

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 9TH day of April, 2019.

*Pro Se* D. George Sweigert

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211
Spoliation-notice@mailbox.org

1