



D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211



Clerk
U.S. Di
701 E.
Richm

CLERK







9505 5159 2260 9099 3624 61

USPS TRACKING NUMBER

EXPECTED DELIVERY DAY: 04/11/19

U.S. POSTAGE PAID
PM 2-Day
CITRUS HEIGHTS, CA
95621
APR 09, 19
AMOUNT
$14.20
R2305M149088-05

23219

1021

U.S. MARSHAL'S SERVICE
INSPECTED

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

Clerk of the Court
U.S. District Court
701 E. Broad St.
Richmond, VA 23219

PRIORITY
★ MAIL ★

CLERK # 3000