

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, <br><br> Plaintiff, <br><br> -against- <br><br> JASON GOODMAN, <br><br> Defendant. | 17-CV-00601-MHL <br><br> NOTICE OF HARMLESS ERROR PURSUANT TO FRCP RULE 61 BY INTERVENOR-APPLICANT D. GEORGE SWEIGERT |

**NOTICE OF HARMLESS ERROR PURSUANT TO FRCP RULE 61 BY INTERVENOR-APPLICANT D. GEORGE SWEIGERT**

1. Notice should be taken by the clerk of the court and all parties that the pro se interested party and non-attorney layman known as D. GEORGE SWEIGERT is providing this document to correct typographical errors in previously filed pleadings.

2. **Pursuant to Local Rule 83.1(M) I hereby certify under the penalties of perjury that no attorney has assisted in the preparation of this document.**

3. All of the following corrections apply to **ECF document no. 94**. The undersigned identifies these errors with the following schema:

    **[p.##,pg.##] = paragraph number, page number.**

4. **LACK OF SIGNATURE.** On ECF document no. 94 [MEMORANDUM OF LAW] the undersigned's signature appears on page one; but, not on **page 25**. Therefore, the undersigned now asserts that he has read the document in its entirety and certifies under penalties of perjury that the document is truthful and accurate under the penalties of perjury.

1

| Erroneous language | Corrected language |
|---|---|
| (supervised by the Def) males uses of "experts" [p.10,pg.10] | (supervised by the Def) **makes** use of "experts" |
| one of Section 1985(2) emphasis added] [p.40,pg.17] | one of Section 1985(2) **[**emphasis added] |
| The CSTT so-called research is David Hawkins (British Columbia) who [p.48,pg.19] | The CSTT so-called **researcher** is David Hawkins (British Columbia, **Canada**) who |
| the descry[ption for this book [p.51,pg.20] | the **description** for this book |
| slander, defamation abd libel about [p.59,pg.19] | slander, defamation **and** libel about |

I hereby certify that all of the foregoing is truthful and accurate under the penalties of perjury.

Signed this 11th day of April, 2019.

Respectfully submitted,

_____/
D. George Swegert, *pro se*

P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, <br><br> Plaintiff, <br><br> -against- <br><br> JASON GOODMAN, <br><br> Defendant. | 17-CV-00601-MHL <br><br> LOCAL RULE 83.1(M) CERTIFICATION |

**LOCAL RULE 83.1(M) CERTIFICATION**

1. **GHOST WRITING CERTIFICATION. I (the undersigned) declare under penalty of perjury that: NO ATTORNEY HAS PREPARED, OR ASSISTED IN THE PREPARTION OF THE NOTICE OF HARMLESS ERROR.**

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 11th day of April, 2019.

*Pro Se* D. George Sweigert

**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**
**Spoliation-notice@mailbox.org**

4/11/19

1

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

| | | |
|---|---|---|
| **Clerk of the Court** | **Jason Goodman** | **Susan Homes,** |
| **U.S. District Court** | **252 7th Avenue** | **aka Susan A. Lutzke** |
| **701 E. Broad St.** | **Suite 6-S** | **2608 Leisure Drive** |
| **Richmond, VA 23219** | **New York, NY 10001** | **Apt. B** |
| | | **Fort Collins, CO 80525** |

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 11th day of April, 2019.

*/s/*

**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**