

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| ROBERT DAVID STEELE, | |
|---|---|
| Plaintiff, | 17-CV-00601-MHL |
| -against- | NOTICE OF HARMLESS ERROR PURSUANT TO FRCP RULE 61 BY INTERVENOR-APPLICANT D. GEORGE SWEIGERT |
| JASON GOODMAN, | |
| Defendant. | |

**NOTICE OF HARMLESS ERROR PURSUANT TO FRCP RULE 61 BY INTERVENOR-APPLICANT D. GEORGE SWEIGERT**

1. Notice should be taken by the clerk of the court and all parties that the pro se interested party and non-attorney layman known as D. GEORGE SWEIGERT is providing this document to verify that a copy of the pleading "AMENDED MOTION" and accompanying documents was forwarded to defendant Susan A. Lutzke on April 9, 2019. This matter is further explained in the true and accurate copy of the cover letter provided to Ms. Lutzke, with a copy sent to the Clerk of the Court (see attached).

2. **Pursuant to Local Rule 83.1(M) I hereby certify under the penalties of perjury that no attorney has assisted in the preparation of this document.**

I hereby certify that all of the foregoing is truthful and accurate under the penalties of perjury.

Signed this 17th day of April, 2019.

Respectfully submitted,

/s/ D. George Sweigert, *pro se*

1

*D.G. Sweigert, c/o*
*P.O. Box 152*
*Mesa, AZ 85211*
*Spoliation-notice@mailbox.org*

**April 9, 2019**

TO:
Susan Homes,
aka Susan A. Lutzke
2608 Leisure Drive
Apt. B
Fort Collins, CO 80525

SUBJECT: CASE #: 3:17-cv-00601-MHL, USDC - Eastern District of Virginia - (Richmond)

Dear Madam,

As you may be aware District Judge M. Hannah Lauck has issued an ORDER requiring your response to the enclosed pleadings. Your attention is kindly directed to ORDERS of 3/31/2019 (docket no. 86) and 4/2/2019 (docket no. 90) which you have received via US mail. Your response is due to the Court by April 23rd, 2019.

Due to an oversight, your name was not listed on the CERTIFICATE OF SERVICE filed with the Court on this date. Therefore, enclosed please find the pleadings that require your response.

Thank you for your cooperation.

Warm regards,

D. G. Sweigert

Copy provided:

**Clerk of the Court**
**Suite 3000**
**U.S. District Court**
**701 E. Broad St.**
**Richmond, VA 23219**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE,<br><br>         Plaintiff,<br><br>-against-<br><br>JASON GOODMAN,<br><br>         Defendant. | 17-CV-00601-MHL<br><br>LOCAL RULE 83.1(M)<br>CERTIFICATION |

## LOCAL RULE 83.1(M) CERTIFICATION

1. **GHOST WRITING CERTIFICATION. I (the undersigned) declare under penalty of perjury that: NO ATTORNEY HAS PREPARED, OR ASSISTED IN THE PREPARTION OF THE MEMORANDUM OF LAW.**

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 17th day of April, 2019.

                     */s/ D. Sweigert*
                     *Pro Se* D. George Sweigert

                  **D. GEORGE SWEIGERT, C/O**
                        **P.O. BOX 152**
                        **MESA, AZ 85211**
                **Spoliation-notice@mailbox.org**

1

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

| Clerk of the Court | Jason Goodman | Susan Homes, |
|---|---|---|
| U.S. District Court | 252 7th Avenue | aka Susan A. Lutzke |
| 701 E. Broad St. | Suite 6-S | 2608 Leisure Drive |
| Richmond, VA 23219 | New York, NY 10001 | Apt. B |
| | | Fort Collins, CO 80525 |

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 17th day of April, 2019.

_____/

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

2