IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION



| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | DEFENDANT'S MOTION FOR LEAVE TO EXTEND TIME TO RESPOND TO SECOND AMENDED MOTION TO INTERVENE |
| JASON GOODMAN, et al., | |
| Defendant | |

**DEFENDANT'S MOTION FOR LEAVE TO EXTEND TIME TO RESPOND TO SECOND AMENDED MOTION TO INTERVENE**

Comes now Defendant Jason Goodman, Pro Se to move this honorable Court for an extension of time to respond to Intervenor Applicant's second amended motion to intervene for the following reasons.

1. Intervenor Applicant and an array of coordinated on-line "cyber confederates" including non-party Keven Alan Marsden (MARSDEN) have collectively publicly referred to Defendant Goodman as a "money changer" and a "rat" well known stereotypical disparagements for people, like Defendant, of the Jewish faith. Further, and without evidence, Intervenor Applicant has echoed if not originated the false statements of Plaintiff Steele, accusing Defendant of being an operative of Israeli Mossad and a Zionist. It is Defendant's belief that this is done to foment hatred towards Defendant among rabid anti-Jewish viewers on the internet and to discourage

DEFENDANT'S MOTION FOR LEAVE TO EXTEND TIME TO RESPOND TO SECOND AMENDED MOTION TO INTERVENE - 1

fence sitters from financially or otherwise supporting the journalistic and business endeavors of Defendant. These points serve as relevant background for the latest despicable strategic move to financially and legally cripple Defendant in this ongoing vexatious litigation. The most recent of Intervenor Applicant's repeated amendments to his factually illegitimate applications to intervene now comes in precise coordination with one of the most sacrosanct holidays in the Jewish faith and one of the only that Defendant observes with family and friends, the 8 days of Pesach. It is defendant's belief that this was done specifically to frustrate Defendant's ability to balance the personal matters of family life and business with the pressing need for a timely response to Intervenor Applicant's abusive and inappropriate application for intervention.

2. Time to respond has not yet expired

3. Intervenor Applicant published two videos on YouTube on April 20, 2019 visually and verbally indicating that he is preparing yet another pleading in this matter. **(EXHIBIT A)** (https://www.youtube.com/watch?v=EggqxJOcH1I&t=2s and https://www.youtube.com/watch?v=Z3A1fvBZwtE&t=2s) This is suggestive of yet another forthcoming amendment to the Motion to Intervene. It should also be noted that during these videos Intervenor Applicant references the Defendant in the context of him being run over by a train and having his "legs cut off" and his legs being "cauterized so you won't bleed to death". These are just the most recent in a two-year long series of daily videos created by the Intervenor Applicant with the apparent intent to threaten, intimidate and otherwise harass Defendant.

DEFENDANT'S MOTION FOR LEAVE TO EXTEND TIME TO RESPOND TO SECOND AMENDED MOTION TO INTERVENE - 2

WHEREFORE, Defendant Goodman hereby requests that the Court enter an Order granting Motion for an Extension of Time and providing Defendant with an extension of time to file a response to Intervenor Applicant's second Amended Motion to intervene.

_____
Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

DEFENDANT'S MOTION FOR LEAVE TO EXTEND TIME TO RESPOND TO SECOND AMENDED MOTION TO INTERVENE - 3

# EXHIBIT A



DEFENDANT'S MOTION FOR LEAVE TO EXTEND TIME TO RESPOND TO SECOND AMENDED MOTION TO INTERVENE - 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE, et al.,

  Plaintiff(s),

v.

JASON GOODMAN, et al.,

  Defendant(s).

Civil Action Number: 3:17-cv-00601-MHL

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** motion for leave to extend time to respond to second amended motion to intervene.
**(Title of Document)**

JASON GOODMAN

Name of *Pro Se* Party (Print or Type)

_[signature]_
Signature of *Pro Se* Party

Executed on: _April 21, 2019_____ (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

**Circuit Court for** Eastern Divistion Virginia        **Case No.** 3:17-cv-601-MHL
                    City or County

Robert David Steele and Earth Intelligence Networ          Jason Goodman
**Name**                                                   **Name**
11005 LANGTON ARMS CT                          **VS.**     252 7th avenue                          6s
**Street Address**                  Apt. #                 **Street Address**                      Apt. #
OAKTON,        VA    22124    ( 571 ) 320-8573             New York      NY    10001    ( 323 ) 744-7594
City           State  Zip Code   Area  Telephone           City          State  Zip Code   Area    Telephone
                                 Code                                                      Code
*Plaintiff*                                                *Defendant*

# CERTIFICATE OF SERVICE
## (DOMREL58)

I HEREBY CERTIFY that on this 21 ___ day of April _____, 2019 ___, a copy of the document(s) entitled Motion for leave to extend time to responde to 2nd amended motion to intervene
                                                                    **Title of Document(s)**
was/were mailed, postage prepaid to:

~~D. George Sweigert~~
**Opposing Party or His/Her Attorney**

~~PO Box 152~~
**Address**

   Mesa,                    AZ              85211
~~City~~                   ~~State~~        ~~Zip~~

        April 21, 2019              _____
        **Date**                    **Signature**

**Circuit Court for** Eastern Divistion Virginia        **Case No.** 3:17-cv-601-MHL
                           City or County

Robert David Steele and Earth Intelligence Networ          Jason Goodman
**Name**                                                   **Name**
11005 LANGTON ARMS CT                          **VS.**     252 7th avenue                        6s
**Street Address**                 **Apt.#**               **Street Address**                    **Apt.#**
OAKTON,        VA      22124    (571) 320-8573             New York        NY     10001  (323) 744-7594
**City**       **State** **Zip Code** **Area** **Telephone**  **City**    **State** **Zip Code** **Area** **Telephone**
                                      **Code**                                                  **Code**
        *Plaintiff*                                                *Defendant*

# CERTIFICATE OF SERVICE
## (DOMREL58)

I HEREBY CERTIFY that on this 21 day of April, 2019, a copy of the document(s) entitled Motion for leave to extend time to responde to 2nd amended motion to intervene
**Title of Document(s)**
was/were mailed, postage prepaid to:

Steven Biss
**Opposing Party or His/Her Attorney**
300 West Main St Suite 102
**Address**
Charlottesvill,           VA           22903
**City**                  **State**    **Zip**

April 21, 2019
**Date**                   **Signature**

**Circuit Court for** Eastern Divistion Virginia    **Case No.** 3:17-cv-601-MHL
City or County

Robert David Steele and Earth Intelligence Networ          Jason Goodman
**Name**                                                    **Name**
11005 LANGTON ARMS CT                              **VS.**  252 7th avenue                    6s
**Street Address**          **Apt.#**                       **Street Address**                **Apt.#**
OAKTON,    VA    22124    ( 571 ) 320-8573                  New York    NY   10001   ( 323 ) 744-7594
**City     State  ZipCode  Area   Telephone**               **City      State  ZipCode  Area  Telephone**
                           Code                                                      Code
*Plaintiff*                                                 *Defendant*

# CERTIFICATE OF SERVICE
(DOMREL58)

I HEREBY CERTIFY that on this  21  day of April  ,  2019  , a copy of the document(s) entitled  Motion for leave to extend time to responde to 2nd amended motion to intervene

**Title of Document(s)**

was/were mailed, postage prepaid to:

Terry C Frank

**Opposing Party or His/Her Attorney**

Kaufman & Canoles 1021 E Cary St 14th floo

**Address**

Richmond              VA           23219
City                  State        Zip

April 21, 2019
Date                  Signature

**Circuit Court for** Eastern Division Virginia    **Case No.** 3:17-cv-601-MHL
City or County

Name: Robert David Steele and Earth Intelligence Networ
Street Address: 11005 LANGTON ARMS CT
Apt #:
City: OAKTON,  State: VA  Zip Code: 22124  Area Code: (571) Telephone: 320-8573
*Plaintiff*

VS.

Name: Jason Goodman
Street Address: 252 7th avenue  Apt #: 6s
City: New York  State: NY  Zip Code: 10001  Area Code: (323) Telephone: 744-7594
*Defendant*

# CERTIFICATE OF SERVICE
(DOMREL58)

I HEREBY CERTIFY that on this 21 day of April, 2019, a copy of the document(s) entitled Motion for leave to extend time to responde to 2nd amended motion to intervene
Title of Document(s)

was/were mailed, postage prepaid to:

Susan "Queen Tut" Lutzke
Opposing Party or His/Her Attorney

2608 Leisure Dr
Address

FT Collins    CO    80525
City          State  Zip

April 21, 2019
Date

Signature

Page 1 of 1

DR58- Revised 13 February 2001