# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND VIRGINIA

| ROBERT DAVID STEELE, | |
|---|---|
| Plaintiff, | 17-CV-00601-MHL |
| -against- | NOTICE OF MOTION REQUESTING LEAVE OF COURT TO FILE MOTION FOR INJUNCTIVE RELIEF BY INTERVENOR-APPLICANT |
| JASON GOODMAN, | |
| Defendant. | |

## NOTICE OF MOTION REQUESTING LEAVE OF COURT TO FILE MOTION FOR INJUNCTIVE RELIEF BY INTERVENOR-APPLICANT

### WITH CERTIFICATE OF SERVICE

D. GEORGE SWEIGERT is seeking the LEAVE OF THE COURT TO MOTION FOR INJUNCTIVE RELIEF pursuant to Fed. R. Civ. Proc. Rule 65(d)(c) and Va. Code Ann. § 18.2-500.

The MOTION with a MEMORANDUM OF LAW accompany this NOTICE.

Pursuant to Local Rule 83.1(M) I swear that no attorney assisted in the preparation of the attached materials. Dated this 26th day of April, 2019.

Respectfully submitted,

*D. S—f*

*Pro Se Party* D. George Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

| | | |
|---|---|---|
| **Clerk of the Court**<br>**U.S. District Court**<br>**701 E. Broad St.**<br>**Richmond, VA 23219** | **Jason Goodman**<br>**252 7th Avenue**<br>**Suite 6-S**<br>**New York, NY 10001** | **David Charles Hawkins, c/o**<br>**1702 King George Highwy'**<br>**Surrey, British Columbia**<br><br>**CANADA       V4A 4Z8** |

**Susan Homes,**
**aka Susan A. Lutzke**
**2608 Leisure Drive**
**Apt. B**
**Fort Collins, CO 80525**

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 26th day of April, 2019.

_____/

**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**