UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| ROBERT DAVID STEELE, | |
|---|---|
| Plaintiff, | 17-CV-00601-MHL |
| -against- | PROPOSED ORDER |
| JASON GOODMAN, | |
| Defendant. | |

**PROPOSED ORDER**

Having reviewed the factual evidence, law and argument, the Court hereby enjoins the non-party David Charles Hawkins as follows;

a. The immediate halt to any future appearances by Mr. Hawkins on the Def's Crowdsource The Truth podcast shows in any form and for any reason.

b. The immediate halt to any future Internet blog posts, Patreaon.Com entries, Twitter tweets, GAB updates, Facebook entries, BitChute entries, or any other social media platforms, that discuss, comment or critique the intervenor-applicant's technical profession, computer security expertise, ability to conduct risk assessments, or any other facet connected, directly or indirectly, with allegations about hacking, installing back-doors, breaching of system security, allowing for vulnerabilities and weakness, etc.

c. An immediate halt to any future podcast, distribution of opinions, or podcast shows that comment on any institution or corporation that is interconnected to the

FBCA network. This includes any technical characterizations related to any facet connected, directly or indirectly, with allegations about hacking, installing backdoors, breaching of system security, allowing for vulnerabilities and weakness, etc.

d. The immediate halt to the expression of opinion, podcast broadcast, descriptions of activities, or any other commentary about the undersigned and any associated technical projects, former employers and technical journals published by the undersigned. This includes commentary about the undersigned's involvement with the U.S. Air Force, Booz*Allen & Hamilton, EnTrust Technologies, U.S. Army STRICOM and the FBCA network.

e. This ORDER requests the voluntary cooperation of all social media platform providers utilized by Mr. Hawkins, requesting that his channel content be reviewed for potential violations of any Terms of Service, User Acceptance Agreements, Terms of Use, etc.

IT IS HEREBY ORDERED this ___ day of May, 2019.

_____/

U.S.D.J. M. Hannah Lauck