UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE,<br><br>                        Plaintiff,<br><br>-against-<br><br>JASON GOODMAN,<br><br>                        Defendant. | 17-CV-00601-MHL<br><br>LOCAL RULE 83.1(M)<br>CERTIFICATION |

## LOCAL RULE 83.1(M) CERTIFICATION

## WITH CERTIFICATE OF SERVICE

1. **GHOST WRITING CERTIFICATION.** I (the undersigned) declare under penalty of perjury that: **NO ATTORNEY HAS PREPARED, OR ASSISTED IN THE PREPARTION OF THE MOTION FOR INJUNCTIVE RELIEF.**

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 26th day of April, 2019.

                                                            *Pro Se* D. George Sweigert

                                                          **D. GEORGE SWEIGERT, C/O**
                                                                      **P.O. BOX 152**
                                                                      **MESA, AZ 85211**
                                                         **Spoliation-notice@mailbox.org**

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

| Clerk of the Court | Jason Goodman | David Charles Hawkins, c/o |
|---|---|---|
| U.S. District Court | 252 7th Avenue | 1702 King George Highwy' |
| 701 E. Broad St. | Suite 6-S | Surrey, British Columbia |
| Richmond, VA 23219 | New York, NY 10001 | |
| | | CANADA    V4A 4Z8 |

Susan Homes,
aka Susan A. Lutzke
2608 Leisure Drive
Apt. B
Fort Collins, CO 80525

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 26th day of April, 2019.

*D. S—* /

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211