**EXHIBIT B**

Email between Plaintiff Robert David Steele, Defendant Goodman, and George Webb Sweigert brother of Intervenor Applicant

(1 page)

**From:** Robert Steele
**Subject:** Cancelling meeting tomorrow, available on skype, you are about to be arrested
**Date:** June 15, 2017 at 8:40 AM
**To:** Jason Goodman, George Webb



Jason,

I am cancelling our meeting tomorrow. You are about to be arrested by NYPD at request of USCG for filing a false report. George, if he is not already being detailed, will be detained and probably released, but the burden here is on you, Jason, as the source.

I will be available for a skype interview at any time, but the possibility of me putting myself in a room you control is now zero.

George,

Wayne Madsen is willing to meet you and give you a hearing I have offered to host lunch. He tells me no one has produced compelling proof on the Awan situation, the burden is on you.

My impression of you, George, has not changed. It remains positive. I think you are being played by some very bad boys and I would be glad to have that discussion anytime you wish. In my view, our shared priority should be to separate you from Jason in terms of reputation and protect your following, and to continue to help each other advance over the next 90 - 120 days.

I will be in the car from 1200-1700 if you are able to see this email and can call.

Robert

--
#UNRIG: http://phibetaiota.net/unrig/
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel