**EXHIBIT C**

Telephone transcript of April 3, 2019 phone call between Susan Lutzke and Jason Goodman

(9 pages)

```
1
00:00:04,800 --> 00:00:07,100
what's up Susan
2
00:00:08,420 --> 00:00:10,420
do you wanna talk?
3
00:00:10,680 --> 00:00:11,980
yeah sure
4
00:00:12,340 --> 00:00:13,980
is this a good time?
5
00:00:14,440 --> 00:00:16,440
it's good as any  yeah what's up
6
00:00:18,620 --> 00:00:19,240
okay...
7
00:00:19,240 --> 00:00:20,120
(break in recording)
8
00:00:20,120 --> 00:00:22,000
a long time ago, and...
9
00:00:22,100 --> 00:00:25,940
What do you mean you dumped Dave
Acton what were you doing with Dave Acton?
10
00:00:26,760 --> 00:00:29,580
oh I was just doing research with
him
11
00:00:30,580 --> 00:00:32,580
what kind of research?
12
00:00:33,680 --> 00:00:40,080
I was just providing him with research that I had information that I had
information on
13
00:00:40,920 --> 00:00:42,540
alright...
14
00:00:43,100 --> 00:00:51,800
that was a while ago okay so anyway the
RDS lawsuit is garbage
15
00:00:51,800 --> 00:00:58,010
I think the intervention is garbage I
never supported it I knew Dave along
16
00:00:58,010 --> 00:01:01,940
with the number other people we were
DMing we had connections with DMing
```

```
17
00:01:01,940 --> 00:01:07,000
together right a bunch of us and
18
00:01:09,220 --> 00:01:19,780
all I can say is that in my time of
dealing with him I discovered that he
19
00:01:19,780 --> 00:01:24,490
was working with Robert David Steele
20
00:01:25,420 --> 00:01:31,510
because he kept trying to get me
involved in the case then I confronted
21
00:01:31,510 --> 00:01:37,220
yeah see he kept he kept trying to get
me involved in the case you keep saying
22
00:01:37,220 --> 00:01:41,060
well you know I can help you work this
case out and I would say no I haven't
23
00:01:41,060 --> 00:01:49,580
been served I saw a picture on your
house from Biss and something he
24
00:01:49,580 --> 00:01:53,230
submitted to the court in a PDF they had
a photo with your address and everything
25
00:01:53,230 --> 00:01:58,820
right but I don't live there I mean it
seemed like the address you were talking
26
00:01:58,820 --> 00:02:06,680
about in the 911 references in that
document I am NOT Susan lutzky I'm Susan
27
00:02:06,680 --> 00:02:12,290
Ingram Susan Ingram how come you
appeared in that video in front of you
28
00:02:12,290 --> 00:02:18,670
know Town Hall
whatever Colorado saying you were Susan
29
00:02:18,670 --> 00:02:24,790
Holmes and why is Jeremy's last name
Holmes that isn't me
30
00:02:24,790 --> 00:02:29,740
what do you mean that isn't you it
sounds exactly like you it's not me
```

```
31
00:02:29,740 --> 00:02:35,740
I'm Susan Suzanne Ingram that's my name
my full name is Helen Suzanne Ingram but
32
00:02:35,740 --> 00:02:41,500
I've always gone by Suzanne or Susan new
women there's an article in a newspaper
33
00:02:41,500 --> 00:02:45,610
called like the collar Rawdon or
whatever I'd have to look it up but I
34
00:02:45,610 --> 00:02:50,860
remember you called me I was driving in
a rental car in Las Vegas after you had
35
00:02:50,860 --> 00:02:55,440
made a big deal about that video that
you wanted me to delete with Hudson and
36
00:02:55,440 --> 00:03:01,090
you told me you had just come back from
the campus where you had the sign that
37
00:03:01,090 --> 00:03:05,230
said kill all the police then I see in
the newspaper someone who looks exactly
38
00:03:05,230 --> 00:03:09,310
like the woman who sounds exactly like
you in the video holding a sign that
39
00:03:09,310 --> 00:03:17,710
says kill all police that wasn't me hmm
I see so what is it that you want from
40
00:03:17,710 --> 00:03:23,470
me what's the purpose of this phone call
oh well I thought you wanted to talk to
41
00:03:23,470 --> 00:03:27,670
me I'm sorry I was mistaken
because Laurel kind of indicated you
42
00:03:27,670 --> 00:03:32,560
wanted to talk well I mean I'm curious
to know why you would go on Steve Outram
43
00:03:32,560 --> 00:03:40,750
and say all kinds of things that are
patently untrue no everything I said on
44
00:03:40,750 --> 00:03:46,640
```

```
Steve is correct these interview okay
well I don't have that interview in
45
00:03:46,690 --> 00:03:49,930
front of me right now but if you're
telling me that Trish told you that I
46
00:03:49,930 --> 00:03:53,560
was hitting on young girls in England
either she's lying or you're lying
47
00:03:53,560 --> 00:04:02,110
because I barely had anything she told
me that mm-hmm she did tell me that that
48
00:04:02,110 --> 00:04:08,980
I was hitting on young girls in England
yes she did say that however let me let
49
00:04:08,980 --> 00:04:19,120
me tell you something Jason okay I asked
you to take that interview down after a
50
00:04:19,120 --> 00:04:25,000
few days the difference it was already
out I mean it was clearly designed to
51
00:04:25,000 --> 00:04:31,120
harm me and I mean if I said I
that was I'm not look I I am fine with
52
00:04:31,120 --> 00:04:37,630
what I said but I did ask him to take it
down I'm fine with what I said
53
00:04:37,630 --> 00:04:43,630
everything I said there was true you
said that I'm regularly deleting videos
54
00:04:43,630 --> 00:04:46,570
that's not true
I never delete videos the only videos
55
00:04:46,570 --> 00:04:49,810
that have been deleted or videos that
have been you know had strikes on them
56
00:04:49,810 --> 00:05:03,340
so that wasn't true there were s
videos but do we I mean what do you want
57
00:05:03,340 --> 00:05:08,110
to talk about what do you want to talk
about okay well I'm not sure I thought
```

```
58
00:05:08,110 --> 00:05:13,840
that you know you wanted to talk with me
about something I wasn't sure I thought
59
00:05:13,840 --> 00:05:18,940
it had to do with the court case and
stuff like that so I mean I'm handling
60
00:05:18,940 --> 00:05:25,600
the court case I tried to sever from you
and Trish I mean you know if I had known
61
00:05:25,600 --> 00:05:28,060
you were gonna call I would have
prepared a list of stuff that I believe
62
00:05:28,060 --> 00:05:31,690
you said that is untrue what about hoax
wars you went on hoax Wars I mean you've
63
00:05:31,690 --> 00:05:37,720
been on a campaign to smear me you told
Joe Napoli that I was having sex with
64
00:05:37,720 --> 00:05:43,479
underage girls Jason I've told the truth
no I've told the truth that's incorrect
65
00:05:43,479 --> 00:05:50,889
Susan you have lied okay then I can see
this isn't gonna be a conversation where
66
00:05:50,889 --> 00:05:56,310
we're gonna really be exchanging real
information kind of information exchange
67
00:05:56,310 --> 00:06:02,650
okay Jason I can see this isn't what
this isn't what I thought what you were
68
00:06:02,650 --> 00:06:06,310
representing or the what I thought Laura
was presenting what happened to the
69
00:06:06,310 --> 00:06:11,590
email from general Kernan I still have
it send it to me please
70
00:06:11,590 --> 00:06:17,200
oh wait now yeah
71
00:06:18,960 --> 00:06:25,060
why because I've asked you you had it on
```

```
to Tanoa
72
00:06:25,050 --> 00:06:31,229
you had it on and when I went back to
try to get it it wasn't there or
73
00:06:31,229 --> 00:06:35,699
where'd you try to get it from like a
Trello board no you had sent it to me
74
00:06:35,699 --> 00:06:39,479
with two Tanoa and I had to have a
password to get into it and when I went
75
00:06:39,479 --> 00:06:43,110
back to try to get it again the password
was no longer active the email is no
76
00:06:43,110 --> 00:06:46,560
longer there just send it to me and it
to true Street crowdsource the truth org
77
00:06:46,560 --> 00:06:54,810
please did you have a tow email Susan
just please send it again if you still
78
00:06:54,810 --> 00:07:02,389
have it - truth at crowdsource the truth
org okay but what do you need it for
79
00:07:02,389 --> 00:07:08,009
because I don't have the original and
I'd like to have it it's evidence in the
80
00:07:08,009 --> 00:07:13,139
case and I'm you know in the process
alright okay so send it now I'm sitting
81
00:07:13,139 --> 00:07:26,669
in front of the computer okay just
search for Kernan listen to me that's an
82
00:07:26,669 --> 00:07:31,830
old account okay I'm gonna have to go
back and go into an old count sort
83
00:07:31,830 --> 00:07:35,580
through some stuff because there's tons
of information and file in that account
84
00:07:35,580 --> 00:07:41,510
so it's gonna take me a little time at
least 15 to 20 maybe I don't know how
85
```

```
00:07:41,520 --> 00:07:47,870
long I just can't sign up but it I'm
gonna have to search do a bunch of files
86
00:07:48,440 --> 00:07:52,949
okay so let's just go back a sec so
you're telling me the woman who sounds
87
00:07:52,949 --> 00:08:02,009
exactly like you a lot of people sound
like people correct I think you've got a
88
00:08:02,009 --> 00:08:06,020
very distinctive voice you're talking
about your son being shot by the police
89
00:08:06,020 --> 00:08:16,080
nope That's not me that video of the
woman speaking to the City Hall rope
90
00:08:16,080 --> 00:08:23,400
That's not me I mean that's not me I
don't even live in Colorado you told me
91
00:08:23,400 --> 00:08:26,550
that you lived in Colorado you've called
me from a Colorado phone number in the
92
00:08:26,550 --> 00:08:32,479
past you told me that you were shopping
at Whole Foods
93
00:08:32,479 --> 00:08:37,770
hey Whole Foods is everywhere yeah but
you told me the Whole Foods you were
94
00:08:37,770 --> 00:08:41,700
shopping at in Fort Collins you told me
that your other son lives in Fort
95
00:08:41,700 --> 00:08:52,770
Collins so the person in the photograph
at the Colorado State University holding
96
00:08:52,770 --> 00:08:57,360
the sign that says kill all police you
told me on a phone call when I was
97
00:08:57,360 --> 00:09:00,000
driving in Las Vegas turd it was
98
00:09:01,850 --> 00:09:10,000
Susan you did let's wait 15 minutes
while you find this email from general
```

```
99
00:09:10,740 --> 00:09:18,570
Kernan and send it to me now please
please look for it I'll try let's just
100
00:09:18,570 --> 00:09:21,180
do it right now
I mean you know search Kern an go to the
101
00:09:21,180 --> 00:09:23,780
to know it
102
00:09:29,199 --> 00:09:34,579
yes Susan check your Twitter I tweeted
it to you
103
00:09:34,579 --> 00:09:42,459
why are you tweeting it to me it's a DM
or a public thing it's I tweeted you the
104
00:09:42,459 --> 00:09:49,399
PDF of the email no no no email me
forward me the original email please I
105
00:09:49,399 --> 00:09:54,139
don't want it on Twitter I don't want
the public we know I tweeted too you can
106
00:09:54,139 --> 00:10:00,079
download it ok and then you can then you
can delete the tweet no Susan I don't
107
00:10:00,079 --> 00:10:04,579
want you table CLE tweeting thing at me
I asked you to email it to me what is
108
00:10:04,579 --> 00:10:12,259
going on with you I'm on Twitter here I
did not say tweet it I asked you to
109
00:10:12,259 --> 00:10:20,600
email it to me I'm looking at Twitter I
don't see it ask you something I'm
110
00:10:20,600 --> 00:10:29,089
looking at Twitter right here I don't
see it I'm looking at Twitter yeah
111
00:10:29,089 --> 00:10:34,549
that's not my Twitter handle it's at CS
the truth just email it yes yeah I'm
112
00:10:34,549 --> 00:10:38,200
looking at it I don't see he said why
```

```
why why are you in your period or
113
00:10:38,209 --> 00:10:43,730
something I don't know why you menopause
like relax okay I'm actually trying to
114
00:10:43,730 --> 00:10:48,319
give you this you just hang up the phone
we were talking a moment ago you hung up
115
00:10:48,319 --> 00:10:51,829
the phone right because because you're
so fucking demanding just stop being
116
00:10:51,829 --> 00:10:56,959
such an asshole Jason okay I'm giving
you this this evidence and if there's
117
00:10:56,959 --> 00:11:00,980
any other evidence I can give you I will
give it to you I don't want a PD I want
118
00:11:00,980 --> 00:11:06,079
you to forward me the original email to
my email address not on Twitter I don't
119
00:11:06,079 --> 00:11:11,290
want the public to see it I mean what
are you trying to do
120
00:11:12,019 --> 00:11:17,059
but everyone sees it when it's on
Twitter why won't you just email it and
121
00:11:17,059 --> 00:11:30,829
I don't see it I'm on Twitter Susan I'm
looking at Twitter it's not here I asked
122
00:11:30,829 --> 00:11:34,039
you to do something you did something
that's almost the complete opposite of
123
00:11:34,039 --> 00:11:40,050
what I asked you to do what was it that
you and David swagger will research
124
00:11:40,050 --> 00:11:45,280
Jason I didn't I didn't call Laurel and
tell her to ask you to call me okay
125
00:11:45,280 --> 00:11:53,270
Laurel texted me today and said that you
wanted to talk to me you
126
```