UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
_____ DIVISION

ROBERT DAVID STEELE, et al.,

            Plaintiff(s),

v.

JASON GOODMAN, et al.,

           Defendant(s).

Civil Action Number: 3:17-cv-00601-MHL

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** Defendants Opposition to the second Motion to Intervene
                               **(Title of Document)**

JASON GOODMAN
Name of *Pro Se* Party (Print or Type)

[signature]
Signature of *Pro Se* Party

Executed on: April 30, 2019 _____ (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
                                               **(Title of Document)**

(Name of Attorney)

(Address of Attorney)

(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

(Name of *Pro Se* Party (Print or Type)

Signature of *Pro Se* Party

Executed on: _____ (Date)

RECEIVED
MAY - 1 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA