**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND VIRGINIA**



ROBERT DAVID STEELE,

                            Plaintiff,

-against-

JASON GOODMAN,

                            Defendant.

**17-CV-00601-MHL**

**PROPOSED REQUEST FOR**
**JUDICIAL NOTICE BY**
**INTERVENOR-APPLICANT**

## PROPOSED REQUEST FOR JUDICIAL NOTICE BY INTERVENOR-APPLICANT

## WITH CERTIFICATE OF SERVICE

        D. GEORGE SWEIGERT is seeking the LEAVE OF THE COURT to file a formal

Request for Judicial notice pursuant to Federal Rules of Evidence (F.R.E.) Rule 201(b) of facts

that re not subject to reasonable dispute.

        Pursuant to Local Rule 83.1(M) I swear that no attorney assisted in the preparation of the

attached materials and that said materials are truthful reproductions of Internet instances.

        Dated this 1st day of May, 2019.

Respectfully submitted,

*Pro Se Party* D. George Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

## CERTIFICATE OF SERVICE

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service

with First Class mail postage affixed and addressed to the following parties:

**Clerk of the Court**          **Jason Goodman**          **Susan Holmes,**
**U.S. District Court**          **252 7th Avenue**          **aka Susan A. Lutzke**
**701 E. Broad St.**            **Suite 6-S**               **2608 Leisure Drive**
**Richmond, VA 23219**          **New York, NY 10001**      **Apt. B**
                                                            **Fort Collins, CO 80525**

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 1st

day of May, 2019.

**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**

2

*Proposed Request for Judicial Notice*

# REQUEST FOR JUDICIAL NOTICE

The undersigned certifies under penalties of perjury that the attached materials are true and accurate copies of the original source instances.  The undersigned is seeking the leave of this Court to file a formal Request for Judicial Notice.


**RJN-Item no. 1**

        **Internet URL:  https://www.youtube.com/watch?v=WwyRPFhW-HE&t=6s**

**RJN-Item No. 2**

        **Internet URL:  https://twitter.com/csthetruth**

**RJN-Item No. 3**

        **Internet URL:  https://www.fcgov.com/elections/candidates-2019-april-2**

**RJN-Item No. 4**

        **PACER ECF DOCKET**

**RJN-Item No. 5**

        **PACER ECF DOC. 71**

**RJN-Item No. 6**

        **Internet URL:  https://www.youtube.com/watch?v=hMJoAO5OZY8**


    **Dated this 1st day of May, 2019.**

                             **D. GEORGE SWEIGERT, C/O**
                                   **P.O. BOX 152**
                                **MESA, AZ 85211**

*Proposed Request for Judicial Notice*

**RJN-Item no. 1**

**Internet URL:  https://www.youtube.com/watch?v=WwyRPFhW-HE&t=6s**



Susan "Queen Tut" Lutzke Reveals David
Sweigert – Robert David Steele Lawsuit
Conspiracy

Jason Goodman
✓ Subscribed   🔔 81K

5,005 views



Streamed live 22 hours ago
Susan Lutzke aka Susan Holmes aka Queen Tut is a horrible but frequent liar. She
recently called me, revealing a long suspected conspiracy between her, D. George "Acton"
Sweigert and Robert David Steele. While nothing she says can be believed at this point,
how else would David Sweigert know the true identity of Oakey Marshall Richards were
this particular admission not true?

The sinister plans of these malicious social engineers are being revealed before our eyes as
the fraudulent and vexatious lawsuit brought by Steele continues to crumble.

4

*Proposed Request for Judicial Notice*



*Proposed Request for Judicial Notice*

## RJN-Item No. 2

## Internet URL:  https://twitter.com/csthetruth





### Susan "Queen Tut" Lutzke Reveals David Sweigert – Robert David St...
CrowdsourcetheTruth @csthetruth

9          13        ♡ 23



**CrowdsourcetheTruth** @csthetruth · 23h
explosive development in the #fakelawsuit as Queen Tut reveals elements of a conspiracy between herself, David Sweigert & Plaintiff Robert David Steele
youtu.be/WwyRPFhW-HE

become a sponsor of CSTT

patreon.com/crowdsourcethe...
subscribestar.com/crowdsourcethe...

 **Pav Crowdsource The Truth usina PavPal.Me**

6

*Proposed Request for Judicial Notice*



7

**RJN Item No. 3**

**Internet URL:  https://www.fcgov.com/elections/candidates-2019-april-2**



home        departments        elections

# Official Candidates

The following information was provided on a Candidate Affidavit or Candidate Committee Registration form filed with the City Clerk's Office in accordance with Chapter 7 of the City Code. This information is provided on this web site as a courtesy to the public. The pointers to e-mail addresses and web sites provide links to personal e-mail accounts and web site addresses. The City of Fort Collins does not provide e-mail access or web site services to candidate or issue committees and does not intend for the inclusion of these links to imply endorsement of a candidate or an issue. The absence of an e-mail or web site pointer for any candidate or issue committee means only that such information was not provided on the registration forms.

Official candidates have filed a nomination petition and it has been verified to contain the requisite number of signatures of registered electors.

## Susan Holmes

Candidate Information        Candidate Committee        Candidate/Committee Filings



2608 Leisure Drive
Fort Collins, CO  80525
970.372.6522
   jhfoundation@tutanota.com
Twitter

*Proposed Request for Judicial Notice*

Rec'd by City Clerk _10-24-18_

## CANDIDATE AFFIDAVIT

| Office Sought: | ☐ Mayor    OR    ☒ Councilmember in District _2_ | Election: April _2, 2019_ |
|---|---|---|

### Candidate Information

**Full Legal Name**

SUSAN   HOLMES

**Name exactly as it should appear on the City's web site**

Susan   Holmes

| Residential Address (including city/state/zip) | Mailing Address (if different) |
|---|---|
| 2608 Leisure Dr. Fort Collins, Co 80525 | |

| Telephone Number (primary) | E-mail Address |
|---|---|
| 970 - 372 - 6522 | jhfoundation @ |

| Campaign Web Site |
|---|
| futanota . com |

### Certification

Pursuant to Section 7-133 of the Fort Collins City Code, I certify that I am familiar with the provisions of Article V of Chapter 7 of the City Code.

| Signature of Candidate | Date of Signing |
|---|---|
| Susan Holmes | Oct. 24, 2018 |

STATE OF COLORADO    )
                     ) ss.
COUNTY OF LARIMER  )

    Before me, Elizabeth Ellison_____, a notary/officer duly authorized to administer oaths, in and for said State, personally appeared Susan Holmes_____. whose name is subscribed to the foregoing Candidate Affidavit, and who affirms that said statements are true and that he/she acknowledges the execution of said instrument to be of his or her own free act and voluntary deed for the uses and purposes therein set forth.

    Subscribed and sworn to before me this _24_ day of _October_____, 20_18_ .

ELIZABETH ELLISON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164029199
MY COMMISSION EXPIRES JULY 24, 2019

_____
Notary Public

9

*Proposed Request for Judicial Notice*

Rec'd by City Clerk __10-24-18__

## COMMITTEE REGISTRATION/TERMINATION FORM

| Date of Election | ☒ April _1_ 2019 | ☐ November _____ | ☐ Other _____ |
|---|---|---|---|

**Type of Committee (check only one)**

☒ Candidate Committee
☐ Issue Committee
☐ Political Committee

☐ **Small Scale Issue Committee**
(Note: if you have not received contributions or made expenditures in an aggregate amount exceeding $200, no registration is required at this time.)

**Is this an amendment to, or termination of, a previous registration?**

☒ No. This is a new registration.
☐ Yes. Reason for amendment: _____
☐ Yes. I wish to terminate the Committee and hereby state that the Committee has received no contributions and made no expenditures since the original registration of the Committee. (Note: if the Committee received contributions or made expenditures, you must file a final Campaign Finance Report showing a zero balance and mark the form as a termination report.)

| Full Name of Committee (spell out acronyms) | Phone No. |
|---|---|
| Susan Holmes Campaign Committee | 970-372-6522 |

| Street Address (including city/state/zip) | Mailing Address (if different) |
|---|---|
| 2608 Leisure Dr. Fort Collins, Co 80525 | |

| Email Address | Web Site Address |
|---|---|
| jh foundation @ tutanota.com | |

**Purpose or Nature of Interest of the Committee**

Campaign for City Council position

**Name and Address of Financial Institution in which contributions are deposited (in a separate account bearing the name of the Committee). Must provide written documentation of such account.**

No account at this time

| Name of Registered Agent for Committee | Registered Agent's Phone No. |
|---|---|
| Susan Holmes | 970 . 372 - 6522 |

| Registered Agent's Mailing Address | Registered Agent's Email Address |
|---|---|
| 2608 Leisure Dr. 80525 Fort collins | jh Foundation @ tutanota.com |

**Acknowledgement and Certification of Candidate and Registered Agent**

I hereby acknowledge the foregoing information and certify and attest that all information above is true and complete to the best of my knowledge, after reasonably diligent inquiry. I understand that any intentional misrepresentation of facts may result in denial of a registration and that falsification of statements on and with this attestation may be punishable by law.

| Signature of Candidate | Date | Signature of Registered Agent | Date |
|---|---|---|---|
| Susan Holmes | 10/24/2018 | Susan Holmes | 10/24/2018 |

**Must be filed with City Clerk before accepting or making any contributions. (City Code §7-134)**

**ALL FIELDS ARE REQUIRED**

10

*Proposed Request for Judicial Notice*



*Proposed Request for Judicial Notice*

## RJN-Item No. 4

## PACER ECF DOCKET



**12**

## RJN-Item No. 5
## PACER ECF DOC. 71

Cause which remains unresolved at this time.  Upon further consideration and review of emails from October 2017 related to the filing of Defendant's Answer (ECF No. 14), Defendant would like to amend the Ghost Writing Form associated with the filing of the Defendant's Answer (ECF No. 14).

1.  Defendant had communications via telephone and email with Susan Lutzke, aka Susan Holmes, aka Queen Tut (Lutzke).  Lutzke worked with Defendant Goodman to formulate and write the Answer (ECF No. 14).  In addition to Lutzke, an individual known to Defendant as William McGill (McGill) also communicated by email and telephone with regard to writing the Answer (ECF No. 14).  No money was exchanged among any of the parties or Defendant.  Defendant has not ever met either of the two parties.  Defendant has only communicated with Lutzke and McGill by telephone and email.  To the best of Defendant's knowledge Lutzke is not an attorney and Lutzke never told Defendant that she was an attorney.  To the contrary, Lutzke specifically told Defendant she was not an attorney.  McGill did tell Defendant by email and / or telephone that he was an attorney, but Defendant did not verify this nor did Defendant retain McGill as his attorney in any matter at any time.  No retainer agreement oral or written has been entered or signed.  No money has been exchanged between Defendant and McGill.  To the best of Defendant's knowledge, McGill does not practice law in VA.  McGill offered his time and input as

*Proposed Request for Judicial Notice*

## RJN-Item No. 6

**Internet URL:  https://www.youtube.com/watch?v=hMJoAO5OZY8**



## Robert David Steele



Jason Goodman

✓ Subscribed   🔔 81K

58,813 views

➕ Add to   ↗ Share   ••• More

👍 1,391   👎 168

**Streamed live on Jun 13, 2017**
**We have officially withdrawn our endorsement of Robert David Steele and his organization**
**due to his disingenuous behavior and numerous complaints from the Crowdsource**
**community.**

**Become a sponsor of Crowdsource the Truth and support the effort**

14

*Proposed Request for Judicial Notice*



*Proposed Request for Judicial Notice*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

ROBERT DAVID STEELE,

                                    Plaintiff,                    **17-CV-00601-MHL**

          -against-                                          **LOCAL RULE 83.1(M)**
                                                                 **CERTIFICATION**
JASON GOODMAN,

                                    Defendant.

## LOCAL RULE 83.1(M) CERTIFICATION

1.      **GHOST WRITING CERTIFICATION.  I (the undersigned) declare under penalty of perjury that: NO ATTORNEY HAS PREPARED, OR ASSISTED IN THE PREPARTION OF THE <u>PROPOSED REQUEST FOR JUDICIAL NOTICE.</u>**

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 1st day of May, 2019.



*Pro Se* D. George Sweigert

**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**
**Spoliation-notice@mailbox.org**

RECEIVED
MAY - 3 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

1