FILED

MAY - 1 2019

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>JASON GOODMAN, et al.,<br><br>Defendant | Case No.: 3:17-cv-00601-MHL<br><br>DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO STAY DISCOVERY |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO STAY DISCOVERY**

Comes now, Defendant Jason Goodman, Pro Se, pursuant to Rule 26(c)(1)(A) of the Federal Rules of Civil Procedure, to move the Court for a Protective Order and to Stay Discovery to protect Defendant from annoyance, embarrassment, oppression, and undue burden and expense.

I hereby attest that the pleadings herein are accurate and true under penalties of perjury. Further, I hereby attest that the attached exhibits are accurate and true copies of source documents as described. Video and telephone recording transcripts may contain typos due to voice to text transcription software. True and accurate copies of original video and audio recordings can be provided should it please the court.

Signed this __6__ day of May 2019

_____

Defendant, Pro Se Jason Goodman

DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO STAY DISCOVERY - 1

## I.    INTRODUCTION

Plaintiff has failed to make a legitimate claim for which relief can be granted. Defendant has alleged a conspiracy between Plaintiff, Intervenor Applicant, co-Defendant Queen Tut aka Susan Lutzke aka Susan Holmes (herein after HOLMES) and non-party co-conspirators. Ample evidence exists in the public domain to determine conclusively that Plaintiff's claims set forth in the Amended Complaint are based on false and materially misleading statements, have no basis in fact or law, are unsupported by evidence and cannot survive on their merits. Defendant did NOT knowingly or willfully ignore the truth with the intent to damage Plaintiff. Defendant did NOT act out of malice. Plaintiff is a public figure and well-known author and social media personality. Defendant believes all statements made with regard to Plaintiff to be true and correct. It is additionally Defendant's belief that Counsel for Plaintiff, Steven S. Biss (herein after BISS) deliberately deceived Defendant in an effort to hold a 26 f Discovery conference without the Defendant present, which did in fact take place on May 3, 2019.

## II.    BACKGROUND

Plaintiff has failed to explain why he did not present Defendant with a cease and desist order and demand for retraction prior to bringing this civil suit. If Plaintiff is in possession of evidence that proves Defendant's claims are factually inaccurate, Plaintiff had a reasonable obligation to attempt to resolve this dispute directly, prior to involving the court. It is Defendant's belief that Plaintiff's complete failure to attempt this is evidence of Plaintiff's intent to harass, embarrass, intimidate and subject Defendant to undue burden and expense with this vexatious legal action.

DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO STAY DISCOVERY - 2

### III.    ARGUMENTS AND AUTHORITIES

Defendant is entitled to an order protecting him from responding to Plaintiffs' discovery requests. According to Rule 26 (c) of the Federal Rules of Civil Procedure, the court may grant an order to deny, limit or restrict discovery to *"Protect a participant or other person from undue annoyance, burden, harassment or oppression;"*

In the interest of Proportional Discovery and in accordance with Rule 26 (B)(1) *"the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit"* discovery in this matter would create additional undue burden and expense for the Defendant which would outweigh any benefit. Ample public information is available with regard to all claims made by Plaintiff and discovery of personal information would not have proportional importance to the resolution of Plaintiff's claims. It is Defendant's belief that creating a burden and causing expense are in fact the intended purposes of Plaintiff's action and Plaintiff is NOT acting in good faith. All facts and information required to resolve this matter are available in the public domain and no amount of discovery would offer a proportional benefit toward resolution.

Defendant further objects to Plaintiff's Written Report and Discovery plan because Biss deliberately engaged in deceptive measures and improperly scheduled the 26 f Discovery conference. Despite the clerk's entry of a default judgement against co-Defendant Holmes on September 6, 2018, Biss waited more than six months to make an initial request for 26 f conference April 16, 2019. **(EXHIBIT A)**

Defendant stated he would be unavailable until the start of May 2019 and Biss followed up with all relevant parties on April 19, 2019 with regard to possible conference dates. **(EXHIBIT B)**

DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO STAY DISCOVERY - 3

1

2   Defendant received NO response from ANY participants although each had Goodman's

3   proper email address.  On May 2, due to lack of response, Defendant Goodman contacted Biss

4   once again to inquire about a new time to schedule the conference. **(EXHIBIT C)**

5   During the May 2 email exchange, Biss revealed that he had sent a confirmation email to

6   jasongoodman72@protonmail.com.  This is NOT an email address provided to Biss by

7   Defendant.  This is NOT the email address of record for the Defendant.  This is NOT an email

8   address that Defendant has ever sent mail to Biss from.  This is NOT a currently active email

9   address and Defendant does NOT have access to it.  In fact, Biss states that the email address in

10  question was provided by Holmes.  **(EXHIBIT D)**

11

12  Upon learning of the cause of the communication breakdown and revealing the evidence

13  which indicated Defendant had not seen the message, Biss MADE NO EFFORT

14  WHATSOEVER to reschedule the conference call.  Biss instead falsely stated that Defendant

15  had claimed to be available May 3.  Biss falsely stated Defendant had been properly notified.

16  Biss called Defendant on May 3, 2019 during a time Defendant had clearly stated he was not

17  available to speak.  Defendant was not able to participate in the 26 f conference.  Biss chose to

18  move forward with a conference attended only by Benjamin Wills, co-Counsel for co-Defendant

19  Negron.  Prior to May 6, 2019 as far as Defendant Goodman had been aware, Wills had not been

20  party to emails regarding this legal matter since May of 2018.

21

22  On May 6, 2019, Defendant corresponded with Wills.  Wills provided email confirmation

23  that Biss had sent an email to the wrong address, asking Defendant if May 2 or 3 were acceptable

24  and what telephone number to contact Defendant on.  There was no response to this inquiry

25  because Defendant DID NOT RECEIVE THE EMAIL, however Biss failed to follow up.

26  **(EXHIBIT E)**

27

28  DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO STAY DISCOVERY - 4

It has further come to Defendant's attention that Plaintiff has sought financial settlement with co-Defendant Negron, negotiating privately with counsel for co-Defendant. This furthers Defendant Goodman's belief that this entire legal action is a "for profit" venture, undertaken by Plaintiff with the specific intent to harass, intimidate and coerce Defendants into financial settlements or otherwise face the costly and mounting burden of retaining legal counsel.

Biss was aware there was no confirming response from Defendant to his email requesting the 26 f conference but made no additional efforts between April 19 and May 2 to confirm the date. Biss was also aware that Defendant had at no time specifically stated availability on May 3, 2019. Biss' action in light of these failures is consistent with Defendant's belief that Plaintiff and Biss are not acting in good faith and they are intent to use the Discovery process to continue to cause undue annoyance, burden, harassment or oppression to Defendant.

The court should also note that at no time after the September 6, 2018 default judgement did Biss seek to move forward with a timely scheduling of the 26 f conference. This request was made during the period Defendant was under time pressure to respond to Intervenor Applicant's excessively lengthy and overtly vexatious Second Amended Motion to Intervene. Plaintiff and Intervenor Applicant have made numerous public calls, urging Defendant to "lawyer UP!" and making general threats related to this instant legal action.

Plaintiff and Intervenor Applicant, by their own admission, are both retired members of the military and clandestine services with specialties in deceptive psychological and information / disinformation operations. Defendant has repeated the allegation that both parties are cooperating to use this instant legal action as a burdensome weapon of harassment against Defendant and to chill Defendant's journalistic investigations into alleged criminal activity. Plaintiff has asserted that "no evidence" exists to support Defendant's claim. It is Defendant's

DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO STAY DISCOVERY - 5

belief that the coordinated effort between the Plaintiff, Intervenor Applicant, Holmes and third parties has been carefully crafted in a specific manner so as to circumvent standard civil legal procedures and has been executed in absence of any overt, discoverable communications. Coded messages sent in public via steganographic techniques, including YouTube videos and social media comments and the use of third-party intermediaries, deliberately avoid leaving a discoverable trail of evidence and sufficiently frustrate civil legal procedures.

It is Defendant's belief that in addition to harassing and threatening Goodman with this instant legal action, it is Plaintiff's intent to further expend Defendant's resources with time consuming and costly discovery that would serve no useful purpose proportional to the undue burden in resolving this matter but merely waste additional time and resources for both Defendant and this honorable Court.

## IV.    CONCLUSION

WHEREFORE, Defendant Goodman requests that the Court enter an order protecting him from responding and/or producing documents in response to Plaintiffs' Request for Discovery and to stay Discovery to protect Defendant from annoyance, embarrassment, oppression, and undue burden and expense.

Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO STAY DISCOVERY - 6

**(EXHIBIT A)**



From: Steven S. Biss ██████████████
Subject: Steele - Goodman
Date: April 16, 2019 at 11:42 AM
To: Terry C. Frank ██████████████ Johan Conrod ██████████████ Jason Goodman truth@crowdsourcethetruth.org,
Jason Goodman jasongoodman72@protonmail.com, Susan A. Lutzke ██████████████
Cc: Robert Steele ██████████████

All,

It is time to conduct the Rule 26f conference, and begin discovery.

Please email me your available dates over the next 2 weeks, so I can schedule a conference call.

Also, please confirm that a litigation hold was placed on all documents and electronically-stored information (ESI), and when that hold was instituted.

Call or email me if you have any questions.


Steven S. Biss



IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

**(EXHIBIT B)**

**From:** Steven S. Biss ▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Steele - Goodman
**Date:** April 19, 2019 at 10:26 AM
**To:** Jason Goodman truth@crowdsourcethetruth.org
**Cc:** Terry C. Frank ▮▮▮▮▮▮▮▮ Johan Conrod r▮▮▮▮▮▮▮▮▮, Jason Goodman jasongoodman72@protonmail.com
, Sue ▮▮▮▮▮▮ Robert David Steele ▮▮▮▮▮▮▮▮▮▮▮▮, Steven Biss ▮▮▮▮▮▮▮▮

Terry/Johan,

See Mr. Goodman's email below. Please confirm that you are available on May 2 or 3 for the Rule 26f conference.

If I do not hear from you, I plan to proceed with the discovery conference in your absence.

By copy of this email, I am asking Ms. Lutzke to supply a workable phone number, so I can include her in the conference call.

Call or email me if you have any questions.


Steven S. Biss



---

**From:** Jason Goodman
**Sent:** Thursday, April 18, 2019 4:03 PM
**To:** Steven Biss
**Cc:** Terry C. Frank; Johan Conrod; Jason Goodman; Sue; Robert David Steele
**Subject:** Re: Steele - Goodman

I will be available after May 1. Please suggest some mutually convenient dates for a call. All electronic documents I have created for more than a decade are stored. I do not deliberately delete things.

On Apr 16, 2019, at 11:42 AM, Steven S. Biss <stevenbiss@earthlink.net> wrote:

All,

It is time to conduct the Rule 26f conference, and begin discovery.

Please email me your available dates over the next 2 weeks, so I can schedule a conference call.

Also, please confirm that a litigation hold was placed on all documents and electronically-stored information (ESI), and when that hold was instituted.

Call or email me if you have any questions.


Steven S. Biss



IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

**(EXHIBIT C)**

**From:** **Jason Goodman** truth@crowdsourcethetruth.org
**Subject:** Re: Steele - Goodman
**Date:** May 2, 2019 at 12:48 PM
**To:** Steven Biss ███████████████
**Cc:** Terry C. Frank ███████████████ Johan Conrod ██████████████, Jason Goodman jasongoodman72@protonmail.com
, Sue ███████████ Robert David Steele ███████████████

Mr. Biss,

Since our previous email on this matter over one week ago, I have received no confirmation of this conference call. I have also not seen a response to any messages in this regard from the other copied parties so I will consider the conference canceled for the time being.

I will be traveling for work and family commitments over the next several weeks and will be generally unavailable.

Please suggest some dates during the first week of June so that all concerned will have ample warning to arrive at a mutually agreeable time to confer.

Jason

On Apr 19, 2019, at 11:05 AM, Steven S. Biss <stevenbiss@earthlink.net> wrote:

Mr. Goodman,

We are not going to engage you.   After the Rule 26f conference, you will be free to serve whatever discovery you deem appropriate consistent with Rule 26.

Steven S. Biss



---

**From:** Jason Goodman
**Sent:** Friday, April 19, 2019 10:50 AM
**To:** Steven Biss
**Cc:** Terry C. Frank; Johan Conrod; Jason Goodman; Sue; Robert David Steele
**Subject:** Re: Steele - Goodman

---

Please advise your client to preserve all communications with US Congressman Devin Nunes

On Apr 19, 2019, at 10:26 AM, Steven S. Biss ◄██████████████ rote:

Terry/Johan,

See Mr. Goodman's email below. Please confirm that you are available on May 2 or 3 for the Rule 26f conference.

If I do not hear from you, I plan to proceed with the discovery conference in your absence.

By copy of this email, I am asking Ms. Lutzke to supply a workable phone number, so I can include her in the conference call.

Call or email me if you have any questions.

Steven S. Biss
(Virginia State Bar # 32972)



**From:** Jason Goodman
**Sent:** Thursday, April 18, 2019 4:03 PM
**To:** Steven Biss
**Cc:** Terry C. Frank; Johan Conrod; Jason Goodman; Sue; Robert David Steele
**Subject:** Re: Steele - Goodman

I will be available after May 1. Please suggest some mutually convenient dates for a call. All electronic documents I have created for more than a decade are stored. I do not deliberately delete things.

On Apr 16, 2019, at 11:42 AM, Steven S. Biss <​█████████████​> wrote:

All,

It is time to conduct the Rule 26f conference, and begin discovery.

Please email me your available dates over the next 2 weeks, so I can schedule a conference call.

Also, please confirm that a litigation hold was placed on all documents and electronically-stored information (ESI), and when that hold was instituted.

Call or email me if you have any questions.


Steven S. Biss



IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are

not the intended recipient, immediately stop reading this email and delete it from your system.

**(EXHIBIT D)**

**From:** Steven S. Biss ▮▮▮▮▮▮▮▮
**Subject:** Re: Steele - Goodman
**Date:** May 2, 2019 at 1:56 PM
**To:** Jason Goodman truth@crowdsourcethetruth.org
**Cc:** Jason Goodman jasongoodman72@protonmail.com, Terry C. Frank▮▮▮▮▮▮▮▮▮▮ Johan Conrod ▮▮▮▮▮▮
, Sue ▮▮▮▮▮▮▮▮, Robert David Steele ▮▮▮▮▮▮▮▮▮

Mr. Goodman,

Susan Lutzke first provided the ProtonMail email address to us on November 6, 2017.  See email chain attached.

Until today, you have never indicated that the ProtonMail email address was defunct or inaccessible.  Indeed, you copied the ProtonMail email address on virtually every email you have sent over the past year+.

I will call your number in the am at the scheduled time.  Have a good day.

**From:** Jason Goodman
**Sent:** Thursday, May 02, 2019 1:28 PM
**To:** Steven S. Biss
**Cc:** Jason Goodman ; Terry C. Frank ; Johan Conrod ; Sue ; Robert David Steele
**Subject:** Re: Steele - Goodman

This was sent only to a defunct and inaccessible email address provided by D. George Sweigert.  I never provided a ProtonMail email address to you and have never contacted you from that address.  Based on your prior conduct I suspect you did this deliberately so I would miss the conference and you would then report that to the court as failure to cooperate.  I did not receive this confirmation and I am no longer available tomorrow. Please select a date sometime during the first week of June and stop playing games.

Jason Goodman
323-744-7594

On May 2, 2019, at 1:19 PM, Steven S. Biss <stevenbiss@earthlink.net> wrote:

Mr. Goodman,

Attached is the confirmation that you received the day after you provided your available dates.

I am not going to argue with you.

**From:** Jason Goodman
**Sent:** Thursday, May 02, 2019 1:11 PM
**To:** Steven S. Biss
**Cc:** Jason Goodman ; Terry C. Frank ; Johan Conrod ; Sue ; Robert David Steele
**Subject:** Re: Steele - Goodman

I received no confirmation and will not be available.  Please indicate a date first week of June so we may have ample time to arrive at a mutually agreeable time.

Jason Goodman

On May 2, 2019, at 1:06 PM, Steven S. Biss <stevenbiss@earthlink.net> wrote:

Mr. Goodman,

The conference was duly scheduled and confirmed. It will take place tomorrow as scheduled.

I will dial your number at 10:00 a.m. If you choose not to pick up, we will proceed with the conference in your absence.

During the conference, we will be discussing the matters in Rule 26f2-3 of the Federal Rules of Civil Procedure. Rule 26f2-3 state as follows:

(2) *Conference Content; Parties' Responsibilities.* In conferring, the parties must consider the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosures required by Rule 26(a)(1); discuss any issues about preserving discoverable information; and develop a proposed discovery plan. The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court within 14 days after the conference a written report outlining the plan. The court may order the parties or attorneys to attend the conference in person.

(3) *Discovery Plan.* A discovery plan must state the parties' views and proposals on:

(A) what changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made;

(B) the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues;

(C) any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;

(D) any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production— whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502;

(E) what changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and

(F) any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).

I welcome your participation and input on the above subjects.

**From:** Jason Goodman
**Sent:** Thursday, May 02, 2019 12:48 PM
**To:** Steven Biss
**Cc:** Terry C. Frank ; Johan Conrod ; Jason Goodman ; Sue ; Robert David Steele
**Subject:** Re: Steele - Goodman

Mr. Biss,

Since our previous email on this matter over one week ago, I have received no confirmation of this conference call. I have also not seen a response to any messages in this regard from the other copied parties so I will consider the conference canceled for the time being.

I will be traveling for work and family commitments over the next several weeks and will be generally unavailable.

Please suggest some dates during the first week of June so that all concerned will have ample warning to arrive at a mutually agreeable time to confer.

Jason

> On Apr 19, 2019, at 11:05 AM, Steven S. Biss <stevenbiss@earthlink.net> wrote:

> Mr. Goodman,
> We are not going to engage you. After the Rule 26f conference, you will be free to serve whatever discovery you deem
> appropriate consistent with Rule 26.
> Steven S. Biss



---

**From:** Jason Goodman
**Sent:** Friday, April 19, 2019 10:50 AM
**To:** Steven Biss
**Cc:** Terry C. Frank; Johan Conrod; Jason Goodman; Sue; Robert David Steele
**Subject:** Re: Steele - Goodman

Please advise your client to preserve all communications with US Congressman Devin Nunes

> On Apr 19, 2019, at 10:26 AM, Steven S. Biss <stevenbiss@earthlink.net> wrote:

> Terry/Johan,
> See Mr. Goodman's email below. Please confirm that you are available on May 2 or 3 for the Rule 26f conference.
> If I do not hear from you, I plan to proceed with the discovery conference in your absence.
> By copy of this email, I am asking Ms. Lutzke to supply a workable phone number, so I can include her in the conference call.

> Call or email me if you have any questions.
> Steven S. Biss



---

**From:** Jason Goodman
**Sent:** Thursday, April 18, 2019 4:03 PM
**To:** Steven Biss
**Cc:** Terry C. Frank; Johan Conrod; Jason Goodman; Sue; Robert David Steele

**Subject:** Re: Steele - Goodman

I will be available after May 1. Please suggest some mutually convenient dates for a call. All electronic documents I have created for more than a decade are stored. I do not deliberately delete things.

On Apr 16, 2019, at 11:42 AM, Steven S. Biss <stevenbiss@earthlink.net> wrote:

All,

It is time to conduct the Rule 26f conference, and begin discovery.

Please email me your available dates over the next 2 weeks, so I can schedule a conference call.

Also, please confirm that a litigation hold was placed on all documents and electronically-stored information (ESI), and when that hold was instituted.

Call or email me if you have any questions.

Steven S. Biss



IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

Steven S. Biss



IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

Steven S. Biss



IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

<4.19.19 - 26f.eml>

Steven S. Biss



IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

11.7.17 -
Lutzke.eml

**(EXHIBIT E)**

**From:** Steven S. Biss █████████████
**Subject:** Re: Steele - Goodman
**Date:** April 19, 2019 at 1:06 PM
**To:** Wills, Benjamin A. ████████
**Cc:** jasongoodman72@protonmail.com, Frank, Terry C.██████████████  Conrod, R. Johan ███████████████,
Steven Biss █████████████████  Robert Steele ██████████████████, Sue████████████████

All,

Confirming May 3, 2019 @ 10:00 est for the Rule 26f conference. I will initiate the call.

Mr. Goodman, please confirm the correct number to reach you at on 5/3.

Steven S. Biss

█████████████████████████

<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.linkedin.com_in_steven-2Ds-
██████████████████████████Ci_7U6GmDDA&r=JOAHRbenIRw8HCxFq6F255jqaKehbeZKL9pQ0tkCWvc&m=WijuhXx
██████████████████████████B_s&s=gr4FKWGTnzLpJLGz7qD1YXtOLdG2nchCIkS5Jt9tybc&e=>

**From:** Wills, Benjamin A.
**Sent:** Friday, April 19, 2019 11:22 AM
**To:** Steven S. Biss
**Cc:** jasongoodman72@protonmail.com; Frank, Terry C.; Conrod, R. Johan
**Subject:** RE: Steele - Goodman

Steven,

Good morning. I have availability to participate on behalf of Ms. Negron on 5/2 after midday or anytime on 5/3. Please let me know
what time you propose for the call.

Thank you,

Benjamin A. Wills

www.kaufCAN.com<http://www.kaufCAN.com>

Celebrating a Century, One Charity at a Time.
Click here<https://www.kaufcan.com/> to learn more.

From: Steven S. Biss ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Friday, April 19, 2019 10:27 AM
To: Jason Goodman <truth@crowdsourcethetruth.org><mailto:truth@crowdsourcethetruth.org>>
Cc: Frank, Terry C.▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Conrod, R. Johan
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Jason Goodman
<jasongoodman72@protonmail.com<mailto:jasongoodman72@protonmail.com>>; Sue
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Robert David Steele
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Steven Biss
Subject: Re: Steele - Goodman

Terry/Johan,

See Mr. Goodman's email below. Please confirm that you are available on May 2 or 3 for the Rule 26f conference.

If I do not hear from you, I plan to proceed with the discovery conference in your absence.

By copy of this email, I am asking Ms. Lutzke to supply a workable phone number, so I can include her in the conference call.

Call or email me if you have any questions.

Steven S. Biss



▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮h>
www.linkedin.com/in/steven-s-biss-6517037<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.linkedin.com_in_steven-2Ds-
2Dbiss-2D6517037&d=DwQFaQ&c=QKHPbaklsHoCi_7U6GmDDA&r=YoIcUPneebcN1XZjGf_9O6HMt-
rAiubcs5ayE2MV4sQ&m=TC5WxG3dZ6YnOQm9zRFNt3Y-lauV6TmVhS0Gn0PAc9I&s=neVLm-
rED15J6HIb_oiOMGiu3GAIimFF5to1zC6aOKk&e=>

From: Jason Goodman

Sent: Thursday, April 18, 2019 4:03 PM

To: Steven Biss

Cc: Terry C. Frank; Johan Conrod; Jason Goodman; Sue; Robert David Steele

Subject: Re: Steele - Goodman

I will be available after May 1.  Please suggest some mutually convenient dates for a call.  All electronic documents I have created for more than a decade are stored.  I do not deliberately delete things.

On Apr 16, 2019, at 11:42 AM, Steven S. Biss <stevenbiss@earthlink.net<mailto:stevenbiss@earthlink.net>> wrote:

All,

It is time to conduct the Rule 26f conference, and begin discovery.

Please email me your available dates over the next 2 weeks, so I can schedule a conference call.

Also, please confirm that a litigation hold was placed on all documents and electronically-stored information (ESI), and when that hold was instituted.

Call or email me if you have any questions.

Steven S. Biss



.ch>

www.linkedin.com/in/steven-s-biss-6517037 [linkedin.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.linkedin.com_in_steven-2Ds-2Dbiss-2D6517037&d=DwMFaQ&c=QKHPbskIsHoCi_7U6GmDDA&r=YoIcUPneebcN1XZjGf_9O6HMt-rAiubcs5ayE2MV4sQ&m=TC5WxG3dZ6YnOQm9zRFNt3Y-lauV6TmVhS0Gn0PAc9I&s=neVLm-rED15J6HIb_oiOMGiu3GAIimFF5to1zC6aOKk&e=>

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

———

The information contained in this electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If you are not the intended recipient of this message, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Kaufman & Canoles at (757) 624-3000 or by return e-mail to helpdesk@kaufcan.com, and purge the communication immediately without making any copy or distribution.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

ROBERT DAVID STEELE, et al.,

Plaintiff,

vs.

JASON GOODMAN, et al.,

Defendant

Case No.: 3:17-cv-00601-MHL

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

Clerk of the Court

U.S. District Court 701 E. Broad St.

Richmond, VA 23219


Steven S. Biss

300 West Main Street, Suite 102

Charlottesville VA 22903


Terry C Frank

1021 E. Cary Street, 14th Floor

Richmond VA 23219

CERTIFICATE OF SERVICE - 1

D. George Sweigert

PO Box 152

Mesa, AZ 85211


Susan Homes,

2608 Leisure Drive Apt.B

Fort Collins, CO 80525


I hereby attest that the foregoing is true and accurate under the penalties of perjury.


Signed this ___6___ day of May 2019

_____

Defendant, Pro Se Jason Goodman

252 7th Avenue Apt 6s

New York, NY 10001
truth@crowdsourcethetruth.org


CERTIFICATE OF SERVICE - 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
<u>Richmond</u>    **DIVISION**



ROBERT DAVID STEELE, et al.,

---
Plaintiff(s),

v.

Civil Action Number: <u>3:17-cv-00601-MHL</u>

JASON GOOMDAN

---
Defendant(s).

# LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** <u>DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND MOTION TO STAY DISCOVERY</u>.

**(Title of Document)**

<u>Jason Goodman</u>
Name of *Pro Se* Party (Print or Type)

<u>[signature]</u>
Signature of *Pro Se* Party

Executed on: <u>May 6, 2019</u>    (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** __ <u>          </u>.

**(Title of Document)**

---
Signature of *Pro Se* Party

Executed on: _ <u>          </u> (Date)