IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROBERT DAVID STEELE et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case 3:17-cv-601-MHL |
| ) | |
| ) | |
| JASON GOODMAN et al ) | |
| ) | |
| Defendants. ) | |
| ) | |

# **CERTIFICATE OF SERVICE**

Plaintiff, Robert David Steele, by counsel, hereby certifies that on May 15, 2019 Plaintiff served his First Request for Production of Documents (the "Document Request") on defendant, Jason Goodman, electronically in PDF pursuant to Rule 5 of the Federal Rules of Civil Procedure and a copy was also mailed to defendant Goodman at his last known address: 252 7th Avenue, Apartment #6s, New York, New York 10001.  A true copy of Plaintiff's Document Request is attached hereto as *Exhibit "A"* and incorporated herein by reference.

DATED:     May 15, 2019

Signature of Counsel on Next Page

1

ROBERT DAVID STEELE
EARTH INTELLIGENCE NETWORK

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for Defendant, Patricia A. Negron, and all interested parties receiving notices via CM/ECF. A copy of the foregoing pleading as filed was also emailed in PDF to Defendants Goodman and Lutzke.

By: */s/Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*