CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD STREET, SUITE 3000
RICHMOND, VIRGINIA 23219-3528

OFFICIAL BUSINESS

Hasler
05/02/2019
US POSTAGE
$00.50⁰

FIRST-CLASS MAIL

ZIP 23219
011D11648210

RECEIVED
MAY 23 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

U S MARSHALS

Susan A. Lutzke
2608 Leisure Drive, Apt. B
Ft. Collins, CO 80525

NIXIE     808  FE 1      0005/18/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 23219352899    *1668-06567-14-33