

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND VIRGINIA**

| | |
|---|---|
| ROBERT DAVID STEELE, <br><br> Plaintiff, <br><br> -against- <br><br> JASON GOODMAN, <br><br> Defendant. | **17-CV-00601-MHL** <br><br> **INTERVENOR-APPLICANTS FRCP RULE 15(d) SUPPLEMENT TO MOTION FOR LEAVE TO SEEK INJUNCTIVE RELIEF (ECF NO. 101)** |

## INTERVENOR-APPLICANTS FRCP RULE 15(d) SUPPLEMENT TO MOTION FOR LEAVE TO SEEK INJUNCTIVE RELIEF (ECF NO. 101)

D. GEORGE SWEIGERT is seeking the LEAVE OF THE COURT TO SUPPLEMANT

THE MOTION FOR INJUNCTIVE RELIEF (ECF Doc. No. 101 [04/29/2019]) pursuant to Fed.

R. Civ. Proc. Rule 15(d) and Va. Code Ann. § 18.2-500.

Pursuant to Local Rule 83.1(M) I swear that no attorney assisted in the preparation of the

attached materials.  Dated this _27_ day of May, 2019.

Respectfully submitted,

*Pro Se Party* D. George Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

1

*This page intentionally left blank*

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

## PROCEDURAL HISTORY

1.      This supplemental document is filed pursuant to Rule 15(d) of the Fed. R. Civ. Proc.  It supplements the Motion for Injunctive Relief filed on 4/29/2019 (ECF Doc. No. 101).

## INTRODUCTION

2.      In the intervening time since the filing of the underlying motion on April 29th, 2019 (ECF Doc. No, 101) events have revealed a disturbing trend concerning the Defendant (Def) Goodman and his sidekick David Charles Hawkins and former side-kick Quinn Michaels, aka Korey Atkin.

3.      The recent suicide of YouTube personality Isaac Kappy has revealed a YouTube syndrome known as "gang-stalking". In the gang-stalking process, victims are targeted with a wide spectrum of social media intimidation; to include slander, defamation, libel, revealing private information, accusations of crimes, threats, incitement, etc.

4.      As the Court will learn the Def Goodman's team is well versed in such matters (to include ex-CIA officer Kevin Shipp (who presently conducts paramilitary firearms training) and ex-Booz*Allen and Hamilton consultant Scott Bennett (U.S. Air Force base security personnel found nearly 10,000 rounds of ammunition and twelve (12) unregistered firearms in the military base housing Bennett occupied in an unauthorized manner by impersonating the Flag Lieutenant of the Commander, U.S. Special Operations Command, Tampa, Florida), etc.).

5.      The YouTube celebrity (and acquittance of the Plaintiff's attorney) Manuel Chavez, III, "DEFANGO", has made a series of videos within the last 10 days claiming that he has been targeted for a gang-stalking campaign which has included frivolous complaints filed with the local police department in Carson City, Nevada. Other gang-stalking activities are allegedly

executed on social media to cause unnecessary humiliation and embarrassment for Manuel
Chavez, III.

6.      The reappearance of Quinn Michaels, Korey Atkin, in Mount Shasta, California (as seen
on several YouTube videos over the Memorial Day week-end) is also disturbing. Within the last
few days Quinn Michaels has made a series of videos threatening to start fires in the Mount
Shasta Community with the remains of oil paintings that he has shredded (on camera) with his
hunting knife while sitting in his flat-black 1996 Volkswagen GOLF sedan (this is where Quinn
Michaels sleeps while illegally camping in the Mount Shasta area [all on video]).  These are
nearly identical actions undertaken by Quinn Michaels one year ago in the Mount Shasta area
while he was seeking individuals in the community that knew the physical whereabouts of the
undersigned. This was commonly referred to as the #StopTheSacrifice social media meme, an
artifact of gang-stalking or crowd-stalking.

7.      Gang-stalking is defined as:

> Gang stalking refers to harassment and intimidation tactics used by a group of individuals
> against another person or toward a smaller group of people. People may initiate this type
> of civil offense because they are intolerant of another person for numerous reasons,
> which might include differing beliefs or lifestyles, jealousy, or racial prejudice. Stalkers
> generally design the covert methods used for psychological harassment to exact revenge,
> coerce silence, or cast out persons having opposing views. While gang stalking is
> considered a misdemeanor in some states, the offense carries felony penalties in others.

> The number of people involved in the gang varies. Individuals might receive gang
> intimidation from a handful of people in a work environment, or they may be targeted by

4

an entire community. Victims relaying claims of gang stalking perceive the attackers as well-organized groups of people, who not only communicate with one another in a certain location but also pursue the target in other areas by means of extensive contacts. Leaders generally enlist the aid of other individuals in the gang by various methods, which typically include providing false information about the victim, manipulating potential members, or employing those with similar criminal backgrounds.

Internet URL: https://www.wisegeek.com/what-is-gang-stalking.htm

8.    Quinn Michaels is the CrowdSource the Truth (CSTT) pioneer and advance party to David Charles Hawkins, who is the subject of the INJUNCTIVE RELIEF (ECF Doc. 101). The libel, slander and defamation torch has been passed from Michaels to Hawkins (both claim to be Artificial Intelligence (A.I.) experts. Both Michaels and Hawkins have occupied the august title of "researcher" on CSTT. Quinn Michaels had a dominant role in the CSTT operations until October of 2018. Prior to that Def Goodman quoted Quinn's sham "research" about allegations and accusations of criminal activities against individuals to include the undersigned. These are the identical techniques presently employed by Def Goodman and David Charles Hawkins against the undersigned.

9.    Def Goodman traveled to Michaels bed-side in Roswell, New Mexico during the Christmas holiday of 2017-2018. Both of have been traveling companions and have spent several weeks together co-producing at least 50-60 CSTT video podcasts between October 2017 and October 2018.

## STATEMENT OF FACTS

5

10. On May 14, 2019 the YouTube community learned that Isaac Kappy, YouTube celebrity and committed suicide near Flagstaff, AZ. Kappy rose to quick fame and prominence when promoted by Nathan Stolpman, San Luis Obispo, California, on the YouTube show "LiftTheVeil". **[EXHIBIT ONE]** Note: the electronic messages exchanged between Def Goodman and Nathan Stolpman is included in the discovery request (ECF Doc. No. 113 [5/15/2019], para. 32).

11. Quinn Michaels also rose to prominence and notoriety when Michaels was "pushed" by Mr. Stolpman (LiftTheVeil). **[EXHIBIT TWO]**. It is interesting to note that on June 25, 2017 "DEFANGO" (acquaintance of Plaintiff's attorney) published a video concerning "cyber-stalking" and linked LiftTheVeil, Quinn Michaels and Def Goodman together in a unified gang-stalking type of activity. **[EXHIBIT THREE]**. See *Lift the Veil, Quinn Michaels, Jason Goodman Crowd stalking PsyOp Triangle, June 25, 2017* ( ( Internet URL: https://www.youtube.com/watch?v=IP7T2D3UZK4 )

12. During the Memorial Day week-end Quinn Michaels posted a series of disturbing videos from Mount Shasta, California describing his plans to burn the remains of his oil paintings that he was shredding with a knife on camera (speaks to the need for intervention at the psychological / emotional level; commonly known as a "5150" or third day hold for psychological evaluation in Emergency Medical Services parlance in California.) **[EXHIBIT FOUR]**.

13. Meanwhile, as late as May 24, 2019 Def Goodman and David Charles Hawkins (South Surrey, British Columbia, Canada) have released another video that attempts to connect the undersigned to the Weatherman Underground. The undersigned's name is referenced eight (8) times in a two-minute exchange **[EXHIBIT FIVE]**.

08:54                    **HAWKINS:**  But, isn't that amazing Jason since the fourth plane was

                         headed for the Capitol Building on 911 when someone and I am

                         suggesting it was **David Sweigert** switched the war game from simulation

                         to live fire.

09:04                    **HAWKINS:**  Now **Mr. Sweigert** I am not accusing **Mr. Sweigert** of

                         doing it, I am saying that **Mr. Sweigert** is not perhaps quiet as smart as he

                         thinks and when he is acting as an ethical hacker he could open the door

                         into a network of patented devices that would allow people much smarter

                         than him in through the backdoor, let's say working with the worshipful

                         company of information technologists and they can actually execute an

                         attack in New York where's there an insurance policy taken out against

                         both towers coming down on the same day in what's known as a

                         catastrophe bond.

9:51                     **GOODMAN:**  Well, you know, David the other things that I find quite

                         strange about it and we also we need to be clear were not suggesting that

                         **David Sweigert** actively pushed the button.  But this is a guy who was

                         running boot camps for ethical hackers, how do we know that one of his

                         students or one of his apprentices ... apprentices ... apprentices .. did not

                         go rogue and take his information and enabled this, or as you have

                         suggested perhaps his effort to hack something in an ethical capacity itself

                         may have gone rogue and someone else unknown to **David Sweigert** may

                         have piggy backed .. may have exploited .. may have somehow utilized his

                         hack to do as you say.

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

11:01           **GOODMAN:** We know that **David Sweigert's** brother has publicly stated that he will always protect Barrack Obama. We know that Manual Chavez who has worked quiet closely with **David Sweigert** was a volunteer for the Obama for America campaign – whatever that was. So these are all guys that are associated with Obama. Obama is associated with the still active Bill Ayers and Bernardine Dohrn. You and I have discussed how it is your theory that the Weather Underground remains active .. so could these things be extension of the Weather Underground?

**[EXHIBIT FIVE]**

14.    As clearly stated in the attached DECLARATION **[EXHIBIT SIX]** the undersigned: (1) has never run "boot camps" for ethical hackers, (2) has never trained students in ethical hacking, (3) the undersigned does not have relationships with "students" or "apprentices", (4) the undersigned has never worked with Manual Chavex, III in any capacity whatsoever, (5) the undersigned has no association with his brother George Webb Sweigert, (6) the undersigned has no association with groups associated with Barrack Obama, (7) the undersigned has no association with the "Weatherman Underground".

**LAW AND ARGUMENT**

15.    The defamation, slander and harassment campaign executed by the defendant Goodman and David Charles Hawkins (commencing 1/1/2019) is merely an extension of the activities initiated by Quinn Michaels a year ago in Mount Shasta. Both of these CSTT side-kicks (David Charles Hawkins and Quinn Michaels) are working, or have worked, in close cooperation with the defendant Goodman to disseminate psychologically painful narratives and memes to place individuals in fear for their life, or great bodily injury.

16.     Similar to the reports of the social media gang-stalking suicide of Isaac Kappy, the Def
Goodman appears to be involved in similar activities to cause significant psychological injury to
the undersigned for the long-term purposes of causing his suicide.

DEFENDANT'S VIOLATIONS

OF COMMONWEALTH LAW

17.     The activities practiced by the Def Goodman are illegal in the Commonwealth of
Virginia; quoting Commonwealth law in relevant part:

**§ 18.2-152.7:1. Harassment by computer; penalty**

§ 18.2-152.7:1. Harassment by computer; penalty. If any person, with the intent to

coerce, intimidate, or harass any person, shall use a computer or computer network to

communicate obscene, vulgar, profane, lewd, lascivious, or indecent language, or make

any suggestion or proposal of an obscene nature, or threaten any illegal or immoral act,

he shall be guilty of a Class 1    (law.lis.virginia.gov)


(Internet URL: https://law.lis.virginia.gov/vacode/title18.2/chapter5/section18.2-152.7:1/


18.     The Def Goodman is fond of sending e-mail communications that meet the criteria of the
above cited law.  See **[EXHIBIT SEVEN]**.

"You claim to be a brave military veteran, yet like a childish coward, you make dopey

videos poking fun at me and send intentionally defamatory (per se libel) emails to third

parties without revealing who you are.  It is a sad, pathetic situation.  Stop harassing me

and find something more productive to do.  I can see now why your own (also possibly

9

insane) brother would betray you and have sex with your wife. Do you think about his

penis entering her? Did he give her his seed? Did she orgasm with George? Perhaps he

was able to satisfy her sexually in ways you were unable. What a wonderful time the two

of them must have had. The intimacy they shared and the total lack of respect either of

them had / have for you is truly staggering. It's one of the worst things I could imagine.

You should go somewhere and roll up into a ball and cry about it. Not even your own

family members can tolerate you. I spoke with another one of your brothers recently who

told me how crazy you are and how that has resulted in him not speaking to you for

years. You really should be confined to a mental institution for your own safety and that

of others. How you ever convinced a woman to marry you remains a mystery."

**[EXHIBIT SEVEN]**

19.    To add insult to injury, in a second e-mail message the Def Goodman included a

photoshopped image of the undersigned in a dunce cap and straight jacket, pictured next to Lt.

Col. Oliver North, U.S.M.C. (ret.) and newspaper headlines of IRAN-CONTRA **[EXHIBIT**

**SEVEN]**. Draped around the likeness of the undersigned is a booking placard that displays:

POLOCIA DE SANDANISTAS

CRAZY DAVE

OCTOBER 6, 1983 **[EXHIBIT SEVEN]**

20.    As reported in the New York Times, October 6, 1983:

A plane crash in Managua , in which the pilot, Agustin M. Roman, was killed, has shed

light on covert military operations in Central America. He was a former general manager

of the Nicaraguan national airline and then chief of operations for the Nicaraguan Air Force who turned against the Sandinistas. (A1:4-6.)

21.     Here Def Goodman is smearing the military service of the undersigned and insinuating that he was a participant in illegal drugs for weapons operations in Nicaragua. The undersigned departed the Republic of Panama on January 3, 1982 as an active duty member of the U.S. Air Force and was assigned to Kelly AFB, Texas afterwards. In fact, the undersigned was in college as an undergraduate when this 10/6/1983 plane crash took place.

MULTI-YEAR SMEAR

CAMPAIGN SHOWS

OBSESSION

22.     The intensity, frequency and duration of Def Goodman's attacks is truly staggering and indicates an obsession directed at the undersigned. The revelations concerning the untimely death of Isaac Kappy and the associated accusations of gang-stalking from "DEFANGO" create a matter of urgency. Apparently, techniques that are used in gang-stalking have the objective of creating depression and hopelessness for the victim which eventually leads to suicide.

23.     Manuel Chavez, III, YouTube celebrity DEFANGO, has been releasing information about allegations concerning gang-stalking in video content for the prior ten (10) days. The endgame in gang-stalking operations appears to create emotional turmoil for the victim. Practitioners of these techniques analyze the victim for weaknesses and vulnerabilities in their mental makeup.

24.     This is very similar to the targeting of supposed mental vulnerabilities by the Def Goodman on the undersigned. Using supposed information about a plane crash during IRAN-CONTRA operations which mirrored the undersigned's forced landing in Managua while assigned to the 1978 Communications Group, Howard AFB, Republic of Panama the Def

exaggerated a falsehood and error. This appears to be the Def Goodman's attempt to exploit the supposed P.T.S.D. of the undersigned, reported to the Def Goodman by undersigned's brother George Webb Sweigert while they were roommates in New York City. The Def Goodman's attack on the undersigned included taking the image of the undersigned and creating an overlay with IRAN-CONTRA Colonel North, including a newspaper of an aircraft crash in Nicaragua [EXHIBIT SEVEN]. Goodman's objective was apparently to trigger old memories or painful emotional wounds.

25.     The transmission of this picture with the accompanying sarcastic remarks by the Def Goodman to the undersigned, indicates the defendants attempt to exploit and emotional vulnerability that is perceived to be related to a veteran's possible P.T.S.D. condition. This indicates a well-developed plan of attack to create emotional injury to the intended target.

26.     Practitioners of this type of gang-stalking apparently include the Def Goodman, Quinn Michaels, and David Charles Hawkins. All these individuals specialize in using fake bona fides as so-called experts to present junk science and evidence of their allegations against innocent people. This has been an on-going and open-ended smear campaign for over a year.

## CONCLUSION

27.     For the reasons described above and based upon the wisdom of this Court to use its inherent powers to administer justice in an efficient manner, the undersigned PRAYS that the relief requested in the original MOTION FOR INJUNCTIVE RELIEF (ECF Doc. No. 101) will be granted.

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

Respectfully submitted on this _____ day of May, 2019.


*Pro Se Party D. George Sweigert, c/o*
*P.O. Box 152*
*Mesa, AZ 85211*
*Spoliation-notice@mailbox.org*

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

# EXHIBITS

## TO ACCOMPANY
## FRCP RULE 15(d) SUPPLEMENT

I certify that all of the following exhibits are truthful reproductions and not submitted for any other purpose than for adjudication of the claims contained within. This certification is provided under the penalties of perjury on the _27_ day of May 2019.

Respectfully submitted,

*Pro Se Party D. George Sweigert, c/o*
*P.O. Box 152*
*Mesa, AZ 85211*
*Spoliation-notice@mailbox.org*

14

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

# EXHIBIT ONE

## RESULTS: YouTube search terms "Isaac Kappy Lift The Veil"



### Isaac Kappy w/ Nathan Stolpman #SurvivorStories #PedoWood #QAnon

Lift the Veil
Streamed 10 months ago · 122,243 views
Isaac Kappy: http://twitter.com/isaackappy http://periscope.tv/isaackappy
http://twitch.tv/isaackappy T-shirts: http://truthclothing.io ...



### Isaac Kappy Reported Dead By Suicide

Lift the Veil
Streamed 1 week ago · 37,812 views
T-shirts: http://truthclothing.io Support LtV: http://patreon.com/liftheveil
http://paypal.me/liftheveil Follow me on Twitch: ...



### Lift the Veil

danegurous
24 views
Provided to YouTube by DistroKid Lift the Veil · Danegurous Kingpen ℗
Grhyme Records Released on: 2009-05-08 ...
NEW



### Isaac Kappy Investigation w/ The Phoenix Enigma

Lift the Veil
5 days ago · 37,326 views
The Phoenix Enigma:
https://www.youtube.com/channel/UCwJGhEiulmOcPMoAWNGhZQ T-shir...
NEW



### Isaac Kappy's Last Phone Call?

Lift the Veil
Streamed 1 week ago · 83,077 views
T-shirts: http://truthclothing.io Support LtV: http://patreon.com/liftheveil
http://paypal.me/liftheveil Follow me on Twitch: ...

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

**EXHIBIT TWO**

**RESULTS: YouTube search results Quinn Michaels Lift The Veil**



### Quinn Michaels w/ Lift the Veil - Part 2

Lift the Veil LIVE
Streamed 1 year ago · 12,435 views
A continuation of Lift the Veil's interview with Quinn Michaels. In Mt. Shasta
with Quinn Michaels to talk about EVERYTHING.



### Lift the Veil with Quinn Michaels - Project Mayhem, StrongAI, S.V.V., DoC, T.Y.L.E.R., PanDA

Lift the Veil LIVE
Streamed 1 year ago · 14,446 views
In Mt. Shasta with Quinn Michaels to talk about EVERYTHING. StrongAI,
chatbots, PanDA, Project Mayhem, Seth Rich, George ...



### #Tyler connections between Nathan Stolpman #LifttheVeil and the #93Society

quinn michaels
7 months ago · 7,421 views
Tyler please relay connections between Nathan Stolpman from Lift The Veil
to the Rouge Operative Network using Hollywood ...



### In Defense of Quinn Michaels w/ Dave Acton & Quinn Michaels | Lift the Veil

Lift the Veil
Streamed 1 year ago · 13,732 views
Follow me on Steemit: http://steemit.com/@liftthevei3411 Subscribe to my
newsletter: http://eepurl.com/cknlZr Support LtV: ...



### Lift the Veil, Quinn Michaels, Jason Goodman Crowd stalking PsyOp Triangle

Defango TV
Streamed 1 year ago · 3,902 views
We are the Videodrome ...

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

# EXHIBIT THREE

## Internet URL:  https://www.youtube.com/watch?v=IP7T2D3UZK4



**Day 12: The AI War - Quinn Michaels #WebbGate #Defango #StrongAI (Lift the Veil)**

Lift the Veil

1,579 views

Streamed live 7 hours ago

Lift the Veil, Quinn Michaels, Jason Goodman Crowd stalking PsyOp Triangle


Defango TV

Streamed live on Jun 25, 2017
We are the Videodrome

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

**EXHIBIT FOUR**



*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*



### Time for the next phase



quinn michaels

▶ Subscribe  16K

204 views

✚ Add to    ➤ Share    ••• More

👍 15    👎 4



### The burn was a bust thinking of new solutions



quinn michaels

▶ Subscribe  16K

250 views

✚ Add to    ➤ Share    ••• More

👍 25    👎 4

**19**



Time for the first painting burn are you ready



298 views



Welcome back to Mt Shasta for the painting burn



711 views

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

**EXHIBIT FIVE**

**Internet URL:**

**https://www.youtube.com/watch?v=4-jhasq73uY**



#SERCO    #DirtyFibre    #DiscoveryCSI

## Do SERCO's Hawkhills Dirty Fibre Tunnels Link AI Wizards To EVL Teachers Guilds?

 Jason Goodman

✓ Subscribed    🔔 81K

2,509 views

Streamed live on May 24, 2019
#SERCO #DirtyFibre #DiscoveryCSI

David continues to explore SERCO's corruption and influence with the City of London Square Mile and its numerous Guilds.

Visit David's website – https://reversecsiscripts.com/
Follow David on Twitter – @csihawkins

21

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

**08:54**       **HAWKINS:** But, isn't that amazing Jason since the forth plane was headed for the Capitol Building on 911 when someone and I am suggesting it was **David Sweigert** switched the war game from simulation to live fire.

**09:04**       **HAWKINS:** Now **Mr. Sweigert** I am not accusing **Mr. Sweigert** of doing it, I am saying that **Mr. Sweigert** is not perhaps quiet as smart as he thinks and when he is acting as an ethical hacker he could open the door into a network of patented devices that would allow people much smarter than him in through the backdoor, let's say working with the worshipful company of information technologists and they can actually execute an attack in New York where's there an insurance policy taken out against both towers coming down on the same day in what's known as a catastrophe bond.

**9:51**        **GOODMAN:** Well, you know, David the other things that I find quite strange about it and we also need to be clear were not suggesting that **David Sweigert** actively pushed the button. But this is a guy who was running boot camps for ethical hackers, how do we know that one of his students or one of his apprentices … apprentices … apprentices .. did not go rogue and take his information and enabled this, or as you have suggested perhaps his effort to hack something in an ethical capacity itself may have gone rogue and someone else unknown to **David Sweigert** may have piggy backed .. may have exploited .. may have somehow utilized his hack to do as you say.

**11:01**       **GOODMAN:** We know that **David Sweigert's** brother has publicly stated that he will always protect Barrack Obama. We know that Manual Chavez who has worked quiet closely with **David Sweigert** was a volunteer for the Obama for America campaign – whatever that was. So these are all guys that are associated with Obama. Obama is associated with the still active Bill Ayers and Bernardine Dohrn. You and I have discussed how it is your theory that the Weather Underground remains active .. so could these things be extension of the Weather Underground?

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

**EXHIBIT SIX**

**DECLARATION OF D. GEORGE SWEIGERT**

**I, D. GEORGE SWEIGERT, SWEAR UNDER PENALITIES OF PERJURY THAT:**

I.     Quinn Tut, aka Susan Holmes, sent me several Twitter communications concerning the organizational gang-stalking operation known as #StopTheSacrifice.

II.    I have never "run" or "taught" ethical hacking skills to students or apprentices.

III.   I did not become involved in the ethical hacking career field until a decade AFTER the events of September 11, 2001 at the World Trade Center, New York. (911 WTC).

IV.    I had no access as an ethical hacker, or otherwise, to any government, military or civilian computer or network systems that may have been remotely involved in the myths of 911 WTC, as articulated in "switching from simulation to live fire".

V.     I have no associate in any groups remotely or tangentially connected to Barrack Obama.

VI.    I have never worked with, in any capacity, with Manual Chavez, III.

VII.   I have no connection, remotely or tangentially, with the Weatherman Underground.

HEREBY SWORN UNDER PENALTIES OF PERJURY THIS __27__ DAY OF MAY, 2019.

D. GEORGE SWEIGERT

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

**EXHIBIT SEVEN**

From: Jason Goodman <truth@crowdsourcethetruth.org>

To: Spoliation Notice <spoliation-notice@mailbox.org>

Date: November 30, 2017 at 11:17 PM

Subject: You are a coward and seemingly insane

David,

You claim to be a brave military veteran, yet like a childish coward, you make dopey videos poking fun at me and send intentionally defamatory (per se libel) emails to third parties without revealing who you are. It is a sad, pathetic situation. Stop harassing me and find something more productive to do. I can see now why your own (also possibly insane) brother would betray you and have sex with your wife. Do you think about his penis entering her? Did he give her his seed? Did she orgasm with George? Perhaps he was able to satisfy her sexually in ways you were unable. What a wonderful time the two of them must have had. The intimacy they shared and the total lack of respect either of them had / have for you is truly staggering. It's one of the worst things I could imagine. You should go somewhere and roll up into a ball and cry about it. Not even your own family members can tolerate you. I spoke with another one of your brothers recently who told me how crazy you are and how that has resulted in him not speaking to you for years. You really should be confined to a mental institution for your own safety and that of others. How you ever convinced a woman to marry you remains a mystery.

Maybe you should just fuck off.

Have a nice day.

Jason

**24**

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

**EXHIBIT SEVEN CON'T**

From: "Jason Goodman (Crowdsource the Truth)" <jason@21stcentury3d.com>

To: Spoliation Notice <spoliation-notice@mailbox.org>

Date: December 10, 2017 at 8:48 AM

Subject: Re: Report of organ harvesting and child trafficking

Do you think Oliver North looks too red?



> On Dec 10, 2017, at 2:39 AM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

> To whom it may concern:

>

> This message should be forwarded to the cognizant investigative units that specialize in organ harvesting, child exploitation and human trafficking in Eastern Europe.

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

>

> Attached are Twitter tweet messages between the following Twitter account holder and a female fan:

>

>     George Webb Sweigert, "GEORGWEBB" (Born: October 12, 1960)

>

> These tweet exchanges seem to indicate that YouTube personality "George Webb" may have direct knowledge of crimes against humanity related to organ harvesting and human trafficking.

>

> As a courtesy to the Hague we have included George Webb's roommate -- Jason D. Goodman, New York City -- in the copy list of this e-mail message. This message should not be construed to implicate Mr. Goodman in these alleged crimes; but, he may be willing to share information about "George Webb" as the two were roommates for five (5) months and both co-chaired a YouTube conspiracy show known as:

>

>     Crowd Source The Truth

>

> Thank you

>

> Evidence Collection Team

>

> Caveat:

> The Maryland State Police have been copied in this message as George Webb is presently residing in a hotel in Camp Springs, Maryland with a girl friend known as "task force" as depicted in Webb's YouTube videos.<russian-spy.jpg>

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

## EXHIBIT SEVEN CON'T

From: Jason Goodman <jason@21stcentury3d.com>

To: Spoliation Notice <spoliation-notice@mailbox.org>

Cc: legal@support.youtube.com, TMTMEP@uspto.gov, TMCONSISTENCY@uspto.gov, TMDesignCodeComments@uspto.gov, FeesHelp@uspto.gov, TMdatabasecorrect@uspto.gov, TrademarkAssistanceCenter@uspto.gov, ETAS@uspto.gov, TMIDSUGGEST@uspto.gov, TMPostPubQuery@uspto.gov, usptoinfo@uspto.gov, TMFeedback@uspto.gov

Date: May 15, 2018 at 8:24 PM

Subject: Re: TRADEMARK OPPOSITION -- 87752970

Dave,


If you refuse to seek the mental health treatment you require, I will at least insist that you retain a legitimate lawyer who will send legitimate letters with a name, phone number and contact information. I would be happy to meet you in court and show my evidence that your year long, ongoing harassment campaign is the root of all your claims. Every recipient of this message knows full well that no legitimate legal entity sends anonymous emails. I have very strong evidence indicating that you, your brother George Webb Sweigert, Robert David Steele and others have conspired for many months to steal money from me, publicly defame me with false accusations of crimes and systematically cyber harassment. This message is further evidence of this effort. You are instructed to discontinue all contact with and communications about me. Please send me your address or the address of your attorney so I may serve you with a formal cease and desist and a temporary restraining order.


Jason

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

**EXHIBIT SEVEN CON'T**

From: "Jason Goodman (Crowdsource the Truth)" <jason@21stcentury3d.com>

To: Spoliation Notice <spoliation-notice@mailbox.org>

Date: August 26, 2018 at 12:04 AM

Subject: Re: NOTICE OF INTENT TO ADD BITCHUTE AS DEFENDANT TO USDC SC LAWSUIT

Incidentally, I cannot wait to interview you in prison or a mental hospital. Which do you think you might prefer? You are about to lose Dave, you nay not see it, but it is becoming clearer every day. Your desperation is obvious and the more you press on this, the worse the outcome for you is going to be. You are a shameful coward, a disgrace to your family, the Air Force and this country and you will rue the day you challenged me.


> On Aug 25, 2018, at 4:34 PM, Spoliation Notice <spoliation-notice@mailbox.org> wrote:

>

> To whom it may concern:

>

> Attached is the legal theory that supports a cause of action against Patreon, INC for aiding and abetting the alleged wire fraud racketeering activities of Jason Goodman.

>

> Mr. Goodman has been warned, as has Patreon, INC., about the non-stop public distribution of false information with the intended purpose to defraud patrons of "CrowdSource The Truth" and the individual known as "DAVID SWEIGERT".

>

> It is suggested that all parties use prudent caution and consult with an appropriate attorney.

>

> Warm regards,

>

> Evidence Collection Team

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

**END**

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

ROBERT DAVID STEELE,

                            Plaintiff,

       -against-

JASON GOODMAN,

                         Defendant.

17-CV-00601-MHL

**LOCAL RULE 83.1(M)
CERTIFICATION**

## LOCAL RULE 83.1(M) CERTIFICATION

## WITH CERTIFICATE OF SERVICE

1.    **GHOST WRITING CERTIFICATION. I (the undersigned) declare under penalty of perjury that: NO ATTORNEY HAS PREPARED, OR ASSISTED IN THE PREPARTION OF THE <u>FRCP RULE 15(d) SUPPLEMENT.</u>**

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this _27_ day of May, 2019.



*Pro Se* D. George Sweigert

**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**
**Spoliation-notice@mailbox.org**

RECEIVED
MAY 3 0 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service

with First Class mail postage affixed and addressed to the following parties:

| | | |
|---|---|---|
| **Clerk of the Court** | **Jason Goodman** | **Susan Homes,** |
| **U.S. District Court** | **252 7th Avenue** | **aka Susan A. Lutzke** |
| **701 E. Broad St.** | **Suite 6-S** | **2608 Leisure Drive** |
| **Richmond, VA 23219** | **New York, NY 10001** | **Apt. B** |
| | | **Fort Collins, CO 80525** |

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 27

day of May, 2019.

**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**

2