D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211
Spoliation-notice@mailbox.org

May 30th, 2019

To:

Clerk of the Court
U.S. District Court
701 E. Broad St., 3000
Richmond, VA 23219



Jason Goodman
252 7th Avenue, Suite 6-S
New York, NY 10001

SUB:	CASE NO. 3:17-cv-00601-MHL (Steele v. Goodman)

REF: (a)	ECF Doc. No. 118 [05/29/19]

Dear Sir:

1.	I have read the ref: (a) document that you have submitted to the Court.

2.	Again, you consistently restate a falsehood that I am involved in a conspiracy with the Plaintiff and/or co-Defendant Susan Holmes, aka Queen Tut. You are in error and incorrect. No such conspiracy, cooperation or association exists between me and the Plaintiff and/or Queen Tut (Susan Holmes). This is a falsehood you disseminate.

3.  Your claims as being an accredited member of the news media appear dubious. As a former member of the Radio Television News Directors Association it is my opinion that your activities do not qualify for news media protection.

4.  This belief is amplified by your former chief of "research" Quinn Michaels, aka Korey Atkin. You made well over fifty (50) videos with Quinn Michaels. Almost half of those videos were directed at myself, my father and my family.

5.  As Mr. Michaels (Korey Atkin) has stated in two video productions released on May 30th, 2019 he considers your research "opinion confirmation" and not news gathering. In fact, Mr. Michaels has stated that a series of text messages exchanged between the two of you demonstrate – what he calls – your "homo-erotic" interest in me.

6.  The most charitable characterization of your CrowdSource The Truth social media empire appears to be an "opinion confirmation" engine which is not engaged in active discovery of news, facts or truth. This according to your former director of "research", Quinn Michaels (presently in Mt. Shasta, California). You merely attempt (in his words) to confirm opinions based on falsehoods.

Respectfully,

D. George Sweigert

**Copy provided:**

**Susan Homes,**
**aka Susan A. Lutzke**
**2608 Leisure Drive**
**Apt. B**
**Fort Collins, CO 80525**

**Internet URL: https://www.youtube.com/watch?v=HxovwT7egA8**



## What is wrong with Jason Goodman of Crowdsource the Truth

quinn michaels
▶ Subscribe

380 views

👍 28  👎 12

Streamed live 2 hours ago
Thank you for your support.
Paypal: https://paypal.me/rahulaclub
Patreon: https://patreon.com/rahulaclub

38:36        A lot of folks saw the he exploited me.

| | |
|---|---|
| 38:55 | I was just in the hospital on pain meds. He was the one in the hospital wanting to live stream. |
| 39:06 | I just think its funny he treats the guy that got him like, a video like with over 200,000 views – I am amazed that he treats that guy like this. I am amazed. Amazed. |
| 39:28 | What's wrong with Jason Goodman is he interviewed a guy in a hospital on major post operation drugs. Yes, that is correct. That's one of the wrong things, he interviewed a guy in a hospital who was on post operation drugs. And he didn't consider that. |
| 40:22 | I was in a hospital on post operation drugs. I didn't know what I was feeling. Now, I feel taken advantage of. At the time I didn't. At the time I really didn't. But, now I do. |
| 40:40 | In hindsight I feel he may have manipulated the situation by doing certain things that would make him look good. You know. |
| 41:38 | And after the lung collapse man .. you can't expect someone to even understand where they're at when they collapse a lung and put on post op drugs. You can't expect them to be the coherent ones. You have to be the coherent one. You know, and if you look at the interview and that would not be the case. |
| 41:56 | Jason was coming into the hospital room talking about microwave weapons and the doctor was talking about "hey this could have been just a natural thing". But, Jason kept going to the doctor "could this have been a weapon". . . "could this had been a weapon" .. "could this had been a weapon". And before you knew it , it turned into a weapon. |
| 44:09 | Yeah, I was on the phone with Jerome Corsi and Jason Goodman at one point in time. |

**Internet: https://www.youtube.com/watch?v=qFmsPVWwjhE**



**What's wrong with Jason Goodman from Crowdsource the Truth Pt.2**

quinn michaels

Subscribe 16K

147 views

+ Add to   ↗ Share   ••• More                                    👍 8   👎 5

## What's wrong with Jason Goodman from Crowdsource the Truth Pt.2

3:13        I mean Kennedy was there when all this Jason Goodman stuff started. I wish I could unblock her because at least she could tell you what happened with that.

3:31        I was sharing the messages with her [Kennedy] when they were happening. And Goodman was sending all those messages. And I was like, Kennedy what the heck is going on with this, why is he attacking me? I was showing her the messages and she is like 'Holy Smoke'. What's wrong with that guy?

| | |
|---|---|
| 5:11 | I really just want Jason Goodman to publish those log files of the text messages that he sent me. He wants me to do it, so he can respond to it. |
| 6:19 | I like putting these videos in the stream to him .. because you know .. as you saw in the last stream he pays attention. He comes into the chat and tries to swing the narrative into his favor. |
| 11:15 | So, let's talk about this like adults. You release all those log files in a video – you know the text logs – the text chat logs – the things you sent me. All of them without modifications. |
| 12:53 | Because until you do that I can't trust you. That's the whole point Jason, until you release those log files of those text messages you said about me, we have no trust. |
| 13:24 | I will never trust you again so there is no re-establishing trust. |