IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROBERT DAVID STEELE et al | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case 3:17-cv-601-MHL |
| | ) |
| | ) |
| JASON GOODMAN et al | ) |
| | ) |
| Defendants. | ) |
| | ) |

# **DECLARATION OF ROBERT DAVID STEELE**

I, Robert David Steele, under penalty of perjury, do hereby depose and testify as follows:

1. I have personal knowledge of the facts stated below in this Declaration. I am over the age of 18 years, and am competent to testify concerning the matters herein.

2. I am one of the Plaintiffs in this action.

3. I have reviewed Plaintiffs' Motion for Sanctions Against Defendant Goodman and the Memorandum in Support of Plaintiffs' Motion to which this Declaration will be attached.

4. I affirm that the facts stated in Plaintiffs' Memorandum in Support of Motion for Sanctions Against Defendant Goodman are truthful and accurate to the best of my knowledge and belief.

**In accordance with 28 U.S.C. § 1746, I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.**

1

Executed in Oakton, Virginia, on June 5, 2019.

_____/s/ Robert David Steele_____
ROBERT DAVID STEELE