| | |
|---|---|
| **From:** | "Steven S. Biss" <stevenbiss@earthlink.net> |
| **Date:** | Wednesday, November 29, 2017 5:07 PM |
| **To:** | <Jared.Sine@match.com> |
| **Cc:** | "Robert Steele" <robert.david.steele.vivas@gmail.com>; "Jason Goodman" <truth@crowdsourcethetruth.org>; "Johan Conrod" <rjconrod@kaufcan.com>; "Terry C. Frank" <tcfrank@kaufcan.com> |
| **Attach:** | Robert - 11.28.17 - Fwd_ Litigation hold_ R_D_S_ v_ Jason Goodman, 3_17-CV-00601 MHL.eml |
| **Subject:** | Steele - Goodman et al (Case 3:17-cv-601-MHL) (E.D. Va.) |

TO: Jared Sine, General Counsel, Tinder,

Mr. Sine,

I represent Plaintiffs, Robert David Steele and Earth Intelligence Network ("Plaintiffs"), in connection with an action pending in the United States District Court for the Eastern District of Virginia, Richmond Division, styled *Robert David Steele and Earth Intelligence Network v. Jason Goodman, Patricia A. Negron and "Queen Tut"*, Case 3:17-cv-601-MHL (the "Virginia Litigation").

Yesterday, Mr. Steele received the attached email via a general business email box, contact@unrig.net..

The email appears to have been sent by someone or something called "mailto:"spoliation-notice@mailbox.org"".

Please be advised that my clients are not affiliated or associated in any way with the sender of the email or with any organization putatively called "mailbox.org". My clients had no input in the preparation of the email. My clients do not agree, adopt or endorse in any way the statements in the email. My clients did not request that any email be transmitted to Tinder for any reason. Indeed, my clients had no knowledge of the email until it was received at contact@unrig.net.

Specifically, my clients did not and do not request any "Litigation Hold" on any records for any reason. I also point out that discovery has not begun in the Virginia Litigation as there has been no Rule 26f conference.

The email is a hoax.

The email states that "According to video materials posted on YouTube by 'George Webb' and 'Jason Goodman', contact was allegedly made by these two individuals with underage teenage girls on the platform TINDER. In a separate video, the pair (Sweigert & Goodman) apparently discuss human trafficking in great detail. During the course of filming Webb brings up the TINDER accounts they both utilize and Goodman announced 'CUT, CUT, CUT'. This was taken to mean 'stop filming'. Civil litigation has been brought against Mr. Goodman and includes allegations related to the foregoing information."

Be advised that the Virginia Litigation does not include allegations related to the "foregoing information" referred to in the email.

Call or email me if you have any questions at all about the Virginia Litigation or my email. I am copying my colleagues Johan Conrod and Terry Frank at Kaufman & Canoles in Richmond,, Virginia, who represent Defendant, Patricia A. Negron. Feel free to reach out to either Johan or Terry to discuss the matter.

If you determine the identity of the sender of the fake email, please provide it to me so I can advise the District Court.

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Mobile: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: ssbiss@yahoo.com
LinkedIn: www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, I inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.