CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD STREET, SUITE 3000
RICHMOND, VIRGINIA 23219-3528

OFFICIAL BUSINESS

Hasler
04/03/2019
US POSTAGE $00.50⁰

FIRST-CLASS MAIL

ZIP 23219
011D11648210

U S MARSHALS

Susan A. Lutzke
2608 Leisure Drive, Apt. B
Ft. Collins, CO 80525

NIXIE     808  FE 1      0005/28/19
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 23219352899       *1250-04288-03-47