UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND VIRGINIA



ROBERT DAVID STEELE,

    Plaintiff,

-against-

JASON GOODMAN,

    Defendant.

17-CV-00601-MHL

INTERVENOR-APPLICANTS FRCP RULE 15(d) SUPPLEMENT TO MOTION FOR LEAVE TO SEEK INJUNCTIVE RELIEF (ECF NO. 101)

## INTERVENOR-APPLICANTS FRCP RULE 15(d) SUPPLEMENT TO MOTION FOR LEAVE TO SEEK INJUNCTIVE RELIEF (ECF NO. 101)

D. GEORGE SWEIGERT is seeking the LEAVE OF THE COURT TO SUPPLEMENT THE MOTION FOR INJUNCTIVE RELIEF (ECF Doc. No. 101 [04/29/2019]) pursuant to Fed. R. Civ. Proc. Rule 15(d) and Va. Code Ann. § 18.2-500. This is the SECOND such SUPPLEMENT and augments a previous SUPPLEMENT (ECF Doc. 119 [5/30/2019]).

Pursuant to Local Rule 83.1(M) I swear that no attorney assisted in the preparation of the attached materials. Dated this ___ day of June, 2019.

Respectfully submitted,

*Pro Se Party* D. George Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211
Spoliation-notice@mailbox.org

*This page intentionally left blank*

## PROCEDURAL HISTORY

1. This supplemental document is filed pursuant to Rule 15(d) of the Fed. R. Civ. Proc. It supplements the Motion for Injunctive Relief filed on 4/29/2019 (ECF Doc. No. 101).

2. ECF Doc. no 119, INTERVENOR-APPLICANTS FRCP RULE 15(d) SUPLEMENT, was filed 5/31/2019.

3. Significant social media revelations by the Defendant (Def) Goodman's former side-kicks (Quinn Michaels and "KENNEDY" [aka Maureen Shay Mensing]) provide an amazing inner look into the operations of the Crowdsource The Truth defamation and smear machine.

## INTRODUCTION

4. Astounding developments have occurred during the intervening time since the filing of the underlying motion on April 29th, 2019 (ECF Doc. No, 101) and the first SUPPLEMENT (ECF. Doc . 119). Two ex-Crowdsoure the Truth (CSTT) whistle-blowers have published video content indicating Defendant (Def) Jason Goodman is obsessed with attack videos to create fights with others. These events have a direct bearing on matters concerning the Def Goodman and his sidekick David Charles Hawkins and their slander, defamation enterprise. Mr, Hawkins is just the latest cookie-cutter slander side-kick, just like Quinn Michaels (Korey Atkin ) and Queen Tut (Susan Holmes).

5. The identification of this pattern and practice has been evolving and now evidence paints is very clear picture of Def Goodman and his use of the latest stooge, straight-man Mr. Hawkins. David Charles Hawkins is simply the latest "*researcher*" side-kick who stands in an and acts the part of a conspiracy theorist straight man to Def Goodman's pre-arranged social media attack commentary.

6. Def Goodman used Queen Tut (Susan Holmes) to attack the Plaintiff [Robert David Steele], Goodman has used Quinn Michaels and is now using David Charles Hawkins (South

3
*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

Surrey, British Columbia, Canada) to attack the undersigned. Goodman's techniques have become very predictable in pattern and practice and demonstrates the need to have the unprotected speech of David Charles Hawkins curtailed by this Court.

7. Both Quinn Michaels and a second *"researcher"* "KENNEDY" (Maureen Shay Mensing,[aka Maureen S. Utley] Madison, Wisconsin) have revealed in videos published last week that they broke-off their *"research"* relationship with Def Goodman after they both complained about Goodman's constant social media attacks against the undersigned. In fact, both have stated in recent video content that while on camera Def Goodman steered even remote research topics to implicate the undersigned in crimes and serious ethical breaches. "KENNEDY" has labeled this steering as "stretches of logic". "KENNEDY" and has indicated Def Goodman was obsessed with increasing social media attacks against the undersigned, whether the Def's insinuations were evidence-based or not.

### STATEMENT OF FACTS

8. [EXHIBIT ONE] indicates that Quinn Michaels posted a screen shot of "Crowdsource The Truth" that was placed on his Patreon.Com showcasing "KENNEDY" as a new CSTT "researcher". Also, in [EXHIBIT ONE] is a photograph of social media comments exchanged between KENNEDY, Quinn Michaels, and Def Goodman. "KENNEDY" states in these exchanges with Goodman, "[i]n my opinion, you endangered Quinn and his son by choosing to focus on the adversarial games with other YouTubers." It has now been stated in video content released in the last few days that the undersigned was the object of these "adversarial games".

[EXHIBIT ONE]

9. "KENNEDY" (Mensing) openly promoted Quinn Michaels from her residence in Wisconsin and was also a possible financial donor. (See Twitter account [EXHIBIT ONE]).

Examples of content produced by Quinn and endorsed from her Twitter account is contained in **[EXHIBIT TWO]**.

10. To understand the back-story, recall Quinn Michael states in commentary of 10/18/2018 on a social media video, "At first I didn't notice, but later when he started getting forceful about attacking Dave and George [Sweigert] in every broadcast I got the point. Then in the background he [Goodman] was trying to groom me into recruitment to be in some team of united front against those guys." **[EXHIBIT THREE]**. A representative sample of the Quinn Michaels and Jason Goodman videos is also included in **[EXHIBIT THREE]**.

11. "KENNEDY" (Mensing) states in the video production entitled, "*My Response to What's Wrong with Jason Goodman of Crowdsource the Truth,*" published May 30, 2019 (Internet URL: INTERNET URL: https://www.youtube.com/watch?v=Woyd4oHCTSg&t=169s ).

> 02:19 What's wrong with Jason Goodman. Is that he. When Quinn Michaels asked him to stop infighting and trashing other YouTubers -- Dave Acton in particular – and focus on the research and the story he brought to the table, Jason said he would not do that and ended a Patreon stream.
>
> 04:44 What's wrong with Jason Goodman is that he became fixated on fighting with other YouTubers and using Quinn Michaels research and material to back it up to the point of stretching the logic. And, steering conversations continuously and most notably to talk about Dave Acton. **[EXHIBIT FOUR]**

12. Quinn Michaels (Korey Atkin) amplifies KENNEDY's observations in his own rebuttal video entitles, "*What's wrong with Jason Goodman from Crowdsource the Truth Kennedy review,*" May 30, 2019 (Internet URL: Internet URL: https://www.youtube.com/watch?v=IF7aUS6A5-I ).

13:30    But, it went real bad real quick in the background. I mean it went real bad real fast after that livestream when I didn't want to fight with Dave Acton and all the other YouTubers.

NOTE: Def Goodman was an active participant in the video live stream chat.

**[EXHIBIT FIVE]**

13. Now that these two whistle-blowers (Quinn and Kennedy) have set the record straight, it is easier to understanding the tactics of the on-going smear campaign created by David Charles Hawkins and Def Goodman. Mr. Hawkins is desperately dependent on the publicity given to him by Goodman creating a dependency relationship. Goodman then steers the conversation into recurring attacks against the undersigned.

14. The pair simply will not stop disseminating video content that violates the laws of the Commonwealth of Virginia and the liberty interests of the undersigned. For example, in the video, entitled, "*Did SERCO Use a Virtual Reality Death Pool Sports Book to Spot Fix Paddock's Las Vegas Shooting?*", 5/31/2019, the pair state:

    15:20 HAWKINS:   What happens if you lease dark fiber to organized crime groups in Chicago and London and Shanghai and wherever in the world. And they have an opportunity, when one occurs, for someone – and I am not saying Mr. Sweigert did it, but remember Sweigert's skills and professional background include describing himself as an ethical hacker. Right.

    15:27   For someone, and I am not saying that Mr. Sweigert did it, but remember, Sweigert's skills or professional background include describing himself as an ethical hacker. Right.

D.S.
6-4-19

15:41 HAWKINS: And checking for vulnerabilities in people's networks and presumably if he is truly ethical advising the ethical client 'look you got a back door here, you had better close it'. Now there's no guarantee, and I am not an expert at this, if Sweigert is as smart as he seems to think he is. What happens if he is not a very good ethical hacker.

22:55 HAWKINS. So, Mr. Sweigert, swatting around as an ethical hacker he would be an expert at arranging for the revocation of certificates of the Blue Team defenders of American interests, or the public, in Washington or New York. So, now, to what extent does that make him culpable – uh, I am not interested in crime, at this stage – in guilt or innocence. What I am interested in – and I believe is the remedy to bring this show to a grinding halt – is in bring an action for wrongful death as a result of the negligent, reckless, willful, or fraudulent use of patented devices by people who may be over-whelmed. If they are negligent, then so be it, we are not accusing them of a crime.

Caveat: Mr. Hawkins often uses the catch "negligent, reckless, willful and fraudulent" (**NRWF**).

37:44 HAWKINS. If you zoom in on your collage, you very carefully, we discussed that, position the foot of Mr. Sweigert, with his wizard hat, right? And the foot of Mr. Sweigert is placed on various components of the federal bridge certification authority including and in particular the State of Illinois – a little difficult to see. The Department of Justice and Veterans' Affairs.

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

38:22 HAWKINS: A lot of the military however would have come out perhaps damaged with P.T.S.D., or scarred, or they can't find a job. But, they have been taught in the military how to kill.

38:33 GOODMAN: Don't we know somebody with P.T.S.D.?

## LAW AND ARGUMENT

15. The defamation, slander and harassment campaign executed by the defendant Goodman and David Charles Hawkins (commencing 1/1/2019) is merely an extension of the activities initiated by Quinn Michaels a year ago in Mount Shasta (#StopTheSacrifice).. Both of these CSTT side-kicks (David Charles Hawkins and Quinn Michaels) are working, or have worked, in close cooperation with the defendant Goodman to disseminate psychologically painful narratives and memes to place individuals in fear for their life, or great bodily injury.

16. Similar to the reports of the social media gang-stalking suicide of Isaac Kappy, the Def Goodman appears to be involved in similar activities to cause significant psychological injury to the undersigned for the long-term purposes of causing his suicide.

<u>MULTI-YEAR SMEAR CAMPAIGN SHOWS OBSESSION</u>

17. The intensity, frequency and duration of Def Goodman's attacks is truly staggering and indicates an obsession directed at the undersigned.

18. Practitioners of this type of gang-stalking apparently include the Def Goodman, Quinn Michaels, and David Charles Hawkins. All these individuals specialize in using fake bona fides as so-called experts to present junk science and evidence of their allegations against innocent people. This has been an on-going and open-ended smear campaign for over a year.

## CONCLUSION

19. For the (1) reasons described above and (2) relying upon the wisdom of this Court to use its inherent powers to administer justice in an efficient manner; the undersigned PRAYS that the relief requested in the original MOTION FOR INJUNCTIVE RELIEF (ECF Doc. No. 101) will be granted.

Respectfully submitted on this __4__ day of June, 2019.

*D. Swt*

*Pro Se Party D. George Sweigert, c/o*
*P.O. Box 152*
*Mesa, AZ 85211*
*Spoliation-notice@mailbox.org*

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*