# EXHIBITS

## TO ACCOMPANY
## FRCP RULE 15(d) SUPPLEMENT

I certify that all of the following exhibits are truthful reproductions and not submitted for any other purpose than for adjudication of the claims contained within. This certification is provided under the penalties of perjury on the __4__ day of June 2019.

Respectfully submitted,

*D.S.*

*Pro Se Party D. George Sweigert, c/o*
*P.O. Box 152*
*Mesa, AZ 85211*
*Spoliation-notice@mailbox.org*