# EXHIBIT ONE



Internet URL: https://twitter.com/maureenmensing?lang=en



11

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

## EXHIBIT ONE – CON'T

## Comments from 11/12/2018 video posted by KENNEDY



Internet URL: https://www.linkedin.com/in/maureen-mensing-19a395b8/



**Maureen Mensing** · 3rd

Advanced Learning Specialist at Madison Metropolitan School District

Madison, Wisconsin Area · 95 connections · See contact info

Madison Metropolitan Scho...

University of North Carolina...

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*