## EXHIBIT TWO

## Screen-shots of 11/05/2018.

## Quinn Michaels created social mems: #Weinergate and #sausagegate



