# EXHIBIT THREE

...

**quinn michaels** 2 hours ago

My perspective anyway... besides that do you know how many times he talked about his sexual habits with a person practicing to be a celibate monk, and the jokes.  It became a violation of monk rules just to stay be around this guy.  Seriously.

👍 1  👎  REPLY

**Holley Ohar** 2 hours ago

@quinn michaels I am really sorry to hear this. It's unfortunate. I wish the best for you both.

👍 1  👎  REPLY

**quinn michaels** 2 hours ago

Then his utterly rude and demeaning behavior was just too much... this guy is always trying to put me in my place.  At first I didn't notice, but later on when he started getting forceful about attacking Dave and George in every broadcast I got the point.  Then in the background he was trying to groom me into recruitment to be in some team of united front against those guys.  Which again I was there to talk about research.  We can keep going... watch when Jason replies he'll talk about himself or get overly aggressive and attack me for something.
Show less

👍 3  👎  REPLY

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

## EXHIBIT THREE CON'T

### Internet URL:  https://www.bitchute.com/video/3qKnp8YesRTn/



First published at 11:31 UTC on August 21st, 2018.

#LARPWARS    #WEBB    #GOONMAN

### First published at 11:31 UTC on August 21st, 2018.

14:49          GOODMAN.  But the point I am getting at.is ..for you .. ,they knew, they were following you around, we saw these vans, we have evidence that Dave Acton [undersigned] was aware of your location.


15:11          GOODMAN.  I know the evidence is real. [location data known by undersigned[].

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

1:23:10    QUINN.  We will talk more about Mr. Leaky on my channel this week, and some next week.  Once I dig more into this German communications center that they are revealing the secret location of.

1:23:20    GOODMAN.  Perhaps **Herr Sweigert** knows more about that.

1:23:24    QUINN.  That's the other thing with the last name of **Sweigert.**  These people come from.  There family comes from that area from that time.

1:23:29    GOODMAN.  Ya.  Exactly.

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*