# EXHIBIT FOUR

# KENNEDY STATEMENT

**INTERNET URL:  https://www.youtube.com/watch?v=Woyd4oHCTSg&t=169s**



Published on May 30, 2019
My response to Jason Goodman of Crowdsource the Truth using me as leverage against Quinn Michaels in a live chat.

| | |
|---|---|
| 02:19 | What's wrong with Jason Goodman. Is that he. When Quinn Michaels asked him to stop infighting and trashing other YouTubers -- Dave Acton in particular – and focus on the research and the story he brought to the table, Jason said he would not do that and ended a Patreon stream. |
| 04:44 | What's wrong with Jason Goodman is that he became fixated on fighting with other YouTubers and using Quinn Michaels research and material to back it up to the point of stretching the logic. And, steering conversations continuously and most notably to talk about Dave Acton. |
| 07:26 | What's wrong with Jason Goodman, is also there is evidence that suggesting he is using BOTS or multiple accounts to swarm during Live chat. |

## EXHIBIT FOUR CON'T

## DISPLAY OF MESSAGES FROM JASON GOODMAN



My Response to What's Wrong with Jason Goodman of Crowdsource the Truth

Kennedy

Subscribe 1.4K

177 views