**EXHIBIT FIVE**

**QUINN STATEMENT**

**Internet URL: https://www.youtube.com/watch?v=IF7aUS6A5-I**



What's wrong with Jason Goodman from Crowdsource the Truth Kennedy review



quinn michaels

297 views

Streamed live 54 minutes ago
Thank you for your support.
Paypal: https://paypal.me/rahulaclub
Patreon: https://patreon.com/rahulaclub

13:30   But, it went real bad real quick in the background. I mean it went real bad real fast after that livestream when I didn't want to fight with Dave Acton and all the other YouTubers.



 Pam Alderete  Beautiful 

 Crowdsource the Truth 2  what kind of fair minded person blocks me and continues to make videos slandering me

 Sallie Ryder  Money is dirty. Flowers are beautiful and smell delightful

 RICK ROLLED{FaCTz}  thanks for giving us this nice view man

 Crowdsource the Truth 2  Kennedy lied in her video, I"ve never used bots and wouldn't even know how to

 XUG XUG 

 James Smith  Tinder mans back

 Crowdsource the Truth 2  I also didn't end the Patreon stream abruptly, almost everything she said was a lie

 XUG XUG  Little Red D🔽s What Up Q

 Marcus Conte  Homo love

HIDE CHAT





Michael Cervantes yup

MR DEWITY loser

Olivia @Crowdsource the Truth 2 #ReleaseTheTexts

Crowdsource the Truth 2 you are a liar and unwilling to have an fair and open discussion about it

Michael Cervantes Tindr is safe for the moment

Crowdsource the Truth 2 tell her to present the evidence she claims to have that I used bots, there is none

Crowdsource the Truth 2 that's all bye

James Smith The Trash man is in the house.

jere lee Bot a lot?





watching say

XUG XUG Two Trolls

Marcus Conte Jason bottom.

Sallie Ryder This is just sooo sad.

Crowdsource the Truth 2 you are resisting having a conversation about this

Kevinhero66 H Projection

Crowdsource the Truth 2 of course you are

Crowdsource the Truth 2 I do not agree to that

XUG XUG Magic is Good

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*