## EXHIBIT SIX

## HAWKINS AND GOODMAN COMMENTS

### Internet URL:  https://www.youtube.com/watch?v=3S2JF80H5k4



Did SERCO Use A Virtual Reality Death Pool Sports Book To Spot Fix Paddock's Las Vegas Shooting?

Jason Goodman
✓ Subscribed  🔔 81K

168 watching now

Started streaming 25 minutes ago
David joins me once again, this time to suggest that British outsourcer SERCO and its chairman Roy Gardner could have offered a Virtual Reality Death Pool Sports Book service to intellectual and financial elite, and delivered the service over patented 'dirty-fiber' devices enabling clandestine betting on times of death and body counts at mass casualty events. Today's show will explore the October 1, 2017 shootings in Las Vegas, attributed by media play injects to the 64 year old late and former IRS agent Stephen Paddock who allegedly killed 58 people, fired 1100+rounds, had twenty-four firearms including .223-caliber AR-15-type semi-automatic rifles fitted with vertical forward grips and bump fire stocks.

Visit David's Website – https://reversecsiscripts.com/

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*

15:20          HAWKINS:   What happens if you lease dark fiber to organized crime groups in
               Chicago and London and Shanghai and wherever in the world.  And they have an
               opportunity, when one occurs, for someone – and I am not saying Mr. Sweigert
               did it, but remember Sweigert's skills and professional background include
               describing himself as an ethical hacker.  Right.


               [Below photo then displayed]



15:41          HAWKINS:  And checking for vulnerabilities in people's networks and
               presumably if he is truly ethical advising the ethical client 'look you got a back
               door here, you had better close it'.  Now there's no guarantee, and I am not an
               expert at this, if Sweigert is as smart as he seems to think he is.  What happens if
               he is not a very good ethical hacker.

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*



## Did SERCO Use A Virtual Reality Death Pool Sports Book To Spot Fix Paddock's Las Vegas Shooting?

Jason Goodman

✓ Subscribed   🔔 81K

➕ Add to      ➤ Share      🏴 Report      ••• More

243 watching now

👍 60   👎 10

*Intervenor-applicant's FRCP 15(d) Supplement to ECF Doc. No. 101*