## EXHIBIT SEVEN

## DECLARATION OF D. GEORGE SWEIGERT

**I, D. GEORGE SWEIGERT, SWEAR UNDER PENALITIES OF PERJURY THAT:**

I. Quinn Tut, aka Susan Holmes, sent me several Twitter communications concerning the organizational gang-stalking operation known as #StopTheSacrifice.

II. I have never "run" or "taught" ethical hacking skills to students or apprentices.

III. I did not become involved in the ethical hacking career field until a decade AFTER the events of September 11, 2001 at the World Trade Center, New York. (911 WTC).

IV. I had no access as an ethical hacker, or otherwise, to any government, military or civilian computer or network systems that may have been remotely involved in the myths of 911 WTC, as articulated in "switching from simulation to live fire".

V. I have no associate in any groups remotely or tangentially connected to Barrack Obama.

VI. I have never worked with, in any capacity, with Manual Chavez, III.

VII. I have no connection, remotely or tangentially, with the Weatherman Underground.

HEREBY SWORN UNDER PENALTIES OF PERJURY THIS 4 DAY OF JUNE, 2019.

D. GEORGE SWEIGERT