UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE,

                Plaintiff,

-against-

JASON GOODMAN,

                Defendant.

17-CV-00601-MHL

LOCAL RULE 83.1(M)
CERTIFICATION



## LOCAL RULE 83.1(M) CERTIFICATION

## WITH CERTIFICATE OF SERVICE

1.     **GHOST WRITING CERTIFICATION.** I (the undersigned) declare under penalty of perjury that: **NO ATTORNEY HAS PREPARED, OR ASSISTED IN THE PREPARTION OF THE <u>FRCP RULE 15(d) SUPPLEMENT.</u>**

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 4 day of June, 2019.

*Pro Se* D. George Sweigert

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211
Spoliation-notice@mailbox.org

1

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

| | | |
|---|---|---|
| **Clerk of the Court**<br>**U.S. District Court**<br>**701 E. Broad St.**<br>**Richmond, VA 23219** | **Jason Goodman**<br>**252 7th Avenue**<br>**Suite 6-S**<br>**New York, NY 10001** | **Susan Homes,**<br>**aka Susan A. Lutzke**<br>**2608 Leisure Drive**<br>**Apt. B**<br>**Fort Collins, CO 80525** |

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 4

day of June, 2019.

_____ ᴅ.Sᴛ _____/

**D. GEORGE SWEIGERT, C/O**
**P.O. BOX 152**
**MESA, AZ 85211**