**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL**
**POSTAGE REQUIRED**

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211
Spoliation-notice@mailbox.org



U.S. POSTAGE
$9.30
PM 2-DAY
95621 0006
Date of sale
06/04/19 SSK
06 2S
11488361

IORITY MAIL 2-DAY®

DELIVERY DAY: 06/06/19

6.40 oz
0006

C001

E BROAD ST
3000
HMOND VA 23219-1872

USPS TRACKING NUMBER



9505 5067 0811 9155 1044 11

TO:
Room 3000

Clerk of the Court
U.S. District Court
701 E. Broad St.
Richmond, VA 23219

JSPS.COM®
PLIES ONLINE


**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a