IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION



| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | DEFENDANT'S INITIAL DISCLOSURE STATEMENT |
| JASON GOODMAN, et al., | |
| Defendant | |

**RULE 26(A)1 INITIAL DISCLOSURE STATEMENT**

Comes now, Defendant Jason Goodman, Pro Se, pursuant to Federal Rule of Civil Procedure 26(a)(1) to submit his disclosures as follows. Defendant reserves the right to supplement his disclosure statement as continuing investigation and discovery may alter this disclosure and/or identify other potential witnesses, documents, and information.

RULE 26(A)1 INITIAL DISCLOSURE STATEMENT - 1

1. Individuals likely to have discoverable material

    a. Robert David Steele (knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers) c/o Steven S. Biss (VSB No. 32972) E-mail: stevenbiss@earthlink.net 300 West Main Street, Suite 102 Charlottesville, Virginia 22903 Phone: (804) 501-8272 Fax: (202) 318-4098 Counsel for Plaintiffs

    b. Representative of Earth Intelligence Network (knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers) c/o Steven S. Biss (VSB No. 32972) E-mail: stevenbiss@earthlink.net 300 West Main Street, Suite 102 Charlottesville, Virginia 22903 Phone: (804) 501-8272 Fax: (202) 318-4098 Counsel for Plaintiffs

    c. Devin Nunes (associate of plaintiff knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers) 264 Clovis Avenue Suite 206 Clovis, CA 93612 Main: (559) 323-5235 Fax: (559) 323-5528

    d. Jason Goodman (knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the

RULE 26(A)1 INITIAL DISCLOSURE STATEMENT - 2

Defendants' Answers) 252 7th Avenue Apt 6s New York NY 10001 Pro Se Defendant

e. Patricia A. Negron (knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers) c/o R. Johan Conrod, Jr. (VSB No. 46765) E-mail: rjconrod@kaufcan.com KAUFMAN & CANOLES, P.C. 150 West Main Street, Suite 2100 Norfolk, VA 23510 Phone: (757) 624-3000 Fax: (888) 360-9092 Terry C. Frank, Esq. (VSB No. 74890) E-mail: tcfrank@kaufcan.com Benjamin A. Wills, Esq. (VSB No. 88109) E-mail: bawills@kaufcan.com KAUFMAN & CANOLES, P.C. 1021 E. Cary Street, Suite 1400 Richmond, Virginia 23219 Phone: (804) 771-5700 Fax: (888) 360-9092 Counsel for Defendant Patricia A. Negron

f. Susan A. Lutzke a/k/a Queen Tut1 (knowledge regarding theallegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers) 1221 University Ave., Unit D202 Fort Collins, CO 80521 Pro se Defendant

g. D. George Sweigert (potential knowledge regarding the online activities of the parties related to the allegations set forth in the Amended Complaint and the Defendants' Answers) c/o P.O. Box 152 Mesa, AZ 85211 Prospective Pro se Intervenor

RULE 26(A)1 INITIAL DISCLOSURE STATEMENT - 3

h. George Webb Sweigert (brother of D. George Sweigert with potential knowledge regarding the online activities of the parties related to the allegations set forth in the Amended Complaint and the Defendants' Answers) Country Inn and Suites by Raddison 8850 Hampton Mall Dr N, Capitol Heights, MD 20743 (503) 919-0748

i. Dr. Cynthia Ann McKinney (knowledge of the allegations set forth in the Amended Complaint and the Defendants' Answers specifically with respect to the Plaintiffs' #UNRIG campaign, its operation, and donations thereto) Address and number unknown.

j. Manuel Chavez III (Former Associate of Plaintiff and recent associate of D. George Sweigert with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers). Address unknown (480) 332-9117

k. Tyroan Simpson (Former Associate of Plaintiff and recent associate of D. George Sweigert with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers). Address and phone number unknown

RULE 26(A)1 INITIAL DISCLOSURE STATEMENT - 4

l. Nathan Stolpman (Former Associate of Plaintiff and recent associate of D. George Sweigert with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers). Address and phone number unknown

m. Jacquelyn Weaver (associate of D. George Sweigert with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers). 102 Fern Purvis, MS 39475 jacquelyn113@hotmail.com

n. Steve Outtrim (associate of D. George Sweigert and co-Defendant Lutzke with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers). 90 Franklin Road Freemans Bay Auckland 1011 New Zealand

o. Kevin Marsden (associate of D. George Sweigert with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers).

p. Jake Morphonios (associate of D. George Sweigert and co-Defendant Lutzke with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers). morphonios@yahoo.com

    q. Dean Fougere (associate of D. George Sweigert with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers) 154 Lake Drive Plymouth MA 02360 (508) 329-2046

    r. Quinn Michaels (AKA Corey Aiken)(former associate of Defendant Goodman with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers) address unknow phone number (503) 395-xxxx

2. Documents

The Defendant intends to use the following documents in support of his case

    a. All documents identified and referred to in the parties' pleadings, including documents that are linked via internet URLs

    b. All documents produced in discovery by the parties;

    c. E-mails exchanged between Defendant Goodman and Plaintiff

    d. E-mails exchanged between Defendant Goodman and Co-Defendant Negron.

    e. E-mails exchanged between Defendant Goodman and Co-Defendant Lutzke

    f. E-mails and telephone calls between Defendant Goodman and Counsel for Plaintiff

    g. E-mails and telephone calls between Defendant Goodman and William F. Kernan

    h. All documents produced by third-parties in response to Rule 45 Subpoenas.

3. Damages

Defendant Goodman is not claiming any damages at this time but reserves his right to amend that in the future.

4. Insurance

There is no applicable insurance.

Defendant reserves the right to amend and supplement these Rule 26(a)(1) Disclosures in accordance with the Rule 26 FRCP.

DATED: June 14, 2019

Respectfully submitted,

_____
Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

RULE 26(A)1 INITIAL DISCLOSURE STATEMENT - 7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | DEFENDANT'S SWORN STATEMENT |
| JASON GOODMAN, et al., | |
| Defendant | |

**DEFENDANT'S SWORN STATEMENT**

I hereby attest that the pleadings herein are accurate and true under penalties of perjury.

Signed this __14__ day of June 2019

*/s/ Jason Goodman*

Defendant, Pro Se Jason Goodman

DEFENDANT'S SWORN STATEMENT - 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

ROBERT DAVID STEELE, et al.,
_____
Plaintiff(s),

v.

Civil Action Number: 3:17-cv-00601-MHL

JASON GOODMAN, et al.,
_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** DEFENDANT'S INITIAL DISCLOSURE STATEMENT

JASON GOODMAN
_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: June 14, 2019 _____ (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

**Circuit Court for** Eastern Division Virginia  
<u>City or County</u>

**Case No.** 3:17-cv-601-MHL

Robert David Steele and Earth Intelligence Networ  
**Name**  
11005 LANGTON ARMS CT  
<u>Street Address</u> Apt.#  
OAKTON, VA 22124 (571) 320-8573  
City State ZipCode Area Telephone  
   Code  
*Plaintiff*

VS.

Jason Goodman  
**Name**  
252 7th avenue 6s  
<u>Street Address</u> Apt.#  
New York NY 10001 (323) 744-7594  
City State ZipCode Area Telephone  
   Code  
*Defendant*

# CERTIFICATE OF SERVICE
## (DOMREL58)

I HEREBY CERTIFY that on this 14 day of June , 2019 , a copy of the document(s) entitled DEFENDANT'S INITIAL DISCLOSURE STATEMENT

**Title of Document(s)**  
was/were mailed, postage prepaid to:

Terry Frank Kaufman & Canoles  
**Opposing Party or His/Her Attorney**  
1021 E. Cary Street, 14th Floor  
**Address**  
Richmond VA 23219  
City State Zip

June 14, 2019  
**Date**      **Signature**

Page 1 of 1

DR58- Revised 13 February 2001

**Circuit Court for** Eastern Divistion Virginia     **Case No.** 3:17-cv-601-MHL
                          *City or County*

Robert David Steele and Earth Intelligence Networ        Jason Goodman
**Name**                                                  **Name**
11005 LANGTON ARMS CT                         **VS.**   252 7th avenue                          6s
*Street Address*              *Apt.#*                   *Street Address*                       *Apt.#*
OAKTON,      VA    22124   ( 571 ) 320-8573             New York     NY    10001    ( 323 ) 744-7594
City         State  Zip Code  Area  Telephone           City         State  Zip Code  Area  Telephone
                              Code                                                    Code
              *Plaintiff*                                              *Defendant*

# CERTIFICATE OF SERVICE
### (DOMREL58)

I HEREBY CERTIFY that on this 14 ____ day of June _____, 2019 , a copy of the document(s) entitled DEFENDANT'S INITIAL DISCLOSURE STATEMENT

**Title of Document(s)**
was/were mailed, postage prepaid to:

D. George Sweigert
**Opposing Party or His/Her Attorney**

PO Box 152
**Address**

Mesa                     AZ              85211
~~City~~                 ~~State~~        ~~Zip~~

June 14, 2019            [signature]
Date                     Signature

Page 1 of 1

DR58- Revised 13 February 2001

**Circuit Court for** Eastern Divistion Virginia     **Case No.** 3:17-cv-601-MHL
                    City or County

Robert David Steele and Earth Intelligence Networ     Jason Goodman
**Name**            **VS.**     **Name**
11005 LANGTON ARMS CT     252 7th avenue     6s
Street Address           Apt.#     Street Address           Apt.#
OAKTON,    VA    22124    (571) 320-8573     New York    NY    10001    (323) 744-7594
City     State     Zip Code     Area    Telephone     City     State     Zip Code     Area    Telephone
                         Code                                           Code
*Plaintiff*                                                      *Defendant*

## CERTIFICATE OF SERVICE
### (DOMREL58)

I HEREBY CERTIFY that on this 14 day of June , 2019 , a copy of the document(s) entitled DEFENDANT'S INITIAL DISCLOSURE STATEMENT
                                                  **Title of Document(s)**
was/were mailed, postage prepaid to:

Susan Lutzke Holmes
**Opposing Party or His/Her Attorney**
2608 Leisure Dr Unit B
**Address**
Fort Collins          CO          80525
City                      State               Zip

June 14, 2019       *(signature)*
Date                     Signature

**Circuit Court for** Eastern Division Virginia     **Case No.** 3:17-cv-601-MHL
<br>City or County

| Plaintiff | | | | | VS. | Defendant | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Robert David Steele and Earth Intelligence Networ | | | | | | Jason Goodman | | | | |
| Name | | | | | | Name | | | | |
| 11005 LANGTON ARMS CT | | | | | | 252 7th avenue | | | | 6s |
| Street Address | | | Apt.# | | | Street Address | | | | Apt.# |
| OAKTON, | VA | 22124 | (571) | 320-8573 | | New York | NY | 10001 | (323) | 744-7594 |
| City | State | Zip Code | Area Code | Telephone | | City | State | Zip Code | Area Code | Telephone |

## CERTIFICATE OF SERVICE
### (DOMREL58)

I HEREBY CERTIFY that on this 14 day of June, 2019, a copy of the document(s) entitled DEFENDANT'S INITIAL DISCLOSURE STATEMENT
<br>Title of Document(s)
<br>was/were mailed, postage prepaid to:

Steven S Biss
<br>Opposing Party or His/Her Attorney

300 West Main Street Suite 102
<br>Address

Charlottesville     VA     22903
<br>City     State     Zip

June 14, 2019
<br>Date     Signature