IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ROBERT DAVID STEELE et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case 3:17-cv-601-MHL |
| | ) | |
| | ) | |
| JASON GOODMAN et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# **PLAINTIFFS' MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Plaintiffs, Robert David Steele and Earth Intelligence Network ("Plaintiffs"), by counsel, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Civil Rule 7, respectfully move the Court to enter a Protective Order.

A proposed Protective Order is attached hereto as *Exhibit "A"*.

The arguments and legal bases for this motion are stated more fully in Plaintiffs' Memorandum in Support, being filed contemporaneously with this motion.

## **CERTIFICATION**

Counsel for Plaintiffs and Defendant Negron have conferred. Counsel for Defendant Negron has reviewed and approved the Protective Order attached to this motion, and does not oppose this motion.

Counsel for Plaintiffs attempted to confer with Goodman in an effort to obtain Goodman's consent to the entry of an appropriate Protective Order. Goodman failed to respond to Plaintiffs' attempt to confer.

1

## **REQUEST FOR RELIEF**

For the reasons stated above, Plaintiffs respectfully request the Court to grant their motion, and enter a Protective Order in this case.

DATED: June 24, 2019

                ROBERT DAVID STEELE
                EARTH INTELLIGENCE NETWORK

By: */s/Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone: (804) 501-8272
      Facsimile: (202) 318-4098
      Email: **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2019 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for Defendant, Patricia A. Negron, and all interested parties receiving notices via CM/ECF. I also certify that a copy of this pleading was emailed in PDF to Defendants, Goodman and Lutzke.

By: */s/Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*