IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROBERT DAVID STEELE et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case 3:17-cv-601-MHL |
| ) | |
| ) | |
| JASON GOODMAN et al ) | |
| ) | |
| Defendants. ) | |
| ) | |

# **PLAINTIFFS' MEMORANDUM IN SUPPORT**
# **OF MOTION FOR A PROTECTIVE ORDER**

Plaintiffs, Robert David Steele and Earth Intelligence Network ("Plaintiffs"), by counsel, pursuant to Local Civil Rule 7(F), respectfully submit this Memorandum in Support of their motion for a protective order.

1. Discovery in this matter will necessarily involve the identification and disclosure of confidential and proprietary information, including the names of Plaintiffs' donors, supporters and witnesses.

2. In order to preserve the confidentiality of certain documents and information, ensure the privacy of witnesses, and facilitate discovery, the Court should enter a Protective Order.

3. Without a Protective Order, Defendant Goodman is at liberty to harass Plaintiffs' witnesses, to publish (dox) the names, email addresses and telephone numbers of those persons in his videos, subjecting those witnesses to potential harm, and to disclose otherwise confidential financial information on the Internet and via social media.

4. Good cause exists for the entry of a Protective Order.

## **CONCLUSION**

For the reasons stated above, Plaintiffs respectfully request the Court to grant their motion for a protective order.

DATED: June 24, 2019

                        ROBERT DAVID STEELE
                        EARTH INTELLIGENCE NETWORK

                        By: */s/Steven S. Biss*
                              Steven S. Biss (VSB # 32972)
                              300 West Main Street, Suite 102
                              Charlottesville, Virginia 22903
                              Telephone: (804) 501-8272
                              Facsimile: (202) 318-4098
                              Email: **stevenbiss@earthlink.net**

                              *Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2019 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for Defendant, Patricia A. Negron, and all interested parties receiving notices via CM/ECF.  I also certify that a copy of this pleading was emailed in PDF to Defendants, Goodman and Lutzke

By: */s/Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*