IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT DAVID STEELE
et al

    Plaintiffs,

v.                                              Civil Action No. 3:17-cv-601

JASON GOODMAN et al

    Defendants.

### ORDER

This matter is before the Court on Plaintiffs' CONSENT MOTION TO RESET PRETRIAL CONFERENCE [ECF No. 132]. Having reviewed the Plaintiffs' motion and for good cause shown, it is hereby ORDERED that the Plaintiffs' CONSENT MOTION TO RESET PRETRIAL CONFERENCE is GRANTED. It is ORDERED that the Court's Order Setting Pretrial Conference [ECF No. 130] is modified as follows: The pretrial conference is scheduled in this action for JULY 31, 2019 at 12:30 P.M.. Except as modified by this Order, the Order Setting Pretrial Conference remains in full force and effect.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Dated: 6/28/19
Richmond, Virginia