FILED

JUN 2 7 2019

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

ROBERT DAVID STEELE, et al.,

        Plaintiff,

vs.

JASON GOODMAN, et al.,

        Defendant

Case No.: 3:17-cv-00601-MHL

DEFENDANT'S SWORN STATEMENT

## DEFENDANT'S SWORN STATEMENT

I hereby attest that the pleadings herein are accurate and true under penalties of perjury.

Further, I hereby attest that the attached exhibits are accurate and true copies of source

documents as described.  Video and telephone recording transcripts may contain typos due to

voice to text transcription software.  True and accurate copies of original video and audio

recordings can be provided should it please the court.

Signed this 26 day of June 2019

Defendant/Pro Se Jason Goodman

Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

DEFENDANT'S SWORN STATEMENT - 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS |
| JASON GOODMAN, et al., | |
| Defendant | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS**

Comes now, Defendant Goodman, Pro Se, with this response to Plaintiff's motion for Rule 11 sanctions. The irony of Plaintiff calling for sanctions is laughable. Defendant has made every effort to answer the ridiculous, overblown and unfounded claims of Plaintiff in a concise and professional manner, introducing to the record ONLY facts, evidence and true information in support of his defense. Defendant would like this matter to be closed without further misuse of the time and resources of this honorable court and has made every effort to do that. Plaintiff's instant legal action is a fundamental fraud built on false, baseless and inaccurate claims that are unsupported by evidence, have no basis in law or fact and fail to state a claim for which relief can be granted. Defendant stands by his statements regarding Plaintiff and still believes them to be true and correct and supported by real evidence. In direct response to Plaintiff's motion, the only fools involved in this matter are the Plaintiff, his attorney, Intervenor Applicant and their band of co-conspirators, more of which have come forward admitting that the alleged conspiracy DOES in fact exist. Additional evidence of this conspiracy will be presented in this pleading.

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 1

### FACTUAL BACKGROUND

1. According the Merriam-Webster.com the historic, clinical definition of an "idiot" is someone whose "mental development never exceeds that of a normal child". To describe a public figure as an idiot is a clearly understood matter of opinion and although it may hurt Plaintiff's feelings, this and similar statements are protected first amendment speech.

2. Plaintiff has publicly stated, without supportive evidence, that *"we actually believe that there is a colony on Mars that is populated by children who were kidnapped and sent into space on a 20 year ride. So that once they get to Mars, they have no alternative but to be slaves on the Mars colony."* This has been previously cited as evidence in this legal matter and reprinted in newspapers and websites around the country. While this might be a statement one could expect a normal, as yet uneducated, or otherwise fanciful child to make, it is not something we would reasonably expect a well-adjusted adult to say, particularly not in a public forum on a broadcast to millions. It remains Defendant's belief that only a person with no ability to differentiate fact from fantasy, possibly someone with severe mental illness or otherwise defined as a real idiot would make such a statement.

3. Plaintiff and his demonstrably unscrupulous attorney have acted in a pattern and practice which relies on intimidation, threats and initiation of legal action as a method of attack and / or to achieve political goals rather than actually seeking relief for real damages. In a video interview with social media personality David Seaman, Plaintiff Steele clearly articulates this intention (https://vimeo.com/335290980) stating *"We are going to take down YouTube and Google and Facebook and Twitter and Amazon and Wikipedia and Meetup and then they are all going to pay millions and millions and millions of dollars*

*because I am going to personally do my very best to inspire with a legal summit ten thousand lawsuits..."* Plaintiff has been doing his best to make good on his promise to' waste public legal resources fighting his own political battles. His attorney, Steven S Biss now represents Congressman Devin Nunes in a series of lawsuits that have been universally derided as baseless attacks on journalism and the first amendment and almost certain to fail on their lack of merits. Biss employs the same overreaching tactics in demanding years of tax returns and other unnecessary documents via discovery which seem clearly intended to reveal personal information about opponents to be used against them, rather than actually seeking relief for a legitimate claim or information directly related to disputed claims in a given action.

(https://www.fresnobee.com/news/local/article231932983.html)

4.  Counsel for Plaintiff is in a regular practice of attempting to overwhelm legal opponents with inappropriate legal action and huge unfounded financial demands for claimed damages. It is Defendant's belief that this method is intended to intimidate opponents and frighten them into submission, very likely through arbitrated settlement or to otherwise break the financial back of an opponent by forcing them to retain counsel, also ultimately resulting in a settlement. Defendant has thwarted this by responding pro se and now it seemingly appears the often-censured attorney Biss seeks to confound the Defendant with elements of legal process and by failing to adhere to the most significant rules of procedure, most recently in his improper scheduling of 26f conference. Biss sent a confirmation email to jasongoodman72@protonmail.com. This is NOT an email address provided by Defendant. This is NOT Defendant's email address of record with regard to this or any other matter. This is NOT an email address Defendant has ever

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 3

communicated with Biss through. This is NOT an email address Defendant has access to. When no response was received to Biss' request for confirmation, no further attempts were made to confirm the scheduled time with Goodman. Biss proceeded in bad faith, knowing Goodman had never specifically said he would be available on the date and time requested, and Goodman was in fact, not available to confer at the inappropriately scheduled time. It is Defendant's belief that this was done purposefully in an attempt to "get ahead" of Defendant with time consuming legal process which might overwhelm and deadlines which Biss may have hoped Goodman would miss, resulting in default or some other advantage for Plaintiff.

5. Biss was sanctioned by a three judge panel of the circuit court on November 20, 2008 for his role in a "corporate and securities matter, in which he violated professional rules that govern competence, scope of representation, and misconduct that involves **DELIBERATELY WRONGFUL ACTS** [emphasis added] that reflect adversely on his fitness to practice." This is a stern censure and speaks directly to attorney Biss' conduct in this instant legal matter. Defendant directly questions Biss' fitness to practice law or even abide by it.

6. During the one year and one-month period of suspension resulting from the above referenced matter, Biss again totally disregarded the law, the orders of the court and any semblance of ethics by continuing "to negotiate with an insurance company on behalf of a client in a personal injury matter." For this violation, Biss was sanctioned for another 30 days, and again the court found this to be "misconduct that reflects adversely on the lawyer's fitness to practice"

7. On October 18, 2010, the Virginia State Bar Disciplinary Board issued a public reprimand to Biss for violating a professional rule that governs conflict of interest involving a former client. This was an agreed disposition of misconduct charges.

8. On July 24, 2017 in a matter brought by the New York State Department of Environmental Conservation, Steven Scott Biss and his corporation BissCo were found to have committed violations of Articles 17 and 27 of the Environmental Conservation Law of the State of New York and Title 6 of the Official Compilation of Codes, Rules and Regulations of the State of New York (6 NYCRR) Parts 360, 372, 374, 612, 613, and 614. A civil penalty of one hundred twenty-two thousand two hundred fifty dollars ($122,250) was assessed against Biss and BissCo jointly and severally. These actions speak collectively to the integrity, demeanor and general conduct of Steven Scott Biss, both as an unfit to practice attorney and an immoral person. They illustrate an individual who is willing to do whatever he chooses and whatever is necessary to achieve his desired outcome, irrespective of the law, the public health, the truth, facts or ethics. He has demonstrated a pattern and practice of deceptive, shameful actions characterized by dishonesty throughout his career that according to court rulings, call his fitness to practice law into question. It is Defendant's hope that this honorable court will keep these important facts in mind when considering the false and outrageous claims of Plaintiff and his totally out of control counsel.

9. Throughout the course of Plaintiff's solicitation of $250,000 (two hundred fifty thousand dollars) in charitable contributions to his 501(c)(3) tax exempt corporation, and even to this very day, Plaintiff claims to have written the NATO Open Source Intelligence Handbook despite adamant, credible claims to the contrary. The retired Four-Star U.S.

Army General who was in charge of the NATO Southern Atlantic Command at the time of the book's publication has declared Plaintiff's claim "ridiculous" and false.  In a telephone interview published on May 1, 2019, Kernan states with no equivocation, Plaintiff's claim of authorship is ridiculous. **(EXHIBIT A)** Defendant has no reason to doubt the General's testimony and many to doubt Plaintiff's.  Defendant remains confident in his statement that Plaintiff's claims of writing the Open Source Intelligence Handbook are false, or at least materially misleading.  Using such a false claim to entice the public to donate to a 501(c)(3) tax exempt corporation is of course charity fraud.

10. Throughout the course of his solicitation of $250,000 (two hundred fifty thousand dollars) in charitable contributions to his 501(c)(3) tax exempt corporation, Plaintiff claimed to have been "nominated" for a Nobel Peace Prize.  The only supportive evidence to substantiate this claim is a PDF document authored by Plaintiff himself, posted to his own web site ( https://robertdavidsteele.com/wp-content/uploads/2015/12/NOMINATION-FOR-THE-NOBEL-PEACE-PRIZE-Robert-David-Steele.pdf ). Plaintiff has even suggested during this legal proceeding that Defendant should have KNOWN Defendant's own statements to be false, because according to Plaintiff the true facts are contained in this document on Plaintiff's website.  Even a cursory examination of the document's properties **(EXHIBIT B)** reveals the "nomination" was in fact written by Plaintiff himself using a nine-year-old version of Microsoft Word and an equally antiquated revision of Adobe Acrobat.  Since the start of this legal action, and Defendant's vehement public proclamations of Plaintiff's extensive fraud, Plaintiff has taken to revising his language on this particular talking point, referring to it as a "recommendation" for the Nobel prize nomination rather than an actual

nomination. This change was made AFTER nearly $10,000 was contributed to Plaintiff's 501(c)(3) by members of Defendant's viewing audience and after doubts with regard to the veracity of the initial claim were raised in regard to this lawsuit. It is Defendant's belief that Plaintiff has made this revision because Plaintiff is fully aware that falsifying his credentials or falsely embellishing his resumé to entice charitable donations IS CHARITY FRAUD. No actual evidence of a Nobel Peace Prize nomination has been shown and none exists to the best of Defendant's knowledge. Defendant stands by his statements that Plaintiff is both and idiot and a fraud.

11. During a YouTube broadcast that has since been removed from the internet, Plaintiff has publicly declared that discovery in this instant legal action has informed him that Defendant is paid by Israeli Mossad, this is categorically false. The improperly scheduled 26f conference did not take place until May 2019, and no documentation has been produced as yet. Plaintiffs comments were made months prior to May 2019 and Defendant has never received any funding or any payments whatsoever from Israeli Mossad or any related entities to the best of Defendant's knowledge. This is one of the key themes propagated by various members of the conspiracy to defame Defendant.

12. As previously submitted in these proceedings, (ECF No. 78 EXHIBIT I) Intervenor Application D. George Sweigert, telephone Manuel Chavez III, making substantially the same claim, falsely stating that Defendant Goodman was paid by Black Cube (http://www.blackcube.com) a private intelligence firm in the UK comprised of former Mossad agents and operatives, according to their own public website.

13. On or around June 2019, Manuel Chavez III voluntarily shared some of his personal emails with Defendant. Among these were messages Chavez claims are communications

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 7

from Thomas Shoenberger, an individual unknown to Defendant who may in fact be
highly placed in the organization of the monetized conspiracy to harass and defame
Defendant Goodman. The emails from Shoenberger provide talking points for a plan to
attack Defendant Goodman's reputation with false allegations claiming Goodman is an
agent of Israel and / or paid by Mossad.

14. Additionally, Chavez provided communications between Plaintiff, Chavez, Thomas
Shoenberger and Tanya Cornwell the wife of counsel for Plaintiff, Steven Biss.
**(EXHIBIT C)** This email provides evidence that counsel for Plaintiff Biss is using his
wife as a "cutout" or conduit through which he can indirectly communicate with the co-
conspirators and still provide the plausible claim that "I haven't spoken with (fill in the
name)". This email provides substantial evidence of the conspiracy alleged by
Defendant. A transcript of a publicly broadcast multiparty phone conversation between
Simpsons, Chavez, Intervenor Applicant and others has been submitted as evidence
previously in this matter (ECF No. 78 EXHIBIT A).

15. Chavez provided an email between Plaintiff and Chavez in which Plaintiff admits he is in
direct contact with alleged co-conspirator Tyroan Simpson, **(EXHIBIT D)** and seeks
approval from Biss' wife Tanya for communicating with Simpson against Biss'
instructions. It would seem Biss had advised Steele not to communicate with Simpson in
an effort to hide their collaboration and provide further evidence of conspiracy.

16. In the rule 11 motion, Plaintiff has expressed incredulity at the fact that the mere filing of
this legal action, in absence of a judgment, has not stopped Goodman from producing
broadcasts that address Plaintiff's abuse of the legal system, Plaintiff's multiple frauds on
the public and Plaintiff's ongoing efforts to harass and intimidate Goodman, Goodman's

talk show guests and audience.  Goodman continues to report and comment on the activities of Plaintiff and his associates as they are matters of public interest.

17. Plaintiff's motion for rule 11 sanctions against Goodman has no basis in fact or law and is yet another in a long series of intimidation tactics intended to distract Defendant from investigative journalism, derail Defendant's reporting on alleged wrongdoing by Plaintiff, and otherwise result in gaining some advantage over Defendant with regard to this legal action.

18. Goodman made statements regarding Biss' association with Congressman Devin Nunes based on information and belief that those statements were true and correct.  Goodman remains consistent in that belief.  A journalistic source close to Nunes told Goodman directly that Biss was recommended to Nunes by Steele.  Shortly after filing the suit against Twitter, Nunes made an appearance on Fox News (https://www.youtube.com/watch?v=U1_c860YIPc) in which he repeated Plaintiff's talking points as articulated in the above referenced David Seaman interview, claiming multiple lawsuits would be filed against Twitter, Google and others.  Goodman's claim was made in good faith, and Goodman believes to this day that Plaintiff either directly or indirectly recommended Biss to Nunes or otherwise played some role in connecting the two parties and / or has influence over Nunes' suit via interaction with Biss.  Intervenor Applicant has made numerous public calls in now deleted YouTube broadcasts for Congress to open an investigation into the incidents at the Port of Charleston on June 14, 2017, despite the FBI's completion of a full investigation.  Intervenor Applicant has also publicly proclaimed Devin Nunes will now be somehow compelled to act in response to this instant legal matter.  Furthermore, the Nunes/Biss Twitter lawsuit has been

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 9

universally derided by legal experts on both sides of the political fence for numerous

shortcomings, improprieties and obvious legal missteps.  Both Twitter and the one non-

fictional co-defendant have pointed out that filing in VA state court represents possible

venue shopping and / or publicity efforts but is not the appropriate venue given Nunes

California residency, Twitter's primary business location and a stipulation in the Twitter

EULA that all civil matters are to be adjudicated in California.  These substantial

deficiencies aside, legal experts consider the action virtually guaranteed to fail given

Twitter and all social media networks are currently protected by CDA 230 and suits of

this nature have not succeeded since the Digital Millennium Copyright Act came into

being in the late 1990s.  Any legitimate lawyer with an honest claim should be aware of

this, as should any competent member of Congress.  A more sensible approach would be

to advise a sitting Congressman to introduce legislation to address shortcomings in the

arguably obcelete statute as Senator Josh Hawley has done, just this past week.

(https://www.hawley.senate.gov/senator-hawley-introduces-legislation-amend-section-

230-immunity-big-tech-companies)  Based on these facts it is Defendant's belief that

Counsel for Plaintiff has an ulterior motive in representing Mr. Nunes, possibly as simple

and bilking the a potentially gullible representative for money and / or publicity.  It

should also be noted that the Nunes/Biss suit against Twitter contains allegations against

journalists who have authored unfavorable news items about representative Nunes and

has already been amended to eliminate the false claim that specific words in a journalist's

tweet where highlighted in bold type.  In a recent Fox News interview,

(https://www.techdirt.com/articles/20190411/15061441985/devin-nunes-admits-that-his-

bogus-defamation-lawsuits-are-really-about-phishing-journalists-sources.shtml) Mr.

Nunes states "I am absolutely sure that they do not want this to get to discovery so that we find out who their sources are." This statement echoes the underhanded tactics practiced by Plaintiff and his "unfit to practice" attorney. They have demonstrated a pattern and practice of threatening adversaries with discovery and then seeking outrageous overreaching document production in that process. They wield civil legal measures like a weapon and have frequently spoken about using it to get personal, sensitive or otherwise protected information from individuals who they perceive as adversaries. Plaintiff and his attorney falsely believe they can use the discovery process in a fraudulent civil legal matter to pierce the armor of the U.S. Constitution and protection of journalistic sources and the American public's right to a free press and freedom of speech.

19. Plaintiff's counsel Steven S. Biss is in the regular practice of flouting the law and encouraging frivolous and vexatious punitive legal action against unfavorable journalists in direct conflict with the first amendment right to free speech. This tactic was used against Jake Morphonios, as revealed by Morphonios' name appearing in the original complaint filed in this matter. (ECF No. 1 page 32 paragraph 26). This error reveals Biss' cut and paste approach to bringing vexatious and frivolous suits against journalists or those seeking to do legitimate investigation into the activities of the clients he represents.

20. Another email provided by Manuel Chavez III reveals not only that Biss' wife Tanya Cornwell, was actively encouraging Chavez to bring suit against Goodman (in lieu of Steele doing so) she is in fact the actual author of the Morphonios lawsuit, and therefore, conceivably at least partly due credit for authoring the original complaint in this instant legal action. (**EXHIBIT E**) In this email Cornwell goes as far as stating "I'm guessing a

half a million bucks they will throw at you to just make it go away" clearly stating the intention and expectations of Plaintiff's legal team at the outset of this matter.

21. In a video posted to YouTube on June 23, 2019, Manuel Chavez III revealed that a user with the handle AMABISS had provided him with payments totaling one thousand five hundred dollars ($1,500) via Patreon on August 1, 2017 at the exact time frame the events detailed in this legal matter where taking place. **(EXHIBIT F)** Chavez has confirmed that username AMABISS is Tanya Cornwell, wife of counsel for Plaintiff Steven S. Biss.

22. Plaintiff Steele has directly and publicly interacted with George Webb Sweigert, brother of Intervenor Applicant both on video (https://www.youtube.com/watch?v=hMJoAO5OZY8) and via email as presented in ECF No. 78 Exhibt O)

23. Plaintiff Steele has directly and publicly interacted with Manuel Chavez III on several occasion including on videos still viewable on YouTube (https://www.youtube.com/watch?v=_Xtz_S0tH1g). Plaintiff has also privately communicated with Chavez in a clandestine manner via email as revealed by Manuel Chavez earlier this week.

24. Chavez is an associate of Intervenor Applicant and has been paid by Intervenor Applicant and has received direct instructions from Intervenor Applicant. Intervenor Applicant operates a YouTube channel under the account name "Prepper Kitty Intel PKI". Many exhibits in this instant legal matter have referenced this YouTube account. YouTube username Prepper Kitty Intel has paid Chavez via YouTube Superchat **(EXHIBIT G)**

25. Intervenor Applicant has directly and publicly interacted with George Webb Sweigert, Manuel Chavez III, and Tyroan Simpson, evidence of these communications has been provided previously in these pleadings.

26. According to pleadings and public statements by Intervenor Applicant he has interacted with Susan Lutzke/Holmes privately in revealing the identity of O. Marshall Richards and other matters.

27. According to statements by Susan Lutzke/Holmes she has interacted with Intervenor Applicant privately in revealing the identity of O. Marshall Richards and other matters. (https://www.youtube.com/watch?v=WwyRPFhW-HE)

28. Counsel for Plaintiff is in a regular practice of ignoring the law, lying to courts, clients, legal adversaries and the public. In 2009, Counsel for Plaintiff had his legal license suspended by the VA State Bar Association for one year. Despite this severe measure, Biss continued to practice law in direct defiance of the order, earning an extended suspension for the transgression. Despite this, Biss continued his unscrupulous and unlawful activity. On July 24, 2017, it was determined that both Counsel for Plaintiff and a corporation owned by Counsel, Bissco Holdings, Inc ("Bissco") had violated New York State Environmental Conservation regulations. Multiple counts detailed Counsel's improper disposal of hazardous toxic waste and demonstrated Counsel for Plaintiff's total disregard for the law, the environment and the health and safety of the general public. (https://www.dec.ny.gov/hearings/110879.html). The New York State Department of Environmental Conservation was awarded default judgements against Steven S. Biss and Bissco In the Matter of the Alleged Violations of Articles 17 and 27 of the Environmental Conservation Law of the State of New York and Title 6 of the Official Compilation of

Codes, Rules and Regulations of the State of New York (6 NYCRR) Parts 360, 372, 374, 612, 613, and 614.  Biss was ordered to pay a civil penalty in the amount of one hundred twenty-two thousand two hundred fifty dollars ($122,250). (DEC Case No. R5-20120627-2006)

29. Defendant Goodman has never been sanctioned, arrested, accused or charged of any crimes or legal wrongdoing, prior to the allegations of Plaintiff.

30. In Plaintiff's Motion for rule 11 sanctions, Plaintiff claims to have never had any communication with Intervenor Applicant, but then immediately contradicts this claim, stating he has received email communications from Intervenor Applicant.  The motion goes on to describe counsel for Plaintiff responding to Intervenor Applicant making this denial of communication and semantic maze to be navigated by anyone trying to determine if there has or has not been communication between parties and / or representatives or intermediaries.  To clarify Defendant's claim, while it is clear the alleged co-conspirators have gone out of their way to avoid direct communicaitons between certain parties, there are common connections that allow indirect communications which facilitate the alleged conspiracy and circumvent the capabilities of civil legal matters.

31. On July 7, 2017 Plaintiff sent an email communication to George Webb Sweigert, brother of Intervenor Applicant, stating "A massive law suit is about to be filed against Jason Goodman by a lawyer who specializes in defamation cases.  Manny is the one who will be in front" **(EXHIBIT H)**  Manny is Manuel Chavez III, one of the individuals who was on the multiparty video chat in which Sweigert agreed to a monetized harassment effort targeting Defendant as presented here in previous pleadings. This email was sent just

three weeks after Tanya Cornwell sent the above referenced email to Manuel Chavez III encouraging him to sue Defendant Goodman. It is conceivable that Plaintiff intended to use Chavez as a "cut out" to bring the same type of legal action against Defendant Goodman, subjecting Goodman the the same legal jeapordy and assumed need to hire cousel and subsequent financial ruin, without subjecting himself to the risk of fines for legal fees or other sanctions. It now seems Chavez' sense of self-preservation prevented him from complying with this plan and may have led to the break in the relationship, and dissention in the ranks of the conspirators.

## CONCLUSION

To the best of his knowledge, Defendant has made NO false statements and has not intentionally misrepresented any facts. Defendant has not presented any information or entered any motions or pleadings for improper purpose, nor to harass, cause unnecessary delay, nor needlessly increase the cost of litigation. The exact opposite is in fact the truth. Plaintiff has done each of these things while Defendant has sought to end this matter as quickly and with as little disruption and wasted resources as possible. For the above stated reasons, Plaintiff's motion for rule 11 sanctions should be denied, and Defendant Goodman humbly requests that the court consider sanctions against Plaintiff and Counsel Biss as the evidence presented in this pleading speaks for the facts of this matter.

Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 15

# EXHIBIT A

Transcript of phone interview with General William Kernan

1
00:00:00,030 --> 00:00:06,060
morning general Kernan can you hear me alright? I can yeah okay thank you

2
00:00:06,060 --> 00:00:14,969
for speaking with me yeah no problem there's a slight delay what I've

3
00:00:14,969 --> 00:00:23,519
basically got a hole in my spinal cord from parachuting and it puts blood on my

4
00:00:23,519 --> 00:00:32,820
brain and is basically robbing my my hearing but have trouble fixing this

5
00:00:32,820 --> 00:00:38,600
thing so you just have to bear with me here I'm very sorry to hear that

6
00:00:41,510 --> 00:00:45,210
well just something I got to deal with yeah

7
00:00:45,210 --> 00:00:50,789
before we begin sir do I have your permission to record the call so I can

8
00:00:50,789 --> 00:00:55,620
make a transcript that will be used as evidence in this lawsuit against me

9
00:00:55,620 --> 00:00:58,340
coming from Robert David Steele

10
00:00:58,340 --> 00:01:01,720
Yeah sure no problem

11
00:01:01,720 --> 00:01:05,060
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 16

okay
have you had an opportunity to review 12

00:01:05,180 --> 00:01:10,320
this document background information on Robert David Steele and the other people

13
00:01:10,320 --> 00:01:18,689
were going to talk about yeah I did review what you sent me today had an

14
00:01:18,689 --> 00:01:29,090
opportunity to to look through it little convoluted here is what appears to be a

15
00:01:29,090 --> 00:01:35,880
real screwy situation with this guy you know yeah so you don't recognize this

16
00:01:35,880 --> 00:01:40,020
individual you never worked with him in the development of the NATO open-source

17
00:01:40,020 --> 00:01:47,520
intelligence handbook as he claims
I do not know this guy as far as I know

18
00:01:47,520 --> 00:01:54,500
I may have run across him but I do not know Steele or any of the other people

19
00:01:54,509 --> 00:02:00,080
that that you sent me information on right but of course in the book the NATO

20
00:02:00,090 --> 00:02:04,680
open-source intelligence handbook you reference this open source solutions

21
00:02:04,680 --> 00:02:09,680
company as a contributor is that correct?

22
00:02:09,680 --> 00:02:20,760
the the pamphlet that that was done by SACLANT was a collaborative effort by

23
00:02:20,770 --> 00:02:30,390
the the SACLANT staff which of course was a multinational staff that was done

24
00:02:30,390 --> 00:02:41,560
for the the joint and multinational command that that I commanded of course

25
00:02:41,560 --> 00:02:47,620
I put the forward on it I was asked if I wrote that I did not it was a

26
00:02:47,620 --> 00:02:55,240
collaborative effort by by the SACLANT staff right and in this paragraph

27
00:02:55,240 --> 00:03:01,540
in your forward you say this publication has benefited greatly from the continued

28
00:03:01,540 --> 00:03:07,810
collaboration between my staff and the staff of open source solutions inc I

29
00:03:07,810 --> 00:03:12,880
think this is the main source of disagreement between Robert David Steele

30
00:03:12,960 --> 00:03:20,260
and the reporting that we've done he claims that he is somehow part of open

31
00:03:20,260 --> 00:03:28,520
source solutions but I'm unable to find
any information online to corroborate what he says

32
00:03:30,720 --> 00:03:38,860
well I know nothing about Steele having anything to do with writing this and I

33
00:03:38,860 --> 00:03:47,010
saw where he claimed that he wrote 85% of this I find that very hard to believe
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 18

34
00:03:47,010 --> 00:03:53,680
unquestionably we do use contractors from time to time but given the type of

35
00:03:53,680 --> 00:03:58,720
document of course I'm going back eighteen years now but given the type of

36
00:03:58,720 --> 00:04:04,600
document that that was we would have used the subject matter experts from the

37
00:04:04,600 --> 00:04:09,580
SACLANT staff to put that document together so the notion that one

38
00:04:09,580 --> 00:04:14,680
individual would have written 85% of it is not compatible with what you're

39
00:04:14,680 --> 00:04:17,380
describing right?

40
00:04:17,460 --> 00:04:24,160
oh no
I find it highly unlikely that one

41
00:04:24,360 --> 00:04:31,000
person could have written that it is too complex a document for one individual to

42
00:04:31,000 --> 00:04:35,120
have written that too many different disciplines and things like that this is

43
00:04:35,220 --> 00:04:39,300
a document over 50 pages

44
00:04:39,300 --> 00:04:42,060
I'm sorry say that again

45
00:04:42,060 --> 00:04:44,600
it's a it's a lengthy document over 50 pages and I

46
00:04:44,720 --> 00:04:49,759
presume it covers too many different subjects for one person to have written

47
00:04:49,759 --> 00:04:55,220
the whole thing that's correct
this would have been this would have

48
00:04:55,220 --> 00:05:02,330
been done by various people within the staff that had staff expertise in the

49
00:05:02,330 --> 00:05:08,660
various areas of that of that document it was like I said it would have been a

50
00:05:08,660 --> 00:05:13,460
collaborative effort it would have been staffed numerous times within the within

51
00:05:13,460 --> 00:05:20,160
the headquarters and then subsequently approved by the by the chief of staff

52
00:05:20,160 --> 00:05:27,460
before it went to me for final approval mm-hmm and do you recall speaking well

53
00:05:27,470 --> 00:05:32,060
sorry it was an email communication with this person who presented herself as Pat

54
00:05:32,060 --> 00:05:39,260
Ingraham who I believe is Susan Lutzke you remember that email exchange right?

55
00:05:39,280 --> 00:05:47,380
Yeah, I just vaguely remember that that conversation or email

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 20

56
00:05:47,380 --> 00:05:52,340
I don't recall whether it was a

telephone conversation or an email but I

57
00:05:52,340 --> 00:05:58,130
was basically asked if if I wrote that and I think I told her or the same thing

58
00:05:58,130 --> 00:06:06,500
that all I did was put the forward on it that this was a staff effort by by

59
00:06:06,500 --> 00:06:10,460
SACLANT yeah
separately I've been in touch with Susan

60
00:06:10,460 --> 00:06:14,820
Lutzke she's shared the email between you and

61
00:06:14,820 --> 00:06:19,460
her that's how I got your email address that's how you and I got in touch for

62
00:06:19,460 --> 00:06:23,020
this phone call so I believe she was deceiving you there and I'm not sure

63
00:06:23,020 --> 00:06:28,180
exactly what her purpose was but she is not Pat Ingraham

64
00:06:29,160 --> 00:06:33,520
Yeah I was very surprised

65
00:06:33,620 --> 00:06:42,620
when I got that that request from her these documents these manuals and staff

66
00:06:42,620 --> 00:06:51,080
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 21

1   documents are always done as a collaborative effort by the staff you

2   67
3   00:06:51,080 --> 00:06:58,099
    know as a commander I might sign off on it to bring attention to the fact that
4

5   68
6   00:06:58,099 --> 00:07:04,580
    this is an important document and approved at at the headquarters level
7

8   69
    00:07:04,580 --> 00:07:13,130
9   but obviously it's not something that that me as the commander wrote right and

10  70
11  00:07:13,130 --> 00:07:17,900
    would you have directly interfaced with individuals who did write it or you're
12

13  71
    00:07:17,900 --> 00:07:21,820
14  just sort of overseeing it as a project?

15  72
    00:07:22,380 --> 00:07:33,560
16  right okay hang on just a minute my phone that captures your voice

17  73
18  00:07:33,560 --> 00:07:42,340
    message is being delayed but...         I can rephrase I don't know why this
19

20  74
    00:07:42,340 --> 00:07:50,500
21  individual would would indicate that he wrote this because these these type

22  75
23  00:07:50,500 --> 00:07:58,140
    manuals are always something that that is done at a staff level I see I see
24

25  76
    00:07:58,160 --> 00:08:04,510
26  and the third individual David George Sweigert retired US Air Force and

27  77
    00:08:04,510 --> 00:08:09,900
28  contract employee of various agencies have you ever seen this guy before?
    DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 22

78
00:08:11,060 --> 00:08:14,740
I don't know this individual at all

79
00:08:14,780 --> 00:08:21,100
yeah I mean I you know you've got good pictures on him and everything else

80
00:08:21,100 --> 00:08:29,150
obviously somebody that also was a defense contractor from time to time he

81
00:08:29,150 --> 00:08:33,560
could have been in the headquarters but I never I never recalled meeting him or

82
00:08:33,560 --> 00:08:40,920
seeing him
could've he had a a periodic contract

83
00:08:40,920 --> 00:08:45,660
at Booz Allen Hamilton or somebody like that working in the headquarters yes but

84
00:08:45,660 --> 00:08:50,130
I don't I don't remember ever meeting him of course I'm just trying to

85
00:08:50,130 --> 00:08:54,300
determine why these individuals would have selected this book I mean they're

86
00:08:54,300 --> 00:09:01,019
so persistent in their efforts to stop me from reporting on things their

87
00:09:01,019 --> 00:09:06,600
explanation of simply not liking my news program can't possibly be the real

88
00:09:06,600 --> 00:09:11,550
explanation for their multiple lawsuits they've brought against me and constant

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 23

89
00:09:11,560 --> 00:09:15,020
harassment and defamation
so listen General thank you very much

90
00:09:15,020 --> 00:09:18,320
for your time I think that's really all I needed to ask you I really appreciate

91
00:09:18,320 --> 00:09:25,320
you sharing that information with me and I hope you feel alright and can get

92
00:09:25,320 --> 00:09:28,000
some treatment for this condition

93
00:09:28,900 --> 00:09:32,380
yes it's always upsetting when

94
00:09:32,380 --> 00:09:38,000
people take credit for other people's work why somebody unless they're just

95
00:09:38,000 --> 00:09:46,860
trying to fatten their resume by taking credit for something like this is beyond

96
00:09:46,860 --> 00:09:52,290
me why somebody would try to take this credit but it's this is obviously a

97
00:09:52,290 --> 00:10:00,860
staff document that was worked for months and approved by a multinational

98
00:10:00,860 --> 00:10:10,380
headquarters so I it's just absolutely beyond a doubt something that the

99
00:10:10,380 --> 00:10:15,920
headquarters put together are not one
individual I understand it's too complicated a document

100
00:10:15,920 --> 00:10:20,880
yeah one last question with regard to the lawyer representing mr. Steele this

101
00:10:20,880 --> 00:10:25,680
Steven s Biss as I mentioned in the document I have reason to believe that

102
00:10:25,680 --> 00:10:30,750
Robert David Steele has put Biss in touch with the House Intelligence

103
00:10:30,750 --> 00:10:36,320
Committee ranking member Devon Nunez and has encouraged Nunez to bring a lawsuit

104
00:10:36,320 --> 00:10:42,880
against the software company social media giant Twitter and various

105
00:10:42,880 --> 00:10:49,180
co-defendants I have reason to suspect Biss is in a regular practice of

106
00:10:49,190 --> 00:10:53,380
engaging in these fraudulent lawsuits and I'm speculating when I say this but

107
00:10:53,390 --> 00:10:58,580
I believe they're targeting mr. Nunez in an effort to damage his reputation

108
00:10:58,580 --> 00:11:04,130
because I've read their lawsuit and it has virtually no hope of succeeding it

109
00:11:04,130 --> 00:11:10,700
has already served to basically be the source of ridicule for mr. Nunez who of

110
00:11:10,700 --> 00:11:15,680
course was closely associated with championing president Trump's claims of

111
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 25

00:11:15,680 --> 00:11:20,120
innocence during the time that the  Robert Mueller investigation was going on

112
00:11:20,120 --> 00:11:24,280
do you have any advice as to what i might be able to do to alert mr. Nunez

113
00:11:24,280 --> 00:11:29,240
I've tried contacting his office and no success

114
00:11:29,520 --> 00:11:31,900
that's very disappointing

115
00:11:32,800 --> 00:11:34,060
Yeah

116
00:11:36,240 --> 00:11:41,320
any any advice as to what I might be able to do do you have any contacts who

117
00:11:41,320 --> 00:11:47,360
could possibly raise an alert to mr.
Nunez as to the activities of these individuals?

118
00:11:48,200 --> 00:11:54,660
I don't the only thing that
I could possibly suggest that there

119
00:11:54,660 --> 00:12:02,960
there may be still a staff trail within SACLANT headquarters of the staffing

120
00:12:02,960 --> 00:12:08,030
of that document even though it's 18 years ago there still could be in the

121
00:12:08,030 --> 00:12:13,700
files you know those things are pretty heavily staffed within the headquarters

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 26

122
00:12:13,700 --> 00:12:21,290
and there may be something still in the files and in SACLANT the staffing of

123
00:12:21,290 --> 00:12:26,680
that document even though it was 18 years ago to show how that thing was

124
00:12:26,690 --> 00:12:34,460
ultimately approved well yeah I don't know that it would be necessary to go to

125
00:12:34,460 --> 00:12:40,100
those lengths I think your statements here definitely serve to counteract

126
00:12:40,100 --> 00:12:45,080
Robert David Steele's ridiculous claims and I definitely appreciate your time

127
00:12:45,080 --> 00:12:48,480
this morning general thank you very much

128
00:12:48,820 --> 00:12:53,280
yeah I mean it is a ridiculous claim but

129
00:12:53,580 --> 00:12:59,920
but if he's trying to take credit for it and and

130
00:12:59,930 --> 00:13:06,710
trying to use that as the defamation of character against you I mean it may be

131
00:13:06,710 --> 00:13:11,300
another another outlet for you yeah all right well I appreciate that I will

132
00:13:11,300 --> 00:13:15,000
follow up thank you very much sir have a good morning

133
00:13:15,000 --> 00:13:17,340
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 27

1  okay Jason good luck to you

2  134
3  00:13:17,340 --> 00:13:19,860

4  take care

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 28



# EXHIBIT B

Home
Tools
Robert David Steele
NOMINATION FOR THE NOBEL PEACE PRIZE
Robert David Steele
For leadership in redirecting the craft of intelligence (decision-support) away from spies and secrecy enabling war and waste, toward open sources and methods favorable to peace and prosperity.
INDEX
Nomination Narrative.....2
Nominee's Vision in Six Graphics.....3
Nominee's Summary Biography.....4
Nominee's Chronology.....5
Nominee's Selected Publications.....7
Optimize PDF

109%
L PEACE PRIZE
ele
Document Properties
Description
Security
Fonts
Initial View
Custom
Advanced
Description
File: NOMINATION-FOR-THE-NOBEL-PEACE-PRIZE-Robert-David-Steele.pdf
Title:
Author: RobertSteele
Subject:
Keywords:
Created: 1/11/17, 7:36:51 PM
Modified: 1/11/17, 7:36:51 PM
Application: Microsoft® Word 2010
Additional Metadata...
Advanced
PDF Producer: Microsoft® Word 2010
PDF Version: 1.5 (Acrobat 6.x)
Location: Macintosh HD:Users:jasongoodman:Documents:RDS lawsuit:
File Size: 902.46 KB (924,120 Bytes)
Page Size: 8.50 x 11.00 in
Number of Pages: 10
Tagged PDF: Yes
Fast Web View: No

# EXHIBIT C



**From:** Defango TV <defango@gmail.com>
**Subject:** Fwd: HAZMAT
**Date:** June 18, 2019 at 11:41 AM
**To:** truth@crowdsourcethetruth.org, dseeman@gmail.com

---------- Forwarded message ----------
**From: Robert Steele** <robert.david.steele.vivas@gmail.com>
Date: Fri, Jun 30, 2017 at 9:53 PM
Subject: Re: HAZMAT
To: amethetanya <atanya1111@gmail.com>, Th Stg <tstger13@gmail.com>
Cc: Defango <Defango@gmail.com>

Manny, BEFORE the interview, give me a list of eleven truth tellers. I will name them online as credible sources with you being the top one.

On Fri, Jun 30, 2017 at 9:47 PM, amethetanya <atanya1111@gmail.com> wrote:
. mango,
     you are a very articulate voice of reason and the fact you live half your life on camera, makes it almost impossible for anyone to lie about you.  It is hard to distinguish who is a lunatic and who is a paid who is an attention whore etc .. the most prolific source of disinfo is media matters, the david brock, lyn rotheschild pipeline of horse shit.  Davids seaman knows a lot about this.

I think manny, you have a much better idea as to who is an authentic/genuine than I do.  I bought into the david seaman is phony but realized in his interview with you, that I was totally off base.

I would give the following people as the people I firmly believe are using their own judgement but I do want to say.  I am wrong a lot.  BESIDES MANNY my newscasters would be

H. A Goodman
david T (coffee with dave)

MLordandGod

victurus libertas

William mount

davidseaman

Robert wants 12 good people, these are simply the ones I watch, I think manny is in a far better position to determine who those leaders of the community are. that's my viewer preferences.  manny is a part of the community, is getting attacked and knows these people and has outside contact with them, I am simply an observer.

It would be cool if you took regular scheduled time to let people submit accounts they suspect to be disinfo, if they are not they can call in and discuss the accusations but go over all the available fact, and let the viewer decide HUMAN or HAZMAT

Normal people do not attack people saying things like 'Defango is a bad bad person, I am concerned what he might do to me or my family' that is just not normal.  its also not legal.

because of the medium we have mo means to stick a
'CONTAMINATED MATERIALS' label on people.

'until we finish our open source information platform we still have to try to distinguish who is honest
what evidence is presented
appeals to emotions vs intellect?
attacks others?
is angered by opposition?
grandiose conclusions... is this 'a huge step for the crowdsource community?
Will not rationally respond to information, when facts are brought up, they will be shout, demean mock but never ever address
scripted story lines/comments
professional production videos (aka morphonius)
entertainment industry connections
attacking discrediting others

no person who watches 'WHO SPOOFED THE SETH RICH FILES' believes him to be authentic.  it would be easier to create a new platform that excludes all the rigged data commercials than to separate who is and who is not crazy or paid to be wrong.  we all know they are toxic but we cant get rid of them.
it has become' EW tube! we need a NEWTUBE. You cant go back and unrun a life. right now they dont have a worry in the

it has become a PR also, we need a NEW TOOL. You can't go back and do all this, right now they don't have a story in the world, they do that for living, a lawsuit would create more diarrhea , at least slow the 10 posts a day, a suit against each person who lies about others and the repeaters= the proceeds would fund the new thing with the proceeds. each fake actor will have to hire their own legal team, pay 20k per person, where they get the money to pay their lawyers will come out in discovery= it's a trap!

WHAT TO DO TO SCARE THEM:

"anyone being harassed and stalked for speaking the truth should send a detailed account of who is cyber harassing you to unrig? legal. if we get enough people and the right set of facts you will be included in the lawsuits we intend to file to expose this happening. put 'crowdstalked' in subject line" I can deal with that and write cases and get them filed if needed. this will really hurt them. Also strongly imply that a new youtube is being created in secret. that will drive them nuts.

WHAT PEOPLE CAN DO TO NOT BE PART OF THE PROBLEM
research. books. collect information without deciding right away and being sure. collect a lot of information. If you talk about pi zzagate. point to the people before you, point out the mountains of evidence that already exists. do not repeat an internet rumor. do not decide what is true and false based on the words of another alone. trust your gut feeling that you are being lied to but don't accuse people of things with no evidence.

people are worried about George webb so they don't hear about ted gunderson paul bonacci, caradori. This is being done on a scale that makes hitler look like a novice. hundreds of children go missing from DC each month. make sure they know people have not forgotten what they are working so hard to distract us from.
Tanya
443 875 6091

--
#UNRIG: http://tinyurl.com/indieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/Earthintel

--

Defango@gmail.com

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 31

# EXHIBIT D

From: **Defango TV** <defango@gmail.com>
Subject: Fwd: Apology again without caveats
Date: June 18, 2019 at 11:41 AM
To: truth@crowdsourcethetruth.org, cseaman@gmail.com

--------- Forwarded message ---------
From: **Robert Steele** <robert.david.steele.vivas@gmail.com>
Date: Mon, Dec 4, 2017 at 6:29 PM
Subject: Re: Apology again without caveats
To: Defango <defango@gmail.com>

should I ask Tyroan for the access information? Steve asked me not to contact him   what's the least troubling way to "take possession" of the channel?  direct from Tyroan?

On Mon, Dec 4, 2017 at 6:27 PM, Defango <defango@gmail.com> wrote:
> In the Last month I have generated over 1k in bitcoin posting my content on steemit regularly and using the platform. I have a small channel on steemit with only the posts I have. IF you started just copy and pasting your content over to steemit and kept active you could be doing 3 times that with little to no problem. Steemit just a new platform that people are using for good and it doesn't matter if they are old articles of yours, they still will generate incoming on the platform. its the decentralized platform that your looking for, it has all the things it needed to fully design and use any open source systems. They just need to be created and connected

On Mon, Dec 4, 2017 at 4:11 PM, Robert Steele <robert.david.steele.vivas@gmail.com> wrote:
> PLEASE calm Tanya for me   You can tell her I am your bitch now (smile)

> On Mon, Dec 4, 2017 at 6:00 PM, Defango <defango@gmail.com> wrote:
>> Thanks A Lot.
>>
>> I was not my intention to hurt you, but I just wanted to clear the air for many people and it seems we had good stopping point
>>
>> Bless you for all you have done and I know things are going to be better in the future  Take some time and collect yourself because January is going to be a very busy time for all of us.
>>
>> The video should be edited down and I will keep myself quite on the subject until it seems like its safe to talk about it. I'm just going all in on deflecting any negative comments from Goodman's crowd  He fell for a trap I set for him and its not looking good for him.
>>
>> You just need to start posting on steemit. Sure month one will be nothing, but if you spend the next month moving over content from your website. I can be honest and saying you could be generating over 7k a month and crypto.

> On Mon, Dec 4, 2017 at 10:56 AM, Robert Steele <robert.david.steele.vivas@gmail.com> wrote:
>> Bless you.  I fucked up and it was not at all my intention to be insulting to you.  Absolutely NOT
>>
>> I will do whatever you wish including if you direct me, posting an apology with no caveats at the video (which you can leave up or not as you please) and doing a future live stream or not.  I am about to disappear from public view for 30 days, from Saturday.
>>
>> I will not mention the video again.  If asked by another host about it I will say I screwed up and have apologized to you three times, profusely, I was completely in the wrong in how I spoke.  Count on me to be honorable with you
>>
>> Also, Trevor just reminded me that I had offered you the bus ride, and that is absolutely still yours if you wish  I am waiting on Cynthia to decide about coming back to the USA. I will do an email now cc you that puts this back on the table with her.
>>
>> On Steemit, I will follow your lead and do whatever you tell me to do
>>
>> My heart is lighter for re-connecting with you.  It was NEVER my intent to disrespect you or your channel, I was stupid and clumsy.
>>
>> Robert

> On Mon, Dec 4, 2017 at 12:39 PM, Defango <defango@gmail.com> wrote:
>> I accept the apology. We will figure what do next

>> On Dec 4, 2017 8:19 AM, "Robert Steele" <robert.david.steele.vivas@gmail.com> wrote:
>> Happy

1
2                                THIS PAGE INTENTIONALLY BLANK
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 33

manny.

I apologize again, with no caveats. What can I do to make it right?  Will hope to hear from you.

Both Steve and Cynthia are united with you and hold me accountable for being completely wrong in this past encounter.

Very respectfully,
Robert

--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/IndieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/IndieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

--

Defango@gmail.com


--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/IndieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

--

Defango@gmail.com


--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/IndieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

--

Defango@gmail.com

# EXHIBIT E

From: **Defango TV** defango@gmail.com
Subject: Fwd: sorry!
Date: June 18, 2019 at 11:44 AM
To: truth@crowdsourcethetruth.org, dseaman@gmail.com

---------- Forwarded message ----------
From: amethetanya <atanya1111@gmail.com>
Date: Sun, Jul 2, 2017 at 8:49 AM
Subject: sorry!
To: Defango <Defango@gmail.com>

So I love Robert but he moves way to fast. I was just having lunch and talking about how viewers discern things and why you are the best one basically (let's face facts you are a good 50 IQ points > rest) I'm slammed busy with life as I'm sure you are but also with kids and a husband (that's like 3 kids) so if him deciding TOMORROW was a pain in your butt I do apologize.

I'm sitting here writing defamation cases for my husband for policemen and thinking I can in three days get you a case against Jason. I'm guessing a half a million bucks they will throw at you to just make it go away = catch it! Robert is the real deal he can go to court for you. And will. that is cool thing about him. He drove 3 hours to come see me on the farm (terrified honestly) and hung out all day, seemingly unaffected my friends showing up and doing bong hits.

I had written the most killer case against jake-crisis-actor-morphonius. I will have Nora (maccoby) send you a copy (I cant). They called her dad a child trafficker, while her whole family is in the hospital (her mom is dying). her brother is a lawyer who repped alefantis against david brock in their "divorce" but apparently HE blackmailed BROCK and is NOT a pedo??? just a fudge packer. NOT THAT THERE'S ANYTHING WRONG WITH THAT***.

Max, her brother was the one who eventually would not let her file against morphonius because his corporate overlords didn't want the publicity. the lawsuit he is waving around on his channel, I wrote that. Nora had started trying to help Robert get to trump because she lives like a few doors down from Pense's guards (I call them spear holders because he is a notorious fag) when her family came under intense fire from media matters. THE ONLY person who knew the stuff in the highly produced morphonius pieces was brock. anyways then she got in a huge fight with Robert over the pedo thing, the details of which escape me. So I was a little wary with helping Robert because I think the attack against her family was because they were trying to help him. and I still want to go after media matters, get them off youtube and get the victims of the slander paid.

anyways do contemplate suing Jason, he's likely insured. You have a great case.

TT

***totally is lots wrong with it. poop on the sheets for instance.

--

Defango@gmail.com

# EXHIBIT F

Premium
Alexandre Landry
$24.66
2018-06-01
Paid
Alice Wonderland
$1.37
$0
2017-08-31
Declined
AmaBiss
$1,500
2017-08-01
Paid
Amos Ignor
Paid
Lestat' folly amabiss - net4truth ha Goodman defango - greedy vampires money grab
438 views
LARP WARS
Lestat screw up information again because he doesn't fit his narrative. Stupid vampires gonna need to watch PayPal Refunds
11 Comments
SORT BY
Videolytics
438
0
3
0
1
37.2K
610
Up next
It Will Be Done By 2030
The Daily Briefing With Dana Perino 6/26/19 | The Daily...
Sade - Soldier Of Love (Official Music Video)
President Trump URGENT! 11AM PRESIDENT TRUMP...



**EXHIBIT G**



**EXHIBIT H**

 AT&T LTE     2:23 PM     57% 

< 15...9     2 Messages
Your July 3rd Tour     

Found in All Mail Mailbox     📁

## Robert Steele
To: George Webb

7/7/17
Details 

George, for information. A
massive law suit is about to be
filed against Jason Goodman
by a lawyer who specializes in
defamation cases. Manny is
the one who will be in front, my
case will simply be in support.
Jason is buried so deep by his
own words that we expect
Google to shut him down
completely -- close his
channel and delete all of his
videos. Since the videos
appear in all states this will be
a multi-state filing, done pro

               

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 38

**Circuit Court for** _Eastern Division Virginia_       **Case No.** _3:17-cv-601-MHL_
                     City or County

| Robert David Steele and Earth Intelligence Networ | | | | | | Jason Goodman | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Name** | | | | | | **Name** | | | | | |
| 11005 LANGTON ARMS CT | | | | **Apt.#** | VS. | 252 7th avenue | | | | 6s | |
| **Street Address** | | | | | | **Street Address** | | | | | **Apt. #** |
| OAKTON, | VA | 22124 | ( 571 ) 320-8573 | | | New York | NY | 10001 | (323 ) 744-7594 | | |
| **City** | **State** | **Zip Code** | **Area Code** | **Telephone** | | **City** | **State** | **Zip Code** | **Area Code** | **Telephone** | |
| | _Plaintiff_ | | | | | | _Defendant_ | | | | |

# CERTIFICATE OF SERVICE
## (DOMREL58)

I HEREBY CERTIFY that on this 26 day of _____June_____ , __2019__ , a copy

of the document(s) entitled     DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS

                                         **Title of Document(s)**
was/were mailed, postage prepaid to:

Susan Lutzke Holmes
_____
**Opposing Party or His/Her Attorney**

2608 Leisure Dr Unit B
_____
**Address**

Fort Collins       CO       80525
~~City~~            ~~State~~          ~~Zip~~

June 26, 2019            _____
**Date**                      **Signature**

DR58- Revised 13 February 2001

**Circuit Court for** Eastern Divistion Virginia

City or County

**Case No.** 3:17-cv-601-MHL

Robert David Steele and Earth Intelligence Networ

| Name | |
|---|---|
| 11005 LANGTON ARMS CT | |
| Street Address | Apt.# |
| OAKTON,   VA   22124   ( 571 ) 320-8573 | |
| City   State   ZipCode   Area   Telephone | |
|              Code | |
| **Plaintiff** | |

**VS.**

Jason Goodman

| Name | |
|---|---|
| 252 7th avenue | 6s |
| Street Address | Apt. # |
| New York   NY   10001   ( 323 ) 744-7594 | |
| City   State   ZipCode   Area   Telephone | |
|              Code | |
| **Defendant** | |

## CERTIFICATE OF SERVICE
### (DOMREL58)

I HEREBY CERTIFY that on this 2 6 day of _June_____ , 2019 , a copy
of the document(s) entitled  DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS

Title of Document(s)
was/were mailed, postage prepaid to:

Steven S Biss

Opposing Party or His/Her Attorney

300 West Main Street Suite 102

Address

Charlottesville   VA   22903
City   State   Zip

June 26, 2019
Date                    Signature

Page 1 of 1

DR58- Revised 13 February 2001

**Circuit Court for** Eastern Division Virginia _____  Case No. 3:17-cv-601-MHL
City or County

Robert David Steele and Earth Intelligence Networ

Name

11005 LANGTON ARMS CT
Street Address                                   Apt.#

OAKTON,          VA    22124    ( 571 ) 320-8573
City              State   Zip Code   Area   Telephone
                                      Code

*Plaintiff*

VS.

Jason Goodman

Name

252 7th avenue                                    6s
Street Address                                   Apt.#

New York        NY    10001    (323 ) 744-7594
City              State   Zip Code   Area   Telephone
                                      Code

*Defendant*

# CERTIFICATE OF SERVICE
## (DOMREL58)

I HEREBY CERTIFY that on this 26 day of _June_ _____ , 2019 , a copy

of the document(s) entitled ___ DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS

**Title of Document(s)**

was/were mailed, postage prepaid to:

D. George Sweigert

Opposing Party or His/Her Attorney

PO Box 152

Address

Mesa              AZ          85211
City               State          Zip

June 26, 2019
Date                          Signature

Page 1 of 1

DR58- Revised 13 February 2001

**Circuit Court for** Eastern Division Virginia _____   **Case No.** 3:17-cv-601-MHL

City or County

Robert David Steele and Earth Intelligence Networ

Name

11005 LANGTON ARMS CT

Street Address                                          Apt.#

OAKTON,          VA    22124    ( 571) 320-8573

City              State   ZipCode   Area   Telephone
                                    Code

**Plaintiff**

VS.

Jason Goodman

Name

252 7th avenue

Street Address                                          6s

New York       NY    10001    (323 ) 744-7594

City           State  ZipCode  Area   Telephone
                               Code

**Defendant**

## CERTIFICATE OF SERVICE
### (DOMREL58)

I HEREBY CERTIFY that on this 26 day of ____June_____ , 2019 , a copy

of the document(s) entitled   DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS

                                                **Title of Document(s)**

was/were mailed, postage prepaid to:

Terry Frank Kaufman & Canoles

Opposing Party or His/Her Attorney

1021 E. Cary Street, 14th Floor

Address

Richmond                    VA              23219

City                        State           Zip

June 26, 2019

Date                    Signature

DR58- Revised 13 February 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
_____ DIVISION

ROBERT DAVID STEELE, et al.,
_____
                    Plaintiff(s),

         v.

JASON GOODMAN, et al.,                    Civil Action Number: 3:17-cv-00601-MHL
_____                                 _____
                    Defendant(s).

# LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of__**   DEFENDANT'S RESPONSE TO
                                                                     PLAINTIFF'S MOTION FOR RULE
                                                                     11 SANCTIONS
JASON GOODMAN
Name of *Pro Se* Party (Print or Type)

Signature of *Pro Se* Party

Executed on: _June 26 2019_ _____ (Date)

                              **OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.

_____                    **(Title of Document)**
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)