IN THE UNITED STATES DISTRICT COURT

FILED

IN - 8 2019

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS |
| JASON GOODMAN, et al., | |
| Defendant | |

## DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS

Comes now, Defendant Goodman, Pro Se, with this amended response to Plaintiff's motion for Rule 11 sanctions. This amendment is intended to clarify points raised in Plaintiff's reply and address new information that has come to light since the filing of the initial response to Plaintiff's motion for rule 11 sanctions. Additional evidence of the alleged conspiracy, including strong evidence from multiple unrelated third parties has come to light indicating that counsel for Plaintiff and his wife Tanya Cornwell have directly engaged in barratry, a violation of Virginia State Law § 18.2-45 by aggressively and repeatedly enticing individuals to bring suit against Defendant and others based on false claims. It is Defendant's belief that counsel for Plaintiff engages in barratry as a matter of regular practice and has done the same in the case of Devin Nunes v Twitter et al. Further evidence of additional inappropriate action has come to light and will be described in this pleading.

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 1

# FACTUAL BACKGROUND

1. Plaintiff's Motion for rule 11 sanctions begins asserting the Defendant had "made a fool of himself". This is a statement of opinion and sets an unprofessional, insulting tone for the motion and is an entirely provocative act. It is Defendant's belief this was calculated to elicit the response it got. Plaintiff is suborning behavior he considers sanctionable.

2. According to Merriam-Webster.com the historic, clinical definition of an "idiot" is someone whose "mental development never exceeds that of a normal child". To describe a public figure who proclaims NASA has enslaved children on Mars as an idiot is a clearly understood matter of opinion and although it may hurt Plaintiff's feelings, this and similar statements are protected first amendment speech.

3. Plaintiff has publicly stated, without evidence, *"we actually believe that there is a colony on Mars that is populated by children who were kidnapped and sent into space on a 20 year ride. So that once they get to Mars, they have no alternative but to be slaves on the Mars colony."* This has been previously cited as evidence in this legal matter and reprinted in newspapers and websites around the country. While this might be a statement one could expect a normal, as yet uneducated, or otherwise fanciful child to make, it is not something we would reasonably expect a well-adjusted adult to say, particularly not in a public forum on a broadcast to millions. It remains Defendant's belief that only a person with no ability to differentiate fact from fantasy, possibly with severe mental illness or otherwise defined as a real idiot would make such a statement.

4. Plaintiff and his attorney have acted in a manner which relies on intimidation, threats and initiation of legal action as a method of attack and to achieve political goals rather than seeking relief for real damages. In a video interview with social media personality David

Seaman, Plaintiff clearly articulates this intention (https://vimeo.com/335290980) stating *"We are going to take down YouTube and Google and Facebook and Twitter and Amazon and Wikipedia and Meetup and then they are all going to pay millions and millions and millions and millions of dollars because I am going to personally do my very best to inspire with a legal summit ten thousand lawsuits..."* Plaintiff has been doing his best to make good on his promise to waste court resources and tax payer money fighting his own political battles with the civil court system. Biss now represents Congressman Devin Nunes in a series of lawsuits that have been universally derided as baseless attacks on journalism and the first amendment and almost certain to fail on their lack of merits. Biss employs the same overreaching tactics demanding years of tax returns and unnecessary documents via discovery which seem intended to reveal information about opponents to be used against them. (https://www.fresnobee.com/news/local/article231932983.html) Defendant maintains the relevance of the Biss / Nunes relationship is a matter of interest in this instant legal action as it serves as another potential piece of evidence of barratry. A defamation case against Twitter for online comments posted by fictional characters (in this case @nunescow and @nunesmom) has virtually no chance of surviving CDA 230 and any legitimate lawyer should know this and advise their client. The fact that Nunes is in the unique position to introduce legislation that could modernize CDA 230 makes this a particularly egregious case. Nunes could have been more effective in seeking a remedy with such an approach and is an option a non- congressman would not have.

5. On July 4, 2019 David Seaman published a series of videos indicating that he had been represented by Steven S. Biss in a civil suit. The videos are currently on line in their original format at (https://dlive.tv/p/dlive-29724283+jJh1VmSZg) and have been

downloaded and preserved by Defendant. **(EXHIBIT A)** In the video, Seaman clearly states "Robert Steele is the one who recommended me to use Biss I had no idea who Biss was and I was going to lunch with Robert Steele shortly after I relocated to DC getting lunch with him where he just emphatically just drilled in drilled in to me that I should get this guy as a lawyer." Seaman has determined that ultimately Biss was not his advocate, but rather sabotaged his case by failing to properly serve his client's needs. Seaman indicates that he believes this was done by Biss to SABOTAGE SEAMAN'S CAREER AS A JOURNALIST. Going after journalists who report unfavorably to his interests has become a pattern and practice for Biss. According to Seaman, Biss abandoned him eight days before his court appearance and instructed Seaman to appear in court Pro Se. Seaman states his belief this was done to expose him to potential sanctions and other confounding matters of legal process as a Pro Se. This also appears to be a standard operating procedure for Biss. Seaman goes on to play an unsolicited voice message from Biss' wife Tanya Cornwell urging him to get in touch with her but warning to remain secretive about her call. Seaman is demanding a refund of his fifteen thousand-dollar ($15,000) retainer and alleges that Biss, Plaintiff and Cornwell conspired to deceive him. This is substantially the same allegation being made by Defendant and further speaks to the relevance of the facts related to Devin Nunes. It remains Defendant's belief, based on information from a real journalistic source, that the pattern and practice demonstrated by Plaintiff, Biss and their associates, Plaintiff convinced Nunes to seek representation by Biss. The current state of Nunes' suit against Twitter et al, as well as the tremendously negative publicity Nunes has received are consistent with claims made by Seaman, that

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 4

Biss' actual goal in representing some clients is to sabotage their case and their public reputation while simultaneously bilking them for huge sums of money.

6. Defendant does not have any relationship with Seaman and has met him only once at a public event in Washington D.C., on or around March 2017, where they spoke for approximately five minutes. Seaman has come to these conclusions independently.

7. On or about June 18, 2019, Manuel Chavez III contacted Defendant and began sharing testimony and email evidence of his relationship and communications with Steven S. Biss and his wife Tanya Cornwell. In these emails, both Cornwell and Biss are persistent in their encouragement of Chavez to sue Goodman based on claims similar to this instant legal action. It is Defendant's belief this violates Virginia State Law Title 18.2. Chapter 10. Crimes Against the Administration of Justice » Article 4. Barratry » § 18.2-451.

8. Counsel for Plaintiff is in a regular practice of attempting to overwhelm opponents with inappropriate legal action and huge unfounded financial demands for claimed damages. It is Defendant's belief that this is intended to intimidate opponents into submission, very likely through settlement or to otherwise break the financial back of an opponent by forcing them to retain counsel. Defendant has thwarted this by responding pro se and now it seemingly appears the often-censured attorney Biss seeks to confound the Defendant with elements of legal process and by failing to adhere to the most significant rules of procedure, most recently in his improper scheduling of 26f conference. Biss sent a confirmation email to jasongoodman72@protonmail.com. This is NOT an email address provided by Defendant. This is NOT Defendant's email address of record with regard to this or any other matter. This is NOT an email address Defendant has ever communicated with Biss through. This is NOT an email address Defendant has access to.

When no response was received to Biss' request for confirmation, no further attempts were made to confirm the scheduled time with Goodman. Biss proceeded in bad faith, knowing Goodman had never specifically said he would be available on the date and time requested, and Goodman was in fact, not available to confer at the inappropriately scheduled time. It is Defendant's belief that this was done purposefully in an attempt to "get ahead" of Defendant with time consuming legal process which might overwhelm and deadlines, resulting in default or some other advantage for Plaintiff.

9. Biss was sanctioned by a three judge panel on November 20, 2008 for his role in a "corporate and securities matter, in which he violated professional rules that govern competence, scope of representation" and engaged in "misconduct that involves **DELIBERATELY WRONGFUL ACTS** [emphasis added] that reflect adversely on his fitness to practice." This stern censure speaks directly to Biss' conduct in this instant lawsuit. Defendant directly questions Biss' fitness to practice law or even abide by it.

10. During the one year period of suspension resulting from the above referenced matter, Biss again disregarded the law, orders of the court and any semblance of ethics by continuing "to negotiate with an insurance company on behalf of a client in a personal injury matter." For this violation, Biss was sanctioned another 30 days, and the court found this to be "misconduct that reflects adversely on the lawyer's fitness to practice"

11. On October 18, 2010, the Virginia State Bar Disciplinary Board issued a public reprimand to Biss for violating a professional rule that governs conflict of interest involving a former client. This was an agreed disposition of misconduct charges.

12. On July 24, 2017 in a matter brought by the New York State Department of Environmental Conservation, Stephen Scott Biss and his corporation BissCo Holding,

INC. were found to have committed violations of Articles 17 and 27 of the Environmental Conservation Law of the State of New York and Title 6 of the Official Compilation of Codes, Rules and Regulations of the State of New York (6 NYCRR) Parts 360, 372, 374, 612, 613, and 614. A civil penalty of one hundred twenty-two thousand two hundred fifty dollars ($122,250) was assessed against Biss and BissCo jointly and severally. It remains unclear if Stephen Scott Biss and Steven Scott Biss are one in the same, aliases for an individual or alternately, two different individuals. A "simple google search" for either spelling returns results for both names. More detailed searches with alternate sites focused on background checks or family history display crossover in the results and even list "Stephen Scott Biss" as a "known alias" for Steven Scott Biss. **(EXHIBIT B)** Given the long history of documented and sanctioned frauds perpetrated by Steven Scott Biss, the Defendant was caused to believe the case in 2017 in New York involved him. Biss states this is incorrect. Defendant is unsure of the truth or falsehood of this statement and continues to investigate.

13. Defendant made a typographical error in the initial Response to Rule 11 Sanctions (ECF No. 134) accidentally spelling the name of BissCo Holding, Inc CEO Stephen Scott Biss, with a "v" instead of a "ph". The unintentional spelling error is noted and has been corrected in this amended response. The remarkably coincidental similarity in names of the BissCo CEO and counsel for the Plaintiff have led to confusion. The allegedly inaccurate accusation was refuted by council for Plaintiff Biss in section B of Plaintiff's Reply (ECF No. 135) titled "Goodman's Glaring Falsehood".

14. Defendant did not knowingly include a false statement in the pleading, so referring to it as such is inaccurate. Defendant has several reasons to believe Stephen Scott Biss and

Steven Scott Biss may be the same individual or Stephen Scott Biss may be a false or manipulated identity created by or otherwise known to Steven Scott Biss.

15. Defendants primary reason for presuming the accusation to be true, beyond the virtually identical names, was the pattern and practice of fraudulent behavior demonstrated throughout the career of Steven S. Biss. Biss was admonished by New York Federal Judge William H. Pauley III for his role in a twenty-one-million-dollar escrow fraud. This infraction alone is serious enough that most individuals would have gone to jail for committing such an act. Biss ignored Bar association sanctions and continued to practice law with a suspended license. These actions speak to the integrity, demeanor and general conduct of Biss, both as an unfit to practice attorney and an immoral person. They illustrate an individual who is willing to do whatever he chooses and whatever is necessary to achieve his desired outcome, irrespective of the law, the truth, facts or ethics. He has demonstrated a pattern and practice of deceptive actions characterized by dishonesty throughout his career that according to court rulings, call his fitness to practice law into question. It is Defendant's hope that this honorable court will keep these important facts in mind when considering the false and outrageous claims of Plaintiff and his totally out of control counsel.

16. Upon further examination, Defendant has discovered that BissCo Holdings CEO Stephen S. Biss cannot be located. None of four phone numbers listed on line for Stephen S Biss ring through to a subscriber, all are out of service. Neither Stephen S. Biss nor any representative of BissCo Holdings, Inc. responded to any summons or was present for court proceedings in the dispute in New York State. A phone call to the New York DEC on July 2, 2019 revealed that the lead investigator in this matter, Lieutenant Karen

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 8

Staniewsk, has since retired and cannot be contacted. Defendant was instructed by the DEC that any further information could only be obtained through FOIA request. The registered agent for BissCo Holding, Inc is James R. Davies, Esq., at 27 Pearl Street, P.O. Box 2002, Glens Falls, New York, 12801. In a telephone conversation on July 2, 2019 Davies confirmed that he was in fact the lawyer for BissCo Holding and had previously communicated with Stephen S Biss. He described him as "medium height, medium build" and "balding". While not conclusive, these descriptors might be used to identify counsel for Plaintiff. Remarkably, Davies volunteered without being prompted that he recalled some confusion related to the dual spelling of his former client's name. Davies also stated that he had not communicated with Biss for ten or more years. Davies had attempted to contact his former client in 2017 when the DEC sent summonses. Davies made a specific point, and reiterated it, that he went out of his way to locate Biss in 2017 and found it "unusual" that he was unable to reach him. It would seem the only litigant more difficult to locate than Susan Lutzke Holmes is Stephen Scott Biss. Defendant was caused to believe that this use of false identities, confusing identities or possibly manipulated identities could be a method of avoiding civil or other legal matters and there was sufficient evidence to presume the actions carried out by Stephen Scott Biss might be those of Steven Scott Biss. Defendant reiterates the allegation that Plaintiff via his counsel and / or others has conspired with Tut/Lutzke/Holmes to frustrate the Defense. The co-Defendant in question has behaved in substantially the same manner as Stephen Scott Biss, making numerous false statements, ignoring service and failing to appear. While this could be coincidental, Defendant understood this behavior to be an additional element of evidence linking the modus operandi in the two disparate matters.

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 9

17. Throughout the course of Plaintiff's solicitation of $250,000 (two hundred fifty thousand dollars) in charitable contributions to his 501(c)(3) tax exempt corporation, and even to this very day, Plaintiff claims to have written the NATO Open Source Intelligence Handbook despite adamant, credible claims to the contrary.  The retired Four-Star U.S. Army General who was in charge of the NATO Southern Atlantic Command at the time of the book's publication has declared Plaintiff's claim "ridiculous" and false.  In a telephone interview published on May 1, 2019, Kernan states with no equivocation, Plaintiff's claim of authorship is ridiculous. **(EXHIBIT C)** Defendant has no reason to doubt the General's testimony and many to doubt Plaintiff's.  Defendant remains confident in his statement that Plaintiff's claims of writing the Open Source Intelligence Handbook are false, or at least materially misleading.  Using such a false claim to entice the public to donate to a 501(c)(3) tax exempt corporation is of course charity fraud.

18. Throughout the course of his solicitation of $250,000 (two hundred fifty thousand dollars) in charitable contributions to his 501(c)(3) tax exempt corporation, Plaintiff claimed to have been "nominated" for a Nobel Peace Prize.  The only supportive evidence to substantiate this claim is a PDF document authored by Plaintiff himself, posted to his own web site ( https://robertdavidsteele.com/wp-content/uploads/2015/12/NOMINATION-FOR-THE-NOBEL-PEACE-PRIZE-Robert-David-Steele.pdf ).  Plaintiff has even suggested during this legal proceeding that Defendant should have KNOWN Defendant's own statements to be false, because according to Plaintiff the true facts are contained in this document on Plaintiff's website.  Even a cursory examination of the document's properties **(EXHIBIT D)** reveals the "nomination" was in fact written by Plaintiff himself using a nine-year-old version of

Microsoft Word and an equally antiquated revision of Adobe Acrobat. Since the start of this legal action, and Defendant's vehement public proclamations of Plaintiff's extensive fraud, Plaintiff has taken to revising his language on this particular talking point, referring to it as a "recommendation" for the Nobel prize nomination rather than an actual nomination. This change was made AFTER nearly $10,000 was contributed to Plaintiff's 501(c)(3) by members of Defendant's viewing audience and after doubts with regard to the veracity of the initial claim were raised in regard to this lawsuit. It is Defendant's belief that Plaintiff has made this revision because Plaintiff is fully aware that falsifying his credentials or falsely embellishing his resumé to entice charitable donations IS CHARITY FRAUD. No actual evidence of a Nobel Peace Prize nomination has been shown and none exists to the best of Defendant's knowledge. Defendant stands by his statements that Plaintiff is both and idiot and a fraud.

19. During a YouTube broadcast that has since been removed from the internet, Plaintiff has publicly declared that discovery in this instant legal action has informed him that Defendant is paid by Israeli Mossad, this is categorically false. The improperly scheduled 26f conference did not take place until May 2019, and no documentation has been produced as yet. Plaintiffs comments were made months prior to May 2019 and Defendant has never received any funding or any payments whatsoever from Israeli Mossad or any related entities to the best of Defendant's knowledge. This is one of the key themes propagated by various members of the conspiracy to defame Defendant.

20. As previously submitted in these proceedings, (ECF No. 78 EXHIBIT I) Intervenor Application D. George Sweigert, telephone Manuel Chavez III, making substantially the same claim, falsely stating that Defendant Goodman was paid by Black Cube

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 11

(http://www.blackcube.com) a private intelligence firm in the UK comprised of former Mossad agents and operatives, according to their own public website.

21. On or around June 2019, Manuel Chavez III voluntarily shared some of his personal emails with Defendant. Among these were messages Chavez claims are communications from Thomas Shoenberger, an individual unknown to Defendant who may in fact be highly placed in the organization of the monetized conspiracy to harass and defame Defendant Goodman. The emails from Shoenberger provide talking points for a plan to attack Defendant Goodman's reputation with false allegations claiming Goodman is an agent of Israel and / or paid by Mossad.

22. Additionally, Chavez provided communications between Plaintiff, Chavez, Thomas Shoenberger and Tanya Cornwell the wife of counsel for Plaintiff, Steven Biss. **(EXHIBIT E)** This email provides evidence that counsel for Plaintiff Biss is using his wife as a "cutout" or conduit through which he can indirectly communicate with the co-conspirators and still provide the plausible claim that "I haven't spoken with (fill in the name)". This email provides substantial evidence of the conspiracy alleged by Defendant. A transcript of a publicly broadcast multiparty phone conversation between Simpsons, Chavez, Intervenor Applicant and others has been submitted as evidence previously in this matter (ECF No. 78 EXHIBIT A).

23. Chavez provided an email between Plaintiff and Chavez in which Plaintiff admits he is in direct contact with alleged co-conspirator Tyroan Simpson, **(EXHIBIT F)** and seeks approval from Biss' wife Tanya for communicating with Simpson against Biss' instructions. It would seem Biss had advised Steele not to communicate with Simpson in an effort to hide their collaboration and provide further evidence of conspiracy.

24. In the rule 11 motion, Plaintiff has expressed incredulity at the fact that the mere filing of this legal action, in absence of a judgment, has not stopped Goodman from producing broadcasts that address Plaintiff's abuse of the legal system, Plaintiff's multiple frauds on the public and Plaintiff's ongoing efforts to harass and intimidate Goodman, Goodman's talk show guests and audience. Goodman continues to report and comment on the activities of Plaintiff and his associates as they are matters of public interest.

25. Plaintiff's motion for rule 11 sanctions against Goodman has no basis in fact or law and is yet another in a long series of intimidation tactics intended to distract Defendant from investigative journalism, derail Defendant's reporting on alleged wrongdoing by Plaintiff, and otherwise result in gaining some advantage over Defendant with regard to this legal action.

26. Goodman made statements regarding Biss' association with Congressman Devin Nunes based on information and belief that those statements were true and correct. Goodman remains consistent in that belief. A journalistic source close to Nunes told Goodman directly that Biss was recommended to Nunes by Steele. Shortly after filing the suit against Twitter, Nunes made an appearance on Fox News (https://www.youtube.com/watch?v=U1_c860YIPc) in which he repeated Plaintiff's talking points as articulated in the above referenced David Seaman interview, claiming multiple lawsuits would be filed against Twitter, Google and others. Goodman's claim was made in good faith, and Goodman believes to this day that Plaintiff either directly or indirectly recommended Biss to Nunes or otherwise played some role in connecting the two parties and / or has influence over Nunes' suit via interaction with Biss. Intervenor Applicant has made numerous public calls in now deleted YouTube broadcasts for

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 13

Congress to open an investigation into the incidents at the Port of Charleston on June 14, 2017, despite the FBI's completion of a full investigation.  Intervenor Applicant has also publicly proclaimed Devin Nunes will now be somehow compelled to act in response to this instant legal matter.  Furthermore, the Nunes/Biss Twitter lawsuit has been universally derided by legal experts on both sides of the political fence for numerous shortcomings, improprieties and obvious legal missteps.  Both Twitter and the one non-fictional co-defendant have pointed out that filing in VA state court represents possible venue shopping and / or publicity efforts but is not the appropriate venue given Nunes California residency, Twitter's primary business location and a stipulation in the Twitter EULA that all civil matters are to be adjudicated in California.  These substantial deficiencies aside, legal experts consider the action virtually guaranteed to fail given Twitter and all social media networks are currently protected by CDA 230 and suits of this nature have not succeeded since the Digital Millennium Copyright Act came into being in the late 1990s.  Any legitimate lawyer with an honest claim should be aware of this, as should any competent member of Congress.  A more sensible approach would be to advise a sitting Congressman to introduce legislation to address shortcomings in the arguably obcelete statute as Senator Josh Hawley has done, just this past week. (https://www.hawley.senate.gov/senator-hawley-introduces-legislation-amend-section-230-immunity-big-tech-companies)  Based on these facts it is Defendant's belief that Counsel for Plaintiff has an ulterior motive in representing Mr. Nunes, possibly as simple and bilking the a potentially gullible representative for money and / or publicity.  It should also be noted that the Nunes/Biss suit against Twitter contains allegations against journalists who have authored unfavorable news items about representative Nunes and

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 14

has already been amended to eliminate the false claim that specific words in a journalist's tweet where highlighted in bold type. In a recent Fox News interview, (https://www.techdirt.com/articles/20190411/15061441985/devin-nunes-admits-that-his-bogus-defamation-lawsuits-are-really-about-phishing-journalists-sources.shtml) Mr. Nunes states "I am absolutely sure that they do not want this to get to discovery so that we find out who their sources are." This statement echoes the underhanded tactics practiced by Plaintiff and his "unfit to practice" attorney. They have demonstrated a pattern and practice of threatening adversaries with discovery and then seeking outrageous overreaching document production in that process. They wield civil legal measures like a weapon and have frequently spoken about using it to get personal, sensitive or otherwise protected information from individuals who they perceive as adversaries. Plaintiff and his attorney falsely believe they can use the discovery process in a fraudulent civil legal matter to pierce the armor of the U.S. Constitution and protection of journalistic sources and the American public's right to a free press and freedom of speech.

27. Plaintiff's counsel Steven S. Biss is in the regular practice of flouting the law and encouraging frivolous and vexatious punitive legal action against unfavorable journalists in direct conflict with the first amendment right to free speech. This tactic was used against Jake Morphonios, as revealed by Morphonios' name appearing in the original complaint filed in this matter. (ECF No. 1 page 32 paragraph 26). This error reveals Biss' cut and paste approach to bringing vexatious and frivolous suits against journalists or those seeking to do legitimate investigation into the activities of the clients he represents.

28. Another email provided by Manuel Chavez III reveals not only that Biss' wife Tanya Cornwell, was actively encouraging Chavez to bring suit against Goodman (in lieu of Steele doing so) she is in fact the actual author of the Morphonios lawsuit, and therefore, conceivably at least partly due credit for authoring the original complaint in this instant legal action. **(EXHIBIT G)** In this email Cornwell goes as far as stating "I'm guessing a half a million bucks they will throw at you to just make it go away" clearly stating the intention and expectations of Plaintiff's legal team at the outset of this matter.

29. In a video posted to YouTube on June 23, 2019, Manuel Chavez III revealed that a user with the handle AMABISS had provided him with payments totaling one thousand five hundred dollars ($1,500) via Patreon on August 1, 2017 at the exact time frame the events detailed in this legal matter where taking place. **(EXHIBIT H)** Chavez has confirmed that username AMABISS is Tanya Cornwell, wife of counsel for Plaintiff Steven S. Biss.

30. Plaintiff Steele has directly and publicly interacted with George Webb Sweigert, brother of Intervenor Applicant both on video (https://www.youtube.com/watch?v=hMJoAO5QZY8) and via email as presented in ECF No. 78 Exhibt O)

31. Plaintiff Steele has directly and publicly interacted with Manuel Chavez III on several occasion including on videos still viewable on YouTube (https://www.youtube.com/watch?v=_Xtz_S0tH1g).  Plaintiff has also privately communicated with Chavez in a clandestine manner via email as revealed by Manuel Chavez earlier this week.

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 16

32. Chavez is an associate of Intervenor Applicant and has been paid by Intervenor Applicant and has received direct instructions from Intervenor Applicant. Intervenor Applicant operates a YouTube channel under the account name "Prepper Kitty Intel PKI". Many exhibits in this instant legal matter have referenced this YouTube account. YouTube username Prepper Kitty Intel has paid Chavez via YouTube Superchat **(EXHIBIT I)**

33. Intervenor Applicant has directly and publicly interacted with George Webb Sweigert, Manuel Chavez III, and Tyroan Simpson, evidence of these communications has been provided previously in these pleadings.

34. According to pleadings and public statements by Intervenor Applicant he has interacted with Susan Lutzke/Holmes privately in revealing the identity of O. Marshall Richards and other matters.

35. According to statements by Susan Lutzke/Holmes she has interacted with Intervenor Applicant privately in revealing the identity of O. Marshall Richards and other matters. (https://www.youtube.com/watch?v=WwyRPFhW-HE)

36. Counsel for Plaintiff is in a regular practice of ignoring the law, lying to courts, clients, legal adversaries and the public. In 2009, Counsel for Plaintiff had his legal license suspended by the VA State Bar Association for one year. Despite this severe measure, Biss continued to practice law in direct defiance of the order, earning an extended suspension for the transgression. Despite this, Biss continued his unscrupulous and unlawful activity. On July 24, 2017, it was determined that both Counsel for Plaintiff and a corporation owned by Counsel, Bissco Holdings, Inc ("Bissco") had violated New York State Environmental Conservation regulations. Multiple counts detailed Counsel's improper disposal of hazardous toxic waste and demonstrated Counsel for Plaintiff's total

disregard for the law, the environment and the health and safety of the general public. (https://www.dec.ny.gov/hearings/110879.html).  The New York State Department of Environmental Conservation was awarded default judgements against Steven S. Biss and Bissco In the Matter of the Alleged Violations of Articles 17 and 27 of the Environmental Conservation Law of the State of New York and Title 6 of the Official Compilation of Codes, Rules and Regulations of the State of New York (6 NYCRR) Parts 360, 372, 374, 612, 613, and 614.  Biss was ordered to pay a civil penalty in the amount of one hundred twenty-two thousand two hundred fifty dollars ($122,250). (DEC Case No. R5-20120627-2006)

37. Defendant Goodman has never been sanctioned, arrested, accused or charged of any crimes or legal wrongdoing, prior to the allegations of Plaintiff.

38. In Plaintiff's Motion for rule 11 sanctions, Plaintiff claims to have never had any communication with Intervenor Applicant, but then immediately contradicts this claim, stating he has received email communications from Intervenor Applicant.  The motion goes on to describe counsel for Plaintiff responding to Intervenor Applicant making this denial of communication and semantic maze to be navigated by anyone trying to determine if there has or has not been communication between parties and / or representatives or intermediaries.  To clarify Defendant's claim, while it is clear the alleged co-conspirators have gone out of their way to avoid direct communicaitons between certain parties, there are common connections that allow indirect communications which facilitate the alleged conspiracy and circumvent the capabilities of civil legal matters.

39. On July 7, 2017 Plaintiff sent an email communication to George Webb Sweigert, brother of Intervenor Applicant, stating "A massive law suit is about to be filed against Jason Goodman by a lawyer who specializes in defamation cases.  Manny is the one who will be in front" **(EXHIBIT J)**  Manny is Manuel Chavez III, one of the individuals who was on the multiparty video chat in which Sweigert agreed to a monetized harassment effort targeting Defendant as presented here in previous pleadings. This email was sent just three weeks after Tanya Cornwell sent the above referenced email to Manuel Chavez III encouraging him to sue Defendant Goodman. It is conceivable that Plaintiff intended to use Chavez as a "cut out" to bring the same type of legal action against Defendant Goodman, subjecting Goodman the the same legal jeapordy and assumed need to hire counsel and subsequent financial ruin, without subjecting himself to the risk of fines for legal fees or other sanctions.  It now seems Chavez' sense of self-preservation prevented him from complying with this plan and may have led to the break in the relationship, and dissention in the ranks of the conspirators.

## EGREGIOUS MISCONDUCT BY COUNSEL FOR PLAINTIFF

Thorough examination of the behavior of counsel for Plaintiff is necessary in this matter. Defendant has presented copious evidence that counsel Steven S. Biss, in addition to his long list of career spanning transgressions resulting in numerous sanctions and suspension of his law license, is in fact a co-conspirator with Plaintiff and others in this instant action and is guilty of barratry. Biss worked in coordination with his wife Tanya Cornwell, Plaintiff, Manuel Chavez III and others, engaging in inappropriate behavior leading up to and continuing through the initiation of this law suit. It is Defendant's belief that counsel for Plaintiff knowingly engaged in barratry and even utilized his wife to do so in a likely attempt to avoid implication in these acts.

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 19

# CONCLUSION

To the best of his knowledge, Defendant has made NO known false statements and has not intentionally misrepresented any facts. Defendant has not presented any known false information or entered any motions or pleadings for improper purpose, nor to harass, cause unnecessary delay, nor needlessly increase the cost of litigation. The exact opposite is in fact the truth. Plaintiff has done each of these things while Defendant has sought to end this matter as quickly and with as little disruption and wasted resources as possible. Plaintiff and his counsel are in the regular practice of instigating lawsuits based on false claims or for bad faith purposes as demonstrated by the public statements of David Seaman. For the above stated reasons, Plaintiff's motion for rule 11 sanctions should be denied, and Defendant Goodman humbly requests that the court consider sanctions against Plaintiff and Counsel Biss as well as a criminal referral to investigate allegations of conspiracy to commit barratry by Plaintiff Robert David Steele, counsel for Plaintiff Steven Scott Biss and Tanya Cornwell. The evidence presented in this pleading speaks for the facts of this matter.

Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 20

# EXHIBIT A

Transcript of David Seaman Fulcrum News Public Statements on D.Live July 4, 2019

1
00:00:02,120 --> 00:00:08,460
but I just searched for his name on

2
00:00:05,180 --> 00:00:12,269
search for his name on Justia through

3
00:00:08,460 --> 00:00:14,910
the federal court records and you know

4
00:00:12,269 --> 00:00:16,379
it's right there it's not like nobody

5
00:00:14,910 --> 00:00:18,990
sent this to me I didn't pull it out of

6
00:00:16,379 --> 00:00:21,990
a hat it's literally here's his name

7
00:00:18,990 --> 00:00:25,010
Steven Scott this here's his fucking

8
00:00:21,990 --> 00:00:29,939
name and is practicing in Arkansas in

9
00:00:25,010 --> 00:00:32,399
1998 and 1999 unless he has identical

10
00:00:29,939 --> 00:00:34,590
twin practices under the same exact name

11
00:00:32,399 --> 00:00:36,719
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 21

1   and the same state as him at that time

2   12
3   00:00:34,590 --> 00:00:40,110
    it appears that he was on the defense
4

5   13
    00:00:36,719 --> 00:00:44,129
6   team it appears he was on the defense

7   14
    00:00:40,110 --> 00:00:47,280
8   team very much so very much so for Bill

9   15
10  00:00:44,129 --> 00:00:49,649
    Clinton who he was former chief of staff
11

12  16
    00:00:47,280 --> 00:00:51,840
13  in the White House was John Podesta and

14  17
15  00:00:49,649 --> 00:00:54,600
    of course Podesta was also hired by
16

17  18
    00:00:51,840 --> 00:00:57,989
18  Hillary to run her campaign so to not

19  19
    00:00:54,600 --> 00:00:59,879
20  mention to me that his former client was

21  20
22  00:00:57,989 --> 00:01:01,890
    one of the one of the people that in a
23

24  21
    00:00:59,879 --> 00:01:04,680
25  heartbeat I would have said oh no I

26  22
27  00:01:01,890 --> 00:01:07,380
    can't use you this a lawyer can't use
28

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 22

23
00:01:04,680 --> 00:01:07,650
you as a lawyer if if this is who you

24
00:01:07,380 --> 00:01:09,780
are

25
00:01:07,650 --> 00:01:13,409
right how can I trust your judgment your

26
00:01:09,780 --> 00:01:15,780
materially compromised so this obviously

27
00:01:13,409 --> 00:01:18,299
has set me back a little bit it makes me

28
00:01:15,780 --> 00:01:19,710
believe less in the swamp I don't think

29
00:01:18,299 --> 00:01:22,049
the swamp has been drained

30
00:01:19,710 --> 00:01:24,840
I think Podesta still being free and

31
00:01:22,049 --> 00:01:26,729
Hillary's still being free and the fact

32
00:01:24,840 --> 00:01:29,130
this man's other client Timothy home

33
00:01:26,729 --> 00:01:31,380
said he won't talk about his other

34
00:01:29,130 --> 00:01:35,070
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 23

1   client Timothy home Seth where is Tim

2   35
3   00:01:31,380 --> 00:01:37,229
    ohmsett air is Tim home set uh so this
4
5   36
    00:01:35,070 --> 00:01:40,229
6   isn't right folks this Lanny Davis

7   37
    00:01:37,229 --> 00:01:42,509
8   Cepeda gate he just came in and took

9   38
10  00:01:40,229 --> 00:01:44,460
    fifteen thousand dollars my money and
11
12  39
    00:01:42,509 --> 00:01:45,899
13  what I wanted when I wanted to fire

14  40
    00:01:44,460 --> 00:01:48,810
15  months ago

16
17  41
    00:01:45,899 --> 00:01:51,180
18  disgusting Robert David Steele former

19  42
    00:01:48,810 --> 00:01:52,740
20  CIA man Robert David Steele is the one

21  43
    00:01:51,180 --> 00:01:54,960
22  who convinced me to maintain my
23
24  44
    00:01:52,740 --> 00:01:57,540
25  confidence even though I had none and

26  45
    00:01:54,960 --> 00:02:00,270
27  then it was voicemails from Steve mrs.

28  DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 24

46
00:01:57,540 --> 00:02:02,969
wife I'll play you guys one of them was

47
00:02:00,270 --> 00:02:06,030
actually voicemails and unsolicited text

48
00:02:02,969 --> 00:02:07,890
messages from Steve Biss' wife that

49
00:02:06,030 --> 00:02:09,929
convinced me to have faith in that piece

50
00:02:07,890 --> 00:02:12,619
of shit for much longer than I should

51
00:02:09,929 --> 00:02:12,619
have

52
00:02:14,690 --> 00:02:20,670
it really I threw up a little bit

53
00:02:19,320 --> 00:02:22,980
earlier because it's the done meet here

54
00:02:20,670 --> 00:02:25,500
in DC over the last year it's not right

55
00:02:22,980 --> 00:02:27,780
they have in mind for me some variation

56
00:02:25,500 --> 00:02:29,790
of what they did to Tim home set right

57
00:02:27,780 --> 00:02:32,190

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 25

1   not acceptable with Stephen Scott this

2

3   58
  00:02:29,790 --> 00:02:34,740
  and what Robert David Steele are doing

4

5   59
  00:02:32,190 --> 00:02:37,320
6   to truthers who call out criminals close

7   60
  00:02:34,740 --> 00:02:39,990
8   to the Clinton family is simply no

9

10   61
  00:02:37,320 --> 00:02:41,700
  longer acceptable not acceptable at all
11

12   62
  00:02:39,990 --> 00:02:44,760
13   and I've informed one federal agency

14   63
  00:02:41,700 --> 00:02:46,830
15   about what Stephen what Stephen visited

16

17   64
  00:02:44,760 --> 00:02:49,140
18   and I'm going to inform many many more

19   65
  00:02:46,830 --> 00:02:51,540
20   have a lot of friends here in DC believe

21

22   66
  00:02:49,140 --> 00:02:53,480
  it or not Stephen Scott BIST he couldn't
23

24   67
  00:02:51,540 --> 00:02:56,040
25   even remember if I still lived in DC

26   68
  00:02:53,480 --> 00:02:57,810
27   that's what a bad lawyer the scope so I

28   DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 26

69
00:02:56,040 --> 00:02:59,310
don't know you're still living in DC how

70
00:02:57,810 --> 00:03:01,740
do you not know where I live when you're

71
00:02:59,310 --> 00:03:03,360
filing cases for me how do you not know

72
00:03:01,740 --> 00:03:05,490
my jurisdiction to where I live I don't

73
00:03:03,360 --> 00:03:07,740
know you were still in DC okay then

74
00:03:05,490 --> 00:03:10,590
you're not paying enough attention this

75
00:03:07,740 --> 00:03:12,540
guys filed so many cases right just a

76
00:03:10,590 --> 00:03:15,270
greedy swamp creature

77
00:03:12,540 --> 00:03:17,519
greedy swamp creature but again to not

78
00:03:15,270 --> 00:03:19,709
disclose to me that he has worked for

79
00:03:17,519 --> 00:03:21,630
the Clintons and then the text me

80
00:03:19,709 --> 00:03:23,430
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 27

protects me and to try to Gaslight away

81
00:03:21,630 --> 00:03:26,280
from this this is very real just eeeh

82
00:03:23,430 --> 00:03:28,760
very real just II a document right here

83
00:03:26,280 --> 00:03:32,280
you know you can search for it yourself

84
00:03:28,760 --> 00:03:34,470
to try to Gaslight me and to say to me

85
00:03:32,280 --> 00:03:37,200
let's read the text he texted me back 10

86
00:03:34,470 --> 00:03:38,010
minutes later I texted him today at 3:40

87
00:03:37,200 --> 00:03:39,930
1 p.m.

88
00:03:38,010 --> 00:03:41,850
don't you think representing the

89
00:03:39,930 --> 00:03:44,040
Clintons in the past puts you at a

90
00:03:41,850 --> 00:03:48,660
material disadvantage in terms of being

91
00:03:44,040 --> 00:03:50,940
objective with my case the Clintons are

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 28

92
00:03:48,660 --> 00:03:53,130
pedophiles and the employers of the man

93
00:03:50,940 --> 00:03:55,530
I added John Podesta you should have

94
00:03:53,130 --> 00:03:58,470
disclosed that and so much more he

95
00:03:55,530 --> 00:03:58,980
responds ten minutes later happy fourth

96
00:03:58,470 --> 00:04:01,799
of July

97
00:03:58,980 --> 00:04:03,780
you have been fed more bad Intel I have

98
00:04:01,799 --> 00:04:05,640
never represented the Clintons he puts

99
00:04:03,780 --> 00:04:07,590
Clinton's in quotes for some reason not

100
00:04:05,640 --> 00:04:09,420
sure why I've never represented the

101
00:04:07,590 --> 00:04:11,090
Clinton sir either of them or any member

102
00:04:09,420 --> 00:04:13,739
of their family have a good day okay

103
00:04:11,090 --> 00:04:16,290
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 29

1    well I wasn't fed any Intel I literally

2    104
3    00:04:13,739 --> 00:04:17,040
     just searched for your full name on
4
5    105
     00:04:16,290 --> 00:04:19,739
6    Justia

7    106
     00:04:17,040 --> 00:04:21,989
8    and it appears to match appears to match
9
10   107
     00:04:19,739 --> 00:04:24,120
11   where you were practicing at that

12   108
     00:04:21,989 --> 00:04:25,000
13   particular moment and time and space

14   109
     00:04:24,120 --> 00:04:26,530
15   appear
16
17   110
     00:04:25,000 --> 00:04:28,450
18   to match that and unless we're it's some

19   111
     00:04:26,530 --> 00:04:30,760
20   kind of weird it's some kind of weird
21
22   112
     00:04:28,450 --> 00:04:32,980
23   multiverse which is really beyond the

24   113
     00:04:30,760 --> 00:04:34,900
25   scope of this conversation unless that's

26   114
     00:04:32,980 --> 00:04:40,980
27   the case it seems like this is where you

28   DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 30

115
00:04:34,900 --> 00:04:43,870
were in 1998 it seems very much so so

116
00:04:40,980 --> 00:04:49,150
you know this is this is highly

117
00:04:43,870 --> 00:04:50,860
problematic and then I I texted them a

118
00:04:49,150 --> 00:04:52,810
couple of more questions in no response

119
00:04:50,860 --> 00:04:54,910
so we know he got them because he

120
00:04:52,810 --> 00:04:56,830
responded to the first question no

121
00:04:54,910 --> 00:04:58,870
response to anything else I texted him

122
00:04:56,830 --> 00:05:01,870
right I said looking at a Justia

123
00:04:58,870 --> 00:05:05,380
document that says he did I is just eeeh

124
00:05:01,870 --> 00:05:07,690
fake news are you a pedophile what

125
00:05:05,380 --> 00:05:10,510
happened to Tim home Seth do you have a

126
00:05:07,690 --> 00:05:13,630

1  kickback relationship of any kind with

2
3  127
   00:05:10,510 --> 00:05:16,330
   former CIA analyst Robert Steele did you
4

5  128
   00:05:13,630 --> 00:05:18,669
6  know you had not even one legal

7  129
   00:05:16,330 --> 00:05:22,210
8  representative in New York did you know

9
10 130
   00:05:18,669 --> 00:05:25,840
   having me go before an Obama judge pro
11

12 131
   00:05:22,210 --> 00:05:27,700
13 se meaning representing myself given the

14
15 132
   00:05:25,840 --> 00:05:30,280
   wording of your lawsuit could have
16

17 133
   00:05:27,700 --> 00:05:32,830
18 exposed me to great harm why do you and

19 134
   00:05:30,280 --> 00:05:36,460
20 your wife target pedo gate journalists

21
22 135
   00:05:32,830 --> 00:05:39,760
   for destruction did you do $15,000 of
23

24 136
   00:05:36,460 --> 00:05:45,570
25 work for me so here's a voicemail from

26
27 137
   00:05:39,760 --> 00:05:45,570
   his wife January 16 of this year
28

   DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 32

138
00:06:33,240 --> 00:06:37,840
right she sounds nervous cuz the reason

139
00:06:36,310 --> 00:06:38,830
why she called me that particular moment

140
00:06:37,840 --> 00:06:41,409
is I

141
00:06:38,830 --> 00:06:43,240
and it told him I'm not happy with the

142
00:06:41,409 --> 00:06:45,009
representation and some friends of mine

143
00:06:43,240 --> 00:06:46,509
who are in the legal profession have

144
00:06:45,009 --> 00:06:48,819
told me that the way you're representing

145
00:06:46,509 --> 00:06:50,949
me is simply not good you're not giving

146
00:06:48,819 --> 00:06:53,020
me enough time you're not answering very

147
00:06:50,949 --> 00:06:54,490
basic questions that I have and you're

148
00:06:53,020 --> 00:06:56,349
not making yourself available in a

149
00:06:54,490 --> 00:06:57,970
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 33

1  timely fashion and you're making me

2  150
3  00:06:56,349 --> 00:06:59,229
   uncomfortable you're making me
4
5  151
   00:06:57,970 --> 00:07:01,840
6  uncomfortable with answers that don't

7  152
   00:06:59,229 --> 00:07:03,340
8  satisfy me and if answers that

9  153
10 00:07:01,840 --> 00:07:07,180
   contradict what you've said to me in the
11
12 154
   00:07:03,340 --> 00:07:12,129
13 recent past and so she reached out to me

14 155
15 00:07:07,180 --> 00:07:13,990
   unsolicited with that phone call isn't
16
17 156
   00:07:12,129 --> 00:07:15,819
18 that weird like why this is secretary

19 157
   00:07:13,990 --> 00:07:17,349
20 trying to be all sneaky with me am I

21 158
22 00:07:15,819 --> 00:07:17,979
   supposed to play this little game with
23
24 159
   00:07:17,349 --> 00:07:21,069
25 these people

26 160
27 00:07:17,979 --> 00:07:23,199
   I paid $15,000 I don't want his wife
28
   DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 34

161
00:07:21,069 --> 00:07:24,909
calling me oh we respect you so much

162
00:07:23,199 --> 00:07:28,690
this something off about this whole

163
00:07:24,909 --> 00:07:31,199
experience and what happened to Tim what

164
00:07:28,690 --> 00:07:31,199
happened

165
00:07:54,650 --> 00:07:57,720
[Music]

166
00:08:18,330 --> 00:08:25,199
yeah what happened to me and Robert

167
00:08:21,759 --> 00:08:28,050
David Steele is perhaps the most weird

168
00:08:25,199 --> 00:08:31,000
the most weird part of this whole a

169
00:08:28,050 --> 00:08:34,690
whole episode right so Robert Steele is

170
00:08:31,000 --> 00:08:36,430
the one who recommended me to use Biss I

171
00:08:34,690 --> 00:08:37,870
had no idea who Biss was and it was

172
00:08:36,430 --> 00:08:41,620

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 35

going to lunch with Robert Steele

173
00:08:37,870 --> 00:08:42,669
shortly after I relocated to DC getting

174
00:08:41,620 --> 00:08:45,610
lunch with him where he just

175
00:08:42,669 --> 00:08:47,140
emphatically just drilled in drilled

176
00:08:45,610 --> 00:08:50,170
into me that I should get this guy as a

177
00:08:47,140 --> 00:08:57,279
lawyer I did go after it was done to me

178
00:08:50,170 --> 00:09:00,910
and everybody so I just wanna say hi but

179
00:08:57,279 --> 00:09:02,709
I want to show some stuff on screen so

180
00:09:00,910 --> 00:09:05,440
here's what I texted Robert Steele

181
00:09:02,709 --> 00:09:10,870
here's what I texted him on Sunday June

182
00:09:05,440 --> 00:09:13,300
16th at 10:57 a.m. began June 16th of

183
00:09:10,870 --> 00:09:15,940
this year this is what I texted him

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 36

184
00:09:13,300 --> 00:09:18,790
after talking to him talking to him on

185
00:09:15,940 --> 00:09:19,180
the phone in which he started yelling at

186
00:09:18,790 --> 00:09:21,370
me

187
00:09:19,180 --> 00:09:24,070
it started yelling at me after he said

188
00:09:21,370 --> 00:09:26,529
he told me that he and Stephen Biss and

189
00:09:24,070 --> 00:09:28,660
this is almost an exact quote right even

190
00:09:26,529 --> 00:09:31,990
the curse word even the curse word he

191
00:09:28,660 --> 00:09:33,550
used as my memory serves but I don't

192
00:09:31,990 --> 00:09:36,220
remember the exact quotes this is just

193
00:09:33,550 --> 00:09:39,399
my best reconstruction of it he said

194
00:09:36,220 --> 00:09:42,070
that he and this had told home set to

195
00:09:39,399 --> 00:09:42,579

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 37

keep his fucking mouth shut until the

196
00:09:42,070 --> 00:09:44,440
trial

197
00:09:42,579 --> 00:09:47,889
he said Tim home Seth is his own worst

198
00:09:44,440 --> 00:09:49,540
enemy and and that he and this I had

199
00:09:47,889 --> 00:09:51,279
told him to keep his own fucking mouth

200
00:09:49,540 --> 00:09:53,230
shut and I found both of those

201
00:09:51,279 --> 00:09:55,149
statements concerning because some of

202
00:09:53,230 --> 00:09:57,430
the cute people in the past when they

203
00:09:55,149 --> 00:09:59,230
had psychologically attacked me they had

204
00:09:57,430 --> 00:10:00,670
said the same exact thing they had said

205
00:09:59,230 --> 00:10:02,740
just stop doing what you're doing you

206
00:10:00,670 --> 00:10:04,540
your own worst enemy stop covering this

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 38

207
00:10:02,740 --> 00:10:06,250
stuff you got it wrong and it just

208
00:10:04,540 --> 00:10:08,620
sounded so similar the wording of it

209
00:10:06,250 --> 00:10:10,660
that it sent a chill down my spine and

210
00:10:08,620 --> 00:10:14,529
then for him to start yelling at me

211
00:10:10,660 --> 00:10:16,089
after he you know slips up and says says

212
00:10:14,529 --> 00:10:17,589
that he told Tim home cept to keep his

213
00:10:16,089 --> 00:10:19,269
mouth shut I said to him why are you

214
00:10:17,589 --> 00:10:21,250
giving legal advice to Tim home Seth

215
00:10:19,269 --> 00:10:24,430
were you working in collusion with

216
00:10:21,250 --> 00:10:26,260
mystery working as a team to advise Tim

217
00:10:24,430 --> 00:10:28,120
home Seth you're not an attorney read

218
00:10:26,260 --> 00:10:30,550
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 39

1   Robert steel is not an attorney in any

2   219
3   00:10:28,120 --> 00:10:33,069
    shape or form why was he giving Tim home
4
5   220
    00:10:30,550 --> 00:10:34,540
6   Seth very sensitive legal advice it

7   221
8   00:10:33,069 --> 00:10:35,319
    appears why was he tell him to keep his
9
10  222
    00:10:34,540 --> 00:10:36,399
11  fucking mouth shut

12  223
    00:10:35,319 --> 00:10:38,290
13  maybe you should have kept his mouth

14  224
15  00:10:36,399 --> 00:10:40,360
    open maybe you should have the talking
16
17  225
    00:10:38,290 --> 00:10:43,390
18  as loud as possible right maybe Stephen

19  226
    00:10:40,360 --> 00:10:45,160
20  Biss is somebody who creeps in there and

21  227
22  00:10:43,390 --> 00:10:47,199
    tells you to keep quiet until your trial
23
24  228
    00:10:45,160 --> 00:10:49,630
25  well that's exactly the opposite of what

26  229
27  00:10:47,199 --> 00:10:51,940
    truthers truth there's a home Seth
28

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 40

230
00:10:49,630 --> 00:10:53,470
situation or in my situation the exact

231
00:10:51,940 --> 00:10:56,019
opposite of what we should be doing and

232
00:10:53,470 --> 00:10:58,329
this should have disclosed on day one

233
00:10:56,019 --> 00:10:59,560
you should have disclosed on day one

234
00:10:58,329 --> 00:11:02,920
that he's represented the Clintons

235
00:10:59,560 --> 00:11:05,320
before this is this is crazy swamp

236
00:11:02,920 --> 00:11:06,880
is crazy swap stuff so that's what

237
00:11:05,320 --> 00:11:08,860
Robert David Steele did is he started

238
00:11:06,880 --> 00:11:10,000
yelling at me and said I don't like

239
00:11:08,860 --> 00:11:11,320
where this is heading

240
00:11:10,000 --> 00:11:13,089
I don't like where this is leading and

241
00:11:11,320 --> 00:11:14,620

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 41

then hung up on me right it was the

242
00:11:13,089 --> 00:11:16,570
weirdest thing I've ever encountered

243
00:11:14,620 --> 00:11:17,889
because normally when somebody says to

244
00:11:16,570 --> 00:11:19,959
you I don't like where this is heading

245
00:11:17,889 --> 00:11:21,970
where is this heading what are you

246
00:11:19,959 --> 00:11:23,740
talking about I'm not a prosecutor right

247
00:11:21,970 --> 00:11:25,389
are you are you some scam artist or

248
00:11:23,740 --> 00:11:26,970
something that you give Tim ohmsett bunk

249
00:11:25,389 --> 00:11:30,070
advice but you're not a lawyer at all

250
00:11:26,970 --> 00:11:31,959
right like what does that mean so I sent

251
00:11:30,070 --> 00:11:33,519
him a number of texts after that weird

252
00:11:31,959 --> 00:11:35,500
conversation where again he started

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 42

253
00:11:33,519 --> 00:11:37,959
yelling at me and then hung up on me

254
00:11:35,500 --> 00:11:39,550
which law enforcement if law enforcement

255
00:11:37,959 --> 00:11:42,579
wants to pull that conversation from

256
00:11:39,550 --> 00:11:45,339
Sunday June 16th in the morning I would

257
00:11:42,579 --> 00:11:47,769
highly encourage them to do so and they

258
00:11:45,339 --> 00:11:50,620
have my phone number already so here's

259
00:11:47,769 --> 00:11:52,329
what I texted Robert Steele and I got

260
00:11:50,620 --> 00:11:55,029
read receipts on the first to you these

261
00:11:52,329 --> 00:11:57,339
read receipts and that on the last two

262
00:11:55,029 --> 00:12:00,459
it appears he blocked me because no

263
00:11:57,339 --> 00:12:03,610
delivery no delivery receipt on iMessage

264
00:12:00,459 --> 00:12:05,709
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 43

1  you know no read receipt either I so

2
3  265
   00:12:03,610 --> 00:12:07,420
4  here's what I texted I don't understand

5  266
   00:12:05,709 --> 00:12:12,130
6  why you would give legal advice to Tim

7  267
   00:12:07,420 --> 00:12:14,050
8  home Seth I don't understand why you

9  268
   00:12:12,130 --> 00:12:16,209
10 would give legal advice to Tim home Seth
11

12 269
   00:12:14,050 --> 00:12:19,870
13 nor why you referred me to Stephen Biss

14 270
   00:12:16,209 --> 00:12:22,209
15 when mr. bists has defrauded me why did
16

17 271
   00:12:19,870 --> 00:12:25,390
18 you strongly refer me to him and why the

19 272
   00:12:22,209 --> 00:12:27,670
20 mere curiosity why didn't you just hang
21

22 273
   00:12:25,390 --> 00:12:29,769
23 up on me no response right but I saw

24 274
   00:12:27,670 --> 00:12:31,240
25 Denny read it normally when you ask

26 275
   00:12:29,769 --> 00:12:33,279
27 somebody why'd you just hang up on me
28

   DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 44

276
00:12:31,240 --> 00:12:35,920
aren't I entitled to an answer the man

277
00:12:33,279 --> 00:12:37,660
who recommended me to my lawyer don't I

278
00:12:35,920 --> 00:12:39,370
deserve an answer as to why he started

279
00:12:37,660 --> 00:12:41,620
screaming at me and that hangs up on me

280
00:12:39,370 --> 00:12:44,199
this isn't a person I know well it's

281
00:12:41,620 --> 00:12:45,760
like this is some close friend this is

282
00:12:44,199 --> 00:12:47,110
some close friend who got angry at me

283
00:12:45,760 --> 00:12:49,120
this is somebody I barely even know

284
00:12:47,110 --> 00:12:52,240
whose professional colleague starts

285
00:12:49,120 --> 00:12:55,690
screaming at me and then hangs up so I

286
00:12:52,240 --> 00:12:58,420
texted him after that at 4:54 p.m. same

287
00:12:55,690 --> 00:13:02,560

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 45

1   day sorry the next day this is Monday

2   288
3   00:12:58,420 --> 00:13:04,779
    June 17th at 4:54 p.m. and I texted him
4
5   289
    00:13:02,560 --> 00:13:07,480
6   over iMessage why did you yell at me

7   290
    00:13:04,779 --> 00:13:09,250
8   yesterday then hang up on me I was just

9   291
10  00:13:07,480 --> 00:13:11,829
    asking about your relationship with
11

12  292
    00:13:09,250 --> 00:13:13,870
13  Stephen Scott this any professional

14  293
15  00:13:11,829 --> 00:13:15,080
    relationship you might have aside from
16

17  294
    00:13:13,870 --> 00:13:18,110
18  your lawsuit

19  295
20  00:13:15,080 --> 00:13:20,420
    and was asking about Tim home set whom
21

22  296
    00:13:18,110 --> 00:13:23,060
23  you have apparently advised with mr.

24  297
    00:13:20,420 --> 00:13:25,580
25  bise's help question mark is that

26  298
27  00:13:23,060 --> 00:13:27,140
    correct for my records no response to

28
    DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 46

299
00:13:25,580 --> 00:13:30,350
that one but I saw that he read it on

300
00:13:27,140 --> 00:13:32,120
the same same day so I followed up and I

301
00:13:30,350 --> 00:13:34,040
said why are you silent on this

302
00:13:32,120 --> 00:13:39,740
shouldn't we be telling everyone home

303
00:13:34,040 --> 00:13:41,030
Seth needs help and then I my final text

304
00:13:39,740 --> 00:13:42,980
to him the one that was not received

305
00:13:41,030 --> 00:13:45,440
because I guess he blocked me at that

306
00:13:42,980 --> 00:13:47,630
point I said your silence as well as

307
00:13:45,440 --> 00:13:49,610
yelling at me yesterday then hanging up

308
00:13:47,630 --> 00:13:51,530
on me I just don't quite understand it

309
00:13:49,610 --> 00:13:54,230
especially when you're responsible

310
00:13:51,530 --> 00:13:57,290

1  solely for referring me to Steven Scott

2
3  311
00:13:54,230 --> 00:13:58,970
this why are you angry with me why is he
4

5  312
00:13:57,290 --> 00:14:00,800
angry with me right I should be angry at
6

7  313
00:13:58,970 --> 00:14:02,630
him wasted a year of my time by
8

9  314
00:14:00,800 --> 00:14:04,880
referring me to this lawyer and works by
10

11

12  315
00:14:02,630 --> 00:14:08,750
himself aside from his wife completely
13

14  316
00:14:04,880 --> 00:14:10,400
his own solo practice so why are you
15

16

17  317
00:14:08,750 --> 00:14:12,350
angry with me I have a few more
18

19  318
00:14:10,400 --> 00:14:13,430
questions please call at your earliest
20

21  319
00:14:12,350 --> 00:14:16,010
convenience
22

23

24  320
00:14:13,430 --> 00:14:18,650
I can also email my questions there is
25

26  321
00:14:16,010 --> 00:14:21,260
no response to that and it was not it
27

28
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 48

322
00:14:18,650 --> 00:14:23,870
appears it is not delivered because I've

323
00:14:21,260 --> 00:14:25,790
been blocked it appears so this is

324
00:14:23,870 --> 00:14:27,380
really this isn't okay folks you know to

325
00:14:25,790 --> 00:14:29,540
do this to Tim home Seth and he was a

326
00:14:27,380 --> 00:14:31,570
great newspaper reporter and to waste

327
00:14:29,540 --> 00:14:35,000
the year of my time when I was such a

328
00:14:31,570 --> 00:14:37,100
you know this was such a excited Trump

329
00:14:35,000 --> 00:14:40,100
supporter back in the day it was so

330
00:14:37,100 --> 00:14:42,470
excited to move here to DC wasn't really

331
00:14:40,100 --> 00:14:45,200
counting on a year of being worn down by

332
00:14:42,470 --> 00:14:49,760
people like this but this is not right

333
00:14:45,200 --> 00:14:52,820
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 49

1  right yeah why is he not angry about my

2  334
3  00:14:49,760 --> 00:15:00,170
   15 K being taken and I get no no
4

5  335
   00:14:52,820 --> 00:15:01,610
6  recourse and I get no justice yeah I

7  336
   00:15:00,170 --> 00:15:03,170
8  think they were trying to manipulate me

9  337
10 00:15:01,610 --> 00:15:05,750
   I had a couple of friends look at my
11

12 338
   00:15:03,170 --> 00:15:08,360
13 text with my text back and forth with

14 339
   00:15:05,750 --> 00:15:10,190
15 this and they said wow this is this is

16
17 340
   00:15:08,360 --> 00:15:12,740
18 not normal attorney-client relationship

19 341
   00:15:10,190 --> 00:15:14,180
20 and I was like really and they're like

21 342
22 00:15:12,740 --> 00:15:16,730
   yeah he's manipulating you
23

24 343
   00:15:14,180 --> 00:15:18,080
25 he's is psychologically manipulating you

26 344
27 00:15:16,730 --> 00:15:19,880
   is trying to make you feel bad
28
   DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 50

1

345
00:15:18,080 --> 00:15:21,470
shouldn't be trying to alter your

2

3

346
00:15:19,880 --> 00:15:24,680
emotions at all you should just

4

5

347
00:15:21,470 --> 00:15:27,170
represent their case you know it's

6

7

348
00:15:24,680 --> 00:15:28,329
certainly for $15,000 I'm entitled to a

8

9

10

349
00:15:27,170 --> 00:15:30,129
call back

11

12

350
00:15:28,329 --> 00:15:32,619
I'm entitled to a text message right

13

14

15

351
00:15:30,129 --> 00:15:34,059
Steven this appears it appears he lied

16

17

352
00:15:32,619 --> 00:15:37,980
to me today right we showed you that

18

19

353
00:15:34,059 --> 00:15:40,420
Justia filing you can find it right here

20

21

22

354
00:15:37,980 --> 00:15:45,119
there's his name Steven Scott this

23

24

355
00:15:40,420 --> 00:15:47,559
Steven Scopus on the defense team of

25

26

27

356
00:15:45,119 --> 00:15:51,489
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 51

28

1    Steven Scott this on the defense team

2    357
3    00:15:47,559 --> 00:15:53,529
     for William Jefferson Clinton and the

4    358
5    00:15:51,489 --> 00:15:57,459
6    place where he was practicing at that

7    359
8    00:15:53,529 --> 00:15:58,809
     point in time uh and to text me back and

9    360
10   00:15:57,459 --> 00:16:00,910
     say happy fourth of July
11

12   361
13   00:15:58,809 --> 00:16:02,739
     you've been fed more bad Intel I have

14   362
15   00:16:00,910 --> 00:16:04,360
     never represented the Clintons or either
16

17   363
     00:16:02,739 --> 00:16:07,509
18   of them or any member of their family

19   364
20   00:16:04,360 --> 00:16:09,610
     have a good day well I wasn't fed this
21

22   365
     00:16:07,509 --> 00:16:13,149
23   again I literally just searched for your

24   366
25   00:16:09,610 --> 00:16:15,989
     name on Justia and these official court

26   367
27   00:16:13,149 --> 00:16:19,389
     records come up and here you are as
28

     DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 52

368
00:16:15,989 --> 00:16:22,470
clear as day as clear as a bright sunny

369
00:16:19,389 --> 00:16:22,470
day so

370
00:16:33,130 --> 00:16:36,130
yeah

371
00:16:36,350 --> 00:16:40,740
well that's that's what I want to find

372
00:16:38,610 --> 00:16:43,290
out he's been disbarred before he was

373
00:16:40,740 --> 00:16:45,300
disbarred by Virginia for more than a

374
00:16:43,290 --> 00:16:47,490
year and I've already contacted the

375
00:16:45,300 --> 00:16:50,040
Virginia State Bar about him and I've

376
00:16:47,490 --> 00:16:52,080
contacted one federal agency and I'm

377
00:16:50,040 --> 00:16:56,040
gonna contact so many more it's just

378
00:16:52,080 --> 00:16:58,410
that the way to do things in DC you

379
00:16:56,040 --> 00:16:59,880

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 53

1  don't want to you don't want a carpetbag

2  380
3  00:16:58,410 --> 00:17:01,410
   them you know you don't want to contact
4
5  381
   00:16:59,880 --> 00:17:04,140
6  a bunch of different agencies because I

7  382
   00:17:01,410 --> 00:17:05,910
8  want to see this first agency look into

9  383
10 00:17:04,140 --> 00:17:08,190
   Steven Scott this there's a lot of
11
12 384
   00:17:05,910 --> 00:17:10,230
13 there's a lot of stuff here you know

14 385
15 00:17:08,190 --> 00:17:12,210
   this is not the way to treat another man
16
17 386
   00:17:10,230 --> 00:17:13,800
18 the way I was treated by Steven Scott

19 387
   00:17:12,210 --> 00:17:15,450
20 this as I've said before in the

21
22 388
   00:17:13,800 --> 00:17:17,130
23 newsletter I've never been treated this

24 389
   00:17:15,450 --> 00:17:18,090
25 bad by another man before in my entire

26 390
27 00:17:17,130 --> 00:17:22,230
   life
28
   DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 54

391
00:17:18,090 --> 00:17:23,610
right I mean even John Podesta he didn't

392
00:17:22,230 --> 00:17:25,320
do anything to me right didn't do

393
00:17:23,610 --> 00:17:27,600
anything to me personally I just

394
00:17:25,320 --> 00:17:29,720
stumbled across his emails and this is a

395
00:17:27,600 --> 00:17:32,310
guy who personally took my money and

396
00:17:29,720 --> 00:17:34,050
personally wasted a year of my time and

397
00:17:32,310 --> 00:17:35,940
may have been leading me to the

398
00:17:34,050 --> 00:17:38,730
slaughter right may have been leading me

399
00:17:35,940 --> 00:17:40,920
to a fate a very similar to what

400
00:17:38,730 --> 00:17:42,990
happened at Tim home Seth and I can read

401
00:17:40,920 --> 00:17:45,570
to you guys with a former judge emailed

402
00:17:42,990 --> 00:17:48,060
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 55

1    me a friend of ours friend of ours who's

2    403
3    00:17:45,570 --> 00:17:51,690
     a former judge if I can find it I'll

4    404
5    00:17:48,060 --> 00:17:53,790
6    read it for you guys I did demand a

7    405
8    00:17:51,690 --> 00:17:55,320
     refund and he refused to give one he

9    406
10   00:17:53,790 --> 00:17:57,840
11   refused to give one and it took him

12   407
13   00:17:55,320 --> 00:18:01,290
     almost the week took him almost five

14   408
15   00:17:57,840 --> 00:18:02,700
16   days to produce produce his expenses for

17   409
18   00:18:01,290 --> 00:18:04,620
     me which is weird because it should just

19   410
20   00:18:02,700 --> 00:18:06,960
     be an email away right if you have your

21   411
22   00:18:04,620 --> 00:18:08,640
23   expenses already reported somewhere you

24   412
25   00:18:06,960 --> 00:18:11,190
     should just be able to email it to me it

26   413
27   00:18:08,640 --> 00:18:12,960
     shouldn't take four or five days before

28   DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 56

414
00:18:11,190 --> 00:18:16,680
you need to produce that you know before

415
00:18:12,960 --> 00:18:20,280
you're able to produce that so I'm very

416
00:18:16,680 --> 00:18:22,820
very unhappy with the way these things

417
00:18:20,280 --> 00:18:22,820
have gone

418
00:18:46,040 --> 00:18:52,070
and multiple times he tried to drop me

419
00:18:49,460 --> 00:18:53,780
when I needed his help right he did that

420
00:18:52,070 --> 00:18:56,690
in the New York case by eight days

421
00:18:53,780 --> 00:18:58,370
before saying hey up dear gonna be goin

422
00:18:56,690 --> 00:19:01,040
pro se up in New York gonna be

423
00:18:58,370 --> 00:19:03,500
representing yourself before this Obama

424
00:19:01,040 --> 00:19:06,380
appointed judge Obama appointed federal

425
00:19:03,500 --> 00:19:08,300

1   judge and he said to me he was he was

2   426
3   00:19:06,380 --> 00:19:09,950
    kind of trying to stress me out he was

4
5   427
    00:19:08,300 --> 00:19:11,840
6   trying to stress me out on the phone to

7   428
    00:19:09,950 --> 00:19:14,360
8   me I said to him is this a bad thing

9   429
10  00:19:11,840 --> 00:19:17,000
    that she's an Obama appointee and he
11

12  430
    00:19:14,360 --> 00:19:20,090
13  said well you better hope that she hates

14  431
15  00:19:17,000 --> 00:19:22,310
    The Daily Beast better hope that she
16

17  432
    00:19:20,090 --> 00:19:24,650
18  hates The Daily Beast more than she

19  433
20  00:19:22,310 --> 00:19:26,720
    hates you and I said to him at the time
21

22  434
    00:19:24,650 --> 00:19:28,670
23  what does that mean what does that mean

24  435
    00:19:26,720 --> 00:19:30,410
25  you're my lawyer better hope she hates

26  436
27  00:19:28,670 --> 00:19:31,880
    The Daily Beast more than she hates me
28

437
00:19:30,410 --> 00:19:33,440
why would he hate me at all

438
00:19:31,880 --> 00:19:35,870
I mean I'm sorry why would she hate me

439
00:19:33,440 --> 00:19:37,760
at all for outing a potential child

440
00:19:35,870 --> 00:19:39,500
trafficker based on WikiLeaks emails

441
00:19:37,760 --> 00:19:41,450
that are very credible why would she

442
00:19:39,500 --> 00:19:43,250
hate that for filing a defamation case

443
00:19:41,450 --> 00:19:46,130
because I don't like being smeared on

444
00:19:43,250 --> 00:19:48,740
the basis of my research which is just

445
00:19:46,130 --> 00:19:50,120
reading some WikiLeaks emails why would

446
00:19:48,740 --> 00:19:53,530
why would that be the outcome why would

447
00:19:50,120 --> 00:19:53,530
I be hated and

448
00:20:12,720 --> 00:20:18,800

yeah I'm afraid I'm afraid that was the

449
00:20:15,800 --> 00:20:18,800
scenario

450
00:20:36,330 --> 00:20:42,930
all right so here's I found it sorry for

451
00:20:38,460 --> 00:20:45,360
the play this is from a friend of ours

452
00:20:42,930 --> 00:20:50,090
who's a former judge and current

453
00:20:45,360 --> 00:20:50,090
practicing attorney and he wrote to me

454
00:21:06,480 --> 00:21:09,680
can't find it more

455
00:21:16,700 --> 00:21:21,769
all right here we go I found it he said

456
00:21:19,460 --> 00:21:23,720
rule 11 is for filing or continuing with

457
00:21:21,769 --> 00:21:25,399
a lawsuit when it is frivolous the

458
00:21:23,720 --> 00:21:27,769
defendants attorneys would have sent you

459
00:21:25,399 --> 00:21:30,409
a letter as a pro se to drop the lawsuit

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 60

460
00:21:27,769 --> 00:21:32,809
in her face spines normally it would not

461
00:21:30,409 --> 00:21:35,330
apply an effect based situation but with

462
00:21:32,809 --> 00:21:37,549
an Obama judge it was the real

463
00:21:35,330 --> 00:21:39,950
possibility in my opinion what your

464
00:21:37,549 --> 00:21:43,519
lawyer did to you is disgusting if you

465
00:21:39,950 --> 00:21:44,359
pay it any money demand a full refund so

466
00:21:43,519 --> 00:21:46,309
again one more time

467
00:21:44,359 --> 00:21:49,700
this is friend of mine whose former

468
00:21:46,309 --> 00:21:52,220
judge and current attorney an attorney

469
00:21:49,700 --> 00:21:54,109
here on the East Coast a rule evidence

470
00:21:52,220 --> 00:21:56,119
for filing or continuing with a lawsuit

471
00:21:54,109 --> 00:21:57,499
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 61

1   when it is frivolous the defendants

2   472
3   00:21:56,119 --> 00:22:00,230
    attorneys would have sent you a letter

4
5   473
    00:21:57,499 --> 00:22:02,539
6   as a pro se to drop the lawsuit or face

7   474
    00:22:00,230 --> 00:22:04,759
8   fines normally it would not apply an

9
    475
10  00:22:02,539 --> 00:22:06,859
11  effect based situation but with an Obama

12  476
    00:22:04,759 --> 00:22:09,019
13  judge it was a real possibility in my

14  477
15  00:22:06,859 --> 00:22:11,629
    opinion what your lawyer did to you is
16
17  478
    00:22:09,019 --> 00:22:15,440
18  disgusting if he paid any money demand a

19  479
    00:22:11,629 --> 00:22:17,929
20  full refund and Stephen BIST also

21
22  480
    00:22:15,440 --> 00:22:19,730
23  threatened to sue me threatened to sue

24  481
    00:22:17,929 --> 00:22:22,070
25  me when I explained him that this is

26  482
27  00:22:19,730 --> 00:22:23,809
    simply not acceptable right this is not

28
    DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 62

483
00:22:22,070 --> 00:22:26,029
acceptable treatment of another human

484
00:22:23,809 --> 00:22:27,710
being and certainly when you used to

485
00:22:26,029 --> 00:22:29,330
work with the Clintons it's not

486
00:22:27,710 --> 00:22:31,070
acceptable treatment of the person he

487
00:22:29,330 --> 00:22:33,279
brought down John Podesta right there's

488
00:22:31,070 --> 00:22:41,419
a material conflict of interest here and

489
00:22:33,279 --> 00:22:44,480
it's simply unacceptable and here's

490
00:22:41,419 --> 00:22:46,190
here's the threat from Steven bish I'll

491
00:22:44,480 --> 00:22:52,129
bring it up on screen so you guys can

492
00:22:46,190 --> 00:22:53,330
see it there's his threat so this is

493
00:22:52,129 --> 00:22:55,570
what this guy meant to be just

494
00:22:53,330 --> 00:22:57,379

1  intimidating me at every step of the way

2  495
3  00:22:55,570 --> 00:22:58,820
   intimidating needed every step of the

4
   496
5  00:22:57,379 --> 00:22:59,720
6  way and if he thought that I wanted out

7  497
   00:22:58,820 --> 00:23:01,820
8  what he's done

9
   498
10 00:22:59,720 --> 00:23:03,529
11 I'm the person who outed John Podesta so

12 499
   00:23:01,820 --> 00:23:05,779
13 he's absolutely wrong I don't like

14 500
15 00:23:03,529 --> 00:23:08,090
   having $15,000 in the year of my time
16
17 501
   00:23:05,779 --> 00:23:09,919
18 wasted and being constantly stressed out

19 502
   00:23:08,090 --> 00:23:13,759
20 when now I realize that they have been

21
   503
22 00:23:09,919 --> 00:23:16,820
   theatrics theatrics between him and fat
23
24 504
   00:23:13,759 --> 00:23:19,249
25 hog Robert David Steele just to stress

26
   505
27 00:23:16,820 --> 00:23:23,869
   me out not to help me out to stress me
28
   DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 64

506
00:23:19,249 --> 00:23:26,210
out so here's what Stephen abyss texted

507
00:23:23,869 --> 00:23:28,340
me and I have copies of this with

508
00:23:26,210 --> 00:23:30,080
multiple people it's backed up all over

509
00:23:28,340 --> 00:23:30,600
the place here to put a bullet in my

510
00:23:30,080 --> 00:23:32,370
head

511
00:23:30,600 --> 00:23:34,500
it wouldn't impact the availability of

512
00:23:32,370 --> 00:23:37,700
this information at all and again I'm

513
00:23:34,500 --> 00:23:39,960
contacting everybody absolutely

514
00:23:37,700 --> 00:23:42,930
everybody just giving it time because I

515
00:23:39,960 --> 00:23:45,990
want to see if that first agency that

516
00:23:42,930 --> 00:23:48,180
first agency can do something David I

517
00:23:45,990 --> 00:23:49,080

know who you have talked to and what

518
00:23:48,180 --> 00:23:50,700
you've said

519
00:23:49,080 --> 00:23:53,010
I have voiced recordings of the

520
00:23:50,700 --> 00:23:55,140
falsehoods what a creep what does that

521
00:23:53,010 --> 00:23:57,750
even mean you fucking creep does that

522
00:23:55,140 --> 00:23:59,250
mean you watch the live stream does that

523
00:23:57,750 --> 00:24:01,950
mean you used to work for the Clinton

524
00:23:59,250 --> 00:24:03,510
sin you're a fucking midget creep David

525
00:24:01,950 --> 00:24:04,260
I know who you have talked to and what

526
00:24:03,510 --> 00:24:06,740
you've said

527
00:24:04,260 --> 00:24:10,290
I have voice recordings of falsehoods

528
00:24:06,740 --> 00:24:12,480
tomorrow I will prepare invoices and

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 66

529
00:24:10,290 --> 00:24:14,550
final accountings I will count to you

530
00:24:12,480 --> 00:24:16,980
for every task performed and every

531
00:24:14,550 --> 00:24:20,150
minute of my time I assure you all time

532
00:24:16,980 --> 00:24:23,190
will be accounted for from the flat fee

533
00:24:20,150 --> 00:24:26,070
$15,000 I will deduct the actual hours

534
00:24:23,190 --> 00:24:28,530
spent on your cases and will refund any

535
00:24:26,070 --> 00:24:31,140
balance left after payment of my fees if

536
00:24:28,530 --> 00:24:34,230
there is any dispute after you review my

537
00:24:31,140 --> 00:24:37,830
final invoices and accountings I will

538
00:24:34,230 --> 00:24:40,710
see you and deposit the 15k in court

539
00:24:37,830 --> 00:24:43,650
pending a determination of what fees you

540
00:24:40,710 --> 00:24:46,110
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 67

1   owe I will not dignify your unjustified

2
3   541
    00:24:43,650 --> 00:24:48,510
4   personal attacks have a good day and

5   542
    00:24:46,110 --> 00:24:50,490
6   I've talked I've talked to friends in

7   543
    00:24:48,510 --> 00:24:51,990
8   the legal profession and every single

9
10  544
    00:24:50,490 --> 00:24:54,450
11  one of them has even told me that this

12  545
    00:24:51,990 --> 00:24:56,670
13  is bizarre right that normally attorneys

14  546
    00:24:54,450 --> 00:24:59,250
15  don't threaten to sue you when you ask

16
17  547
    00:24:56,670 --> 00:25:01,800
18  to see some breakdown of expenses right

19  548
    00:24:59,250 --> 00:25:04,140
20  I don't feel that $15,000 of work was

21
22  549
    00:25:01,800 --> 00:25:06,270
23  done and I wanted to see what it is that

24  550
    00:25:04,140 --> 00:25:07,890
25  he had done and I'm not convinced that

26
27  551
    00:25:06,270 --> 00:25:09,960
    what he sent me was satisfactory
28

    DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 68

552
00:25:07,890 --> 00:25:11,490
and I'm not convinced that the amounts

553
00:25:09,960 --> 00:25:16,020
are accurate because it seems like he's

554
00:25:11,490 --> 00:25:17,250
done very little work yeah and what's so

555
00:25:16,020 --> 00:25:18,900
bad about what he did is he told me to

556
00:25:17,250 --> 00:25:21,630
be quiet the whole time I could have

557
00:25:18,900 --> 00:25:23,850
raised hell here in DC I could have

558
00:25:21,630 --> 00:25:25,860
raised absolute hell and he told me to

559
00:25:23,850 --> 00:25:28,590
be quiet for a year now I've lost my

560
00:25:25,860 --> 00:25:30,930
audience thank God the 20 disciples are

561
00:25:28,590 --> 00:25:32,190
always here no the 20 viewers are always

562
00:25:30,930 --> 00:25:35,220
here thank you guys so much

563
00:25:32,190 --> 00:25:37,020
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 69

1   you're my extended family but you know

2   564
3   00:25:35,220 --> 00:25:39,180
    like they knocked me out I was actually
4

5   565
    00:25:37,020 --> 00:25:40,740
6   making a difference in the world we had

7   566
    00:25:39,180 --> 00:25:43,590
8   hundreds of thousands of people is

9   567
10  00:25:40,740 --> 00:25:44,160
    sending this stuff instead of 20 20 or
11

12  568
    00:25:43,590 --> 00:25:54,360
13  21

14  569
15  00:25:44,160 --> 00:25:57,480
    or 22 right that was that was sort of my
16

17  570
    00:25:54,360 --> 00:25:59,100
18  question yeah how is that not a threat

19  571
    00:25:57,480 --> 00:26:01,140
20  especially when he's an attorney when
21

22  572
    00:25:59,100 --> 00:26:02,760
23  I'm stressed out when I'm stressed out

24  573
    00:26:01,140 --> 00:26:04,200
25  he knows that I'm down to the last of my

26  574
27  00:26:02,760 --> 00:26:06,000
    resources he knows what I've been
28

    DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 70

575
00:26:04,200 --> 00:26:08,820
through more than anybody because he had

576
00:26:06,000 --> 00:26:10,680
me take him through it in detail to have

577
00:26:08,820 --> 00:26:12,750
a guy who used to work for the Clintons

578
00:26:10,680 --> 00:26:15,000
to have him pick apart everything

579
00:26:12,750 --> 00:26:16,650
everything relevant to what's been done

580
00:26:15,000 --> 00:26:18,660
to you and to give over all this

581
00:26:16,650 --> 00:26:20,850
information and then to find out that

582
00:26:18,660 --> 00:26:22,830
he's not your advocate it's like finding

583
00:26:20,850 --> 00:26:24,540
out that your therapist was a predator

584
00:26:22,830 --> 00:26:26,400
you know that's like finding out you've

585
00:26:24,540 --> 00:26:29,550
had a predatory therapist it's like hey

586
00:26:26,400 --> 00:26:32,040

this ain't this ain't okay but grateful

587
00:26:29,550 --> 00:26:33,900
grateful because what this guy has done

588
00:26:32,040 --> 00:26:35,280
to me is so bad I don't even care about

589
00:26:33,900 --> 00:26:37,320
John Podesta anymore

590
00:26:35,280 --> 00:26:39,660
Red John Podesta could walk by me on the

591
00:26:37,320 --> 00:26:42,420
sidewalk later today and I would just

592
00:26:39,660 --> 00:26:44,790
wave because he's done nothing to me

593
00:26:42,420 --> 00:26:46,890
personally in fact I probably fucked up

594
00:26:44,790 --> 00:26:49,290
his whole life he was an Illuminati

595
00:26:46,890 --> 00:26:51,180
pedalboard paradise land you know I

596
00:26:49,290 --> 00:26:52,410
probably fucked up his life by sticking

597
00:26:51,180 --> 00:26:54,420
to that story

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 72

598
00:26:52,410 --> 00:26:57,240
so Podesta's done nothing to me

599
00:26:54,420 --> 00:26:59,370
personally as far as I can tell this guy

600
00:26:57,240 --> 00:27:01,560
wasted a year of my time how do we make

601
00:26:59,370 --> 00:27:03,120
this right and again to threaten me when

602
00:27:01,560 --> 00:27:04,560
even giving back half of that money

603
00:27:03,120 --> 00:27:06,330
would have made such a difference to be

604
00:27:04,560 --> 00:27:09,930
mentally so I feel like I didn't get

605
00:27:06,330 --> 00:27:12,120
totally just fucking totally grifted you

606
00:27:09,930 --> 00:27:14,640
know it's the solo lawyer who just

607
00:27:12,120 --> 00:27:18,330
totally took advantage of me and his

608
00:27:14,640 --> 00:27:20,670
wife that number bounces by the way his

609
00:27:18,330 --> 00:27:34,980
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 73

1   wife leaving those voicemails I've tried

2   610
3   00:27:20,670 --> 00:27:38,250
    to call that number back here it's not

4
5   611
    00:27:34,980 --> 00:27:42,240
6   wild isn't that wild and then here's the

7   612
    00:27:38,250 --> 00:27:45,240
8   voicemail from Stephen Miss 1228

9   613
10  00:27:42,240 --> 00:27:47,490
    December 28th of last year that gives
11
12  614
    00:27:45,240 --> 00:27:49,350
13  you an idea of how he tried how do you

14  615
15  00:27:47,490 --> 00:27:51,240
    try to shake me up I know there's a
16
17  616
    00:27:49,350 --> 00:27:53,820
18  problem you gotta call me there's just

19  617
    00:27:51,240 --> 00:27:56,700
20  drama just drama between him and steel

21
22  618
    00:27:53,820 --> 00:27:57,250
23  trying to drive me under but now we get

24  619
    00:27:56,700 --> 00:27:59,170
25  a hundred

26  620
27  00:27:57,250 --> 00:28:01,840
    thousand times louder go to massive

28
    DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 74

621
00:27:59,170 --> 00:28:04,330
fucking pedophile Podesta's every report

622
00:28:01,840 --> 00:28:06,220
Robert David steel everywhere necessary

623
00:28:04,330 --> 00:28:08,020
until he's disbarred for life from the

624
00:28:06,220 --> 00:28:09,550
legal profession because again I've

625
00:28:08,020 --> 00:28:11,710
talked to enough people who have told me

626
00:28:09,550 --> 00:28:14,320
that this guy was predatory to me I'm

627
00:28:11,710 --> 00:28:15,670
not I'm not a little girl right now but

628
00:28:14,320 --> 00:28:17,710
enough people have told me he's been a

629
00:28:15,670 --> 00:28:39,520
predator a professional predator that

630
00:28:17,710 --> 00:28:41,230
I'm starting to believe and that that

631
00:28:39,520 --> 00:28:43,420
procedural issue by the way if I

632
00:28:41,230 --> 00:28:45,310
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 75

remember correctly was him telling me

633
00:28:43,420 --> 00:28:47,260
that Jennings Brown would have to be

634
00:28:45,310 --> 00:28:49,660
dropped as a defense did right the

635
00:28:47,260 --> 00:28:51,520
person that I wanted to sue cuz he's the

636
00:28:49,660 --> 00:28:54,040
person who wrote the article about me

637
00:28:51,520 --> 00:28:55,870
had to be dropped as a defendant this is

638
00:28:54,040 --> 00:28:57,250
that competent law fair right there oh

639
00:28:55,870 --> 00:28:58,780
we got it we gotta drop the lawsuit

640
00:28:57,250 --> 00:29:00,340
against the guy that you want to sue

641
00:28:58,780 --> 00:29:02,290
he's the guy who wrote the article

642
00:29:00,340 --> 00:29:04,450
instead we're gonna sue just the parent

643
00:29:02,290 --> 00:29:06,760
company just the company that owns the

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 76

644
00:29:04,450 --> 00:29:07,930
Daily Beast and The Daily Beast okay

645
00:29:06,760 --> 00:29:09,970
well don't you know that is a lawyer

646
00:29:07,930 --> 00:29:12,580
don't you know how to add somebody as

647
00:29:09,970 --> 00:29:13,920
offended and not have it be fucked up

648
00:29:12,580 --> 00:29:16,690
haven't you been doing this for decades

649
00:29:13,920 --> 00:29:19,260
you know I have it even filing lawsuits

650
00:29:16,690 --> 00:29:19,260
for that goods

651
00:29:37,830 --> 00:29:45,529
a student from 10 12:30 on Friday you

652
00:29:41,970 --> 00:29:51,299
call is necessary to talk to families

653
00:29:45,529 --> 00:29:53,610
about just some procedural issues on the

654
00:29:51,299 --> 00:29:59,580
precip you have to file today so give me

655
00:29:53,610 --> 00:30:02,009
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 77

a call when you get this message back ya

656
00:29:59,580 --> 00:30:09,360
know 20 people is correct 20 people it's

657
00:30:02,009 --> 00:30:14,369
more than enough I mean I'm seeing 156

658
00:30:09,360 --> 00:30:16,739
comments so far 156 comments so I mean

659
00:30:14,369 --> 00:30:18,389
how is it still 19 people watching you

660
00:30:16,739 --> 00:30:27,539
guys might be right might be more

661
00:30:18,389 --> 00:30:30,539
numbers than that I realize it's not

662
00:30:27,539 --> 00:30:32,730
Trump's job it's not Trump's job to look

663
00:30:30,539 --> 00:30:35,669
out for everybody who supports him and I

664
00:30:32,730 --> 00:30:38,460
realized he's not like not like the MOG

665
00:30:35,669 --> 00:30:40,470
and dad but he sort of is right he's let

666
00:30:38,460 --> 00:30:42,480
all of us go under and it would have

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 78

667
00:30:40,470 --> 00:30:44,879
taken all of a minute to cleared up this

668
00:30:42,480 --> 00:30:46,409
Podesta stuff right to clear this up to

669
00:30:44,879 --> 00:30:47,730
put that piece of shit in prison at this

670
00:30:46,409 --> 00:30:49,980
point would have taken all of a minute

671
00:30:47,730 --> 00:30:53,159
instead it's the slow and methodical

672
00:30:49,980 --> 00:30:55,080
takedown of every single one of us right

673
00:30:53,159 --> 00:30:57,210
to home Seth was one of my favorite

674
00:30:55,080 --> 00:30:59,669
people listen to you about this pedo

675
00:30:57,210 --> 00:31:05,549
gate stuff was one of my favorite people

676
00:30:59,669 --> 00:31:07,950
listened to and now he's either rotting

677
00:31:05,549 --> 00:31:10,619
in jail in Crookston Minnesota where has

678
00:31:07,950 --> 00:31:13,019
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 79

1    disappeared and you know as of just

2    679
3    00:31:10,619 --> 00:31:15,809
     earlier today Stephen Scott Busse is
4
5    680
     00:31:13,019 --> 00:31:17,970
6    still not answering my extremely simply

7    681
     00:31:15,809 --> 00:31:19,649
8    worded question I'm not trying to be

9    682
10   00:31:17,970 --> 00:31:21,960
     complicated not trying to be a Riddler
11
12   683
     00:31:19,649 --> 00:31:25,200
13   like cumin on a very simple question

14   684
15   00:31:21,960 --> 00:31:28,489
     what happened to Tim home Seth why can't
16
17   685
     00:31:25,200 --> 00:31:28,489
18   he answer that question

19   686
     00:31:45,550 --> 00:31:51,620
20   yeah I mean now you guys understand more

21   687
22   00:31:48,200 --> 00:31:54,350
     why I retired as I figured out how deep
23
24   688
     00:31:51,620 --> 00:31:56,780
25   this is I don't know if I want to be in

26   689
27   00:31:54,350 --> 00:31:58,250
     DC anymore I don't even know if I want
28
     DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 80

690
00:31:56,780 --> 00:32:01,160
to be in America anymore all right these

691
00:31:58,250 --> 00:32:02,900
people tried to put me in prison the way

692
00:32:01,160 --> 00:32:05,510
they did to Tim home set that appears

693
00:32:02,900 --> 00:32:07,970
simply because I read John Podesta C

694
00:32:05,510 --> 00:32:10,460
mails and Julian Assange is rotting away

695
00:32:07,970 --> 00:32:13,160
and nobody seems to care he's in

696
00:32:10,460 --> 00:32:16,179
solitary confinement in Belmarsh and the

697
00:32:13,160 --> 00:32:18,320
UK awaiting transferred here in the US

698
00:32:16,179 --> 00:32:20,690
and it's like nobody cares anymore

699
00:32:18,320 --> 00:32:24,040
everybody's all happy with why he's so

700
00:32:20,690 --> 00:32:24,040
happy that there's no justice

701
00:32:49,330 --> 00:32:55,029

and it's it's sunny Robert Steele that

702
00:32:52,659 --> 00:32:56,379
phone conversation with him before he

703
00:32:55,029 --> 00:32:58,179
started getting nasty

704
00:32:56,379 --> 00:33:01,299
before I started getting nasty with me

705
00:32:58,179 --> 00:33:04,330
weird he tells me that I should I should

706
00:33:01,299 --> 00:33:06,580
team up with Dustin Deimos and he's like

707
00:33:04,330 --> 00:33:08,169
Dustin emotes working on hole watch

708
00:33:06,580 --> 00:33:09,039
illegal stuff to take down the

709
00:33:08,169 --> 00:33:11,499
censorship

710
00:33:09,039 --> 00:33:13,899
Dustin Deimos you mean the felon dust

711
00:33:11,499 --> 00:33:15,639
and Krieger you mean cute art felon dust

712
00:33:13,899 --> 00:33:16,720
and Krieger but I don't believe even

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 82

713
00:33:15,639 --> 00:33:19,029
voting for Trump

714
00:33:16,720 --> 00:33:20,499
Fallon Dustin Krieger you mean him the

715
00:33:19,029 --> 00:33:21,789
guy who's been reading your posts about

716
00:33:20,499 --> 00:33:23,679
me for the last year and a half

717
00:33:21,789 --> 00:33:27,429
calling me fake Mogga and evil and all

718
00:33:23,679 --> 00:33:31,090
this stuff okay to serial felon dust the

719
00:33:27,429 --> 00:33:34,570
Krieger I don't want to work with him or

720
00:33:31,090 --> 00:33:36,759
many also Robert David Steele asked me

721
00:33:34,570 --> 00:33:38,859
if I want to testify if I want to

722
00:33:36,759 --> 00:33:41,440
testify for his court case against

723
00:33:38,859 --> 00:33:43,809
Goodman no I don't want to testify if

724
00:33:41,440 --> 00:33:45,789

1   you dragged me in to testify I'm gonna

2   725
3   00:33:43,809 --> 00:33:48,129
    tell the judge and I'm gonna tell the
4
5   726
    00:33:45,789 --> 00:33:49,929
6   jury that I think you're a fat fraud I

7   727
8   00:33:48,129 --> 00:33:52,690
    think you're a fat frog who may have
9
10  728
    00:33:49,929 --> 00:33:54,609
11  never fully left the CIA and I think you

12  729
    00:33:52,690 --> 00:33:56,289
13  have a little scheme to destroy truthers

14  730
15  00:33:54,609 --> 00:33:57,999
    you don't have the resources to deal
16
17  731
    00:33:56,289 --> 00:33:59,830
18  with this shit and that's what I believe

19  732
20  00:33:57,999 --> 00:34:02,109
    that's what I truly believe at this
21
22  733
    00:33:59,830 --> 00:34:03,999
23  point in time given the information that

24  734
    00:34:02,109 --> 00:34:05,950
25  we've surfaced and so if you're to have

26  735
27  00:34:03,999 --> 00:34:08,619
    me testify in your court case Robert
28

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 84

736
00:34:05,950 --> 00:34:10,599
David Steele you fat swamp hog you

737
00:34:08,619 --> 00:34:13,960
already have me testify I don't think

738
00:34:10,599 --> 00:34:15,639
it'd work out in your favor and I think

739
00:34:13,960 --> 00:34:18,129
you're an anti-semite Robert David

740
00:34:15,639 --> 00:34:20,290
Steele your random outbursts about Jews

741
00:34:18,129 --> 00:34:22,359
and stuff I don't think testifying would

742
00:34:20,290 --> 00:34:25,270
really go in your favorite and I'm not a

743
00:34:22,359 --> 00:34:27,520
person who really cares not a person who

744
00:34:25,270 --> 00:34:30,129
cares that much when people criticize my

745
00:34:27,520 --> 00:34:32,559
my background I don't really care they

746
00:34:30,129 --> 00:34:35,559
just the whole the whole cake together

747
00:34:32,559 --> 00:34:37,869

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 85

this fat hog this fat hog go he's

748
00:34:35,559 --> 00:34:40,389
rambling about AIPAC and the Israelis

749
00:34:37,869 --> 00:34:43,030
and stuff this fat hog tried to destroy

750
00:34:40,389 --> 00:34:45,429
me it appears just because I read put us

751
00:34:43,030 --> 00:34:49,419
as emails and it appears that he also

752
00:34:45,429 --> 00:34:50,770
misled Tim home set and when when he

753
00:34:49,419 --> 00:34:53,109
says I don't like where this is leading

754
00:34:50,770 --> 00:34:54,940
and then it starts yelling at me and

755
00:34:53,109 --> 00:34:58,089
hangs up I don't like where this is

756
00:34:54,940 --> 00:35:00,250
heading what does that even mean I'm not

757
00:34:58,089 --> 00:35:01,359
a prosecutor you start freaking out on

758
00:35:00,250 --> 00:35:02,290
me and said I don't like where this is

759
00:35:01,359 --> 00:35:04,930
going

760
00:35:02,290 --> 00:35:07,750
where is this going wait a second wait a

761
00:35:04,930 --> 00:35:10,930
second here huh let me be Columbo for a

762
00:35:07,750 --> 00:35:13,660
second one more question mr. Steele are

763
00:35:10,930 --> 00:35:16,000
you referring truthers who cover Podesta

764
00:35:13,660 --> 00:35:19,720
and the Clintons to expensive

765
00:35:16,000 --> 00:35:21,910
complicated litigation with with with

766
00:35:19,720 --> 00:35:24,190
this are you referring them it's a

767
00:35:21,910 --> 00:35:26,710
complex litigation for the sole intent

768
00:35:24,190 --> 00:35:36,460
of bringing those people down simple

769
00:35:26,710 --> 00:35:39,160
question but I don't mean to seem like a

770
00:35:36,460 --> 00:35:41,140
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 87

1   snowflake retiring on you guys don't

2   771
3   00:35:39,160 --> 00:35:44,140
    mean to be a snowflake it's after
4
5   772
    00:35:41,140 --> 00:35:45,820
6   finding out that he used to you sort

7   773
    00:35:44,140 --> 00:35:46,330
8   with the Clintons I can't deal with this

9   774
10  00:35:45,820 --> 00:35:48,250
    anymore
11
12  775
    00:35:46,330 --> 00:35:50,020
13  I don't I'm done with videos just doing

14  776
15  00:35:48,250 --> 00:35:52,330
    this there's a public record of what was
16
17  777
    00:35:50,020 --> 00:35:53,740
18  done to me I'm done with this keep

19  778
    00:35:52,330 --> 00:35:55,720
20  reading the website because we're gonna

21  779
22  00:35:53,740 --> 00:35:57,880
    we're gonna keep putting articles out on
23
24  780
    00:35:55,720 --> 00:36:01,870
25  their article coming out tomorrow night

26  781
27  00:35:57,880 --> 00:36:04,060
    a new one on the homepage and as far as
28
    DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 88

782
00:36:01,870 --> 00:36:07,420
me I'm done you know this is no longer

783
00:36:04,060 --> 00:36:09,070
fun for me if I had a fear of death

784
00:36:07,420 --> 00:36:10,660
would be a little bit scary but I don't

785
00:36:09,070 --> 00:36:12,100
these peda bores I don't like what

786
00:36:10,660 --> 00:36:14,200
they've done don't like they've done

787
00:36:12,100 --> 00:36:16,270
with my country or with the political

788
00:36:14,200 --> 00:36:17,830
situation and I don't fear them even a

789
00:36:16,270 --> 00:36:19,540
little bit and if they were to come here

790
00:36:17,830 --> 00:36:24,640
and try to harm me I don't think you

791
00:36:19,540 --> 00:36:26,980
would n12 for them and I appreciate the

792
00:36:24,640 --> 00:36:27,790
support so far but I know this is where

793
00:36:26,980 --> 00:36:30,460

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 89

1    it ends for me

2    794
3    00:36:27,790 --> 00:36:32,290
     these I put my faith in this man Stephen
4
5    795
     00:36:30,460 --> 00:36:33,970
6    Scott this I put a lot of faith in him

7    796
8    00:36:32,290 --> 00:36:35,650
     that I normally would not put in the
9
     797
10   00:36:33,970 --> 00:36:38,980
11   person that I don't know that well the

12   798
     00:36:35,650 --> 00:36:40,810
13   Robert Steele and Steve this is wife

14   799
15   00:36:38,980 --> 00:36:43,570
     telling me how much they care about my
16
     800
17   00:36:40,810 --> 00:36:46,900
18   journalism I bought it hook line and

19   801
     00:36:43,570 --> 00:36:48,760
20   sinker auto hook line and sinker and I

21   802
22   00:36:46,900 --> 00:36:51,220
     was almost taken to the slaughter
23
24   803
     00:36:48,760 --> 00:36:53,470
25   thankfully some strong intuition

26   804
27   00:36:51,220 --> 00:36:56,320
     combined with a few watchful protectors
28

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 90

805
00:36:53,470 --> 00:36:57,040
it is true that not everybody in DC is

806
00:36:56,320 --> 00:36:58,900
total garbage

807
00:36:57,040 --> 00:37:03,100
because I have some watch the protectors

808
00:36:58,900 --> 00:37:06,670
who said hey this is not this is not

809
00:37:03,100 --> 00:37:08,230
adding up at all you know and thankfully

810
00:37:06,670 --> 00:37:10,030
I have those people to say you got a

811
00:37:08,230 --> 00:37:11,410
look you gotta look at the downside like

812
00:37:10,030 --> 00:37:13,570
that former judge telling me that I

813
00:37:11,410 --> 00:37:15,850
could have been hit then have been hit

814
00:37:13,570 --> 00:37:18,370
with with fines for go

815
00:37:15,850 --> 00:37:20,710
in their pro se I kiss a case this

816
00:37:18,370 --> 00:37:22,720

# EXHIBIT C

Transcript of phone interview with General William Kernan

1
00:00:00,030 --> 00:00:06,060
morning general Kernan can you hear me alright? I can yeah okay thank you

2
00:00:06,060 --> 00:00:14,969
for speaking with me yeah no problem there's a slight delay what I've

3
00:00:14,969 --> 00:00:23,519
basically got a hole in my spinal cord from parachuting and it puts blood on my

4
00:00:23,519 --> 00:00:32,820
brain and is basically robbing my my hearing but have trouble fixing this

5
00:00:32,820 --> 00:00:38,600
thing so you just have to bear with me here I'm very sorry to hear that

6
00:00:41,510 --> 00:00:45,210
well just something I got to deal with yeah

7
00:00:45,210 --> 00:00:50,789
before we begin sir do I have your permission to record the call so I can

8
00:00:50,789 --> 00:00:55,620
make a transcript that will be used as evidence in this lawsuit against me

9
00:00:55,620 --> 00:00:58,340
coming from Robert David Steele

10
00:00:58,340 --> 00:01:01,720
Yeah sure no problem

11
00:01:01,720 --> 00:01:05,060

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 103

1
okay
2
have you had an opportunity to review 12

3
00:01:05,180 --> 00:01:10,320
this document background information on Robert David Steele and the other people
4

5
13
00:01:10,320 --> 00:01:18,689
6
were going to talk about yeah I did review what you sent me today had an

7
14
00:01:18,689 --> 00:01:29,090
8
opportunity to to look through it little convoluted here is what appears to be a
9

10
15
00:01:29,090 --> 00:01:35,880
real screwy situation with this guy you know yeah so you don't recognize this
11

12
16
00:01:35,880 --> 00:01:40,020
13
individual you never worked with him in the development of the NATO open-source

14
17
00:01:40,020 --> 00:01:47,520
15
intelligence handbook as he claims
16
I do not know this guy as far as I know

17
18
00:01:47,520 --> 00:01:54,500
18
I may have run across him but I do not know Steele or any of the other people
19

19
00:01:54,509 --> 00:02:00,080
20
21
that that you sent me information on right but of course in the book the NATO

22
20
00:02:00,090 --> 00:02:04,680
23
open-source intelligence handbook you reference this open source solutions
24

25
21
00:02:04,680 --> 00:02:09,680
company as a contributor is that correct?
26

27
22
00:02:09,680 --> 00:02:20,760
28
the the pamphlet that that was done by SACLANT was a collaborative effort by
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 104

23
00:02:20,770 --> 00:02:30,390
the the SACLANT staff which of course was a multinational staff that was done

24
00:02:30,390 --> 00:02:41,560
for the the joint and multinational command that that I commanded of course

25
00:02:41,560 --> 00:02:47,620
I put the forward on it I was asked if I wrote that I did not it was a

26
00:02:47,620 --> 00:02:55,240
collaborative effort by by the SACLANT staff right and in this paragraph

27
00:02:55,240 --> 00:03:01,540
in your forward you say this publication has benefited greatly from the continued

28
00:03:01,540 --> 00:03:07,810
collaboration between my staff and the staff of open source solutions inc I

29
00:03:07,810 --> 00:03:12,880
think this is the main source of disagreement between Robert David Steele

30
00:03:12,960 --> 00:03:20,260
and the reporting that we've done he claims that he is somehow part of open

31
00:03:20,260 --> 00:03:28,520
source solutions but I'm unable to find
any information online to corroborate what he says

32
00:03:30,720 --> 00:03:38,860
well I know nothing about Steele having anything to do with writing this and I

33
00:03:38,860 --> 00:03:47,010
saw where he claimed that he wrote 85% of this I find that very hard to believe
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 105

34
00:03:47,010 --> 00:03:53,680
unquestionably we do use contractors from time to time but given the type of

35
00:03:53,680 --> 00:03:58,720
document of course I'm going back eighteen years now but given the type of

36
00:03:58,720 --> 00:04:04,600
document that that was we would have used the subject matter experts from the

37
00:04:04,600 --> 00:04:09,580
SACLANT staff to put that document together so the notion that one

38
00:04:09,580 --> 00:04:14,680
individual would have written 85% of it is not compatible with what you're

39
00:04:14,680 --> 00:04:17,380
describing right?

40
00:04:17,460 --> 00:04:24,160
oh no
I find it highly unlikely that one

41
00:04:24,360 --> 00:04:31,000
person could have written that it is too complex a document for one individual to

42
00:04:31,000 --> 00:04:35,120
have written that too many different disciplines and things like that this is

43
00:04:35,220 --> 00:04:39,300
a document over 50 pages

44
00:04:39,300 --> 00:04:42,060
I'm sorry say that again
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 106

45
00:04:42,060 --> 00:04:44,600
it's a it's a lengthy document over 50 pages and I

46
00:04:44,720 --> 00:04:49,759
presume it covers too many different subjects for one person to have written

47
00:04:49,759 --> 00:04:55,220
the whole thing that's correct
this would have been this would have

48
00:04:55,220 --> 00:05:02,330
been done by various people within the staff that had staff expertise in the

49
00:05:02,330 --> 00:05:08,660
various areas of that of that document it was like I said it would have been a

50
00:05:08,660 --> 00:05:13,460
collaborative effort it would have been staffed numerous times within the within

51
00:05:13,460 --> 00:05:20,160
the headquarters and then subsequently approved by the by the chief of staff

52
00:05:20,160 --> 00:05:27,460
before it went to me for final approval mm-hmm and do you recall speaking well

53
00:05:27,470 --> 00:05:32,060
sorry it was an email communication with this person who presented herself as Pat

54
00:05:32,060 --> 00:05:39,260
Ingraham who I believe is Susan Lutzke you remember that email exchange right?

55
00:05:39,280 --> 00:05:47,380
Yeah, I just vaguely remember that that conversation or email
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 107

1

2    56
     00:05:47,380 --> 00:05:52,340
3    I don't recall whether it was a

4    telephone conversation or an email but I

5
     57
6    00:05:52,340 --> 00:05:58,130
     was basically asked if if I wrote that and I think I told her or the same thing
7

8    58
     00:05:58,130 --> 00:06:06,500
9    that all I did was put the forward on it that this was a staff effort by by

10   59
     00:06:06,500 --> 00:06:10,460
11   SACLANT yeah
12   separately I've been in touch with Susan

13   60
     00:06:10,460 --> 00:06:14,820
14   Lutzke she's shared the email between you and
15
     61
16   00:06:14,820 --> 00:06:19,460
     her that's how I got your email address that's how you and I got in touch for
17

18   62
     00:06:19,460 --> 00:06:23,020
19   this phone call so I believe she was deceiving you there and I'm not sure

20   63
     00:06:23,020 --> 00:06:28,180
21   exactly what her purpose was but she is not Pat Ingraham
22

23   64
     00:06:29,160 --> 00:06:33,520
24   Yeah I was very surprised

25   65
     00:06:33,620 --> 00:06:42,620
26   when I got that that request from her these documents these manuals and staff
27
     66
28   00:06:42,620 --> 00:06:51,080
     DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 108

1   documents are always done as a collaborative effort by the staff you

2   67
3   00:06:51,080 --> 00:06:58,099
    know as a commander I might sign off on it to bring attention to the fact that
4

5   68
6   00:06:58,099 --> 00:07:04,580
    this is an important document and approved at at the headquarters level
7

8   69
    00:07:04,580 --> 00:07:13,130
9   but obviously it's not something that that me as the commander wrote right and

10  70
11  00:07:13,130 --> 00:07:17,900
    would you have directly interfaced with individuals who did write it or you're
12

13  71
    00:07:17,900 --> 00:07:21,820
14  just sort of overseeing it as a project?

15  72
    00:07:22,380 --> 00:07:33,560
16  right okay hang on just a minute my phone that captures your voice

17  73
18  00:07:33,560 --> 00:07:42,340
    message is being delayed but...        I can rephrase I don't know why this
19

20  74
    00:07:42,340 --> 00:07:50,500
21  individual would would indicate that he wrote this because these these type

22  75
    00:07:50,500 --> 00:07:58,140
23  manuals are always something that that is done at a staff level I see I see

24  76
25  00:07:58,160 --> 00:08:04,510
    and the third individual David George Sweigert retired US Air Force and
26

27  77
    00:08:04,510 --> 00:08:09,900
28  contract employee of various agencies have you ever seen this guy before?
    DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 109

78
00:08:11,060 --> 00:08:14,740
I don't know this individual at all

79
00:08:14,780 --> 00:08:21,100
yeah I mean I you know you've got good pictures on him and everything else

80
00:08:21,100 --> 00:08:29,150
obviously somebody that also was a defense contractor from time to time he

81
00:08:29,150 --> 00:08:33,560
could have been in the headquarters but I never I never recalled meeting him or

82
00:08:33,560 --> 00:08:40,920
seeing him
could've he had a a periodic contract

83
00:08:40,920 --> 00:08:45,660
at Booz Allen Hamilton or somebody like that working in the headquarters yes but

84
00:08:45,660 --> 00:08:50,130
I don't I don't remember ever meeting him of course I'm just trying to

85
00:08:50,130 --> 00:08:54,300
determine why these individuals would have selected this book I mean they're

86
00:08:54,300 --> 00:09:01,019
so persistent in their efforts to stop me from reporting on things their

87
00:09:01,019 --> 00:09:06,600
explanation of simply not liking my news program can't possibly be the real

88
00:09:06,600 --> 00:09:11,550
explanation for their multiple lawsuits they've brought against me and constant

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 110

89
00:09:11,560 --> 00:09:15,020
harassment and defamation
so listen General thank you very much

90
00:09:15,020 --> 00:09:18,320
for your time I think that's really all I needed to ask you I really appreciate

91
00:09:18,320 --> 00:09:25,320
you sharing that information with me and I hope you feel alright and can get

92
00:09:25,320 --> 00:09:28,000
some treatment for this condition

93
00:09:28,900 --> 00:09:32,380
yes it's always upsetting when

94
00:09:32,380 --> 00:09:38,000
people take credit for other people's work why somebody unless they're just

95
00:09:38,000 --> 00:09:46,860
trying to fatten their resume by taking credit for something like this is beyond

96
00:09:46,860 --> 00:09:52,290
me why somebody would try to take this credit but it's this is obviously a

97
00:09:52,290 --> 00:10:00,860
staff document that was worked for months and approved by a multinational

98
00:10:00,860 --> 00:10:10,380
headquarters so I it's just absolutely beyond a doubt something that the

99
00:10:10,380 --> 00:10:15,920
headquarters put together are not one
individual I understand it's too complicated a document

100
00:10:15,920 --> 00:10:20,880
yeah one last question with regard to the lawyer representing mr. Steele this

101
00:10:20,880 --> 00:10:25,680
Steven s Biss as I mentioned in the document I have reason to believe that

102
00:10:25,680 --> 00:10:30,750
Robert David Steele has put Biss in touch with the House Intelligence

103
00:10:30,750 --> 00:10:36,320
Committee ranking member Devon Nunez and has encouraged Nunez to bring a lawsuit

104
00:10:36,320 --> 00:10:42,880
against the software company social media giant Twitter and various

105
00:10:42,880 --> 00:10:49,180
co-defendants I have reason to suspect Biss is in a regular practice of

106
00:10:49,190 --> 00:10:53,380
engaging in these fraudulent lawsuits and I'm speculating when I say this but

107
00:10:53,390 --> 00:10:58,580
I believe they're targeting mr. Nunez in an effort to damage his reputation

108
00:10:58,580 --> 00:11:04,130
because I've read their lawsuit and it has virtually no hope of succeeding it

109
00:11:04,130 --> 00:11:10,700
has already served to basically be the source of ridicule for mr. Nunez who of

110
00:11:10,700 --> 00:11:15,680
course was closely associated with championing president Trump's claims of

111
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 112

00:11:15,680 --> 00:11:20,120
innocence during the time that the  Robert Mueller investigation was going on

112
00:11:20,120 --> 00:11:24,280
do you have any advice as to what i might be able to do to alert mr. Nunez

113
00:11:24,280 --> 00:11:29,240
I've tried contacting his office and no success

114
00:11:29,520 --> 00:11:31,900
that's very disappointing

115
00:11:32,800 --> 00:11:34,060
Yeah

116
00:11:36,240 --> 00:11:41,320
any any advice as to what I might be able to do do you have any contacts who

117
00:11:41,320 --> 00:11:47,360
could possibly raise an alert to mr.
Nunez as to the activities of these individuals?

118
00:11:48,200 --> 00:11:54,660
I don't the only thing that
I could possibly suggest that there

119
00:11:54,660 --> 00:12:02,960
there may be still a staff trail within SACLANT headquarters of the staffing

120
00:12:02,960 --> 00:12:08,030
of that document even though it's 18 years ago there still could be in the

121
00:12:08,030 --> 00:12:13,700
files you know those things are pretty heavily staffed within the headquarters

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 113

122
00:12:13,700 --> 00:12:21,290
and there may be something still in the files and in SACLANT the staffing of

123
00:12:21,290 --> 00:12:26,680
that document even though it was 18 years ago to show how that thing was

124
00:12:26,690 --> 00:12:34,460
ultimately approved well yeah I don't know that it would be necessary to go to

125
00:12:34,460 --> 00:12:40,100
those lengths I think your statements here definitely serve to counteract

126
00:12:40,100 --> 00:12:45,080
Robert David Steele's ridiculous claims and I definitely appreciate your time

127
00:12:45,080 --> 00:12:48,480
this morning general thank you very much

128
00:12:48,820 --> 00:12:53,280
yeah I mean it is a ridiculous claim but

129
00:12:53,580 --> 00:12:59,920
but if he's trying to take credit for it and and

130
00:12:59,930 --> 00:13:06,710
trying to use that as the defamation of character against you I mean it may be

131
00:13:06,710 --> 00:13:11,300
another another outlet for you yeah all right well I appreciate that I will

132
00:13:11,300 --> 00:13:15,000
follow up thank you very much sir have a good morning

133
00:13:15,000 --> 00:13:17,340
DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 114

okay Jason good luck to you

134
00:13:17,340 --> 00:13:19,860

take care

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 115

1

# EXHIBIT D

2

Home   Tools   122-main.pdf   138.pdf   NOMINATION FO... ×

3

Robert David Steele

4

5

## NOMINATION FOR THE NOBEL PEACE PRIZE

6

7

### Robert David Steele

8

9

*For leadership in redirecting the craft of intelligence (decision-support)*
*away from spies and secrecy enabling war and waste, toward open sources and*
*methods favorable to peace and prosperity.*

10

11

### INDEX

12

Nomination Narrative ................................................ 2
Nominee's Vision in Six Graphics ............................. 3
Nominee's Summary Biography ................................ 4
Nominee's Chronology .............................................. 7
Nominee's Selected Publications ............................... 7

13

14

15

16   109%

Document Properties

17   Description   Security   Fonts   Initial View   Custom   Advanced

18   Description

19   File:   NOMINATION-FOR-THE-NOBEL-PEACE-PRIZE-Robert-David-Steele.pdf

Title:

20   Author:   RobertSteele

Subject:

21   Keywords:

22   Created:   1/11/17, 7:36:51 PM                    Additional Metadata...

## L PEACE PRIZE

23   Modified:   1/11/17, 7:36:51 PM

Application:   Microsoft© Word 2010

24   Advanced

PDF Producer:   Microsoft© Word 2010

25   PDF Version:   1.5 (Acrobat 6.x)

Location:   Macintosh HD:Users:jasongoodman:Documents:RDS lawsuit:

26   ele   File Size:   902.46 KB (924,120 Bytes)

Page Size:   8.50 x 11.00 in        Number of Pages:   10

27   Tagged PDF:   Yes                Fast Web View:   No

28

**EXHIBIT E**

1

2

3

4    **From: Defango TV** <defango@gmail.com>        
     **Subject:** Fwd HAZMAT
     **Date:** June 18, 2019 at 11:41 AM
5       **To:** truth@crowdsourcethetruth.org, dseaman@gmail.com

6

       --------- Forwarded message ---------
       **From: Robert Steele** <robert.david.steele.vivas@gmail.com>
7      Date: Fri, Jun 30, 2017 at 9:53 PM
       Subject: Re: HAZMAT
       To: amethetanya <atanya1111@gmail.com>, Th Stg <tstger13@gmail.com>
8      Cc: Defango <Defango@gmail.com>

9      Manny, BEFORE the interview, give me a list of eleven truth tellers.  I will name them online as credible sources with you being the
       top one.

10     On Fri, Jun 30, 2017 at 9:47 PM, amethetanya <atanya1111@gmail.com> wrote:
         mango,
11         you are a very articulate voice of reason and the fact you live half your life on camera, makes it almost impossible for anyone to
         lie about you   It is hard to distinguish who is a lunatic and who is a paid who is an attention whore etc ..  the most prolific source of
         disinfo is media matters, the david brock, lyn rotheschild pipeline of horse shit  Davids seaman knows a lot about this
12     I think manny, you have a much better idea as to who is an authentic genuine than I do.  I bought into the david seaman
       is phony but realized in his interview with you, that I was totally off base
13     I would give the following people as the people I firmly believe are using their own judgement but I do want to say .  I am wrong a
       lot.  BESIDES MANNY my newscasters would be:
14
       H. A Goodman
       david T (coffee with dave)
15
       MLordandGod
16     victurus libertas

       William mount
17
       davidseaman
18
       Robert wants 12 good people, these are simply the ones I watch, I think manny is in a far better position to determine who those
19     leaders of the community are  thats my viewer preferences  manny is a part of the community, is getting attacked and knows these
       people and has outside contact with them, I am simply an observer
20     It would be cool if you took regular scheduled time to let people submit accounts they suspect to be disinfo, if they are not they can
       call in and discuss the accusations but go over all the available fact, and let the viewer decide HUMAN or HAZMAT
21
       Normal people do not attack people saying things like 'Defango is a bad bad person, I am concerned what he might do to me or my
22     family  that is just not normal.  Its also not legal.

       because of the medium we have mo means to stick a
23     'CONTAMINATED MATERIALS' label on people

       'until we finish our open source information platform we still have to try to distinguish who is honest'
24     what evidence is presented
       appeals to emotions vs intellect?
25     attacks others?
       is angered by opposition?
       grandiose conclusions. .. is this 'a huge step for the crowdsource community'?
26     Will not rationally respond to information, when facts are brought up, they will be shout, demean mock but never ever address
       scripted story lines/comments
27     professional production videos (aka morphonius)
       entertainment industry connections
       attacking discrediting others

       no person who watches 'WHO SPOOFED THE SETH RICH FILES' believes him to be authentic.  It would be easier to create a new
       platform that excludes all the rigged data commercials than to separate who is and who is not crazy or paid to be wrong  we all
       know they are toxic but we cant get rid of them.
       it has become EW tube.  we need a NEWTUBE.  You cant go back and run up a life. right now they don't have a worry in the

28

1

2

3

4  It has become EVERYONE. we need a NEW MODEL. You can't go back and on on a list, right now they can't have a worry in the
world. they do that for living. a lawsuit would create more diarrhea., at least slow the 10 posts a day. a suit against each person
who lies about others and the repeaters= the proceeds would fund the new thing with the proceeds. each fake actor will have to hire
their own legal team, pay 20k per person, where they get the money to pay their lawyers will come out in discovery= it's a trap!

5

6  WHAT TO DO TO SCARE THEM:

"anyone being harassed and stalked for speaking the truth should send a detailed account of who is cyber harassing
you to unrig? legal. if we get enough people and the right set of facts you will be included in the lawsuits we intend to file to expose
this happening. put 'crowdstalked' in subject line"  I can deal with that and write cases and get them filed if needed. this will really
hurt them.  Also strongly imply that a new youtube is being created in secret. that will drive them nuts.

7

WHAT PEOPLE CAN DO TO NOT BE PART OF THE PROBLEM
8  research. books. collect information without deciding right away and being sure. collect a lot of information.  If you talk about pi
zzagate, point to the people before you, point out the mountains of evidence that already exists.  do not repeat an internet rumor. do
not decide what is true and false based on the words of another alone. trust your gut feeling that you are being lied to but don't
9  accuse people of things with no evidence.

people are worried about George webb so they don't hear about ted gunderson paul bonacci, caradori. This is being done on a
10  scale that makes hitler look like a novice. hundreds of children go missing from DC each month. make sure they know people have
not forgotten what they are working so hard to distract us from.
Tanya
11  443 875 6091

12

13

14

15  --
#UNRIG: http://tinyurl.com/IndieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
16  Donate to Non-Profit: http://paypal.me/EarthIntel

17  --

Defango@gmail.com

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 118

# EXHIBIT F



**From: Defango TV** <defango@gmail.com>
**Subject:** Fwd: Apology again without caveats
**Date:** June 18, 2019 at 11:41 AM
**To:** truth@crowdsourcethetruth.org, dseaman@gmail.com

--------- Forwarded message ---------
From: **Robert Steele** <robert.david.steele.vivas@gmail.com>
Date: Mon, Dec 4, 2017 at 6:28 PM
Subject: Re: Apology again without caveats
To: Defango <defango@gmail.com>

should I ask Tyrcan for the access information? Steve asked me not to contact him  what's the least troubling way to "take possession" of the channel?  direct from Tyroan?

On Mon, Dec 4, 2017 at 6:27 PM, Defango <defango@gmail.com> wrote:
> In the Last month I have generated over 1k in bitcoin posting my content on steemit regularly and using the platform. I have a small channel on steemit with only the posts I have. IF you started just copy and pasting your content over to steemit and kept active you could be doing 3 times that with little to no problem. Steemit just a new platform that people are using for good and it doesn't matter if they are old articles of yours, they still will generate incoming on the platform. its the decentralized platform that your looking for, it has all the things it needed to fully design and use any open source systems. They just need to be created and connected.

On Mon, Dec 4, 2017 at 4:11 PM, Robert Steele <robert.david.steele.vivas@gmail.com> wrote:
> PLEASE calm Tanya for me. You can tell here I am your bitch now (smile)

On Mon, Dec 4, 2017 at 6:00 PM, Defango <defango@gmail.com> wrote:
> Thanks A Lot.

> I was not my intention to hurt you, but I just wanted to clear the air for many people and it seems we had good stopping point.

> Bless you for all you have done and I know things are going to be better in the future. Take some time and collect yourself because January is going to be a very busy time for all of us

> The video should be edited down and I will keep myself quite on the subject until it seems like its safe to talk about it. I'm just going all in on deflecting any negative comments from Goodman's crowd. He fell for a trap I set for him and its not looking good for him.

> You just need to start posting on steemit. Sure month one will be nothing but if you spend the next month moving over content from your website I can be honest and saying you could be generating over 7k a month and crypto.

On Mon, Dec 4, 2017 at 10:56 AM, Robert Steele <robert.david.steele.vivas@gmail.com> wrote:
> Bless you.  I fucked up and it was not at all my intention to be insulting to you.  Absolutely NOT.

> I will do whatever you wish including if you direct me, posting an apology with no caveats at the video (which you can leave up or not as you please) and doing a future live stream or not.  I am about to disappear from public view for 30 days, from Saturday.

> I will not mention the video again.  If asked by another host about it I will say I screwed up and have apologized to you three times, profusely, I was completely in the wrong in how I spoke.  Count on me to be honorable with you.

> Also, Trevor just reminded me that I had offered you the bus ride, and that is absolutely still yours if you wish.  I am waiting on Cynthia to decide about coming back to the USA.  I will do an email now cc you that puts this back on the table with her.

> On Steemit, I will follow your lead and do whatever you tell me to do.

> My heart is lighter for re-connecting with you.  It was NEVER my intent to disrespect you or your channel, I was stupid and clumsy.

> Robert

On Mon, Dec 4, 2017 at 12:39 PM, Defango <defango@gmail.com> wrote:
> I accept the apology. We will figure what do next

On Dec 4, 2017 6:18 AM, "Robert Steele" <robert.david.steele.vivas@gmail.com> wrote:
>> Manny

**DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 119**

I apologize again, with no caveats. What can I do to make it right?  Will hope to hear from you.

Both Steve and Cynthia are united with you and hold me accountable for being completely wrong in this past encounter.

Very respectfully,
Robert

--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/indieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/indieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

--
Defango@gmail.com

--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/indieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

--
Defango@gmail.com

--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/indieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

--
Defango@gmail.com

**DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 120**

# EXHIBIT G

From: **Defango TV** defango@gmail.com
Subject: Fwd: sorry!
Date: June 18, 2019 at 11:44 AM
To: truth@crowdsourcethetruth.org. dseaman@gmail.com

---------- Forwarded message ----------
From: **amethetanya** <atanya1111@gmail.com>
Date: Sun, Jul 2, 2017 at 8:49 AM
Subject: sorry!
To: Defango <Defango@gmail.com>

So I love Robert but he moves way to fast. I was just having lunch and talking about how viewers discern things and why you are the best one basically (let's face facts you are a good 50 IQ points > rest) I'm slammed busy with life as I'm sure you are but also with kids and a husband (that's like 3 kids) so if him deciding TOMORROW was a pain in your butt I do apologize.

I'm sitting here writing defamation cases for my husband for policemen and thinking I can in three days get you a case against Jason.  I'm guessing a half a million bucks they will throw at you to just make it go away = catch it!  Robert is the real deal he can go to court for you.  And will.  that is cool thing about him.  He drove 3 hours to come see me on the farm (terrified honestly) and hung out all day, seemingly unaffected my friends showing up and doing bong hits.

I had written the most killer case against jake-crisis-actor-morphonius.  I will have Nora (maccoby) send you a copy (I cant). They called her dad a child trafficker, while her whole family is in the hospital (her mom is dying)  her brother is a lawyer who repped alefantis against david brock in their "divorce" but apparently HE blackmailed BROCK and is NOT a pedo??? just a fudge packer. NOT THAT THERE'S ANYTHING WRONG WITH THAT***.

Max, her brother was the one who eventually would not let her file against morphonius because his corporate overlords didn't want the publicity.  the lawsuit he is waving around on his channel, I wrote that.   Nora had started trying to help Robert get to trump because she lives like a few doors down from Pense's guards (I call them spear holders because he is a notorious fag) when her family came under intense fire from media matters.  THE ONLY person who knew the stuff in the highly produced morphonius pieces was brock. anyways then she got in a huge fight with Robert over the pedo thing, the details of which escape me. So I was a little wary with helping Robert because I think the attack against her family was because they were trying to help him. and I still want to go after media matters, get them off youtube and get the victims of the slander paid.

anyways do contemplate suing Jason, he's likely insured. You have a great case.

TT

***totally is lots wrong with it. poop on the sheets for instance.


--

Defango@gmail.com

1

## EXHIBIT H

2



3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 122

**EXHIBIT I**



**EXHIBIT J**

●●○○○ AT&T  LTE          2:23 PM                    57% ◼▭

     2 Messages                      ∧    ∨
                    Your July 3rd Tour

Found in All Mail Mailbox                    🗁

**Robert Steele**          7/7/17       
To: George Webb           Details

George, for information.  A
massive law suit is about to be
filed against Jason Goodman
by a lawyer who specializes in
defamation cases.  Manny is
the one who will be in front, my
case will simply be in support.
Jason is buried so deep by his
own words that we expect
Google to shut him down
completely -- close his
channel and delete all of his
videos. Since the videos
appear in all states this will be
a multi-state filing, done pro

⚑        🗁        🗑        ↩        🖉

DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 124

**Circuit Court for** Eastern Divistion Virginia _____   Case No. 3:17-cv-601-MHL _____

_City or County_

Robert David Steele and Earth Intelligence Networ

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | | | | | | |

11005 LANGTON ARMS CT                                    Apt.#        **VS.**

**Street Address**

OAKTON,          VA     22124     ( 571 ) 320-8573

**City**          **State**   **ZipCode**  **Area  Telephone**
                                           **Code**

*Plaintiff*

Jason Goodman

**Name**

252 7th avenue                                      6s

**Street Address**                                         Apt.#

New York           NY     10001   (323  ) 744-7594

**City**           **State  Zip Code  Area   Telephone**
                                      **Code**

*Defendant*

# CERTIFICATE OF SERVICE

## (DOMREL58)

I HEREBY CERTIFY that on this 5 _____ day of ____July_____ , ___2019___ , a copy

of the document(s) entitled <u>DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11</u>
<u>SANCTIONS</u>

**Title of Document(s)**

was/were mailed, postage prepaid to:

Terry Frank Kaufman & Canoles
_____

**Opposing Party or His/Her Attorney**

1021 E. Cary Street, 14th Floor
_____

**Address**

Richmond                VA              23219
_____
**City**                      **State**             **Zip**

<u>  July 5, 2019  </u>            _____
**Date**                   **Signature**

Page 1 of 1                                          DR58- Revised 13 February 2001

**Circuit Court for** Eastern Division Virginia _____   **Case No.** 3:17-cv-601-MHL
                                City or County

Robert David Steele and Earth Intelligence Networ _____
**Name**                                                          **Name** Jason Goodman

11005 LANGTON ARMS CT                                **VS.**       252 7th avenue                          6s
**Street Address**                           **Apt.#**            **Street Address**                        **Apt. #**

OAKTON,        VA    22124    ( 571 ) 320-8573                    New York        NY    10001   (323 ) 744-7594
**City**        **State**  **Zip Code** **Area** **Telephone**   **City**         **State** **Zip Code** **Area**  **Telephone**
                            **Code**                                                          **Code**
        *Plaintiff*                                                      *Defendant*


# CERTIFICATE OF SERVICE
## (DOMREL58)


I HEREBY CERTIFY that on this 5_____ day of ___July_____ , __2019__ , a copy

of the document(s) entitled ____DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11
SANCTIONS_____

                                        **Title of Document(s)**
                              was/were mailed, postage prepaid to:

D. George Sweigert ·
_____
**Opposing Party or His/Her Attorney**
PO Box 152
_____
**Address**
  Mesa                    AZ              85211
**City**                  **State**       **Zip**


        __July 5, 2019__          _____
        **Date**                  **Signature**


                        Page 1 of 1

**Circuit Court for** Eastern Division Virginia _____ **Case No.** 3:17-cv-601-MHL _____

City or County

| Robert David Steele and Earth Intelligence Networ | | | | | Jason Goodman | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name** | | | | | **Name** | | | | |
| 11005 LANGTON ARMS CT | | | Apt.# | **VS.** | 252 7th avenue | | | | 6s |
| **Street Address** | | | | | **Street Address** | | | | Apt.# |
| OAKTON, | VA | 22124 | ( 571 ) 320-8573 | | New York | NY | 10001 | (323 ) 744-7594 | |
| **City** | **State** | **Zip Code** | **Area Code** **Telephone** | | **City** | **State** **Zip Code** | **Area Code** | **Telephone** | |
| | *Plaintiff* | | | | | *Defendant* | | | |

## CERTIFICATE OF SERVICE

### (DOMREL58)

I HEREBY CERTIFY that on this 5 _____ day of ____July_____ , 2019 , a copy

of the document(s) entitled DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS _____

**Title of Document(s)**

was/were mailed, postage prepaid to:

Susan Lutzke Holmes _____

**Opposing Party or His/Her Attorney**

2608 Leisure Dr Unit B _____

**Address**

Fort Collins ~~City~~        CO ~~State~~        80525 ~~Zip~~

July 5, 2019 _____
**Date**

_____
**Signature**

DR58- Revised 13 February 2001

**Circuit Court for** Eastern Division Virginia

City or County

**Case No.** 3:17-cv-601-MHL

Robert David Steele and Earth Intelligence Networ

| Name | | | | |
|---|---|---|---|---|
| 11005 LANGTON ARMS CT | | | | Apt.# |
| Street Address | | | | |
| OAKTON, | VA | 22124 | ( 571 ) 320-8573 | |
| City | State | ZipCode | Area   Telephone   Code | |

*Plaintiff*

**VS.**

Jason Goodman

| Name | | | | |
|---|---|---|---|---|
| 252 7th avenue | | | | 6s |
| Street Address | | | | Apt.# |
| New York | NY | 10001 | ( 323 ) 744-7594 | |
| City | State | ZipCode | Area   Telephone   Code | |

*Defendant*

# CERTIFICATE OF SERVICE
## (DOMREL58)

I HEREBY CERTIFY that on this 5 _____ day of July _____ , 2019 , a copy

of the document(s) entitled DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS _____

**Title of Document(s)**

was/were mailed, postage prepaid to:

Steven S Biss
_____

**Opposing Party or His/Her Attorney**

300 West Main Street Suite 102
_____

**Address**

Charlottesville          VA          22903

City                     State        Zip

July 5, 2019
_____
Date

Signature

DR58- Revised 13 February 2001

JUL - 8 2019

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

ROBERT DAVID STEELE, et al.,

      Plaintiff,

vs.

JASON GOODMAN, et al.,

      Defendant

Case No.: 3:17-cv-00601-MHL

DEFENDANT'S SWORN STATEMENT

## DEFENDANT'S SWORN STATEMENT

I hereby attest that the pleadings herein are accurate and true under penalties of perjury.

Further, I hereby attest that the attached exhibits are accurate and true copies of source

documents as described.  Video and telephone recording transcripts may contain typos due to

voice to text transcription software.  True and accurate copies of original video and audio

recordings can be provided should it please the court.

Signed this _____ day of July 2019

Defendant, Pro Se Jason Goodman

Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

DEFENDANT'S SWORN STATEMENT - 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
_____ **DIVISION**

ROBERT DAVID STEELE, et al.,
_____
Plaintiff(s),

v.

JASON GOODMAN, et al.,                    Civil Action Number: 3:17-cv-00601-MHL
_____                              _____
Defendant(s).

# LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of__**    DEFENDANT'S AMENDED
RESPONSE TO PLAINTIFF'S
MOTION FOR RULE 11
SANCTIONS

JASON GOODMAN
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _July 5 2019 _____ (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
                                                          **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)