**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**
**MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**



*D.G. Sweigert, c/o*
*P.O. Box 152*
*Mesa, AZ 85211*
*Spoliation-notice@mailbox.org*

July 7, 2019

Jason Goodman, CEO
Multimedia Systems Design, Inc.
252 7th Avenue
Suite 6-S
New York, NY 10001

Clerk of the Court, Room 3000
U.S. District Court
701 E. Broad St.
Richmond, VA 23219

MATTER:   **STEELE v. GOODMAN, 17-CV-00601-MHL**

**District Judge M. Hannah Lauck**

SUBJECT:   **PART FOUR - ATTEMPTED FRAUD ON THE COURT BY DEFENDANT GOODMAN**

REF: (a)   MANUAL CHAVEZ, III (DOB 03/21/1986), AZ DL DO1566834

Good Morning:

1.   This letter addresses the foundational narrative, relied upon by yourself, that there is a highly organized gang of co-conspirators that use the social media web-site "STEEMIT" to engage in a "monetized harassment campaign".

1

UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL

2. Your attention is kindly directed to ECF Doc. No. 134, para. 31, shown below.

> 31. On July 7, 2017 Plaintiff sent an email communication to George Webb Sweigert, brother of Intervenor Applicant, stating "A massive law suit is about to be filed against Jason Goodman by a lawyer who specializes in defamation cases. Manny is the one who will be in front" (EXHIBIT H) Manny is Manuel Chavez III, one of the individuals who was on the multiparty video chat in which Sweigert agreed to a monetized harassment effort targeting Defendant as presented here in previous pleadings. This email was sent just
>
> DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 14

3. Please note the phrase (see above) "Manny is Manuel Chavez, III, (ref: (a)), one of the individuals who was on the multiparty video chat in which Sweigert agreed to a monetized harassment effort targeting Defendant ..."

4. Your attention is directed to EXHIBIT D of ECF Doc. No. 134, shown below.

---------- Forwarded message ----------
From: **Robert Steele** <robert_david_steele_vivas@gmail.com>
Date: Mon, Dec 4, 2017 at 6:29 PM
Subject: Re: Apology again without caveats
To: Defango <defango2@gmail.com>

should I ask Tyroan for the access information? Steve asked me not to contact him. what's the least troubling way to "take possession" of the channel? direct from Tyroan?

On Mon, Dec 4, 2017 at 6:27 PM, Defango <defango2@gmail.com> wrote:
> In the Last month I have generated over 1k in bitcoin posting my content on steemit regularly and using the platform. I have a small channel on steemit with only the posts I have. IF you started just copy and pasting your content over to steemit and kept active you could be doing 3 times that with little to no problem. Steemit just a new platform that people are using for good and it doesn't matter if they are old articles of yours, they still will generate incoming on the platform. its the decentralized platform that your looking for. It has all the things it needed to fully design and use any open source systems. They just need to be created and connected

Case 3:17-cv-00601-MHL Document 140 Filed 07/11/19 Page 3 of 10 PageID# 2486

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

5.  The test of the DEFANGO@GMAIL.COM (ref: (a)) electronic mail message of 12/04/2017 reads:

> In the Last month I have generated over 1K in bitcoin posting my content on steemit regularly and using the platform. I have a small channel on steemit with only posts I have. IF you started just copy and pasting your content over steemit and kept active you could be doing 3 times that with little or no problem. Steemit just a new platform that people are using for good and it doesn't matter if they are old articles of yours, they will generate incoming on the platform. It's the decentralized platform that your looking for, it has all the things it needed to fully design and use open source systems. They just need to be created and connected.

6.  You may recall that you distributed, in a highly pervasive manner, video content with your former head of research "Quinn Michaels", aka "Korey Atkin" (see ECF Doc. No. 119). Quinn Michael's "chief researcher" known as "KENNEDY" (aka Maureen Shay Mensing described in ECF Doc. 124) also participated in the video production. The title of the video, "*Is Manuel Chavez III Offering Instructions for a Money Laundering Scheme on Steemit.com? – PART 2*", published on 08/11/2018 (see below).



3

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**
**MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**



Is Manuel Chavez III Offering Instructions for a Money Laundering Scheme on Steemit.com? – PART 2



485 views

Streamed live on Aug 11, 2018
Last week, Quinn Michaels discovered a Discord chat message from Manuel Chavez III (aka Defango) that seems to indicate Chavez suggesting a method to "make money out of thin air" and launder it through a complex system of cryptocurrencies, automated procedures and exchanges. If in fact he is doing this, where is the money coming from? Is someone being scammed? We just don't know but now you can examine his own writings to try to figure it out.

Internet URL: https://www.youtube.com/watch?v=zD53dMHBz84
And
https://www.youtube.com/watch?v=B1ag_9sqmmk

7. As shown below, your video production featured message blog posts from DEFANGO (ref: (a)) (see below).



> ...Defango @Raymond @Suzie You can get that steemit account setup to post daily. I used to 3 to 4 posts a day scheduled to the blockchain. When I had delegation it was mad easy to clear $100 SBD a day while still dishing out upvotes. Steemit is not to hard to get a handle on. I hosted a few live training meetings for people to understand the how to use it effective.
>
> There are a few things I can recommend to make it easy to schedule and manage posts.
> If you have a coinbase/exchange it's rather simple to use blocktrades.us to convert to LITECOIN or ETH to ensure the best arbitration between currencies. Don't use BTC for pulling SBD or STEEM out. There is no way to make a "automated" sells, but you really don't lose out trading doing daily cash out $5 SBD or more. LTC is the best for quickly moving into Fiat.

Case 3:17-cv-00601-MHL Document 140 Filed 07/11/19 Page 5 of 10 PageID# 2488

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

8. There is another video you published concerning ref: (a) entitled, *"Has Quinn Michaels Discovered Evidence of A Manuel Chavez Steemit Money Laundering Scam?"*, 08/04/2018 (see below).



Has Quinn Michaels Discovered Evidence of A Manuel Chavez Steemit Money Laundering Scam?

Crowdsource the Truth 2

2,118 views

L to R: Quinn Michaels, KENNEDY, Defendant

Streamed live on Aug 4, 2018
Crowdsource the Truth has been investigating the block chain driven, cryptocurrency financed social media network Steemit, since the misanthrope "Frank Bacon" began his hard sell, high pressure push toward the upstart internet destination over a year ago. Despite a market cap over $400,000,000, my visit to their NYC office revealed nothing more than a PO Box. Further revelations from blockchain witness Blair seemed to indicate their entire verification method could easily be rigged by one individual or a very small group. Former derivatives trader and well known crypto pundit Tone Vays says the Steemit "blockchain" is not in fact, even a true blockchain. Now Quinn Michaels has caught Manuel Chavez III (Defango) one of our most persistent antagonists, red handed in his explanation of what clearly appears to be a recipe for money laundering with this highly questionable crypto currency.

Internet URL; https://www.youtube.com/watch?v=oDFIgZnmv8g&t=45s

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

9. The video displays other electronic messages posted by DEFANGO, ref: (a).





Has Quinn Michaels Discovered Evidence of A Manuel Chavez Steemit Money Laundering S
Crowdsource the Truth 2

2,118 views

10. Please take note of the following phrase in the video description box:

> **Crowdsource the Truth has been investigating the block chain driven, cryptocurrency financed social media network Steemit,** since the misanthrope "Frank Bacon" began his hard sell, high pressure push toward the upstart internet destination over a year ago. [emphasis added]

Case 3:17-cv-00601-MHL Document 140 Filed 07/11/19 Page 7 of 10 PageID# 2490

UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL

11. Your attention is kindly directed to para. 17 of ECF Doc. 134 (see below):

> 17. Plaintiff's motion for rule 11 sanctions against Goodman has no basis in fact or law and is yet another in a long series of intimidation tactics intended to distract Defendant from investigative journalism, derail Defendant's reporting on alleged wrongdoing by Plaintiff and otherwise result in gaining some advantage over Defendant with regard to this legal action.

12. Please take note of the following phrase from your pleading (shown above):

…intimidation tactics intended to distract Defendant from investigative journalism, derail Defendant's reporting …".

13. Therefore, it appears that the "investigative journalism" that is relevant to this Court, is the "evidence" uncovered by Quinn Michaels (whom you have publicly declared is a user of illegal street drugs) in the above described videos. I wish to confirm with you that you stand behind the "evidence" of money laundering uncovered by your homeless former side-kick that currently resides in his car (Volkswagen GOLF) in the Mount Shasta, California area.

14. As part of your "journalistic investigation" you also visited the New York City corporate offices of STEEMIT, see video entitled, "*Visit to Steemit NYC Headquarters – Are Steem Dollars Money from Heaven or a Ponzi Style*", April 6, 2018 (see below).

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**



Visit to Steemit NYC Headquarters – Are Steem Dollars Money from Heaven or a Ponzi Style

Jason Goodman

Published on May 6, 2018
*Originally posted April 6, 2018

Steemit has a market capitalization over $400M but their NYC office is just a PO Box. Is this standard operating procedure for a decentralized tech company or a red flag indicating potential fraud?

    Internet URL: https://www.youtube.com/watch?v=EDMvR2qTtFY

15. Interestingly, you address the undersigned directly in this video. Note transcript below.

    6:37    GOODMAN. Dave, you are not a military veteran. You were a contractor of some sort. There was no official U.S. military operation in Nicaragua in the time period you describe. The only thing that happened in that time frame that I am aware of is the Iran-Contra scandal. With C.I.A. contractors, which perhaps you were. I don't know. They were flying cocaine. And guns and money. So what was it Dave? Don't lie, don't miscategorized the facts.

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**
**MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

16.     Your allegations that somehow the undersigned worked with, worked for, conspired with or had conspiratorial planning with ref: (a), or any of his associates, and that the undersigned was part of a Steemit conspiracy is completely false, devoid of truth, unfounded and meritless.

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 7th day of July, 2019.

_____/
D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

7/7/19

Copy provided:

Susan A. Holmes
( Lutzke )
2608 Leisure Drive
Apt. B
Ft. Collins, CO 80525
+-

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, <br><br> Plaintiff, <br><br> -against- <br><br> JASON GOODMAN, <br><br> Defendant. | 17-CV-00601-MHL |

## CERTIFICATE OF SERVICE

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

| | | |
|---|---|---|
| **Clerk of the Court** | **Jason Goodman** | **Susan A. Holmes** |
| U.S. District Court | 252 7th Avenue | ( Lutzke ) |
| 701 E. Broad St. | Suite 6-S | 2608 Leisure Drive |
| Richmond, VA 23219 | New York, NY 10001 | Apt. B |
| | | Ft. Collins, CO 80525 |

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 7th day of July, 2019.

_____/

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

7·7·19

1