IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROBERT DAVID STEELE et al | ) |
| Plaintiffs, | ) |
| v. | ) Case 3:17-cv-601-MHL |
| JASON GOODMAN et al | ) |
| Defendants. | ) |

# **PLAINTIFFS' STATEMENT REGARDING CONSENT**

Plaintiffs, Robert David Steele and Earth Intelligence Network, by counsel, pursuant to the Court's Order [*ECF No. 131*] entered June 27, 2019, state as follows:

1. Counsel for the parties have conferred to determine whether they will consent to assignment of the case to a Magistrate Judge as the presiding judicial officer.

2. Plaintiffs consent to assignment and referral of the case in its entirety to a Magistrate Judge as the presiding judicial officer (preserving Plaintiffs' right to trial by jury as demanded).

3. Defendant Goodman did not respond to an email from Counsel for Plaintiffs requesting confirmation whether he would consent to Magistrate judge jurisdiction.

4. Defendant Negron is not willing to consent.

DATED: July 15, 2019

ROBERT DAVID STEELE
EARTH INTELLIGENCE NETWORK


By: */s/Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  (804) 501-8272
Facsimile:  (202) 318-4098
Email:  stevenbiss@earthlink.net

*Counsel for the Plaintiffs*


**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2019 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for Defendant, Patricia A. Negron, and all interested parties receiving notices via CM/ECF.  I also certify that a copy of this pleading was emailed in PDF to Defendants, Goodman and Lutzke.


By: */s/Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  (804) 501-8272
Facsimile:  (202) 318-4098
Email:  stevenbiss@earthlink.net

*Counsel for the Plaintiffs*