**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

*D.G. Sweigert, c/o
P.O. Box 152
Mesa, AZ 85211*

July 9, 2019

Jason Goodman, CEO
Multimedia Systems Design, Inc.
252 7th Avenue
Suite 6-S
New York, NY 10001

Clerk of the Court, Room 3000
U.S. District Court
701 E. Broad St.
Richmond, VA 23219



| | |
|---|---|
| MATTER: | **STEELE v. GOODMAN, 17-CV-00601-MHL** |
| | **District Judge M. Hannah Lauck** |
| SUBJECT: | **MISSING DOCUMENT FROM COURT DOCKET** |

Good Morning:

1.   The attached letter, dated July 1, 2019, was sent via U.S. Priority Mail to the Clerk of the Court, as indicated in the accompanying Certificate of Service (dated July 1, 2019). This document was delivered to the U.S. Court House by the U.S. Postal Service on July 3, 2019. These documents (see attached) were not filed in the docket. This appears to be an excusable error.

Sincerely,

*D. S.*
D. G. Sweigert

1

UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL

*D.G. Sweigert, c/o*
*P.O. Box 152*
*Mesa, AZ 85211*
*Spoliation-notice@mailbox.org*

July 1, 2019

Jason Goodman, CEO
Multimedia Systems Design, Inc.
252 7th Avenue
Suite 6-S
New York, NY 10001

Clerk of the Court, Room 3000
U.S. District Court
701 E. Broad St.
Richmond, VA 23219

| | |
|---|---|
| MATTER: | **STEELE v. GOODMAN, 17-CV-00601-MHL** |
| | **District Judge M. Hannah Lauck** |
| SUBJECT: | PART TWO - ATTEMPTED FRAUD ON THE COURT BY DEFENDANT GOODMAN |
| REF: (a) | MANUAL CHAVEZ, III (DOB 03/21/1986), AZ DL DO1566834 |

Good Morning:

1.  This letter addresses the allegation that you (Defendant Jason Goodman) have conspired with yet another "CrowdSource The Truth" (CSTT) social media side-kick (ref: (a)) to suborn perjury and submit tainted evidence (under oath) to this Court to support your wild speculative conspiracy theory insinuations that ignore the truth.

1

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**
**MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

2. Your attention is kindly directed to <u>ECF Doc. No. 134, para. 13</u>, shown below.

> 13. On or around June 2019, Manuel Chavez III voluntarily shared some of his personal emails with Defendant. Among these were messages Chavez claims are communications

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 7

> from Thomas Shoenberger, an individual unknown to Defendant who may in fact be highly placed in the organization of the monetized conspiracy to harass and defame Defendant Goodman. The emails from Shoenberger provide talking points for a plan to attack Defendant Goodman's reputation with false allegations claiming Goodman is an agent of Israel and / or paid by Mossad.

3. As you admit in the above cite, you have little or no knowledge of Thomas Shoenberger. The following information might illuminate your understanding of the false narrative you are publishing that conflates the undersigned with "the organization of the monetized conspiracy".

4. Your CSTT side-kick ref: (a) maintains several YouTube channels; e.g. DEFANGO TV, MERLIN DEFANGO and LARP WARS. In June 2019 ref: (a) published for wide distribution a dozen YouTube social media videos discussing Thomas Shoenberger and the acrimonious disputes between the two over the corporation SHADOWBOX STRATEGIES. Apparently, ref: (a), Mr. Shoenberger and Trevor Fitzgibbon (former client of Plaintiff's attorney).

5. As shown below, ref: (a) has filed a Temporary Restraining Order (TRO) against Mr. Shoenberger in the courts of Carson City, Nevada (Case No. 19 PO 00276 1C).

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**
**MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**





Busted lestat telling lies again about Steven biss and Thomas Schoenberger
LARP WARS
1 week ago • 354 views
Lestat is still made about not being about to extort more money. So today he's claiming that phone call where I showed Steve biss ...

Published on Jun 24, 2019
Lestat is still made about not being about to extort more money. So today he's claiming that phone call where I showed Steve biss number and talked to him is now apparently Thomas. What an idiot

Internet URL: https://www.youtube.com/watch?v=svJhLWwExWw

6. There have been dramatic videos related to the dispute between Mr. Schoenberger and ref: (a), who have accused each other of lying, spreading "disinformation" and quibbling about the formation of SHADOWBOX STRATEGIES. Both parties have very recently provided testimony in the following case:

3

UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL

**U.S. District Court
for the District of Columbia
RICH v. BUTOWSKY et al
CASE #: 1:18-cv-00681-RJL
Judge Richard J. Leon**

7. In these recent YouTube videos it has been clearly stated by ref: (a) that it is his testimony in the above case that he was a member of a group of "reputation protection" operatives allegedly directed by Matt Couch (defendant ion the above cited action). Ref: (a) has distributed in a widely pervasive manner, electronic messages from Matt Couch to support his testimony. Ref: (a) has also been vocal about evidence that he has furnished to you as well. See below:



4

UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL



subpoena compliance - Aaron Rich Lawsuit - defango tv 6/22/2019

Defango TV
Streamed 1 week ago • 1,632 views
Well it's time do Comply with this Aaron Rich Lawsuit Subpoena. I think a few people are going to really dislike this stream but it's ...

Streamed live on Jun 22, 2019
Well it's time do Comply with this Aaron Rich Lawsuit Subpoena. I think a few people are going to really dislike this stream but it's for Court Records and whatnot. So we are getting everything on the table and building the files to FTP to the Lawyer. Any striking or anything is going to be interfering with a federal case.

Internet URL: https://www.youtube.com/watch?v=pB7NjF1ApZg&t=7427s

## Matt Couch ◆ sent you a Direct Message.

You didn't get this from me, from a Source. Jason Goodman is on the payroll of a man named Arnan Milchan. Arnan has Jason doing work partly out of blackmail. Jason was at parties with a producer named Brian Singer and there were underaged boys and girls. Jason was being paid $2,788 a week and its now up to $3500 a week. Laura Loomer is making $7000 a week from Milchan. Black Cube feed them info. Jason found out that Milchan is paying

Case 3:17-cv-00601-MHL Document 142 Filed 07/12/19 Page 7 of 12 PageID# 2502

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

8. The enlarged video screen-shot from the above video content demonstrates that the source of the "Black Cube rumor" was apparently Matt Couch – and NOT the undersigned as you continuously report. As discussed in the previous letter on this subject, dated June 30th, 2019, you have implicated the undersigned as the source of the "Black Cube" rumor. To refresh your memory the rumor states that you and Laura Loomer were being paid by a Black Cube operative, stated by ref: (a) and NOT by the undersigned.

> do not tell anyone how you got this info Goodman's job is to deflect attention from Rahm Emanuel, Chuck Schumer and DWS Rahm secretly paid Pakistani prosecutors 3 million in hush money in March 2009 to make a ton of fraud charges go away. The money came from Israel The Awan's have been spying for Israel since 2007-2008 with Schumer as the king pin. Now Milchan works with a guy named Avi Hersh. I know you and T and others know some of this stuff, but now you know the full story Also. Alan Dershowitz has over 7 hours of Orgy Island vid hidden and his vid file is called Insurance, the same name as Schumer's boy Anthony Wiener Please keep my name out of this I focus on Vegas and **Seth** But this is blow away stuff Goodman will freak when you expose this It comes directly from a CIA guy on our team

UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL

9.



Internet URL: https://www.youtube.com/watch?v=It5SFuVxhMM&t=266s

## TRANSCRIPT OF DISCUSSION

| | |
|---|---|
| REF: (A): | Oh, Jason Goodman is calling me. Hello Jason Goodman. |
| GOODMAN: | Manual Chavez, how are you. |
| REF: (A): | I am doing alright, just heading to Arizona right now. |
| GOODMAN: | OH, ok. So I guess you are in a bit of a drive. I don't know if you had a chance to see my messages, but one thing I would really like to get – if your able to send it – is either a screen capture from Patreon of . uh .. the dash board, or the initial e-mail Patreon that sends you that says AMABISS has become a Patreon and shows an e-mail of that account. |
| … | |

7

Case 3:17-cv-00601-MHL Document 142 Filed 07/12/19 Page 9 of 12 PageID# 2504

UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL

| | |
|---|---|
| REF: (A): | I can send that over to you no problem, actually. Garble. I actually did get that e-mail . and .. all .. uh .. and I have a couple of messages for how ever many months she was on my thing and I will send you like a copy of that it shows the date and what e-mail she was using. |
| .... | |
| GOODMAN: | Something you would write to the Bar Association saying "hey, look, this judge determined that it is likely that Biss is making these inappropriate payments. He is not supposed to be paying you, if you're his client, and particularly if that payment is coming at a time you are engaged in activities like making videos about his lawsuit, that spread allegations out across the Internet, that aren't true. Things like that. So, that is my position that he had someone paying you to do that stuff. He's been working with Robert David Steele, you were working for Robert David Steele, at the time, Sweigert [undersigned] was working with you, Tyroan Simpson was working with you and Sweigert and these are the elements of conspiracy. |
| REF: (A): | Yeah, I mean you got the conspiracy down pretty well. I mean. I will send you everything that shows she was on my Patreon and she was paying me on Patreon, for sure. But, was I working in concert with Dave Acton [undersigned] and those guys, yeah, f_ck it, why not. I will say whatever. (Laughter) |

10. There are other issues associated with your ECF Doc. No. 134, para. 12. Amongst these legal insufficiencies, (i) whether or not the purported evidence you propound rises to the level of sufficiency in the light of the Federal Rules of Evidence, and (ii) your use of hearsay to attempt to attribute comments to the undersigned made by ref: (a) about Black Cube (as broadcast in the video you have described as EXHIBIT I, to ECF Doc. No. 78).

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**
**MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

11. The legal sufficiency of the electronic messages you provide as evidence also present an open question considering the legal sufficiency requirements of the F.R.E.. As the public record clearly demonstrates, you have had a long-standing relationship with ref: (a) dating back to the infamous "Who Spoofed the Seth Rich Files" episodes of CSTT (first two weeks of June 2017 – immediately prior to your closure of the Port of Charleston, S.C. on June 14, 2017 due to your CSTT YouTube video podcasts).

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this _5_/ day of June, 2019.

_D. S—_ /

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

Attached: Copies sent to other district courts

ORIGINAL
7/1/19

9

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| ROBERT DAVID STEELE, | |
|---|---|
| Plaintiff, | 17-CV-00601-MHL |
| -against- | |
| JASON GOODMAN, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

| **Clerk of the Court** | **Jason Goodman** | **Susan A. Holmes** |
|---|---|---|
| U.S. District Court | 252 7th Avenue | ( Lutzke ) |
| 701 E. Broad St. | Suite 6-S | 2608 Leisure Drive |
| Richmond, VA 23219 | New York, NY 10001 | Apt. B |
| | | Ft. Collins, CO 80525 |

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 9 day of July, 2019.

_____

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

ORIGINAL
7/1/19

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE,<br><br>        Plaintiff,<br><br>-against-<br><br>JASON GOODMAN,<br><br>        Defendant. | 17-CV-00601-MHL |

**CERTIFICATE OF SERVICE**

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

| **Clerk of the Court** | **Jason Goodman** | **Susan A. Holmes** |
|---|---|---|
| **U.S. District Court** | **252 7th Avenue** | **( Lutzke )** |
| **701 E. Broad St.** | **Suite 6-S** | **2608 Leisure Drive** |
| **Richmond, VA 23219** | **New York, NY 10001** | **Apt. B** |
| | | **Ft. Collins, CO 80525** |

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 9 day of July, 2019.

                D. GEORGE SWEIGERT, C/O
                P.O. BOX 152
                MESA, AZ 85211