**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**ROBERT DAVID STEELE** *et al.*,

    **Plaintiffs,**

**v.**                                                                                     Civil Action No. **3:17cv601**

**JASON GOODMAN** *et al.*,

    **Defendants.**

## NOTICE OF APPEARANCE

NOW COMES Defendant, Patricia Negron ("Ms. Negron"), by counsel, and files this Notice of Appearance, notifying the Court and counsel of record that the following will serve as co-counsel in this matter on behalf of Ms. Negron:

> Benjamin A. Wills, Esq. (VSB No. 88109)
> Kaufman & Canoles, P.C.
> Two James Center, 14th Floor
> 1021 East Cary Street
> Richmond, Virginia 23219
> Telephone: (804) 771-5700
> Fax: (888) 360-9092
> Email: bawills@kaufcan.com

Dated: July 15, 2019                              Respectfully submitted,

**PATRICIA A. NEGRON**

By:       /s/ Benjamin A. Wills
R. Johan Conrod, Jr. (VSB No. 46765)
E-mail: rjconrod@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3000
Fax: (888) 360-9092

Terry C. Frank, Esq. (VSB No. 74890)
E-mail: tcfrank@kaufcan.com
Benjamin A. Wills, Esq. (VSB No. 88109)
E-mail: bawills@kaufcan.com
KAUFMAN & CANOLES, P.C.
1021 E. Cary Street, Suite 1400
Richmond, Virginia 23219
Phone: (804) 771-5700
Fax: (888) 360-9092

*Counsel for Defendant Patricia A. Negron*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2019, a true copy of the foregoing was filed electronically using the CM/ECF system, which will send a notification of such filing to the following:

> Steven S. Biss (VSB No. 32972)
> E-mail:  stevenbiss@earthlink.net
> 300 West Main Street, Suite 102
> Charlottesville, Virginia 22903
> Phone: (804) 501-8272
> Fax:     (202) 318-4098
> *Counsel for Plaintiffs*

And sent via first-class mail, postage prepaid, to:

> Jason Goodman, *Pro Se*
> 252 7th Avenue, Apt. 6S
> New York, NY  10001
>
> "Queen Tut"
> a/k/a Susan A. Lutzke
> 1221 University Ave., Unit D202
> Fort Collins, CO  80521
>
> D. George Sweigert
> c/o P.O. Box 152
> Mesa, AZ 85211

> _____/s/ Benjamin A. Wills_____
> Benjamin A. Wills, Esq. (VSB No. 88109)
> E-mail:  bawills@kaufcan.com
> KAUFMAN & CANOLES, P.C.
> 1021 E. Cary Street, Suite 1400
> Richmond, Virginia  23219
> Phone:  (804) 771-5700
> Fax:     (888) 360-9092
> *Counsel for Defendant Patricia A. Negron*