**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**ROBERT DAVID STEELE** *et al.*,

    **Plaintiffs,**

v.                                                                  Civil Action No. 3:17cv601

**JASON GOODMAN** *et al.*,

    **Defendants.**

## STATEMENT REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

NOW COMES Defendant, Patricia Negron, by counsel and pursuant to this Court's Order entered on June 27, 2019 (ECF No. 131), and states that she does not consent to proceed before a United States Magistrate Judge in the above-captioned matter.

Dated:  July 15, 2019                                       Respectfully submitted,

**PATRICIA A. NEGRON**

By:  _____/s/ Benjamin A. Wills_____
R. Johan Conrod, Jr. (VSB No. 46765)
E-mail:  rjconrod@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Phone:  (757) 624-3000
Fax:      (888) 360-9092

Terry C. Frank, Esq. (VSB No. 74890)
E-mail:  tcfrank@kaufcan.com
Benjamin A. Wills, Esq. (VSB No. 88109)
E-mail:  bawills@kaufcan.com
KAUFMAN & CANOLES, P.C.
1021 E. Cary Street, Suite 1400
Richmond, Virginia  23219
Phone:  (804) 771-5700
Fax:      (888) 360-9092

*Counsel for Defendant Patricia A. Negron*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2019, a true copy of the foregoing was filed electronically using the CM/ECF system, which will send a notification of such filing to the following:

>Steven S. Biss (VSB No. 32972)
>E-mail: stevenbiss@earthlink.net
>300 West Main Street, Suite 102
>Charlottesville, Virginia 22903
>Phone: (804) 501-8272
>Fax:    (202) 318-4098
>*Counsel for Plaintiffs*

And sent via first-class mail, postage prepaid, to:

>Jason Goodman, *Pro Se*
>252 7th Avenue, Apt. 6S
>New York, NY  10001
>
>"Queen Tut"
>a/k/a Susan A. Lutzke
>1221 University Ave., Unit D202
>Fort Collins, CO  80521
>
>D. George Sweigert
>c/o P.O. Box 152
>Mesa, AZ 85211

>      /s/ Benjamin A. Wills
>Benjamin A. Wills, Esq. (VSB No. 88109)
>E-mail: bawills@kaufcan.com
>KAUFMAN & CANOLES, P.C.
>1021 E. Cary Street, Suite 1400
>Richmond, Virginia  23219
>Phone:  (804) 771-5700
>Fax:    (888) 360-9092
>*Counsel for Defendant Patricia A. Negron*