IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | STATEMENT DENYING CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE |
| JASON GOODMAN, et al., | |
| Defendant | |

## STATEMENT DENYING CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Comes now, Defendant Goodman, Pro Se, with this statement denying consent to proceed before a magistrate judge. Defendant refuses to waive his right to have this matter heard by a federal judge. Defendant Goodman does not consent to proceed before United States Magistrate Judge in this matter.

Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

STATEMENT DENYING CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE - 1


RECEIVED JUL 17 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | DEFENDANT'S SWORN STATEMENT |
| JASON GOODMAN, et al., | |
| Defendant | |

**DEFENDANT'S SWORN STATEMENT**

I hereby attest that the pleadings herein are accurate and true under penalties of perjury. Further, I hereby attest that the attached exhibits are accurate and true copies of source documents as described. Video and telephone recording transcripts may contain typos due to voice to text transcription software. True and accurate copies of original video and audio recordings can be provided should it please the court.

Signed this __15____ day of July 2019

_____
Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

DEFENDANT'S SWORN STATEMENT - 1

RECEIVED JUL 17 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

**Circuit Court for** Eastern Division Virginia          **Case No.** 3:17-cv-601-MHL
                    *City or County*

Robert David Steele and Earth Intelligence Networ           Jason Goodman
**Name**                                                    **Name**
11005 LANGTON ARMS CT                         **VS.**       252 7th avenue                              6s
**Street Address**                **Apt #**                 **Street Address**                       **Apt #**
OAKTON,         VA     22124    ( 571 ) 320-8573            New York         NY     10001    ( 323 ) 744-7594
**City**        **State** **Zip Code** **Area** **Telephone**   **City**     **State** **Zip Code** **Area** **Telephone**
                                        **Code**                                                    **Code**
              *Plaintiff*                                                     *Defendant*


# CERTIFICATE OF SERVICE
## (DOMREL58)

I HEREBY CERTIFY that on this  15   day of   July                    ,  2019  , a copy

of the document(s) entitled   STATEMENT DENYING CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

                                                                    **Title of Document(s)**
                        emailed to: tcfrank@kaufcan.com

Terry Frank Kaufman & Canoles
**Opposing Party or His/Her Attorney**

1021 E. Cary Street, 14th Floor
**Address**

  Richmond                      VA            23219
**City**                       **State**      **Zip**


  July 15, 2019                   [signature]
  **Date**                        **Signature**

Page 1 of 1

DR58- Revised 13 February 2001

**Circuit Court for** Eastern Division Virginia                                    Case No. 3:17-cv-601-MHL
                                   City or County

Robert David Steele and Earth Intelligence Networ                     Jason Goodman
**Name**                                                              **Name**
11005 LANGTON ARMS CT                              VS.                252 7th avenue                                6s
Street Address                           Apt #                        Street Address                              Apt #
OAKTON,          VA      22124     ( 571 ) 320-8573                   New York        NY    10001    ( 323 ) 744-7594
City             State   Zip Code  Area   Telephone                   City            State  Zip Code  Area   Telephone
                                   Code                                                                Code
                 *Plaintiff*                                                          *Defendant*

## CERTIFICATE OF SERVICE
### (DOMREL58)

I HEREBY CERTIFY that on this 15 ____ day of July _____, 2019 ___, a copy of the document(s) entitled   STATEMENT DENYING CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

**Title of Document(s)**

emailed to: stevenbiss@earthlink.net

Steven S Biss
**Opposing Party or His/Her Attorney**

300 West Main Street Suite 102
**Address**

Charlottesville              VA           22903
City                         State        Zip

July 15, 2019
Date                         Signature

Page 1 of 1

DR58- Revised 13 February 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
_____ DIVISION

ROBERT DAVID STEELE, et al.,
　　　　　　Plaintiff(s),

v.　　　　　　　　　　　　　　　　Civil Action Number: 3:17-cv-00601-MHL

JASON GOODMAN, et al.,
　　　　　　Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** STATEMENT DENYING CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

JASON GOODMAN
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: July 15, 2019 _____ (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
　　　　　　　　　　　　　　　　　　(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

RECEIVED JUL 17 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA