UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL

*D.G. Sweigert, c/o*
*P.O. Box 152*
*Mesa, AZ 85211*
*Spoliation-notice@mailbox.org*

July 14, 2019

Jason Goodman, CEO
Multimedia Systems Design, Inc.
252 7th Avenue
Suite 6-S
New York, NY 10001

Clerk of the Court, Room 3000
U.S. District Court
701 E. Broad St.
Richmond, VA 23219

MATTER: **STEELE v. GOODMAN, 17-CV-00601-MHL**

**District Judge M. Hannah Lauck**

SUBJECT: PART TWO: ATTEMPTED FRAUD ON THE COURT BY DEFENDANT GOODMAN VIA ECF DOC. NO. 139

REF: (a) MANUEL CHAVEZ, III (DOB 03/21/1986), AZ DL DO1566834

Good Morning:

1. This letter addresses the false misrepresentations that you continue to present to this honorable Court based on insufficient tainted evidence that has been created with the cooperation of your CrowdSource The Truth (CSTT) side kick, see ref: (a), known as "DEFANGO".

1



RECEIVED
JUL 17 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

2. Your attention is kindly directed to <u>ECF Doc. No. 139, para. 32,</u> shown below.

> 25 indirectly recommended Biss to Nunes or otherwise played some role in connecting the
>
> 26 two parties and / or has influence over Nunes' suit via interaction with Biss. Intervenor
>
> 27 Applicant has made numerous public calls in now deleted YouTube broadcasts for
>
> 28
>
> DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS - 13

> Case 3:17-cv-00601-MHL Document 139 Filed 07/08/19 Page 14 of 119 PageID# 2378
>
> 1 Congress to open an investigation into the incidents at the Port of Charleston on June 14,
>
> 2 2017, despite the FBI's completion of a full investigation. Intervenor Applicant has also
>
> 3 publicly proclaimed Devin Nunes will now be somehow compelled to act in response to

3. Your attention is kindly directed to <u>ECF Doc. No. 139, para. 34 & 35,</u> shown below.

> 10
> 11 34. According to pleadings and public statements by Intervenor Applicant he has interacted
> 12 with Susan Lutzke/Holmes privately in revealing the identity of O. Marshall Richards
> 13 and other matters.
> 14 35. According to statements by Susan Lutzke/Holmes she has interacted with Intervenor
> 15 Applicant privately in revealing the identity of O. Marshall Richards and other matters.
> 16
> 17 (https://www.youtube.com/watch?v=WwvRPFhW-HE)
>
> 36. Counsel for Plaintiff is in a regular practice of ignoring the law, lying to courts, clients,

Case 3:17-cv-00601-MHL Document 147 Filed 07/18/19 Page 3 of 11 PageID# 2537

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**
**MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

4.  As you are aware, you distributed in a high pervasive manner, social video content entitled, *"Hudson Exposed – Ray Looker's Firsthand Account of the Sinister Deception of Okey Marshall,"* dated May 31, 2018.



Published on May 31, 2018
About 1 year ago, George Webb Sweigert introduced me to an individual allegedly named "Richard Stone". According to the two, Stone was a Vietnam veteran with experience as a "contractor to U.S. intelligence services". **Stone would call George or me daily with information**, insights and updates. George would consistently reiterate that Stone was one of his best sources of intelligence, and would refer to him in his own YouTube broadcasts as **"Deep Uranium"**

In time, I convinced Stone to come on Crowdsource the Truth as I was not comfortable receiving his information and paraphrasing or sharing it as my own. I prefer to have guests provide their accounts firsthand and let the Crowdsource community decide for themselves.

To protect his identity, "Stone" became **"Rock" and Mr. Hudson** was born.

Many viewers enjoyed Mr. Hudson's baritone delivery of conservative political views and his irreverent comments on the Clintons, Obama and others who would defy the constitution for their own political gain.

Months ago, inexplicable behavior, coupled with an abrupt departure terminated regular Hudson Report broadcasts. **George's brother Dave "Acton" Sweigert recently (and mysteriously) revealed Mr. Deep Uranium Hudson to be not Richard Stone, but in fact, Okey Marshall**

3

Case 3:17-cv-00601-MHL Document 147 Filed 07/18/19 Page 4 of 11 PageID# 2538

UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL

**Richards.** This lead us to **Ray Looker, a Messianic Rabbi** and former West Virginia Militia supporter. According to Looker, Richards worked for the FBI in the 1990's as a provocateur. Looker says Richards framed him for crimes he did not commit, in part for money and the self aggrandizing satisfaction of living out fantasies as a "Secret Government Agent" and in part to help the FBI secure an additional $1,000,000,000 per year in funding to fight radical domestic terrorism.

Download the searchable court transcript – https://drive.google.com/file/d/1DaMP...

[emphasis added]

**Internet URL: <u>https://www.youtube.com/watch?v=jWcGuBX8ncc</u>**

5. As you are well aware, co-defendant Susan Holmes, aka "QUEEN TUT" was featured in video content distributed by Steve Outtrim (depicted below), entitled, *"CryptoBeast #16 - Queen Tut Spills The Beans"*, Nov. 29, 2018.



CryptoBeast #16 - Queen Tut Spills The Beans

Published on Nov 29, 2018
Queen Tut was an insider at Crowdsource the Truth. She reveals the tangled web of people connected to a proven FBI informant, manipulating narratives on YouTube as a sophisticated form of psychological operations

Case 3:17-cv-00601-MHL Document 147 Filed 07/18/19 Page 5 of 11 PageID# 2539

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

Published on Nov 29, 2018
Queen Tut was an insider at Crowdsource the Truth. She reveals the tangled web of people connected to a proven FBI informant, manipulating narratives on YouTube as a sophisticated form of psychological operations.

**Internet URL: https://www.youtube.com/watch?v=N1GO1nJUVUM**

6. Below is a transcript of the above cited video, which is a conversation between Steve Outtrim (New Zealand) and co-defendant Susan Holmes, "QUEEN TUT".

> 40:11 OUTTRIM: Well, we do know for a fact that this guy was an FBI informant named in multiple court cases.
>
> 40:19 HOLMES. Yes, that is a fact. That is an absolute fact. I found all these articles, I have all these articles. Where he is named. I saved them.
>
> 40:29 OUTTRIM. Well. Then. He is collaborating with George Webb and Jason Goodman. He is feeding them this information about a dirty bomb that can be made out of uranium. That turns out to be false.
>
> 41:04 HOLMES. Ah, yeah. There .. uh.. ah .. it is fair to assume that the information he was getting was getting is from "DEEP URANIUM", FBI informant. Yeah. Absolutely.

7. As you are well aware, the blog site *"Tracking the Leopard Meroz"* published an article about Oakey Marshall Richards, Jr. on May 28, 2018 (see below).

Case 3:17-cv-00601-MHL Document 147 Filed 07/18/19 Page 6 of 11 PageID# 2540

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**
**MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

# The Unusual Telephone Calls of FBI Informant Okey Marshall Richards, Jr.

*"The resurrection of Brickton Missionary Baptist Church began one spring day a few weeks ago with an unusual telephone call." (Amy B. McCraw, Times-News Correspondent, June 6, 2015, "Man's Dream Becomes Reality", blueridgenow.com)*

So begins this 2015 story out of Fletcher, North Carolina. Reporter Amy McCraw continues, "Marshall Richards, who came to the area from Ohio, called local resident Clarence Livingston and told him he wanted to restore the little, white church founded by Livingston's father, the late Colon Livingston. Richards said the idea of restoring and reviving the church came to him in a dream he first had in 1968 when he was a 14-year old boy living in West Virginia."

"He said he continued to have the same dream over the years until he mentioned it while staying with a friend in Fletcher in February. The friend recognized the church Richards described and took him to Brickton Missionary Baptist Church. 'It looked exactly as the one in the dream,' Richards said.



**Internet URL: <u>https://trackingmeroz.wordpress.com/tag/fbi-informant-marshall-richards/</u>**

6

Case 3:17-cv-00601-MHL Document 147 Filed 07/18/19 Page 7 of 11 PageID# 2541

UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL

8. The "*Tracking the Leopard Meroz*" blog post included a copy of the newspaper article entitles "*Militia leader: 'I've been had'*", published August 8, 1997, Pittsburg Post-Gazette.

# Militia leader: 'I've been had'

## Says trusted aide was FBI informant who conned him

**By David Sharp**
The Associated Press

WHEELING, W.Va. — Mountaineer Militia leader Floyd "Ray" Looker said yesterday that an FBI informant was a con man who duped him into activities that led to charges of conspiracy to make bombs.

Looker told jurors that the militia never intended to engage in any illegal activities and would never have done so if he had not been misled by the informant, Okey Marshall Richards Jr.

"I've been had by a professional con man who was being tutored by the FBI," Looker said. The informant was "one slick dude," he added.

Looker, 56, of Stonewood, is on trial in U.S. District Court in Wheeling on charges that he conspired with an unemployed mechanical engineer and a member of the high-IQ group Mensa to manufacture bombs. It is the first of four trials for the militia general. He faces other charges including providing resources for an attack on the FBI Criminal Justice Information Division in Clarksburg.

Looker was the last witness before the defense rested its case.

Closing arguments were scheduled for this morning.

Looker, a Vietnam veteran and self-proclaimed minister, testified that he was interested in obtaining explosives for defensive purposes in the event the United States is invaded and occupied by a foreign force.

He said he never believed that any of those said to be his co-conspirators would have followed through with plans to make bombs, and he said he never would have considered it if he knew it was a violation of federal law.

Looker placed the blame on Richards, his trusted security and intelligence officer, for failing to get copies of federal rules and regulations pertaining to the issue after Looker was given a license application from the Bureau of Alcohol, Tobacco and Firearms.

"Had Mr. Richards provided the regulations, we would have known whatever we're talking about was foolishness because it would not be approved" by the ATF, Looker testified.

He said Richards arranged all the meetings and steered the conversations. He described his role in discussions about explosives as minimal and said he had little knowledge about bombs.

"I'm the ignorant guy sitting on the side, listening to two people discussing something I knew nothing about," he said.

Earlier, the defense continued its attack on the informant's character and motive. Two former wives and several former business partners testified that Richards was a habitual liar who could not be trusted.

Richards made more than 400 tape recordings that led to the arrest of Looker and others before being relocated out of state.

The defense contends that Richards decided to help the FBI to pay off his debts and because he wanted to live the fantasy life of lies he had spread about being a secret government operative.

The 18-month investigation began two months after the Oklahoma City bombing, when the militia is said to have discussed three targets, including the FBI's fingerprint complex, 90 miles south of Pittsburgh.

John "Bob" Woofter, owner of the 400-acre farm where the militia held monthly training sessions in Lewis County, said outside the courtroom that he felt that Looker had been wrongly accused.

"Ray is a good, honest, religious man. What's going on here is a travesty," said Woofter, an Army veteran and militia sympathizer. "If Ray ever had a fault, he was too trusting."

Looker and six others were arrested Oct. 11 after he allegedly sold for $50,000 copies of blueprints of the FBI's fingerprint complex to an undercover agent posing as the middleman for a terrorist group.

— Pittsburgh Post Gazette, August 8, 1997 AP article by David Sharp

Case 3:17-cv-00601-MHL Document 147 Filed 07/18/19 Page 8 of 11 PageID# 2542

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

9. Your attention is kindly directed to your video productions, entitled "Susan "Queen Tut" Lutzke/Holmes Reveals David Sweigert – Robert David Steele Lawsuit", April 30, 2019 (see below).



**Susan "Queen Tut" Lutzke/Holmes Reveals David Sweigert – Robert David Steele Lawsuit** ...
Jason Goodman
Streamed 2 months ago • 7,161 views
Susan Lutzke aka Susan Holmes aka Queen Tut is a horrible but frequent liar. She recently called me, revealing a long suspected ...
CC



**Susan "Queen Tut" Lutzke Reveals David Sweigert – Robert David Steele Lawsuit** ...
Crowdsource the Truth 2
Streamed 2 months ago • 975 views
Susan Lutzke aka Susan Holmes aka Queen Tut is a horrible but frequent liar. She recently called me, revealing a long suspected ...

Streamed live on Apr 30, 2019
**Susan Lutzke aka Susan Holmes aka Queen Tut is a horrible but frequent liar.** She recently called me, revealing **a long suspected conspiracy between her, D. George "Acton" Sweigert and Robert David Steele. While nothing she says can be believed at this point,** how else would **David Sweigert know the true identity of Oakey Marshall Richards** were this particular admission not true?

The sinister plans of these malicious social engineers are being revealed before our eyes as the fraudulent and vexatious lawsuit brought by Steele continues to crumble.

[emphasis added]

Internet URL:  <u>https://www.youtube.com/watch?v=WwyRPFhW-HE</u> and

<u>https://www.youtube.com/watch?v=L0nIWKBxQnU</u>

Case 3:17-cv-00601-MHL Document 147 Filed 07/18/19 Page 9 of 11 PageID# 2543

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

10. In sum, Oakey Marshall Richards, Jr. was a paid F.B.I. informant in criminal cases that were prosecuted in the State of West Virginia in the 1990s. Ray Looker, who you have interviewed and (subsequently published the interview) was one of the suspects convicted in the West Virginia militia prosecutions. You became aware of Oakey Marshal Richards, Jr. when he provided you and George Webb (Sweigert) "intelligence assessments" on an almost daily basis. During the period leading up to the Port of Charleston dirty bomb hoax of June 14, 2017, you knew this person as "Deep Uranium". Later, in approximately August 2017, you inaugurated a "Crowdsource the Truth" (CSTT) weekly feature show with "Deep Uranium", renamed to "Rock Hudson". This person then completed about 30 (thirty) shows on the CSTT platform. According to the testimony of Susan Holmes ("QUEEN TUT") you were aware of the identity of Oakey Marshall Richards, Jr. during the period of August 2017 to March 2018 while he was creating content for your CSTT video podcast shows. Restated: you were aware that the co-host producing 30 (thirty) CSTT video podcasts was the source of information that led to the closure of the Port of Charleston.

11. A rigorous review of social media, news sources and Google searches has revealed no information related to the purported completion of any F.B.I. investigation concerning George Webb, Oakey Marshall Richards, Jr. and/or yourself related to the events of June 14, 2017 at the Port of Charleston. If such sources and cites exist, they should be submitted to the Court in lieu of accusations against you that you have committed fraud upon this Court by attempting to persuade the Court that:

> Intervenor Applicant has made numerous public calls in now deleted YouTube broadcasts for Congress to open an investigation into the incidents at the Port of Charleston on June 14, 2017, <u>despite the FBI's completion of a full investigation.</u> [emphasis added] (ECF Doc. No. 139, pages 13-14).

Case 3:17-cv-00601-MHL Document 147 Filed 07/18/19 Page 10 of 11 PageID# 2544

**UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
MATTER: STEELE v. GOODMAN, 17-CV-00601-MHL**

12. There exists no tangible evidence to indicate that the F.B.I. has completed any type of investigation. Nothing exists on the Internet to support this conclusion. This statement (see above) is baseless, meritless, unfounded and vexatious. You have attempted to commit fraud upon this Court.

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 14 day of July, 2019.

*/s/ D. Sweigert*

D. G. SWEIGERT

7.14.19

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE,

                Plaintiff,

-against-

JASON GOODMAN,

                Defendant.

17-CV-00601-MHL

## CERTIFICATE OF SERVICE

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

| Clerk of the Court | Jason Goodman | Susan A. Holmes |
| --- | --- | --- |
| U.S. District Court | 252 7th Avenue | ( Lutzke ) |
| 701 E. Broad St. | Suite 6-S | 2608 Leisure Drive |
| Richmond, VA 23219 | New York, NY 10001 | Apt. B |
| | | Ft. Collins, CO 80525 |

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 14 day of July, 2019.

_____

D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

7 · 14 · 19

RECEIVED
JUL 17 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

1