UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE,

                Plaintiff,

-against-

JASON GOODMAN,

                Defendant.

17-CV-00601-MHL

## PRAECIPE FOR THE CLERK

NOW COMES THE PRO SE PLAINTIFF pursuant to the All Writs Act, 28 U.S.C. § 1651(a) to advise this Court that the undersigned shall file a Petition for Writ of Mandamus with the U.S. Court of Appeals for the Fourth Circuit in the upcoming weeks.

The proposed Petition will address the Court's undue delay in adjudicating motions filed by the Intervenor Applicant. This praecipe provides adequate notice to the Clerk of this upcoming action.

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 14 day of July, 2019.

                                      D. GEORGE SWEIGERT, C/O
                                      P.O. BOX 152
                                      MESA, AZ 85211

RECEIVED JUL 17 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

7-14-19

1