UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE,

                Plaintiff,

-against-

JASON GOODMAN,

                Defendant.

17-CV-00601-MHL

## PRAECIPE FOR THE CLERK

### [CORRECTED]

NOW COMES THE PRO SE ~~PLAINTIFF~~ INTERVENOR-APPLICANT pursuant to the All Writs Act, 28 U.S.C. § 1651(a) to advise this Court that the undersigned shall file a Petition for Writ of Mandamus with the U.S. Court of Appeals for the Fourth Circuit in the upcoming weeks.

The proposed Petition will address the Court's undue delay in adjudicating motions filed by the Intervenor Applicant. This praecipe provides adequate notice to the Clerk of this upcoming action.

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this 17 day of July, 2019.

                                        D. GEORGE SWEIGERT, C/O
                                        P.O. BOX 152
                                        MESA, AZ 85211



RECEIVED JUL 22 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

7.17.19

1