IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT DAVID STEELE, *et al.*,

    Plaintiffs,

v.                                                                 Civil Action No. 3:17cv601

JASON GOODMAN, *et al.*,

    Defendants.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES Goodman's Discovery Motion. (ECF No. 109.) The Court DENIES WITHOUT PREJUDICE Plaintiffs' Motion for Sanctions, (ECF No. 121), and Plaintiffs' Motion to Compel, (ECF No. 126). The Court TAKES UNDER ADVISEMENT Plaintiffs' Motion for Protective Order. (ECF No. 127.)

The Court REMINDS parties that it expects all parties—counseled or not—to follow the Federal Rules of Civil Procedure, the Local Rules for the Eastern District of Virginia, and all applicable law. The Court ADMONISHES parties that failure to comply with the Federal or Local Rules or this Court's directives may result in sanctions.

Let the Clerk send a copy of this Order to all counsel of record, and to Lutzke and Goodman at their respective addresses of record.

It is SO ORDERED.

                                                                /s/
                                                 M. Hannah Lauck
Date: 7/25/19                                United States District Judge
Richmond, Virginia