

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

ROBERT DAVID STEELE,

                                Plaintiff,                    17-CV-00601-MHL

            -against-

JASON GOODMAN,

                                Defendant.


## CHANGE OF ADDRESS AND CERTIFICATE OF SERVICE

ALL PARTIES please take note of the new address for the undersigned. Forward

materials to: **GENERAL DELIVERY, ROUGH AND READY, CA 95975**


**SUITE 3000**          **Jason Goodman, CEO**      **Susan A. Holmes**
**Clerk of the Court**  **Multi-media Systems**     **( Lutzke )**
**U.S. District Court** **Design, Inc.**            **2608 Leisure Drive**
**701 E. Broad St.**    **252 7th Avenue**          **Apt. B**
**Richmond, VA 23219**  **Suite 6-S**               **Ft. Collins, CO 80525**
                        **New York, NY 10001**

I hereby attest that the foregoing is true and accurate under the penalties of perjury on this __23__/

day of July, 2019.

                                        _____/

                                        **D. G. SWEIGERT, C/O**
                                        **GENERAL DELIVERY**
                                        **ROUGH AND READY, CA 95975**

                                        7.23.19

1