IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROBERT DAVID STEELE,** *et al.,*

    **Plaintiffs,**

v.                                                             **Civil Action No. 3:17cv601**

**JASON GOODMAN,** *et al.,*

    **Defendants.**

## ORDER

For the reasons stated from the bench, the Court DENIES WITHOUT PREJUDICE Plaintiffs' Motion for Protective Order. (ECF No. 127.)

Parties SHALL jointly file a revised Motion for Protective Order no later than Wednesday, August 7, 2019, at 5:00 p.m. In the unlikely event parties cannot reach an agreement by the Court's deadline, Plaintiffs SHALL file a revised Motion for Protective Order and note the lack of consent. Any party that disagrees with the proposed Protective Order SHALL file a statement, LIMITED to THREE (3) pages, explaining the nature of and legal reasons for the lack of consent no later than Thursday, August 8, 2019, at 5:00 p.m.

Let the Clerk send a copy of this Order to all counsel of record, and to Lutzke and Goodman at their respective addresses of record.

It is SO ORDERED.

                                                                        /s/
                                               M. Hannah Lauck
                                               United States District Judge

Date:
Richmond, Virginia