IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROBERT DAVID STEELE et al | ) |
| Plaintiffs, | ) |
| v. | ) Case 3:17-cv-601-MHL |
| JASON GOODMAN et al | ) |
| Defendants. | ) |

# **PLAINTIFFS' REVISED MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Plaintiffs, Robert David Steele and Earth Intelligence Network ("Plaintiffs"), by counsel, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Local Civil Rule 7 and the Court' Order [*ECF No. 158*], respectfully move the Court to enter a Protective Order.

A proposed Protective Order agreed to by Plaintiffs and Defendant Negron is attached hereto as *Exhibit "A"*.

The arguments and legal bases for this motion are stated more fully in Plaintiffs' Memorandum in Support, being filed contemporaneously with this motion.

## **CERTIFICATION**

In accordance with Local Civil Rule 37(E), Counsel for Plaintiffs, Counsel for Defendant Negron and Defendant Goodman *pro se* have conferred in good faith. Counsel for Defendant Negron approves the form of the Protective Order attached to this motion, and does not oppose this motion.

1

Defendant Goodman has requested additions to the Protective Order. Plaintiffs and Defendant Negron do not agree to include those additions.

## REQUEST FOR RELIEF

For the reasons stated above, Plaintiffs respectfully request the Court to grant their revised motion, and enter the attached Protective Order.

DATED:   August 7, 2019

                ROBERT DAVID STEELE
                EARTH INTELLIGENCE NETWORK

By:   */s/Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone:   (804) 501-8272
      Facsimile:   (202) 318-4098
      Email:   **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for Defendant, Patricia A. Negron, and all interested parties receiving notices via CM/ECF.  I also certify that a copy of this pleading was emailed in PDF to Defendants, Goodman and Lutzke.

By: _/s/Steven S. Biss_
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:     (804) 501-8272
Facsimile:     (202) 318-4098
Email:         **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*