IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ROBERT DAVID STEELE et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case 3:17-cv-601-MHL |
| | ) | |
| | ) | |
| JASON GOODMAN et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# PLAINTIFFS' MEMORANDUM IN SUPPORT
# OF REVISED MOTION FOR A PROTECTIVE ORDER

Plaintiffs, Robert David Steele and Earth Intelligence Network ("Plaintiffs"), by counsel, pursuant to Local Civil Rule 7(F), respectfully submit this Memorandum in Support of their revised motion for a protective order. [*ECF No. 159*].

1.      Discovery in this matter will necessarily involve the identification and disclosure of confidential and proprietary information, including the names of Plaintiffs' donors, supporters and witnesses.

2.      In order to preserve the confidentiality of certain documents and information, ensure the privacy of witnesses, and facilitate discovery, the Court should enter a Protective Order.

3.      Without a Protective Order, Defendant Goodman is at liberty to harass Plaintiffs' witnesses, to publish (dox) the names, email addresses and telephone numbers of those persons in his videos, subjecting those witnesses to potential harm, and to disclose otherwise confidential financial information on the Internet and via social media.

4.      Good cause exists for the entry of a Protective Order.

## **CONCLUSION**

For the reasons stated above, Plaintiffs respectfully request the Court to grant their revised motion for a protective order, and enter the Protective Order attached to Plaintiffs' revised motion.


DATED:        August 7, 2019



ROBERT DAVID STEELE
EARTH INTELLIGENCE NETWORK



By:___*/s/Steven S. Biss*_____
         Steven S. Biss (VSB # 32972)
         300 West Main Street, Suite 102
         Charlottesville, Virginia 22903
         Telephone:     (804) 501-8272
         Facsimile:      (202) 318-4098
         Email:            **stevenbiss@earthlink.net**

         *Counsel for the Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2019 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for Defendant, Patricia A. Negron, and all interested parties receiving notices via CM/ECF.  I also certify that a copy of this pleading was emailed in PDF to Defendants, Goodman and Lutzke

By: _/s/Steven S. Biss_
       Steven S. Biss (VSB # 32972)
       300 West Main Street, Suite 102
       Charlottesville, Virginia 22903
       Telephone:    (804) 501-8272
       Facsimile:    (202) 318-4098
       Email:      **stevenbiss@earthlink.net**

       *Counsel for the Plaintiffs*