IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT DAVID STEELE *et al.*,

    Plaintiffs,

v.                                                   Civil Action No. 3:17cv601

JASON GOODMAN *et al.*,

    Defendants.

## RESPONSE TO MOTION FOR PROTECTIVE ORDER AND NOTICE OF PARTIES' AGREEMENT

NOW COMES Defendant, Patricia Negron, by counsel and confirms that she agrees to the terms of the Protective Order filed today by Plaintiff. In addition, Defendant Goodman has advised undersigned counsel that he is in agreement with the Order as well (See attached email).

Dated: August 7, 2019                             Respectfully submitted,

                                                         **PATRICIA A. NEGRON**

By: _____/s/ R. Johan Conrod, Jr._____
R. Johan Conrod, Jr. (VSB No. 46765)
E-mail: rjconrod@kaufcan.com
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3000
Fax:     (888) 360-9092

Terry C. Frank, Esq. (VSB No. 74890)
E-mail: tcfrank@kaufcan.com
Benjamin A. Wills, Esq. (VSB No. 88109)
E-mail: bawills@kaufcan.com
KAUFMAN & CANOLES, P.C.
1021 E. Cary Street, Suite 1400
Richmond, Virginia 23219
Phone: (804) 771-5700
Fax:     (888) 360-9092

*Counsel for Defendant Patricia A. Negron*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2019, a true copy of the foregoing was filed electronically using the CM/ECF system, which will send a notification of such filing to the following:

>Steven S. Biss (VSB No. 32972)
>E-mail: stevenbiss@earthlink.net
>300 West Main Street, Suite 102
>Charlottesville, Virginia 22903
>Phone: (804) 501-8272
>Fax: (202) 318-4098
>*Counsel for Plaintiffs*

And sent via email to:

>Jason Goodman, *Pro Se*
>252 7th Avenue, Apt. 6S
>New York, NY 10001
>truth@crowdsourcethetruth.org

>         /s/ R. Johan Conrod, Jr.
>R. Johan Conrod, Jr. (VSB No. 46765)
>E-mail: rjconrod@kaufcan.com
>KAUFMAN & CANOLES, P.C.
>150 West Main Street, Suite 2100
>Norfolk, VA 23510
>Phone: (757) 624-3000
>Fax: (888) 360-9092
>*Counsel for Defendant Patricia A. Negron*

17680748v1

**Conrod, R. Johan**

To:                                 Conrod, R. Johan
**Subject:**                FW: Stipulated Protective Order

**From:** Jason Goodman [mailto:truth@crowdsourcethetruth.org]
**Sent:** Wednesday, August 7, 2019 9:57 AM
**To:** Steven Biss <stevenbiss@earthlink.net>
**Cc:** Conrod, R. Johan <rjconrod@kaufcan.com>
**Subject:** Re: Stipulated Protective Order

Upon further consideration and after conversation with Mr. Conrod, I will accept the document without my added paragraph 14. Go ahead and file it.