**(EXHIBIT A)**

# EXHIBIT A

