**(EXHIBIT B)**

From: Defango TV defango@gmail.com
Subject: Fwd: money and steemit and stuff
Date: July 2, 2019 at 3:56 PM
To: Jason Goodman truth@crowdsourcethetruth.org



---------- Forwarded message ----------
From: **Robert Steele** <robert.david.steele.vivas@gmail.com>
Date: Sat, Dec 2, 2017 at 2:57 PM
Subject: money and steemit and stuff
To: Defango <Defango@gmail.com>

I was not offended by your slamming the program closed, I figured you had good reasons.

01 As soon as you get control of Steemit Phi Beta Iota change the PW so only you can access it. You have my blessing to control and earn money from that until such time as you hit $1000 a month from that one channel, then we can revisit

02 I need a new webmaster, worth perhaps $200 a month, who can mix it up with WordPress, CloudFlare, and DreamHost. My former webmaster is a Zionist and quit over my being so critical of Zionism recently. Is this something you might be interested in?

03 Attached and below are references that give you a sense of where I want to go. If you can figure out how to build this around Steemit, or set up a pilot that allows us to do an IndieGoGo campaign to raise funds to pull together a team, am all ears.

**Chapters**

Steele, Robert. "Augmented Intelligence with Human-Machine Integrity: Future-Oriented Hybrid Governance Integrating Holistic Analytics, True Cost Economics, and Open Source Everything Engineering (OSEE)," forthcoming in Daniel Araya. *Augmented Intelligence: Smart Systems and the Future of Work and Learning*. Bern, CH: Peter Lang Publishing.

Steele, Robert. "Foreword," in Stephen E. Arnold, *CyberOSINT: Next Generation Information Access*, Harrods Creek, KY: Arnold Information Technology, 2015.

Steele, Robert. "The Evolving Craft of Intelligence," in Robert Dover, Michael Goodman, and Claudia Hillebrand (eds.). *Routledge Companion to Intelligence Studies*, Oxford, UK: Routledge, July 31, 2013.

Steele, Robert. "Open Source Intelligence (Strategic)," in Loch Johnson (ed.), *Strategic Intelligence: The Intelligence Cycle*, Westport, CT: Praeger, 2007, Chapter 6, pp. 96-122.

**Articles**

Steele, Robert, "How The Deep State Controls Social Media and Digitally Assassinates Critics: #GoogleGestapo – Censorship & Crowd-Stalking Made Easy," *American Herald Tribune*, November 7, 2017.

Steele, Robert with Cynthia McKinney, "Former Representative and Intelligence Official Team Up to Unrig Elections," *Independent Voter Network*, September 26, 2017.

Steele, Robert. "Healing the Self & Healing the World: The Open Source Way," *Defence and Intelligence Norway*, September 13, 2017.

Steele, Robert. "Concept for a Post-Western Economic-Engineering Paradigm: How Putin-Modi and Xi-Trump Can Save Humanity with Open Source Everything Engineering (OSEE)," *Russian International Affairs Council*, April 5, 2017.

--

Defango@gmail.com


         

NATO              NATO              NATO              MEMORANDUM
Innovat....5).pdf  Innovat...17.docx  Innovat...17.docx  FOR FF...N.docx