**(EXHIBIT C)**

From: Defango TV defango@gmail.com
Subject: Fwd: we talked, we agreed.....
Date: July 2, 2019 at 3:55 PM
To: Jason Goodman truth@crowdsourcethetruth.org



---------- Forwarded message ---------
From: **Robert Steele** <robert.david.steele.vivas@gmail.com>
Date: Sun, Oct 22, 2017 at 6:08 PM
Subject: we talked, we agreed.....
To: Defango <Defango@gmail.com>

01 email to biss by tomorrow 0900 eastern detailing what you have collected that connects Goodman to Brock and Arnon Milchan. feel free to tell him you want to support my case in return for a percentage.

02 email to me nothing complicated, giving me a sense of what you think would make the best use of the RV over the next 90 days, your home.
--
#UNRIG Home: http://unrig.net
#UNRIG Donate: http://tinyurl.com/IndieGoGo-UNRIG
Personal Page: http://robertdavidsteele.com
Group Blog: http://phibetaiota.net
Donate to Non-Profit: http://paypal.me/EarthIntel

--

Defango@gmail.com