**(EXHIBIT E)**

(EXHIBIT E)


**From:** Defango TV defango@gmail.com
**Subject:** Fwd: sorry!
**Date:** June 18, 2019 at 11:44 AM
**To:** truth@crowdsourcethetruth.org, dseaman@gmail.com

---------- Forwarded message ----------
From: **amethetanya** <atanya1111@gmail.com>
Date: Sun, Jul 2, 2017 at 8:49 AM
Subject: sorry!
To: Defango <Defango@gmail.com>

So I love Robert but he moves way to fast. I was just having lunch and talking about how viewers discern things and why you are the best one basically (let's face facts you are a good 50 IQ points > rest) I'm slammed busy with life as I'm sure you are but also with kids and a husband (that's like 3 kids) so if him deciding TOMORROW was a pain in your butt I do apologize.

I'm sitting here writing defamation cases for my husband for policemen and thinking I can in three days get you a case against Jason. I'm guessing a half a million bucks they will throw at you to just make it go away = catch it!  Robert is the real deal he can go to court for you. And will. that is cool thing about him. He drove 3 hours to come see me on the farm (terrified honestly) and hung out all day, seemingly unaffected my friends showing up and doing bong hits.

I had written the most killer case against jake-crisis-actor-morphonius. I will have Nora (maccoby) send you a copy (I cant). They called her dad a child trafficker, while her whole family is in the hospital (her mom is dying) her brother is a lawyer who repped alefantis against david brock in their "divorce" but apparently HE blackmailed BROCK and is NOT a pedo??? just a fudge packer. NOT THAT THERE'S ANYTHING WRONG WITH THAT***.

Max, her brother was the one who eventually would not let her file against morphonius because his corporate overlords didn't want the publicity. the lawsuit he is waving around on his channel, I wrote that.  Nora had started trying to help Robert get to trump because she lives like a few doors down from Pense's guards (I call them spear holders because he is a notorious fag) when her family came under intense fire from media matters. THE ONLY person who knew the stuff in the highly produced morphonius pieces was brock. anyways then she got in a huge fight with Robert over the pedo thing, the details of which escape me. So I was a little wary with helping Robert because I think the attack against her family was because they were trying to help him. and I still want to go after media matters, get them off youtube and get the victims of the slander paid.

anyways do contemplate suing Jason, he's likely insured. You have a great case.

TT

***totally is lots wrong with it. poop on the sheets for instance.


--

Defango@gmail.com