**(EXHIBIT F)**

**From:** **Defango** defango@protonmail.com
**Subject:** Fw: Re: Negron's New #
**Date:** July 2, 2019 at 4:08 PM
**To:** truth@crowdsourcethetruth.org



Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, December 14, 2017 6:51 AM, TStGermain <TStGermain@protonmail.com> wrote:

That makes sense. So I was hacked yesterday. Its all ok now.
I am in NYC, but come back today.

Sent with ProtonMail Secure Email.

------- Original Message -------
Subject: Re: Negron's New #
Local Time: December 12, 2017 12:58 PM
UTC Time: December 12, 2017 5:58 PM
From: stevenbiss@earthlink.net
To: TStGermain <TStGermain@protonmail.com>
Manny Chavez <defango@protonmail.com>

Thomas,

We shall see. People change their numbers for a reason, and its usually so they don't have to hear from past acquaintenances.

**From:** TStGermain
**Sent:** Tuesday, December 12, 2017 9:45 AM
**To:** Steven S. Biss
**Cc:** Manny Chavez
**Subject:** Re: Negron's New #

Thanks Steven.
From what I see, Goodman is breaking down.
Trish the Flip comes soon.....;)

Sent with ProtonMail Secure Email.

------- Original Message -------
Subject: Negron's New #
Local Time: December 11, 2017 1:25 PM
UTC Time: December 11, 2017 6:25 PM
From: stevenbiss@earthlink.net
To: Thomas Schoenberger <TStGermain@protonmail.com>, Manny Chavez <defango@protonmail.com>

FYI

617-287-8365

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Mobile: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: ssbiss@yahoo.com
LinkedIn: www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, I inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Mobile: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: ssbiss@yahoo.com
LinkedIn: www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, I inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.