**(EXHIBIT G)**



# Patricia A Negron

Generated on: 11/06/2019

**Please remember, you are restricted from using this information for:**

**Employment Screening:**

You may not use this information when evaluating a person for employment, reassignment, promotion, or retention

**Hiring of Household Workers:**

Including, but not limited to, nannies and domestic workers

**Tenant Screening**

Including, but not limited to, leasing a residential or commercial space

**Educational Qualification:**

Including, but not limited to, a person's qualifications for an educational program or scholarship

**Credit or Insurance:**

Accessing the risk of existing credit obligations of an individual and/or determining eligibility for issuing credit or insurance

**Business Transactions Initiated by an Individual Customer:**

Reviewing a personal customer account to determine whether the person continues to meet the terms of the account

Using this information in these ways violates both our Terms & Conditions and the law, and can lead to possible criminal penalties. We take this very seriously, and reserve the right to terminate user accounts and/or report violators to law enforcement as appropriate.

**Disclaimer:** While we are constantly updating and refining our database and service, we do not represent or warrant that the results provided will be 100% accurate and up to date. BeenVerified, Inc. is a database of publicly available sources of information aggregated for your convenience. BeenVerified, Inc. does not provide private investigator services and this information should not be used for employment, tenant screening, or any FCRA related purposes. BeenVerified, Inc. does not make any representation or warranty as to the character or the integrity of the person, business, or entity that is the subject of any search inquiry processed through our service.

Copyright © 2019 BeenVerified, Inc. Inc. All Rights Reserved.

# Table of Contents

| | |
|---|---:|
| Table of Contents | 2 |
| Summary | 3 |
| Contact Info | 3 |
| Address History | 3 |
| Relatives | 3 |
| Neighbors | 3 |
| Associates | 4 |
| Professional | 4 |
| Education | 4 |
| Social Media | 4 |
| Photos | 4 |
| Possible Owned Assets | 4 |
| Criminal & Traffic Records | 5 |
| Bankruptcies | 5 |
| Judgments & Liens | 5 |
| Licenses & Permits | 5 |

# Patricia A Negron
Dorchester, MA / Age 52

## Personal Overview

| | |
|---|---|
| **Name:** | Patricia A Negron |
| **Age:** | 52 |
| **Address:** | 93 Sawyer Ave Dorchester, MA 02125 |
| **Aliases:** | Patricia A Negron |

## Contact Info

**7** Contact Info Found

| # | Phone Numbers |
|---|---|
| 1 | 617-510-9567 |
| 2 | 781-444-3052 |
| 3 | 617-696-9994 |
| 4 | 617-287-8365 |

| # | Email Addresses |
|---|---|
| 1 | patricia.negron@cox.net |
| 2 | pnegron@ahh.com |
| 3 | patricia.negron@collegeclub.com |

## Address History

**4** Addresses Found

| # | Address | Last Seen Date |
|---|---|---|
| 1 | 93 Sawyer Ave Dorchester, MA 02125 | 03/2007 |
| 2 | 925 Webster St Unit 3 Needham, MA 02492 | N/A |
| 3 | 37 Thistle Ave Milton, MA 02186 | N/A |
| 4 | 90 Dedham Ave Needham, MA 02492 | N/A |

## Relatives

**0** Relatives Found

## Neighbors

**2** Neighbors Found

| # | Name | Age | Address |
|---|---|---|---|
| 1 | DANIEL W BRENNAN | 42 | 92 Sawyer Ave Dorchester, MA 02125<br>First seen: 09/2010, Last seen: 03/2019 |

3

| 2 | DANIEL W BRENNAN | 42 | 92 Sawyer Ave Dorchester, MA 02125<br>First seen: 09/2010, Last seen: 03/2019 |
|---|---|---|---|

## Associates

0 | Associates Found

## Professional

1 | Jobs Found

| # | Company | Title | Industry |
|---|---|---|---|
| 1 | adams harkness hill | N/A | N/A |

## Education

0 | Schools Found

## Social Media

11 | Social Media Found

| # | Network | Profile Link |
|---|---|---|
| 1 | amazon | http://www.amazon.com/gp/pdp/profile/A329K5SUUMTJ09/ |
| 2 | yellowpages.com | https://www.yellowpages.com/milton-ma/hertz-car-rental |
| 3 | superpages.com | https://www.superpages.com/yellowpages/c-car%20rental/s-ma/t-newton%20lower%20falls/ |
| 4 | business.superpages.com | https://business.superpages.com/yellowpages/c-car%20rental/s-ma/t-newton/ |
| 5 | superpages.com | https://www.superpages.com/yellowpages/c-car%20rental/s-ma/t-auburndale/ |
| 6 | superpages.com | https://www.superpages.com/yellowpages/c-car%20rental/s-ma/t-newton%20center/ |
| 7 | business.superpages.com | https://business.superpages.com/yellowpages/c-car%20rental/s-ma/t-waban/ |
| 8 | business.superpages.com | https://business.superpages.com/yellowpages/c-car%20rental/s-ma/t-newton%20upper%20falls/ |
| 9 | business.superpages.com | https://business.superpages.com/yellowpages/c-car%20rental/s-ma/t-newton%20highlands/ |
| 10 | superpages.com | https://www.superpages.com/yellowpages/c-car%20rental/s-ma/t-newton/ |
| 11 | business.superpages.com | https://business.superpages.com/yellowpages/c-car%20rental/s-ma/t-newton%20lower%20falls/ |

## Photos

0 | Photos Found

## Possible Owned Properties

0 | Properties Found

## Possible Owned Automobiles                    0 | automobiles Found

## Possible Owned Aircrafts                      0 | Aircrafts Found

## Possible Owned Watercrafts                    0 | Watercrafts Found

## Criminal & Traffic Records                    0 | Criminal Records

## Bankruptcies                                  0 | Bankruptcy Records

## Judgments & Liens

This section is locked. Upgrade this report to view this section.

## Licenses

This section is locked. Upgrade this report to view this section.

**Disclaimer:** While we are constantly updating and refining our database and service, we do not represent or warrant that the results provided will be 100% accurate and up to date. BeenVerified, Inc. is a database of publicly available sources of information aggregated for your convenience. BeenVerified, Inc. does not provide private investigator services and this information should not be used for employment, tenant screening, or any FCRA related purposes. BeenVerified, Inc. does not make any representation or warranty as to the character or the integrity of the person, business, or entity that is the subject of any search inquiry processed through our service.

Copyright © 2019 BeenVerified, Inc. Inc. All Rights Reserved.