**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**ROBERT DAVID STEELE** *et al.*,

    **Plaintiffs,**

**v.**                                                                  **Civil Action No. 3:17cv601**

**JASON GOODMAN** *et al.*,

    **Defendants.**

### ORDER GRANTING DEFENDANT'S
### MOTION FOR EXTENSION OF TIME

On this day came Defendant, Patricia A. Negron ("Ms. Negron" or "Defendant"), upon her Motion for Extension of Time to file her responsive pleading to the Motion to Disqualify Counsel for Plaintiff ("Motion"), and upon consideration of the arguments set forth in the Motion, and for good cause shown, it is

ORDERED that the Motion is GRANTED, and Defendant Patricia A. Negron is granted an extension of time to file a responsive pleading to the Motion until on or before Friday, December, 20, 2019.

 Dated: December \_\_\_\_\_, 2019.

                                                        _____
                                                                        JUDGE

**WE ASK FOR THIS:**

/s/ *Terry C. Frank*
Terry C. Frank, Esq. (VSB No. 74890)
E-mail: tcfrank@kaufcan.com
Benjamin A. Wills, Esq. (VSB No. 88109)
E-mail: bawills@kaufcan.com
KAUFMAN & CANOLES, P.C.
1021 E. Cary Street, Suite 1400
Richmond, Virginia 23219
Phone: (804) 771-5700
Fax: (888) 360-9092
*Counsel for Defendant Patricia A. Negron*

17999501v1