IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT DAVID STEELE *et al.*,

    Plaintiffs,

v.                                                           Civil Action No. 3:17cv601

JASON GOODMAN *et al.*,

    Defendants.

### ORDER GRANTING DEFENDANT'S
### MOTION FOR EXTENSION OF TIME

On this day came Defendant, Patricia A. Negron ("Ms. Negron" or "Defendant"), upon her Motion for Extension of Time to file her responsive pleading to the Motion to Disqualify Counsel for Plaintiff ("Motion"), and upon consideration of the arguments set forth in the Motion, and for good cause shown, it is

ORDERED that the Motion is GRANTED, and Defendant Patricia A. Negron is granted an extension of time to file a responsive pleading to the Motion until on or before Friday, December, 20, 2019.

Dated: December 10, 2019.

_____
JUDGE



SO ORDERED

/s/
M. Hannah Lauck
United States District Judge