## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**ROBERT DAVID STEELE** *et al.*,

      **Plaintiffs,**

**v.**                                           **Civil Action No. 3:17cv601**

**JASON GOODMAN** *et al.*,

      **Defendants.**

### PATRICIA A. NEGRON'S RESPONSE TO DEFENDANT GOODMAN'S MOTION TO DISQUALIFY COUNSEL FOR PLAINTIFF

NOW COMES Defendant, Patricia A. Negron ("Ms. Negron" or "Defendant"), by counsel, and in response to the Motion to Disqualify Counsel for Plaintiff ("Motion") filed by the Defendant, Jason Goodman ("Mr. Goodman" or "Defendant"), states as follows:

1.      Ms. Negron takes no position with respect to Defendant Goodman's Motion to Disqualify Counsel for Plaintiff other than to say there is no concerted effort between Plaintiff Robert David Steele ("Plaintiff") and/or his attorney and Ms. Negron with respect to Mr. Goodman or anyone else.

2.      Ms. Negron categorically denies that she has had any contact with Plaintiff's counsel or his agents or employees regarding this case.

3.      Ms. Negron reiterates her assertion that the Plaintiff's case is without merit and filed for the sole purpose to harass and cause financial pain.  The sheer volume of filings at this stage in the case, including but not limited to non-parties, are approaching the absurd. Mr. Goodman's pleadings are no better.

4.      Moreover, Mr. Goodman's 110 page Motion includes Ms. Negron's personal information throughout, including a multipage "Been Verified" identity report. He included her

phone number and address history, employment information, the name and address of neighbors, social media sites, etc.  Ms. Negron's personal information has no bearing on this case and is a classic example of doxing by Mr. Goodman, i.e. "publishing private or identifying information about (a particular individual) on the Internet, typically with malicious intent." Because the information in the report is no longer accurate, and given her accrued defense costs to date and the costs associated with further briefing and argument, Ms. Negron elected not to file a motion to strike. She respectfully, however, asks the Court to address this behavior by Mr. Goodman in future filings.

WHEREFORE, Defendant, Patricia A. Negron, hereby requests that the Court enter an Order (1) directing Mr. Goodman from refraining from publicly filing any document in this case that contains Ms. Negron's personal and identifying information and (2) awarding such further relief as the Court deems appropriate.

PATRICIA A. NEGRON

By:  _____/s/ Terry C. Frank_____

Terry C. Frank, Esq. (VSB No. 74890)
E-mail:  tcfrank@kaufcan.com
Benjamin A. Wills, Esq. (VSB No. 88109)
E-mail:  bawills@kaufcan.com
KAUFMAN & CANOLES, P.C.
1021 E. Cary Street, Suite 1400
Richmond, Virginia  23219
Phone:  (804) 771-5700
Fax:     (888) 360-9092
*Counsel for Defendant Patricia A. Negron*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2019, a true copy of the foregoing is being electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Steven S. Biss (VSB No. 32972)
E-mail:  stevenbiss@earthlink.net
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Phone: (804) 501-8272
Fax:    (202) 318-4098
*Counsel for Plaintiffs*

And sent via email and first-class mail, postage prepaid, to:

Jason Goodman, *Pro Se*
252 7th Avenue, Apt. 6S
New York, NY  10001
truth@crowdsourcethetruth.com

And sent via first-class mail, postage prepaid, to:

"Queen Tut"
a/k/a Susan A. Lutzke, *Pro Se*
1221 University Ave., Unit D202
Fort Collins, CO  80521

            /s/ Terry C. Frank
Terry C. Frank, Esq. (VSB No. 74890)
E-mail:  tcfrank@kaufcan.com
Kaufman & Canoles, P.C.
1021 E. Cary Street, 14th Floor
Richmond, Virginia 23219
Phone: (804) 771-5700
Fax:    (888) 360-9092
*Counsel for Defendant Patricia A. Negron*

18031028v1