**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

ROBERT DAVID STEELE, et al

     Plaintiff,

v.                                                    Civil Action No. 3:17-cv-601-MHL

JASON GOODMAN, et al

     Defendant.

# [Proposed] ORDER

This matter is before the Court on Plaintiffs' MOTION *IN LIMINE* (a) to prohibit defendant Jason Goodman ("Goodman") from calling as a witness at trial any person who Goodman failed to disclose pursuant to Rule 26(a)(1)(A)(i) (mandatory disclosure of persons likely to have discoverable information that the disclosing party may use to support his defenses), (b) to prohibit Goodman from using at trial any document that Goodman failed to produce pursuant to Rule 26(a)(1)(A)(ii) (mandatory production of copies of documents that the disclosing party may use to support his defenses), and (c) to prohibit Goodman from using at trial any document that Goodman failed to produce in response to Plaintiffs' discovery requests. [ECF No. 171].

Having reviewed the Plaintiffs' motion and the defendant's response thereto [ECF No. ___] and it appearing to the Court that defendant Goodman served an initial disclosure statement (the "Goodman Disclosures") on June 17, 2019 [*ECF No. 125*]; that defendant Goodman did not produce copies of any of the documents identified in the Goodman Disclosures; that defendant Goodman did not amend or supplement the

Goodman Disclosures; and that defendant Goodman did not produce any documents in response to Plaintiff Steele's request for production of documents.   Based on the foregoing, including defendant Goodman's failure to comply with Rule 26(a)(1)(A)(ii) and his failure to respond to discovery, it is hereby ORDERED that the Plaintiffs' motion is GRANTED.

It is so ORDERED.

_____
M. Hannah Lauck
United States District Judge

Dated:
Richmond, Virginia