

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | DEFENDANT'S AMENDED DISCLOSURE STATEMENT |
| JASON GOODMAN, et al., | |
| Defendant | |

## DEFENDANT'S AMENDED DISCLOSURE STATEMENT

Comes now, Defendant Jason Goodman, Pro Se, pursuant to Federal Rule of Civil Procedure 26(a)(1) and FRCP rule 7.1 to submit his disclosures as follows.  Defendant reserves the right to supplement his disclosure statement as continuing investigation and discovery may alter this disclosure and/or identify other potential witnesses, documents, and information.

DEFENDANT'S AMENDED DISCLOSURE STATEMENT - 1

1. Individuals likely to have discoverable material

    a. Robert David Steele (knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers) c/o Steven S. Biss (VSB No. 32972) E-mail: stevenbiss@earthlink.net 300 West Main Street, Suite 102 Charlottesville, Virginia 22903 Phone: (804) 501-8272 Fax:     (202) 318-4098 Counsel for Plaintiffs

    b. Representative of Earth Intelligence Network (knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers)   c/o Steven S. Biss (VSB No. 32972) E-mail: stevenbiss@earthlink.net 300 West Main Street, Suite 102 Charlottesville, Virginia 22903 Phone: (804) 501-8272 Fax:     (202) 318-4098 Counsel for Plaintiffs

    c. Devin Nunes (associate of plaintiff knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers) 264 Clovis Avenue Suite 206 Clovis, CA 93612 Main: (559) 323-5235  Fax: (559) 323-5528

    d. Jason Goodman (knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers) 252 7th Avenue Apt 6s New York NY 10001 Pro Se Defendant

DEFENDANT'S AMENDED DISCLOSURE STATEMENT - 2

    e.  Patricia A. Negron (knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers) c/o R. Johan Conrod, Jr. (VSB No. 46765) E-mail: rjconrod@kaufcan.com KAUFMAN & CANOLES, P.C. 150 West Main Street, Suite 2100 Norfolk, VA 23510 Phone: (757) 624-3000 Fax: (888) 360-9092 Terry C. Frank, Esq. (VSB No. 74890) E-mail: tcfrank@kaufcan.com Benjamin A. Wills, Esq. (VSB No. 88109) E-mail: bawills@kaufcan.com KAUFMAN & CANOLES, P.C. 1021 E. Cary Street, Suite 1400 Richmond, Virginia 23219 Phone: (804) 771-5700 Fax: (888) 360-9092 Counsel for Defendant Patricia A. Negron

    f.  Susan Holmes a/k/a Susan Lutzke a/k/a Queen Tut1 (knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers) 1221 University Ave., Unit D202 Fort Collins, CO 80521 Pro se Defendant

    g.  D. George Sweigert (potential knowledge regarding the online activities of the parties related to the allegations set forth in the Amended Complaint and the Defendants' Answers) c/o P.O. Box 152 Mesa, AZ 85211 Prospective Pro se Intervenor

    h.  George Webb Sweigert (brother of D. George Sweigert with potential knowledge regarding the online activities of the parties related to the allegations set forth in the Amended Complaint and the Defendants' Answers) Country Inn and Suites by Raddison 8850 Hampton Mall Dr N, Capitol Heights, MD 20743 (503) 919-0748

DEFENDANT'S AMENDED DISCLOSURE STATEMENT - 3

i.  Dr. Cynthia Ann McKinney (knowledge of the allegations set forth in the Amended Complaint and the Defendants' Answers specifically with respect to the Plaintiffs' #UNRIG campaign, its operation, and donations thereto) Address and number unknown.

j.  Manuel Chavez III (Former Associate of Plaintiff and recent associate of D. George Sweigert with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers). Address unknown (480) 332-9117

k.  Tyroan Simpson (Former Associate of Plaintiff and recent associate of D. George Sweigert with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers). Address and phone number unknown

l.  Nathan Stolpman (Former Associate of Plaintiff and recent associate of D. George Sweigert with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers). Address and phone number unknown

m.  Jacquelyn Weaver (associate of D. George Sweigert with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers). 102 Fern Purvis, MS 39475 jacquelyn113@hotmail.com

n.  Steve Outtrim (associate of D. George Sweigert and co-Defendant Lutzke with knowledge regarding the allegations set forth in the Complaint and the

denials, defenses, and allegations set forth in the Defendants' Answers). 90

Franklin Road Freemans Bay Auckland 1011 New Zealand

o.  Kevin Marsden (associate of D. George Sweigert with knowledge regarding

the allegations set forth in the Complaint and the denials, defenses, and

allegations set forth in the Defendants' Answers).

p.  Jake Morphonios (associate of D. George Sweigert and co-Defendant Lutzke

with knowledge regarding the allegations set forth in the Complaint and the

denials, defenses, and allegations set forth in the Defendants' Answers).

morphonios@yahoo.com

q.  Dean Fougere (associate of D. George Sweigert with knowledge regarding the

allegations set forth in the Complaint and the denials, defenses, and

allegations set forth in the Defendants' Answers) 154 Lake Drive Plymouth

MA 02360 (508) 329-2046

r.  Quinn Michaels (AKA Corey Aiken)(former associate of Defendant Goodman

with knowledge regarding the allegations set forth in the Complaint and the

denials, defenses, and allegations set forth in the Defendants' Answers)

address unknow phone number (503) 395-xxxx

s.  Steven S. Biss (council for Plaintiff and participant in alleged conspiracy to

bring frivolous lawsuits against Defendant, with knowledge regarding the

allegations set forth in the Complaint and the denials, defenses, and

allegations set forth in the Defendants' Answers and motion to disqualify) 300

West Main Street, Suite 102 Charlottesville Virginia 22903 (804) 501-8272

DEFENDANT'S AMENDED DISCLOSURE STATEMENT - 5

t.   Tanya Cornwell (wife and paralegal of Steven S Biss and participant in alleged conspiracy to bring frivolous lawsuits against Defendant, with knowledge regarding the allegations set forth in the Complaint and the denials, defenses, and allegations set forth in the Defendants' Answers and motion to disqualify) 300 West Main Street, Suite 102 Charlottesville Virginia 22903 (804) 501-8272

2.   Documents

The Defendant intends to use the following documents in support of his case

a.   All documents identified and referred to in the parties' pleadings, including documents that are linked via internet URLs

b.   All documents produced in discovery by the parties;

c.   E-mails exchanged between Defendant Goodman and Plaintiff

d.   E-mails exchanged between Defendant Goodman and Co-Defendant Negron.

e.   E-mails exchanged between Defendant Goodman and Co-Defendant Lutzke

f.   E-mails and telephone calls between Defendant Goodman and Counsel for Plaintiff

g.   E-mails and telephone calls between Defendant Goodman and William F. Kernan

h.   E-mails provided by Manuel Chavez III between Chavez and Biss, Chavez and Cornwell, Chavez and Plaintiff as well as other parties contained in the emails.

i.   All documents produced by third-parties in response to Rule 45 Subpoenas.

3.   Damages

DEFENDANT'S AMENDED DISCLOSURE STATEMENT - 6

Defendant Goodman is not claiming any damages at this time but reserves his right to amend that in the future.

4. Insurance

There is no applicable insurance.

Defendant reserves the right to amend and supplement these Rule 26(a)(1) Disclosures in accordance with the Rule 26 FRCP.

DATED: Jan 20, 2020

Respectfully submitted.

Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
truth@crowdsourcethetruth.org

DEFENDANT'S AMENDED DISCLOSURE STATEMENT - 7

**Circuit Court for** Eastern Division Virginia _____   **Case No.** 3:17-cv-601-MHL _____

City or County

Robert David Steele and Earth Intelligence Networ

| Name | | | | |
|---|---|---|---|---|
| 11005 LANGTON ARMS CT | | | | Apt.# |
| Street Address | | | | |
| OAKTON, | VA | 22124 | ( 571 ) 320-8573 | |
| City | State | Zip Code | Area Telephone Code | |

**VS.**

Jason Goodman

| Name | | | | |
|---|---|---|---|---|
| 252 7th avenue | | | | 6s |
| Street Address | | | | Apt.# |
| New York | NY | 10001 | (323 ) 744-7594 | |
| City | State | Zip Code | Area Telephone Code | |

**Plaintiff**                                              **Defendant**

# CERTIFICATE OF SERVICE
## (DOMREL58)

I HEREBY CERTIFY that on this 20 _____ day of ___January_____ , 2020 ____, a copy
of the document(s) entitled ___DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE___

**Title of Document(s)**

was/were mailed, postage prepaid to:

Terry Frank
_____

**Opposing Party or His/Her Attorney**

1021 E. Cary Street, 14th Floor
_____

**Address**

Richmond                    VA            2329
City                              State              Zip

January 20 2020
**Date**                          **Signature**

DR58- Revised 13 February 2001

**Circuit Court for** Eastern Divistion Virginia

City or County

**Case No.** 3:17-cv-601-MHL

Robert David Steele and Earth Intelligence Networ

| Name | | | | |
|------|---|---|---|---|
| 11005 LANGTON ARMS CT | | | | Apt.# |
| Street Address | | | | |
| OAKTON, | VA | 22124 | ( 571) 320-8573 | |
| City | State | ZipCode | Area Telephone Code | |
| | *Plaintiff* | | | |

**VS.**

Jason Goodman

| Name | | | | |
|------|---|---|---|---|
| 252 7th avenue | | | | 6s |
| Street Address | | | | Apt.# |
| New York | NY | 10001 | (323 ) 744-7594 | |
| City | State | ZipCode | Area Telephone Code | |
| | *Defendant* | | | |

# CERTIFICATE OF SERVICE
## (DOMREL58)

I HEREBY CERTIFY that on this 20h   day of _____January_____ , 2020 , a copy

of the document(s) entitled   DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE

**Title of Document(s)**

was/were mailed, postage prepaid to:

Steven S Biss

**Opposing Party or His/Her Attorney**

300 West Main Street Suite 102

**Address**

Charlottesville        VA        22903

City                State        Zip

J anuar y  20  2020

**Date**            **Signature**

DR58- Revised 13 February 2001

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
**RICHMOND DIVISION**

ROBERT DAVID STEELE, et al.,
_____
                        Plaintiff(s),

                v.

JASON GOODMAN, et al.,
_____
                        Defendant(s).

Civil Action Number: 3:17-cv-00601-MHL
_____

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of__**  DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE

_Jason Goodman_ (Print or Type)
_____
Signature of _Pro Se_ Party

Executed on: _January 20,  2020_ ____ (Date)

                        **OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
                                                                    **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of _Pro Se_ Party (Print or Type)

_____
Signature of _Pro Se_ Party

Executed on: _____ (Date)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | DEFENDANT'S SWORN STATEMENT |
| JASON GOODMAN, et al., | |
| Defendant | |

## DEFENDANT'S SWORN STATEMENT

I hereby attest that the pleadings herein are accurate and true under penalties of perjury. Further, I hereby attest that the attached exhibits are accurate and true copies of source documents as described.  Video and telephone recording transcripts may contain typos due to voice to text transcription software.  True and accurate copies of original video and audio recordings can be provided should it please the court.

Signed this  20th day of January 2020

Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

DEFENDANT'S SWORN STATEMENT - 1