**(EXHIBIT B)**

**From:** **Jason Goodman** truth@crowdsourcethetruth.org
**Subject:** Re: PLAINTIFFS' SUPPLEMENTAL DOCUMENTS
**Date:** January 9, 2020 at 9:47 PM
**To:** Steven Biss stevenbiss@earthlink.net



This site is not allowing me access to the files and I am not signing up. Find another way to send them.

On Jan 9, 2020, at 6:49 PM, Steven Biss <delivery@spaces.hightailmail.com> wrote



# Steven Biss has shared 1 file.



1 file • 1.6 GB total • Expires 03/18/2020

"All documents are marked "CONFIDENTIAL" subject to the Stipulated Protective Order"

| ZIP | SUPPLEMENTAL DOCUMENTS.zip | 1.6 GB |

VIEW ALL FILES

Share large files securely through Hightail. Sign up for a free account.

Terms | Privacy