**(EXHIBIT C)**

From: **Steven S. Biss** stevenbiss@earthlink.net
Subject: Re: Inadvertent Production
Date: January 13, 2020 at 6:35 PM
To: Jason Goodman truth@crowdsourcethetruth.org
Cc: Steven Biss stevenbiss@earthlink.net, Robert Steele robert.david.steele.vivas@gmail.com



Mr. Goodman,

I did not receive a previous message, and I do not know why you cannot access the documents. Counsel for Ms. Negron had no trouble. In any case, I will download the documents to a flash drive and mail it to you.

Have a great night.


Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Tel.: (804) 501-8272
Fax: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

 Original Message
From: Jason Goodman
Sent: Monday, January 13, 2020 4:34 PM
To: Steven Biss
Cc: Terry C. Frank; Benjamin A. Wills; Robert David Steele
Subject: Re: Inadvertent Production

Still no response to my previous message. I will not sign up for an unknown service and provide my personal information in order to access the documents. Please inform me immediately of an alternate method of delivery.