## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

ROBERT DAVID STEELE, *et al.*,

    Plaintiffs,

v.                                                    Civil Action No. 3:17cv601

JASON GOODMAN, *et al.*,

    Defendants.

### ORDER

This matter comes before the Court *sua sponte*. The Court hereby ORDERS that the Parties SHALL participate in a Settlement Conference before United States Magistrate Judge Roderick C. Young. Counsel shall be responsible for contacting Judge Young within five (5) days of the date of this Order to schedule the conference. Counsel shall abide by whatever further instructions or requirements Judge Young may impose.

The Court CANCELS the Final Pretrial Conference currently scheduled for February 20, 2020, at 1:00 p.m. If necessary after the Settlement Conference, the Parties SHALL appear for a Final Pretrial Conference, Hearing on the Motion to Disqualify, (ECF No. 165), and Hearing on the Motion in Limine, (ECF No. 171), on Thursday March 19, 2020 at 1:00 p.m.

The Court CANCELS the current jury trial dates (March 18–20). If necessary after the Settlement Conference, the jury trial in this matter SHALL occur on May 5–7, 2020.

Let the Clerk send a copy of this Order to Judge Young and all counsel of record.

It is SO ORDERED.

                                                                       /s/
                                                      M. Hannah Lauck
                                                      United States District Judge

Date: January 29, 2020
Richmond, Virginia