**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**ROBERT DAVID STEELE** *et al.*,

    **Plaintiffs,**

**v.**                                                                         Civil Action No. 3:17cv601

**JASON GOODMAN** *et al.*,

    **Defendants.**

### DEFENDANT PATRICIA A. NEGRON'S
### MOTION TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE

Defendant Patricia A. Negron ("Ms. Negron" or "Defendant"), by counsel, for her Motion to Appear at Settlement Conference by Telephone ("Motion"), relies upon the arguments[1] and authorities set forth in the accompanying memorandum filed herewith.

WHEREFORE, Defendant Patricia A. Negron, by counsel, respectfully requests the Court enter an Order: (1) granting her Motion permitting her to appear at the March 16, 2020 Settlement Conference by telephone; and (3) awarding such further and other relief as this Court deems appropriate.

---

[1] The Plaintiffs and Mr. Goodman oppose this Motion.

Dated:  February 26, 2020          Respectfully submitted,

                                             **PATRICIA A. NEGRON**

By:     */s/Terry C. Frank*
Terry C. Frank, Esq. (VSB No. 74890)
E-mail:  tcfrank@kaufcan.com
KAUFMAN & CANOLES, P.C.
1021 E. Cary Street, Suite 1400
Richmond, Virginia  23219
Phone:  (804) 771-5700
Fax:     (888) 360-9092
*Counsel for Defendant Patricia A. Negron*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th of February 2020, a true copy of the foregoing is being electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Steven S. Biss (VSB No. 32972)
> E-mail: stevenbiss@earthlink.net
> 300 West Main Street, Suite 102
> Charlottesville, Virginia 22903
> Phone: (804) 501-8272
> Fax: (202) 318-4098
> *Counsel for Plaintiffs*

And sent via first-class mail, postage prepaid, to:

> Jason Goodman, Pro Se
> 252 7th Avenue, Apt. 6S
> New York, NY 10001
> truth@crowdsourcethetruth.com

> "Queen Tut"
> a/k/a Susan A. Lutzke
> 1221 University Ave., Unit D202
> Fort Collins, CO 80521

> */s/ Terry C. Frank*
> Terry C. Frank, Esq. (VSB No. 74890)
> E-mail: tcfrank@kaufcan.com
> Kaufman & Canoles, P.C.
> 1021 E. Cary Street, 14th Floor
> Richmond, Virginia 23219
> Phone: (804) 771-5700
> Fax: (888) 360-9092
> *Counsel for Defendant Patricia A. Negron*