IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ROBERT DAVID STEELE, *et al.* ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:17CV601 (MHL) |
| ) | |
| JASON GOODMAN, *et al.*, ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Defendant Patricia A. Negron's Motion to Appear by Telephone at the March 16, 2020 Settlement Conference with U.S. Magistrate Judge Young (ECF No. 177). Defendant Negron requests that the Court allow her to appear by telephone rather than in-person attendance as required by the Order scheduling the Settlement Conference (ECF No. 176).

Upon due consideration, the Court DENIES Defendant Negron's motion. The requirements set forth in the Court's Order Regarding Settlement Procedures (ECF No. 176)—including the requirement of physical attendance at the settlement conference—shall remain in effect.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/ [signature]
Roderick C. Young
United States Magistrate Judge

Richmond, Virginia
Date: February 27, 2020