

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT'S RESPONSE IN OPPOSITION TO CO-DEFENDANT NEGRON'S MOTION TO APPEAR BY TELEPHONE |
| JASON GOODMAN, et al., | |
| Defendant | |

**DEFENDANT'S RESPONSE IN OPPOSITION TO CO-DEFENDANT NEGRON'S MOTION TO APPEAR BY TELEPHONE**

Defendant Jason Goodman Pro Se respectfully submits this response in opposition to co-Defendant Negron's motion to appear by telephone. None of the reasons cited in the motion are unexpected circumstances that were unforeseen at the time of the scheduling and no reason is given as to why Negron has waited until now to bring these issues to the court's attention. It is important that co-Defendant Negron fulfill her obligation to appear in person, in court as agreed to and ordered.

DEFENDANT'S RESPONSE IN OPPOSITION TO CO-DEFENDANT NEGRON'S MOTION TO APPEAR BY TELEPHONE - 1

Co-Defendant Negron's motion to appear by telephone should be denied because Ms. Negron has previously agreed to appear in person, in court as ordered. During the negotiation of the schedule of that agreed upon hearing, Ms. Negron's counsel made no mention of the circumstances described in the motion to appear by telephone. The motion cites the financial hardship of appearing but fails to address the legal fees associated with the motion and requested hearing.

Ms. Negron and her actions are cited throughout Plaintiff's amended complaint. Ms. Negron publicly broadcast at least two interviews with a client of counsel for Plaintiff Steven S. Biss just weeks after Biss emailed a phone number thought to be that of Negron to individuals who admit to being associates and even paid operatives of Biss and his wife Tanya Cornwell. These actions were the cause of the motion to disqualify Biss as counsel for Plaintiff. The motion to disqualify may have played a role in Judge Lauck's decision to cancel the trail date sua sponte and order this settlement hearing. It is important that the relevant parties be present at the settlement despite the personal and financial hardship an in-person appearance may cause.

Defendant Goodman opposes co-Defendant Negron's motion to appear by telephone for the reasons stated above. For these reasons in addition to any other reasons the court sees fit, co-Defendant Negron's motion should be denied.

Respectfully submitted February 26, 2020,

_____
Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

DEFENDANT'S RESPONSE IN OPPOSITION TO CO-DEFENDANT NEGRON'S MOTION TO APPEAR BY TELEPHONE - 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE, et al.,

                Plaintiff(s),

v.

                Civil Action Number: 3:17-cv-00601-MHL

JASON GOODMAN, et al.,

                Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** ___ DEFENDANT'S RESPONSE IN OPPOSITION TO CO-DEFENDANT NEGRON'S MOTION TO APPEAR BY TELEPHONE

*Jason Goodman*

_____
Signature of *Pro Se* Party

Executed on: February 26, 2020

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
                                                                    (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

# Circuit Court for Eastern Division Virginia

City or County

Case No. 3:17-cv-601-MHL

Robert David Steele and Earth Intelligence Networ
**Name**
11005 LANGTON ARMS CT
Street Address / Apt #
OAKTON,  VA  22124  ( 571 ) 320-8573
City    State  Zip Code  Area Code  Telephone

*Plaintiff*

VS.

Jason Goodman
**Name**
252 7th avenue                        6s
Street Address / Apt #
New York   NY   10001   (323) 744-7594
City    State  Zip Code  Area Code  Telephone

*Defendant*

## CERTIFICATE OF SERVICE
### (DOMREL58)

I HEREBY CERTIFY that on this __26__ day of __February 2020__ a copy of the document(s) entitled __DEFENDANT'S RESPONSE IN OPPOSITION TO CO-DEFENDANT NEGRON'S MOTION TO APPEAR BY TELEPHONE__

**Title of Document(s)**

was/were mailed, postage prepaid to:

Fernando Galindo Clerk of the Court
**Opposing Party or His/Her Attorney**
701 East Broad Street
**Address**
Richmond    VA    23219
City        State    Zip

February 26, 2020
Date                Signature

Page 1 of 1

DR58- Revised 13 February 2001

# Circuit Court for Eastern Divistion Virginia

City or County

Case No. 3:17-cv-601-MHL

**Plaintiff**
Name: Robert David Steele and Earth Intelligence Networ
Street Address: 11005 LANGTON ARMS CT
City: OAKTON, State: VA, Zip Code: 22124
Area Code: (571) Telephone: 320-8573

VS.

**Defendant**
Name: Jason Goodman
Street Address: 252 7th avenue, Apt.#: 6s
City: New York, State: NY, Zip Code: 10001
Area Code: (323) Telephone: 744-7594

## CERTIFICATE OF SERVICE
### (DOMREL58)

I HEREBY CERTIFY that on this __26__ day of __February 2020__ a copy of the document(s) entitled __DEFENDANT'S RESPONSE IN OPPOSITION TO CO-DEFENDANT NEGRON'S MOTION TO APPEAR BY TELEPHONE__

**Title of Document(s)**

was/were mailed, postage prepaid to:

Terry Frank
**Opposing Party or His/Her Attorney**

Kaufman and Canoles
**Address**

1021 East Cary Street Richmond       VA    23219
City                                 State  Zip

February 26, 2020
Date              Signature

# Circuit Court for Eastern Division Virginia    Case No. 3:17-cv-601-MHL
City or County

**Name:** Robert David Steele and Earth Intelligence Networ
**Street Address:** 11005 LANGTON ARMS CT    Apt #
**City:** OAKTON,  **State:** VA  **Zip Code:** 22124  **Area Code:** (571) **Telephone:** 320-8573
*Plaintiff*

VS.

**Name:** Jason Goodman
**Street Address:** 252 7th avenue   **Apt #** 6s
**City:** New York  **State:** NY  **Zip Code:** 10001  **Area Code:** (323) **Telephone:** 744-7594
*Defendant*

## CERTIFICATE OF SERVICE
(DOMREL58)

I HEREBY CERTIFY that on this __26__ day of __February 2020__ a copy of the document(s) entitled __DEFENDANT'S RESPONSE IN OPPOSITION TO CO-DEFENDANT NEGRON'S MOTION TO APPEAR BY TELEPHONE__

Title of Document(s)

was/were mailed, postage prepaid to:

Steven S Biss
**Opposing Party or His/Her Attorney**

300 West Main Street Suite 102
**Address**

Charlottesville    VA    22903
City              State    Zip

February 26, 2020
**Date**           **Signature**