IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT DAVID STEELE, *et al.*,

    Plaintiffs,

v.                                                    Civil Action No. 3:17cv601

JASON GOODMAN, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on its own initiative. Due to the circumstances surrounding the COVID-19 outbreak, the Final Pretrial Conference, currently scheduled for March 19, 2020, SHALL be continued. The Court ORDERS the Parties to appear for a separate hearing on April 2, 2020 at 2:00 p.m. to resolve Defendant Jason Goodman's Motion to Disqualify Counsel, (ECF No. 171), as well as Plaintiffs Robert David Steele and Earth Intelligence Network's Motion in Limine, (ECF No. 157).

Per the order of Chief Judge Mark Davis, through Friday April 17, 2020, all jury trials—both civil and criminal—in the Eastern District of Virginia are continued. Jury trials may be continued beyond that date in light of changing circumstances. All bench trials are expected to go forward at this time.

It is SO ORDERED.

                                                                 /s/
                                                      M. Hannah Lauck
                                                      United States District Judge

Date: 3/13/20
Richmond, Virginia