

## United States District Court
## For the Eastern District of Virginia
## E-Noticing Registration Request for Pro Se Litigants

Case Number: 3:17-cv-00601-MHL

Name: Jason Goodman

Address: 252 7th Avenue #6s
         New York, NY 10001

Telephone Number: 323-744-7594

Email Address: truth@crowdsourcethetruth.org

The undersigned:
- ➢ Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- ➢ Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- ➢ Is responsible for immediately notifying the court in writing of any change of email address.
- ➢ Must be registered with PACER (www.pacer.gov).

Signature: _____  Date: 3/13/2020

---

Court Use Only:

The request is GRANTED ✓   or DENIED ____

_____    3/13/20
(Judge's Signature)         (Date)

/s/
M. Hannah Lauck
United States District Judge