IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., <br><br> Plaintiff, <br><br> vs. <br><br> JASON GOODMAN, et al, <br><br> Defendant | Case No.: 3:17-cv-00601-MHL <br><br> DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO COMPLY WITH PRETRIAL ORDER AND SUA SPONTE ORDER |

**DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO COMPLY WITH PRETRIAL ORDER AND SUA SPONTE ORDER**

Defendant Jason Goodman Pro Se respectfully seeks to move this court to clarify for all parties the filing deadline for the Final Pre-Trail Order given the changes in circumstance since its issuance, and to compel Plaintiff and his Counsel to comply with all court orders as written.

There is presently a disagreement between parties with regard to the filing date of the joint proposed Final Pretrial Order and other obligations as described in the Initial Pretrial Order (ECF No. 157) and the subsequent effect of the sua sponte order (ECF No. 175) upon the Initial Pretrial Order.

Due to the highly unusual nature of the circumstances and allegations in this matter, and the actions of Counsel for Plaintiff in defiance of court orders, Defendant respectfully requests the court clarify for all parties the definitive filing deadline for the FPO and compel Plaintiff and his counsel to comply with all court orders and agreements between parties with respect to the instruction to act in good faith as well as other court orders.

DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO COMPLY WITH PRETRIAL ORDER AND SUA SPONTE ORDER - 1

I hereby attest that the pleadings herein are accurate and true under penalties of perjury. Further, I hereby attest that the attached exhibits are accurate and true copies of source documents as described.

Respectfully submitted March 12, 2020,

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6S
New York, NY 10001
(323) 744-75 94
truth@crowdsourcethetruth.org

DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO COMPLY WITH PRETRIAL ORDER AND SUA SPONTE ORDER - 2