FOREVER

FOREVER

Jason Goodman
252 7th Avenue Apt 6s
New York NY 10001

Fernando Galindo
US District Court Eastern District of Virgina
701 East Broad Street
Richmond VA 23219

23219$3528 C0O1