| | |
|---|---|
| From: | "Hightail" <delivery@spaces.hightailmail.com> |
| Date: | Sunday, March 08, 2020 12:20 PM |
| To: | <stevenbiss@earthlink.net> |
| Subject: | File Delivered: Joint (Proposed) Final Pretrial Order |

**opentext | HIGHTAIL**

# You have shared 1 file.

1 file

·

27.3 MB total

·

Shared on 03/08/2020

Your files have been delivered to the following recipients:

truth@crowdsourcethetruth.org , tcfrank@kaufcan.com

"Word Version"

DOC  Joint Proposed Final Pretrial Order.doc    27.3 MB