**From:** "tcfrank@kaufcan.com" <delivery@spaces.hightailmail.com>
**Date:** Wednesday, March 11, 2020 1:05 PM
**To:** <stevenbiss@earthlink.net>
**Subject:** Your file Joint Proposed Final Pretrial Order.doc has been downloaded

**opentext | HIGHTAIL**

## Your file has been downloaded



tcfrank@kaufcan.com

downloaded **Joint Proposed Final Pretrial Order.doc** from

*https://spaces.hightail.com/receive/XhyC0rBb2Q*

Track this file by clicking the button below.

TRACK FILES

Terms | Privacy