| | |
|---|---|
| **From:** | "Jason Goodman" <truth@crowdsourcethetruth.org> |
| **Date:** | Monday, December 09, 2019 6:49 PM |
| **To:** | "Steven Biss" <stevenbiss@earthlink.net> |
| **Subject:** | Re: Plaintiffs' Memorandum in Opposition to Goodman Motion to Disqualify |

Pretty weak response, I hope you're ready to be disqualified. You are pathalogically unethical and unfit to practice law. Where is the high tail email that never followed your message from weeks ago?

> On Dec 9, 2019, at 4:53 PM, Steven S. Biss <stevenbiss@earthlink.net> wrote:
>
> All,
>
> Please see attached.
>
>
> Steven S. Biss
> (Virginia State Bar # 32972)
> 300 West Main Street, Suite 102
> Charlottesville, Virginia 22903
> Telephone (804) 501-8272
> Facsimile: (202) 318-4098
> Email: stevenbiss@earthlink.net
> Email: stevensbiss@protonmail.ch
> www.linkedin.com/in/steven-s-biss-6517037
>
> IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
>
> This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.
>
> <Memorandum in Opposition to Motion to Disqualify - 12.9.19.pdf><Declaration of Robert David Steele.pdf>