| | |
|---|---|
| **From:** | "Frank, Terry C." <tcfrank@kaufcan.com> |
| **Date:** | Wednesday, March 11, 2020 5:14 PM |
| **To:** | "Steven Biss" <stevenbiss@earthlink.net>; "Jason Goodman" <truth@crowdsourcethetruth.com> |
| **Attach:** | Redline_TCF Comments_Joint Proposed Final Pretrial Order-1_18246034(2).PDF; Joint Proposed Final Pretrial Order_18244353(2).DOC |
| **Subject:** | Comments to proposed Joint Final Pretrial Order |

Gentlemen-
Please see attached our comments to the stipulations, facts presented and triable issues with redline and clean versions. I will send my exhibits and objections to exhibits tomorrow afternoon.

Mr. Goodman- We need to file this tomorrow and need your input on stipulations and any exhibits you intend to use. Please send those with enough time for us to comment before filing tomorrow by 5:00.

Regards,

Terry

Terry C. Frank
**Kaufman & Canoles, P.C.**
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23219-4058

T (804) 771.5745
F (888) 360.9092
tcfrank@kaufcan.com
**www.kaufCAN.com**

---

The information contained in this electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If you are not the intended recipient of this message, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Kaufman & Canoles at (757) 624-3000 or by return e-mail to helpdesk@kaufcan.com, and purge the communication immediately without making any copy or distribution.