| | |
|---|---|
| **From:** | "Steven S. Biss" <stevenbiss@earthlink.net> |
| **Date:** | Wednesday, March 11, 2020 7:30 PM |
| **To:** | "Frank, Terry C." <tcfrank@kaufcan.com>; "Jason Goodman" <truth@crowdsourcethetruth.com> |
| **Cc:** | "Steven Biss" <stevenbiss@earthlink.net>; "Robert Steele" <robert.david.steele.vivas@gmail.com> |
| **Subject:** | Re: Comments to proposed Joint Final Pretrial Order |

Terry,

Plaintiff would agree to extend the deadline for filing the Final Pretrial Order to March 17, provided I have Mr. Goodman's parts tomorrow. I am not inclined to extend the deadline further.


Steven S. Biss

(Virginia State Bar # 32972)

300 West Main Street, Suite 102

Charlottesville, Virginia 22903

Tel.: (804) 501-8272

Fax: (202) 318-4098

Email: stevenbiss@earthlink.net

Email: stevensbiss@protonmail.ch

www.linkedin.com/in/steven-s-biss-6517037

---

**From:** Frank, Terry C.
**Sent:** Wednesday, March 11, 2020 6:20 PM
**To:** Jason Goodman
**Cc:** Steven Biss
**Subject:** RE: Comments to proposed Joint Final Pretrial Order

---

The final pretrial conference is March 19, and per the initial pretrial order, the joint stipulations, etc. are due 7 days before. I'd be amenable to a joint motion for extension of time closer to trial date or even a day or two before the final pretrial.


Terry C. Frank
**Kaufman & Canoles, P.C.**
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23219-4058

T (804) 771.5745
F (888) 360.9092
tcfrank@kaufcan.com
**www.kaufCAN.com**

---

**From:** Jason Goodman <truth@crowdsourcethetruth.com>
**Sent:** Wednesday, March 11, 2020 6:16 PM
**To:** Frank, Terry C. <tcfrank@kaufcan.com>

**Cc:** Steven Biss <stevenbiss@earthlink.net>
**Subject:** Re: Comments to proposed Joint Final Pretrial Order

Please indicate by what authority this document is to be filed tomorrw.

> On Mar 11, 2020, at 5:14 PM, Frank, Terry C. <tcfrank@kaufcan.com> wrote:
>
> Gentlemen-
> Please see attached our comments to the stipulations, facts presented and triable issues with redline and clean versions. I will send my exhibits and objections to exhibits tomorrow afternoon.
>
> Mr. Goodman- We need to file this tomorrow and need your input on stipulations and any exhibits you intend to use. Please send those with enough time for us to comment before filing tomorrow by 5:00.
>
> Regards,
>
> Terry
>
> Terry C. Frank
> **Kaufman & Canoles, P.C.**
> Two James Center
> 1021 East Cary Street, Suite 1400
> Richmond, VA 23219-4058
>
> T (804) 771.5745
> F (888) 360.9092
> tcfrank@kaufcan.com
> www.kaufCAN.com
>
> ---
>
> The information contained in this electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If you are not the intended recipient of this message, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Kaufman & Canoles at (757) 624-3000 or by return e-mail to helpdesk@kaufcan.com, and purge the communication immediately without making any copy or distribution.
>
> <Redline_TCF Comments_Joint Proposed Final Pretrial Order-1_18246034(2).PDF><Joint Proposed Final Pretrial Order_18244353(2).DOC>