IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT DAVID STEELE, *et al.*,

    Plaintiffs,

v.                                                                       Civil Action No. 3:17cv601

JASON GOODMAN, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court *sua sponte*. On March 13, 2020, the Court continued the Final Pretrial Conference in this matter. (March 13, 2020 Order 1, ECF No. 183.) On that date, the Court also ordered the Parties to appear for a separate motions hearing on April 2, 2020, at 2:00 p.m. to resolve Defendant Jason Goodman's Motion to Disqualify Counsel, (ECF No. 165), as well as Plaintiffs Robert David Steele and Earth Intelligence Network's Motion in Limine, (ECF No. 171). (*See id.*)

On March 24, 2020, in continued response to the COVID-19 outbreak, Chief U.S. District Judge Mark S. Davis issued General Order 2020-07, which, among other things, continues all civil and criminal hearings in the Eastern District of Virginia through May 1, 2020.

In the interests of justice and based on General Order 2020-07, the Court CONTINUES GENERALLY the motions hearing in this matter.

It is SO ORDERED.

                                                                         /s/
                                                   M. Hannah Lauck
                                                   United States District Judge

Date: 3/25/20
Richmond, Virginia