IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| ROBERT DAVID STEELE | ) | |
| et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case 3:17-cv-601-MHL |
| | ) | |
| | ) | |
| JASON GOODMAN | ) | |
| et al | ) | |
| | ) | |
| Defendants. | ) | |

# **PLAINTIFFS' LIST OF PROPOSED WITNESSES**

Plaintiffs, Robert David Steele and Earth Intelligence Network ("Plaintiffs"), by counsel, pursuant to General Order No. 2020-7 and pursuant to Paragraph 31 of the Initial Pretrial Order [*ECF No. 157 ("IPO")*] and the Court's Order entered on January 29, 2020 [*ECF No. 175*], submit the following List of Proposed Witnesses intended to be called at the trial of this action currently scheduled to begin on May 5, 2020:

Plaintiffs, by counsel, intend to call the following Witnesses to testify at trial:

| 1.  | Robert David Steele |
| --- | --- |
| 2.  | Dr. Cynthia McKinney |
| 3.  | William Binney |
| 4.  | Berto Jongman |
| 5.  | Greta Robert |
| 6.  | Christine Carmais |
| 7.  | L. Lawrence |
| 8.  | Angie Blake |
| 9.  | Margaret Douglas |
| 10. | Elliott P. Park |
| 11. | Jason Goodman (as an adverse witness) |

DATED:   March 30, 2020

ROBERT DAVID STEELE
EARTH INTELLIGENCE NETWORK


By:   */s/ Steven S. Biss*
   Steven S. Biss (VSB # 32972)
   300 West Main Street, Suite 102
   Charlottesville, Virginia 22903
   Telephone:   (804) 501-8272
   Facsimile:   (202) 318-4098
   Email:   **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*


**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel of record and all interested parties receiving notices via CM/ECF, and a copy was emailed in PDF to Defendants, Goodman and Lutzke.


By:   */s/ Steven S. Biss*
   Steven S. Biss (VSB # 32972)
   300 West Main Street, Suite 102
   Charlottesville, Virginia 22903
   Telephone:   (804) 501-8272
   Facsimile:   (202) 318-4098
   Email:   **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*