IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT DAVID STEELE )
et al )
)
Plaintiffs, )
)
v. ) Case 3:17-cv-601-MHL
)
)
JASON GOODMAN )
et al )
)
Defendants. )
)

# PLAINTIFFS' LIST OF PROPOSED EXHIBITS

Plaintiffs, Robert David Steele and Earth Intelligence Network ("Plaintiffs"), by counsel, pursuant to General Order No. 2020-7 and pursuant to Paragraph 32 of the Initial Pretrial Order [*ECF No. 157 ("IPO")*] and the Court's Order entered on January 29, 2020 [*ECF No. 175*], submit the following List of Proposed Exhibits intended to be offered in evidence at the trial of this action currently scheduled to begin on May 5, 2020:

Plaintiffs, by counsel, intend to offer in evidence and use the following Exhibits at trial:

| ***Tab*** | ***BRIEF DESCRIPTION OF EXHIBIT*** |
|---|---|
| 1 | Robert David Steele – Experience<br>https://robertdavidsteele.com/about/history/ |
| 2 | Earth Intelligence Network<br>https://phibetaiota.net/about/<br>https://earth-intelligence.org/ |

| *Tab* | *BRIEF DESCRIPTION OF EXHIBIT* |
|---|---|
| 3 | #UNRIG – https://unrig.net/150-2/ |
| 4 | #UNRIG Budget Report – https://unrig.net/budget-report/ |
| 5 | International Tribunal for Natural Justice – https://www.itnj.org/itnj/ |
| 6 | Cynthia's Story – https://www.allthingscynthiamckinney.com/ |
| 7 | OSS.Net Library |
| 8 | NATO Open Source Intelligence Handbook |
| 9 | NATO Past Performance Reference |
| 10 | Nomination for the Nobel Peace Prize |
| 11 | #UNRIG Trademark Application |
| 12 | #UNRIG Manifesto https://unrig.net/manifesto/ |
| 13 | Goodman Founding Citizen Certificate |
| 14 | EIN 2017 Schedule O Photograph |
| 15 | Earth Intelligence Network Launches #UNRIG Recruitment Drive – Advisory |
| 16 | Earth Intelligence Network – Income 2017 |
| 17 | Earth Intelligence Network – Income 2018 |
| 18 | Earth Intelligence Network – Income 2019 |
| 19 | Total Donations All Sources – 06/13/2017 |

| ***Tab*** | ***BRIEF DESCRIPTION OF EXHIBIT*** |
|---|---|
| 20 | **"Clear and Present Danger (Calm Before the Storm?) #maerskmemphis"**.<br>https://www.youtube.com/watch?v=ekr5cw2WAbU<br><br>* Specific Parts Of This YouTube Video – cited in Plaintiffs' Amended complaint – Will Be Played To The Jury |
| 21 | List of YouTube Videos At Issue In Amended Complaint<br><br>* Specific Parts Of These YouTube Videos – cited in Plaintiffs' Amended complaint – Will Be Played To The Jury |
| 22 | List of YouTube Videos – Identifying Lutzke As "Queen Tut"<br><br>* Specific Parts Of These YouTube Videos – cited in Plaintiffs' Amended complaint – Will Be Played To The Jury |
| 23 | Steele 10/16/17 Email – Request to Disable Comments |
| 24 | Screenshots Of YouTube Videos –<br>Featuring Goodman, Negron, Lutzke and Others Together On Camera |
| 25 | Screenshots of YouTube Videos –<br>Featuring Memes Employed, Such As Goodman/Bacon,<br>Goodman/Squidward, What Big Eyes You Have, Burning RV |
| 26 | Screenshots of YouTube Videos –<br>Featuring CSTT Merchandise Using Plaintiff Steele's Picture |
| 27 | Tweets Published By Goodman |
| 28 | Goodman Facebook Posts and Comments On Videos |
| 29 | Email from Goodman to CSTT Community – 06/27/2017,<br>Received by L. Lawrence |
| 30 | Goodman Email to McKinney – 08/11/2017 |
| 31 | Goodman Email to David Seaman – 01/24/2018 |

| ***Tab*** | ***BRIEF DESCRIPTION OF EXHIBIT*** |
|---|---|
| 32 | Third Party Emails –<br>Cynthia McKinney,<br>Berto Jongman<br>Angie Blake (Victurus Libertas),<br>Christine Marais,<br>Margaret Douglas,<br>L. Lawrence |
| 33 | RDS Timeline |
| 34 | Queen Tut Comment –<br>Featured In 12/27/2017 "Hoax Wars" Video<br>https://www.bitchute.com/video/Rp7qjILuIHga/ |
| 35 | Screenshots of YouTube Videos –<br>Featuring Goodman Review of Plaintiff's Websites, Tax Returns And Other Information |
| 36 | Additional YouTube Videos<br><br>* Specific Parts Of These YouTube Videos – cited in Plaintiffs' Amended complaint – Will Be Played To The Jury |
| 37 | Goodman Admissions<br><br>* Goodman failed to respond to Plaintiff's request for admissions served on August 1, 2019. Under Rule 36(a)(3) of the Federal Rules of Civil Procedure, the matters are admitted |

A copy of Plaintiffs' proposed exhibits was emailed to Defendant Goodman in PDF via HighTail.

DATED: March 30, 2020

ROBERT DAVID STEELE
EARTH INTELLIGENCE NETWORK

By: */s/ Steven S. Biss*

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel of record and all interested parties receiving notices via CM/ECF, and a copy was emailed in PDF to Defendants, Goodman and Lutzke.

By: */s/ Steven S. Biss*

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: **stevenbiss@earthlink.net**

*Counsel for the Plaintiffs*