IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT DAVID STEELE, *et al.*,

    Plaintiffs,

v.                                                                        Civil Action No. 3:17cv601

JASON GOODMAN, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court *sua sponte*. On April 10, 2020, in response to the COVID-19 outbreak, Chief U.S. District Judge Mark S. Davis issued General Order 2020-12, which, among other things, continues all civil and criminal jury trials and in-court appearances in the Eastern District of Virginia through June 10, 2020.

The jury trial in this matter is currently scheduled for May 5–7, 2020. In accordance with General Order 2020-12, and in in the interest of justice, the Court CANCELS the current jury trial dates of May 5–7, 2020 and RESCHEDULES the jury trial in this matter for August 11–13, 2020. The Final Pretrial Conference SHALL take place on August 4, 2020. Counsel and Defendant Goodman SHALL abide by any instructions or requirements Judge Roderick C. Young may impose regarding the rescheduling of the Settlement Conference in this matter.

Let the Clerk send a copy of this Order to Judge Young and all counsel of record.

It is SO ORDERED.

                                                                          /s/
                                                               M. Hannah Lauck
                                                              United States District Judge

Date: 4/16/20
Richmond, Virginia