IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT DAVID STEELE, *et al.*,

    Plaintiffs,

v.                                                 Civil Action No. 3:17cv601

JASON GOODMAN, *et al.*,

    Defendants.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES the Motion to Disqualify, (ECF No. 165), the Motion *in Limine*, (ECF No. 171), and the Motion to Compel, (ECF No. 185). The Court DENIES AS MOOT the Motion for Extension. (ECF No. 181.)

Mr. Biss, Mr. Steele, and Mr. Goodman SHALL appear at a hearing on July 15, 2020 at 2:00 p.m. in Courtroom 6100 of the Spottswood W. Robinson III and Robert R. Merhige, Jr. United States Courthouse to SHOW CAUSE why Sanctions, monetary or otherwise, should not issue. At that time, the Parties SHALL provide: (1) two paper copies of all evidence that has been disclosed since the Initial Pretrial Conference on July 31, 2019; and, (2) two paper copies of all requests for evidence, including but not limited to emails, interrogatories, or Rule 26 disclosures. All papers proffered to the Court shall be verified, under penalty of perjury, as to how and when they were requested or disclosed. It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: July 2, 2020
Richmond, Virginia