**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
**RICHMOND DIVISION**

ROBERT DAVID STEELE, et al.,
_____
                    Plaintiff(s),

        v.

                                                    Civil Action Number: 3:17-cv-00601-MHL
                                                                          _____
JASON GOODMAN, et al.,
_____
                    Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of__**

*Jason Goodman*

_____
Signature of *Pro Se* Party

Executed on: _July 6, 2020

DEFENDANT'S MEMORANDUM IN
SUPPORT OF MOTION FOR LEAVE
TO SEEK RELIEF FROM
JUDGEMENT OR ORDER

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
                                                        **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)