IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | DEFENDANT'S MOTION FOR LEAVE TO SEEK TRANSFER FOR FORUM NON CONVENIENS OR TO AMEND PLEADING |
| JASON GOODMAN, et al., | |
| Defendant | |

## DEFENDANT'S MOTION FOR LEAVE TO SEEK TRANSFER FOR FORUM NON CONVENIENS OR TO AMEND PLEADING

Defendant Jason Goodman Pro Se respectfully submits this motion for leave to seek transfer for forum non conveniens and amend pleading. Due to the unprecedented circumstance of the Covid-19 pandemic, access to the EDVA has become extremely inconvenient for the Defendant and could require a 14-day quarantine upon return to New York. Defendant respectfully seeks to transfer this matter to the Southern District of New York.

Respectfully submitted July 9, 2020

_____
Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

DEFENDANT'S MOTION FOR LEAVE TO SEEK TRANSFER FOR FORUM NON CONVENIENS OR TO AMEND PLEADING - 1