UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE, et al.,

Plaintiff(s),

v.

JASON GOODMAN, et al.,

Defendant(s).

Civil Action Number: 3:17-cv-00601-MHL

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of**

Jason Goodman

_____
Signature of *Pro Se* Party

Executed on: July 9, 2020

DEFENDANT'S MOTION FOR LEAVE TO SEEK TRANSFER FOR FORUM NON CONVENIENS OR TO AMEND PLEADING

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
                                                                    (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)