**CIVIL NON-JURY TRIAL OR MOTION HEARING:**
**MINUTE SHEET**                                                                    DATE: 7/15/20

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE:<br><br>Robert David Steele<br>v.<br>Jason Goodman | Case No.   3:17cv601<br><br>Judge : Lauck<br><br>Court Reporter:   Tracey Stroh, OCR |

MATTER COMES ON FOR: ( )   BENCH TRIAL ( x )   MOTION HEARING ( )   OTHER: _____

APPEARANCES:    Parties by ( ) with ( x ) counsel          Pro Se ( x )  Mr. Goodman, pro se
                            Mr. Steele was present
MOTIONS BEFORE TRIAL: _____
_____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ( )       DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )           OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( )_____

DEFENDANT(S) ADDUCED EVIDENCE ( )     RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED   ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )         ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S)   ( )      MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS   ( )
_____
  Court heard discussions.   Matters taken under advisement.   Parties to file detailed Table of Contents by Friday at NOON.   Hearing continued to July 23, 2020 at 10:00 a.m.   Court determined a court reporter must be present during any conversations with the parties at the plaintiff's expense.
_____

_____
Counsel for Plaintiff(s):

Steven S. Biss
_____
Counsel for Defendants:   Jason Goodman appeared pro se

_____
SET:    2:00    Began: 2:06         ENDED :     5:15      TIME IN COURT:   2:16

RECESSES: 3:48 – 4:45