IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| ROBERT DAVID STEELE et al | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) | Case 3:17-cv-601-MHL |
| JASON GOODMAN et al | ) |  |
| Defendants. | ) |  |

# **TABLE OF CONTENTS**

On July 15, 2020, Plaintiffs submitted to the Court two (2) copies of all evidence requested and all evidence disclosed by Plaintiffs. The documents were bates-stamped. The following Table identifies the specific documents produced by specific subject matter, date, mode of transmission, and bates-number:

| *Evidence Requested/Disclosed* | *Date* | *Mode of Transmission* | *Bates Number* |
|---|---|---|---|
| Plaintiff's First Request for Production of Documents | 05/15/2019 | Email | PX 1-19 |
| Goodman Receipt | 05/15/2019 | Email | PX 20 |
| Goodman Response to Plaintiff's First Request for Production of Documents and Motion to Stay Discovery | 05/29/2019 | CM/ECF | PX 21-55 |
| Plaintiff's Rule 26(a)(1) Disclosures | 06/14/2019 | Email | PX 56-68 |

| *Evidence Requested/Disclosed* | *Date* | *Mode of Transmission* | *Bates Number* |
|---|---|---|---|
| Goodman Receipt | 06/14/2019 | Email | PX 69 |
| Goodman Initial Disclosure Statement | 06/17/2019 | CM/ECF | PX 70-82 |
| Plaintiffs' request for Rule 26(a)(1) disclosures and documents and Request for telephonic Conference | 06/17/2019 | Email | PX 83-88 |
| Communications with Goodman regarding discovery | 07/30/2019 | Text messages | PX 89 |
| Communication from Goodman regarding discovery and other matters | 07/31/2019 | Email | PX 90 |
| Plaintiff's First Request for Admissions and First Interrogatories | 08/01/2019 | Email | PX 91-156 |
| Communications with Goodman regarding discovery disputes | 08/03/2019 | Email | PX 157-180 |
| Communications with Goodman regarding discovery disputes | 08/05/2019 | Email | PX 181-182 |
| Plaintiff EIN's First Interrogatories | 08/06/2019 | Email | PX 183-190 |
| Goodman Receipt | 08/06/2019 | Email | PX 191 |
| Summary of discovery conference and other matters | 08/16/2019 | Email | PX 192-198 |
| Communications with Goodman regarding discovery disputes | 08/19/2019 | Email | PX 199 |
| Goodman responses/objections to Plaintiff's first request for production of documents | 08/19/2019 | Email | PX 200-247 |

| *Evidence Requested/Disclosed* | *Date* | *Mode of Transmission* | *Bates Number* |
|---|---|---|---|
| Goodman's first request for admissions to Plaintiffs | 08/23/2019 | Email | PX 248 |
| Goodman's response to Defendant Negron's request for admissions | 08/23/2019 | Email | PX 249-255 |
| Plaintiffs' answers and responses To Negron's discovery requests | 09/22/2019 | Email | PX 256-308 |
| Goodman Receipt | 09/22/2019 | Email | PX 309 |
| Plaintiffs' responses to Goodman's request for admissions | 09/23/2019 | Email | PX 310-330 |
| Goodman Receipt | 09/23/2019 | Email | PX 331 |
| Plaintiffs' Expert Witness 26(a)(2) Disclosure | 11/19/2019 | Email | PX 332-337 |
| Goodman Receipt | 11/19/2019 | Email | PX 338 |
| Communication with Goodman regarding HighTail email and other matters[1] | 12/09/2019 | Email | PX 339 |
| Defendant Negron's First Interrogatories and First Request for Production of Documents | 12/09/2019 | Email | PX 340 |
| Emails regarding production of Plaintiffs' Documents | 01/09/2020 | HighTail | PX 341-347 |
| Communications regarding Inadvertent production of privileged documents | 01/13/2020 | Email | PX 348 |

---

[1] Unfortunately, telephone calls and email communications with Mr. Goodman were consistently punctuated with insults and ugly personal attacks. A few examples are attached. There are many more. Although every attempt was made in good faith to resolve discovery disputes, none could be resolved.

3

| *Evidence Requested/Disclosed* | *Date* | *Mode of Transmission* | *Bates Number* |
|---|---|---|---|
| Plaintiffs' Motion in Limine and Memorandum in Support[2] | 01/17/2020 | Email | PX 349 |
| Goodman Receipt | 01/17/2020 | Email | PX 350 |
| Goodman Amended Disclosure Statement | 01/21/2020 | CM/ECF | PX 351-361 |
| Communications regarding setting hearing, use of HighTail and production of Plaintiffs' documents on a flashdrive | 01/23/2010 | Email | PX 362-364 |
| Communications regarding Production of Plaintiffs' documents on a flash drive | 01/24/2020 | Email | PX 365 |
| Communications regarding Preparation of Final Pretrial Order | 03/07/2020 | Email | PX 366-368 |
| Communications from Goodman regarding preparation of the Final Pretrial Order | 03/08/2020 | Email | PX 369-371 |
| Communications from Goodman regarding filing of the Final Pretrial Order | 03/11/2020 | Email | PX 372 |
| Joint (Proposed) Final Pretrial Order | 03/12/2020 | Email | PX 373 |

---

[2] Communications with Mr. Goodman were extremely difficult. Agreements to narrow discovery and produce documents reached on the telephone were not kept. Mr. Goodman did not produce a privilege log. He did not file a motion pursuant to express instructions in the Court's Initial Pretrial Order. The discussions seemed to go nowhere. Plaintiffs' counsel concluded that any further discussion with Mr. Goodman was completely futile. Instead of filing a second motion to compel, and in light of Mr. Goodman's failure (a) to produce his Rule 26(a)(1) documents, (b) to produce documents responsive to Plaintiffs' discovery requests, (c) to answer to 2 sets of interrogatories, and (d) to answer and respond to Negron's interrogatories and request for production of documents, Plaintiffs' counsel decided to file a motion *in limine* to preclude Goodman from introducing evidence he failed to produce in discovery.

| *Evidence Requested/Disclosed* | *Date* | *Mode of Transmission* | *Bates Number* |
|---|---|---|---|
| Plaintiffs' Witness and Exhibit Lists and Trial Exhibits | 03/30/2020 | Email | PX 374, 376 |
| Goodman Receipt | 03/30/2020 | Email | PX 375 |
| Proposed Stipulations of Uncontroverted Facts | 03/31/2020 | Email | PX 378 |
| Goodman Receipt | 03/31/2020 | Email | PX 379 |
| Communications from Goodman containing ongoing insults | 03/31/2020 | Email | PX 380-385 |
| Plaintiffs' Discovery Designations | 07/01/2020 | Email | PX 386 |
| Communications with Goodman regarding stipulations and other matters | 07/03/2020 | Email | PX 387-392 |
| Proposed Stipulations of Uncontroverted Facts | 07/09/2020 | Email | PX 393 |
| Goodman Receipt | 07/09/2020 | Email | PX 394 |
| Transfer of Plaintiffs' Documents per agreement with Goodman | 07/09/2020 | WeTransfer | PX 395-396, 403 |
| Transfer of Plaintiffs' Trial Exhibits agreement with Goodman | 07/09/2020 | WeTransfer | PX 397-400 |
| Transfer of Plaintiffs' Discovery Designations per agreement with Goodman | 07/09/2020 | WeTransfer | PX 401-402 |
| Goodman Receipt | 07/09/2020 | Email | PX 404 |
| Communications with Goodman regarding working together | 07/11/2020 | Email | PX 405-415 |

Plaintiffs and Goodman are in active discussions to reach an agreement regarding all matters and concerns raised by the Court in its memorandum opinion.

On July 16, 2020, Mr. Goodman produced an electronic copy of the documents he produced to the Court at the July 15, 2020 hearing. Mr. Goodman indicated in his email that these documents are his "Rule 26a documents".