IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROBERT DAVID STEELE,** *et al.*,

    **Plaintiffs,**

v.                                                                             Civil Action No. 3:17cv601

**JASON GOODMAN,** *et al.*,

    **Defendants.**

## ORDER

This matter comes before the Court *sua sponte*. Due to the circumstances surrounding COVID-19 and the recent restrictions New York Governor Andrew Cuomo announced regarding travel to and from the Commonwealth of Virginia, the Court ORDERS Plaintiff Robert David Steele, Counsel for Plaintiffs Steven Scott Biss, and *pro se* Defendant Jason Goodman to appear at the July 27, 2020 Show Cause Hearing by Zoom.[1] The July 27, 2020 Show Cause Hearing SHALL commence at 9:30 a.m.

The Court reminds Mr. Goodman and all Parties that consistent with Local Civil Rule 83.3 for the Eastern District of Virginia and General Order 2020-11, that

> [t]he taking of photographs and operation of tape recorders in a courtroom or its environs, and radio or television broadcasting from a courtroom or its environs during the progress of or in connection with judicial proceedings, including proceedings before a magistrate judge or bankruptcy judge, whether or not Court is actually in session, is prohibited.

E.D. Va. Loc. Civ. R. 83.3. Under no circumstances shall Mr. Goodman or any Party record,

---

[1] While the Court would normally wait for a motion to allow the Parties to appear remotely, the Court notes that the United States District Court for the Eastern District of Virginia has issued several General Orders severely limiting interstate travel for hearings. Considering these General Orders, and the delay it might take for Mr. Goodman, who files by U.S. Mail, to file a motion with the Court, the Court will authorize all Parties to appear by Zoom.

tape, or otherwise create a secondary record of the July 27, 2020 Show Cause Hearing. Failure to abide by this Order or Local Civil Rule 83.3 SHALL result in sanctions.

The Court also ORDERS both Mr. Goodman and Mr. Biss to file a certification with the Court confirming that they have provided to the opposing Party (1) all documents that they submitted to the Court at the July 15, 2020 Show Cause Hearing and (2) any supplemental documentation provided to the Court at any time thereafter, including the documentation Mr. Goodman provided to the Court by mail on July 20, 2020. Both Parties represented during the July 15, 2020 Show Cause Hearing that they would do so. If Mr. Biss has not received those supplemental documents, Mr. Goodman SHALL send them to Mr. Biss by overnight mail. The Parties SHALL file their certification by July 24, 2020.

It is SO ORDERED.

/s/
_____
M. Hannah Lauck
United States District Judge

Date: July 22, 20
Richmond, Virginia