\*\*\*Attenion Mr. Galindo: Please deliver this package to Will, the clerk for Judge Lauck, these discovery items are not to be included on the docket.

Case # 3:17-cv-00601-MHL

Will,

Sincere apology for calling, it was in no way an attempt at an inappropriate communication, and I was unaware a call would be inappropriate. I had previously been instructed to communicate with the clerk for Judge Young and misunderstood the restriction on calling. I just wanted to clarify that the index is leaving now via FedEx and will reach you tomorrow only because we had not specifically addressed delivery method. I had asked the person who answered the phone if it was possible to speak with Will, the clerk in Judge Lauck's chambers, I most certainly did not and would not claim to be named Will myself. I only wanted to alert you that the package was on the way and determine how it should be addressed. Additionally, upon returning my rental car I discovered one packet of 26a documents from yesterday that may have mistakenly been excluded from the box I left with you. The fedex package I am sending will include these possibly omitted documents, which are emails between myself and Plaintiff Robert David Steele. The package will also include the index as requested as well as a USB drive containing an exact duplicate of the files transmitted to Mr. Biss earlier this morning to ensure parity between the records on file with the court and the records provided to Plaintiff. I apologize for the confusion; in my line of work I have never dealt with this quantity of printed documents. In retrospect, I regret not thinking of using loose leaf binders.

Jason Goodman

/s/
M. Hannah Lauck
United States District Judge



THE COURT ORDERS THE CLERK TO FILE THIS LETTER ON THE DOCKET, AND SERVE IT ON ALL PARTIES

NOTICE:
NEITHER PARTY MAY HAVE ORAL OR WRITTEN COMMUNICATION WITH COURT EX PARTE. EVERY COMMUNICATION, INCLUDING LETTERS, MUST INDICATE IT WAS SENT TO THE OPPOSING PARTY. GENERALLY, THE COURT PRECLUDES PARTIES OR LAWYERS FROM SENDING LETTERS OR DOCUMENTS WITHOUT A FEDERAL RULE ALLOWING IT. IT CANNOT HAPPEN AGAIN.

RECEIVED JUL 17 2020 CLERK, U.S. DISTRICT COURT RICHMOND, VA