IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | DEFENDANT'S LIST OF PROPOSED WITNESSES AND EXHIBITS |
| JASON GOODMAN, et al., | |
| Defendant | |

**DEFENDANT'S LIST OF PROPOSED WITNESSES AND EXHIBITS**

Defendant Jason Goodman Pro See respectfully submits this list of proposed witnesses pursuant to General Order No. 2020-7 and pursuant to Paragraph 31 of the Initial Pretrial Order [ECF No. 157 ("IPO")] and the Court's Order entered on January 29, 2020 [ECF No. 175], submit the following List of Proposed Witnesses intended to be called at:

1. Susan Holmes aka Queen Tut
2. George Webb Sweigert
3. David George Sweigert
4. Manuel Chavez III
5. Tanya Cornwell
6. Patricia Negron

DEFENDANT'S LIST OF PROPOSED WITNESSES AND EXHIBITS - 1

# DEFENDANT'S LIST OF PROPOSED EXHIBITS

Defendant Jason Goodman Pro Se, pursuant to General Order No. 2020-7 and pursuant to Paragraph 32 of the Initial Pretrial Order [ECF No. 157 ("IPO")] and the Court's Order entered on January 29, 2020 [ECF No. 175], submit the following List of Proposed Exhibits intended to be offered in evidence at the trial:

1. All items disclosed to Plaintiff
2. All items referenced in the pleadings of this matter

Respectfully submitted July 25, 2020

Jason Goodman, Defendant, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

DEFENDANT'S LIST OF PROPOSED WITNESSES AND EXHIBITS - 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| ROBERT DAVID STEELE, et al., | Case No.: 3:17-cv-00601-MHL |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| JASON GOODMAN, et al., | |
| Defendant | |

**CERTIFICATE OF SERVICE**

It is hereby certified that the accompanying materials have been placed in the U.S. Postal Service with First Class mail postage affixed and addressed to the following parties:

Steven S. Biss

300 West Main Street, Suite 102

Charlottesville VA 22903

that the foregoing is true and accurate under the penalties of perjury.

Signed this 25th day of July 2020

Defendant, Pro Se Jason Goodman
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

CERTIFICATE OF SERVICE - 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
RICHMOND DIVISION

ROBERT DAVID STEELE, et al.,

Plaintiff(s),

v.

JASON GOODMAN, et al.,

Defendant(s).

Civil Action Number: 3:17-cv-00601-MHL

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**                DEFENDANT'S LIST OF PROPOSED
                                                             WITNESSES AND EXHIBITS
**No attorney has prepared, or assisted in the preparation of**_____.
                                                             **(Title of Document)**

JASON GOODMAN
_____
Name of *Pro Se* Party (Print or Type)

*[signature]*
_____
Signature of *Pro Se* Party

Executed on: _ July 25, 2020      ___ (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
                                                             **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)