**CIVIL NON-JURY TRIAL OR MOTION HEARING:**
**MINUTE SHEET**                                                                 DATE: 7/27/20

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE:<br><br>Robert David Steele<br>v.<br><br>Jason Goodman | Case No.   3:17cv601<br><br>Judge : Lauck<br><br>Court Reporter:   Krista Harding, OCR |

MATTER COMES ON FOR: ( )   BENCH TRIAL ( )   MOTION HEARING ( x )   OTHER: _Show Cause hearing continued

APPEARANCES:   Parties by ( ) with ( x ) counsel         Pro Se ( x )   Jason Goodman

MOTIONS BEFORE TRIAL: _____
_____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ( )       DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )         OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( )_____

DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( )_____

REBUTTAL EVIDENCE ADDUCED   ( )     SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )         ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S)   ( )     MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS   ( )
  Statements made by the parties. Findings made by the Court.   Venue will not be transferred.   Dismissal without Prejudice.   The dismissal will be STAYED for 45 days.   The parties are to review actions before filing a Second Amended Complaint.   No sanctions to be imposed at this time.

_____
Counsel for Plaintiff(s):
            Steven Biss

_____
Counsel for Defendants:
            Jason Goodman, pro se
_____
SET:   9:30   Began:   9:48        ENDED :   1:50        TIME IN COURT:   3:28

RECESSES: 9:50 – 10:04
               11:44 – 12:08