IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT DAVID STEELE, *et al.*,

    Plaintiffs,

v.                      Civil Action No. 3:17cv601

JASON GOODMAN, *et al.*,

    Defendants.

## ORDER

For the reasons stated from the Bench at the July 15, 2020, and July 27, 2020 Show Cause Hearings, the Court DENIES *pro se* Defendant Jason Goodman's Motion for Leave to Seek Relief from Judgment or Order Pursuant to Federal Rules of Civil Procedure 60(b)(3) and 60(b)(6), (ECF No. 198), and Goodman's Motion For Leave To Seek Transfer For Forum Non Conveniens or to Amend Pleading pursuant to 28 U.S.C. § 1404(a), (ECF No. 199).

Additionally, for the reasons stated from the Bench, and upon due consideration, the Court STAYS this matter for sixty-days (60) days until September 26, 2020. At that time, the Court SHALL issue an appropriate order.

It is SO ORDERED.

                                                  /s/
                                     M. Hannah Lauck
                                     United States District Judge

Date: 7/28/20
Richmond, Virginia