IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROBERT DAVID STEELE,** *et al.*,

    **Plaintiffs,**

v.                                                 Civil Action No. 3:17cv601

**JASON GOODMAN,** *et al.*,

    **Defendants.**

## ORDER

This matter comes before the Court on Jason Goodman's January 30, 2023 Letter Motion (the "Letter Motion"). (ECF No. 218.) As part of his Letter Motion, Mr. Goodman filed his objection to an order in Case No. 3:21cv573, a case not before the undersigned. (ECF No. 218.) In addition, he filed a letter addressed to the undersigned. (ECF No. 218-1, at 1.) In that letter, Mr. Goodman states that Case No. 3:21cv573 was improperly assigned to United States District Judge John A. Gibney and that it should have been assigned to the undersigned. (ECF No. 218-1, at 1.) That is, Mr. Goodman appears to request that Case No. 3:21cv573 be reassigned.

However, this case (Case No. 3:17cv601) has been closed since September 25, 2020. Thus, the Court DENIES the Letter Motion as an improper motion in a closed case. (ECF No. 218.) Mr. Goodman may not file any additional motions in this case.

Should Mr. Goodman wish to appeal this Order, written notice of appeal must be filed with the Clerk of Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within the stated period may result in the loss of the right to appeal.

The Court DIRECTS the Clerk to send a copy of this Order to Mr. Goodman at his address of record and to any counsel of record.

It is SO ORDERED.

Date: 2/3/2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

2